IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES C. HITCHENS, SR.,                    :
                                             :
       Plaintiff,                            :
                                             :
v.                                           :
                                             :
WASHINGTON GROUP INTERNATIONAL,              :
INC., PLAN ADMINISTRATOR,                    :
WASHINGTON GROUP INTERNATIONAL               :
SHORT TERM DISABILITY (STD) PLAN,            :
BROADSPIRE NATIONAL SERVICES, INC.           :
F/K/A KEMPER NATIONAL SERVICES, INC.,        :
BROADSPIRE SERVICES, INC. F/K/A              :
KEMPER SERVICES, INC., <u>BROADSPIRE         :
INC., F/K/A KEMPER SERVICES, INC., PLAN      :
ADMINISTRATORS OF THE STD PLAN</u>,          :
                                             :
       Defendants.                           :

**NOTICE OF REMOVAL**

TO:    United States District Court for the District of Delaware:

    Defendants Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. F/K/A Kemper National Services, Inc., Broadspire Services, Inc. F/K/A Kemper Services, Inc., Broadspire Inc., F/K/A Kemper Services, Inc., Plan Administrators of the STD Plan hereby remove this action from the Superior Court of the State of Delaware in and for New Castle County, in which it is now pending, to the United States District Court for the District of Delaware. In support thereof, Defendants assert the following:

    1.    Plaintiff Charles C. Hitchens, Sr. commenced this action by filing a complaint against Defendants in the Superior Court of the State of Delaware in and for New Castle County. The action was docketed as Civil Action No. 05C-04-144 SCD.

2. An Amended Complaint was filed on or about April 29, 2005. (Appended hereto as Exhibit A).

3. Plaintiff's Amended Complaint was served on the first Defendant on May 12, 2005. This was the first service of any pleading upon a defendant.

4. There have been no other proceedings in this action.

5. Plaintiff's Amended Complaint asserts claims under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq.

6. This action is removed from state court to the United States District Court for the District of Delaware pursuant to 28 U.S.C. §§ 1331 and 1441.

7. All defendants consent to the removal to the United States District Court for the District of Delaware.

8. Venue is properly laid in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Plaintiff's alleged claim occurred in this district.

9. This Notice is timely, pursuant to 28 U.S.C. § 1446(b), as is it being filed within thirty (30) days of service on Defendants of Plaintiff's Amended Complaint, which sets forth the claim for relief upon which this action is based.

10. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice with the Clerk of the Superior Court of the State of Delaware in and for New Castle County.

WHEREFORE, notice is hereby given that this action is removed from the Superior Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware.

Respectfully submitted,

Neal J. Levitsky, Esquire
Delaware Bar No. 2092
919 N. Market Street, Suite 1300
Wilmington, DE 19801-3046
(302) 655-7460
(302) 655-7004 (fax)

Counsel for Defendants

Dated: June 10, 2005