IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., | : |
| | : 1:05-cv-379 (SLR) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Washington Group International, Inc., et al., | : |
| | : |
| Defendants. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

NEAL J. LEVITSKY, ESQUIRE, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves for the admission *pro hac vice* of STEVEN K. LUDWIG, of Fox Rothschild LLP at 2000 Market Street, Tenth Floor, Philadelphia, PA, 19103-3291, to represent Defendants in this action.

FOX ROTHSCHILD LLP

By: _____
Neal J. Levitsky, Esquire
Delaware Bar No. 2092
919 N. Market Street, Suite 1400
Wilmington, DE 19801-3046
302/655-7460; 302/655-7004 (fax)
Attorney for Defendants

Dated: June 16, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____    _____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey, United States Court of Appeals for the Third Circuit, United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey and the United States District Court for the Middle District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I have access to, and have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

                                                                                                 _____
Steven K. Ludwig, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2164

Dated: June 16, 2005

## CERTIFICATE OF SERVICE

I, Neal J. Levitsky, Esquire, hereby certify that a true and correct copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* was served on Plaintiff's counsel by first class mail, postage prepaid, addressed as follows:

>Richard T. Wilson, Esquire
>Law Offices of Peter G. Angelos
>1300 N. Market Street, Suite 212
>Wilmington, DE 19801

_____
NEAL J. LEVITSKY

Dated: June 16, 2005