IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Charles C. Hitchens, Sr., :
:
      Plaintiff, : Civil Action No. 1:05-cv-379 (SLR)
:
v. :
:
Washington Group International, Inc., Plan :
Administrator, Washington Group :
International Short Term Disability (STD) :
Plan, Broadspire National Services, Inc. f/k/a :
Kemper National Services, Inc., Broadspire :
Services, Inc. f/k/a Kemper Services, Inc., :
Broadspire Inc., f/k/a Kemper Services, Inc., :
Plan Administrators of the STD Plan, :
:
      Defendants. :

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Defendants Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, by their undersigned counsel, move for an extension of time of thirty (30) days within which to file a responsive pleading in this matter and represent as follows:

1.     This action was originally initiated in the Superior Court of the State of Delaware.

2.     On June 10, 2005, Defendants removed this matter to the United States District Court for the District of Delaware.

3.     A responsive pleading is due on June 17, 2005.

4. Counsel for the parties have already engaged in the exchange of informal discovery which will lead to the reduction in the number of parties to this case and the issues in dispute.

5. Counsel need additional time to continue this process.

6. This is the first request for an extension of time in this matter.

7. Richard Wilson, Esquire, counsel for Plaintiff, is not opposed to this request.

WHEREFORE, Defendants respectfully request a 30 day extension of time within which to file a responsive pleading in this matter.

Respectfully submitted,

FOX ROTHSCHILD LLP

By: _____
Neal J. Levitsky, Esquire
Delaware Bar No. 2092
919 N. Market Street, Suite 1400
Wilmington, DE 19801-3046
302/655-7460; 302/655-7004 (fax)
Attorney for Defendants

Dated: June 16, 2005