IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., : | |
| : | |
| Plaintiff, : | Civil Action No. 1:05-cv-379 (SLR) |
| : | |
| v. : | |
| : | |
| Washington Group International, Inc., Plan : | |
| Administrator, Washington Group : | |
| International Short Term Disability (STD) : | |
| Plan, Broadspire National Services, Inc. f/k/a : | |
| Kemper National Services, Inc., Broadspire : | |
| Services, Inc. f/k/a Kemper Services, Inc., : | |
| Broadspire Inc., f/k/a Kemper Services, Inc., : | |
| Plan Administrators of the STD Plan, : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this         day of            , 2005, upon consideration of Defendants' unopposed Motion for an Extension of Time to File a Responsive Pleading, it is hereby ORDERED that said request is GRANTED. Defendants shall have up to and including Monday, July 18, 2005 within which to file a responsive pleading in this matter.

BY THE COURT:

_____
Sue L. Robinson,            J.