## CERTIFICATE OF SERVICE

I, Neal J. Levitsky, hereby certify that a true and correct copy of the foregoing Defendants' unopposed Motion for Extension of Time to File a Responsive Pleading was served upon Plaintiff's counsel, via first class mail, postage prepaid, on the 16th day of June, 2005, addressed as follows:

        Richard T. Wilson, Esquire
        Law Offices of Peter G. Angelos
        1300 N. Market Street, Suite 212
        Wilmington, DE 19801

        _____
        Neal J. Levitsky, Esquire

Dated: June 16, 2005