IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr.,<br>　　　　Plaintiff,<br><br>v.<br><br>Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan,<br>　　　　Defendants. | :<br>:<br>:<br>: Civil Action No. 1:05-cv-379 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANTS' MOTION TO DISMISS
COUNT II OF PLAINTIFF'S AMENDED COMPLAINT**

Defendants Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, by their undersigned counsel, move for the dismissal of Count II of Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons in support of said motion, the Court is respectfully referred to the accompanying memorandum of law.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Neal J. Levitsky, Esquire
　　　　　　　　　　　　　　　　Delaware Bar No. 2092
　　　　　　　　　　　　　　　　Fox Rothschild LLP
　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1400
　　　　　　　　　　　　　　　　Wilmington, DE 19801-3046
　　　　　　　　　　　　　　　　302/655-7460; 302/655-7004 (fax)
　　　　　　　　　　　　　　　　Attorney for Defendants

Dated: July 18, 2005