IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., <br>     Plaintiff, <br><br> v. <br><br> Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, <br>     Defendants. | : <br> : <br> : Civil Action No. 1:05-cv-379 (SLR) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendants' Motion to Dismiss Count II of Plaintiff's Amended Complaint, and Plaintiff's response thereto, said motion is GRANTED. Count II of Plaintiff's Amended Complaint is dismissed.

BY THE COURT:

_____
The Honorable Sue L. Robinson,