IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., <br>     Plaintiff, <br><br> v. <br><br> Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, <br>     Defendants. | Civil Action No. 1:05-cv-379 (SLR) |

## CERTIFICATE OF SERVICE

I, Neal J. Levitsky, Esquire, hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss Count II of Plaintiff's Amended Complaint was served on Plaintiff's counsel by first class mail, postage prepaid, addressed as follows on the 18th day of July, 2005:

                            Richard T. Wilson, Esquire
                            Law Offices of Peter G. Angelos
                            1300 N. Market Street, Suite 212
                            Wilmington, DE 19801

                            _____
                            NEAL J. LEVITSKY

Dated: July 18, 2005