IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., :<br>            Plaintiff, : <br>                                     : Civil Action No.: 1:05-cv-379 (SLR)<br>    v.                               :<br>                                     :<br>Washington Group International, Inc., Plan :<br>Administrator, Washington Group      :<br>International Short Term Disability (STD) :<br>Plan, Broadspire National Services, Inc. :<br>f/k/a Kemper National Services, Inc., :<br>Broadspire Services, Inc. f/k/a Kemper :<br>Services, Inc., Broadspire Inc., f/k/a Kemper :<br>Services, Inc., Plan Administrators of the :<br>STD Plan,                            :<br>            Defendants.              : | |

*[RECEIVED JUL 20 2005, U.S. DISTRICT COURT, DISTRICT OF DELAWARE stamp]*

**PLAINTIFF'S MOTION FOR REMAND**

Plaintiff, by his undersigned counsel, move for remand of this matter pursuant to 28 U.S.C. § 1132(e)(1). For the reasons in support of said motion, this Court is respectfully referred to the accompanying memorandum of law.

Respectfully Submitted,

_____
RICHARD T. WILSON, ESQUIRE
Delaware Bar No.: 2794
Law Offices of Peter G. Angelos, PC
1300 N. Market Street, Suite 212
Wilmington, DE 19801
(302) 658-3301; (302) 658-3319/fax
Attorney for Plaintiff

Dated: July 19, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Charles C. Hitchens, Sr.,  :
        Plaintiff,  :
                      :   Civil Action No.: 1:05-cv-379 (SLR)
v.  :
   :
Washington Group International, Inc., Plan  :
Administrator, Washington Group  :
International Short Term Disability (STD)  :
Plan, Broadspire National Services, Inc.  :
f/k/a Kemper National Services, Inc.,  :
Broadspire Services, Inc. f/k/a Kemper  :
Services, Inc., Broadspire Inc., f/k/a Kemper :
Services, Inc., Plan Administrators of the  :
STD Plan,  :
        Defendants.  :

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND

Plaintiff seeks to recover short term disability benefits to which he is entitled. This matter was originally filed in the Superior Court of Delaware in and for New Castle County and was so filed in the Superior Court due to mandatory arbitration and the relatively low amount of the claimed damages. Subsequently, this matter was timely removed by the defendants to this Court.

This action asserts a claim inter alia, under 29 U.S.C. § 1132(a)(1)(B). Subsection (e)(1) specifically provides that state courts of competent jurisdiction shall have concurrent jurisdiction with the appropriate district court. Certainly, Congress did not place that aforementioned language in the statute for no reason. The Superior Court of Delaware is a court of competent jurisdiction and is well-equipped to handle this matter. There is sufficient guidance via federal common developed as to ERISA for a state court to apply said law to an individual case.

Because the Superior Court of Delaware is a competent state court as envisioned by 29

U.S.C. §1132(e)(1) this matter should be remanded to the Superior Court for disposition.

                    Respectfully submitted,

                    */s/ Richard T. Wilson*
                    RICHARD T. WILSON, ESQUIRE
                    Delaware Bar No.: 2794
                    Law Offices of Peter G. Angelos, PC
                    1300 N. Market Street, Suite 212
                    Wilmington, DE 19801
                    (302) 658-3301; (302) 658-3319/fax
                    Attorney for Plaintiff

Dated: July 20, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., : <br>         Plaintiff, : <br> : <br> v. : <br> : <br> Washington Group International, Inc., Plan : <br> Administrator, Washington Group : <br> International Short Term Disability (STD) : <br> Plan, Broadspire National Services, Inc. : <br> f/k/a Kemper National Services, Inc., : <br> Broadspire Services, Inc. f/k/a Kemper : <br> Services, Inc., Broadspire Inc., f/k/a Kemper : <br> Services, Inc., Plan Administrators of the : <br> STD Plan, : <br>         Defendants. : | Civil Action No.: 1:05-cv-379 (SLR) |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's Motion for Remand and any response thereto, the motion is GRANTED. This matter is REMANDED in its entirety to the Superior Court of Delaware in and for New Castle County.

BY THE COURT

_____
The Honorable Sue L. Robinson,
Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., <br>     Plaintiff, <br><br> v. <br><br> Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, <br>     Defendants. | Civil Action No.: 1:05-cv-379 (SLR) |

## CERTIFICATE OF SERVICE

I, Richard T. Wilson, Esquire, hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Remand was served on Defense counsel by first class mail, postage prepaid, addressed as follows on the 20th day of July, 2005:

Neal J. Levitsky, Esquire
Fox Rothschild, LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899

_____
RICHARD T. WILSON

Dated: July 20, 2005