IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., | : |
| Plaintiff, | : Civil Action No. 1:05-cv-379 (SLR) |
| v. | : |
| Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, ~~Neal J. Levitsky~~ Leslie Spoltore, hereby certifies that a true and correct copy of the foregoing Defendants' Reply to Plaintiff's Motion for Remand was served upon Plaintiff's counsel, via Hand Delivery, on the 5th day of August, 2005, addressed as follows:

> Richard T. Wilson, Esquire
> Law Offices of Peter G. Angelos
> 1300 N. Market Street, Suite 212
> Wilmington, DE 19801

_____
Neal J. Levitsky, Esquire

Dated: August 5, 2005