# FOX ✦ ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER ✦ SUITE 1300 ✦ 919 NORTH MARKET STREET ✦ P.O. BOX 2323 ✦ WILMINGTON, DE 19899-2323
302.654.7444 ✦ FAX 302.656.8920 ✦ www.foxrothschild.com

Neal J. Levitsky
Direct Dial: (302) 622-4200
Internet Address: nlevitsky@foxrothschild.com

August 5, 2005

**VIA ELECTRONIC FILING**
**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

    Re:   *Charles C. Hitchens, Sr. v. Washington Group International, Inc., et al.*
           *United States District Court, District of Delaware*
           *Civil Action No. 1:05-cv-379 (SLR)*

Dear Judge Robinson:

    Enclosed is a proposed Scheduling Order that counsel have conferred and agreed upon for the Court's review and advising that the conference is scheduled for Tuesday, August 9, 2005 at 8:30 am.

    Should Your Honor has any questions, we are certainly available.

                                              Respectfully yours,

                                              Neal J. Levitsky

NJL/dlk
Enclosures
cc:   Richard T. Wilson, Esquire (via hand delivery)
       Steven K. Ludwig, Esquire

PENNSYLVANIA ✦ NEW JERSEY ✦ DELAWARE

WM1A 61283v1 08/05/05