IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Charles C. Hitchens, Sr.,

   Plaintiff,

     1:05-cv-379 (SLR)

v.

Washington Group International, Inc., et al.,

   Defendants.

## ORDER

This 9th day of August, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED THAT:

1.  **Pre-Discovery Disclosures.** The parties will exchange by August 16, 2005 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.  **Discovery.**

 (a)  Discovery will be needed on the following subjects: Liability and Damages.

 (b)  All discovery shall be commenced in time to be completed by March 3, 2006.

 (c)  Maximum of 25 interrogatories by each party to any other party.

 (d)  Maximum of 40 requests for admission by each party to any other party.

 (e)  Maximum of 10 depositions by plaintiff and 10 by defendant.

(f) Each deposition limited to a maximum of 7 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by January 26, 2006. Rebuttal expert reports due by February 24, 2006. All Daubert motions due by March 24, 2006.

(h) Supplementations under Rule 26(e) due December 30, 2005.

(i) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before November 1, 2005.

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purpose of exploring ~~the possibility of a settlement~~ ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before May 3, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2.

6. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

PH1 745032v2 08/05/05

7.   **Motions in Limine**. All motions in limine shall be filed on or before **[two weeks before pretrial conference]**. All responses to said motions shall be filed on or before **[one week before pretrial conference]**.

8.   **Pretrial Conference**. A pretrial conference will be held on _____ at _____ m. in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

*SLR*

9.   **Trial**. This matter is scheduled for a [day/week] bench/jury trial commencing on _____ in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. For the purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

*[signature]*
United States District Judge

PH1 745032v2 08/05/05