IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES C. HITCHENS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-379-SLR |
| | ) |
| WASHINGTON GROUP INTERNATIONAL | ) |
| INC., WASHIGTON GROUP | ) |
| INTERNATIONAL SHORT TERM | ) |
| DISABILITY (STD) PLAN, | ) |
| BROADSPIRE NATIONAL SERVICES | ) |
| INC., BROADSPIRE SERVICES | ) |
| INC., and BROADSPIRE INC., | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 9th day of August, 2005, having reviewed plaintiff's motion for remand and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 6) is **denied**. The above captioned matter was appropriately removed from state court to federal court, pursuant to 28 U.S.C. § 1441(b) and 29 U.S.C. § 1132(a)(1)(B) and (e)(1). Plaintiff's motion for remand was untimely, pursuant to 28 U.S.C. § 1447(c).

                                                  /s/ [signature]
                                       United States District Judge