IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., : | |
| : | |
| Plaintiff, : | Civil Action No. 1:05-cv-379 (SLR) |
| : | |
| v. : | |
| : | |
| Washington Group International, Inc., Plan : | |
| Administrator, Washington Group : | |
| International Short Term Disability (STD) : | |
| Plan, Broadspire National Services, Inc. f/k/a : | |
| Kemper National Services, Inc., Broadspire : | |
| Services, Inc. f/k/a Kemper Services, Inc., : | |
| Broadspire Inc., f/k/a Kemper Services, Inc., : | |
| Plan Administrators of the STD Plan, : | |
| : | |
| Defendants. : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, by their undersigned counsel, move for the entry of judgment in their favor pursuant to Rule 56 of the

PH1 841059v1 05/02/06

Federal Rules of Civil Procedure. For the reasons in support of this motion, the Court is respectfully referred to the accompanying Memorandum of Law.

Respectfully submitted,

FOX ROTHSCHILD LLP


By:___/s/Neal J. Levitsky_____
Neal J. Levitsky, Esquire
Delaware Bar No. 2092
919 N. Market Street, Suite 1400
Wilmington, DE 19801-3046
302/655-7460; 302/655-7004 (fax)
Attorney for Defendants

Dated: May 3, 2006