IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., : | |
| : | |
| Plaintiff, : | Civil Action No. 1:05-cv-379 (SLR) |
| : | |
| v. : | |
| : | |
| Washington Group International, Inc., Plan : | |
| Administrator, Washington Group : | |
| International Short Term Disability (STD) : | |
| Plan, Broadspire National Services, Inc. f/k/a : | |
| Kemper National Services, Inc., Broadspire : | |
| Services, Inc. f/k/a Kemper Services, Inc., : | |
| Broadspire Inc., f/k/a Kemper Services, Inc., : | |
| Plan Administrators of the STD Plan, : | |
| : | |
| Defendants. : | |

**O R D E R**

AND NOW, this      day of                    2006, upon consideration of Defendants' Motion for Summary Judgment, and Plaintiff's response thereto, said Motion is GRANTED. Judgment is entered in favor of Defendants and against Plaintiff Charles C. Hitchens, Sr..

BY THE COURT:

_____
Sue L. Robinson,       Chief Judge

PH1 841056v1 05/02/06