IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:05-cv-379 (SLR) |
| | : | |
| v. | : | |
| | : | |
| Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Neal J. Levitsky, hereby certify that a true and correct copy of the foregoing Defendants' Motion for Summary Judgment and Memorandum of Law In Support of Defendants' Motion for Summary Judgment was served upon Plaintiff's counsel, via first class mail, postage prepaid, on the 2nd day of May, 2006, addressed as follows:

> Richard T. Wilson, Esquire
> Law Offices of Peter G. Angelos
> 1300 N. Market Street, Suite 212
> Wilmington, DE  19801

> /s/Neal J. Levitsky
> Neal J. Levitsky, Esquire (No. 2092)

Dated:  May 3, 2006