# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:05-cv-379 (SLR) |
| | : | |
| v. | : | |
| | : | |
| Washington Group International, Inc., Plan | : | |
| Administrator, Washington Group | : | |
| International Short Term Disability (STD) | : | |
| Plan, Broadspire National Services, Inc. f/k/a | : | |
| Kemper National Services, Inc., Broadspire | : | |
| Services, Inc. f/k/a Kemper Services, Inc., | : | |
| Broadspire Inc., f/k/a Kemper Services, Inc., | : | |
| Plan Administrators of the STD Plan, | : | |
| | : | |
| Defendants. | : | |

## APPENDIX VOLUME I OF VI
### (WGI 0001 – 0062)

05/24/05                        BROADSPIRE SERVICES                          Page   1

Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<E2010> INITIAL EMPLOYER CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/13/2003 Comp:03/13/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

---

INTAKE: MAZON 3/13/03  10:22AM

FDA: 3/13/03                    OCCUPATION:  SAFETY SUPERVISOR
SAFETY SENSITIVE (Y/N): YES
MODIFIED DUTY AVAILABLE (Y/N): NONE AVAILABLE
DOT (Y/N):

(NOTE: Contact Kathy Andregg if Unable to Reach Supervisor After 2
Attempts)

*********************FOR INTAKE PURPOSES*****************************
NAME OF PERSON CALLING IN CLAIM:      TOM KOVAL
TELEPHONE # OF PERSON CALLING IN CLAIM:  302-834-6092

Date: 3/13/03
Claim number: 1088786
Employee's name: CHARLES C HITCHENS
Employee's phone number:  302) 322-6690
Employee Identification number:  14380
Employee Supervisor: TOM KOVAL
Supervisor phone number:   302-834-6092
Date of disability: 3/13/03
Last day worked: 3/12/03
Is your work status Flex or Non Flex: NON-EXEMPT
Is this claim maternity relate : NO
Do you consider your disability work related:  NO
Have you filed a workers compensation claim:    N/A
*****************************************************************
IS THE EMPLOYEE PRESENTLY WORKING?    NO
PROVIDER'S NAME ( if available):DR.L.KAMBHAMETTU       CHRISTIANA
HEALTH CARE
PROVIDER'S SPECIALTY:  UNK. BY CALLER

PROVIDER'S TELEPHONE #: 302-452-2780


IS THE EMPLOYEE CURRENTLY HOSPITALIZED?  NO
What IS THE NAME OF THE FACILITY?  N/A

DATE RTW (IF RECOVERED): N/A

HAS THE EMPLOYEE BEEN WORKING UNDER ANY WORK RESTRICTIONS?  NO


WGI 0001

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E2010> INITIAL EMPLOYER CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/13/2003 Comp:03/13/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

WHAT ARE THOSE RESTRICTIONS?   N/A

ARE THE RESTRICTIONS PERMANENT?  N/A

WHAT WAS THE FIRST "FULL" SCHEDULED WORK DAY THAT THE EMPLOYEE WAS
ABSENT FROM WORK?     3/13/03

EMPLOYEES JOB TITLE: SAFETY SUPERVISOR

DOES THE EMPLOYEE WORK FULL TIME OR PART TIME?     FULL-TIME

COMMENTS/CONCERNS:  EE HAVING PULMONARY PROBLEM AND DOCTOR STATED
THAT HE WOULD BE UNABLE TO WORK UNDER CURRENT WORK CONDITIONS IN OIL
REFINERY / EE MUST AVOID DUST,FUMES AND PHYSICAL DEMANDS OF HIS JOB

Service:<A2510> INITIAL TRIAGE REVIEW
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/13/2003 Comp:03/13/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

FDA: 03/13/03*******WASHINGTON GROUP*******JOB: SAFETY OPERATOR
DISABILITY: PULMONARY CONDITION ADVISED BY MD THAT PT IS UNABLE TO
WORK UNDER CURRENT WORK CONDITIONS IN OIL REFINERY HE MUST AVOID
DUST, FUMES AND THE PHYSICAL DEMANDS OF HIS JOB.
RTW GUIDELINES: NEED SPECIFIC DX AND TX PLAN. AS WELL AS SPECIFIC
COPY OF JOB DESCRIPTION.
CASE ACTION PLAN: CONTACT PROVIDER OBTAIN PFT O2 SAT ALLERGY TESTING
AND BREATH SOUNDS AS WELL AS PHYSICIAN EXAM FINDINGS,CONFIRM DX AND
CURRENT TX PLAN, ASSESS FUNCTIONAL CAPABILITIES AND RTW STATUS
THANKS, LINDA

Service:<A1640> EMPLOYER FOUNDATION
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/13/2003 Comp:03/13/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

Email notification completed 3/13/03 NJ
Email Notification of Claim to Employer.

WGI 0002

05/24/05                          BROADSPIRE SERVICES                          Page    3

Healthcare Information for Case 1088786

| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
|---|---|---|
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P2010> INITIAL PATIENT CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:    0.00

Intake Performed by:
**************************************************************Da
te:
Claim number:
Employee's name:
Employee's phone number:
Employee Identification number:
Employee Supervisor:
Supervisor phone number:
Date of disability:
Last day worked:
Is your work status Flex or Non Flex:
Is this claim maternity relate :  Yes  No
Do you consider your disability work related:     Yes or No
Have you filed a workers compensation claim:     Yes or No
****************************************************************

(If w/c) Please contact your supervisor immediately to file a
Workers' Compensation claim.

Sometimes it's necessary to discuss confidential and personal
information and we want to make sure that we are always speaking to
the right person.

Can you provide us with your mother's maiden name or a 4-digit pin
number that we can use for security?      Yes or No
Which would you like to provide to us?
What is the PIN?
What is your Mother's maiden name?

Do you have an email address where we can send your information
regarding your claim?      Yes or No
What is your e-mail address?

Will you be staying home during all or part of your absence from
work?      Yes or No
May I please have the address where you are staying?
What is the telephone number where you will be staying?

Do you have a cellular phone or a secondary phone number where we may
reach you?      Yes or No
May I please have that number:

WGI 0003

05/24/05                            BROADSPIRE SERVICES                          Page   4

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P2010> INITIAL PATIENT CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)      Bill:  0.00  NON:   0.00  Savings:     0.00

What is your job title at the time of disability?
What State do you work in?

IF Work State = NY (New York) or HI (Hawaii):

Disability benefits may be payable from a state disability plan, paid
for by the Company and administered by Kemper.  You may also be
eligible for supplementary benefits from the Company's STD Plan.  If
you meet the benefit provisions of the Company's STD Plan, the plan
will pay any amount necessary to make up the difference between the
amount approved for statutory benefits and the amount approved by the
Company's STD plan.  A statutory (state) claim form will be forwarded
to you and must be returned as quickly as possible.  The Company's
STD Plan assumes that you will receive the maximum benefit available
from the state and your STD benefit will be reduced by this amount.
Please mail or fax a copy of your first check or the "explanation of
benefits" to Kemper.  The mailing address and fax number will be on
the forms that we send to you to complete. We will make any necessary
adjustments to your STD benefit once we receive this information.

        HI Max Benefit: $396            NY Max Benefit $170

IF Work State = CA (California), NJ (New Jersey), PR (Puerto Rico) or
RI (Rhode Island):

You may be eligible for state disability benefits.  You should
contact:

CA: your local Employment Development Department to obtain an
application for benefits.  The main telephone in Sacramento is
916-227-0220.


NJ: Kemper will send you the New Jersey Statutory Claim form to
complete. Please return the New Jersey form to Kathy Andregg at
Corporate Human Resources.  If you have any questions about the New
Jersey disability benefits you can contact the Division of Disability
Insurance Services at 609-292-2681.PR: the Bureau of Employment
Security, Disability Insurance Program at 787-754-2146 to apply for
state benefit.


RI: the Temporary Disability Insurance Division at 401-222-3642 to

                                                        **WGI 0004**

BROADSPIRE SERVICES

### Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P2010> INITIAL PATIENT CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)    Bill:   0.00 NON:   0.00 Savings:    0.00

apply for state benefits.

You may also be eligible for supplemental benefits from the Company's
STD Plan.  Please mail or fax Kemper a copy of either your first
disability check or "Explanation of Benefits" from the state
disability plan.  The Company's STD Plan will assume that you are
entitled to and receiving the maximum statutory benefit and your STD
benefit will be offset (reduced) by this amount:

CA Max Benefit: $602     PR Max Benefit: $113     NJ Max Benefit: $450
RI Max Benefit: $543

What is your medical condition that prevents you from working?
(If Pregnancy) What is your expected date of delivery?
Has your DR. indicated this may be a high-risk pregnancy? Yes or No

What are your symptoms? (do not ask this question if you suspect a
psych condition)

In order for us to accurately estimate the length of time it could
take for you to return to work, it is important to understand your
medical history. Do you have any other medical conditions we should
be aware of such as high blood pressure, diabetes etc?

What are those conditions?

In order to authorize STD benefits, it is necessary that you be seen
by a physician as noted in your STD plan.  This may effect
authorization of your STD benefits.

Are you seeing a doctor about this condition?    Yes or No
Who is your treating physician?
What is the physician's specialty?
Physician's phone number:
Physician's Fax Number:
What is the date you will be seen by a physician for this condition?
When is your next doctor's appointment?

Perhaps it would be more convenient and efficient for me to fax the
release to your doctor so you may sign it when you go for your visit
and we would be able to immediately obtain your medical information.

Has your doctor given you an expected return to work date?Yes or No

WGI 0005

05/24/05                    BROADSPIRE SERVICES                    Page   6

                  Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P2010> INITIAL PATIENT CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

What is that date?
Are you planning on returning to work on that date?  Yes or No
When do you anticipate being able to return to work?

Do you routinely take any prescribed mediations?  Yes or No
Name of medication #1
Name of medication #2
Name of medication #3
Name of medication #4

Were you or will you be hospitalized for this condition?  Yes or No
What is the name of the facility where you were or will be
hospitalized?
What is the phone number of the hospital or facility?
Where is the hospital or facility (city and state)?
How long will you be, or were you, hospitalized? (overnight, out
patient, 23 hour, date or date range)

Are you currently working under any medical restrictions?
What are the restrictions?
Are your restrictions permanent?

What is your supervisor's e-mail address?
Have you notified your supervisor of your absence?  Yes or No
(If no) It is important that you inform your supervisor of your
absence.

We will notify your supervisor that you called us.  However, we will
not be discussing your condition with him/her, because that
information is confidential.  When it is time, we will be
coordinating your return to work with your supervisor.

Please let me explain the rest of the process to you.  After we
finish our conversation, I will be forwarding your case to your case
manager.  That person will be responsible for all aspects of your
case, including requesting medical records.  Your company has
guidelines for Short Term Disability that we follow to make a
decision as to whether or not your illness/injury prevents you from
working in your own job.  We base our decision on objective medical
information, which we obtain from your treating physician. We
consider such things as medical exam findings, test results and
x-rays as objective medical information.  We must have a signed
medial release form from you that allows us to contact your doctor.

WGI 0006

BROADSPIRE SERVICES

Healthcare Information for Case 1088786

Patient #: 222245615
Patient Name: HITCHENS, CHARLES, C          Diagnosis : 786-05 SHORTNESS OF BREATH          Status : STD   - TERMINATION OF BENEF
Occupation: SAFETY SUPERVISOR               Employer: WASHINGTON GROUP INTERNATI             Carrier : SELF INSURED
Type Claim:                                 Location: UNDECLARED LOCATION                   Claims Office : UNDECLARED
    Injury: PULMINARY PROBLEM               Provider #: 99-9999999-   0                     KNS Date Recvd : 03/13/2003
Injury Date:                                Provider: UNKNOWN                               Adjustor: UNDECLARED, ADJUSTOR
                                            Resource: KURTZ, BARBARA                        Claim Number:

Service:<P2010> INITIAL PATIENT CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

          This release is mandatory for your processing.

          You need to know that in order to authorize payment of benefits,
          ongoing medical data will be necessary until case closure to
          determine disability benefits.

          Do you have any questions for me?    Yes or No

          Comments:

          "Kemper National takes customer service very seriously.   Would you
          mind taking a one minute survey on the customer service that we
          provided to you today?   Yes  or No

Service:<P8045> INTRO LETTER-FLEX
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

          ltr sent..lgb
Service:<E2010> INITIAL EMPLOYER CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

          3/14/03 4:28PM
          CE
Service:<R2010> INITIAL PROVIDER CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

          3/14/03 4:30PM
          DR KAMBHAMETTU CALLED ME BACK AND STATED THAT EE WAS PUT OOW WITH
          SHORTNESS OF BREATH. THERE WAS AN EXPLOSION ON HIS JOB ABOUT 1 YR AGO
          AND PT WAS EXPOSED TO CHEMICALS. NOW HE'S HAVING SHORTNESS OF
          BREATH.THERE WAS A DROP IN HIS PFT'S FROM LAST YR. PT WAS REFERRED TO
          A PULMONOLOGIST DR ZUBROW.   PRTW 2-4 WKS
          P: OBTAIN INFO FROM DR ZUBROW..

