**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:05-cv-379 (SLR) |
| | : | |
| v. | : | |
| | : | |
| Washington Group International, Inc., Plan | : | |
| Administrator, Washington Group | : | |
| International Short Term Disability (STD) | : | |
| Plan, Broadspire National Services, Inc. f/k/a | : | |
| Kemper National Services, Inc., Broadspire | : | |
| Services, Inc. f/k/a Kemper Services, Inc., | : | |
| Broadspire Inc., f/k/a Kemper Services, Inc., | : | |
| Plan Administrators of the STD Plan, | : | |
| | : | |
| Defendants. | : | |

<u>**APPENDIX VOLUME II OF VI**</u>
**(WGI 0063 – 0124)**

radiological support equipment. Test equipment against standards to ensure
accuracy. Instructs personnel in radiation safety procedures and demonstrates use of protective clothing and equipment. Prepares and/or
authorizes Radiation Work Permits (RWPS) for admittance to site. Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity. Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area radiation
levels approach maximum limits. Recommends work stoppage in unsafe areas,
posts warning signs, and ropes off contaminated areas. Records data and
maintains and updates all records and reports, including individual exposure
records, location and intensity of radioactivity in contaminated areas and
status of areas being decontaminated. Must meet applicable regulatory codes
and standards where needed.

Qualifications:


Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous work
experience required. High school or equivalent preferred. Under direct
supervision, performs limited and routine duties following well-defined
policies and procedures. On-the-job training is received in an area of
technical specialty.

ES&H Technician II T2 This is an intermediate level position with one+ years
related work experiences. Under general supervision, demonstrates the
ability to perform assigned duties and is knowledgeable of the significance
of these duties. Performs moderately complex technical work utilizing
instructions, drawings, sketches and results from computer systems and
schematics. May be involved in training and supervising technical personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch. May be
required to pass professional test.

ES&H Technician III T3 This is a journey level position with four+ years
work experience. Works under general supervision performing advanced

WGI 0064

technical work utilizing a wide variety of resources, including
computers.
May be responsible for all or part of a project. May train and
supervise
workflow. May be required to pass professional test.

ES&H Technician IV T4 This is a senior level position with six+
years work
experience. Works under limited supervision performing complex
technical
work. Duties may include technical responsibility for a major
phase or
component of a project. Takes lead role in workflow coordination.
May be
required to pass professional test.

ES&H Technician V T5 This is a senior level position with eight+
years work
experience. Works under limited supervision performing complex
technical
work utilizing a wide variety of resources, including computers.
May be
responsible for all or part of a project. May train and supervise
other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles
Hitchens' claim.
Could you please forward a copy of Mr. Hitchens' job description
as a
safety supervior. His I.D. is 14380.  This is needed for the
review of his
claim and his Attorney is requesting a copy as well.  Thank you
for your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133




DISCLAIMER:
This communication, along with any documents, files or
attachments, is
intended only for the use of the addressee and may contain
legally
privileged and confidential information. If you are not the

WGI 0065

intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information
contained in or
attached to this communication is strictly prohibited. If you
have received
this message in error, please notify the sender immediately and
destroy the
original communication
and its attachments without reading, printing or saving in any
manner. This
communication does not form any contractual obligation on behalf
of the
sender or, the sender's employer, or the employer's parent
company,
affiliates or subsidiaries.

WGI 0066

CHRISTIANA CARE HEALTH SYSTEM-CHRISTIANA HOSPITAL KEYSTONE II
Pulmonary Function Laboratory Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | HITCHENS,CHARLES C | | Height: | 72.0 (in) - 182.9 (cm) | Sex: | M |
| ID Number: | 222245615 | | Weight: | 230 (lb) - 104.5 (kg) | BSA: | 2.26 |
| Date: | 9/14/2001 | | Age: 59  BP: 765  Temp: 25.8 | | ATPS: | .940 |
| Physician: | ZUBROW/ADAMS | | Smoking History: Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P | | | |

Comments: EX-SOCIAL SMOKER. GOOD EFFORT AND COOPERATION  AEROSOL 2.5MG ALBUTEROL/NS JE/0910

| | | | | | | |
|---|---|---|---|---|---|---|
| FVC | 4.90 | 3.78 | 4.45 | 91 | 4.62 | 94 | 4 |
| FEV-0.5 | 3.02 | 2.31 | 2.10 | 69 | 2.33 | 77 | 11 |
| FEV-1 | 3.92 | 3.08 | 2.80 | 71 | 3.03 | 77 | 8 |
| FEV-3 | 4.45 | 3.43 | 3.67 | 83 | 3.86 | 87 | 5 |
| PEFR | 9.13 | | 7.33 | 80 | 6.89 | 75 | -6 |
| Fef 200-1200 | | | 6.67 | | 6.67 | | |
| FEF25-75 | 3.93 | 2.26 | 1.37 | 35 | 1.73 | 44 | 27 |
| FEF25 | 8.41 | | 4.01 | 48 | 6.47 | 77 | 61 |
| FEF50 | 4.81 | | 2.00 | 42 | 2.47 | 51 | 23 |
| FEF75 | 1.83 | | 0.40 | 22 | 0.58 | 32 | 44 |
| FEV-1/FVC | 80 | 72 | 63 | 79 | 66 | 82 | 4 |
| FEV-3/FVC | | | 83 | | 84 | | 1 |
| Exp. Time | | | 15.53 | | 15.23 | | -2 |
| MVV | 126 | | 86 | 68 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SVC | 4.90 | | 3.78 | 4.78 | 98 |
| IC | 3.75 | | | 4.01 | 107 |
| ERV | 1.15 | | | 0.77 | 67 |
| RV | 2.50 | 3.26 - | 1.74 | 4.15 | 166 |
| TLC | 7.40 | 9.01 - | 5.79 | 8.93 | 121 |
| RV/TLC | 33.83 | | 25.03 | 46.46 | 137 |
| FRC | 3.65 | 5.11 - | 2.19 | 4.92 | 135 |
| DLCO (MG) | 27.24 | | 19.04 | 24.66 | 91 |
| DLCO Corrected | 27.24 | | 19.04 | 24.66 | 91 |
| DL/VA | | | 3.66 | 3.45 | |

Computer Impression:
cc: Dr. Zubrow
    Dr. Adams

Baseline spirometry was performed and shows normal FVC and a mild reduction in the FEV-1. The FEV-1/FVC ratio is mildly reduced. Lung volumes show hyperinflation and air trapping. Diffusion capacity is normal. Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild obstructive ventilatory deficit with hyperinflation and air trapping.

WGI 0067

Mark Jones, M.D.

MAR 28 2003 09:13

Page Number: 1

302 366 1240   PAGE.13

| Client : | HITCHENS, CHARLES C | Height : | 72.0 (in) - | 182.9 (cm) | Sex : | M |
| ID Number : | 222245615 | Weight: | 230 (lb) - | 104.5 (kg) | BSA : | 2.26 |
| Date : | 9/14/2001 | Age : | 59 | BP: 765 Temp: 25.8 | ATPS : | .940 |
| Physician : | ZUBROW/ADAMS | Smoking History : Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P | | | | |



**WGI 0068**

Mark Jones, M.D.

MAR 20 2003 09:13

302 366 1240    PAGE.14

Personal Physician's Name & Address _____

# BASELINE MEDICAL QUESTIONNAIRE FOR RESPIRATORY CLEARANCE

*Pulm Assoc Fax 366-1240*

## Section 1 - Part A

1. Name  CHARLES HITCHENS

2. Social Security Number

3. Job Title  SAFETY

4. Address  2B EAST 6th ST
   NEW CASTLE DL   19720

5. Telephone  322 6690

6. Date  1-28-03      7. Sex  ✓ M ___ F

8. Date of Birth _____

9. Place of Birth  DELAWARE

10. Marital Status – ✓ Married ___ Single
    ___ Widowed ___ Divorced

11. Check the type of respirator you will use      (Check all that apply)
    ___ N, R or P disposable respirator (filter- mask, non-cartridge type only)
    ✓ Other type (for example, half or full-face piece type, powered-air purifying, supplied air, self-containing breathing apparatus).

12. Have you worn a respirator? ✓ Yes ___ No

    If yes, what types? _____

## Section 2, Part A

1. Do you currently smoke tobacco, or have you smoked tobacco in the last month? ___ Yes ✓ No

*60 y.o.*

*PMH - Asbestosis*

*Meds - none*

*All - NKDA*

*⊘ tobacco*

*4 hosp/surg - destruction gas tank*

*⊘ edema*
*⊘ palp*
*⊘ CP*
*⊕ dyspnea*

2. Have you ever had any of the following conditions?
   a. Seizures (fits) ___ Yes ✓ No
   b. Diabetes (sugar disease) ___ Yes ✓ No
   c. Allergic reactions that interfere with your breathing? ___ Yes ✓ No
   d. Claustrophobia ___ Yes ✓ No
   e. Trouble smelling odors? ___ Yes ✓ No

3. Have you ever had any of the following pulmonary or lung problems?
   a. Asbestosis ✓ Yes ___ No → *last CXR ?? yrs ago*
   b. Asthma ___ Yes ✓ No
   c. Chronic bronchitis ✓ Yes ___ No → *every once in awhile*
   d. Emphysema ___ Yes ✓ No
   e. Pneumonia ___ Yes ✓ No
   f. Tuberculosis ___ Yes ✓ No
   g. Silicosis ___ Yes ✓ No
   h. Pneumothorax ___ Yes ✓ No
   i. Lung Cancer ___ Yes ✓ No
   j. Broken ribs ___ Yes ✓ No
   k. Chest injuries or surgeries ___ Yes ✓ No
   l. Other lung problem ___ Yes ✓ No

4. Do you currently have any of the following symptoms of pulmonary or lung illness?
   a. Shortness of breath ✓ Yes ___ No
   b. Shortness of breath when:
      -walking fast ✓ Yes ___ No
      -up a slight hill ✓ Yes ___ No
      -walking with others on level ground ___ Yes ✓ No     *no recent walking*
   c. Have to stop for breath when walking ___ Yes ✓ No
   d. Coughing that
      -produces phlegm ___ Yes ✓ No
      -wakes you in the morning ___ Yes ✓ No
      -that occurs when lying down ✓ Yes ___ No  *relieved by sitting up sleeps = pillows*
      -produces blood ___ Yes ✓ No
   e. Wheezing ___ Yes ✓ No
      -that interferes with your job ___ Yes ✓ No

List any medicines you are taking regularly: _____

REDACTED          WGI 0069

f. Cough up ___ Yes ___ No
deeply

g. Symptoms that might be
related to lung problems ___ Yes ___ No – dyspnea!

5. Have you ever had any of the following cardiovascular or
heart problems?

a. Heart attack ___ Yes ___ No
b. Stroke ___ Yes ___ No
c. Angina ___ Yes ___ No
d. Heart failure ___ Yes ___ No
e. Swelling in your legs or feet
(not caused by walking) ___ Yes ___ No
f. Heart arrhythmia (heart
beating irregularly) ___ Yes ___ No
g. High blood pressure ___ Yes ___ No

6. Have you ever had any of the following cardiovascular or
heart symptoms?

a. Frequent pain or tightness in your
chest ___ Yes ___ No
b. Pain or tightness in chest during
physical activity ___ Yes ___ No
c. Pain or tightness in chest that interferes
with your job ___ Yes ___ No
d. In the past two years, have you noticed
your heart skipping or missing
a beat ___ Yes ___ No
e. Heartburn or indigestion that is
not related to eating ___ Yes ___ No
f. Any other symptoms that you think
may be related to heart or circulation
problems ___ Yes ___ No

7. Do you currently take medication for any of the following
problems?

a. Breathing or lung problems ___ Yes ___ No
b. Heart trouble ___ Yes ___ No
c. Blood pressure ___ Yes ___ No
d. Seizures (fits) ___ Yes ___ No

8. If you have used a respirator, have you ever had any of the
following problems? If you have never used a respirator,
check the following space and go to question 9.

a. Eye irritation ___ Yes ___ No
b. Skin allergies/rash ___ Yes ___ No
c. Anxiety ___ Yes ___ No
d. General weakness or fatigue ___ Yes ___ No
e. Any other problem that interferes with
your use of a respirator ___ Yes ___ No

BP 156/86
Pulse 72
Lungs
Heart

Rev 2/99   AGE 60
WGI 0070

Questions 10 through 15 must be answered by every
employee who wears either a full-face respirator or a self-
contained breathing apparatus (SCBA).