          3/14/03 4:20PM
          CE SPOKE WITH TAWANNA AT DR KAMBHAMETTU'S OFFICE. SHE TOOK MESSAGE
          FOR NURSE TO CALL ME BACK

                                                                  **WGI 0007**

BROADSPIRE SERVICES

## Healthcare Information for Case 1088786

---

Patient #: 222245615                Diagnosis : 786-05 SHORTNESS OF BREATH       Status : STD   - TERMINATION OF BENEF
Patient Name: HITCHENS, CHARLES, C          Employer: WASHINGTON GROUP INTERNATI      Carrier : SELF INSURED
Occupation: SAFETY SUPERVISOR              Location: UNDECLARED LOCATION          Claims Office : UNDECLARED
Type Claim:                              Provider #: 99-9999999-    0           KNS Date Recvd : 03/13/2003
   Injury: PULMINARY PROBLEM              Provider: UNKNOWN                      Adjustor: UNDECLARED, ADJUSTOR
Injury Date:                             Resource: KURTZ, BARBARA               Claim Number:

---

Service:<P2025> PATIENT FOLLOW UP QUESTIONS
Scheduled: 03/14/2003 Enter: 03/14/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)    Bill:   0.00 NON:   0.25  Savings:    0.00

---

**3/14/03  4:25PM**
**CE LVM FOR EE TO CONTACT ME**

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/17/2003 Enter: 03/14/2003 Edit: 03/17/2003 Comp:03/17/2003 Status (CL)    Bill:   0.15 NON:   0.00  Savings:    0.00

---

**3/17/03 4:28PM**
**LVM FOR EE TO CONTACT ME WITH DR ZUBROW'S TEL#**

Service:<P2020> PATIENT CONTACT
Scheduled: 03/17/2003 Enter: 03/14/2003 Edit: 03/17/2003 Comp:03/17/2003 Status (CL)    Bill:   0.00 NON:   0.00  Savings:    0.00

---

**3/17/03**
**EE LVM THAT HE RETURNED MY CALL.**
**3/17/03 4:20PM**
**CE LVM FOR EE TO CONTACT ME WITH DR ZUBROW'S TEL#**

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/18/2003 Enter: 03/18/2003 Edit: 03/18/2003 Comp:03/18/2003 Status (CL)    Bill:   0.15 NON:   0.00  Savings:    0.00

---

**3/18/03 12;37PM**
**CE SPOKE WITH MARGIE AT DR ZUBROW'S OFFICE. SHE STATED THAT EE HAD AN**
**APPT ON 3/14 BUT THE DICTATION IS NOT BACK YET. SHE WILL FAX NOTES TO**
**ME WHEN SHE GETS DICTATION. PT'S NEXT APPT IS 7/1/03**
**DR KAMBHAMETTU IS THE ONE RELEASING PT TO RTW**

**CE SPOKE WITH PATTER AT DR KAMBHAMETTU'S OFFICE AND ASKED HER TO FAX**
**ME PT'S OFFICE NOTES  AND PFT REPORT FROM 3/13/03 TO THE PRESENT**

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/19/2003 Enter: 03/18/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)    Bill:   0.15 NON:   0.00  Savings:    0.00

---

**3/20/03**
**RECEIVED MEDS FROM DR ZUBROW (PULMONOLOGIST) DATED 3/14/03**
**PHYSICAL EXAMINATION TODAY FOUND HIM TO BE IN NO ACUTE DISTRESS. NO**
**NASAL OR ORAL LESIONS WERE NOTED. AUSCULTATION OVER THE UPPER AIRWAY**
**REVEALED NO FLOW LIMITATION. NO ADENOPATHY. CHEST EXAM REVEALED CLEAR**
**LUNG FIELDS WITH GOOD AIR MOVEMENT BILATERALLY. NO WHEEZING COULD BE**
**HEARD AND HE HAD A NORMAL EXPIRATORY PHASE.  PT STATES THAT HE HAS A**
**DRY COUGH BUT NO SPUTUM PRODUCTION. HE HAS TROUBLE CLIMBING A FLIGHT**
**OF STAIRS WITHOUT DEVELOPING SHORTNESS OF BREATH. MR HITCHENS HAS**
**RECENTLY BEEN LAID OFF FROM HIS EMPLOYMENT BECUASE OF HIS DECLINE IN**
**RESPIRATORY CAPACITY.**
**HIS PRESENT PROBLEMS SEEM TO HAVE EMANATED FROM AN EXPOSURE TO**
**SULFURIC ACID FUMES BACK IN 7/01. FOLLOWING EXPOSURE HE HAD BURNS OF**
**HIS UPPER AIRWAY WITH MUCOSAL EDEMA AND BUCCAL MUCOSAL ULCERATIONS.**
**18 MTHS AGO HE WAS NOTED TO HAVE MILD DYSPNEA ON EXERTION WHICH HAS**

WGI 0008

05/24/05                                BROADSPIRE SERVICES                                Page   9

Healthcare Information for Case 1088786

---

Patient #: 222245615                    Diagnosis : 786-05 SHORTNESS OF BREATH        Status : STD   - TERMINATION OF BENEF
Patient Name: HITCHENS, CHARLES, C      Employer: WASHINGTON GROUP INTERNATI          Carrier : SELF INSURED
Occupation: SAFETY SUPERVISOR           Location: UNDECLARED LOCATION                 Claims Office : UNDECLARED
Type Claim:                             Provider #: 99-9999999-   0                   KNS Date Recvd : 03/13/2003
  Injury: PULMINARY PROBLEM             Provider: UNKNOWN                             Adjustor: UNDECLARED, ADJUSTOR
Injury Date:                            Resource: KURTZ, BARBARA                      Claim Number:

---

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/19/2003 Enter: 03/18/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.15 NON:   0.00 Savings:   0.00

---

BECOME PROGRESSIVE OVER THE ENSUING TIME PERIOD. HE HAS HAD PULMONARY
FUNCTION TESTING WHICH CONFIRMED A REDUCTION IN HIS VITAL CAPACITY
AND A AREDUCTION ION HIS DIFFUSING CAPACITY.
PULMONARY EXERCISE STRESS TESTING WAS ALSO OBTAINED WHICH SHOED NO
SIGNIFICANT DESATURATION OR RESPIRATORY LIMITATION.
HI RESOLUTION CT SCANNING WAS PERFORMED AND SHOWED NO ABNORMALITIES
ASSESSMENT: PT HAS REDUCTION IN HIS EXCERCISE CAPACITY WHICH IS
RELATED TO HIS SULFURIC ACID FUME EXPOSURE. I SUSPECT PT HAS AIRWAYS
DISEASE SECONDARY TO THIS. I RECOMMEND HE START ON ADVAIR.
IT IS IMPOSSIBLE TO KNOW IF PT WILL CONTINUE TO HAVE FURTHER DECLINE
IN RESPIRATORY STATUS. THIS IS WORK RELATED AND HE SHOULD APPLY FOR
DISABILITY THROUGH HIS EMPLOYER. PT WILL RETURN TO SEE ME IN 4 MTHS
WITH REPEAT PFT AND CXR.

Service:<P2020> PATIENT CONTACT
Scheduled: 03/19/2003 Enter: 03/19/2003 Edit: 03/19/2003 Comp:03/19/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

---

3/19/03 3:47PM
EE CALLED AND STATED THAT DR ZUBROW IS FAXING ME HIS MEDS TOMORROW

Service:<P2021> INITIAL DETERMINATION
Scheduled: 03/20/2003 Enter: 03/13/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

---

NO DETERMINATINO MADE YET..
EE WAS LAID OFF. CE SPOKE WITH ER (KATHY ANDREGG) AND ASKED IF WE
SHOULD PROCEED WITH CLAIM...ER ADVISED OF THIS

Service:<A1210> INITIAL PAYROLL ENTRY
Scheduled: 03/20/2003 Enter: 03/13/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

---

NO DETERMINATOIN MADE YET

Service:<E2020> EMPLOYER CONTACT
Scheduled: 03/20/2003 Enter: 03/20/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.10 NON:   0.00 Savings:   0.00

---

To:"Kevin  Tobin"
cc:"Ela M. Cos"
From:kathy.andregg@wgint.com (Kathy  Andregg)

Date:03/20/2003 10:17 AM MST
Subject:Charles Hitchins    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

Kevin, can you help me on this one?  Kemper called this morning, and
has
been told that this employee was laid off.  He recently (3/13)
applied for

WGI 0009

05/24/05               BROADSPIRE SERVICES                 Page 10

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E2020> EMPLOYER CONTACT
Scheduled: 03/20/2003 Enter: 03/20/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.10 NON:   0.00 Savings:   0.00

**STD benefits.  Pls advise what's going on with this employee....thanks.**

Service:<E2020> EMPLOYER CONTACT
Scheduled: 03/21/2003 Enter: 03/20/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.10 NON:   0.00 Savings:   0.00

**3/24/03 12:noon
CE SPOKE WITH ER (KATHY ANDREGG) AND ADVISED HER THAT EE STATED THAT
HE WAS NOT LAID OFF.  THE DR'S NOTES THAT STATE THAT IS INCORRECT
CE ADVISED ER THAT EE'S CASE WAS PEERED AND DOES NOT SUPPORT
DISABILITY**

Service:<A9996> DISABILITY DETERMINATION
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**DATE OF DISABILITY:  3/13/03**

**KNS RECEIVED DATE:  3/13/03**

**OBJECTIVE/CLINICAL FINDINGS SUPPORT ONGOING DISABILITY?  NO**

**EMPLOYER CONTACT ADVISED OF DETERMINATION? YES**

**ANTICIPATED DURATION OF DISABILITY:  undetermined
(PER DURATION GUIDELINES)**

**IF OBJECTIVE DATA DOES NOT SUPPORT ONGOING DISABILITY FILE MUST BE
FORWARDED TO SUPERVISOR FOR REVIEW PRIOR TO NOTIFICATION OF DENIAL.**

Service:<E2050> DETERMINATION-EMPLOYER CONTACT
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.25 Savings:   0.00

**DATE OF DISABILITY CHANGED?  YESàààà  NOàXààà. IF YES, NEW DATE
IS:àààààà.**

**Date:March 24, 2003Kemper STD Case #: 1088786**

**Employee Name: Charles HitchensEmployee Identification #: 14380**

**STD Approval Dates: NoneSTD Denial Dates: effective 3/13/03**

WGI 0010

05/24/05                          BROADSPIRE SERVICES                          Page 11

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E2050> DETERMINATION-EMPLOYER CONTACT
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)    Bill:  0.00  NON:  0.25  Savings:    0.00

LTD Approval Dates:LTD Denial Dates:

Normal Work Schedule (e.g. M-F 8:00 -4:30):

Flex Status:    FlexNon-Flex Status:

Status Update Reason (indicate appropriate reason):

__Status Check -

_X__Denial- The medical information received was peered with a KSN
Physician and they do not support a disability.

___Request for Job Analysis Worksheet/Job Description

___Extension of Benefits:_X_Benefits End Date:  9/11/03

___RTW Information - RTW date with doctors release information (i.e.
Full, modified)

___Modified duty instructions in detail (days/hours per day/projected
full release)

___Relapse of STD-include date

___STD to LTD referral-18 week LTD referral and packet sent to
employee, packet not received from employee

___LTD Status update-own occupation to any occupation transition
investigation

Offset Information:
___WC offset as stated by employee/carrier

___Estimated Statutory Offset: (indicate state)___Actual Statutory
Offset (indicate state & amount):
___California - $602.00___California:
___Hawaii - $396___Hawaii:
___New Jersey - $444.00___New Jersey:
___New York - $170.00___New York:
___Puerto Rica - $113.00___Puerto Rica:
___Rhode Island -- $543.00 ___Rhode Islan:
     (Rhode Island Maximum with dependents -- $743.00)

WGI 0011

05/24/05                      BROADSPIRE SERVICES                          Page 12

                    Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<E2050> DETERMINATION-EMPLOYER CONTACT
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.25 Savings:   0.00

**Projected RTW Date: unknownActual RTW Date: none yet**

**Name: Ela Cos**
**1-866-269-6242**

Service:<P2050> DETERMINATION-EMPLOYEE CONTACT
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.25 Savings:   0.00

**3/24/03 12:noon**
**CE LVM FOR EE THAT HIS CASE WAS PEERED BY A KNS PHYSICIAN AND HIS**
**MEDS DO NOT SUPPORT A DISABILITY**

Service:<E2017> CLAIM STATUS UPDATE
Scheduled: 03/24/2003 Enter: 03/24/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**DATE OF DISABILITY CHANGED?  YESàààà  NOàXààà. IF YES, NEW DATE**
**IS:àààààà.**

**Date:March 24, 2003Kemper STD Case #: 1088786**

**Employee Name: Charles HitchensEmployee Identification #: 14380**

**STD Approval Dates: NoneSTD Denial Dates: effective 3/13/03**

**LTD Approval Dates:LTD Denial Dates:**

**Normal Work Schedule (e.g. M-F 8:00 -4:30):**

**Flex Status:   FlexNon-Flex Status:**

**Status Update Reason (indicate appropriate reason):**

**__Status Check -**

**_X__Denial- The medical information received was peered with a KSN**
**Physician and they do not support a disability.**

**___Request for Job Analysis Worksheet/Job Description**

**___Extension of Benefits:_X_Benefits End Date:  9/11/03**

**___RTW Information - RTW date with doctors release information (i.e.**
**Full, modified)**

                                                        **WGI 0012**

05/24/05                                 BROADSPIRE SERVICES                                    Page 13

                         Healthcare Information for Case 1088786

---

Patient #: 222245615                    Diagnosis : 786-05 SHORTNESS OF BREATH        Status : STD   - TERMINATION OF BENEF
Patient Name: HITCHENS, CHARLES, C      Employer: WASHINGTON GROUP INTERNATI         Carrier : SELF INSURED
Occupation: SAFETY SUPERVISOR           Location: UNDECLARED LOCATION                Claims Office : UNDECLARED
Type Claim:                             Provider #: 99-9999999-   0                  KNS Date Recvd : 03/13/2003
    Injury: PULMINARY PROBLEM           Provider: UNKNOWN                            Adjustor: UNDECLARED, ADJUSTOR
Injury Date:                            Resource: KURTZ, BARBARA                     Claim Number:

---

Service:<E2017> CLAIM STATUS UPDATE
Scheduled: 03/24/2003 Enter: 03/24/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

---

___Modified duty instructions in detail (days/hours per day/projected
full release)

___Relapse of STD-include date

___STD to LTD referral-18 week LTD referral and packet sent to
employee, packet not received from employee

___LTD Status update-own occupation to any occupation transition
investigation

Offset Information:
___WC offset as stated by employee/carrier

___Estimated Statutory Offset: (indicate state)___Actual Statutory
Offset (indicate state & amount):
___California - $602.00___California:
___Hawaii - $396___Hawaii:
___New Jersey - $444.00___New Jersey:
___New York - $170.00___New York:
___Puerto Rica - $113.00___Puerto Rica:
___Rhode Island -- $543.00 ___Rhode Islan:
      (Rhode Island Maximum with dependents -- $743.00)

Projected RTW Date: unknownActual RTW Date: none yet

Name: Ela Cos
1-866-269-6242

Service:<A9999> WORKNOTES (INTERNAL)
Scheduled: 03/25/2003 Enter: 03/25/2003 Edit: 03/25/2003 Comp:03/25/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

---

3/25/03
RECEIVED LETTER FROM EE'S ATTORNEY APPEALING THE CASE.
MEDS ATTACHED..(SAME MEDS WE HAVE ON FILE)

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/25/2003 Enter: 03/25/2003 Edit: 03/25/2003 Comp:03/25/2003 Status (CL)    Bill:   0.15  NON:   0.00  Savings:    0.00

---

RECEIVED PFT TEST DATED 3/11/03 AND 2/6/03
MEDS FROM DR MARK JONES OFFICE DATED 2/25/03
ARTERIAL BLOOD GASES WERE OBTINED AT REST AND ARE WITHIN NORMAL
LIMITS. BREATHING FREQUENCY IS NORMAL. ARTERIAL BLOOD GASES REPEATED
AT PEAK EXERCISE SHOW IMPROVEMENT IN ARTERIAL OXYGENATION. THE PH

WGI 0013

05/24/05                        BROADSPIRE SERVICES                        Page 14

Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor : UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/25/2003 Enter: 03/25/2003 Edit: 03/25/2003 Comp:03/25/2003 Status (CL)   Bill:   0.15  NON:   0.00  Savings:    0.00

FALLS AS EXPECTED. VE/VCO2 AND VE/V02 ARE NORMAL. MEASURE OF CARDIAC
PERFORMANCE SHOWS AN OXYGEN PULSE THAT RISES WITH EXERCISE AS
EXPECTED BUT NOT TO THE PREDICTED VALUES. BLOOD PRESSURE AT REST
128/88 WHICH RISES WITH EXERCISE TO A PEAK VALUE OF 220/104.