10. Have you ever lost vision in either eye (temporarily
or permanently)? ___ Yes ___ No

11. Do you currently have any of the following visual
problems?

a. Wear contact lenses ___ Yes ___ No
b. Wear glasses ___ Yes ___ No
c. Color blind ___ Yes ___ No
d. Any other eye or vision
problem ___ Yes ___ No

12. Have you ever had an injury to your ears, including a
broken eardrum? ___ Yes ___ No

13. Do you currently have any of the following hearing
problems?

a. Difficulty hearing ___ Yes ___ No
b. Wear a hearing aid ___ Yes ___ No
c. Any other hearing or ear
problems ___ Yes ___ No

14. Have you ever had a back
injury? ___ Yes ___ No

15. Do you currently have any of the following
musculoskeletal problems?

a. Weakness in any of your arms, hands,
legs or feet ___ Yes ___ No
b. Back pain ___ Yes ___ No
c. Difficulty fully moving your arms
and legs ___ Yes ___ No
d. Pain or stiffness when you lean forward
or backward at the waist ___ Yes ___ No
e. Difficulty moving your head up
or down ___ Yes ___ No
f. Difficulty moving your head side
to side ___ Yes ___ No
g. Difficulty bending at your
knees ___ Yes ___ No
h. Difficulty squatting to the
ground ___ Yes ___ No
i. Climbing a flight of stairs or a ladder
carrying more than 25 lbs. ___ Yes ___ No
j. Any other muscle or skeletal problem that
interferes with using a respirator ___ Yes ___ No

Elevated BP, Dyspnea, Dec. PFTs

This employee HAS/HAS NOT successfully passed physical
requirements and IS/IS NOT eligible to wear a respirator.

_____ Betsy D...
PHYSICIAN'S SIGNATURE

03/12/2003    13:15    OCCUPATIONAL HEALTH → 98366685

**CHRISTIANA CARE**
Occupational
Health Services

[ ] 501 West 14ᵗʰ Street
Wilmington, Delaware 19801
302-428-4250 phone
302-428-4280 fax

[ ] 131 East Chestnut Hill Road
Newark, Delaware 19713
302-428-4250 phone
302-452-2790 fax

## Health Care Provider's Opinion Letter

Date: 03/12/2003    Case # 9785

Patient Name: Hitchens, Charles

Patient Address: 28 East 6th St, Newcastle, DE 19720

DOB:

Patient SS#:

Phone #: (302) 322-6014    Occupation:

Visit Type: Exam

Company Name: Workcare/Washington Group Intl-DE

Company Address: Delaware City Refinery
333 South Anita Drive, Suite 630
Orange, CA 92868

Company Contact: Monica Valdevinos

Company Phone #: (800) 455-6155 x 182

Check One

Type of Evaluation: [✓] Health Evaluation    [ ] Respirator    [ ] Hazardous Waste    [ ] Asbestos

Reason for Evaluation: [ ] Preplacement    [✓] Periodic    [ ] Post Exposure    [ ] Termination    [ ] Other _____

Substance(s) Employee Exposed to (if post exposure):

## OPINION

For Preplacement:

_____ Medically qualified to work at stated job assignment (pending lab and/or drug test results).

**For Respirator Wearers:**

**Evaluation Components:**

[ ] Review of the Baseline Medical Questionnaire for Respiratory Clearance by a Health Care Provider.

[ ] Clinical evaluation including additional medical history and targeted physical exam indicated.  Date of clinical evaluation: _____

[ ] Further diagnostic studies:    [ ] No    [ ] Yes
    If yes, please list _____    Recommended frequency of evaluation: _____ years.

_____ Medically qualified to wear any respirator.

_____ Medically qualified to wear a supplied air respirator only.

_____ Wear of respirator approved for emergency use only.

✓ Not medically qualified to wear a respirator at any time.

**For Hazardous Waste Exams**

_____ No medical conditions were found that would place examinee at increased risk of health impairment from work in hazardous waste operations or emergency response or from respirator use.

_____ There are no limitations upon the examinee's assigned work.

_____ Examinee has been informed of results of the exam and any medical conditions requiring further examination or treatment.

**For Workers with Possible Exposure to Asbestos:**

_____ There were no medical conditions detected that would place examinee at risk of material health impairment from exposure to asbestos.

_____ There are no recommended limitations on the examinee or upon the use of personal protective equipment such as clothing or respirators.

_____ Examinee has been informed of results of the exam and any findings resulting from asbestos exposure requiring further examination or treatment.

_____ The increased risk of lung cancer attributable to the combined effects of smoking and exposure to asbestos has been explained to the examinee, (if a smoker).

## Restrictions:

[ ] None    [✓] No exposure to dusts, fumes, vapors or irritant gases

[ ] No lifting over _____ lbs.    [ ] No frequent bending

[ ] No working alone    [✓] Other  no use of respirator or jobs requiring it
No climbing heights or strenous activity.

Health Care Provider, NP, RN, PA: _____    Date: 3/12/03

Printed name of Health Care Provider: _____

REDACTED

 **Washington**

# HEALTH STATUS MEDICAL REPORT

Employer Copy

TYPE OF EXAMINATION:   Post Exposure Exam

| | | | |
|---|---|---|---|
| EMPLOYEE: | Hitchens, Charles Sr. | COMPANY: | Washington Group International |
| SSN: | | POSITION: | Safety |
| DATE OF EXAM: | 03/12/2003 | LOCATION: | Washington Group Int'l-Delaware City |
| EXPIRATION DATE: | 03/12/2004 | SITE: | Delaware City Refinery |

The following recommendations are based on a review of one or all of the following: a base history questionnaire, supporting diagnostic tests, physical examination, and the essential functions of the position applied for or occupied by the individual named above.

| | Yes | No | Undecided |
|---|---|---|---|
| Has the employee any detected medical conditions that would increase his/her risk of material health impairment from occupational exposure in accordance with 29 CFR §1910.120? | ☐ | ☑ | ☐ |
| Does the employee have any limitations in the use of respirators in accordance with 29 CFR §1910.134? | ☐ | ☑ | ☐ |

## STATUS

1.  ☑  QUALIFIED    The examination indicates no significant medical condition. Employee can be assigned any work consistent with skills and training

2.  ☐  QUALIFIED - WITH LIMITATIONS    The examination indicates that a medical condition currently exists that limits work assignments on the following basis:

3.  ☐  NOT QUALIFIED

4.  ☐  DEFERRED    The examination indicated that additional information is necessary. The employee has been given the following instructions.

## COMMENTS:

I have reviewed the medical data of the above named employee, and informed the employee of the results of the medical examination and any medical conditions that require follow-up examination or treatment.

Name of Physician:  Peter P. Greaney, MD                              Date: 03/17/03

Signature:

WorkCare
333 S. Anita Drive, Suite 630, Orange, CA 92868
(714) 978-7488 • (800) 455-6155 • FAX (714) 456-2154

REDACTED

WGI 0072

# PULMONARY
# ASSOCIATES, P.A.

John J. Chabalko, M.D.
Michael R. DePietro, M.D.
Donald L. Emery, M.D.
John J. Goodill, M.D.
Camile A. Guy, M.D.
Mark D. Jones, M.D.
Joseph F. Kestner, Jr., M.D.
Gerald M. O'Brien, M.D.
Albert A. Rizzo, M.D.
John Kai Wang, M.D.
Marc T. Zubrow, M.D.

March 14, 2003

Gregory D. Adams, M.D.
2600 Glasgow Avenue, Suite 120
Newark, DE 19702

Re:  Charles Hitchens

Dear Greg:

As you know, from our phone conversation, Charles Hitchens was reevaluated in my office after not being seen for over three years  His present problems seem to have emanated from an exposure to sulfuric acid fumes back in July 2001. Following the exposure he had significant burns of his upper airway with mucosal edema and buccal mucosal ulcerations  Approximately eighteen months ago he was noted to have mild dyspnea on exertion, which has become progressive over the ensuing time period.  He has had pulmonary function testing, which confirmed a reduction in his vital capacity and a reduction in his diffusing capacity.  The patient states that he has had a dry cough but no sputum production.  There has been no hemoptysis.  At the present time he has trouble climbing a flight of stairs without developing shortness of breath.  He denies all fevers, sweats, chills, orthopnea, or paroxysmal nocturnal dyspnea.  Unfortunately, Mr Hitchens has recently been laid off from his employment because of his decline in respiratory capacity.  He also reports that two other members of his team with the same exposure during the fire have had similar respiratory problems

Physical examination today found him to be in no acute distress and quite pleasant and cooperative  Examination of HEENT was unremarkable  No nasal or oral lesions were noted.  The patient's neck was supple without jugular venous distention  Auscultation over the upper airway revealed no flow limitation.  There was no adenopathy.  Chest examination revealed clear lung fields with fairly good air movement bilaterally.  No wheezing could be heard and he had a normal expiratory phase.  Cardiac examination revealed a regular rhythm with a S4 gallop.  The patient's abdomen was soft, nontender, and without organomegaly.  Extremities revealed no cyanosis, clubbing, or dependent edema

| PTFs |  | FVC | FEV$_1$/FVC | DL$_{CO}$ |
|------|------|-----|---------|------|
|  | 2/6/03 | 3.48 | 64% | 75 |
|  | 9/14/01 | 4.45 | 63% | 91 |
|  | 5/24/95 | 5.02 | 67% | 60 |
|  | 1/19/91 | 5.63 | 69% | 79 |

WGI 0073

701 North Clayton Street, Suite 500, Wilmington, DE 19805  (302) 656-2213  Fax (302) 656-2289
4745 Ogletown-Stanton Road, Medical Arts Pavilion, Suite 105, Newark, DE 19713  (302) 368-5515  Fax (302) 366-1240
2600 Glasgow Avenue, Suite 103, Newark, DE 19702  (302) 836-4900  Fax (302) 836-8464

Gregory D. Adams, M D
Re: Charles Hitchins
March 14, 2003
Page 2

Pulmonary exercise stress testing was also obtained, which showed no significant
desaturation or respiratory limitation. It should be noted that the patient had a significant
increase in his blood pressure during the exercise test. It should also be noted that his
blood pressure during the office visit today was 160/110 in his right arm with him lying
flat

High-resolution CT scanning was performed, which showed absolutely no abnormalities.

## ASSESSMENT:

Charles Hitchins appears to be having a significant reduction in his exercise capacity,
which I believe is related to his sulfuric acid fume exposure. I suspect the patient has
airways disease secondary to this. Even though he only has mild obstructive airways
disease by pulmonary function testing, I believe this might be related to his reduction in
vital capacity, which mathematically would make it look less severe. For this reason, I
have recommended to the patient that he start on Advair 500/50 one puff b i d. in an
attempt tnt see if local bronchodilators will improve his exercise capacity. He is also
advised to return to your office in the near future for treatment of his hypertension, as that
may also improve his cardiac function and hopefully improve some of his exercise
capacity.

Unfortunately, it is impossible to know if Mr Hitchins will continue to have further
decline in his respiratory status. Hopefully his degradation has leveled off and this will
be the worst of his symptomatology. I did inform the patient and his wife that I felt this
was work related and that he should apply for disability through his employer Mr.
Hitchins will be returning to see me in four months with repeat pulmonary function
testing and a chest x-ray at that time. He is certainly to call me sooner if there are any
problems.

Once again, I hope this information has been helpful to you  Please do not hesitate to
contact me if any questions should arise.

Sincerely,

_Marc S Zubrow_   **(Dictated But Not Reviewed)**

Marc T. Zubrow, M.D.

MTZ:cie
304954

WGI 0074

Certification of Health Care Provider
(Family and Medical Leave Act of 1993)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



*(When completed, this form goes to the employee, __not to the Department of Labor__.)*

OMB No. 1215-0181
Expires:   07/31/03

| 1. Employee's Name | 2. Patient's Name *(If different from employee)* |
|---|---|
| *CHARLES HITCHENS* | *CHARLES HITCHENS* |

3. Page 4 describes what is meant by a **"serious health condition"** under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1) _____  (2) _____  (3) _____  (4) _____  (5) _____  (6) _____ , or None of the above _____

4. Describe the medical facts which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

*Pt was exposed to Sulfuric Acid fumes during a fire rescue. Since that time he has ↓ in Lung Volumes + D₂CO + ↑ in obstructive indices.*

5. a. State the approximate **date** the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present **incapacity**[2] if different):

*7/01 exposure.  Noted Symptoms = 9/01*

b. Will it be necessary for the employee to take work only **intermittently or to work on a less than full** schedule as a result of the condition (including for treatment described in Item 6 below)?

*He will need a physically less demanding job.*

If yes, give the probable duration:

c. If the condition is a **chronic condition** (condition #4) or pregnancy, state whether the patient is presently incapacitated[2] and the likely duration and frequency of **episodes of incapacity**[2]:

*Will be chronic + possibly will continue to worsen*

---

[1] Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Page 1 of 4

Form WH-380
Revised December 1999

**WGI 0075**

6. a. If additional **treatments** will be required for the condition, provide an estimate of the probable number of such treatments.