RECEIVED MEDS FROM DR KAMBHAMETTU (WASHINGTON GROUP DR) DATED
3/12/03NOT MEDICALLY QUALIFIED TO WEAR A RESPIRATOR AT ANY TIME
RESTRICTIONS: NO EXPOSURE TO DUST, FUMES, VAPORS OR IRRITANTS GASES
NO USE OF RESPIRATOR OR JOBS REQUIRING IT. NO CLIMBING HEIGHTS OR
STRENOUS ACTIVITY

Service:<A8020> SURVEY
Scheduled: 03/27/2003 Enter: 03/13/2003 Edit: 03/27/2003 Comp:03/27/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

---

Service:<A1000> ADMINISTRATIVE INTERACTION
Scheduled: 03/27/2003 Enter: 03/24/2003 Edit: 03/27/2003 Comp:03/27/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

RANDYEE WENT OOW ON 3/13/03. MEDS WERE PEERED BY A KNS PHYSICIAN AND
DO NOT SUPPORT DISABILITY.
P: REQUEST A DENIAL LETTER EFFECTIVE 3/13/03
*****************************
I AGREE WITH DENIAL. RRR
*************************

Service:<R1026> PHYSICIAN REVIEW/GENERAL
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

---

KNS General Peer Review

Referral Date:March 24, 2003
Dictated 3/24/03Claimant:Charles Hitchens
Requester: Ela CosAge:60
Requester Resource #:5493SS#/Claim#:1088786
Department:IDMAccount:Washington Group
Extension:2703Job Title:Safety Supervisor
Peer Reviewer:Dennis Mazal, MD.Physical Exertion level:

Specialty:Internal Medicine/PulmonologySedentaryLightXMedium

HeavyVery Heavy

Peer Resource #:6112Diagnosis(es):Shortness of Breath
First Date of Absence:3/13/03
LTD date: 9/11/03
Evaluate Functional Impairment related to:

WGI 0014

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R1026> PHYSICIAN REVIEW/GENERAL
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00

XOwn OccupationAny OccupationN/A


Information Reviewed/Considered:
Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03
PFT Test dated 3/11/03,  2/6/03
Notes from Dr. Kambhamettu dated 3/12/03


Functional Impairment Status Determination:


Specific Referral Question(s):


                                        Do medicals support
disability?
Determination:
Supports functional impairment(s) that precludes work
XFails to support functional impairment(s) that precludes work

RATIONALE:

The claimant is a 60-year-old male who developed respiratory
insufficiency secondary to exposure to sulfuric acid fumes in July,
2001.  Following that exposure, the claimant had significant burns of
his upper airway and mucosal edema and buccal mucosal ulcerations.
The claimant was noted to have mild dyspnea on exertion which has
become progressive over time.  Pulmonary function testing dated
2/6/03 at Christiana Care Health Systems, Pulmonary Lab, Wilmington
Hospital, demonstrated a force vital capacity of 75% predicted and
FEV1 of 60% predicted.  A peak expiratory flow rate of 65% predicted,
and FEF 25%-75% of 27% predicted, total lung capacity of 94%
predicted, residual volume of 112% predicted and diffusing capacity
of 79% predicted when corrected for alveolar volume.  Also, in
February 2003 the claimant underwent pulmonary exercise testing on a
bicycle ergometer and ramped at 25 watts to a maximum of 165 watts
with 224 being predicted.  Maximal heart rate achieved was 159 which
is very close to the predicted maximum.  The claimant's work capacity
was reduced with a normal anaerobic threshold.  Breathing frequency
was normal.  Measures of respiratory performance demonstrated a
reduced breathing reserve.  Arterial to end tidal carbon dioxide
level was normal.  Arterial blood gases at rest and at peak

WGI 0015

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R1026> PHYSICIAN REVIEW/GENERAL
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

exercise showed no derangement in oxygen saturation or oxygen
tension.  The pH fell as expected with exercise.  There were no
significant EKG changes appreciated during the performance of the
test.  Chest examination on March 14, 2003 demonstrated clear lung
fields with fairly good air movement bilaterally, no wheezing could
be heard and he had a normal expiratory phase.  Cardiac examination
was within normal limits.  High resolution CT scanning was performed
which apparently showed no abnormalities, although the actual report
of the CT scan is not in the records submitted for review.

Therefore, based upon the information reviewed and considered, there
is no objective evidence in the medical records reviewed to support a
loss of functionality that would preclude the claimant from
performing the essential duties of his occupation, that being a
safety supervisor.  Specifically, there is no objective evidence for
significant hypoxemia at rest or with exertion and pulmonary function
parameters demonstrate a mild obstructive impairment.  Although the
claimant obviously sustained exposure to sulfuric acid fumes in 2001,
current radiographic imaging studies do not demonstrate any permanent
only damages to the lungs resulting from that exposure.  Therefore,
based upon the lack of objective evidence supporting a loss of
functionality, there is no reason why the claimant could not return
to work as a safety supervisor.

The opinions rendered above reflect reasonable clinical certainty
based upon the available information.


Dennis Mazal, MD.Date
Internal Medicine/Pulmonologist

DM/nvk/vn

Service:<A1300> DENIAL LETTER
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

Ltr completed/mailed 3/31/03 NJ
Washington Group Denial

Employee copy

Upon review of our file it has been determined that you do not
qualify for Short Term Disability benefits as of March 13, 2003

WGI 0016

05/24/05                           BROADSPIRE SERVICES                           Page 17

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: FULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A1300> DENIAL LETTER
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

because the information received from Dr. Kambhamettu's office and Dr. Zubrow's office is not sufficient to support your disability. The information received to date was then reviewed by our KNS physician consultant and it was determined that there is insufficient medical data to support an on going disability.  Specifically, it was noted that you have mild dyspnea on exertion which has become progressive over time.  A pulmonary function test dated 2/6/03 demonstrated a force vital capacity of 75% predicted and FEV1of 60% predicted.  A peak expiratory flow rate of 65% predicted and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume.  Breathing frequency was normal.  Arterial to end tidal carbon dioxide level was normal.  Arterial blood gases at rest and at peak exercise showed no derangement in oxygen saturation or oxygen tension.  There were no significant EKG changes during the performance of the test.  Chest examination on 3/14/03 demonstrated clear lung fields with fairly good air movement bilaterally.  No wheezing could be heard and you had a normal expiratory phase.  Cardiac examination was within normal limits.  High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan was not submitted for review.

Based on the medical information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude you from performing the essential duties of your occupation.  Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment.  Although you sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent damages to the lungs resulting from that exposure.  Based on the lack of objective evidence supporting a loss of functionality, there is no reason why you could not work as a safety supervisor.  Therefore, benefits will not be approved. Washington Group has been notified.

Email:  Kathy Andregg        kathy.andregg@wgint.com
        Cindy Burnett           cynthia.burnett@wgint.com
        Jayne Hale               jayne.hale@wgint.com
        Time Management      time.management@wgint.com
        Generic E-mail          std.approval@wgint.com

WGI 0017

05/24/05
BROADSPIRE SERVICES
Page 18

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A1300> DENIAL LETTER
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)     Bill:   0.00  NON:   0.00  Savings:    0.00

Debbie Livingston      debbie.Livingston@wgint.com
Joanne Hoag            Joanne.hoag@wgint.com

Employer:

Upon review of our file it has been determined that you do not
qualify for Short Term Disability benefits as of March 13, 2003
because the information received from your treating provider's office
is not sufficient to support your disability. The information
received to date was then reviewed by our KNS physician consultant
and it was determined that there is insufficient medical data to
support an on going disability.  Based on the medical information
reviewed and considered, there is no objective evidence in the
medical records to support a loss of functionality that would
preclude you from performing the essential duties of your occupation.
 Based on the lack of objective evidence supporting a loss of
functionality, there is no reason why you could not work as a safety
supervisor.  Therefore, benefits will not be approved. Washington
Group has been notified.

Email:  Kathy Andregg       kathy.andregg@wgint.com
        Cindy Burnett       cynthia.burnett@wgint.com
        Jayne Hale          jayne.hale@wgint.com
        Time Management     time.management@wgint.com
        Generic E-mail      std.approval@wgint.com
        Debbie Livingston   debbie.Livingston@wgint.com
        Joanne Hoag         Joanne.hoag@wgint.com

Service:<R3003> LEVEL 2
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

Service:<A9999> WORKNOTES (INTERNAL)
Scheduled: 03/31/2003 Enter: 03/31/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

3/31/03
APPEAL LETTER THAT WAS RECEIVED BY EE'S ATTORNEY WAS SENT TO APPEALS
DEPT, ALONG WITH A COPY OF THE DENIAL LETTER

WGI 0018

BROADSPIRE SERVICES

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P8100> 1ST LEVEL APPEAL RECEIVED
Scheduled: 03/31/2003 Enter: 04/10/2003 Edit: 04/10/2003 Comp:04/10/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**Received 1st level appeal via fax/mail 3/31/03 from claimant's attorney  -  sbs**

Service:<A1100> BENEFITS END
Scheduled: 04/04/2003 Enter: 03/13/2003 Edit: 04/04/2003 Comp:04/04/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**BENEFITS END: 9/11/03**

Service:<A2515> CLOSURE SUBMITTED TO ADMIN
Scheduled: 04/07/2003 Enter: 04/04/2003 Edit: 04/09/2003 Comp:04/09/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

Service:<R8050> 1ST LEVEL APPEAL CONFIRMATION LTR
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/10/2003 Comp:04/10/2003 Status (CL)   Bill:   0.00 NON:   0.10 Savings:   0.00

**ack ltr mailed to attorney 4-10-03**

Service:<P8030> PATIENT LETTER
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/10/2003 Comp:04/10/2003 Status (CA)   Bill:   0.00 NON:   0.10 Savings:   0.00

Service:<A2520> REQUEST FILE FROM ADMIN
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/10/2003 Comp:04/10/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**e-mail to request file**

Service:<A2509> SUBMITTED TO APPEALS UNIT
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/21/2003 Comp:04/21/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**file located/delivered to Appeals. 4/21/03 NJ**

**Received orig. file 4-21-03   sbs**

Service:<A2540> APPEAL TRIAGE REVIEW
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/22/2003 Comp:04/22/2003 Status (CA)   Bill:   0.00 NON:   0.00 Savings:   0.00

Service:<A2508> ASSIGNED TO APPEAL COORD/ASST
Scheduled: 04/22/2003 Enter: 04/22/2003 Edit: 04/24/2003 Comp:04/24/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**ASSIGNED TO SONIA WILLIAMS 4/22/03**

Service:<P5010> APPEAL-PATIENT CONTACT
Scheduled: 04/22/2003 Enter: 04/22/2003 Edit: 04/24/2003 Comp:04/24/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**EE BEING REPRESENTED BY ATTY. REQUEST NO CLIENT CONTACT. WILL CALL ATTY.**

Service:<A8105> 2ND LEVEL DECISION DUE
Scheduled: 04/22/2003 Enter: 04/22/2003 Edit: 04/24/2003 Comp:04/24/2003 Status (CA)   Bill:   0.00 NON:   0.00 Savings:   0.00

**WGI 0019**

05/24/05                         BROADSPIRE SERVICES                        Page 20

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor : UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A8110> FINAL LEVEL DECISION DUE
Scheduled: 04/22/2003 Enter: 04/22/2003 Edit: 04/24/2003 Comp:04/24/2003 Status (CA)   Bill:   0.00  NON:   0.00  Savings:   0.00

Service:<P3020> ATTORNEY CONTACT
Scheduled: 04/28/2003 Enter: 04/28/2003 Edit: 04/28/2003 Comp:04/28/2003 Status (CL)   Bill:   0.25  NON:   0.00  Savings:   0.00

**pc to atty wilson (302) 658-3301 advised of appeal case assignment, phone number ext for return pc, determination date.**

Service:<A9020> APPEAL WORKNOTE
Scheduled: 05/02/2003 Enter: 05/02/2003 Edit: 05/02/2003 Comp:05/02/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

**requested job decription from tcm. ee's atty is requesting this as well as an rule or procedures applicable to this appeal. ela cos ext 2703 will fax job description to coord.**

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/05/2003 Enter: 05/05/2003 Edit: 05/05/2003 Comp:05/05/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

**PC TO TOM KOVAL SUPV (302) 834-6092 RE: JOB DESCRIPTION FOR CLAIMANT. LVM DETAILED AS WELL AS FAX# FOR JOB DESCRITPTION.**

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 05/06/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.25  Savings:   0.00

**CLAIM BEING PEERED W/DR. KLOTZ. OVERNIGHTED MEDICAL FILE TO PHYSICIAN**


**Referral Date: 5/6/03 (Dictated 5/9/03)Claimant:Charles Hitchens**
**Requester: Sonia WilliamsAge:60**
**Requester Resource #:1582SS#/Claim#:1088786**
**Department:IDMAccount:Washington Group**
**Extension:2670Job Title:Safety Supervisor**
**Peer Reviewer:Dr. Edward KlotzPhysical Exertion:  Medium to heavy**
**Specialty: Pulmonary**
        Sedentary              Light              xMedium

     x Heavy              Very Heavy
**Peer Resource #:6023Diagnosis(es):Shortness of Breath**
**First Date of Absence:3/13/03**
**LTD date: 9/11/03**
**Definition of Disability:       x Own Occupation      Any Occupation**
              N/A

**Information Reviewed/Considered:**
**FDA: 3/13/03**
**Benefits were not paid in STD for date 3/13/03.   EE is appealing for**

**WGI 0020**

05/24/05

BROADSPIRE SERVICES

Page 21

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor : UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 05/06/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)    Bill:  0.00  NON:  0.25  Savings:    0.00

STD benefits 3/13/03. The ee was exposed to chemical sulfuric acid
fumes 7/01 from refinery explosion, which resulted in burns of his
upper airway and mucosal/buccal mucosal ulcerations.  EE wears
respirator when out in the field.  Position requires ee to be the
first responder in the event of a chemical accident and assist other
employees out of affected area.  EE's restrictions are: less
demanding physical activity as well as not wearing respirator
(currently).  Employer has accommodated ee with position with these
restrictions as of 5/5/03 per attorney.