*He will require pharmacotherapy*

If the patient will be absent from work or other daily activities because of **treatment** on an **intermittent or part-time** basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

b. If any of these treatments will be provided by **another provider of health services** (e.g., physical therapist), please state the nature of the treatments:

c. **If a regimen of continuing treatment** by the patient is required under your supervision, provide a general description of such regimen (*e.g.*, prescription drugs, physical therapy requiring special equipment):

7. a. If medical leave is required for the employee's absence from work because of the **employee's own condition** (including absences due to pregnancy or a chronic condition), is the employee **unable to perform work** of any kind?

↳ *No*

b. If able to perform some work, is the employee **unable to perform any one or more of the essential functions of the employee's job** (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is unable to perform:

1) No exposure to dusts, fumes, vapors or irritant gases
2) No climbing ladders
3) No wearing a respirator
4) No strenuous activity

c. If neither a. nor b. applies, is it necessary for the employee to be **absent from work for treatment?**

WGI 0076

8. a. If leave is required to **care for a family member** of the employee with a serious health condition, **does the patient require assistance** for basic medical or personal needs or safety, or for transportation?

  b. If no, would the employee's presence to provide **psychological comfort** be beneficial to the patient or assist in the patient's recovery?

  c. If the patient will need care only **intermittently** or on a part-time basis, please indicate the probable **duration** of this need:

_____          PULMONARY
Signature of Health Care Provider                 Type of Practice

          MARC T. ZUBLOW, MD.                    302-368-5515
Address   **PULMONARY ASSOCIATES, P.A.**         Telephone Number
          **SUITE 105 MEDICAL ARTS PAVILION**    3/28/03
          **4745 OGLETOWN - STANTON ROAD**       _____
          **NEWARK, DELAWARE 19713**             Date

**To be completed by the employee needing family leave to care for a family member:**

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_____          _____
Employee Signature                                Date

WGI 0077

A "Serious Health Condition" means an illness, injury impairment, or physical or mental condition that involves one of the following:

1. Hospital Care

   Inpatient care (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity[2] or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment

   (a) A period of incapacity[2] of **more than three consecutive calendar days** (including any subsequent treatment or period of incapacity[2] relating to the same condition), that also involves:

      (1) **Treatment[3] two or more times** by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (*e.g.*, physical therapist) under orders of, or on referral by, a health care provider; or

      (2) **Treatment by a health care provider on at least one occasion** which results in a regimen of continuing **treatment[4]** under the supervision of the health care provider.

3. Pregnancy

   Any period of incapacity due to **pregnancy**, or for **prenatal care**.

4. Chronic Conditions Requiring Treatments

   A **chronic condition** which:

      (1) Requires **periodic visits** for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

      (2) Continues over an **extended period of time** (including recurring episodes of a single underlying condition); and

      (3) May cause **episodic** rather than a continuing period of incapacity[2] (*e.g.*, asthma, diabetes, epilepsy, etc.).

5. Permanent/Long-term Conditions Requiring Supervision

   A period of **incapacity**[2] which is **permanent or long-term** due to a condition for which treatment may not be effective. The employee or family member must be under the **continuing supervision of, but need not be receiving active treatment by, a health care provider.** Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic Conditions)

   Any period of absence to receive **multiple treatments** (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for **restorative surgery** after an accident or other injury, or for a condition that **would likely result in a period of incapacity**[2] **of more than three consecutive calendar days in the absence of medical intervention or treatment,** such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

   This optional form may be used by employees to satisfy a mandatory requirement to furnish a medical certification (when requested) from a health care provider, including second or third opinions and recertification (29 CFR 825.306).

   *Note:* Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

   ---

   [3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

   [4] A regimen of continuing treatment includes, for example, a course of prescription medication (*e.g.*, an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

   **Public Burden Statement**

   We estimate that it will take an average of 10 minutes to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

   *DO NOT SEND THE COMPLETED FORM TO THIS OFFICE; IT GOES TO THE EMPLOYEE.*

WGI 0078

**((Kemper.**
Insurance Companies

# KNS General Peer Review

| Referral Date: | March 24, 2003 Dictated 3/24/03 | Claimant: | Charles Hitchens |
|---|---|---|---|
| Requester: | Ela Cos | Age: | 60 |
| Requester Resource #: | 5493 | SS#/Claim#: | 1088786 |
| Department: | IDM | Account: | Washington Group |
| Extension: | 2703 | Job Title: | Safety Supervisor |
| Peer Reviewer: | Dennis Mazal, MD. | Physical Exertion level: | |

| Specialty: | Internal Medicine/Pulmonology | ☐ Sedentary ☐ Light ☒ Medium |
| | | ☐ Heavy ☐ Very Heavy |

| Peer Resource #: | 6112 | Diagnosis(es): | Shortness of Breath |
| | | First Date of Absence: | 3/13/03 |
| | | LTD date: | 9/11/03 |

**Evaluate Functional Impairment related to:**
☒ Own Occupation    ☐ Any Occupation    ☐ N/A

**Information Reviewed/Considered:**
Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03
PFT Test dated 3/11/03, 2/6/03
Notes from Dr. Kambhamettu dated 3/12/03

**Functional Impairment Status Determination:**

Specific Referral Question(s):    Do medicals support disability?
Determination:

___ Supports functional impairment(s) that precludes work
**X** Fails to support functional impairment(s) that precludes work

## RATIONALE:

The claimant is a 60-year-old male who developed respiratory insufficiency secondary to exposure to sulfuric acid fumes in July, 2001. Following that exposure, the claimant had significant burns of his upper airway and mucosal edema and buccal mucosal ulcerations. The claimant was noted to have mild dyspnea on exertion which has become progressive over time. Pulmonary function testing dated 2/6/03 at Christiana Care Health Systems, Pulmonary Lab, Wilmington Hospital, demonstrated a force vital capacity of 75% predicted and $FEV_1$ of 60% predicted. A peak expiratory flow rate of 65% predicted, and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume. Also, in February 2003 the claimant underwent pulmonary exercise testing on a bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximal heart rate achieved was 159 which is very close to the predicted maximum. The claimant's work capacity was reduced with a normal anaerobic threshold. Breathing frequency was normal. Measures of respiratory performance demonstrated a reduced breathing reserve. Arterial to end tidal carbon dioxide level was normal. Arterial blood gases at rest and at peak

WGI 0079

exercise showed no derangement in oxygen saturation or oxygen tension. The pH fell as expected with exercise. There were no significant EKG changes appreciated during the performance of the test. Chest examination on March 14, 2003 demonstrated clear lung fields with fairly good air movement bilaterally, no wheezing could be heard and he had a normal expiratory phase. Cardiac examination was within normal limits. High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan is not in the records submitted for review.

Therefore, based upon the information reviewed and considered, there is no objective evidence in the medical records reviewed to support a loss of functionality that would preclude the claimant from performing the essential duties of his occupation, that being a safety supervisor. Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment. Although the claimant obviously sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent only damages to the lungs resulting from that exposure. Therefore, based upon the lack of objective evidence supporting a loss of functionality, there is no reason why the claimant could not return to work as a safety supervisor.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____    3/26/03
Dennis Mazal, MD.                                                Date
Internal Medicine/Pulmonologist

DM/nvk/vn

WGI 0080

**(( Kemper.**
Insurance Companies

# KNS General Peer Review

| | | | |
|---|---|---|---|
| **Referral Date:** | 5/6/03 (Dictated 5/9/03) | **Claimant:** | Charles Hitchens |
| **Requester:** | Sonia Williams | **Age:** | 60 |
| **Requester Resource #:** | 1582 | **SS#/Claim#:** | 1088786 |
| **Department:** | IDM | **Account:** | Washington Group |
| **Extension:** | 2670 | **Job Title:** | Safety Supervisor |
| **Peer Reviewer:** | Dr. Edward Klotz | **Physical Exertion:** | Medium to heavy |
| **Specialty:** | Pulmonary | ☐ Sedentary  ☐ Light  ☐x Medium   ☐x Heavy  ☐ Very Heavy | |
| **Peer Resource #:** | 6023 | **Diagnosis(es):** | Shortness of Breath |
| | | **First Date of Absence:** | 3/13/03 |
| | | **LTD date:** | 9/11/03 |

**Definition of Disability:** ☐ x Own Occupation  ☐ Any Occupation  ☐ N/A

## Information Reviewed/Considered:
FDA: 3/13/03

Benefits were not paid in STD for date 3/13/03. EE is appealing for STD benefits 3/13/03. The ee was exposed to chemical sulfuric acid fumes 7/01 from refinery explosion, which resulted in burns of his upper airway and mucosal/buccal mucosal ulcerations. EE wears respirator when out in the field. Position requires ee to be the first responder in the event of a chemical accident and assist other employees out of affected area. EE's restrictions are: less demanding physical activity as well as not wearing respirator (currently). Employer has accommodated ee with position with these restrictions as of 5/5/03 per attorney.

## Included in this review
Copy of appeal letter dated 3/24/03 from Atty Wilson
Job Description
*Raytheon Constructors Medical Questionnaire for respiratory clearance dated 1/28/03
*Health care provider's opinion letter dated 3/12/03 Dr. Kambhamettu
*Letter dated 3/14/03 from Dr. Marc Zubrow/Pulmonary
*STD denial letter dated 3/31/03
*Letter dated 4/4/03 from Atty Wilson
*Certification of Health Care provider dated 3/28/03 from Dr. Zubrow
*Pulmonary Lab report dated 2/6/03
*Letter dated 2/25/03 from Dr. Jones
*Instrumentation Laboratory report dated 2/25/03
*Pulmonary Diagnostic Lab report dated 3/11/03
*Lab corp lab results dated 3/9/03
*Letter dated 3/17/03 from Dr. Greaney w/addendum
*Health Status medical report dated 3/17/03 from Dr. Greaney
Prior peer review dated 3/24/03
Pulmonary Lab report dated 2/6/03
Pulmonary Function Lab report dated 9/14/01
*Denotes items submitted on appeal

**WGI 0081**

## Disability Status Determination:

Specific Referral Question(s):     Do the medicals provided support the employee's
disability from his own occupation in a medium to heavy
physical demand?

Determination:

\_\_\_\_   Supports disability

 x    Fails to support disability

Rationale:

The employee is a 60-year-old male safety supervisor for Ration Constructors, Inc. who has a history
of "asbestosis" and was exposed to chemical sulfuric acid fumes in July 2001. The exposure to these
fumes caused burns to his upper airway as well as mucosal edema and buccal ulcerations. He wears
a respiratory when out in the field; he walks a lot and climbs stairs, ladders and towers. His job
classification is one of medium to heavy work.

His pulmonary physician, Mark Zubrow, M.D., states that the employee has had progressive dyspnea
on exertion over the last eighteen months. He also has complained of a dry cough. His physical
examination by Dr. Zubrow on 3/14/03 was completly within normal limits.

His pulmonary function studies on 2/6/03 revealed normal lung volume with a minimally reduced
diffusing capacity (79%) when corrected for alveolar volume. They reveal mild airway obstruction
with a greater degree of obstruction in the small airways.

Arterial blood gasses were normal. Exercise test on bicycler ergometer was conducted and the
claimant's heart rate reached 159 beats per minute, which was very close to the predicted maximum.
The only respiratory abnormality found was a reduced breathing reserve of 29% with normal being
20% or greater. Oxygenation during and after the test was within normal limits.

High resolution CT scan of the chest showed absolutely no abnormality, ruling out the presence of
asbestosis.

Based upon the information reviewed and considered, there is no objective evidence in the medical
records to support a loss of functionality that would preclude the claimant from performing the
essential duties of his occupation. Specifically, there is no significant reduction in oxygenation
(hypoxemia) at rest or with exertion and pulmonary function parameters show mild airway
obstruction. The CT scan of the lungs does not reveal the presence of any permanent lung damage
and in fact was within normal limits. There is no objective reason why the claimant cannot wear a
respirator or climb stairs, ladders or towers.

**WGI 0082**

Hitchens, Charles
Page 3

The opinions rendered above reflect reasonable clinical certainty based upon the available
information.