Included in this review
Copy of appeal letter dated 3/24/03 from Atty Wilson
Job Description
*Raytheon Constructors Medical Questionnaire for respiratory
clearance dated 1/28/03
*Health care provider's opinion letter dated 3/12/03 Dr. Kambhamettu
*Letter dated 3/14/03 from Dr. Marc Zubrow/Pulmonary
*STD denial letter dated 3/31/03
*Letter dated 4/4/03 from Atty Wilson
*Certification of Health Care provider dated 3/28/03 from Dr. Zubrow
*Pulmonary Lab report dated 2/6/03
*Letter dated 2/25/03 from Dr. Jones
*Instrumentation Laboratory report dated 2/25/03
*Pulmonary Diagnostic Lab report dated 3/11/03
*Lab corp lab results dated 3/9/03
*Letter dated 3/17/03 from Dr. Greaney w/addendum
*Health Status medical report dated 3/17/03 from Dr. Greaney
Prior peer review dated 3/24/03
Pulmonary Lab report dated 2/6/03
Pulmonary Function Lab report dated 9/14/01
*Denotes items submitted on appeal

Disability Status Determination:

Specific Referral Question(s):

                                        Do the medicals
provided support the employee's disability from his own occupation in
a medium to heavy physical demand?


WGI 0021

05/24/05                        BROADSPIRE SERVICES                        Page 22

                    Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 05/06/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)    Bill:   0.00  NON:  0.25  Savings:    0.00

**Determination:**
Supports disability
xFails to support disability

**Rationale:**

The employee is a 60-year-old male safety supervisor for Ration Constructors, Inc. who has a history of "asbestosis" and was exposed to chemical sulfuric acid fumes in July 2001.  The exposure to these fumes caused burns to his upper airway as well as mucosal edema and buccal ulcerations.  He wears a respiratory when out in the field; he walks a lot and climbs stairs, ladders and towers.  His job classification is one of medium to heavy work.

His pulmonary physician, Mark Zubrow, M.D., states that the employee has had progressive dyspnea on exertion over the last eighteen months.  He also has complained of a dry cough.  His physical examination by Dr. Zubrow on 3/14/03 was completly within normal limits.

His pulmonary function studies on 2/6/03 revealed normal lung volume with a minimally reduced diffusing capacity (79%) when corrected for alveolar volume.  They reveal mild airway obstruction with a greater degree of obstruction in the small airways.

Arterial blood gasses were normal.  Exercise test on bicycler ergometer was conducted and the claimant's heart rate reached 159 beats per minute, which was very close to the predicted maximum.  The only respiratory abnormality found was a reduced breathing reserve of 29% with normal being 20% or greater.  Oxygenation during and after the test was within normal limits.

High resolution CT scan of the chest showed absolutely no abnormality, ruling out the presence of asbestosis.

Based upon the information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude the claimant from performing the essential duties of his occupation.  Specifically, there is no significant reduction in oxygenation (hypoxemia) at rest or with exertion and pulmonary function parameters show mild airway

WGI 0022

BROADSPIRE SERVICES

### Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 05/06/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.25  Savings:   0.00

obstruction.  The CT scan of the lungs does not reveal the presence
of any permanent lung damage and in fact was within normal limits.
There is no objective reason why the claimant cannot wear a
respirator or climb stairs, ladders or towers.


The opinions rendered above reflect reasonable clinical certainty
based upon the available information.


_____

Edward Klotz, M.D., F.C.C.P.Date
Pulmonology/IM

EK/mm/lo

Service:<A9020> APPEAL WORKNOTE
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

SPOKE W/TCM ELA 5/5/03 DIDN'T HAVE JOB DESCRIPTION AS YET. TCM STATED
CONTACTED SUPV. ADVISED COORD CONTACTED SUPV ALSO. COORD CONTACTED
KATHY ANDREGG THIS AM VIA EMAIL FOR JOB DESCRIPTION. AS JOB
DESCRIPTION IS NEEDED FOR APPEAL AND EE'S ATTY IS REQUESTING COPY
ALSO. DETERMINATION DATE IS 5/14/03 CLAIM IS PENDING RE: NUMEROUS
ATTEMPTS TO OBTAIN JOB DESCRIPTION.

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

To:kathy.andregg
cc:
From:Sonia A. Williams
Client Services/Plantation
Date:05/06/2003 11:16 AM
Subject:Job Description Request

Hello Kathy:

I am the appeal coordinator assigned to claimant Charles Hitchens'
claim.  Could you please forward a copy of Mr. Hitchens' job
description as a safety supervior.  His I.D. is 14380.  This is
needed for the review of his claim and his Attorney is requesting a
copy as well.  Thank you for your help in this matter.

WGI 0023

05/24/05                                BROADSPIRE SERVICES                                Page 24

                        Healthcare Information for Case 1088786

---

| | |
|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH         Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI         Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION         Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0         KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN         Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA         Claim Number: |

---

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

---

**Sonia Williams**
**P: (800) 725-9441 ext 2670**
**F: (954) 452-4133**

Service:<P3020> ATTORNEY CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.25  NON:   0.00  Savings:   0.00

PC TO ATTY WILSON (302) 658-3301, LVM DETAILED ABOUT OBTAINING JOB
DESCRIPTION PER REQUEST, DOES ATTY WANT TO HAVE JOB DECRIPTION TO
REVIEW & WILL NEED ADD'L TIME. DETERMINATION DATE IS 5/14/03. LEFT
PHONE # FOR RETURN PC.
----------------------------------------------------------------------R
EC'V RETURN PC FROM ATTY WILSON: ATTY IS REQUESTING SPD FOR
WASHINGTON GROUP & JOB DESCRIPTION. DOESN'T WANT AN EXTENSION OF
TIME. ADVISED COORD IS TRYING TO OBTAIN JOB DESCRIPTION FROM EMPLOYER
& WILL GET CONACT NAME FOR SPD. ATTY WENT ON TO DISCUSS CLAIM W/COORD
THAT EE IS NOT ONLY SAFETY SUPV AND DOESN'T JUST SIT IN AN
ADMINISTARATIVE TYPE POSITION W/O ANY PHYSICAL EXHERTION. EE IS A
SAFETY SUPV & HAS RESPONDED TO ACCIDENTS IN THE REFINERY (WHERE
EMPLOYED) WHICH ENTAILED PUTTING ON RESPERATOR AND GETTING OTHER EE'S
OUT OF REFINERY WHEN CHEMICAL ACCIDENTS OCCUR. EE'S RESTRICTION IS
UNABLE TO WEAR RESPERATOR AND A LESS PHYSICAL DEMANDING JOB.  EE WAS
GIVEN A JOB 5/5/03 AT REFINERY THAT WAS WITHIN HIS LIMITS &
RESTRICTIONS. ASKED EE ABOUT STATEMENT ON LTR DATED 4/4/03 RE: DR.
ZUBROW STATING EE WAS LAID OFF. PER ATTY THAT WAS INCORRECT. ADVISED
ATTY THAT THE RE-REVIEW OF THIS CLAIM WILL TAKE INTO CONSIDERATION
THE JOB DUTIES AS WELL AS MEDICAL EVIDENCE TO SUPPORT DISABILITY FROM
DOING HIS JOB. ASKED ATTY IF EE GAVE INFO OF HIM BEING A 1ST
RESPONDER IN REFINERY ACCIDENT & BEING THE ONE TO GET THE EMPLOYEE'S
OUT OF REFINERY. ATTY ANSWERED YES & THIS MIGHT NOT BE ON THE JOB
DESCRIPTION. ADVISED WILL PROCEED WITH REVIEW. PC TERMINATED.

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

---

REC'V REQUESTED JOB DECSRIPTION VIA EMAIL FROM kATHY ANDREGG
To:
cc:
From:kathy.andregg@wgint.com (Kathy  Andregg)

Date:05/06/2003 09:18 AM CST
Subject:RE: Job Description Request


Employee is a Technician, 64020.T4.  Following is the generic

WGI 0024

05/24/05                      BROADSPIRE SERVICES                          Page 25

                    Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)    Bill:   0.00 NON:   0.00  Savings:    0.00

---

description of
that job, but to find out specifics of his position, you would need
to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations for
all
employees who are classified in this job family. This job description
is not
intended to include an exhaustive list of all responsibilities,
duties and
skills required. Additional responsibilities may be assigned
according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and
solving
specialized problems within a narrow scope. This may mean
responsibility for
ongoing activities within a specific discipline, or more general
tasks
common to several disciplines. Commonly provides assistance to
professionals
in areas such as, safety, industrial hygiene, environmental science,
and
radiation protection. May perform lab work, equipment set-up, testing
and
repair, quantity take-off, data entry and/or model construction
utilizing
prescribed techniques. May prepare formal reports on experiments,
tests and
other projects.

The ES&H Specialist family includes the following disciplines and
general
descriptions:

WGI 0025

05/24/05
BROADSPIRE SERVICES
Page 26

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the
environment
to detect radioactive contamination by performing tests, inspections
and
surveys. Responsible for the operation, calibration and maintenance
of
radiological support equipment. Test equipment against standards to
ensure
accuracy. Instructs personnel in radiation safety procedures and
demonstrates use of protective clothing and equipment. Prepares
and/or
authorizes Radiation Work Permits (RWPS) for admittance to site.
Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity.
Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area
radiation
levels approach maximum limits. Recommends work stoppage in unsafe
areas,
posts warning signs, and ropes off contaminated areas. Records data
and
maintains and updates all records and reports, including individual
exposure
records, location and intensity of radioactivity in contaminated
areas and
status of areas being decontaminated. Must meet applicable regulatory
codes
and standards where needed.

Qualifications:


Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous
work
experience required. High school or equivalent preferred. Under
direct
supervision, performs limited and routine duties following
well-defined
policies and procedures. On-the-job training is received in an area

WGI 0026

BROADSPIRE SERVICES

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

of
technical specialty.

**ES&H Technician II T2 This is an intermediate level position with one+ years**
related work experiences. Under general supervision, demonstrates the ability to perform assigned duties and is knowledgeable of the significance
of these duties. Performs moderately complex technical work utilizing instructions, drawings, sketches and results from computer systems and
schematics. May be involved in training and supervising technical personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch. May be
required to pass professional test.

**ES&H Technician III T3 This is a journey level position with four+ years**
work experience. Works under general supervision performing advanced technical work utilizing a wide variety of resources, including computers.
May be responsible for all or part of a project. May train and supervise
workflow. May be required to pass professional test.

**ES&H Technician IV T4 This is a senior level position with six+ years work**
experience. Works under limited supervision performing complex technical
work. Duties may include technical responsibility for a major phase or
component of a project. Takes lead role in workflow coordination. May be
required to pass professional test.

**ES&H Technician V T5 This is a senior level position with eight+ years work**
experience. Works under limited supervision performing complex technical
work utilizing a wide variety of resources, including computers. May be
responsible for all or part of a project. May train and supervise

WGI 0027

05/24/05                                BROADSPIRE SERVICES                                Page 28

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)     Bill:   0.00  NON:   0.00  Savings:    0.00

other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles Hitchens'
claim.
Could you please forward a copy of Mr. Hitchens' job description as a
safety supervisor.  His I.D. is 14380.  This is needed for the review
of his
claim and his Attorney is requesting a copy as well.  Thank you for
your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133




DISCLAIMER:
This communication, along with any documents, files or attachments,
is
intended only for the use of the addressee and may contain legally
privileged and confidential information. If you are not the intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information contained
in or
attached to this communication is strictly prohibited. If you have
received
this message in error, please notify the sender immediately and
destroy the

WGI 0028

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

> original communication
> and its attachments without reading, printing or saving in any
> manner. This
> communication does not form any contractual obligation on behalf of
> the
> sender or, the sender's employer, or the employer's parent company,
> affiliates or subsidiaries.