_____     _5/13/03_
Edward Klotz, M.D., F.C.C.P                          Date
Pulmonology/IM

EK/mm/lo                          **FACSIMILE SIGNATURE**

**WGI 0083**

# UPS Internet Shipping: View/Print Label

1. **Print the label:** Select Print from the File menu in this browser window to print the label below.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to an Authorized Shipping Outlet, or a UPS Customer Counter.
   - Drop off your Air Shipments including Worldwide Express [SM] at one of our 50,000 UPS Drop-Off locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE



WGI 0084



# KNS General Peer Review

| | | | |
|---|---|---|---|
| **Referral Date:** | June 11, 2003 | **Claimant:** | Charles Hitchens |
| **Requester:** | Barbara Kurtz | **Age:** | 61 |
| **Requester Resource #:** | 931 | **SS#/Claim#:** | 1088786 |
| **Department:** | IDM – Appeals | **Account:** | The Washington Group |
| **Extension:** | 2065 | **Job Title:** | Safety Inspector |
| **Peer Reviewer:** | Dr. Aron Neuhaus | **Physical Exertion level:** | |

**Specialty:** Pulmonology

☐ Sedentary   ☐ Light   ☐ Medium

■ Heavy   ☐ Very Heavy

| | | | |
|---|---|---|---|
| **Peer Resource #:** | 4941 | **Diagnosis(es):** | Obstructive Lung Disease |
| | | **First Date of Absence:** | 03/13/03 |
| | | **LTD date:** | N/A |

**Evaluate Functional Impairment related to:**
■ Own Occupation   ☐ Any Occupation   ☐ N/A

**Information Reviewed/Considered:** Never paid STD benefits. **Denied 03/13/03.**

MEDICALS REVIEWED:
- Attorney appeal correspondences, dated 03/24/03, 04/04/03, and 05/21/03.
- Employee job descriptions **(respirator required, is exposed to dust and fumes).**
- PFT reports, dated 09/14/01, 01/31/03, and 02/06/03, 02/25/03, and 03/11/03.
- Baseline Medical Questionnaire for Respiratory Clearance, dated 01/28/03.
- Lab work, dated 03/07/03.
- Medical examination report from Dr. Peter Greaney from WorkCare, dated 03/12/03.
- Health Care Provider's Opinion Letter from unknown provider, dated 03/12/03 **(not permitted to wear respirator at any time).**
- Dictation from Dr. Marc Zubrow, Pulmonologist, dated 03/14/03.
- Health Status Medical Report (employer copy), dated 03/17/03.
- Certification of Health Care Provider from Dr. Zubrow, dated 03/28/03.
- **Prior peer consult with Dr. Dennis Mazal, Internal Medicine/Pulmonologist, dated 03/24/03.**
- **Prior peer consult with Dr. Edward Klotz, Pulmonologist, dated 05/06/03.**

**Functional Impairment Status Determination:**

Specific Referral Question(s):    1) Is this employee disabled from his own occupation as of 03/13/03?  2) If yes, what is the projected length of his disability?

Determination:                                                  **WGI 0085**

KNS General Peer Review
Page: 2

   \_\_\_ Supports functional impairment(s) that precludes work
   \_\_\_ Fails to support functional impairment(s) that precludes work

Rationale:


The opinions rendered above reflect reasonable clinical certainty based upon the available information.


_____       _____
Signature                                                       Date

WGI 0086

LAW OFFICES

# PETER G. ANGELOS
A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

March 24, 2003

Ela Cos
Claims Manager
Kemper Insurance Co.
Kemper National Services
IDM - Washington Group
P.O. Box 189151
Plantation, FL 33318

*VIA FAX AND MAIL*

RE: My Client: Charles Hitchens
Policyholder: Washington Group International
Case #1088786

To Whom it may concern:

I have been retained to represent Charles Hitchens in connection with his application for short term disability. Please direct all correspondence/inquiries to me. Please have no further contact with my client.

It is my understanding that his claim was rejected as of 3/24/03. Please provide the specific reason for denial and provide the portions of the policy that forms the basis of the denial. Please also provide the portions of the policy that defines the term "disability". It seems wholly inconceivable to me that when Washington Group's own doctor would only temporarily clear Mr. Hitchens for pending a reevaluation/second opinion and the second opinion doctor placed the following restrictions on Mr. Campbell:
1. No use of respirator and
2. No climbing heights and
3. No strenuous activity and
4. No exposure to dusts, fumes, vapers or irritant gases;
and yet another doctor essentially agreed by indicating that Mr. Hitchens should apply for disability. I have attached the records to which I refer. As an aside, Dr. Zubrow indicates Mr. Hitchens was "laid off"; That is incorrect, the only reason Mr. Hitchens is not working is because of the lung problems.

With all due respect, have you ever been in a oil refinery? Do you understand the Mr. Hitchens is not cleared for respirator use, a clearance he must have to work? Do you understand

WGI 0087

LAW OFFICES

PETER G. ANGELOS

he was exposed to sulfuric acid?

Please consider this as any appeal/exception/challenge to your denial of benefits.  If there is a particular form that needs to be completed, please forward same.  If you claim that Mr. Hitchens' ability to pursue his remedies through a court of law is limited (such as an applicable arbitration clause) please indicate so and forward a copy of the document upon which you rely to make such an assertion.

I look forward to hearing form you.  Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosures
cc: Kathy Angregg

WGI 0088

LAW OFFICES

# PETER G. ANGELOS
### A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301     FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

April 4, 2003

Kemper National Services
Integrated Disability Management
WGI Appeal Coordinator
P.O. Box 189157
Plantation, FL 33318-9157

RE:  Charles Hitchens
Case #1088786

Dear Appeal Coordinator:

Please accept this as the Notice of Appeal of the 3/31/03 decision (attached) denying Short-Term Disability benefits to my client Charles Hitchens.

Enclosed are the pertinent medical records in my possession. Please note that in the annual examination conducted under the auspices of WGI, Mr. Hitchens was only temporarily cleared for work at his request. After the follow up examination by Dr. Kambhamettu and Dr. Zubrow, Mr. Hitchens' restrictions included no respirator use, no exposure to fumes, vapors or irritant gases, no climbing heights and no strenuous activity. Only doctors who have not actually examined Mr. Hitchens have found him to be qualified to return to his job.

Please provide a copy of any "rule or procedures" applicable to this appeal. Also provide a copy of the job description you are using to evaluate this claim.

Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosure

cc: Charles Hitchens

**WGI 0089**

LAW OFFICES

# PETER G. ANGELOS

A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301     FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

May 21, 2003

Kemper National Services
Appeal Department
P.O. Box 189157
Plantation, FL 33318-9157

**CERTIFIED MAIL**

RE: My Client Charles Hitchens
DOB:
Case #1088786
Employer: Washington Group International

To Whom It May Concern:

Please accept this as an Appeal of the First Level Appeal Denial concerning Charles Hitchens in case #1088786 per Kemper's letter of 5/14/03.

I note in the 5/13/03 missive there is reference to a Kemper National Services Peer Review Physician. Please identify said physician by name and work address as well as providing a complete copy of any and all reports (in any form) prepared by this unidentified Peer Review Physician.

I have no additional material to provide to you. However, apparently everyone has ignored the fact that it was a Washington Group International health care provider (Dr. Kambhamettu) who indicated that Mr. Hitchens was not qualified to wear a respirator. I would note that neither Peer Review Physicians (Kemper's unidentified physician and WGI's Peer Review Physician) has personally performed any sort of respiratory tests or examinations concerning Mr. Hitchens. I believe the position taken by Kemper is unjust, unsupportable, capricious, arbitrary and just plain wrong.

I specifically request that you provide the documentation as far as the definition of "disability" under the Kemper/Washington Group International Short-Term Disability plan. Which is to say I have yet to see the actual policy/plan which provides the definition of "disabled". Further, I previously requested, and have not received, a copy of the job description upon which any decisions are being made as far as Mr. Hitchens. However, you should be aware there is no pre-existing job description and WGI is frantically trying to put one together now. I would also remind you that if I have to file suit I am fairly confident a victory and will, of course, cost the Plan additional monies in the terms of at least attorney's fees.

WGI 0090

| ONE CHARLES CENTER | UNION PARK CENTER | COURT TOWERS, SUITE 300 | STEELWORKERS' HALL | 63 HENDERSON AVENUE |
| 100 N. CHARLES STREET | 5905 HARFORD ROAD | 210 W. PENNSYLVANIA AVENUE | 540 DUNDALK AVENUE | CUMBERLAND, MD 21502-2451 |
| BALTIMORE, MD 21201-3611 | BALTIMORE, MD 21214-1847 | TOWSON, MD 21204 | BALTIMORE, MD 21224-2985 | 301-788-7702 |
| 410-648-2000 | 410-426-3200 | 410-825-7300 | 410-633-8100 | FAX 301-788-7703 |
| (800) 252-6622 | (800) 492-3240 | FAX 410-296-254 | FAX 410-633-0480 | |
| FAX 410-659-1780,81,82 | FAX 410-426-1265 | | | |

Sheila Schneider

LAW OFFICES

PETER G. ANGELOS

Please provide the requested documents immediately.  The last time I essentially allowed this matter to go forward without those documents in hand, and this, unfortunately, has been much to the prejudice of my client.

Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam

cc: Charles Hitchens

**WGI 0091**

Sheila Schednec: MAY 2 7 2003

To:
cc:
From:    kathy.andregg@wgint.com (Kathy Andregg)

Date:    05/06/2003 09:18 AM CST
Subject:   RE: Job Description Request


Employee is a Technician, 64020.T4.  Following is the generic
description of
that job, but to find out specifics of his position, you would
need to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations
for all
employees who are classified in this job family. This job
description is not
intended to include an exhaustive list of all responsibilities,
duties and
skills required. Additional responsibilities may be assigned
according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and
solving
specialized problems within a narrow scope. This may mean
responsibility for
ongoing activities within a specific discipline, or more general
tasks
common to several disciplines. Commonly provides assistance to
professionals
in areas such as, safety, industrial hygiene, environmental
science, and
radiation protection. May perform lab work, equipment set-up,
testing and
repair, quantity take-off, data entry and/or model construction
utilizing
prescribed techniques. May prepare formal reports on experiments,
tests and
other projects.

The ES&H Specialist family includes the following disciplines and
general
descriptions:

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the
environment
to detect radioactive contamination by performing tests,
inspections and
surveys. Responsible for the operation, calibration and
maintenance of

**WGI 0092**

radiological support equipment. Test equipment against standards to ensure
accuracy. Instructs personnel in radiation safety procedures and demonstrates use of protective clothing and equipment. Prepares and/or
authorizes Radiation Work Permits (RWPS) for admittance to site. Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity. Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area radiation
levels approach maximum limits. Recommends work stoppage in unsafe areas,
posts warning signs, and ropes off contaminated areas. Records data and
maintains and updates all records and reports, including individual exposure
records, location and intensity of radioactivity in contaminated areas and
status of areas being decontaminated. Must meet applicable regulatory codes
and standards where needed.

Qualifications:


Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous work
experience required. High school or equivalent preferred. Under direct
supervision, performs limited and routine duties following well-defined
policies and procedures. On-the-job training is received in an area of
technical specialty.


ES&H Technician II T2 This is an intermediate level position with one+ years
related work experiences. Under general supervision, demonstrates the
ability to perform assigned duties and is knowledgeable of the significance
of these duties. Performs moderately complex technical work utilizing
instructions, drawings, sketches and results from computer systems and
schematics. May be involved in training and supervising technical personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch. May be
required to pass professional test.


ES&H Technician III T3 This is a journey level position with four+ years
work experience. Works under general supervision performing advanced

WGI 0093

technical work utilizing a wide variety of resources, including computers.
May be responsible for all or part of a project. May train and supervise
workflow. May be required to pass professional test.

ES&H Technician IV T4 This is a senior level position with six+ years work
experience. Works under limited supervision performing complex technical
work. Duties may include technical responsibility for a major phase or
component of a project. Takes lead role in workflow coordination. May be
required to pass professional test.

ES&H Technician V T5 This is a senior level position with eight+ years work
experience. Works under limited supervision performing complex technical
work utilizing a wide variety of resources, including computers. May be
responsible for all or part of a project. May train and supervise other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles Hitchens' claim.
Could you please forward a copy of Mr. Hitchens' job description as a
safety supervisor.  His I.D. is 14380.  This is needed for the review of his
claim and his Attorney is requesting a copy as well.  Thank you for your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133




DISCLAIMER:
This communication, along with any documents, files or attachments, is
intended only for the use of the addressee and may contain legally
privileged and confidential information. If you are not the


WGI 0094

intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information
contained in or
attached to this communication is strictly prohibited. If you
have received
this message in error, please notify the sender immediately and
destroy the
original communication
and its attachments without reading, printing or saving in any
manner. This
communication does not form any contractual obligation on behalf
of the
sender or, the sender's employer, or the employer's parent
company,
affiliates or subsidiaries.

WGI 0095

May 12, 2003

To:    Kim East
From: Tom Koval – Safety Manager

Subject: Job Description for Charlie Hitchens

The contents stated within are to provide a description of job duties for Charlie Hitchens as requested by
Kemper .