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/07/2003 Enter: 05/07/2003 Edit: 05/07/2003 Comp:05/07/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

> REC'V RETURN PC FROM TOM KOVAL/SUPV OF EE RE: JOB DESCRIPTION. PER
> SUPV IN MEETINGS ALL DAY WILL FAX JOB DESCRIPTION TO COORD, BUT WILL
> GIVE VERBAL ON JOB DUTIES:
> EE DOES FRESH AIR COVERAGE 50-60% OF TIME WHICH IS CHECKING JOB
> SITES, WALKS A LOT, WEARS RUBBER SUIT, CLIMB STAIRS,LADDERS UP TO
> 20-30FT, CLIMBS TOWERS TO CHECK ON EMPLOYEES, WALKS THE JOB
> SITE/PLANT WHICH IS 40% OF TIME. JOB CLASSIFICATION IS MEDIUM TO
> HEAVY, WEARS RESPIRATOR AS NEEDED WHEN IN FIELD, CHECKS EQUIPMENT.

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

> NOTIFICATION OF SHORT TERM DISABILITY DENIAL
>
> May 14, 2003
>
>
> Kathy Andregg
> Washington Group International
> 720 Park Boulevard
> P.O. Box 73
> Boise, ID 83713
>
> RE:Washington Group International Short Term Disability (STD) Plan
> Claimant:  Charles Hitchens
> Case#: 1088786
> DOB:   04/09/42
> 1ST Level denial
> Benefits denied from: 03/13/03
> Determination letter sent: 5/14/03
>
> From: Kemper National Services, Short Term Disability Administration

WGI 0029

05/24/05                       BROADSPIRE SERVICES                       Page 30

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

The Short Term Disability Benefits for the above named employee has
been denied effective 3/13/03 on 1st level appeal. The employee will
be notified of this determination.

The employee has sixty (60) days to file a second level appeal.

Our appeal file will be closed at this time.

Should you have any questions regarding our determination, please
contact me at 1-800-520-4536, Ext. 2670

Sincerely,


Sonia A. Williams
Appeal Coordinator
Kemper National Services




Service:<A9010> APPEAL/ANALYSIS & REVIEW
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

CASE #:1088786
NAME:CHARLES HITCHENS
POSITION:SAFETY SUPERVISOR
CLAIM TYPE:
OHN:
CWA:
LTD CONSIDERATION:9/11/03
DIAGNOSIS:SHORTNESS OF BREATH
FDA:3/13/03
KNS RECEIVED:3/13/03
FIRST BENEFIT DAY:3/13/03
BENEFIT PAID:NONE
FIRST TX DAY:1/28/03
BENEFITS TERMINATED:3/13/03
RELAPSES:N/A

**WGI 0030**

05/24/05                          BROADSPIRE SERVICES                          Page 31

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A9010> APPEAL/ANALYSIS & REVIEW
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00   NON:   0.00   Savings:   0.00

**INITIAL DENIAL DUE TO:MEDICALS DIDN'T SUPPORT DISABILITY**

**ISSUES RAISED IN APPEAL:DO MEDICALS SUPPORT DISABILITY FROM OWN OCCUPATION.**

**FIRST LEVEL DENIAL DUE TO:MEDICALS DO NOT SUPPORT DISABILITY FROM OWN OCC.**

**FIRST LEVEL REINSTATEMENT DUE TO:N/A**

**PEER REVIEW/PHYSICIAN/DATE:DR. EDWARD KLOTZ/PULMONARY 5/6/03**

**RESULTS:FAILS TO SUPPORT FUNCTIONAL IMPAIRMENT FROM OWN OCC.**

**IME/PHYSICIAN/DATE:N/A**

**RESULTS:**

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

May 14, 2003

Richard T. Wilson, Esq.
The Law offices of
Peter G. AngelosCase#: 1088786
1300 North Market Street, Suite 212
Wilmington, Delaware 19801

RE:Washington Group International Short Term Disability (STD) Plan
Claimant: Charles Hitchens
DOB: 04/09/42
1ST Level Appeal Denial

Dear Mr. Wilson:

As you are aware, Kemper National Services is the claim administrator for Washington Group International.  We have completed our review of your request for an appeal of your client's 03/13/03 denial of Short

WGI 0031

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

Term Disability benefits. For the reasons detailed below, our
original decision to deny Short Term Disability benefits effective
03/13/03, has been upheld.

Pursuant to the Washington Group International Short Term Disability
plan, the definition of disability indicates that you are:

a)unable to perform the material and substantial duties of his own
occupation because of a non-occupational illness or injury

b)is not working at any job for wages or profit; and

c) is under the regular care of a Physician

Included in our review your letter of appeal dated 3/24/03, a job
description, a Raytheon Constructors Medical Questionnaire for
respiratory clearance dated 01/28/03, a Health Care Providers Opinion
letter dated 03/12/03 from Dr. Kambhamettu/Occupational Health, a
letter dated 03/14/03 from Dr. Zubrow/Pulmonary, a letter dated
04/04/03 from Attorney Wilson, a Certification of Health Care
Provider dated 03/28/03 from Dr. Zubrow, a pulmonary lab report dated
02/06/03, a letter dated 02/25/03 from Dr. Jones, an instrumentation
lab report dated 02/25/03, a pulmonary diagnostic lab report dated
03/11/03, lab corp lab results dated 03/09/03, a letter dated
03/17/03 from Dr. Greaney, with an addendum, a Health Status Medical
Report dated 03/17/03 from Dr. Greaney, a prior peer physician review
dated 03/24/03, a pulmonary lab report dated 02/06/03, a Pulmonary
Function lab report dated 09/14/01 and the STD denial letter dated
03/31/03 sent to your client.  In an effort to afford Mr. Hitchens
every opportunity available, a Kemper National Services Peer Review
Physician specializing in Pulmonary Medicine, reviewed his entire
claim file.

Upon the review of the medical documentation submitted it is noted
that Mr. Hitchens has a history of asbestosis and was exposed to
chemical sulfuric acid fumes in July 2001.  The exposure to these
fumes caused burns to Mr. Hitchen's upper airway, mucosal edema and
buccal ulcerations.  Mr. Hitchen's pulmonary physician, Dr. Zubrow
stated he has had progressive dyspnea on exertion over the last
eighteen months.  He also complained of a dry cough.  The physical

WGI 0032

05/24/05                          BROADSPIRE SERVICES                          Page 33

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)     Bill:   0.00  NON:   0.00  Savings:     0.00

examination on 03/14/03 by Dr. Zubrow was completely within normal
limits. His pulmonary function studies on 02/06/03 revealed normal
lung volume with a minimally reduced diffusing capacity of 79% when
corrected for alveolar volume.  They revealed mild airway obstruction
with a greater degree of obstruction in the small airways. Arterial
Blood Gases were normal.  The exercise test on the bicycler ergometer
was conducted showing Mr. Hitchen's heart rate reached 159 beats per
minute, which was close to the predicted maximum.  Oxygenation during
and after the test was within normal limits.  The high resolution CT
scan of Mr. Hitchen's chest, showed no abnormality, ruling out the
presence of asbestosis.

Based on the aforementioned medical documentation, there was
insufficient medical evidence supporting a loss of functionality that
would preclude Mr. Hitchens from performing the essential duties of
his own occupation as a Safety Supervisor.  Specifically, there were
no significant reduction in oxygenation (hypoxemia) at rest or with
exertion and pulmonary function parameters showing a mild airway
obstruction.  The CT scan of the lungs did not reveal the presence of
any permanent lung damage and was within normal limits.  There is a
lack of medical evidence to substantiate why Mr. Hitchens cannot wear
a respirator, climb stairs, ladders and towers.  Therefore, our
original decision to deny benefits effective 03/13/03, has been
upheld.

If you wish to have your claim reconsidered, you must submit within
sixty (60) days from your receipt of this letter:

1)A written letter of appeal to Kemper National Services

2)Objective medical data to support your disability such as:
a.Functional Capacity Evaluation
b.Abnormal physical findings
c.Detailed office/consultation reports

In preparing your appeal, you or your representative may request to
review any pertinent plan documents.  Upon request, you are entitled
to receive copies of materials relevant to your claim at no cost to
you.

If you choose to file a final appeal, a decision will be rendered
within forty-five (45) days of our receipt thereof.  If the decision
is unchanged at the completion of the review process, you have the

05/24/05                              BROADSPIRE SERVICES                              Page 34

Healthcare Information for Case 1088786

---

Patient #: 222245615                 Diagnosis : 786-05 SHORTNESS OF BREATH        Status : STD  - TERMINATION OF BENEF
Patient Name: HITCHENS, CHARLES, C   Employer: WASHINGTON GROUP INTERNATI     Carrier : SELF INSURED
Occupation: SAFETY SUPERVISOR        Location: UNDECLARED LOCATION        Claims Office : UNDECLARED
Type Claim:                          Provider #: 99-9999999-   0          KNS Date Recvd : 03/13/2003
    Injury: PULMINARY PROBLEM        Provider: UNKNOWN                    Adjustor: UNDECLARED, ADJUSTOR
Injury Date:                         Resource: KURTZ, BARBARA             Claim Number:

---

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

---

right to bring a civil action under Section 502(a) of the Employee
Retirement Income Security Act (ERISA) of 1974.

Your appeal must be addressed to:

Kemper National Services
Appeal Department
P.O. Box 189157
Plantation, FL 33318-9157

Should you have any questions regarding your claim, or this decision,
please do not hesitate to contact our office at 800-269-6242, Ext.
2670, fax # 954-452-4133.

Very truly yours,

Sonia A. Williams
Appeal Coordinator
Integrated Disability Management
Kemper National Services

Service:<R3003> LEVEL 2
Scheduled: 05/14/2003 Enter: 05/14/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

---

Service:<A2515> CLOSURE SUBMITTED TO ADMIN
Scheduled: 05/15/2003 Enter: 05/15/2003 Edit: 05/15/2003 Comp:05/15/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

---

**CASE SENT DOWN TO ADMIN TODAY SONIA WILLIAMS**
Service:<P8107> FINAL LEVEL APPEAL RECEIVED
Scheduled: 05/27/2003 Enter: 06/02/2003 Edit: 06/02/2003 Comp:06/02/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

---

**Received final level appeal 5/27/03 via Certified Mail - sbs**

**WGI 0034**

05/24/05

BROADSPIRE SERVICES

Page 35

### Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999- 0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<A0700> LATE ENTRY
Scheduled: 05/28/2003 Enter: 05/29/2003 Edit: 05/29/2003 Comp:05/29/2003 Status (CL)    Bill:   0.00 NON:   0.00 Savings:   0.00

---

**5/28/03 10:25 a.m. Received voice mail message from Tom Covell (SP?) @ Washington Group. Please call to discuss appeal (302)834-6092**

**5/28/03 4:25 p.m. Returned call, left message with gentleman who answered telephone. Advised he would leave the message as Mr. Covell was gone for the day.**

**5/29/03 9:26 a.m. Received voice mail message from Mr. Covell.**

**5/29/03 10:25 a.m. Returned call, left message on voice mail.**

**Kim East** **********************************************************

Service:<A0700> LATE ENTRY
Scheduled: 05/29/2003 Enter: 05/29/2003 Edit: 05/29/2003 Comp:05/29/2003 Status (CL)    Bill:   0.00 NON:   0.00 Savings:   0.00

---

**5/29/03 11:44 a.m. Received voice mail message from Tom Koval. (302)834-6092**

**5/29/03 2:06 p.m. Returned call left message on voice mail. Provided e-mail address and call back number.**

**Kim East** *****************************************
Service:<R8057> FINAL LEVEL APPEAL CONFIRMATION LTR
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/02/2003 Comp:06/02/2003 Status (CL)    Bill:   0.00 NON:   0.10 Savings:   0.00

---

**Ack ltr sent 6/2/03; e-mail to Wash. Grp. Kathy.Andregg**
Service:<P8030> PATIENT LETTER
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/02/2003 Comp:06/02/2003 Status (CL)    Bill:   0.00 NON:   0.10 Savings:   0.00

---

**no meds**
Service:<A2520> REQUEST FILE FROM ADMIN
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/02/2003 Comp:06/02/2003 Status (CL)    Bill:   0.00 NON:   0.00 Savings:   0.00

---

**e-mail to request original file**
Service:<A2509> SUBMITTED TO APPEALS UNIT
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/05/2003 Comp:06/05/2003 Status (CL)    Bill:   0.00 NON:   0.00 Savings:   0.00

---

**file located/delivered to CE 6/5/03 NJ**

**Received original file 6-5-03    SBS**
Service:<A2540> APPEAL TRIAGE REVIEW
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/06/2003 Comp:06/06/2003 Status (CA)    Bill:   0.00 NON:   0.00 Savings:   0.00

---

WGI 0035

05/24/05                          BROADSPIRE SERVICES                          Page 36

                      Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<A2508> ASSIGNED TO APPEAL COORD/ASST
Scheduled: 06/06/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00

---

### APPEAL ASSIGNED TO BARBARA KURTZ, APPEAL COORDINATOR, EXT. 2065.

Service:<P5010> APPEAL-PATIENT CONTACT
Scheduled: 06/06/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CA)    Bill:    0.00  NON:    0.00  Savings:    0.00

---

### SEE P3020, DATED 06/10/03.

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 06/06/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CA)    Bill:    0.00  NON:    0.00  Savings:    0.00

---

Service:<A8105> 2ND LEVEL DECISION DUE
Scheduled: 06/06/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CA)    Bill:    0.00  NON:    0.00  Savings:    0.00

---

Service:<P3020> ATTORNEY CONTACT
Scheduled: 06/10/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CL)    Bill:    0.25  NON:    0.00  Savings:    0.00

---

**10:15 AM UNSUCCESSFUL. LM ON ANSWERING MACHINE OF MR. RICHARD WILSON, ESQ, ADVISING OF NAME/NUMBER OF APPEAL COORDINATOR ASSIGNED TO FILE AND OF APPEAL PROCESS. ACKNOWLEDGED REQUEST FOR COPIES OF MEDS, PLAN, JOB DESCRIPTION, AND PEER REVIEWER NAMES AND WORK ADDRESSES. REQUESTED THAT MR. WILSON CLARIFY "WORK ADDRESSES" AS PEERS EMPLOYED BY KEMPER. WILL SEND MEDS. ACKNOWLEDGED LETTER STATING ALL MEDS SUBMITTED. WILL GO FORTH WITH APPEAL WITH DECISION MAILED NO LATER THAN 07/10/03. BK*************

**11:05 AM AFTER RECEIVING CORRESPONDENCE FROM ATTORNEY (TYPED AFTER RECEIVING ACKNOWLEDGEMENT LETTER), AC CONTACTED MR. WILSON AGAIN AND SPOKE WITH HIM. EXPLAINED PROCESS. CONFIRMED ALL MEDS RECEIVED. ADVISED WILL NEED TO REQUEST PLAN FROM EMPLOYER FOR WHICH AC WILL SUPPLY ADDRESS. HAVE ALL MEDS TO SEND AND WILL SEND AS SOON AS THAT ADDRESS RECEIVED. MR. WILSON ADVISED PATIENT IS TO NOT BE EXPOSED TO ANY DUST OR OTHER CHEMICALS BASED UPON LUNG PROBLEM. BK*************

Service:<P3020> ATTORNEY CONTACT
Scheduled: 06/10/2003 Enter: 06/10/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CL)    Bill:    0.25  NON:    0.00  Savings:    0.00

---

**June 10, 2003**


**Law Offices of Peter Angelos**
**ATTN: Mr. Richard Wilson, Esq.**
**1300 North Market St.**
**Ste. 212**
**Wilmington, DE  19801**


                                                    **WGI 0036**

05/24/05                     BROADSPIRE SERVICES                          Page 37

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P3020> ATTORNEY CONTACT
Scheduled: 06/10/2003 Enter: 06/10/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CL)   Bill:   0.25  NON:   0.00  Savings:    0.00

RE:CHARLES HITCHENS
WASHINGTON GROUP SHORT TERM DISABILITY
Case #: 1088786
DOB: 04/09/42

Dear Mr. Wilson:

We are in receipt of your letter, dated 5/21/03, in which you are
requesting a copy of your Client's claim file, the names of the Peer
Review Physicians, a copy of the job description, and a copy of the
actual policy/plan.