Washington Group International currently employs Charlie Hitchens in a field
assignment as a Safety Inspector at the Motiva Enterprises Refinery in Delaware City,
Delaware. When performing his responsibilities at this location he is expected to be able
to climb ladders, walk up steps, lift and carry weights in excess of fifty pounds. These
activities are required while performing fresh air standby responsibilities. Fresh air
standby activities are approximately 50% of Charlie's responsibilities at his current
assignment.

Auditing work activities and procedure compliance requires a safety inspector to walk the
jobsite and communicate with the craftsmen performing various tasks. During these
audits, one may be expected to traverse the jobsite to observe work in progress. The
environments in these areas could have welding fumes and industrial dusts at negligible
levels. Auditing activities are approximately 40% of Charlie's responsibilities at his
current assignment.

New Hire in processing requires a safety inspector to assist in the Fitness for Duty
procedures, perform respirator Fit Tests, and present a 2 hour site safety orientation. The
respirator fit test and safety orientation requires minimal computer competency. The
safety orientation is a combination of oral presentation and films. New Hire in processing
is approximately 10 % of Charlie's responsibilities at his current assignment.

Please accept the provided information as a general listing of Charlie's job duties and
should you have further questions, direct them to Myself or Greg Martin.


Thank You,


_____
Thomas J. Koval

WGI 0096

Pulmonary Function Laboratory Report

| Patient : | HITCHENS, CHARLES C | Height : | 72.0 (in) - | 182.9 (cm) | Sex : | M |
| ID Number : | | Weight : | 230 (lb) - | 104.5 (kg) | BSA : | 2.26 |
| Date : | 9/14/2001 | Age : | 59 | BP: 765 Temp: 25.8 | ATPS : | .940 |
| Physician : | ZUBROW/ADAMS | Smoking History : Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P |

Comments:  EX-SOCIAL SMOKER. GOOD EFFORT AND COOPERATION  AEROSOL 2.5MG ALBUTEROL/NS JE/0910

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FVC | 4.90 | 3.78 | 4.45 | 91 | 4.62 | 94 | 4 |
| FEV-0.5 | 3.02 | 2.31 | 2.10 | 69 | 2.33 | 77 | 11 |
| FEV-1 | 3.92 | 3.08 | 2.80 | 71 | 3.03 | 77 | 8 |
| FEV-3 | 4.45 | 3.43 | 3.67 | 83 | 3.86 | 87 | 5 |
| PEFR | 9.13 | | 7.33 | 80 | 6.89 | 75 | -6 |
| Fef200-1200 | | | 6.67 | | 6.67 | | |
| FEF25-75 | 3.93 | 2.26 | 1.37 | 35 | 1.73 | 44 | 27 |
| FEF25 | 8.41 | | 4.01 | 48 | 6.47 | 77 | 61 |
| FEF50 | 4.81 | | 2.00 | 42 | 2.47 | 51 | 23 |
| FEF75 | 1.83 | | 0.40 | 22 | 0.58 | 32 | 44 |
| FEV-1/FVC | 80 | 72 | 63 | 79 | 66 | 82 | 4 |
| FEV-3/FVC | | | 83 | | 84 | | 1 |
| Exp. Time | | | 15.53 | | 15.23 | | -2 |
| MVV | 126 | | 86 | 68 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SVC | 4.90 | 3.78 | 4.78 | 98 | |
| IC | 3.75 | | 4.01 | 107 | |
| ERV | 1.15 | | 0.77 | 67 | |
| RV | 2.50 | 3.26 - 1.74 | 4.15 | 166 | |
| TLC | 7.40 | 9.01 - 5.79 | 8.93 | 121 | |
| RV/TLC | 33.83 | | 25.03 | 46.46 | 137 |
| FRC | 3.65 | 5.11 - 2.19 | 4.92 | 135 | |
| DLCO (MG) | 27.24 | | 19.04 | 24.66 | 91 |
| DLCO Corrected | 27.24 | | 19.04 | 24.66 | 91 |
| DL/VA | | | 3.66 | 3.45 | |

Computer Impression:
cc: Dr. Zubrow
    Dr. Adams

Baseline spirometry was performed and shows normal FVC and a mild reduction in the FEV-1. The FEV-1/FVC ratio is mildly reduced. Lung volumes show hyperinflation and air trapping. Diffusion capacity is normal. Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild obstructive ventilatory deficit with hyperinflation and air trapping.

REDACTED

WGI 0097

Mark Jones, M.D.

MAR 20 2007 09:13

Page Number  1

302 366 1240    PAGE 35

CHRISTIANA CARE HEALTH SYSTEM

Pulmonary Function Laboratory Report

| | | | | |
|---|---|---|---|---|
| Client : | HITCHENS, CHARLES C | Height : | 72.0 (in) - 182.9 (cm) | Sex : M |
| ID Number : | | Weight : | 230 (lb) - 104.5 (kg) | BSA : 2.26 |
| Date : | 9/14/2001 | Age : 59 | BP: 765 Temp: 25.8 | ATPS : .940 |
| Physician : | ZUBROW/ADAMS | Smoking History : Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P |



**REDACTED**

**WGI 0098**

Mark Jones, M.D.

MAR 20 2003 09:13                    302 366 1240    PAGE.14

Personal Physician's Name & Address _____

# BASELINE MEDICAL QUESTIONNAIRE FOR RESPIRATORY CLEARANCE

## Section 1 - Part A

1. Name CHARLES HITCHENS

2. Social Security Number _____

3. Job Title SAFETY

4. Address 28 EAST 6TH ST
NEW CASTLE DL 19720

5. Telephone 322 6690

6. Date 1-28-03      7. Sex ✓ M ___ F

8. Date of Birth __

9. Place of Birth DELAWARE

10. Marital Status - ✓ Married ___ Single
___ Widowed ___ Divorced

11. Check the type of respirator you will use      (Check all that apply)
___ N, R or P disposable respirator (filter-mask, non-cartridge type only)
✓ Other type (for example, half or full-face piece type, powered-air purifying, supplied air, self-containing breathing apparatus).

12. Have you worn a respirator? ✓ Yes ___ No

If yes, what types? _____

## Section 2, Part A

1. Do you currently smoke tobacco, or have you smoked tobacco in the last month? ___ Yes ✓ No

60 y.o.

PMH - Asbestosis
Meds - none
All - NKDA

**WGI 0099**

**REDACTED**

List any medicines you are taking regularly: _____

2. Have you ever had any of the following conditions?
   a. Seizures (fits) ___ Yes ✓ No
   b. Diabetes (sugar disease) ___ Yes ✓ No
   c. Allergic reactions that interfere with your breathing? ___ Yes ✓ No
   d. Claustrophobia ___ Yes ✓ No
   e. Trouble smelling odors? ___ Yes ✓ No

3. Have you ever had any of the following pulmonary or lung problems?
   a. Asbestosis ✓ Yes ___ No → last CXR
   b. Asthma ___ Yes ✓ No      2 years ago
   c. Chronic bronchitis ✓ Yes ___ No
   d. Emphysema ___ Yes ✓ No      every once
   e. Pneumonia ___ Yes ✓ No
   f. Tuberculosis ___ Yes ✓ No      in while
   g. Silicosis ___ Yes ✓ No
   h. Pneumothorax ___ Yes ✓ No
   i. Lung Cancer ___ Yes ✓ No
   j. Broken ribs ___ Yes ✓ No
   k. Chest injuries or surgeries ___ Yes ✓ No
   l. Other lung problem ___ Yes ✓ No

4. Do you currently have any of the following symptoms of pulmonary or lung illness?
   a. Shortness of breath ✓ Yes ___ No
   b. Shortness of breath when:
      -walking fast ✓ Yes ___ No      no recent walking
      -up a slight hill ✓ Yes ___ No
      -walking with others on level ground ___ Yes ✓ No
   c. Have to stop for breath when walking ___ Yes ✓ No
   d. Coughing that
      -produces phlegm ___ Yes ✓ No
      -wakes you in the morning ___ Yes ✓ No
      -that occurs when lying down ✓ Yes ___ No - relieved by sitting up, sleeps on pillows
      -produces blood ___ Yes ✓ No
   e. Wheezing ✓ Yes ___ No
      -that interferes with your job ___ Yes ✓ No

Pulm Assoc
Fax 366-
1240

Tobacco
Hosp/surg -
deactivation
8-9 years

⊖ edema
⊖ palp
⊖ CP ⊕ syncope

f. deeply    ___Yes  ___No

g. Symptoms that might be related to lung problems    ___Yes  ___No — _dyspnea_

Questions 10 through 15 must be answered by every employee who wears either a full-face respirator or a self-contained breathing apparatus (SCBA).

5. Have you ever had any of the following cardiovascular or heart problems?

a. Heart attack    ___Yes  ___No
b. Stroke    ___Yes  ___No
c. Angina    ___Yes  ___No
d. Heart failure    ___Yes  ___No
e. Swelling in your legs or feet (not caused by walking)    ___Yes  ___No
f. Heart arrhythmia (heart beating irregularly)    ___Yes  ___No
g. High blood pressure    ___Yes  ___No

6. Have you ever had any of the following cardiovascular or heart symptoms?

a. Frequent pain or tightness in your chest    ___Yes  ___No
b. Pain or tightness in chest during physical activity    ___Yes  ___No
c. Pain or tightness in chest that interferes with your job    ___Yes  ___No
d. In the past two years, have you noticed your heart skipping or missing a beat    ___Yes  ___No
e. Heartburn or indigestion that is not related to eating    ___Yes  ___No
f. Any other symptoms that you think may be related to heart or circulation problems    ___Yes  ___No

7. Do you currently take medication for any of the following problems?

a. Breathing or lung problems    ___Yes  ___No
b. Heart trouble    ___Yes  ___No
c. Blood pressure    ___Yes  ___No
d. Seizures (fits)    ___Yes  ___No

8. If you have used a respirator, have you ever had any of the following problems? If you have never used a respirator, check the following space and go to question 9.  ___

a. Eye irritation    ___Yes  ___No
b. Skin allergies/rash    ___Yes  ___No
c. Anxiety    ___Yes  ___No
d. General weakness or fatigue    ___Yes  ___No
e. Any other problem that interferes with your use of a respirator    ___Yes  ___No

10. Have you ever lost vision in either eye (temporarily or permanently)?    ___Yes  ___No

11. Do you currently have any of the following visual problems?

a. Wear contact lenses    ___Yes  ___No
b. Wear glasses    ___Yes  ___No
c. Color blind    ___Yes  ___No
d. Any other eye or vision problem    ___Yes  ___No

12. Have you ever had an injury to your ears, including a broken eardrum?    ___Yes  ___No

13. Do you currently have any of the following hearing problems?

a. Difficulty hearing    ___Yes  ___No
b. Wear a hearing aid    ___Yes  ___No
c. Any other hearing or ear problems    ___Yes  ___No

14. Have you ever had a back injury?    ___Yes  ___No

15. Do you currently have any of the following musculoskeletal problems?

a. Weakness in any of your arms, hands, legs or feet    ___Yes  ___No
b. Back pain    ___Yes  ___No
c. Difficulty fully moving your arms and legs    ___Yes  ___No
d. Pain or stiffness when you lean forward or backward at the waist    ___Yes  ___No
e. Difficulty moving your head up or down    ___Yes  ___No
f. Difficulty moving your head side to side    ___Yes  ___No
g. Difficulty bending at your knees    ___Yes  ___No
h. Difficulty squatting to the ground    ___Yes  ___No
i. Climbing a flight of stairs or a ladder carrying more than 25 lbs.    ___Yes  ___No — _dyspnea_
j. Any other muscle or skeletal problem that interferes with using a respirator    ___Yes  ___No

_had stress test and Catheterization 2 years ago_

_cardiac cath 1 yr. ago_

BP 156/85
Pulse 72
Lungs    234
Heart

Rev. 2/98    PG II    60

WGI 0100

_Elevated BP, Dyspnea, Dec. PFts_

This employee HAS/HAS NOT successfully passed physical requirements and IS/IS NOT eligible to wear a respirator.