Enclosed please find copies of the information utilized in the review
of your Client's claim.

You may request a copy of the policy/plan by sending your request to
the following address:

Washington Group International
720 Park Boulevard
P.O. Box 73
Boise, ID  83712

Please feel free to contact me if you have any further questions at
(866) 269-6242, ext 2065.

Very truly yours,


Barbara Kurtz
Appeal Coordinator
Kemper National Services
Integrated Disability Management

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 06/11/2003 Enter: 06/06/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)   Bill:   0.00  NON:   0.25  Savings:    0.00

**DOCUMENTED IN SHIVA 06/18/03** BK*********

KNS General Peer Review
Addendum

WGI 0037

05/24/05

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 06/11/2003 Enter: 06/06/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)   Bill:   0.00  NON:   0.25  Savings:   0.00

# REDACTED

WGI 0038

05/24/05                           BROADSPIRE SERVICES                        Page 39

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 06/11/2003 Enter: 06/06/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)     Bill:   0.00  NON:   0.25  Savings:    0.00

# REDACTED

Service:<R3004> LEVEL 3
Scheduled: 06/11/2003 Enter: 06/10/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)     Bill:   0.00  NON:   0.00  Savings:    0.00

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 06/11/2003 Enter: 07/08/2003 Edit: 07/09/2003 Comp:07/09/2003 Status (CL)     Bill:   0.00  NON:   0.25  Savings:    0.00

**DOCUMENTED IN SHIVA 07/08/03** BK********

KNS General Peer Review

Referral Date:June 11, 2003(Dictated 6/12/03)Claimant:Charles
Hitchens
Requester: Barbara KurtzAge:61
Requester Resource #:931SS#/Claim#:1088786
Department:IDM - AppealsAccount:The Washington Group
Extension:2065Job Title:Safety Inspector
Peer Reviewer:Dr. Aron NeuhausPhysical Exertion level:

Specialty:PulmonologySedentaryLightMedium

HeavyVery Heavy

Peer Resource #:4941Diagnosis(es):Obstructive Lung Disease
First Date of Absence:03/13/03
LTD date: N/A
Evaluate Functional Impairment related to:
Own OccupationAny OccupationN/A

Information Reviewed/Considered:  Never paid STD benefits. Denied
03/13/03.MEDICALS REVIEWED:_Attorney appeal correspondences, dated
03/24/03, 04/04/03, and 05/21/03._Employee job descriptions

WGI 0039

05/24/05                          BROADSPIRE SERVICES                          Page 40

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 06/11/2003 Enter: 07/08/2003 Edit: 07/09/2003 Comp:07/09/2003 Status (CL)    Bill:  0.00  NON:  0.25  Savings:    0.00

(respirator required, is exposed to dust and fumes). PFT reports, dated 09/14/01, 01/31/03, and 02/06/03, 02/25/03, and 03/11/03. Baseline Medical Questionnaire for Respiratory Clearance, dated 01/28/03. Lab work, dated 03/07/03. Medical examination report from Dr. Peter Greaney from WorkCare, dated 03/12/03. Health Care Provider's Opinion Letter from unknown provider, dated 03/12/03 (not permitted to wear respirator at any time). Dictation from Dr. Marc Zubrow, Pulmonologist, dated 03/14/03. Health Status Medical Report (employer copy), dated 03/17/03. Certification of Health Care Provider from Dr. Zubrow, dated 03/28/03. Prior peer consult with Dr. Dennis Mazal, Internal Medicine/Pulmonologist, dated 03/24/03. Prior peer consult with Dr. Edward Klotz, Pulmonologist, dated 05/06/03.

Functional Impairment Status Determination:

Specific Referral Question(s):

1) Is this employee disabled from his own occupation as of 03/13/03?  2) If yes, what is the projected length of his disability?

Determination:
Supports functional impairment(s) that precludes work
XFails to support functional impairment(s) that precludes work

RATIONALE:
The claimant is a 61 year old gentleman who is employed as a safety inspector and who has developed dyspnea on exertion.  I am being asked if there is objective supportive evidence indicating a pulmonary condition that precludes work.  The review is based only on the information made available as indicated above and only from a pulmonary point of view.

The claimant had been complaining of dyspnea on exertion over an 18-month period of time according to a pulmonary evaluation by Dr. Zubrow, dated 3/14/03.  The statement is made that climbing a flight of stairs causes shortness of breath.

The claimant had an occupational exposure to sulfuric acid in July 2001 that resulted in oral burns.  No details or records from that event are available at the present time.  I have no description of any respiratory/pulmonary compromise at the time, but it appears he

WGI 0040

05/24/05                              BROADSPIRE SERVICES                              Page 41

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor : UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 06/11/2003 Enter: 07/08/2003 Edit: 07/09/2003 Comp:07/09/2003 Status (CL)    Bill:   0.00  NON:   0.25  Savings:    0.00

had a full recovery and was able to return to his usual occupation. The symptoms appeared quite sometime later. There is no other mention of a prior significant pulmonary disease or event.

The examination at the time of the evaluation was entirely normal. Dr. Zubrow refers in his report to results of pulmonary function tests that show a decrease in the vital capacity to 3.48. The ratio of FEV1 to FVC remains unchanged and falls into the mild to moderate category. The diffusion capacity is no different than in 1995 and 1991 but lower than in 2001. At any rate, it is only a mild compromise.

Dr. Zubrow refers to a pulmonary exercise stress test, which shows no significant desaturation or respiratory limitation. A significant increase in blood pressure was noted during the exercise test, which went along with his elevated blood pressure during that office visit of 3/14/03. This would be an independent event from his pulmonary system. Additionally, he refers to a high resolution CT scan of the chest, which showed absolutely no abnormalities. He concludes that this change in vital capacity could be due to the prior exposure to sulfuric acid and decided to give a trial of an inhaled medication in the form of Advair to see if there would be improvement in exercise capacity. No report of the results of this therapeutic intervention is available to me at the present time. Also, comments are made regarding hypertension which are outside the scope of this review.

The claimant also had a work care examination, dated 3/12/03, where mention is made of a chest x-ray which was normal. Blood pressure was mildly elevated at the time. Also, it is noted that his weight was recorded at 274 lbs., with a BMI of 37, a significant elevation. This is in contrast to the weight recorded on the pulmonary function test, which was about 30 lbs. lower. No mention is made of any pulmonary findings during that examination.

The report of the exercise testing is available and it shows that there is no evidence of oxygen problems. Specifically, there is improvement in the oxygenation with exercise. Except with some decrease in the breathing capacity, the test was benign. The conclusion is that the only respiratory abnormality appreciated is the reduced breathing reserve. He had a significant hypertensive response to exercise. There was no evidence of ischemic EKG changes during this test. It is to be noted that this exercise test is a very good evaluator of the presence of significant pulmonary disease

WGI 0041

05/24/05                              BROADSPIRE SERVICES                              Page 42

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 06/11/2003 Enter: 07/08/2003 Edit: 07/09/2003 Comp:07/09/2003 Status (CL)   Bill:   0.00  NON:   0.25  Savings:    0.00

in the evaluation of dyspnea.  This test supports the notion that he should be able to perform the duties of his occupation.

The opinion letter, dated 3/12/03, indicated that he was not qualified for the use of a respirator and should be avoiding exposure to fumes.  No particular reason was given for that decision. However, we note that a follow up health status medical report, dated 3/17/03, indicates that he qualifies for the use of respirator and was cleared to return to full duty.

In trying to answer the question whether there is enough objective support to the disability question from a pulmonary point of view, we are limited to the information that is provided.  Pulmonary function tests show only a mild to moderate degree of impairment, at best. The more sensitive exercise pulmonary stress testing shows only a reduced breathing reserve with the rest of the parameters being normal.  There is no evidence of any oxygenation problem.  A high resolution CT scan of the chest shows no abnormality in the lungs. Likewise, a chest x-ray had been reported as normal.  Additionally, no information is given indicating that the claimant required pulmonary treatment during the recent period of time and that there was a need for frequent office visits.  Specifically, there are no complaints of wheezing, productive cough or changes in pulmonary status during his work hours.

In summary, the degree of abnormality present should not preclude the claimant's ability to perform his occupation as a safety inspector. There has been some decrease in vital capacity, which has not been explained, but his impairment in the pulmonary function testing is not severe enough to preclude his present occupation.

This determination is made based only on the information that is provided and only from a pulmonary point of view.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____

Aron Neuhaus, MDDate
Pulmonologist

WGI 0042

05/24/05                     BROADSPIRE SERVICES                          Page 43

Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
|    Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<R4330> APPEAL/PEER CONSULT
Scheduled: 06/11/2003 Enter: 07/08/2003 Edit: 07/09/2003 Comp:07/09/2003 Status (CL)  Bill:  0.00  NON:  0.25  Savings:   0.00

---

**AN:ses/vn**

Service:<A8110> FINAL LEVEL DECISION DUE
Scheduled: 06/25/2003 Enter: 06/06/2003 Edit: 07/10/2003 Comp:07/10/2003 Status (CL)  Bill:  0.00  NON:  0.00  Savings:   0.00

---

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 07/02/2003 Enter: 07/02/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)  Bill:  0.00  NON:  0.00  Savings:   0.00

**1:30 PM RETURNED LISA BECKER'S CONTACT, HR MANAGER, AND ADVISED
DECISION DUE ON CLAIM NO LATER THAN 07/10/03. BK***********
Service:<E8175> APPEAL SUMMARY REVIEWED BY COMMITTEE
Scheduled: 07/08/2003 Enter: 07/07/2003 Edit: 07/09/2003 Comp:07/09/2003 Status (CL)  Bill:  0.00  NON:  0.00  Savings:   0.00

**APPEAL BRIEF SENT TO DR. LAZAROVIC AND ANDREW ENNIS. BK***********

**ANDREW ENNIS AND DR. COHAN CONCUR WITH UPHOLDING OF ORIGINAL DENIAL.
BK**********
Service:<A9020> APPEAL WORKNOTE
Scheduled: 07/08/2003 Enter: 07/08/2003 Edit: 07/08/2003 Comp:07/08/2003 Status (CL)  Bill:  0.00  NON:  0.00  Savings:   0.00

**REGARDING THE 6/11/03 DOCUMENTATION OF A PEER REVIEW. IT IS
MISTAKENLY DOCUMENTED IN THE INCORRECT FILE. WILL HAVE CORRECT PEER
REVIEW DOCUMENTED. BK**********
Service:<A9010> APPEAL/ANALYSIS & REVIEW
Scheduled: 07/09/2003 Enter: 06/06/2003 Edit: 07/09/2003 Comp:07/09/2003 Status (CL)  Bill:  0.00  NON:  0.00  Savings:   0.00

**CASE #: 1088786
NAME: CHARLES HITCHENS
POSITION: SAFETY SUPERVISOR
CLAIM TYPE: STD
OHN:
CWA:
LTD CONSIDERATION: N/A
DIAGNOSIS: OBSTRUCTIVE LUNG DISEASE
FDA: 03/13/03
KNS RECEIVED: 03/13/03
FIRST BENEFIT DAY: 03/13/03
BENEFIT PAID: NONE
FIRST TX DAY:
BENEFITS TERMINATED: 03/13/03
RELAPSES:**

**INITIAL DENIAL DUE TO: INSUFFICIENT DATA**

WGI 0043

05/24/05                              BROADSPIRE SERVICES                              Page 44

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999- 0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A9010> APPEAL/ANALYSIS & REVIEW
Scheduled: 07/09/2003 Enter: 06/06/2003 Edit: 07/09/2003 Comp:07/09/2003 Status (CL)    Bill:  0.00  NON:  0.00  Savings:   0.00

ISSUES RAISED IN APPEAL: REQUIRED TO WEAR A RESPIRATOR AT WORK AND CANNOT.

FINAL LEVEL DENIAL DUE TO: THE PULMONARY FUNCTION TESTS SHOW ONLY MILD COMPROMISE; BENIGN EXERCISE TEST WHICH SHOWS DYSPNEA-TEST SUPPORTS NOTION THAT PATIENT SHOULD BE ABLE TO PERFORM DUTIES OF HIS OWN OCCUPATION. NORMAL CHEST CT. NORMAL CHEST X-RAY.