PHYSICIAN'S SIGNATURE



REDACTED

WGI 0101

02/19/2003    09:32    PULMONARY LAB 3027332947 → PULM ASSOC CHR    NO.877    P01

## Christiana Care Health Systems  Pulmonary Lab  Wilmington Hospital

Pulmonary Function Laboratory Report

| | | |
|---|---|---|
| Patient : Hitchens,Charles | Height : 71.0 (in) - 180.3 (cm) | Sex : M |
| ID Number : | Weight: 234 (lb) - 106.4 (kg) | BSA : 2.26 |
| Date : 2/6/2003 | Age : 60    BP: 772  Temp: 30.3 | ATPS : .960 |
| Physician : Zubrow, Marc | Smoking History : Non-Smoker | |
| | Type of Smoke : cigarettes | |
| Predicted : Knudson Earight Dockery | Calibration Verified : 2/6/03 | |
| Technician : P T McCartney, RRT, CPPT | | |

GOOD UNDERSTANDING/EFFORTS  PTM  0925

2.5 MG ALBUTEROL/NSS VIA HHN

BEST SVC NOT REPRODUCIBLE

Diagnosis :    **SHORT OF BREATH**

| (BTPS) | | | Pre-BronchoDilator | | Post-BronchoDilator | | % |
|---|---|---|---|---|---|---|---|
| # Spirometry # | Predicted | Normal Limit | Actual | % Predicted | Actual | % Predicted | Change |
| FVC | 4.65 | 3.53 | 3.48 | 75 | 2.95 | 63 | -15 |
| FIVC | 4.65 | 3.53 | 2.79 | 60 | 2.52 | 54 | -10 |
| FEV-1 | 3.73 | 2.89 | 2.22 | 60 | 2.12 | 57 | -4 |
| FEV-1/FVC | 80 | 72 | 64 | 80 | 72 | 90 | 13 |
| Fev-6 | 4.65 | | 3.18 | 68 | 2.81 | 60 | -12 |
| PEFR | 8.86 | | 5.72 | 65 | 5.53 | 62 | -3 |
| FEF25-75 | 3.75 | 2.08 | 1.02 | 27 | 1.40 | 37 | 37 |
| FEF25 | 8.15 | | 3.59 | 44 | 4.41 | 54 | 23 |
| FEF50 | 4.60 | | 1.52 | 33 | 2.00 | 44 | 32 |
| FEF75 | 1.73 | | 0.31 | 18 | 0.43 | 25 | 40 |
| Exp. Time | | | 11.90 | | 9.81 | | -18 |
| MVV | 125 | | 54 | 43 | | | |

| (BTPS) | | | Pre-BronchoDilator | | | | |
|---|---|---|---|---|---|---|---|
| # Lung Volumes # | Predicted | Normal Limits | Actual | % Predicted | | | |
| TLC | 7.10 | 8.71 - 5.49 | 6.67 | 94 | | | |
| FRC | 3.45 | 4.91 - 1.99 | 3.68 | 107 | | | |
| RV | 2.45 | 3.21 - 1.69 | 2.74 | 112 | | | |
| RV/TLC | 34.51 | 25.71 | 41.00 | 119 | | | |
| SVC | 4.65 | 3.53 | 3.93 | 84 | | | |
| IC | 3.65 | | 2.99 | 82 | | | |
| ERV | 1.00 | | 0.94 | 94 | | | |
| VA | | | 5.63 | | | | |
| | | | | | | | |
| DLCO (SB) | 35.03 | 26.83 | 26.18 | 75 | | | |
| DLCO Corrected | 35.03 | 26.83 | 26.03 | 74 | | | |
| DL/VA | 4.95 | 3.56 | 3.91 | 79 | | | |
| TLC(VA) | 7.10 | 8.71 - 5.49 | 6.70 | 94 | | | |
| Hemoglobin | | | 14.80 | | | | |

Interpretation:

↓TLC by 8 3liters?
FEV1/FVC 3↓    }vs 9/01
DLco = 26 (vs 24)

but

↓TLC 800cc vs 8/95

**REDACTED**

**WGI 0102**

Page Number  1

Mark Jones, M.D.

MAR 30 2005 09:11

302 356 1240    PAGE.07

Christiana Care Health Systems  Pulmonary Lab  Wilmington Hospital

Pulmonary Function Laboratory Report

| Patient : | Hitchens,Charles | Height : | 71.0 (in) · | 180.3 (cm) | Sex : | M |
|---|---|---|---|---|---|---|
| ID Number : | | Weight: | 234 (lb) · | 106.4 (kg) | BSA : | 2.26 |
| Date : | 2/6/2003 | Age : | 60 | BP: 772 Temp: 30.3 | ATPS : | .960 |
| Physician : | Zubrow,Marc | Smoking History | Non–Smoker | | | |
| | | Type of Smoke : | cigarettes | | | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : 2/6/03 | | | | |
| Technician: | P T McCartney, RRT, CPFT | | | | | |

cc: Dr. Zubrow
    Dr. Adams

Baseline spirometry was performed and shows mild reduction in the FVC and FEV-1. The FEV-1/FVC ratio is mildly reduced.

Lung volumes show normal lung capacity and vital capacity.

Diffusion capacity is mildly reduced.

Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild to moderate obstructive ventilatory deficit with mild reduction in diffusion capacity. No significant improvement in flow rates following administration of a bronchodilator.



REDACTED

WGI 0103

Mark Jones, M.D.

MAR 20 2003 09:11                    302 366 1240        PAGE.06

cc: Dr. Zubrow

Hitchens, Charles

02/25/03

Arterial blood gases were obtained at rest on room air and are within normal limits.

The patient was then exercised on the bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximum heart rate achieved is 159 which is very close to the predicted maximum. This was likely a maximal test for this patient. The patient discontinued exercise because of shortness of breath more so than leg fatigue.

The patient's work capacity is reduced with a normal anaerobic threshold. Measures of respiratory performance show a reduced breathing reserve. Breathing frequency is normal. Tidal volume to FVC relationship is elevated at peak exercise. Dead space to tidal volume relationship is normal. Arterial to end tidal $CO_2$ is normal. Arterial blood gases repeated at peak exercise show improvement in arterial oxygenation. There is not much change in the $pCO_2$. The pH falls as expected. VE/VCO2 and VE/VO2 are normal.

Measure of cardiac performance shows an oxygen pulse that rises with exercise as expected but not to the predicted values. Blood pressure at rest 128/88 which rises with exercise to a peak value of 220/104. No significant EKG changes were appreciated during performance of the test.

IN CONCLUSION: Reduced work capacity with indeterminate anaerobic threshold. The only respiratory abnormality appreciated is a reduced breathing reserve.

Oxygen pulse which is sometimes considered an indirect measure of (stroke volume) rises during performance of the test but does not reach the predicted value. It is not known if this might be related to the patient's significantly hypertensive response to exercise. Ischemic EKG changes were not appreciated during performance of the test. Clinical correlation is required.

Mark Jones, M.D.

REDACTED

WGI 0104

# INSTRUMENTATION LABORATORY
## PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  09:27:02
Sample Type: Arterial
Sample No.: 51
Operator:  JANICE ELLIS
Patient ID:              Patient Name: HITCHENS, CHARLES.
Patient Birth Date:           Patient Age: 60. Patient Sex: M.
Comment: BIKE L-RAD X1 JB/JE 0930/0933
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges Low | High | Critical Limits Low | High |
|---|---|---|---|---|---|---|
| pH | 7.34 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 37 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 98 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 48 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges Low | High | Critical Limits Low | High |
|---|---|---|---|---|---|---|
| #HCO3- | 20.0 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| #BE(B) | -5.2 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 97 | % | 75 | 100 | 69 | ---- |
| ?A-aDO2 | ---- | | ---- | ---- | ---- | ---- |

#=Outside ref. range
?=Review

REDACTED

WGI 0105

INSTRUMENTATION LABORATORY
PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  07:30:09
Sample Type: Arterial
Sample No.: 46
Operator:  P T MCCARTNEY
Patient ID:            Patient Name: HITCHENS, CHARLES.
Patient Birth Date          . Patient Age: 60. Patient Sex: M.
Comment: R RADIAL  0730/0735 JE/PTM  HGB= 14.2
Instrument: Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| pH | 7.42 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 36 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 82 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 43 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| HCO3- | 23.4 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| BE(B) | -0.7 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 96 | % | 75 | 100 | 69 | ---- |
| A-aDO2 | 23 | mmHg | ---- | ---- | ---- | ---- |

Operator Entered

O2 and Vent Settings:
 %FiO2    21.0    %

REDACTED

WGI 0106

MAR 20 2003 09:12                    302 356 1240    PAGE.11

| Christiana Care Health Systems | Date: 02/25/03 |
|---|---|
| Human Performance Laboratory | Name: Hitchens, Charles |
| (302) 733-1559   (302) 428-2259 | Age: 60  Sex: M |
| SSN: | Hgt:: 71"  Wgt: 234 lbs. |
| Physician, Attending: | Physician, Referring: Dr. Zubrow |

| History | DOE |
|---|---|
| PFT's | FVC= 3.48  FEV-1 = 2.2    $FEV_1/FVC$= 64%  MVV= 89 |
| Exercise | bike ramped at 25 w/min to 165 watts for 9:30 |
| Reason Stopped | SOB/legs |
| Pulse Oximetry | Rest = 98%  Exercise = 98%          headband |

|  | Predicted | Measured |
|---|---|---|
| $VO_2$ max | 3027 | 2016  67% |
| Hr max | 160 | 159  995  RHR: 70 |
| $O_2$/HR | 19 | 13  67% |
| WR max | 224 | 165  75% |
| $V_E$ max | 149 | 63  42% |

|  | pH | $pCO_2$ | $PO_2$ | $HCO_3$ | $SaO_2$ | "RQ" | $VO_2$/kg |
|---|---|---|---|---|---|---|---|
| Rest | 7.42 | 36 | 82 | 23.4 | 96 | .85 | 3.0 |
| WR max | 7.34 | 37 | 98 | 20 | 97 | 1.12 | 19.0 |

|  |  |  | Normal | Patient |
|---|---|---|---|---|
| **General** | Work Capacity | $VO_2$ max / pred $VO_2$ max | > 85 % | 2016  67% |
|  | Anaerobic Threshold | $VO_2$ AT/ predVO$_2$ max | > 40 % | 1535  76% |
| **Respiratory** | Breathing Reserve | 1-($V_E$ max /MVV) or  MVV - $V_E$ max | > 30 %   > 15 L | 29%  26 L |
|  | $f_b$ | Rest → WR max | 8 → 50 /min | 12    21 |
|  | $V_t$/FVC | Rest → WR max | 0.15 → 0.60 | .25   .87 |
| **V/Q** | P(A-a)$O_2$ | Rest → WR max | < 20 | 28   21 |
|  | $V_d$ / $V_t$ | Rest → WR max | .35 → < .25 | .37   0.15 |
|  | P(a- ET)$CO_2$ | Rest → WR max | + 2 → < 0 | 4   -4 |
| **Cardiac** | HR Reserve | 1-(HR max / HR pred max ) | ≤ 15% | .01 |
|  | $O_2$ / Pulse | Rest → WR max |  | 4    13 |
|  | BP | Rest → WR max | 128/88 resting | 220/104 ex |
|  | HR @ AT |  |  | 127 |
|  | $VO_2$ @ AT |  |  | 1535 |
| Meds: | | Observations: | | |

Stress Test Technician: DRC

16776 (0675) (0590)C   Copyright 1985 D.C. Zavala M.D., U. Of Iowa, with permission

WGI 0107

12Mar 2003 11:49 FROM:LABCORP        TO:3023661248        LABCORP        PAGE 001
To: DR                                                    GLASGOW FAMILY PRACTICE



**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | |
|---|---|---|---|---|
| 066-306-1111-0 | R | RN | Final | Pg 1 |