FIRST LEVEL REINSTATEMENT DUE TO:

PEER REVIEW/PHYSICIAN/DATE: DR. ARON NEUHAUS, PULMONOLOGIST, 06/11/03.

RESULTS:

IME/PHYSICIAN/DATE:

RESULTS:

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 07/10/2003 Enter: 06/06/2003 Edit: 07/10/2003 Comp:07/10/2003 Status (CL)    Bill:  0.00  NON:  0.00  Savings:   0.00

To:kathy.andregg; cynthia.burnett; jayne.hale; time.management; std.approval; debbie.livingston; joanne.hoag
cc:
From:Barbara K. Kurtz
Non-Occ Disability Management/Plantation
Date:07/10/2003 11:37 AM
Subject:Charles Hitchens, ID #: 222245615, Case #: 1088786

Regarding the final level appeal decision to uphold the original denial, effective 03/13/03:

 Thank you.

-------------------------------
Barbara Kurtz
Appeal Coordinator
KNS
Non-Occ Disability Management
Telephone:954-693-2065
Facsimile:954-452-4133
Email: bkurtz@kemperinsurance.com

**WGI 0044**

05/24/05                          BROADSPIRE SERVICES                          Page 45

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 07/10/2003 Enter: 06/06/2003 Edit: 07/10/2003 Comp:07/10/2003 Status (CL)  Bill:  0.00 NON:  0.00 Savings:  0.00

--------------------------------------------------------------------N
OTIFICATION OF SHORT TERM DISABILITY APPEAL BENEFIT DENIAL


July 10, 2003


TO:    Kathy Andregg
Cindy Burnett
Jayne Hale
Debbie Livingston
Joanne Hoag


RE:Washington Group International Short Term Disability (STD) Plan
Claimant:  Charles Hitchens
Case #: 1088786
DOB:
ID #: 222245615
Final Level Denial
Benefits denied from: 03/13/03
Upheld Denial letter sent: 07/10/03

From: Kemper National Services, Short Term Disability Administration

The Short Term Disability Benefits for the above named employee have
been denied, effective 03/13/03, on final level appeal. The employee
will be notified of this determination.

Our appeal file will be closed at this time.

Should you have any questions regarding the denial of benefits,
please contact me at 1-866-269-6242, Ext. 2065.

Sincerely,



Barbara Kurtz
Appeal Coordinator
Kemper National Services
Integrated Disability Management

**REDACTED**

**WGI 0045**

05/24/05                          BROADSPIRE SERVICES                        Page 46

                    Healthcare Information for Case 1088786

---

Patient #: 222245615                    Diagnosis : 786-05 SHORTNESS OF BREATH        Status : STD   - TERMINATION OF BENEF
Patient Name: HITCHENS, CHARLES, C      Employer : WASHINGTON GROUP INTERNATI          Carrier : SELF INSURED
Occupation: SAFETY SUPERVISOR           Location: UNDECLARED LOCATION          Claims Office : UNDECLARED
Type Claim:                             Provider #: 99-9999999-  0             KNS Date Recvd : 03/13/2003
   Injury: PULMINARY PROBLEM            Provider: UNKNOWN                      Adjustor : UNDECLARED, ADJUSTOR
Injury Date:                            Resource: KURTZ, BARBARA              Claim Number:

---

Service:<R8071> FINAL LEVEL DENIAL LETTER
Scheduled: 07/10/2003 Enter: 07/10/2003 Edit: 07/10/2003 Comp:07/10/2003 Status (CL)   Bill:  0.00  NON:  0.10  Savings:   0.00

---

July 10, 2003


Law Offices of Peter G. Angelos   Case #: 1088786
Attn: Mr. Richard T. Wilson, Esq.
1300 North Market St.
Ste 212
Wilmington, DE  19801


RE:Charles Hitchens
Washington Group International Short Term Disability (STD) Plan
DOB:
ID #: 222245615
Final Level Appeal Denial


Dear Mr. Wilson:

As you are aware, Kemper National Services (KNS) is the claim
administrator for Washington Group International.  We have completed
our review of your request for an appeal of the 03/13/03 termination
of your Client's Short Term Disability benefits. For the reasons
detailed below, our original decision to terminate Short Term
Disability benefits, effective 03/13/03, has been upheld.

Pursuant to the Washington Group International Short Term Disability
plan, the definition of disability indicates that you are:

a)unable to perform the material and substantial duties of his own
occupation because of a non-occupational illness or injury
b)is not working at any job for wages or profit; and
c) is under the regular care of a Physician

Included in our review was the following information: your appeal
correspondences, dated 03/24/03, 04/04/03, and 05/21/03; copies of
your Client's job descriptions; Pulmonary Function Test results,
dated 09/14/02, 01/31/03, 02/06/03, 02/25/03, and 03/11/03; a
Baseline Medical Questionnaire for Respiratory Clearance, dated
01/28/03; lab work, dated 03/07/03; a medical examination report from
Dr. Peter Greaney from WorkCare, dated 03/12/03; a Health Care
Provider's Opinion letter from an unknown provider, dated 03/12/03; a
dictation report from Dr. Marc Zubrow, Pulmonologist, dated 03/14/03;
a Health Status Medical Report, dated 03/17/03; a Certification of

REDACTED                        WGI 0046

BROADSPIRE SERVICES

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor : UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R8071> FINAL LEVEL DENIAL LETTER
Scheduled: 07/10/2003 Enter: 07/10/2003 Edit: 07/10/2003 Comp:07/10/2003 Status (CL)   Bill:   0.00 NON:   0.10 Savings:   0.00

Health Care Provider Form from Dr. Zubrow, dated 03/28/03; and prior
peer consults with two Kemper Peer Physicians, specializing in
Pulmonology.  To afford your Client every opportunity available, a
Kemper Peer Physician specializing in Pulmonology reviewed Mr.
Hitchens' file.

The Kemper National Services Appeal Committee found that the
submitted documentation lacked medical evidence (i.e. abnormal chest
x-rays, abnormal chest CT scans, Pulmonary Function Testing results
showing more than mild impairments, positive exercise test to show
dyspnea as the current test supported your Client's ability to work,
etc) to substantiate significant impairments in functioning that
would have prevented Mr. Hitchens from working in his position as of
03/13/03. Therefore, the original decision to deny Short Term
Disability benefits has been upheld.  Your Client's employer has been
notified of this determination.

Mr. Hitchens has exhausted all mandatory appeal procedures under the
Plan. Mr. Hitchens  has the right to bring a civil action under
Section 502(a) of the Employee Retirement Income Security Act of 1974
(ERISA).  Upon your Client's request, he is entitled to receive
copies of materials relevant to his claim at no cost to him.

Should you or your Client have any questions regarding this claim, or
this decision, please do not hesitate to contact our office at
866-269-6242, Ext. 2065.

Very truly yours,


Barbara Kurtz
Appeal Coordinator
Integrated Disability Management
Kemper National Services

Service:<A2515> CLOSURE SUBMITTED TO ADMIN
Scheduled: 07/10/2003 Enter: 07/10/2003 Edit: 07/15/2003 Comp:07/15/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

SUBMITTED TO ADMIN SUPPORT FOR CLOSURE. APPEAL COMPLETED. BK*******
Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 07/14/2003 Enter: 07/14/2003 Edit: 07/14/2003 Comp:07/14/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

7/14 2:10 PM LISA BECKER LEFT VMS FOR AC FOR DECISION.7/14 2:40 PM
CONTACTED MS. BECKER AND ADVISED OF DECISION. ADVISED OF NOTIFICATION

WGI 0047

BROADSPIRE SERVICES

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999- 0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 07/14/2003 Enter: 07/14/2003 Edit: 07/14/2003 Comp:07/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

**TO EMPLOYER ON 07/10/03. BK**********

Service:<A0700> LATE ENTRY
Scheduled: 07/28/2003 Enter: 07/28/2003 Edit: 07/28/2003 Comp:07/28/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

**7/28 2:00 PM LISA BECKER, HR, LEFT VMS FOR AC STATING HAD QUESTION REGARDING DENIAL OF CLAIM.**
**7/28 2:35 PM UNSUCCESSFUL RETURNING CONTACT. LEFT VMS FOR LISA BECKER. BK**********

Service:<A0700> LATE ENTRY
Scheduled: 07/30/2003 Enter: 07/31/2003 Edit: 07/31/2003 Comp:07/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

**7/30/03 3:45 p.m. Received voice mail message (transferred from Barbara Kurtz) from Lisa Becker @ Washington Group. Ms. Becker has questions regarding the denial, please call (717)766-0576**

**7/31/03  4:15 p.m.  Returned call, left message on voice mail including call back number**

**Kim East ************************************************

Service:<A0700> LATE ENTRY
Scheduled: 08/04/2003 Enter: 08/04/2003 Edit: 08/04/2003 Comp:08/04/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

**8/4/03 2:48 p.m.  Received voice mail message from Lisa Becker @ Washington Group.  Please call (717)766-0576**

**8/4/03 4:15 p.m.  Returned call, left message on voice mail asking Lisa to call me back and, if she gets my voice mail, to leave a time and I will call her back at that time so we can discuss this case.**

**Kim East ********************************************

Service:<A0700> LATE ENTRY
Scheduled: 08/05/2003 Enter: 08/05/2003 Edit: 08/05/2003 Comp:08/05/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

**Telephone call from Lisa Becker.   Needs to know (without discussing any confidential medical information), if we were aware that there were restrictions noted and was that considered in making our determination.    I advised that we were aware of restrictions noted, but that our reviewing physicians indicate the information provided did not substantiate the restrictions nor the disability.   Advised that overall this case was reviewed by 3 different peer reviewers (one prior to denial, one @ 1st level appeal, one at 2nd level appeal) and that our committee reviewed as well and all agreed that the information did not support disability.**

WGI 0048

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor : UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A0700> LATE ENTRY
Scheduled: 08/05/2003 Enter: 08/05/2003 Edit: 08/05/2003 Comp:08/05/2003 Status (CL)   Bill:  0.00  NON:  0.00  Savings:   0.00

Ms. Becker will call with any additional questions.
Kim East ***********************************************************
Service:<A0700> LATE ENTRY
Scheduled: 05/24/2005 Enter: 05/24/2005 Edit: 05/24/2005 Comp:05/24/2005 Status (CL)   Bill:  0.00  NON:  0.00  Savings:   0.00

original file delivered to Nacia john 05.24.05 cg

Please handle the request below.

Thank you

Farah Florestant
Centralized Admin Support Supervisor
Broadspire Services, Inc.
Tel: 954-693-2571
Fax: 954-452-4134
Email: Marie.Florestant@choosebroadspire.com
----- Forwarded by Marie E. Florestant/PLA/Notes on 05/24/2005 09:36
AM -----

To: Marie E. Florestant/PLA/Notes@BSI
cc: Staci P. Young/CSG/KNS@BSI
From: Nacia N. John Non-Occ Disability Management/Plantation on:
05/24/2005 09:29 AM
Subject: File Request - ASAP - WGI

Good Morning Farah,

This is a request for the following file:

CLAIMANT   CASE # ACCOUNT DATE CLOSED
HITCHENS, CHARLES 1088786 WGI  07/15/2003

Thank you.

Nacia N. John
Appeal Assistant
Integrated Disability Management
Broadspire Services. Inc.                          **WGI 0049**
Phone: (954) 693-2689
Fax:      (954) 452-4133
Email: njohn@choosebroadspire.com

Total Billable Hrs:  1.80 NON:  2.00  Total:   3.80

Total Savings:     0.00

WGI 0050

05/24/05                    BROADSPIRE SERVICES                    Page 50

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - TERMINATION OF BENEF |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

**WGI 0051**

## GENERAL INFORMATION SHEET

866-269-6242

PATIENT NAME: _Charles Hitchens_                14380

PATIENT TEL. # HM: _302-322-6690_    WK. _302-834-6357_

PATIENT ADDRESS: _____

SOCIAL SECURITY #_____

SUPERVISOR'S NAME _Tom Koval_    TEL.# _302-834-6092_

Job Title:_____

Job Duties: _Out in field - wears respirator w/ air supply - heavy_    med to

FLEX _X_    NON FLEX_____    (FROZEN SICK TIME- _3.5 hrs._ DAYS)

FDA: _3/13/03_ ✱    Tavann

PROVIDER'S NAME _Christina Kambhamettu_    TEL. # _302-452-2780_

2ND PROVIDER'S NAME_____ TEL. #_____

DIAGNOSIS: _____

DIAGNOSTIC TEST RESULTS:_____

SYMPTOMS:_____

TREATMENT PLAN:_____

SURGERY_____ DATE:_____

LAST APPT. DATE_____ NEXT APPT. DATE_____

PROJECTED RTW_____

**WGI 0052**

## STATUTORY

### HI TBD
S9030  HI – CASE CANCELLED
S9130  HI – RETURN TO WORK CLOSURE STATUS
S9253  HI – TERMINATION OF BENEFITS
S9330  HI – REFERRAL TO LTD
S9430  HI – NO FURTHER SERVICES REQUIRED

### NJ TDB
S9010  NJ – CASE CANCELLED
S9110  NJ – RETURN TO WORK CLOSURE STATUS
S9251  NJ – TERMINATION OF BENEFITS
S9310  NJ – REFERRAL TO LTD
S9410  NJ – NO FURTHER SERVICES REQUIRED

### NY DBL
S9020  NY – CASE CANCELLED
S9120  NY – RETURN TO WORK CLOSURE STATUS
S9252  NY – TERMINATION OF BENEFITS
S9320  NY – REFERRAL TO LTD
S9420  NY – NO FURTHER SERVICES REQUIRED

### STAT (Utilized for California Statutory SDI claims)
S9000  STAT -  CASE CANCELLED
S9100  STAT -  RETURN TO WORK CLOSURE STATUS
S9250  STAT -  TERMINATION OF BENEFITS
S9300  STAT -  REFERRAL TO LTD
S9400  STAT -  NO FURTHER SERVICES REQUIRED