Clinical Information                                    Fasting: Y

Time 0644
3 ORDERS
CC:07887592 ZUBROW
1 FR/1 RU  CD- 92038861348

Physician ID                    Patient ID
ADAMS

Patient Name
HITCHENS, CHARLES C      Sex M   Age (Yr/Mo) 060/10

Account
GLASGOW FAMILY PRACTICE                07885282

Pat. Address
28 E 6TH ST
NEW CASTLE, DE 19720

2600 GLASGOW AVE STE 120
NEWARK, DE 19702
302-836-8200

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 |

UPIN: D01172                    SSN:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 93 | | mg/dL | 65 - 109 | RN |
| BUN | 15 | | mg/dL | 5 - 26 | RN |
| Creatinine, Serum | 0.9 | | mg/dL | 0.5 - 1.5 | RN |
| BUN/Creatinine Ratio | 16 | | | 12 - 20 | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | RN |
| Potassium, Serum | 4.1 | | mmol/L | 3.5 - 5.5 | RN |
| Chloride, Serum | 104 | | mmol/L | 96 - 109 | RN |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 32 | RN |
| Calcium, Serum | 9.3 | | mg/dL | 8.5 - 10.6 | RN |
| Protein, Total, Serum | 7.9 | | g/dL | 6.0 - 8.5 | RN |
| Albumin, Serum | 4.2 | | g/dL | 3.6 - 4.8 | RN |
| Globulin, Total | 3.7 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.1 - 1.2 | RN |
| Alkaline Phosphatase, Serum | 65 | | IU/L | 25 - 160 | RN |
| AST (SGOT) | 38 | | IU/L | 0 - 40 | RN |
| **ALT (SGPT)** | **47** | **H** | **IU/L** | **0 - 40** | **RN** |
| URINALYSIS, ROUTINE | | | | | |
| URINALYSIS GROSS EXAM | | | | | RN |
| Specific Gravity | 1.020 | | | 1.005 - 1.030 | RN |
| pH | 5.0 | | | 5.0 - 7.5 | RN |
| Urine-Color | Yellow | | | Yellow | RN |
| Appearance | Clear | | | Clear | RN |
| WBC Esterase | NEGATIVE | | | Negative | RN |
| Protein | NEGATIVE | | | Negative/Trace | RN |
| Glucose | NEGATIVE | | | Negative | RN |
| Ketones | NEGATIVE | | | Negative | RN |
| Occult Blood | NEGATIVE | | | Negative | RN |
| Bilirubin | NEGATIVE | | | Negative | RN |
| Urobilinogen,Semi-Qn | NORMAL | | | 0.0 - 1.9 | RN |
| Nitrite, Urine | NEGATIVE | | | Negative | RN |
| Microscopic Examination | | | | | RN |
| Microscopic follows if indicated. | | | | | |
| CBC, PLATELET; NO DIFFERENTIAL | | | | | |
| White Blood Cell (WBC) Count | 8.3 | | X 10-3/uL | 4.0 - 10.5 | RN |
| Red Blood Cell (RBC) Count | 4.48 | | X 10-6/uL | 4.10 - 5.60 | RN |
| Hemoglobin | 14.4 | | g/dL | 12.5 - 17.0 | RN |
| Hematocrit | 42.8 | | % | 36.0 - 50.0 | RN |
| MCV | 96 | | fL | 80 - 98 | RN |
| MCH | 32.1 | | pg | 27.0 - 34.0 | RN |
| MCHC | 33.5 | | g/dL | 32.0 - 36.0 | RN |
| RDW | 13.3 | | % | 11.7 - 15.0 | RN |
| Platelets | 233 | | X 10-3/uL | 140 - 415 | RN |

REDACTED

WGI 0108

This document contains confidential and privileged information that is intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. Please call the sending facility.

REPORT                    © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C        Report Date: 03-12-03  Report Time: 11:47    All Rights Reserved

12Mar 2003 11:51 FROM:LABCORP          TO:3023661240        LABCORP          PAGE 003

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | |
|---|---|---|---|---|
| 066-306-1111-0 | R | RN | Final | Pg 3 |

Time 0644

3 ORDERS

CC:07887592 ZUBROW

1 FR/1 RU  CD- 92038861348

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| 302-322-6014 | | | |
| HITCHENS, CHARLES C | | M | 060/10 |

Pat. Address 28 E 6TH ST

NEW CASTLE, DE 19720

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 |

Clinical Information                                    Fasting: Y

Physician ID                    Patient ID

ADAMS

Account GLASGOW FAMILY PRACTICE          07885282

2600 GLASGOW AVE STE 120
NEWARK, DE 19702
302-836-8200
UPIN: D01172                    SSN:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

--------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
Last Page of Report

REDACTED

WGI 0109

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-738-3774.

REPORT                                    © 2002 Laboratory Corporation of America® Holding

HITCHENS, CHARLES C          Report Date: 03-12-02  Report Time: 11:47      All Rights Reserved

12Mar 2003 11:50 FROM:LABCORP          TO:3023661240          LABCORP          PAGE 002



**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | | |
|---|---|---|---|---|---|
| 066-306-1111-0 | R | RN | Final | Pg 2 | |

Time 0644                                                     Fasting: Y
3 ORDERS
CC:07887592 ZUBROW
1 FR/1 RU  CD- 92038861348

Patient Name          302-322-6014       Sex    Age (Yr/Mo)
HITCHENS, CHARLES C          M      060/10

Patient Address 28 E 6TH ST
NEW CASTLE, DE 19720

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 |

Clinical Information

Physician ID                    Patient ID
          ADAMS

Account GLASGOW FAMILY PRACTICE                    07885282

2600 GLASGOW AVE STE 120
NEWARK, DE 19702
302-836-8200
UPIN: D01172          SSN:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | | RN |
| LIPID PANEL | | | | | |
| Cholesterol, Total | 186 | | mg/dL | 100 - 199 | RN |
| **Triglycerides** | **196** | **H** | **mg/dL** | **0 - 149** | **RN** |
| HDL Cholesterol | 42 | | mg/dL | 40 - 59 | RN |
| VLDL Cholesterol Cal | 39 | | mg/dL | 5 - 40 | |
| **LDL Cholesterol Calc** | **104** | **H** | **mg/dL** | **0 - 99** | |
| Comment | | | | | RN |

    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |
| 2+ Risk Factors | <130 | >or=130 | >or=130 |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 |

| | | | | | |
|---|---|---|---|---|---|
| PSA TOTAL | | | | | |
| PSA, TOTAL | 0.5 | | ng/mL | 0.0 - 4.0 | BN |
| | | | | | BN |

    The percent free PSA is performed on a reflex basis only when the
    total PSA is between 4.0 and 10.0 ng/mL.

| TSH | 1.812 | | uIU/mL | 0.350 - 5.500 | RN |
|---|---|---|---|---|---|
| Magnesium, Serum | 1.9 | | mg/dL | 1.6 - 2.6 | RN |
| Lyme Ab/Total Immunoglobulins | NEGATIVE | | | 0.00 - 0.90 | RN |

    Note: The CDC currently advises          ***Reference Interval***
    that Western blot testing is          Negative     <or=0.90
    performed following all equiv-          Equivocal   0.91 -1.09
    ocal or positive EIA results.          Positive     >or=1.10
    Final diagnosis should include
    appropriate clinical findings                    **REDACTED**
    and a positive EIA which is
    also positive by Western blot.                    **WGI 0110**

------------------------------------------------------------
Lab: RN LABCORP RARITAN          Director: IRENE ISAAC, MD
    69 FIRST AVE RARITAN, NJ 08869-0000
------------------------------------------------------------
Lab: BN LABCORP BURLINGTON          Director: FRANK HANCOCK, MD
    1447 YORK COURT BURLINGTON, NC 27215-2230

REPORT          © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C          Report Date: 03-12-03  Report Time: 11:47          All Rights Reserved

00Mar 2003 15:07 FROM:LABCORP          TO:3023661240        LABCORP                PAGE 002

| Specimen # | | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|---|
| 066-306-0073-0 | | S | RN | Final | Pg 1 | | **≧LabCorp** |

Additional Information

Time 0640
CC ADAMS 07885282

Clinical Information                                          Fasting: Y

CD- 92038861322

| Physician ID | | Patient ID | |
|---|---|---|---|
| ZUBROW | | | |

| Patient Name | | Sex | Age (Yrs/Mos) |
|---|---|---|---|
| 302-322-6014 | | M | 060/10 |

**HITCHENS, CHARLES C**
Pat Addr 28 E 6TH ST
   NEW CASTLE, DE 19720

Acct # PULMONARY ASSOCIATES, P.A.          07887592
MAP  SUITE 105
4745 STANTON-OGLETOWN RD
NEWARK, DE 19713
302-368-5515
UPIN: B66606          SSN:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/08/03 | 1782 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| RHEUMATOID ARTHRITIS FACTOR | | | | | |
| RA Latex Turbid. | 6.2 | | IU/mL | 0.0 - 13.9 | RN |
| Sedimentation Rate-Westergren | 14 | | mm/hr | 0 - 20 | RN |
| Antinuclear Antibodies (ANA) | | | | NEG <=1:40 | RN |
| | NEGATIVE | | | | |

   Negative for all staining        Negative    <=1:40
   patterns including Anti-          Borderline  =1:80
   Centromere. ANA patterns         Positive    >=1:160
   routinely detected include:
   Smooth (homogenous or diffuse),
   Nucleolar, Speckled, Centromere,
   Peripheral, and Spindle. Hep-2
   substrate used.

----------------------------------------------------------------------
  Lab: RN LABCORP RARITAN              Director: IRENE ISAAC, MD
       69 FIRST AVE RARITAN, NJ 08869-0000
----------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
                 Last Page of Report

**REDACTED**

**WGI 0111**

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-700-1774.

REPORT                        © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C        Report Date: 03-08-03  Report Time: 15:05      All Rights Reserved

| Specimen # | | Typ | Primary Lab | Report Status | |
|---|---|---|---|---|---|
| 066-306-0081-0 | | S | RN | Final | Pg 1 |

Time 0643
CC ADAMS 07885282

CD- 92038861330

| Patient Name | | | Sex | Age (Yr/Mos) |
|---|---|---|---|---|
| 302-322-6014 | | | M | 060/10 |
| **HITCHENS, CHARLES C** | | | | |

Pat Addr
28 E 6TH ST
NEW CASTLE, DE 19720

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/08/03 | 1781 |

Clinical Information                    Fasting: N

| Physician ID | Patient ID |
|---|---|

Acct                ZUBROW
PULMONARY ASSOCIATES, P.A.      07887592
MAP  SUITE 105
4745 STANTON-OGLETOWN RD
NEWARK, DE 19713
302-368-5515
UPIN: B66606          SSN:

**LabCorp**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | 2.088 | | uIU/mL | 0.350 - 5.500 | RN |

-------------------------------------------------------------
Lab: RN LABCORP RARITAN          Director: IRENE ISAAC, MD
      69 FIRST AVE RARITAN, NJ 08869-0000
-------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
                    Last Page of Report

**REDACTED**

**WGI 0112**

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-735-5776.

| | REPORT | © 2002 Laboratory Corporation of America® Holdings |
|---|---|---|
| HITCHENS, CHARLES C | Report Date: 03-08-03  Report Time: 12:05 | All Rights Reserved |

# Pulmonary Diagnostic Laboratory  Christiana Care Health Systems  Single Breath 2

Pulmonary Function Laboratory Report

| Patient : | Hitchens, Charles | Height : | 71.0 (in) · 180.3 (cm) | Sex : M |
|---|---|---|---|---|
| ID Number : | | Weight : | 234 (lb) · 106.4 (kg) | BSA : 2.26 |
| Date : | 3/11/2003 | Age : 60  BP: 769  Temp: 20.7 | | ATPS : .910 |
| Physician : | Zubrow, Marc | Smoking History : | Ex-Smoker:1 Pk/Yrs, 20 years not smoking. | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : 3/11/03 | | |
| Technician : | Janice Ellis, RRT, RPFT | | | |

JE/0745

Diagnosis:  **DOE**

Comments:  **ATS Reproducibility and Acceptability standards met for all tests, Good effort and cooperation,**



| Pre Trial | MIP | % Pred |
|---|---|---|
| 1 | 97.15 | 121 |
| | | 80.72    101 |
| 4 | 73.94 | 92 |
| | | 70.94 —   86 |
| 3 | 57.77 | 72 |



| Pre Trial | MEP | % Pred |
|---|---|---|
| 1 | 52.34 | 42 |
| | | 59.81    48 |
| 3 | 68.24 | 54 |
| | | 50.98    41 |
| 5 | 62.53 | 50 |

WGI 0113

REDACTED

Physician

Page Number: 1



WGI 0114



Instruct patient to expire to RV, close valve and perform MIP effort

WGI 0115

**WorkCare**

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Hitchens, Charles Sr.
Today's Date: 03/17/2003
Exam Date:    03/12/2003

PERSONAL AND CONFIDENTIAL

Hitchens, Charles Sr.
28 East 6Th Street
New Castle, DE 19720-

Dear Mr. Hitchens:

I am writing with regards to your recent examination. The examination was performed only to assess whether you have any medical problems that could interfere with your ability to perform work. It is not meant to be a substitute for regular medical care or a complete medical examination.

*The history and physical should have been discussed with you at the time of the exam. If you have any questions that were not addressed by the examining physician or have any further questions, please contact your personal physician or call WorkCare at the number listed above.*

Your vital signs revealed the following:

Vitals:    Height: 72.0 inches         Weight: 274.0 lbs.         Blood Pressure: 148 / 80
           * Your blood pressure was found to be increased.
           * Your systolic blood pressure was found to be above the normal reference range.  I would recommend that you
           follow up with your personal physician for further evaluation.

Body Mass Index:  37
           Body Mass Index (BMI) is used to determine healthy weights for people.  The formula correlates highly
           with body fat and is expressed as weight in kilograms divided by height in meters squared.  Cutoff points
           for desirable BMI ranges can be identified based on the relationship between BMI and health outcome.
           * A BMI greater than 26 is considered to be overweight.  There is a high increase in mortality for a BMI
           greater than or equal to 35 but not greater than 40.  See your physician regarding weight control program.