## HCC/STD/MLOA/SADB/LTD
70400  REFERRED TO ONSITE CARE MGMT
90000  CASE CANCELLED
91000  RETURN TO WORK
92500  TERMINATION OF BENEFITS
93000  REFERRAL TO LTD
93050  REFERRAL TO STD
96000  REFERRAL TO WC
97000  BENEFIT WAITING PERIOD NOT MET – CASE CLOSED
98200  TERMINATED NO DIAGNOSIS

T7040  T-REFERRAL TO ONSITE CARE MGMT
T9000  T-CASE CANCELLED
T9100  T-RETURN TO WORK
T9250  T-TERMINATION OF BENEFITS
T9300  T-REFERRAL TO LTD
T9400  T-NO FURTHER SERVICES  REQUIRED
T9600  T-REFERRAL TO WC
T9700  T-LTD CLOSURE

*Nacr q*

*Appeals*

**CLOSURE CHECKLIST: You must complete the following closure tasks?**
DATE OF DISABILITY CANNOT BE BLANK   _____
HEADER HAS TREATING PROVIDER AND DISABLING DIAGNOSIS   _____
RTW SCREEN HAS ALL LD/FD RELEASE DATES W/APPROPRIATE CODE   _____
MDA ENTRY COMPLETE, BENEFIT STOP DATE DONE   _____
PHYSICAL DEMAND REQUIRED IN MDA BEFORE CLOSING   _____
ALL LEAVE WORK DATES W/APPROPRIATE CODE   _____
TRS. CODE HAS "CC" OR APPROPRIATE   _____
CORRECT CLOSURE CODE AND ATTACH CLOSURE FORM   _____
CLOSE ALL SERVICE CODE LINES   _____
COPY OF SIGNED TERMINATION/DENIAL LETTER   _____
COPY OF JOB DESCRIPTION   _____
PREGNANCIES/ACTUAL DATE OF DELIVERY/ADD INFO 3 SCREEN   _____

## CLOSE ON THIS DATE  _5/15/03_

Claimant's Name: _Charles Hitchen_   Case #: _1088286_

Claim Representative: _Orin Wen_   Date: _5/15/03_

Administrative Assistant: _____   Date: _____

_PK, AC, 7/10/03_

UPDATED 04/04/03
nim

WGI 0053

**Kemper**
Insurance Companies

March 31, 2003                                                    Case # 1088786

Mr. Charles Hitchens
28 East 6th Street
New Castle DE 19720

RE:   **Washington Group International, Inc.**

Dear Mr. Hitchens:

Washington Group International, Inc. has contracted with Kemper National Services (Kemper) to administer the Washington Group International, Inc., Short Term Disability (STD) Plan. Kemper will administer the Plan for all non-work related disabilities lasting longer than **seven (7) days.**

Kemper has reviewed your claim for disability benefits in accordance with the definition of Short-Term Disability under the STD Plan:

> *Unable to perform the material and substantial duties of employees' own occupation because of illness or injury: if not working at any job for wages or profit and is under the regular care of a physician*

Upon review of our file it has been determined that you do not qualify for Short Term Disability benefits as of March 13, 2003 because the information received from Dr. Kambhamettu's office and Dr. Zubrow's office is not sufficient to support your disability.

The information received to date was then reviewed by our KNS physician consultant and it was determined that there is insufficient medical data to support an ongoing disability.

Specifically, it was noted that you have mild dyspnea on exertion which has become progressive over time. A pulmonary function test dated 2/6/03 demonstrated a force vital capacity of 75% predicted and FEV1of 60% predicted. A peak expiratory flow rate of 65% predicted and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume. Breathing frequency was normal. Arterial to end tidal carbon dioxide level was normal. Arterial blood gases at rest and at peak exercise showed no derangement in oxygen saturation or oxygen tension.

There were no significant EKG changes during the performance of the test. Chest examination on 3/14/03 demonstrated clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and you had a normal expiratory phase. Cardiac examination was within normal limits. High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan was not submitted for review.

---

Based on the medical information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude you from performing the essential duties of your occupation.

Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment. Although you sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent damages to the lungs resulting from that exposure. Based on the lack of objective evidence supporting a loss of functionality, there is no reason why you could not work as a safety supervisor.    Therefore, benefits will not be approved. Washington Group has been notified.

Upon request, you are entitled to receive copies of the information used in making our decision at no cost to you.

If you disagree with this determination, in whole or in part, you may file a written request to appeal this decision within 180 days of receipt of this notice. The review on appeal will consist of a fresh review of your claim based on information already existing in your file, along with any additional information, records, documents, comments, or other relevant material you may submit in support of your appeal.

In order to assist with your appeal, please provide us with current medical documentation, which includes objective data, such as, but not limited to the following:

- Diagnostic test results;
- Functional Capacity Evaluations;
- Physical therapy notes, office notes, consultation notes, progress reports;
- Current x-rays, CT Scans and EMG to support your diagnosis and claim for disability; and which provides specific functional abilities, including any and all restrictions and limitations."

We will render a written decision within 45 days after your completed appeal. If the decision remains unchanged at the completion of the Plan's final review process, you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 ("ERISA").

Your appeal should be addressed to:

**Kemper National Services**
**Integrated Disability Management**
**Attention: WASHINGTON GROUP INTERNATIONAL,**
**APPEAL COORDINATOR**
**P.O. Box 189157**
**Plantation, FL 33318-9157**

Washington Group International, Inc. has been notified of this benefit determination. You should call your employer at 208-386-5822 if you have specific questions relating to the Family and Medical Leave Act (FMLA) and/or your employment status.

Kemper National Services
P.O. Box 189151
Plantation, FL 33318-9146
866-269-6242

WGI 0055



If you have any further questions or concerns regarding your benefits, please do not hesitate to contact me at the number listed below.

Sincerely,

**ELA COS**
**CLAIM MANAGER**
**866-269-6242, ext. 2703**

The following have been notified of this benefit determination.

Kathy.andegg@wgint.com, cynthia.burnett@wgint.com, jayne.hale@wgint.com, time.management@wgint.com, std.approval@wgint.com,debbie.livingston@wgint.com Joanne.hoag@wgint.com

WGI 0056

LAW OFFICES

# PETER G. ANGELOS
### A Professional Corporation

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301   FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

March 24, 2003

Ela Cos
Claims Manager
Kemper Insurance Co.
Kemper National Services
IDM - Washington Group
P.O. Box 189151
Plantation, FL 33318

***VIA FAX AND MAIL***

RE: My Client: Charles Hitchens
Policyholder: Washington Group International
Case #1088786

To Whom it may concern:

I have been retained to represent Charles Hitchens in connection with his application for short term disability. Please direct all correspondence/inquiries to me. Please have no further contact with my client.

It is my understanding that his claim was rejected as of 3/24/03. Please provide the specific reason for denial and provide the portions of the policy that forms the basis of the denial. Please also provide the portions of the policy that defines the term "disability". It seems wholly inconceivable to me that when Washington Group's own doctor would only temporarily clear Mr. Hitchens for pending a reevaluation/second opinion and the second opinion doctor placed the following restrictions on Mr. Campbell:

1. No use of respirator and
2. No climbing heights and
3. No strenuous activity and
4. No exposure to dusts, fumes, vapers or irritant gases;

and yet another doctor essentially agreed by indicating that Mr. Hitchens should apply for disability. I have attached the records to which I refer. As an aside, Dr. Zubrow indicates Mr. Hitchens was "laid off"; That is incorrect, the only reason Mr. Hitchens is not working is because of the lung problems.

With all due respect, have you ever been in a oil refinery? Do you understand the Mr. Hitchens is not cleared for respirator use, a clearance he must have to work? Do you understand

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MD 21201-3812
410-446-2500
1800-292-6622
FAX 1(410)559-1750,0110

UNION PARK CENTER
5905 HARFORD ROAD
BALTIMORE, MD 21214-1864
410-426-3221
1800-482-0221
FAX 410-426-1226

COURT TOWERS, SUITE 300
210 W. PENNSYLVANIA AVENUE
TOWSON, MD 21204
410-337-1415

STEELWORKERS' HALL
540 DUNDALK AVENUE
BALTIMORE, MD 21224-2505
410-633-4555
410-633-4330

63 MENDERSON AVENUE
CHURCH LANE PA 19500
717-366-1191

**WGI 0057**

LAW OFFICES
PETER G. ANGELOS

he was exposed to sulfuric acid?

Please consider this as any appeal/exception/challenge to your denial of benefits. If there is a particular form that needs to be completed, please forward same. If you claim that Mr. Hitchens' ability to pursue his remedies through a court of law is limited (such as an applicable arbitration clause) please indicate so and forward a copy of the document upon which you rely to make such an assertion.

I look forward to hearing form you. Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosures
cc: Kathy Angregg

WGI 0058

**(( Kemper.**
Insurance Companies

June 10, 2003

 COPY

Law Offices of Peter Angelos
ATTN: Mr. Richard Wilson, Esq.
1300 North Market St.
Ste. 212
Wilmington, DE 19801

**RE:    CHARLES HITCHENS**
**WASHINGTON GROUP SHORT TERM DISABILITY**
**Case #: 1088786**

Dear Mr. Wilson:

We are in receipt of your letter, dated 5/21/03, in which you are requesting a copy of your Client's claim file, the names of the Peer Review Physicians, a copy of the job description, and a copy of the actual policy/plan.

Enclosed please find copies of the information utilized in the review of your Client's claim.

You may request a copy of the policy/plan by sending your request to the following address:

Washington Group International
720 Park Boulevard
P.O. Box 73
Boise, ID 83712

Please feel free to contact me if you have any further questions at (866) 269-6242, ext 2065.

Very truly yours,

Barbara Kurtz
Appeal Coordinator
Kemper National Services
Integrated Disability Management

(866) 269-6242
(954) 452-4133 Fax
PO Box 189157
Plantation, Fl. 33318-1957

**REDACTED**

**WGI 0059**

LAW OFFICES

PETER G. ANGELOS
A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

March 24, 2003

Ela Cos
Claims Manager
Kemper Insurance Co.
Kemper National Services
IDM - Washington Group
P.O. Box 189151
Plantation, FL 33318

*VIA FAX AND MAIL*

RE: My Client: Charles Hitchens
Policyholder: Washington Group International
Case #1088786

To Whom it may concern:

I have been retained to represent Charles Hitchens in connection with his application for short term disability. Please direct all correspondence/inquiries to me. Please have no further contact with my client.

It is my understanding that his claim was rejected as of 3/24/03. Please provide the specific reason for denial and provide the portions of the policy that forms the basis of the denial. Please also provide the portions of the policy that defines the term "disability". It seems wholly inconceivable to me that when Washington Group's own doctor would only temporarily clear Mr. Hitchens for pending a reevaluation/second opinion and the second opinion doctor placed the following restrictions on Mr. Campbell:

1. No use of respirator and
2. No climbing heights and
3. No strenuous activity and
4. No exposure to dusts, fumes, vapers or irritant gases;

and yet another doctor essentially agreed by indicating that Mr. Hitchens should apply for disability. I have attached the records to which I refer. As an aside, Dr. Zubrow indicates Mr. Hitchens was "laid off"; That is incorrect, the only reason Mr. Hitchens is not working is because of the lung problems.

With all due respect, have you ever been in a oil refinery? Do you understand the Mr. Hitchens is not cleared for respirator use, a clearance he must have to work? Do you understand

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MD 21201-3812
410-649-2000
(800) 252-4622
FAX: 410-654-1760 (E.E.)

UNION PARK CENTER
5905 HARFORD ROAD
BALTIMORE, MD 21214-1644
410-426-3232
(800) 462-3232
FAX: 410-426-4126

COURT TOWERS, SUITE 207
210 W. PENNSYLVANIA AVENUE
TOWSON, MD 21204
410-296-3333

STEELWORKERS' HALL
2500 RANDALL AVENUE
BALTIMORE, MD 21226-1228
410-355-6554

2117 HENDERSON AVENUE
CUMBERLAND, MD 21502
301-722-3000

**WGI 0060**

LAW OFFICES
PETER G. ANGELOS

he was exposed to sulfuric acid?

Please consider this as any appeal/exception/challenge to your denial of benefits.  If there is a particular form that needs to be completed, please forward same.  If you claim that Mr. Hitchens' ability to pursue his remedies through a court of law is limited (such as an applicable arbitration clause) please indicate so and forward a copy of the document upon which you rely to make such an assertion.

I look forward to hearing form you.  Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosures
cc: Kathy Angregg

WGI 0061

LAW OFFICES

# PETER G. ANGELOS

A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

April 4, 2003

Kemper National Services
Integrated Disability Management
WGI Appeal Coordinator
P.O. Box 189157
Plantation, FL 33318-9157

RE:  Charles Hitchens
Case #1088786

Dear Appeal Coordinator:

Please accept this as the Notice of Appeal of the 3/31/03 decision (attached) denying Short-Term Disability benefits to my client Charles Hitchens.

Enclosed are the pertinent medical records in my possession.  Please note that in the annual examination conducted under the auspices of WGI, Mr. Hitchens was only temporarily cleared for work at his request.  After the follow up examination by Dr. Kambhamettu and Dr. Zubrow, Mr. Hitchens' restrictions included no respirator use, no exposure to fumes, vapors or irritant gases, no climbing heights and no strenuous activity.  Only doctors who have not actually examined Mr. Hitchens have found him to be qualified to return to his job.

Please provide a copy of any "rule or procedures" applicable to this appeal.  Also provide a copy of the job description you are using to evaluate this claim.

Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosure

cc: Charles Hitchens

ONE CHARLES CENTER        UNION PARK CENTER        COURT TOWERS, SUITE 300        STEELWORKERS' HALL        63 HENDERSON'S WHARF
100 N. CHARLES STREET      5805 HARFORD ROAD        210 W. PENNSYLVANIA AVENUE      540 LINDEN AVENUE        CUMBERLAND, MARYLAND
BALTIMORE, MD 21201-3812   BALTIMORE, MD 21214-1846  TOWSON, MD                     HAGERSTOWN, MD 21742-2967

**WGI 0062**