Your chest xray revealed the following:
           CXR result for 03/12/2003 :  No Active Disease
           Comments:
           Your Chest X-Ray revealed no significant abnormalities.

In addition to the results, the following are additional comments regarding your medical examination. You should share this information with your personal physician:  *NO ADDITIONAL COMMENTS*

As a result of the above medical conditions, the following work status and restrictions are being recommended to your employer:  *NO WORK RESTRICTIONS*

WGI 0116

**WorkCare™**

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Page  2
Hitchens, Charles Sr.
Today's Date:  03/17/2003
Exam Date:    03/12/2003

I appreciate the opportunity to review your examination for Washington Group International . If you have any questions now or in the future, please feel free to call me at (800) 455-6155.

Sincerely,

Peter P. Greaney, M.D.

If you would like further information on the laboratory tests and a general explanation of test results, please visit our web site at http://www.workcare.com. Click on "Client Support" and use the "Client / Employee Resources" link to access this information.

WGI 0117

**WORKCARE™**

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Addendum Page 1
Hitchens, Charles Sr.
Today's Date   03/17/03
Exam Date:   03/12/03

## ADDENDUM

*The chemistry panel includes studies that screen for diabetes, kidney problems, problems with electrolytes such as potassium, liver problems, and elevation of cholesterol or triglycerides. It also includes blood proteins, calcium, phosphorus.*

Your chemistry panel revealed the following:

| | Result | Reference | | Result | Reference | | Result | Reference |
|---|---|---|---|---|---|---|---|---|
| Sodium | 142.0 | 135.0 - 145.0 | Calcium | 9.4 | 8.5 - 10.5 | SGPT (ALT) | 43.0 | 10.0 - 60.0 |
| Alk Phos | 50.0 | 41.0 - 122.0 | Albumin | 4.3 | 3.5 - 5.1 | GGT | 21.0 | 5.0 - 64.0 |
| BUN | 16.0 | 6.0 - 25.0 | Total Protein | 7.9 | 6.1 - 8.2 | Triglycerides | 120.0 | 0.0 - 200.0 |
| Creatinine | 0.9 | 0.5 - 1.3 | Globulin H | 3.6 | 1.8 - 3.2 | Cholesterol | 170 | 0.0 - 200.0 |
| BUN/Cr Ratio | 17.8 | 6.7 - 86.7 | A/G Ratio L | 1.2 | 1.3 - 2.7 | HDL Cholesterol L | 38.0 | 40.0 - 999.0 |
| Uric Acid | 8.5 | 2.5 - 7.3 | Bilirubin | 1.4 | 0.1 - 2.1 | Chol/HDL Ratio | 4.5 | 0.0 - 5.0 |
| Chloride | 106.0 | 100.0 - 111.0 | Glucose | 82.0 | 70.0 - 110.0 | LDH | 129.0 | 90.0 - 180.0 |
| Potassium | 3.8 | 3.5 - 5.5 | Phosphorus | 3.4 | 2.5 - 4.7 | SGOT (AST) | 36.0 | 10.0 - 42.0 |

Your total cholesterol was found to be 170 mg/dl. Ideal is below 160. Your triglyceride level was 120.0 mg/dl. Ideal is below 150.

Your HDL (good cholesterol) was 38.0 mg/dl. Ideal is above 50. Your cholesterol/HDL ratio of 4.5 can be interpreted as a coronary heart disease risk of: average

\* Review of your chemistry panel did not reveal any significant abnormalities other than those noted above.

Other tests performed:

    C-Reactive Protein (CRP)     < 0.6

**WGI 0118**



REDACTED

WGI 0119

## Christiana Care Health Systems  Pulmonary Lab  Wilmington Hospital

Pulmonary Function Laboratory Report

| | | | | |
|---|---|---|---|---|
| Patient : | Hitchens, Charles | Height : | 71.0 (m) - 180.3 (cm) | Sex : M |
| ID Number : | | Weight : | 234 (lb) - 106.4 (kg) | BSA : 2.26 |
| Date : | 2/6/2003 | Age : 60 | BP : 772 Temp : 30.3 | ATPS : .960 |
| Physician : | Zubrow, Marc | Smoking History : Non-Smoker | | |
| | | Type of Smoke : cigarettes | | |
| Predicted : | Knudson/Enright Dockery | Calibration Verified : 2/6/03 | | |
| Technician : | P T McCartney, RRT, CPFT | | | |

GOOD UNDERSTANDING/EFFORTS  PTM 0925

2.5 MG ALBUTEROL/NSS VIA HHN

BEST SVC NOT REPRODUCIBLE

Diagnosis : SHORT OF BREATH

| (BTPS) | | | Pre-BronchoDilator | | Post-BronchoDilator | | % |
|---|---|---|---|---|---|---|---|
| # Spirometry # | Predicted | Normal Limit | Actual | % Predicted | Actual | % Predicted | Change |
| FVC | 4.65 | 3.53 | 3.48 | 75 | 2.95 | 63 | -15 |
| FVC | 4.65 | 3.53 | 2.79 | 60 | 2.52 | 54 | -10 |
| FEV-1 | 3.73 | 2.89 | 2.22 | 60 | 2.12 | 57 | -4 |
| FEV-1/FVC | 80 | 72 | 64 | 80 | 72 | 90 | 13 |
| Fev-6 | 4.65 | | 3.18 | 68 | 2.81 | 60 | -12 |
| PEFR | 8.86 | | 5.72 | 65 | 5.53 | 62 | -3 |
| FEF25-75 | 3.75 | 2.08 | 1.02 | 27 | 1.40 | 37 | 37 |
| FEF25 | 8.15 | | 3.59 | 44 | 4.41 | 54 | 23 |
| FEF50 | 4.60 | | 1.52 | 33 | 2.00 | 44 | 32 |
| FEF75 | 1.73 | | 0.31 | 18 | 0.43 | 25 | 40 |
| Exp. Time | | | 11.90 | | 9.81 | | -18 |
| MVV | 125 | | 54 | 43 | | | |

| (BTPS) | | | Pre-BronchoDilator | |
|---|---|---|---|---|
| # Lung Volumes # | Predicted | Normal Limits | Actual | % Predicted |
| TLC | 7.10 | 8.71 - 5.49 | 6.67 | 94 |
| FRC | 3.45 | 4.91 - 1.99 | 3.68 | 107 |
| RV | 2.45 | 3.21 - 1.69 | 2.74 | 112 |
| RV/TLC | 34.51 | 25.71 | 41.00 | 119 |
| SVC | 4.65 | 3.53 | 3.93 | 84 |
| IC | 3.65 | | 2.99 | 82 |
| ERV | 1.00 | | 0.94 | 94 |
| VA | | | 5.63 | |
| DLCO (SB) | 35.03 | 26.83 | 26.18 | 75 |
| DLCO Corrected | 35.03 | 26.83 | 26.03 | 74 |
| DL/VA | 4.95 | | 3.91 | 79 |
| TLC(VA) | 7.10 | 8.71 - 5.49 | 6.70 | 94 |
| Hemoglobin | | | 14.80 | |

Interpretation :

*[handwritten notes:]* ↓TLC by 2.3 liters  FEV1/FVC 5Δ  }vs 9/01  DLCO = 26 (vs 24)  but  ↓TLC 800cc vs 5/95

REDACTED

Mark Jones, M.D.

WGI 0120

Page Number 1

MAR 21 2003 09:11

302 555 1240    PAGE.07

Pulmonary Function Laboratory Report

| Patient : | Hitchens,Charles | Height : | 71.0 (in) | 180.3 (cm) | Sex | M |
| ID Number : | | Weight : | 234 (lb) | 106.4 (kg) | BSA | 2.26 |
| Date : | 2/6/2003 | Age : | 60 | BP: 772 Temp: 30.3 | ATPS | .960 |
| Physician : | Zubrow,Marc | Smoking History : Non-Smoker | | | | |
| | | Type of Smoke : cigarettes | | | | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : 2/6/03 | | | | |
| Technician: | P T McCartney, RRT, CPFT | | | | | |

cc: Dr. Zubrow
    Dr. Adams

**Baseline** spirometry was performed and shows mild reduction in the FVC and FEV-1. The FEV-1/FVC ratio is mildly reduced.

Lung volumes show normal lung capacity and vital capacity.

Diffusion capacity is mildly reduced.

Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild to moderate obstructive ventilatory deficit with mild reduction in diffusion capacity. No significant improvement in flow rates following administration of a bronchodilator.



REDACTED

WGI 0121

Page Number: 2

Mark Jones, M.D.

MAR 20 2003 09:11

302 366 1340          PAGE.06

cc:Dr. Zubrow

Hitchens, Charles

02/25/03

Arterial blood gases were obtained at rest on room air and are within normal limits.

The patient was then exercised on the bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximum heart rate achieved is 159 which is very close to the predicted maximum. This was likely a maximal test for this patient. The patient discontinued exercise because of shortness of breath more so than leg fatigue.

The patient's work capacity is reduced with a normal anaerobic threshold. Measures of respiratory performance show a reduced breathing reserve. Breathing frequency is normal. Tidal volume to FVC relationship is elevated at peak exercise. Dead space to tidal volume relationship is normal. Arterial to end tidal CO2 is normal. Arterial blood gases repeated at peak exercise show improvement in arterial oxygenation. There is not much change in the pCO2. The pH falls as expected. VE/VCO2 and VE/VO2 are normal.

Measure of cardiac performance shows an oxygen pulse that rises with exercise as expected but not to the predicted values. Blood pressure at rest 128/88 which rises with exercise to a peak value of 220/104. No significant EKG changes were appreciated during performance of the test.

IN CONCLUSION: Reduced work capacity with indeterminate anaerobic threshold. The only respiratory abnormality appreciated is a reduced breathing reserve.

Oxygen pulse which is sometimes considered an indirect measure of (stroke volume) rises during performance of the test but does not reach the predicted value. It is not known if this might be related to the patient's significantly hypertensive response to exercise. Ischemic EKG changes were not appreciated during performance of the test. Clinical correlation is required.

Mark Jones, M.D.

REDACTED

WGI 0122

INSTRUMENTATION LABORATORY
PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  09:27:02
Sample Type: Arterial
Sample No.: 51
Operator: JANICE ELLIS
Patient ID:          . Patient Name: HITCHENS, CHARLES.
Patient Birth Date:          . Patient Age: 60. Patient Sex: M.
Comment: BIKE L-RAD X1 JE/JE 0930/0933
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Low | High | Low | High |
| pH | 7.34 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 37 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 98 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 48 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Low | High | Low | High |
| #HCO3- | 20.0 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| #BE(B) | -5.2 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 97 | % | 75 | 100 | 69 | ---- |
| ?A-aDO2 | ---- | | ---- | ---- | ---- | ---- |

#=Outside ref. range
?=Review

REDACTED

WGI 0123

INSTRUMENTATION LABORATORY
PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  07:30:09
Sample Type: Arterial
Sample No.: 46
Operator:  P T MCCARTNEY
Patient ID:          Patient Name: HITCHENS, CHARLES.
Patient Birth Date          Patient Age: 60. Patient Sex: M.
Comment: R RADIAL  0730/0735 JE/PTM  HGB= 14.2
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Low | High | Low | High |
| pH | 7.42 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 36 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 82 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 43 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Low | High | Low | High |
| HCO3- | 23.4 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| BE(B) | -0.7 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 96 | % | 75 | 100 | 69 | ---- |
| A-aDO2 | 23 | mmHg | ---- | ---- | ---- | ---- |

Operator Entered

O2 and Vent Settings:
 %FiO2    21.0   %

REDACTED

WGI 0124

MAR 20 2003 09:12                     302 366 1240    PAGE.1

To:
cc:
From:    kathy.andregg@wgint.com (Kathy Andregg)

Date:    05/06/2003 09:18 AM CST
Subject:  RE: Job Description Request

Employee is a Technician, 64020.T4.  Following is the generic
description of
that job, but to find out specifics of his position, you would
need to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations
for all
employees who are classified in this job family. This job
description is not
intended to include an exhaustive list of all responsibilities,
duties and
skills required. Additional responsibilities may be assigned
according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and
solving
specialized problems within a narrow scope. This may mean
responsibility for
ongoing activities within a specific discipline, or more general
tasks
common to several disciplines. Commonly provides assistance to
professionals
in areas such as, safety, industrial hygiene, environmental
science, and
radiation protection. May perform lab work, equipment set-up,
testing and
repair, quantity take-off, data entry and/or model construction
utilizing
prescribed techniques. May prepare formal reports on experiments,
tests and
other projects.

The ES&H Specialist family includes the following disciplines and
general
descriptions:

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the
environment
to detect radioactive contamination by performing tests,
inspections and
surveys. Responsible for the operation, calibration and
maintenance of

WGI 0063