**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:05-cv-379 (SLR) |
| | : | |
| v. | : | |
| | : | |
| Washington Group International, Inc., Plan | : | |
| Administrator, Washington Group | : | |
| International Short Term Disability (STD) | : | |
| Plan, Broadspire National Services, Inc. f/k/a | : | |
| Kemper National Services, Inc., Broadspire | : | |
| Services, Inc. f/k/a Kemper Services, Inc., | : | |
| Broadspire Inc., f/k/a Kemper Services, Inc., | : | |
| Plan Administrators of the STD Plan, | : | |
| | : | |
| Defendants. | : | |

**APPENDIX VOLUME III OF VI**
**(WGI 0125 – 0186)**

| Christiana Care Health Systems | Date: 02/25/03 |
| Human Performance Laboratory | Name: Hitchens, Charles |
| (302) 733-1559   (302) 428-2259 | Age: 60 Sex: M |
| SSN: | Hgt:: 71" Wgt:: 234 lbs. |
| Physician, Attending: | Physician, Referring: Dr. Zubrow |

| History | DOE |
| PFT's | FVC= 3.48  FEV-1 = 2.2    $FEV_1$/FVC= 64%  MVV= 89 |
| Exercise | bike ramped at 25 w/min to 165 watts for 9:30 |
| Reason Stopped | SOB/legs |
| Pulse Oximetry | Rest = 98%  Exercise = 98%          headband |

| | Predicted | Measured |
|---|---|---|
| $VO_2$ max | 3027 | 2016  67% |
| Hr max | 160 | 159  995  RHR:  70 |
| $O_2$/HR | 19 | 13  67% |
| WR max | 224 | 165  75% |
| $V_E$ max | 149 | 63  42% |

| | pH | $pCO_2$ | $PO_2$ | $HCO_3$ | SaO2 | "RQ" | $VO_2$/kg |
|---|---|---|---|---|---|---|---|
| Rest | 7.42 | 36 | 82 | 23.4 | 96 | .85 | 3.0 |
| WR max | 7.34 | 37 | 98 | 20 | 97 | 1.12 | 19.0 |

| | | | Normal | Patient |
|---|---|---|---|---|
| **General** | Work Capacity | $VO_2$ max / pred $VO_2$ max | > 85 % | 2016  67% |
| | Anaerobic Threshold | $VO_2$ AT/ predVO$_2$ max | > 40 % | 1535  76% |
| **Respiratory** | Breathing Reserve | 1-($V_E$ max /MVV) or MVV - $V_E$ max | > 30 % > 15 L | 29%  26 L |
| | $f_b$ | Rest → WR max | 8 → 50 /min | 12      21 |
| | $V_t$/FVC | Rest → WR max | 0.15 → 0.60 | .25    .87 |
| **V/Q** | P(A-a)$O_2$ | Rest → WR max | < 20 | 28    21 |
| | $V_d$ / $V_t$ | Rest → WR max | .35 → < .25 | .37   0.15 |
| | P(a- ET)$CO_2$ | Rest → WR max | + 2 < 0 | 4    -4 |
| **Cardiac** | HR Reserve | 1-(HR max / HR pred max ) | ≤15% | .01 |
| | $O_2$ / Pulse | Rest → WR max | | 4      13 |
| | BP | Rest → WR max | 128/88 resting | 220/104 ex |
| | HR @ AT | | | 127 |
| | $VO_2$ @ AT | | | 1535 |
| Meds: | | Observations: | | |
| | | | | |
| | | | | |
| | | | | |
| | | Stress Test Technician: DRC | | |

16776 (0675) (0590)C   Copyright 1985  D.C. Zavala M.D., U. Of Iowa, with permission

WGI 0125

12Mar 2003 11:49 FROM LABCORP    TO:3023661240    LABCORP    PAGE 001
To: DR                                        GLASGOW FAMILY PRACTICE



| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 93 | | mg/dL | 65 – 109 | RN |
| BUN | 15 | | mg/dL | 5 – 26 | RN |
| Creatinine, Serum | 0.9 | | mg/dL | 0.5 – 1.5 | RN |
| BUN/Creatinine Ratio | 16 | | | 12 – 20 | |
| Sodium, Serum | 142 | | mmol/L | 135 – 148 | RN |
| Potassium, Serum | 4.1 | | mmol/L | 3.5 – 5.5 | RN |
| Chloride, Serum | 104 | | mmol/L | 96 – 109 | RN |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 – 32 | RN |
| Calcium, Serum | 9.3 | | mg/dL | 8.5 – 10.6 | RN |
| Protein, Total, Serum | 7.9 | | g/dL | 6.0 – 8.5 | RN |
| Albumin, Serum | 4.2 | | g/dL | 3.6 – 4.8 | RN |
| Globulin, Total | 3.7 | | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.1 | | | 1.1 – 2.5 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.1 – 1.2 | RN |
| Alkaline Phosphatase, Serum | 65 | | IU/L | 25 – 160 | RN |
| AST (SGOT) | 38 | | IU/L | 0 – 40 | RN |
| **ALT (SGPT)** | **47** | **H** | **IU/L** | **0 – 40** | **RN** |
| URINALYSIS, ROUTINE | | | | | |
| URINALYSIS GROSS EXAM | | | | | RN |
| Specific Gravity | 1.020 | | | 1.005 – 1.030 | RN |
| pH | 5.0 | | | 5.0 – 7.5 | RN |
| Urine-Color | Yellow | | | Yellow | RN |
| Appearance | Clear | | | Clear | RN |
| WBC Esterase | NEGATIVE | | | Negative | RN |
| Protein | NEGATIVE | | | Negative/Trace | RN |
| Glucose | NEGATIVE | | | Negative | RN |
| Ketones | NEGATIVE | | | Negative | RN |
| Occult Blood | NEGATIVE | | | Negative | RN |
| Bilirubin | NEGATIVE | | | Negative | RN |
| Urobilinogen,Semi-Qn | NORMAL | | | 0.0 – 1.9 | RN |
| Nitrite, Urine | NEGATIVE | | | Negative | RN |
| Microscopic Examination | | | | | RN |
| Microscopic follows if indicated. | | | | | |
| CBC, PLATELET; NO DIFFERENTIAL | | | | | |
| White Blood Cell (WBC) Count | 8.3 | | X 10-3/uL | 4.0 – 10.5 | RN |
| Red Blood Cell (RBC) Count | 4.48 | | X 10-6/uL | 4.10 – 5.60 | RN |
| Hemoglobin | 14.4 | | g/dL | 12.5 – 17.0 | RN |
| Hematocrit | 42.8 | | % | 36.0 – 50.0 | RN |
| MCV | 96 | | fL | 80 – 98 | RN |
| MCH | 32.1 | | pg | 27.0 – 34.0 | RN |
| MCHC | 33.5 | | g/dL | 32.0 – 36.0 | RN |
| RDW | 13.3 | | % | 11.7 – 15.0 | RN |
| Platelets | 233 | | X 10-3/uL | 140 – 415 | RN |

REDACTED

REPORT    © LabCorp, Laboratory Corporation of America Holdings

HITCHENS, CHARLES C    Report Date    3-1-3    Report Time 1143    All Rights Reserved

**WGI 0126**

**LabCorp**

| Specimen # | Type | Printed, Lab | Report Status |
|---|---|---|---|
| 066-306-1111-0 | R | RN | Final Pg 3 |

Time 0644
3 ORDERS
CC:07887592 ZUBROW
1 FR/1 RU  CD- 92038861348

Patient Name: HITCHENS, CHARLES C  302-322-6014
Sex: M  Age (Yr/Mo): 060/10
Pat Addr: 28 E 6TH ST
NEW CASTLE, DE 19720

| Date Collected | Date Entered | Date Reported |  |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 |

Clinical Information  DOB:    Fasting: Y

Physician ID    Patient ID
ADAMS
GLASGOW FAMILY PRACTICE    07885282
2600 GLASGOW AVE STE 120
NEWARK, DE 19702
302-836-8200
UPIN: D01172    SSN:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

--------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
Last Page of Report

**REDACTED**

**WGI 0127**

REPORT
HITCHENS  CHARLES    Report Date: 03-1-   Report Time:      ©2003 Laboratory Corporation of America Holdings
All Rights Reserved



| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 066-306-1111-0 | R | RN | Final | Pg 2 | | **LabCorp** |

Time 0644
3 ORDERS
CC:07887592 ZUBROW
1 FR/1 RU CD- 92038861348

Clinical Information: Fasting: Y

Physician ID | Patient ID

ADAMS

302-322-6014    Sex: M    Age (Yrs/Mos): 060/10

HITCHENS, CHARLES C

28 E 6TH ST
NEW CASTLE, DE 19720

Account: GLASGOW FAMILY PRACTICE    07885282

2600 GLASGOW AVE STE 120
NEWARK, DE 19702
302-836-8200
UPIN: D01172    SSN:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | | RN |
| LIPID PANEL | | | | | |
| Cholesterol, Total | 186 | | mg/dL | 100 - 199 | RN |
| **Triglycerides** | 196 | H | mg/dL | 0 - 149 | RN |
| HDL Cholesterol | 42 | | mg/dL | 40 - 59 | RN |
| VLDL Cholesterol Cal | 39 | | mg/dL | 5 - 40 | |
| **LDL Cholesterol Calc** | 104 | H | mg/dL | 0 - 99 | |
| Comment | | | | | RN |

     If initial LDL-cholesterol result is >100 mg/dL, assess for
     risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |
| 2+ Risk Factors | <130 | >or=130 | >or=130 |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| PSA TOTAL | | | | | |
| PSA, TOTAL | 0.5 | | ng/mL | 0.0 - 4.0 | BN |
| | | | | | BN |

     The percent free PSA is performed on a reflex basis only when the
     total PSA is between 4.0 and 10.0 ng/mL.

| TSH | 1.812 | | uIU/mL | 0.350 - 5.500 | RN |
|---|---|---|---|---|---|
| Magnesium, Serum | 1.9 | | mg/dL | 1.6 - 2.6 | RN |
| Lyme Ab/Total Immunoglobulins | NEGATIVE | | | 0.00 - 0.90 | RN |

     Note: The CDC currently advises
     that Western blot testing be
     performed following all equiv-
     ocal or positive EIA results.
     Final diagnosis should include
     appropriate clinical findings
     and a positive EIA which is
     also positive by Western blot.

***Reference Interval***
Negative    <or=0.90
Equivocal 0.91 -1.09
Positive    >or=1.10

**REDACTED**

**WGI 0128**

---

Lab: RN LABCORP RARITAN      Director: IRENE ISAAC, MD
     69 FIRST AVE RARITAN, NJ 08869-0000

---

Lab: BN LABCORP BURLINGTON      Director: FRANK HANCOCK, MD
     1447 YORK COURT BURLINGTON, NC 27215-2230



| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|
| 066-306-0073-0 | S | RN | Final Pg 1 |

Time 0640
CC ADAMS 07885282

CD- 92038861322

Clinical Information: Fasting: Y

Physician ID: ZUBROW    Patient ID:

| Patient Name | Sex | Age (Yr/Mon) |
|---|---|---|
| HITCHENS, CHARLES C    302-322-6014 | M | 060/10 |

Pat Addr 28 E 6TH ST
NEW CASTLE, DE 19720

Account: PULMONARY ASSOCIATES, P.A.    07887592
MAP SUITE 105
4745 STANTON-OGLETOWN RD
NEWARK, DE 19713
302-368-5515
UPIN: B66606    SSN:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/08/03 | 1782 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| RHEUMATOID ARTHRITIS FACTOR | | | | | |
| RA Latex Turbid. | 6.2 | | IU/mL | 0.0 - 13.9 | RN |
| Sedimentation Rate-Westergren | 14 | | mm/hr | 0 - 20 | RN |
| Antinuclear Antibodies (ANA) | | | | NEG <=1:40 | RN |
| | NEGATIVE | | | | |

Negative for all staining
patterns including Anti-
Centromere. ANA patterns
routinely detected include:
Smooth (homogenous or diffuse),
Nucleolar, Speckled, Centromere,
Peripheral, and Spindle. Hep-2
substrate used.

Negative   <=1:40
Borderline  =1:80
Positive   >=1:160

--------------------------------------------------------------
Lab: RN LABCORP RARITAN          Director: IRENE ISAAC, MD
       69 FIRST AVE RARITAN, NJ 08869-0000
--------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
                    Last Page of Report

REDACTED

WGI 0129

| Specimen # | Type | Primary Lab | Report Status | | | | **LabCorp** | |
|---|---|---|---|---|---|---|---|---|
| 066-306-0081-0 | S | RN | Final | Pg 1 | | | | |

Time 0643
CC ADAMS 07885282

CD- 92038861330

**Fasting: N**

Clinical Information

Physician ID | Patient ID

| Patient Name | | Sex | Age (Yrs/Mo) | ZUBROW | 07887592 |
|---|---|---|---|---|---|
| HITCHENS, CHARLES C | 302-322-6014 | M | 060/10 | PULMONARY ASSOCIATES, P.A. | |

MAP SUITE 105

Pat Address 28 E 6TH ST
NEW CASTLE, DE 19720

4745 STANTON-OGLETOWN RD
NEWARK, DE 19713
302-368-5515

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/08/03 | 1781 |

UPIN: B66606          SSN:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | 2.088 | | uIU/mL | 0.350 - 5.500 | RN |

--------------------------------------------------------------------------
Lab: RN LABCORP RARITAN            Director: IRENE ISAAC, MD
        69 FIRST AVE RARITAN, NJ 08869-0000
--------------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
                      Last Page of Report

REDACTED

WGI 0130

REPORT                              © 2001 Laboratory Corporation of America® Holdings

HITCHENS, CHARLES C            Report Date: 03-08-0.   Report Time: 11:55      All Rights Reserve

## Pulmonary Diagnostic Laboratory  Christiana Care Health Systems  Single Breath 2

Pulmonary Function Laboratory Report

| Patient | Hitchens, Charles | Height | 71.0 (in) - 180.3 (cm) | Sex : | M |
| ID Number : | | Weight | 234 (lb) - 106.4 (kg) | BSA | 2.26 |
| Date : | 3/11/2003 | Age : | 60 | BP : 769 Temp 20.7 | ATPS : .910 |
| Physician : | Zubrow, Marc | Smoking History | Ex-Smoker:1 Pk/Yrs, 20 years not smoking. | | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : | 3/11/03 | | |
| Technician | Janice Ellis, RRT, RPFT | | | | |

JE/0745

Diagnosis: **DOE**

Comments: **ATS Reproducibility and Acceptability standards met for all tests, Good effort and cooperation,**



| Pre Trial | **MIP** | % Pred | | |
|---|---|---|---|---|
| 1 | 97.15 | 121 | | |
| 4 | 73.94 | 92 | 80.72 | 101 |
| 3 | 57.77 | 72 | 70.94 — | 86 |



| Pre Trial | **MEP** | % Pred | | |
|---|---|---|---|---|
| 1 | 52.34 | 42 | | |
| 3 | 68.24 | 54 | 59.81 | 48 |
| 5 | 62.53 | 50 | 56.98 | 41 |

**REDACTED**

**WGI 0131**

Physician

Page Number

Case 1:05-cv-... CJR    Document 142-8    Filed 03/03/2003    Page 9 of 62



WGI 0132

WGI 0133

 **WORKCARE™**

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155 Fax: (714) 456-2154

Page 1
Hitchens, Charles Sr.
Today's Date:  03/17/2003
Exam Date:    03/12/2003

<u>**PERSONAL AND CONFIDENTIAL**</u>

Hitchens, Charles Sr.
28 East 6Th Street
New Castle, DE 19720-

Dear Mr. Hitchens:

I am writing with regards to your recent examination. The examination was performed only to assess whether you have any medical problems that could interfere with your ability to perform work. It is not meant to be a substitute for regular medical care or a complete medical examination.

*The history and physical should have been discussed with you at the time of the exam. If you have any questions that were not addressed by the examining physician or have any further questions, please contact your personal physician or call WorkCare at the number listed above.*

Your vital signs revealed the following:

Vitals:     Height: 72.0 inches          Weight: 274.0 lbs.          Blood Pressure: 148 / 80
            * Your blood pressure was found to be increased.
            * Your systolic blood pressure was found to be above the normal reference range.  I would recommend that you
            follow up with your personal physician for further evaluation.

Body Mass Index:  37
            Body Mass Index (BMI) is used to determine healthy weights for people.  The formula correlates highly
            with body fat and is expressed as weight in kilograms divided by height in meters squared.  Cutoff points
            for desirable BMI ranges can be identified based on the relationship between BMI and health outcome.
            * A BMI greater than 26 is considered to be overweight.  There is a high increase in mortality for a BMI
            greater than or equal to 35 but not greater than 40.  See your physician regarding weight control program.

Your chest xray revealed the following:
            CXR result for 03/12/2003 :  No Active Disease
            Comments:
            Your Chest X-Ray revealed no significant abnormalities.

In addition to the results, the following are additional comments regarding your medical examination. You should share this information with your personal physician: *NO ADDITIONAL COMMENTS*

As a result of the above medical conditions, the following work status and restrictions are being recommended to your employer: *NO WORK RESTRICTIONS*

**WGI 0134**



333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Page  2
Hitchens, Charles Sr.
Today's Date:   03/17/2003
Exam Date:      03/12/2003

I appreciate the opportunity to review your examination for Washington Group International . If you have any questions now or in the future, please feel free to call me at (800) 455-6155.

Sincerely,

Peter P. Greaney, M.D.

If you would like further information on the laboratory tests and a general explanation of test results, please visit our web site at http://www.workcare.com.  Click on "Client Support" and use the "Client / Employee Resources" link to access this information.

WGI 0135



**WORKCARE™**

333 S. Anita Dr., Suite 830, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Addendum Page 1
Hitchens, Charles Sr.
Today's Date    03/17/03
Exam Date:      03/12/03

## ADDENDUM

*The chemistry panel includes studies that screen for diabetes, kidney problems, problems with electrolytes such as potassium, liver problems, and elevation of cholesterol or triglycerides. It also includes blood proteins, calcium, phosphorus.*

Your chemistry panel revealed the following:

| | Result | Reference | | Result | Reference | | Result | Reference |
|---|---|---|---|---|---|---|---|---|
| Sodium | 142.0 | 135.0 - 145.0 | Calcium | 9.4 | 8.5 - 10.5 | SGPT (ALT) | 43.0 | 10.0 - 60.0 |
| Alk Phos | 50.0 | 41.0 - 122.0 | Albumin | 4.3 | 3.5 - 5.1 | GGT | 21.0 | 5.0 - 64.0 |
| BUN | 16.0 | 6.0 - 25.0 | Total Protein | 7.9 | 6.1 - 8.2 | Triglycerides | 120.0 | 0.0 - 200.0 |
| Creatinine | 0.9 | 0.5 - 1.3 | Globulin    H | 3.6 | 1.8 - 3.2 | Cholesterol | 170 | 0.0 - 200.0 |
| BUN/Cr Ratio | 17.8 | 6.7 - 86.7 | A/G Ratio    L | 1.2 | 1.3 - 2.7 | HDL Cholesterol L | 38.0 | 40.0 - 999.0 |
| Uric Acid | 6.5 | 2.5 - 7.3 | Bilirubin | 1.4 | 0.1 - 2.1 | Chol/HDL Ratio | 4.5 | 0.0 - 5.0 |
| Chloride | 106.0 | 100.0 - 111.0 | Glucose | 82.0 | 70.0 - 110.0 | LDH | 129.0 | 90.0 - 180.0 |
| Potassium | 3.8 | 3.5 - 5.5 | Phosphorus | 3.4 | 2.5 - 4.7 | SGOT (AST) | 36.0 | 10.0 - 42.0 |

Your total cholesterol was found to be 170 mg/dl. Ideal is below 160. Your triglyceride level was 120.0 mg/dl. Ideal is below 150.

Your HDL (good cholesterol) was 38.0 mg/dl. Ideal is above 50. Your cholesterol/HDL ratio of 4.5 can be interpreted as a coronary heart disease risk of: average

\* Review of your chemistry panel did not reveal any significant abnormalities other than those noted above.

Other tests performed:

C-Reactive Protein (CRP)        < 0.6

WGI 0136

03/12/2003    13:15    OCCUPATIONAL HEALTH → 98366685                                    MAR 20 2003 09:13

## CHRISTIANA CARE
Occupational
Health Services

[ ] 501 West 14th Street                                     [ ] 131 East Chestnut Hill Road
Wilmington, Delaware 19801                                    Newark, Delaware 19713
302-428-4250 phone                                            302-428-4250 phone
302-428-4280 fax                                              302-452-2790 fax

# Health Care Provider's Opinion Letter

Date: 03/12/2003              Case # 9795          Visit Type: Exam
Patient Name: Hitchens, Charles                    Company Name: WorkCare/Washington Group Intl-DP
Patient Address: 28 East 6th St, Newcastle, DE 19720    Company Address: Delaware City Refinery
DOB:                                                    333 South Anita Drive, Suite 630
Patient SS#:                                            Orange, CA 92868
Phone #: (302) 322-6014       Occupation:          Company Contact: Monica Valdovinos
                                                   Company Phone #: (800) 455-6155 x 182

Type of Evaluation:      Check One
                         [✓] Health Evaluation    [ ] Respirator      [ ] Hazardous Waste    [ ] Asbestos
Reason for Evaluation:   [ ] Preplacement         [✓] Periodic        [ ] Post Exposure      [ ] Termination    [ ] Other
Substance(s) Employee Exposed to (if post exposure):

## OPINION

**For Preplacement:**
_____ Medically qualified to work at stated job assignment (pending lab and/or drug test results).

**For Respirator Wearers:**

**Evaluation Components:**
[ ] Review of the Baseline Medical Questionnaire for Respiratory Clearance by a Health Care Provider.

[ ] Clinical evaluation including additional medical history and targeted physical exam indicated. Date of clinical evaluation: _____

[ ] Further diagnostic studies:        [ ] No    [ ] Yes
    If yes, please list _____                          Recommended frequency of evaluation: _____ years.

_____ Medically qualified to wear any respirator.
_____ Medically qualified to wear a supplied air respirator only.
_____ Wear of respirator approved for emergency use only.
__✓__ Not medically qualified to wear a respirator at any time.

**For Hazardous Waste Exams**
_____ No medical conditions were found that would place examinee at increased risk of health impairment from work in hazardous waste operations or emergency response or from respirator use.
_____ There are no limitations upon the examinee's assigned work.
_____ Examinee has been informed of results of the exam and any medical conditions requiring further examination or treatment.

**For Workers with Possible Exposure to Asbestos:**
_____ There were no medical conditions detected that would place examinee at risk of material health impairment from exposure to asbestos.
_____ There are no recommended limitations on the examinee or upon the use of personal protective equipment such as clothing or respirators.
_____ Examinee has been informed of results of the exam and any findings resulting from asbestos exposure requiring further examination or treatment.
_____ The increased risk of lung cancer attributable to the combined effects of smoking and exposure to asbestos has been explained to the examinee, (if a smoker).

## Restrictions:
[ ] None                                  [✓] No exposure to dusts, fumes, vapors or irritant gases
[ ] No lifting over _____ lbs.            [ ] No frequent bending
[ ] No working alone                      [✓] Other _no use of respirator or jobs requiring it_
_No climbing heights or strenous activity._

Health Care Provider, NP, RN, PA: _____                    Date: 3/12/03
Printed name of Health Care Provider: _____ KIMBHAMETT, MD

WGI 0137                                                            REDACTED

PULMONARY ASSOCIATES - 19544524061                        09:02    03 02 22

# Washington

## HEALTH STATUS MEDICAL REPORT

Employer Copy

TYPE OF EXAMINATION:    Post Exposure Exam

| | | |
|---|---|---|
| EMPLOYEE: | Hitchens, Charles Sr. | COMPANY: Washington Group International |
| SSN: | | POSITION: Safety |
| DATE OF EXAM: | 03/12/2003 | LOCATION: Washington Group Int'l-Delaware City |
| EXPIRATION DATE: 03/12/2004 | | SITE: Delaware City Refinery |

The following recommendations are based on a review of one or all of the following: a base history questionnaire, supporting diagnostic tests, physical examination, and the essential functions of the position applied for or occupied by the individual named above.

| | Yes | No | Undecided |
|---|---|---|---|
| Has the employee any detected medical conditions that would increase his/her risk of material health impairment from occupational exposure in accordance with 29 CFR §1910.120? | ☐ | ☑ | ☐ |
| Does the employee have any limitations in the use of respirators in accordance with 29 CFR §1910.134? | ☐ | ☑ | ☐ |

### STATUS

1. ☑ **QUALIFIED**    The examination indicates no significant medical condition. Employee can be assigned any work consistent with skills and training.

2. ☐ **QUALIFIED - WITH LIMITATIONS**    The examination indicates that a medical condition currently exists that limits work assignments on the following basis:

3. ☐ **NOT QUALIFIED**

4. ☐ **DEFERRED**    The examination indicated that additional information is necessary.  The employee has been given the following instructions.

### COMMENTS:

I have reviewed the medical data of the above named employee, and informed the employee of the results of the medical examination and any medical conditions that require follow-up examination or treatment.

Name of Physician:  Peter P. Greaney, MD    Date: 03/17/03

Signature:

WorkCare
333 S. Anita Drive, Suite 630, Orange, CA 92868
(714) 978-7488 • (800) 455-6155 • FAX (714) 456-2154

**REDACTED**

**WGI 0138**

# PULMONARY
## ASSOCIATES, P.A.

John J. Chabalko, M.D.
Michael R. DePietro, M.D.
Donald L. Emery, M.D.
John J. Goodill, M.D.
Curtis A. Guy, M.D.
Mark D. Junes, M.D.
Joseph F. Kesmer, Jr., M.D.
Gerald M. O'Brien, M.D.
Albert A. Rizzo, M.D.
John Kai Wang, M.D.
Man. T. Zubrow, M.D.

March 14, 2003

Gregory D. Adams, M.D.
2600 Glasgow Avenue, Suite 120
Newark, DE 19702

Re: Charles Hitchens

Dear Greg:

As you know, from our phone conversation, Charles Hitchens was reevaluated in my office after not being seen for over three years. His present problems seem to have emanated from an exposure to sulfuric acid fumes back in July 2001. Following the exposure he had significant burns of his upper airway with mucosal edema and buccal mucosal ulcerations. Approximately eighteen months ago he was noted to have mild dyspnea on exertion, which has become progressive over the ensuing time period. He has had pulmonary function testing, which confirmed a reduction in his vital capacity and a reduction in his diffusing capacity. The patient states that he has had a dry cough but no sputum production. There has been no hemoptysis. At the present time he has trouble climbing a flight of stairs without developing shortness of breath. He denies all fevers, sweats, chills, orthopnea, or paroxysmal nocturnal dyspnea. Unfortunately, Mr Hitchins has recently been laid off from his employment because of his decline in respiratory capacity. He also reports that two other members of his team with the same exposure during the fire have had similar respiratory problems

Physical examination today found him to be in no acute distress and quite pleasant and cooperative. Examination of HEENT was unremarkable. No nasal or oral lesions were noted. The patient's neck was supple without jugular venous distention. Auscultation over the upper airway revealed no flow limitation. There was no adenopathy. Chest examination revealed clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and he had a normal expiratory phase. Cardiac examination revealed a regular rhythm with a S4 gallop. The patient's abdomen was soft, nontender, and without organomegaly. Extremities revealed no cyanosis, clubbing, or dependent edema

| PTFs | FVC | FEV$_1$/FVC | DL$_{co}$ |
|---|---|---|---|
| 2/6/03 | 3.48 | 64% | 75 |
| 9/14/01 | 4.45 | 63% | 91 |
| 5/24/95 | 5.02 | 67% | 60 |
| 1/19/91 | 5.63 | 69% | 79 |

WGI 0139

701 North Clayton Street, Suite 500, Wilmington, DE 19805  (302) 656-2213  Fax (302) 656-2289
4745 Ogletown-Stanton Road, Medical Arts Pavilion, Suite 105, Newark, DE 19713  (302) 368-5515  Fax (302) 366-1240
2600 Glasgow Avenue, Suite 103, Newark, DE 19702  (302) 836-4900  Fax (302) 836-8464

Gregory D. Adams, M D
Re: Charles Hitchins
March 14, 2003
Page 2

Pulmonary exercise stress testing was also obtained, which showed no significant desaturation or respiratory limitation. It should be noted that the patient had a significant increase in his blood pressure during the exercise test. It should also be noted that his blood pressure during the office visit today was 160/110 in his right arm with him lying flat

High-resolution CT scanning was performed, which showed absolutely no abnormalities.

ASSESSMENT:

Charles Hitchins appears to be having a significant reduction in his exercise capacity, which I believe is related to his sulfuric acid fume exposure. I suspect the patient has airways disease secondary to this. Even though he only has mild obstructive airways disease by pulmonary function testing, I believe this might be related to his reduction in vital capacity, which mathematically would make it look less severe. For this reason, I have recommended to the patient that he start on Advair 500/50 one puff b i d in an attempt tat see if local bronchodilators will improve his exercise capacity. He is also advised to return to your office in the near future for treatment of his hypertension, as that may also improve his cardiac function and hopefully improve some of his exercise capacity.

Unfortunately, it is impossible to know if Mr Hitchins will continue to have further decline in his respiratory status. Hopefully his degradation has leveled off and this will be the worst of his symptomatology. I did inform the patient and his wife that I felt this was work related and that he should apply for disability through his employer Mr. Hitchins will be returning to see me in four months with repeat pulmonary function testing and a chest x-ray at that time. He is certainly to call me sooner if there are any problems

Once again, I hope this information has been helpful to you Please do not hesitate to contact me if any questions should arise.

Sincerely,

*(signature)* **(Dictated But Not Reviewed)**

Marc T. Zubrow, M.D.

MTZ.cie
304954

WGI 0140

Certification of Health Care Provider
(Family and Medical Leave Act of 1993)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



*(When completed, this form goes to the employee, __not to the Department of Labor__.)*

OMB No. 1215-0181
Expires:    07/31/03

1. Employee's Name

CHARLES HITCHENS

2. Patient's Name *(If different from employee)*

CHARLES HITCHENS

3. Page 4 describes what is meant by a **"serious health condition"** under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1) _____ (2) _____ (3) _____ (4) _____ (5) _____ (6) _____ , or None of the above _____

4. Describe the **medical facts** which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

Pt was exposed to Sulfuric Acid Fumes during a fire rescue. Since that time he has ↓ in Lung Volumes & D₂ co & ↑ in obstructive indices.

5. a. State the approximate **date** the condition commenced, and the probable **duration** of the condition (and also the probable duration of the patient's present **incapacity**[2] if different):

7/01 exposure. Noted Symptoms = 9/01

  b. Will it be necessary for the employee to take work only **intermittently or to work on a less than full schedule** as a result of the condition (including for treatment described in Item 6 below)?

He will need a physically less demanding job.

If yes, give the probable duration:

  c. If the condition is a **chronic condition** (condition #4) or **pregnancy**, state whether the patient is presently incapacitated[2] and the likely duration and frequency of **episodes of incapacity**[2].

Will be chronic & possibly will continue to worsen

---
[1] Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Page 1 of 4

Form WH-380
Revised December 1999

**WGI 0141**

6.  a.  If additional **treatments** will be required for the condition, provide an estimate of the probable number of such treatments.

*No may require pharmacotherapy*

If the patient will be absent from work or other daily activities because of **treatment** on an **intermittent** or **part-time** basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

b.  If any of these treatments will be provided by **another provider of health services** (e.g., physical therapist), please state the nature of the treatments:

c.  **If a regimen of continuing treatment** by the patient is required under your supervision, provide a general description of such regimen (*e.g.*, prescription drugs, physical therapy requiring special equipment):

7.  a.  If medical leave is required for the employee's absence from work because of the **employee's own condition** (including absences due to pregnancy or a chronic condition), is the employee **unable to perform work** of any kind?

*↳ No*

b.  If able to perform some work, is the employee **unable to perform any one or more of the essential functions of the employee's job** (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is unable to perform:

*1) No exposure to dusts, fumes, vapors or irritant gases*
*2) No climbing ladders*
*3) No wearing a respirator*
*4) No strenuous activity*

c.  If neither a. nor b. applies, is it necessary for the employee to be **absent from work for treatment**?

**WGI 0142**

B.  a.  If leave is required to **care for a family member** of the employee with a serious health condition, **does the patient require assistance** for basic medical or personal needs or safety, or for transportation?

b.  If no, would the employee's presence to provide **psychological comfort** be beneficial to the patient or assist in the patient's recovery?

c.  If the patient will need care only **intermittently** or on a part-time basis, please indicate the probable **duration** of this need:

Signature of Health Care Provider

Type of Practice  PULMONARY

Address  MARC T. ZUBLOW, MD.
**PULMONARY ASSOCIATES, P.A.
SUITE 105 MEDICAL ARTS PAVILION
4745 OGLETOWN - STANTON ROAD
NEWARK, DELAWARE 19713**

Telephone Number  302-368-5515

Date  5/28/03

**To be completed by the employee needing family leave to care for a family member:**

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

Employee Signature

Date

WGI 0143

A **"Serious Health Condition"** means an illness, injury impairment, or physical or mental condition that involves one of the following:

1. Hospital Care

   **Inpatient care** (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity[2] or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment

   (a) A period of incapacity[2] of **more than three consecutive calendar days** (including any subsequent treatment or period of incapacity[2] relating to the same condition), that also involves:

      (1) **Treatment**[3] **two or more times** by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (*e.g.*, physical therapist) under orders of, or on referral by, a health care provider; or

      (2) Treatment by a health care provider on **at least one occasion** which results in a **regimen of continuing treatment**[4] under the supervision of the health care provider.

3. Pregnancy

   Any period of incapacity due to **pregnancy**, or for **prenatal care**.

4. Chronic Conditions Requiring Treatments

   A **chronic condition** which:

      (1) Requires **periodic visits** for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

      (2) Continues over an **extended period of time** (including recurring episodes of a single underlying condition); and

      (3) May cause **episodic** rather than a continuing period of incapacity[2] (*e.g.*, asthma, diabetes, epilepsy, etc.).

5. Permanent/Long-term Conditions Requiring Supervision

   A period of incapacity[2] which is **permanent or long-term** due to a condition for which treatment may not be effective. The employee or family member must be under the **continuing supervision of, but need not be receiving active treatment by,** a health care provider. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic Conditions)

   Any period of absence to receive multiple treatments (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for **restorative surgery** after an accident or other injury, or for a condition that **would likely result in a period of incapacity**[2] **of more than three consecutive calendar days in the absence of medical intervention or treatment**, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

This optional form may be used by employees to satisfy a mandatory requirement to furnish a medical certification (when requested) from a health care provider, including second or third opinions and recertification (29 CFR 825.306).

*Note:* Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

---

[3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

[4] A regimen of continuing treatment includes, for example, a course of prescription medication (*e.g.*, an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

---

**Public Burden Statement**

We estimate that it will take an average of 10 minutes to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

*DO NOT SEND THE COMPLETED FORM TO THIS OFFICE; IT GOES TO THE EMPLOYEE.*

Page 4 of 4

WGI 0144

**Kemper.**
Insurance Companies

# KNS General Peer Review

| | | | |
|---|---|---|---|
| **Referral Date:** | March 24, 2003 Dictated 3/24/03 | **Claimant:** | Charles Hitchens |
| **Requester:** Ela Cos | | **Age:** 60 | |
| **Requester Resource #:** 5493 | | **SS#/Claim#:** 1088786 | |
| **Department:** IDM | | **Account:** Washington Group | |
| **Extension:** 2703 | | **Job Title:** Safety Supervisor | |
| **Peer Reviewer: Dennis Mazal, MD.** | | **Physical Exertion level:** | |

| **Specialty:** | Internal Medicine/Pulmonology |
|---|---|

☐ Sedentary ☐ Light ☒ Medium

☐ Heavy ☐ Very Heavy

| **Peer Resource #:** 6112 | **Diagnosis(es):** | Shortness of Breath |
|---|---|---|
| | **First Date of Absence:** | 3/13/03 |
| | **LTD date:** | 9/11/03 |

**Evaluate Functional Impairment related to:**

☒ Own Occupation   ☐ Any Occupation   ☐ N/A

### Information Reviewed/Considered:

Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03
PFT Test dated 3/11/03, 2/6/03
Notes from Dr. Kambhamettu dated 3/12/03

### Functional Impairment Status Determination:

Specific Referral Question(s):    Do medicals support disability?
Determination:

___ Supports functional impairment(s) that precludes work
_X_ Fails to support functional impairment(s) that precludes work

### RATIONALE:

The claimant is a 60-year-old male who developed respiratory insufficiency secondary to exposure to sulfuric acid fumes in July, 2001. Following that exposure, the claimant had significant burns of his upper airway and mucosal edema and buccal mucosal ulcerations. The claimant was noted to have mild dyspnea on exertion which has become progressive over time. Pulmonary function testing dated 2/6/03 at Christiana Care Health Systems, Pulmonary Lab, Wilmington Hospital, demonstrated a force vital capacity of 75% predicted and $FEV_1$ of 60% predicted. A peak expiratory flow rate of 65% predicted, and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume. Also, in February 2003 the claimant underwent pulmonary exercise testing on a bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximal heart rate achieved was 159 which is very close to the predicted maximum. The claimant's work capacity was reduced with a normal anaerobic threshold. Breathing frequency was normal. Measures of respiratory performance demonstrated a reduced breathing reserve. Arterial to end tidal carbon dioxide level was normal. Arterial blood gases at rest and at peak

**WGI 0145**

exercise showed no derangement in oxygen saturation or oxygen tension. The pH fell as expected with exercise. There were no significant EKG changes appreciated during the performance of the test. Chest examination on March 14, 2003 demonstrated clear lung fields with fairly good air movement bilaterally, no wheezing could be heard and he had a normal expiratory phase. Cardiac examination was within normal limits. High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan is not in the records submitted for review.

Therefore, based upon the information reviewed and considered, there is no objective evidence in the medical records reviewed to support a loss of functionality that would preclude the claimant from performing the essential duties of his occupation, that being a safety supervisor. Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment. Although the claimant obviously sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent only damages to the lungs resulting from that exposure. Therefore, based upon the lack of objective evidence supporting a loss of functionality, there is no reason why the claimant could not return to work as a safety supervisor.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

Dennis Mazal, MD.
Internal Medicine/Pulmonologist

3/26/03
Date

DM/nvk/vn

WGI 0146

**Disability Status Determination:**

Specific Referral Question(s):    Do the medicals provided support the employee's disability from his own occupation in a medium to heavy physical demand?

Determination:

_____   Supports disability
_x_   Fails to support disability

Rationale:

The employee is a 60-year-old male safety supervisor for Ration Constructors, Inc. who has a history of "asbestosis" and was exposed to chemical sulfuric acid fumes in July 2001. The exposure to these fumes caused burns to his upper airway as well as mucosal edema and buccal ulcerations. He wears a respiratory when out in the field; he walks a lot and climbs stairs, ladders and towers. His job classification is one of medium to heavy work.

His pulmonary physician, Mark Zubrow, M.D., states that the employee has had progressive dyspnea on exertion over the last eighteen months. He also has complained of a dry cough. His physical examination by Dr. Zubrow on 3/14/03 was completely within normal limits.

His pulmonary function studies on 2/6/03 revealed normal lung volume with a minimally reduced diffusing capacity (79%) when corrected for alveolar volume. They reveal mild airway obstruction with a greater degree of obstruction in the small airways.

Arterial blood gasses were normal. Exercise test on bicycler ergometer was conducted and the claimant's heart rate reached 159 beats per minute, which was very close to the predicted maximum. The only respiratory abnormality found was a reduced breathing reserve of 29% with normal being 20% or greater. Oxygenation during and after the test was within normal limits.

High resolution CT scan of the chest showed absolutely no abnormality, ruling out the presence of asbestosis.

Based upon the information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude the claimant from performing the essential duties of his occupation. Specifically, there is no significant reduction in oxygenation (hypoxemia) at rest or with exertion and pulmonary function parameters show mild airway obstruction. The CT scan of the lungs does not reveal the presence of any permanent lung damage and in fact was within normal limits. There is no objective reason why the claimant cannot wear a respirator or climb stairs, ladders or towers.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____                    _____
Edward Klotz, M.D., F.C.C.P                                    5/13/03    Date
Pulmonology/IM

EK/mm/lo                    FACSIMILE SIGNATURE

WGI 0149





July 10, 2003

Law Offices of Peter G. Angelos                                      Case #: 1088786
Attn: Mr. Richard T. Wilson, Esq.
1300 North Market St.
Ste 212
Wilmington, DE 19801

RE:    Charles Hitchens
       Washington Group International Short Term Disability (STD) Plan
       DOB:
       ID #:
       Final Level Appeal Denial


Dear Mr. Wilson:

As you are aware, Kemper National Services (KNS) is the claim administrator for Washington Group International.
We have completed our review of your request for an appeal of the 03/13/03 termination of your Client's Short Term
Disability benefits. For the reasons detailed below, our original decision to terminate Short Term Disability benefits,
effective 03/13/03, has been upheld.

Pursuant to the Washington Group International Short Term Disability plan, the definition of disability indicates that
you are:

        a)      unable to perform the material and substantial duties of his own occupation because of a
                non-occupational illness or injury
        b)      is not working at any job for wages or profit; and
        c)      is under the regular care of a Physician


Included in our review was the following information: your appeal correspondences, dated 03/24/03, 04/04/03, and
05/21/03; copies of your Client's job descriptions; Pulmonary Function Test results, dated 09/14/02, 01/31/03,
02/06/03, 02/25/03, and 03/11/03; a Baseline Medical Questionnaire for Respiratory Clearance, dated 01/28/03; lab
work, dated 03/07/03; a medical examination report from Dr. Peter Greaney from WorkCare, dated 03/12/03; a
Health Care Provider's Opinion letter from an unknown provider, dated 03/12/03; a dictation report from Dr. Marc
Zubrow, Pulmonologist, dated 03/14/03; a Health Status Medical Report, dated 03/17/03; a Certification of Health
Care Provider Form from Dr. Zubrow, dated 03/28/03; and prior peer consults with two Kemper Peer Physicians,
specializing in Pulmonology.   To afford your Client every opportunity available, a Kemper Peer Physician
specializing in Pulmonology reviewed Mr. Hitchens' file.


(866) 269-6242
(954) 452-4133 FAX
PO Box 189157
Plantation, FL  33318-9157

                                                                    **REDACTED**

                                                                  **WGI 0150**

The Kemper National Services Appeal Committee found that the submitted documentation lacked medical evidence (i.e. abnormal chest x-rays, abnormal chest CT scans, Pulmonary Function Testing results showing more than mild impairments, positive exercise test to show dyspnea as the current test supported your Client's ability to work, etc) to substantiate significant impairments in functioning that would have prevented Mr. Hitchens from working in his position as of 03/13/03. Therefore, the original decision to deny Short Term Disability benefits has been upheld. Your Client's employer has been notified of this determination.

Mr. Hitchens has exhausted all mandatory appeal procedures under the Plan. Mr. Hitchens has the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA). Upon your Client's request, he is entitled to receive copies of materials relevant to his claim at no cost to him.

Should you or your Client have any questions regarding this claim, or this decision, please do not hesitate to contact our office at 866-269-6242, Ext. 2065.

Very truly yours,

Barbara Kurtz
Appeal Coordinator
Integrated Disability Management
Kemper National Services

WGI 0151

**Kemper.**
Insurance Companies



# NOTIFICATION OF SHORT TERM DISABILITY APPEAL BENEFIT DENIAL

July 10, 2003

TO:     Kathy Andregg
        Cindy Burnett
        Jayne Hale
        Debbie Livingston
        Joanne Hoag


RE:     Washington Group International Short Term Disability (STD) Plan
        Claimant:  Charles Hitchens
        Case #: 1088786
        DOB:
        ID #:
        Final Level Denial
        Benefits denied from: 03/13/03
        Upheld Denial letter sent: 07/10/03

**From: Kemper National Services, Short Term Disability Administration**

The Short Term Disability Benefits for the above named employee have been denied, effective 03/13/03, on final level appeal. The employee will be notified of this determination.

Our appeal file will be closed at this time.

Should you have any questions regarding the denial of benefits, please contact me at 1-866-269-6242, Ext. 2065.

Sincerely,



Barbara Kurtz
Appeal Coordinator
Kemper National Services
Integrated Disability Management


REDACTED

WGI 0152

Ext 2065

Acct: _Washington Group_

Case # or Claim #: _1088786_          **Due Date:** _7/9/03_

COPY

## CHECK LIST FOR STD AND LTD APPEAL SUMMARY'S

1. Appeal brief                    (✗)
2. Job description or DOT           (✗)
3. Original medicals               (✗)
4. Original Peer review (s)        (✗)
5. Original denial letter          (✗)
6. Appeal letter (s) from claimant (✗)
7. New medical information         (✗)
8. Peer review (s)                 (✗)
9. Case Notes                      (✗)

ERISA (✗)          NON-ERISA ( )

Buddy Review:                    Date: 7/7/03

WGI 0153

**Kemper.**
Insurance Companies

Dr. Lazarovic
Andrew Ennis

Barbara Kurtz, ext. 2065
Date: 07/07/03
**Date Due: 07/09/03**

### Washington Group International Short Term Disability Appeal Summary

**Name:** Charles Hitchens        **Hire Date:** 07/07/00        **Age:** 61
**Employee ID#:**                 **Case Number:** 1088786       **Workers Comp:**    N/A
**Title:** Safety Supervisor

| FDA | Out of Work Benefits Paid | Out of Work Benefits Denied | RTW |
|---|---|---|---|
| 03/13/03 | None | 03/13/03 | None |

**REASON:**        There is a lack of medical evidence documenting the frequency and severity of functional impairments that would prevent Mr. Hitchens from performing his job as a Safety Supervisor, which is a heavy job.

**REFERENCE:**     Short Term Disability Plan:

a) unable to perform the material and substantial duties of his own occupation because of a non-occupational illness or injury
b) is not working at any job for wages or profit; and
c) is under the regular care of a Physician

**DIAGNOSIS:**     Obstructive Lung Disease        **No MDA Guidelines Available**

**PEER REVIEWS:**  Dr. Dennis Mazal, Pulmonology, 03/24/03
Dr. Edward Klotz, Pulmonology, 05/06/03
Dr. Aron Neuhaus, Pulmonology, 06/11/03

(877) 232-0466
(954) 452-4133 FAX
P.O. Box 189157
Plantation, FL 33318-9157

**REDACTED**

WGI 0154

radiological support equipment. Test equipment against standards to ensure
accuracy. Instructs personnel in radiation safety procedures and demonstrates use of protective clothing and equipment. Prepares and/or
authorizes Radiation Work Permits (RWPS) for admittance to site. Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity. Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area radiation
levels approach maximum limits. Recommends work stoppage in unsafe areas,
posts warning signs, and ropes off contaminated areas. Records data and
maintains and updates all records and reports, including individual exposure
records, location and intensity of radioactivity in contaminated areas and
status of areas being decontaminated. Must meet applicable regulatory codes
and standards where needed.

Qualifications:


Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous work
experience required. High school or equivalent preferred. Under direct
supervision, performs limited and routine duties following well-defined
policies and procedures. On-the-job training is received in an area of
technical specialty.

ES&H Technician II T2 This is an intermediate level position with one+ years
related work experiences. Under general supervision, demonstrates the
ability to perform assigned duties and is knowledgeable of the significance
of these duties. Performs moderately complex technical work utilizing
instructions, drawings, sketches and results from computer systems and
schematics. May be involved in training and supervising technical personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch. May be
required to pass professional test.

ES&H Technician III T3 This is a journey level position with four+ years
work experience. Works under general supervision performing advanced

technical work utilizing a wide variety of resources, including
computers.
May be responsible for all or part of a project. May train and
supervise
workflow. May be required to pass professional test.

ES&H Technician IV T4 This is a senior level position with six+
years work
experience. Works under limited supervision performing complex
technical
work. Duties may include technical responsibility for a major
phase or
component of a project. Takes lead role in workflow coordination.
May be
required to pass professional test.

ES&H Technician V T5 This is a senior level position with eight+
years work
experience. Works under limited supervision performing complex
technical
work utilizing a wide variety of resources, including computers.
May be
responsible for all or part of a project. May train and supervise
other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles
Hitchens' claim.
Could you please forward a copy of Mr. Hitchens' job description
as a
safety supervior. His I.D. is 14380.  This is needed for the
review of his
claim and his Attorney is requesting a copy as well.  Thank you
for your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133




DISCLAIMER:
This communication, along with any documents, files or
attachments, is
intended only for the use of the addressee and may contain
legally
privileged and confidential information. If you are not the

WGI 0157

intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information
contained in or
attached to this communication is strictly prohibited. If you
have received
this message in error, please notify the sender immediately and
destroy the
original communication
and its attachments without reading, printing or saving in any
manner. This
communication does not form any contractual obligation on behalf
of the
sender or, the sender's employer, or the employer's parent
company,
affiliates or subsidiaries.

WGI 0158

May 12, 2003

To:     Kim East
From: Tom Koval – Safety Manager

Subject: Job Description for Charlie Hitchens

The contents stated within are to provide a description of job duties for Charlie Hitchens as requested by Kemper .

Washington Group International currently employs Charlie Hitchens in a field assignment as a Safety Inspector at the Motiva Enterprises Refinery in Delaware City, Delaware. When performing his responsibilities at this location he is expected to be able to climb ladders, walk up steps, lift and carry weights in excess of fifty pounds. These activities are required while performing fresh air standby responsibilities. Fresh air standby activities are approximately 50% of Charlie's responsibilities at his current assignment.

Auditing work activities and procedure compliance requires a safety inspector to walk the jobsite and communicate with the craftsmen performing various tasks. During these audits, one may be expected to traverse the jobsite to observe work in progress. The environments in these areas could have welding fumes and industrial dusts at negligible levels. Auditing activities are approximately 40% of Charlie's responsibilities at his current assignment.

New Hire in processing requires a safety inspector to assist in the Fitness for Duty procedures, perform respirator Fit Tests, and present a 2 hour site safety orientation. The respirator fit test and safety orientation requires minimal computer competency. The safety orientation is a combination of oral presentation and films. New Hire in processing is approximately 10 % of Charlie's responsibilities at his current assignment.

Please accept the provided information as a general listing of Charlie's job duties and should you have further questions, direct them to Myself or Greg Martin.


Thank You,


_____
       Thomas J. Koval


WGI 0159

# PULMONARY ASSOCIATES, P.A.

John J. Chabalko, M.D.
Michael R. DePietro, M.D.
Donald L. Emery, M.D.
John J. Goodill, M.D.
Camile A. Guy, M.D.
Mark D. Jones, M.D.
Joseph F. Kestner, Jr., M.D.
Gerald M. O'Brien, M.D.
Albert A. Rizzo, M.D.
John Kai Wang, M.D.
Marc T. Zubrow, M.D.

March 14, 2003

Gregory D. Adams, M.D.
2600 Glasgow Avenue, Suite 120
Newark, DE 19702

Re: Charles Hitchens

Dear Greg:

As you know, from our phone conversation, Charles Hitchens was reevaluated in my office after not being seen for over three years. His present problems seem to have emanated from an exposure to sulfuric acid fumes back in July 2001. Following the exposure he had significant burns of his upper airway with mucosal edema and buccal mucosal ulcerations. Approximately eighteen months ago he was noted to have mild dyspnea on exertion, which has become progressive over the ensuing time period. He has had pulmonary function testing, which confirmed a reduction in his vital capacity and a reduction in his diffusing capacity. The patient states that he has had a dry cough but no sputum production. There has been no hemoptysis. At the present time he has trouble climbing a flight of stairs without developing shortness of breath. He denies all fevers, sweats, chills, orthopnea, or paroxysmal nocturnal dyspnea. Unfortunately, Mr Hitchins has recently been laid off from his employment because of his decline in respiratory capacity. He also reports that two other members of his team with the same exposure during the fire have had similar respiratory problems

Physical examination today found him to be in no acute distress and quite pleasant and cooperative. Examination of HEENT was unremarkable. No nasal or oral lesions were noted. The patient's neck was supple without jugular venous distention. Auscultation over the upper airway revealed no flow limitation. There was no adenopathy. Chest examination revealed clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and he had a normal expiratory phase. Cardiac examination revealed a regular rhythm with a S4 gallop. The patient's abdomen was soft, nontender, and without organomegaly. Extremities revealed no cyanosis, clubbing, or dependent edema

| PTFs | FVC | FEV₁/FVC | DL_co |
|------|-----|----------|-------|
| 2/6/03 | 3.48 | 64% | 75 |
| 9/14/01 | 4.45 | 63% | 91 |
| 5/24/95 | 5.02 | 67% | 60 |
| 1/19/91 | 5.63 | 69% | 79 |

WGI 0160

701 North Clayton Street, Suite 500, Wilmington, DE 19805 (302) 656-2213 Fax (302) 656-2289
4745 Ogletown-Stanton Road, Medical Arts Pavilion, Suite 105, Newark, DE 19713 (302) 368-5515 Fax (302) 366-1240
2600 Glasgow Avenue, Suite 103, Newark, DE 19702 (302) 836-4900 Fax (302) 836-8464

Gregory D. Adams, M D
Re: Charles Hitchins
March 14, 2003
Page 2

Pulmonary exercise stress testing was also obtained, which showed no significant desaturation or respiratory limitation. It should be noted that the patient had a significant increase in his blood pressure during the exercise test. It should also be noted that his blood pressure during the office visit today was 160/110 in his right arm with him lying flat.

High-resolution CT scanning was performed, which showed absolutely no abnormalities.

ASSESSMENT:

Charles Hitchins appears to be having a significant reduction in his exercise capacity, which I believe is related to his sulfuric acid fume exposure. I suspect the patient has airways disease secondary to this. Even though he only has mild obstructive airways disease by pulmonary function testing, I believe this might be related to his reduction in vital capacity, which mathematically would make it look less severe. For this reason, I have recommended to the patient that he start on Advair 500/50 one puff b i d in an attempt to see if local bronchodilators will improve his exercise capacity. He is also advised to return to your office in the near future for treatment of his hypertension, as that may also improve his cardiac function and hopefully improve some of his exercise capacity.

Unfortunately, it is impossible to know if Mr Hitchins will continue to have further decline in his respiratory status. Hopefully his degradation has leveled off and this will be the worst of his symptomatology. I did inform the patient and his wife that I felt this was work related and that he should apply for disability through his employer Mr. Hitchins will be returning to see me in four months with repeat pulmonary function testing and a chest x-ray at that time. He is certainly to call me sooner if there are any problems.

Once again, I hope this information has been helpful to you Please do not hesitate to contact me if any questions should arise.

Sincerely,

*(Dictated But Not Reviewed)*

Marc T. Zubrow, M.D.

MTZ:cie
304954

WGI 0161

LAW OFFICES

# PETER G. ANGELOS
### A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

April 4, 2003

Kemper National Services
Integrated Disability Management
WGI Appeal Coordinator
P.O. Box 189157
Plantation, FL 33318-9157

RE:  Charles Hitchens
Case #1088786

Dear Appeal Coordinator:

Please accept this as the Notice of Appeal of the 3/31/03 decision (attached) denying Short-Term Disability benefits to my client Charles Hitchens.

Enclosed are the pertinent medical records in my possession. Please note that in the annual examination conducted under the auspices of WGI, Mr. Hitchens was only temporarily cleared for work at his request. After the follow up examination by Dr. Kambhamettu and Dr. Zubrow, Mr. Hitchens' restrictions included no respirator use, no exposure to fumes, vapors or irritant gases, no climbing heights and no strenuous activity. Only doctors who have not actually examined Mr. Hitchens have found him to be qualified to return to his job.

Please provide a copy of any "rule or procedures" applicable to this appeal. Also provide a copy of the job description you are using to evaluate this claim.

Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosure

cc: Charles Hitchens

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MD 21201-3817
410-649-2000
(800) 258-6623
FX: 410-685-1760-6160

UNION PARK CENTER
5906 HARFORD ROAD
BALTIMORE, MD 21214-1845
410-426-3200
(800) 492-3240
FAX: 410-426-1285

COURT TOWER - SUITE 901
210 W. PENNSYLVANIA AVENUE
TOWSON, MD 21204
410-862-2220
FX: 410-828-7570

STEELWORKERS' HALL
540 DUNDALK AVENUE
DUNDALK, MD 21224-2817
410-282-5410
FX: 410-633-9240

63 HENDERSON AVENUE
CUMBERLAND, MD 21502-3026
301-759-1760
FX: 301-759-1370

**WGI 0162**

# CHRISTIANA CARE HEALTH SYSTEM-CHRISTIANA HOSPITAL KEYSTONE II
Pulmonary Function Laboratory Report

| Patient : | HITCHENS, CHARLES C | | Height : | 72.0 (in) - | 182.9 (cm) | Sex : | M |
| ID Number : | | | Weight : | 230 (lb) - | 104.5 (kg) | BSA : | 2.26 |
| Date : | 9/14/2001 | | Age : | 59 | BP: 765 Temp: 25.8 | ATPS : | .940 |
| Physician : | ZUBROW/ADAMS | | Smoking History : | Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P |
| Comments: | EX-SOCIAL SMOKER. GOOD EFFORT AND COOPERATION  AEROSOL 2.5MG ALBUTEROL/NS JE/0910 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FVC | 4.90 | 3.78 | 4.45 | 91 | 4.62 | 94 | 4 |
| FEV-0.5 | 3.02 | 2.31 | 2.10 | 69 | 2.33 | 77 | 11 |
| FEV-1 | 3.92 | 3.08 | 2.80 | 71 | 3.03 | 77 | 8 |
| FEV-3 | 4.45 | 3.43 | 3.67 | 83 | 3.86 | 87 | 5 |
| PEFR | 9.13 | | 7.33 | 80 | 6.89 | 75 | -6 |
| Fef200-1200 | | | 6.67 | | 6.67 | | |
| FEF25-75 | 3.93 | 2.26 | 1.37 | 35 | 1.73 | 44 | 27 |
| FEF25 | 8.41 | | 4.01 | 48 | 6.47 | 77 | 61 |
| FEF50 | 4.81 | | 2.00 | 42 | 2.47 | 51 | 23 |
| FEF75 | 1.83 | | 0.40 | 22 | 0.58 | 32 | 44 |
| FEV-1/FVC | 80 | 72 | 63 | 79 | 66 | 82 | 4 |
| FEV-3/FVC | | | 83 | | 84 | | 1 |
| Exp. Time | | | 15.53 | | 15.23 | | -2 |
| MVV | 126 | | 86 | 68 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SVC | 4.90 | 3.78 | 4.78 | 98 | |
| IC | 3.75 | | 4.01 | 107 | |
| ERV | 1.15 | | 0.77 | 67 | |
| RV | 2.50 | 3.26 - 1.74 | 4.15 | 166 | |
| TLC | 7.40 | 9.01 - 5.79 | 8.93 | 121 | |
| RV/TLC | 33.83 | 25.03 | 46.46 | 137 | |
| FRC | 3.65 | 5.11 - 2.19 | 4.92 | 135 | |
| DLCO (MG) | 27.24 | 19.04 | 24.66 | 91 | |
| DLCO Corrected | 27.24 | 19.04 | 24.66 | 91 | |
| DL/VA | | 3.66 | 3.45 | | |

Computer Impression:

cc: Dr. Zubrow

   Dr. Adams

Baseline spirometry was performed and shows normal FVC and a mild reduction in the FEV-1. The
FEV-1/FVC ratio is mildly reduced. Lung volumes show hyperinflation and air trapping. Diffusion
capacity is normal. Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild obstructive ventilatory deficit with hyperinflation and air trapping.

REDACTED

WGI 0163

Page Number: 1

Mark Jones, M.D.

MAR 20 2003 09:13

302 366 1240        PAGE.13

Pulmonary Function Laboratory Report

| | | | | | |
|---|---|---|---|---|---|
| Patient : | HITCHENS,CHARLES C | Height : | 72.0 (in) - 182.9 (cm) | Sex : | M |
| ID Number : | | Weight : | 230 (lb) - 104.5 (kg) | BSA : | 2.26 |
| Date : | 9/14/2001 | Age : | 59 | BP: 765 Temp: 25.8 | ATPS : .940 |
| Physician : | ZUBROW/ADAMS | Smoking History : Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P | | | |



REDACTED

WGI 0164

Mark Jones, M.D.

MAR 20 2003 09:13

302 366 1240      PAGE.14

RAYTHEON CONSTRUCTORS, INC.

Personal Physician's Name & Address _____

## BASELINE MEDICAL QUESTIONNAIRE FOR RESPIRATORY CLEARANCE

Section 1 - Part A

1. Name  CHARLES  HITCHENS

2. Social Security Number

3. Job Title  SAFETY

4. Address  28 EAST 6th ST

   NEW CASTLE DL  19720

5. Telephone  32 2  6690

6. Date  1-28-03    7. Sex  ✓M ___F

8. Date of Birth

9. Place of Birth  DELAWARE

10. Marital Status - ✓ Married ___ Single
    ___ Widowed ___ Divorced

11. Check the type of respirator you will use   (Check all that apply)
    ___ N, R or P disposable respirator (filter- mask, non-cartridge type only)
    ✓ Other type (for example, half or full- face piece type, powered-air purifying, supplied air, self-containing breathing apparatus).

12. Have you worn a respirator? ✓ Yes ___ No

    If yes, what types? _____
    _____

Section 2, Part A

1. Do you currently smoke tobacco, or have you smoked tobacco in the last month? ___ Yes ✓ No

*(handwritten): 60 y.o.*

*PMH - Asbestosis*

*Meds - none*

*All - NKDA*

**WGI 0165**

List any medicines you are taking regularly: _____

2. Have you ever had any of the following conditions?
   a. Seizures (fits)                          ___Yes  ___No
   b. Diabetes (sugar disease)                 ___Yes  ___No
   c. Allergic reactions that interfere
      with your breathing?                     ___Yes  ___No
   d. Claustrophobia                           ___Yes  ___No
   e. Trouble smelling odors?                  ___Yes  ___No

3. Have you ever had any of the following pulmonary or lung problems?

   a. Asbestosis                               ✓Yes  ___No
   b. Asthma                                   ___Yes  ___No
   c. Chronic bronchitis                       ___Yes  ___No
   d. Emphysema                                ___Yes  ___No
   e. Pneumonia                                ___Yes  ___No
   f. Tuberculosis                             ___Yes  ___No
   g. Silicosis                                ___Yes  ___No
   h. Pneumothorax                             ___Yes  ___No
   i. Lung Cancer                              ___Yes  ___No
   j. Broken ribs                              ___Yes  ___No
   k. Chest injuries or surgeries              ___Yes  ___No
   l. Other lung problem                       ___Yes  ___No

4. Do you currently have any of the following symptoms of pulmonary or lung illness?

   a. Shortness of breath                      ✓Yes  ___No
   b. Shortness of breath when:
      -walking fast                            ✓Yes  ___No
      -up a slight hill                        ✓Yes  ___No
      -walking with others on
       level ground                            ___Yes  ___No
   c. Have to stop for breath when
      walking                                  ✓Yes  ___No
   d. Coughing that
      -produces phlegm                         ___Yes  ___No
      -wakes you in the morning                ___Yes  ___No
      -that occurs when lying
       down                                    ✓Yes  ___No
      -produces blood                          ___Yes  ___No
   e. Wheezing
      -that interferes with your
       job                                     ___Yes  ___No

1. Chest pain when you breathe

g. Symptoms that might be
   related to lung problems          ___Yes   ✓No

employee who wears either a full-face respirator or a self-contained breathing apparatus (SCBA).

5. Have you ever had any of the following cardiovascular or heart problems?

a. Heart attack                      ___Yes   ✓No
b. Stroke                            ___Yes   ✓No
c. Angina                            ___Yes   ✓No
d. Heart failure                     ___Yes   ✓No
e. Swelling in your legs or feet
   (not caused by walking)           ___Yes   ✓No
f. Heart arrhythmia (heart
   beating irregularly)              ___Yes   ✓No
g. High blood pressure               ✓Yes   ___No

6. Have you ever had any of the following cardiovascular or heart symptoms?

a. Frequent pain or tightness in your
   chest                                   ___Yes   ✓No
b. Pain or tightness in chest during
   physical activity                       ___Yes   ✓No
c. Pain or tightness in chest that interferes
   with your job                           ___Yes   ✓No
d. In the past two years, have you noticed
   your heart skipping or missing
   a beat                                  ___Yes   ✓No
e. Heartburn or indigestion that is
   not related to eating                   ___Yes   ✓No
f. Any other symptoms that you think
   may be related to heart or circulation
   problems                                ___Yes   ✓No

7. Do you currently take medication for any of the following problems?

a. Breathing or lung problems        ___Yes   ✓No
b. Heart trouble                     ___Yes   ✓No
c. Blood pressure                    ___Yes   ✓No
d. Seizures (fits)                   ___Yes   ✓No

8. If you have used a respirator, have you ever had any of the following problems? If you have never used a respirator, check the following space and go to question 9. _____

a. Eye irritation                    ___Yes   ✓No
b. Skin allergies/rash               ___Yes   ✓No
c. Anxiety                           ___Yes   ✓No
d. General weakness or fatigue       ___Yes   ✓No
e. Any other problem that interferes with
   your use of a respirator          ___Yes   ✓No

BP  156/89
Pulse  72
Lungs  CTA bilat
Heart  RRR

Rev 2/99        AGE  60

0082  696 'ON        WGI 0166

10. Have you ever lost vision in either eye (temporarily or permanently)?        ___Yes   ✓No

11. Do you currently have any of the following visual problems?

a. Wear contact lenses               ___Yes   ✓No
b. Wear glasses                      ✓Yes   ___No
c. Color blind                       ___Yes   ✓No
d. Any other eye or vision
   problem                           ___Yes   ✓No

12. Have you ever had an injury to your ears, including a broken eardrum?        ___Yes   ✓No

13. Do you currently have any of the following hearing problems?

a. Difficulty hearing                ✓Yes   ___No
b. Wear a hearing aid                ___Yes   ✓No
c. Any other hearing or ear
   problems                          ___Yes   ✓No

14. Have you ever had a back injury?        ___Yes   ✓No

15. Do you currently have any of the following musculoskeletal problems?

a. Weakness in any of your arms, hands,
   legs or feet                            ___Yes   ✓No
b. Back pain                               ___Yes   ✓No
c. Difficulty fully moving your arms
   and legs                                ___Yes   ✓No
d. Pain or stiffness when you lean forward
   or backward at the waist                ___Yes   ✓No
e. Difficulty moving your head up
   or down                                 ___Yes   ✓No
f. Difficulty moving your head side
   to side                                 ___Yes   ✓No
g. Difficulty bending at your
   knees                                   ___Yes   ✓No
h. Difficulty squatting to the
   ground                                  ___Yes   ✓No
i. Climbing a flight of stairs or a ladder
   carrying more than 25 lbs.              ✓Yes   ___No
j. Any other muscle or skeletal problem that
   interferes with using a respirator      ___Yes   ✓No

Elevated BP, Dyspnea, Dcc. PFTs

This employee HAS/HAS NOT successfully passed physical requirements and IS/IS NOT eligible to wear a respirator.

_____  Betsy D. _____
PHYSICIAN'S SIGNATURE

Temporary clearance - Pending MD's _____

PULMONARY ASSOCIATES → 13044252406   06:33   2003/03/08



REDACTED

WGI 0167

# Christiana Care Health Systems  Pulmonary Lab  Wilmington Hospital

Pulmonary Function Laboratory Report

| | |
|---|---|
| Patient: Hitchens, Charles | Height: 71.0 (in) - 180.3 (cm)   Sex: M |
| ID Number: | Weight: 234 (lb) - 106.4 (kg)   BSA: 2.26 |
| Date: 2/6/2003 | Age: 60   BP: 772  Temp: 30.3   ATPS: .960 |
| Physician: Zubrow, Marc | Smoking History: Non-Smoker |
| | Type of Smoke: cigarettes |
| Predicted: Knudsan Enright Dockery | Calibration Verified: 2/6/03 |
| Technician: P T McCartney, RRT, CPFT | |

GOOD UNDERSTANDING/EFFORTS PTM 0925

2.5 MG ALBUTEROL/NSS VIA HHN

BEST SVC NOT REPRODUCIBLE

Diagnosis:  SHORT OF BREATH

| (BTPS) | | | Pre-BronchoDilator | | Post-BronchoDilator | | % |
|---|---|---|---|---|---|---|---|
| # Spirometry # | Predicted | Normal Limit | Actual | % Predicted | Actual | % Predicted | Change |
| FVC | 4.65 | 3.53 | 3.48 | 75 | 2.95 | 63 | -15 |
| FIVC | 4.65 | 3.53 | 2.79 | 60 | 2.52 | 54 | -10 |
| FEV-1 | 3.73 | 2.89 | 2.22 | 60 | 2.12 | 57 | -4 |
| FEV-1/FVC | 80 | 72 | 64 | 80 | 72 | 90 | 13 |
| Fev-6 | 4.65 | | 3.18 | 68 | 2.81 | 60 | -12 |
| PEFR | 8.86 | | 5.72 | 65 | 5.53 | 62 | -3 |
| FEF25-75 | 3.75 | 2.08 | 1.02 | 27 | 1.40 | 37 | 37 |
| FEF25 | 8.15 | | 3.59 | 44 | 4.41 | 54 | 23 |
| FEF50 | 4.60 | | 1.52 | 33 | 2.00 | 44 | 32 |
| FEF75 | 1.73 | | 0.31 | 18 | 0.43 | 25 | 40 |
| Exp. Time | | | 11.90 | | 9.81 | | -18 |
| MVV | 125 | | 54 | 43 | | | |

| (BTPS) | | | Pre-BronchoDilator | |
|---|---|---|---|---|
| # Lung Volumes # | Predicted | Normal Limits | Actual | % Predicted |
| TLC | 7.10 | 8.71 - 5.49 | 6.67 | 94 |
| FRC | 3.45 | 4.91 - 1.99 | 3.68 | 107 |
| RV | 2.45 | 3.21 - 1.69 | 2.74 | 112 |
| RV/TLC | 34.51 | 25.71 | 41.00 | 119 |
| SVC | 4.65 | 3.53 | 3.93 | 84 |
| IC | 3.65 | | 2.99 | 82 |
| ERV | 1.00 | | 0.94 | 94 |
| VA | | | 5.63 | |
| | | | | |
| DLCO (SB) | 35.03 | 26.83 | 26.18 | 75 |
| DLCO Corrected | 35.03 | 26.83 | 26.03 | 74 |
| DL/VA | 4.95 | 3.56 | 3.91 | 79 |
| TLC(VA) | 7.10 | 8.71 - 5.49 | 6.70 | 94 |
| Hemoglobin | | | 14.80 | |

Interpretation:

*(handwritten notes)* ↓ TLC by 2 3liters)  FEV1/FVC ≡ Δ  )vs 9/01  DLCO = 26 (vs 24) )  but  ↓ TLC 800cc vs 8/95

REDACTED

WGI 0168

Page Number  1

Mark Jones, M.D.

MAR 20 2003 05:11

Christiana Care Health System Pulmonary Lab (Wilmington Hospital)
Pulmonary Function Laboratory Report

| Patient : | Hitchens,Charles | | | | | | | | Sex : | M |
|---|---|---|---|---|---|---|---|---|---|---|
| ID Number : | | Height : | 71.0 (in) - | 180.3 (cm) | | | | | | |
| Date : | 2/6/2003 | Weight: | 234 (lb) - | 106.4 (kg) | | | | | BSA : | 2.26 |
| Physician : | Zubrow,Marc | Age : | 60 | BP: 772 | Temp: | 30.3 | | | ATPS : | .960 |
| | | Smoking History : | Non-Smoker | | | | | | | |
| Predicted : | Knudson Enright Dockery | Type of Smoke : | cigarettes | | | | | | | |
| Technician : | P T McCartney, RRT, CPFT | Calibration Verified : | 2/6/03 | | | | | | | |

cc: Dr. Zubrow
    Dr. Adams

**Baseline** spirometry was performed and shows mild reduction in the FVC and FEV-1. The FEV-1/FVC ratio is mildly reduced.

Lung volumes show normal lung capacity and vital capacity.

Diffusion capacity is mildly reduced.

Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild to moderate obstructive ventilatory deficit with mild reduction in diffusion capacity. No significant improvement in flow rates following administration of a bronchodilator.



REDACTED

WGI 0169

Mark Jones, M.D.

Page Number: 2

MAR 20 2003 09:11

302 356 1240    PAGE.05

cc Dr. Zubrow

Hitchens, Charles

02/25/03

Arterial blood gases were obtained at rest on room air and are within normal limits.

The patient was then exercised on the bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximum heart rate achieved is 159 which is very close to the predicted maximum. This was likely a maximal test for this patient. The patient discontinued exercise because of shortness of breath more so than leg fatigue.

The patient's work capacity is reduced with a normal anaerobic threshold. Measures of respiratory performance show a reduced breathing reserve. Breathing frequency is normal. Tidal volume to FVC relationship is elevated at peak exercise. Dead space to tidal volume relationship is normal. Arterial to end tidal $CO_2$ is normal. Arterial blood gases repeated at peak exercise show improvement in arterial oxygenation. There is not much change in the $pCO_2$. The pH falls as expected. VE/VCO2 and VE/VO2 are normal.

Measure of cardiac performance shows an oxygen pulse that rises with exercise as expected but not to the predicted values. Blood pressure at rest 128/88 which rises with exercise to a peak value of 220/104. No significant EKG changes were appreciated during performance of the test.

IN CONCLUSION: Reduced work capacity with indeterminate anaerobic threshold. The only respiratory abnormality appreciated is a reduced breathing reserve.

Oxygen pulse which is sometimes considered an indirect measure of (stroke volume) rises during performance of the test but does not reach the predicted value. It is not known if this might be related to the patient's significantly hypertensive response to exercise. Ischemic EKG changes were not appreciated during performance of the test. Clinical correlation is required.

Mark Jones, M.D.

REDACTED

WGI 0170

INSTRUMENTATION LABORATORY
PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  09:27:02
Sample Type: Arterial
Sample No.: 51
Operator: JANICE ELLIS
Patient ID:          Patient Name: HITCHENS, CHARLES.
Patient Birth Date:          Patient Age: 60. Patient Sex: M.
Comment: BIKE L-RAD X1 JB/JE 0930/0933
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| pH | 7.34 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 37 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 98 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 48 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| #HCO3- | 20.0 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| #BE (B) | -5.2 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 97 | % | 75 | 100 | 69 | ---- |
| ?A-aDO2 | ---- | | ---- | ---- | ---- | ---- |

#=Outside ref. range
?=Review

REDACTED

WGI 0171

MAR 20 2003 09:12                    302 366 1240      PAGE.10

```
03/25/2003   20:42   PULMONARY LAB  302-366-...
```

## INSTRUMENTATION LABORATORY
### PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003   07:30:09
Sample Type: Arterial
Sample No.: 46
Operator:  P T MCCARTNEY
Patient ID:           . Patient Name: HITCHENS, CHARLES.
Patient Birth Date:            Patient Age: 60. Patient Sex: M.
Comment: R RADIAL   0730/0735 JE/PTM   HGB= 14.2
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| pH | 7.42 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 36 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 82 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 43 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| HCO3- | 23.4 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| BE(B) | -0.7 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 96 | % | 75 | 100 | 69 | ---- |
| A-aDO2 | 23 | mmHg | ---- | ---- | ---- | ---- |

Operator Entered

O2 and Vent Settings:
 %FiO2   21.0   %

REDACTED

WGI 0172

```
MAR 22 2003 09:12                   302 366 1240    PAGE.11
```

| Christiana Care Health Systems | Date: 02/25/03 |
|---|---|
| Human Performance Laboratory | Name: Hitchens, Charles |
| (302) 733-1559   (302) 428-2259 | Age: 60 Sex: M |
| SSN: | Hgt:: 71"  Wgt:: 234 lbs. |
| Physician Attending: | Physician Referring: Dr. Zubrow |

| History | DOE |
|---|---|
| PFT's | FVC= 3.48  FEV-1 = 2.2    $FEV_1/FVC$= 64%  MVV= 89 |
| Exercise | bike ramped at 25 w/min to 165 watts for 9:30 |
| Reason Stopped | SOB/legs |
| Pulse Oximetry | Rest = 98%  Exercise = 98%              headband |

|  | Predicted | Measured |
|---|---|---|
| $VO_2$ max | 3027 | 2016 67% |
| Hr max | 160 | 159 995 RHR: 70 |
| $O_2$/HR | 19 | 13 67% |
| WR max | 224 | 165 75% |
| $V_E$ max | 149 | 63 42% |

|  | pH | $pCO_2$ | $PO_2$ | $HCO_3$ | $SaO2$ | "RQ" | $VO_2$/kg |
|---|---|---|---|---|---|---|---|
| Rest | 7.42 | 36 | 82 | 23.4 | 96 | .85 | 3.0 |
| WR max | 7.34 | 37 | 98 | 20 | 97 | 1.12 | 19.0 |

|  |  |  |  | Normal | Patient |
|---|---|---|---|---|---|
| **General** | Work Capacity | $VO_2$ max / pred $VO_2$ max | | > 85 % | 2016 67% |
|  | Anaerobic Threshold | $VO_2$ AT/ predVO$_2$ max | | > 40 % | 1535 76% |
| **Respiratory** | Breathing Reserve | 1-($V_E$ max /MVV) or MVV - $V_E$ max | | > 30 % > 15 L | 29% 26 L |
|  | $f_b$ | Rest → WR max | | 8 → 50 /min | 12    21 |
|  | $V_t$ /FVC | Rest → WR max | | 0.15 → 0.60 | .25    .87 |
| **V/Q** | P(A-a)$O_2$ | Rest → WR max | | < 20 | 28    21 |
|  | $V_d$ / $V_t$ | Rest → WR max | | .35 → < .25 | .37    0.15 |
|  | P(a- ET)$CO_2$ | Rest → WR max | | + 2 → < 0 | 4    -4 |
| **Cardiac** | HR Reserve | 1-(HR max / HR pred max ) | | ≤15% | .01 |
|  | $O_2$ / Pulse | Rest → WR max | | | 4    13 |
|  | BP | Rest → WR max | | 128/88 resting | 220/104 ex |
|  | HR @ AT | | | | 127 |
|  | $VO_2$ @ AT | | | | 1535 |
| Meds : | Observations: | | | | |
|  | | | | | |
|  | | | | | |
|  | | | | | |
|  | Stress Test Technician: DRC | | | | |

16776 (0675) (0590)C   Copyright 1985  D.C. Zavala M.D., U. Of Iowa, with permission

WGI 0173

LABCORP
12Mar 2003 11:49 FROM:LABCORP              TO:3023661240        LABCORP              PAGE 001
To: DR                                                        GLASGOW FAMILY PRACTICE



| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 066-306-1111-0 | R | RN | Final | Pg 1 | | **≋LabCorp** |

Time 0644
3 ORDERS                                            Fasting: Y
CC:07887592 ZUBROW
1 FR/1 RU  CD- 92038861348                  Physician ID | Patient ID
                                                   ADAMS

| Patient Name | 302-322-6014 | Sex | Age (mm/dd) | GLASGOW FAMILY PRACTICE        07885282 |
|---|---|---|---|---|
| **HITCHENS, CHARLES C** | | **M** | **060/10** | |

Pat Addr 28 E 6TH ST                               2600 GLASGOW AVE STE 120
   NEW CASTLE, DE 19720                            NEWARK, DE 19702
                                                   302-836-8200

| Date Collected | Date Entered | Date Reported | | UPIN: D01172          SSN: |
|---|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 93 | | mg/dL | 65 - 109 | RN |
| BUN | 15 | | mg/dL | 5 - 26 | RN |
| Creatinine, Serum | 0.9 | | mg/dL | 0.5 - 1.5 | RN |
| BUN/Creatinine Ratio | 16 | | | 12 - 20 | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | RN |
| Potassium, Serum | 4.1 | | mmol/L | 3.5 - 5.5 | RN |
| Chloride, Serum | 104 | | mmol/L | 96 - 109 | RN |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 32 | RN |
| Calcium, Serum | 9.3 | | mg/dL | 8.5 - 10.6 | RN |
| Protein, Total, Serum | 7.9 | | g/dL | 6.0 - 8.5 | RN |
| Albumin, Serum | 4.2 | | g/dL | 3.6 - 4.8 | RN |
| Globulin, Total | 3.7 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.1 - 1.2 | RN |
| Alkaline Phosphatase, Serum | 65 | | IU/L | 25 - 160 | RN |
| AST (SGOT) | 38 | | IU/L | 0 - 40 | RN |
| **ALT (SGPT)** | | **47** | **H IU/L** | **0 - 40** | **RN** |
| URINALYSIS, ROUTINE | | | | | |
| URINALYSIS GROSS EXAM | | | | | RN |
| Specific Gravity | 1.020 | | | 1.005 - 1.030 | RN |
| pH | 5.0 | | | 5.0 - 7.5 | RN |
| Urine-Color | Yellow | | | Yellow | RN |
| Appearance | Clear | | | Clear | RN |
| WBC Esterase | NEGATIVE | | | Negative | RN |
| Protein | NEGATIVE | | | Negative/Trace | RN |
| Glucose | NEGATIVE | | | Negative | RN |
| Ketones | NEGATIVE | | | Negative | RN |
| Occult Blood | NEGATIVE | | | Negative | RN |
| Bilirubin | NEGATIVE | | | Negative | RN |
| Urobilinogen,Semi-Qn | NORMAL | | | 0.0 - 1.9 | RN |
| Nitrite, Urine | NEGATIVE | | | Negative | RN |
| Microscopic Examination | | | | | RN |
| Microscopic follows if indicated. | | | | | |
| CBC, PLATELET; NO DIFFERENTIAL | | | | | |
| White Blood Cell (WBC) Count | 8.3 | | X 10-3/uL | 4.0 - 10.5 | RN |
| Red Blood Cell (RBC) Count | 4.48 | | X 10-6/uL | 4.10 - 5.60 | RN |
| Hemoglobin | 14.4 | | g/dL | 12.5 - 17.0 | RN |
| Hematocrit | 42.8 | | % | 36.0 - 50.0 | RN |
| MCV | 96 | | fL | 80 - 98 | RN |
| MCH | 32.1 | | pg | 27.0 - 34.0 | RN |
| MCHC | 33.5 | | g/dL | 32.0 - 36.0 | RN |
| RDW | 13.3 | | % | 11.7 - 15.0 | RN |
| Platelets | 233 | | X 10-3/uL | 140 - 415 | RN |

THIS DOCUMENT CONTAINS CONFIDENTIAL OR PROPRIETARY INFORMATION WHICH IS PRIVILEGED, OWNED AND OR FEDERAL... IT IS USED FOR THE INTENDED RECIPIENT AND ANY RE-READING THIS DOCUMENT HEREBY STATED IS STRICTLY PROHIBITED.        REPORT        © 2002 Laboratory Corporation of America® Holdings

HITCHENS, CHARLES C        Report Date: 03-12-03  Report Time: 11:47    All Rights Reserved

REDACTED

WGI 0174



| Specimen # | Type | Printer, Lab | Report Status | | | **LabCorp** |
|---|---|---|---|---|---|---|
| 066-306-1111-0 | R | RN | Final | Pg  3 | | |

Time 0644
3 ORDERS
CC:07887592 ZUBROW
1 FR/1 RU  CD- 92038861348

Fasting: Y

Clinical Information

| Patient Name | 302-322-6014 | Sex | Age (Yr/Mos) |
|---|---|---|---|
| HITCHENS, CHARLES C | | M | 060/10 |

Physician ID: ADAMS          Patient ID:

Acc: GLASGOW FAMILY PRACTICE          07885282

| Pat. Addr | 28 E 6TH ST |
| | NEW CASTLE, DE 19720 |

2600 GLASGOW AVE STE 120
NEWARK, DE 19702
302-836-8200
UPIN: D01172          SSN:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

--------------------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
Last Page of Report

**WGI 0175**

**REDACTED**

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-738-3774.

REPORT          © 2002 Laboratory Corporation of America® Holdings

HITCHENS, CHARLES C          Report Date: 03-12-03  Report Time: 11:47          All Rights Reserved



| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|
| 066-306-1111-0 | R | RN | Final Pg 2 |

**LabCorp**

Time 0644
3 ORDERS
CC:07887592 ZUBROW
1 FR/1 RU  CD- 92038861348

Fasting: Y

Physician ID    ADAMS    Patient ID

Patient Name    302-322-6014    Sex M    Age (Yr/Mo) 060/10
**HITCHENS, CHARLES C**

Pat. Address 28 E 6TH ST
  NEW CASTLE, DE 19720

Acct# GLASGOW FAMILY PRACTICE    07885282

2600 GLASGOW AVE STE 120
NEWARK, DE 19702
302-836-8200
UPIN: D01172    SSN:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | | RN |
| LIPID PANEL | | | | | |
| Cholesterol, Total | 186 | | mg/dL | 100 - 199 | RN |
| **Triglycerides** | | **196 H** | **mg/dL** | **0 - 149** | **RN** |
| HDL Cholesterol | 42 | | mg/dL | 40 - 59 | RN |
| VLDL Cholesterol Cal | 39 | | mg/dL | 5 - 40 | |
| **LDL Cholesterol Calc** | | **104 H** | **mg/dL** | **0 - 99** | |
| Comment | | | | | RN |

    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

    Risk Category  LDL Goal  LDL Level (mg/dL)   LDL Level (mg/dL)
                   mg/dL     at which to initiate   at which to
                             Therapeutic Lifestyle  consider Drug
                             Changes (TLC)          Therapy

    CHD            <100         >100            >or=130
    2+  Risk Factors <130       >or=130         >or=130
    0-1 Risk Factors <160       >or=160         >or=190

| PSA TOTAL | | | | | |
| PSA, TOTAL | 0.5 | | ng/mL | 0.0 - 4.0 | BN |
| | | | | | BN |

    The percent free PSA is performed on a reflex basis only when the
    total PSA is between 4.0 and 10.0 ng/mL.

| TSH | 1.812 | | uIU/mL | 0.350 - 5.500 | RN |
| Magnesium, Serum | 1.9 | | mg/dL | 1.6 - 2.6 | RN |
| Lyme Ab/Total Immunoglobulins | NEGATIVE | | | 0.00 - 0.90 | RN |

                         ***Reference Interval***
    Note: The CDC currently advises    Negative   <or=0.90
    that Western blot testing be       Equivocal  0.91 -1.09
    performed following all equiv-     Positive   >or=1.10
    ocal or positive EIA results.
    Final diagnosis should include
    appropriate clinical findings
    and a positive EIA which is                  **WGI 0176**
    also positive by Western blot.           **REDACTED**

--------------------------------------------------------
Lab: RN LABCORP RARITAN          Director: IRENE ISAAC, MD
     69 FIRST AVE RARITAN, NJ 08869-0000
--------------------------------------------------------
Lab: BN LABCORP BURLINGTON       Director: FRANK HANCOCK, MD
     1447 YORK COURT BURLINGTON, NC 27215-2230

                         REPORT        © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C          Report Date: 03-12-03  Report Time: 11:47    All Rights Reserved

| Specimen # | | Type | Primary Lab | Report Status | | | | |
|---|---|---|---|---|---|---|---|---|
| 066-306-0073-0 | | S | RN | Final | Pg 1 | | | **LabCorp** |

Time 0640
CC ADAMS 07885282

CD- 92038861322

**Clinical Information**                     Fasting: Y

Physician ID                 Patient ID

Additional Information

| Patient Name | | Sex | Age (Yrs/Mos) |
|---|---|---|---|
| 302-322-6014 | | M | 060/10 |

HITCHENS, CHARLES C

Pat. Addr 28 E 6TH ST
   NEW CASTLE, DE 19720

ZUBROW

Acct PULMONARY ASSOCIATES, P.A.    07887592
MAP  SUITE 105
4745 STANTON-OGLETOWN RD
NEWARK, DE 19713
302-368-5515
UPIN: B66606          SSN:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/08/03 | 1782 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| RHEUMATOID ARTHRITIS FACTOR | | | | | |
| RA Latex Turbid. | 6.2 | | IU/mL | 0.0 - 13.9 | RN |
| Sedimentation Rate-Westergren | 14 | | mm/hr | 0 - 20 | RN |
| Antinuclear Antibodies (ANA) | | | | NEG <=1:40 | RN |
| | NEGATIVE | | | | |

Negative for all staining       Negative   <=1:40
patterns including Anti-        Borderline =1:80
Centromere. ANA patterns        Positive   >=1:160
routinely detected include:
Smooth (homogenous or diffuse),
Nucleolar, Speckled, Centromere,
Peripheral, and Spindle. Hep-2
substrate used.

--------------------------------------------------------------------
Lab: RN LABCORP RARITAN            Director: IRENE ISAAC, MD
     69 FIRST AVE RARITAN, NJ 08869-0000
--------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
                    Last Page of Report

REDACTED

WGI 0177

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-738-3774

© 2002 Laboratory Corporation of America® Holdings
All Rights Reserved

# Pulmonary Diagnostic Laboratory  Christiana Care Health Systems  Single Breath 2

Pulmonary Function Laboratory Report

| Patient : | Hitchens,Charles | Height : | 71.0 (in) | 180.3 (cm) | Sex : | M |
| ID Number : | | Weight : | 234 (lb) | 106.4 (kg) | | BSA : 2.26 |
| Date : | 3/11/2003 | Age : | 60 | BP : 769  Temp : 20.7 | ATPS : .910 |
| Physician : | Zubrow, Marc | Smoking History : | Ex-Smoker:1 Pk/Yrs, 20 years not smoking. | | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : | 3/11/03 | | |
| Technician | Janice Ellis, RRT, RPFT | | | | |

JE/0745
Diagnosis     DOE
Comments:     ATS Reproducibility and Acceptability standards met for all tests, Good effort and cooperation,



| Pre Trial | MIP | % Pred |
|-----------|-----|--------|
| 1 | 97.15 | 121 |
| | | |  80.72      101 |
| 4 | 73.94 | 92 |
| | | |  70.94  —  86 |
| 3 | 57.77 | 72 |



| Pre Trial | MEP | % Pred |
|-----------|-----|--------|
| 1 | 52.34 | 42 |
| | | |  59.81      48 |
| 3 | 68.24 | 54 |
| | | |  50.98      41 |
| 5 | 62.53 | 50 |

REDACTED

WGI 0178

Physician                                                                 Page Number: 1



WGI 0179



WGI 0180

03/12/2003    13:15    OCCUPATIONAL HEALTH → 98366685

# CHRISTIANA CARE
Occupational
Health Services

[ ] 501 West 14ᵗʰ Street                                    [ ] 131 East Chestnut Hill Road
Wilmington, Delaware 19801                                   Newark, Delaware 19713
302-428-4250 phone                                           302-428-4250 phone
302-428-4280 fax                                             302-452-2790 fax

---

## Health Care Provider's Opinion Letter

Date: 03/12/2003      Case # 9705          Visit Type: Exam
Patient Name: Hitchens, Charles            Company Name: WorkCare/Washington Group Intl-DE
Patient Address: 28 East 6th St, Newcastle, DE  19720    Company Address: Delaware City Refinery
DOB:                                                  333 South Anita Drive, Suite 630
Patient SS#:                                          Orange, CA 92868
Phone #: (302) 322-6014    Occupation:    Company Contact: Monica Valdovinos
                                           Company Phone #: (800) 455-6155 x 132

Type of Evaluation:    Check One
                       [ ✓ ] Health Evaluation    [ ] Respirator       [ ] Hazardous Waste    [ ] Asbestos
Reason for Evaluation: [ ] Preplacement           [ ✓ ] Periodic       [ ] Post Exposure      [ ] Termination    [ ] Other _____
Substance(s) Employee Exposed to (if post exposure): _____

## OPINION

**For Preplacement:**
_____ Medically qualified to work at stated job assignment (pending lab and/or drug test results).

**For Respirator Wearers:**

Evaluation Components:
[ ] Review of the Baseline Medical Questionnaire for Respiratory Clearance by a Health Care Provider.

[ ] Clinical evaluation including additional medical history and targeted physical exam indicated.  Date of clinical evaluation: _____

[ ] Further diagnostic studies:       [ ] No    [ ] Yes
    If yes, please list _____        Recommended frequency of evaluation: _____ years.

_____ Medically qualified to wear any respirator.
_____ Medically qualified to wear a supplied air respirator only.
_____ Wear of respirator approved for emergency use only.
____✓____ Not medically qualified to wear a respirator at any time.

**For Hazardous Waste Exams**
_____ No medical conditions were found that would place examinee at increased risk of health impairment from work in hazardous waste operations or emergency response or from respirator use.
_____ There are no limitations upon the examinee's assigned work.
_____ Examinee has been informed of results of the exam and any medical conditions requiring further examination or treatment.

**For Workers with Possible Exposure to Asbestos:**
_____ There were no medical conditions detected that would place examinee at risk of material health impairment from exposure to asbestos.
_____ There are no recommended limitations on the examinee or upon the use of personal protective equipment such as clothing or respirators.
_____ Examinee has been informed of results of the exam and any findings resulting from asbestos exposure requiring further examination or treatment.
_____ The increased risk of lung cancer attributable to the combined effects of smoking and exposure to asbestos has been explained to the examinee, (if a smoker).

## Restrictions:                                    REDACTED

[ ] None                          [ ✓ ] No exposure to dusts, fumes, vapors or irritant gases
[ ] No lifting over ____ lbs.    [ ] No frequent bending
[ ] No working alone             [ ✓ ] Other _no use of respirator or jobs requiring it_
                                  _No climbing heights or strenuous activity._

Health Care Provider, NP, RN, PA: _____                    Date: _3/12/03_
Printed name of Health Care Provider: _KANISHA METH, MD_

WGI 0181


**Kemper.**
Insurance Companies

# KNS General Peer Review

| Referral Date: | March 24, 2003<br>Dictated 3/24/03 | Claimant: | Charles Hitchens |
|---|---|---|---|
| Requester:  Ela Cos | | Age:  60 | |
| Requester Resource #:  5493 | | SS#/Claim#:  1088786 | |
| Department:  IDM | | Account:  Washington Group | |
| Extension:  2703 | | Job Title:  Safety Supervisor | |
| Peer Reviewer:  Dennis Mazal, MD. | | Physical Exertion level: | |

| Specialty:  Internal Medicine/Pulmonology | ☐ Sedentary  ☐ Light  ☒ Medium<br>☐ Heavy  ☐ Very Heavy |
|---|---|

| Peer Resource #:  6112 | Diagnosis(es):  Shortness of Breath |
|---|---|
| | First Date of Absence:  3/13/03 |
| | LTD date:  9/11/03 |

**Evaluate Functional Impairment related to:**
☒ Own Occupation   ☐ Any Occupation   ☐ N/A

**Information Reviewed/Considered:**
Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03
PFT Test dated 3/11/03, 2/6/03
Notes from Dr. Kambhamettu dated 3/12/03

**Functional Impairment Status Determination:**

Specific Referral Question(s):  Do medicals support disability?
Determination:

_____ Supports functional impairment(s) that precludes work
__X__ Fails to support functional impairment(s) that precludes work

**RATIONALE:**

The claimant is a 60-year-old male who developed respiratory insufficiency secondary to exposure to sulfuric acid fumes in July, 2001. Following that exposure, the claimant had significant burns of his upper airway and mucosal edema and buccal mucosal ulcerations. The claimant was noted to have mild dyspnea on exertion which has become progressive over time. Pulmonary function testing dated 2/6/03 at Christiana Care Health Systems, Pulmonary Lab, Wilmington Hospital, demonstrated a force vital capacity of 75% predicted and $FEV_1$ of 60% predicted. A peak expiratory flow rate of 65% predicted, and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume. Also, in February 2003 the claimant underwent pulmonary exercise testing on a bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximal heart rate achieved was 159 which is very close to the predicted maximum. The claimant's work capacity was reduced with a normal anaerobic threshold. Breathing frequency was normal. Measures of respiratory performance demonstrated a reduced breathing reserve. Arterial to end tidal carbon dioxide level was normal. Arterial blood gases at rest and at peak

WGI 0182

To:
cc:
From:    kathy.andregg@wgint.com (Kathy Andregg)

Date:    05/06/2003 09:18 AM CST
Subject:  RE: Job Description Request


Employee is a Technician, 64020.T4.  Following is the generic
description of
that job, but to find out specifics of his position, you would
need to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations
for all
employees who are classified in this job family. This job
description is not
intended to include an exhaustive list of all responsibilities,
duties and
skills required. Additional responsibilities may be assigned
according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and
solving
specialized problems within a narrow scope. This may mean
responsibility for
ongoing activities within a specific discipline, or more general
tasks
common to several disciplines. Commonly provides assistance to
professionals
in areas such as, safety, industrial hygiene, environmental
science, and
radiation protection. May perform lab work, equipment set-up,
testing and
repair, quantity take-off, data entry and/or model construction
utilizing
prescribed techniques. May prepare formal reports on experiments,
tests and
other projects.

The ES&H Specialist family includes the following disciplines and
general
descriptions:

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the
environment
to detect radioactive contamination by performing tests,
inspections and
surveys. Responsible for the operation, calibration and
maintenance of

WGI 0155

exercise showed no derangement in oxygen saturation or oxygen tension. The pH fell as expected with exercise. There were no significant EKG changes appreciated during the performance of the test. Chest examination on March 14, 2003 demonstrated clear lung fields with fairly good air movement bilaterally, no wheezing could be heard and he had a normal expiratory phase. Cardiac examination was within normal limits. High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan is not in the records submitted for review.

Therefore, based upon the information reviewed and considered, there is no objective evidence in the medical records reviewed to support a loss of functionality that would preclude the claimant from performing the essential duties of his occupation, that being a safety supervisor. Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment. Although the claimant obviously sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent only damages to the lungs resulting from that exposure. Therefore, based upon the lack of objective evidence supporting a loss of functionality, there is no reason why the claimant could not return to work as a safety supervisor.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____        3/26/03
Dennis Mazal, MD.                       Date
Internal Medicine/Pulmonologist

DM/nvk/vn

 **WorkCare**™

333 S. Anita Dr., Suite 830, Orange, CA 92868
Ph: (800) 455-6155 Fax: (714) 456 2154

Page 1
Hitchens, Charles Sr.
Today's Date: 03/17/2003
Exam Date:    03/12/2003

<u>PERSONAL AND CONFIDENTIAL</u>

Hitchens, Charles Sr.
28 East 6Th Street
New Castle, DE 19720-

Dear Mr. Hitchens:

I am writing with regards to your recent examination. The examination was performed only to assess whether you have any medical problems that could interfere with your ability to perform work. It is not meant to be a substitute for regular medical care or a complete medical examination.

*The history and physical should have been discussed with you at the time of the exam. If you have any questions that were not addressed by the examining physician or have any further questions, please contact your personal physician or call WorkCare at the number listed above.*

Your vital signs revealed the following:

Vitals:      Height: 72.0 inches          Weight: 274.0 lbs.          Blood Pressure: 148 / 80
             * Your blood pressure was found to be increased.
             * Your systolic blood pressure was found to be above the normal reference range. I would recommend that you
             follow up with your personal physician for further evaluation.

Body Mass Index:  37
             Body Mass Index (BMI) is used to determine healthy weights for people. The formula correlates highly
             with body fat and is expressed as weight in kilograms divided by height in meters squared. Cutoff points
             for desirable BMI ranges can be identified based on the relationship between BMI and health outcome.
             * A BMI greater than 26 is considered to be overweight. There is a high increase in mortality for a BMI
             greater than or equal to 35 but not greater than 40. See your physician regarding weight control program.

Your chest xray revealed the following:
             CXR result for 03/12/2003 :  No Active Disease
             Comments:
             Your Chest X-Ray revealed no significant abnormalities.

In addition to the results, the following are additional comments regarding your medical examination. You should share this information with your personal physician: *NO ADDITIONAL COMMENTS*

As a result of the above medical conditions, the following work status and restrictions are being recommended to your employer: *NO WORK RESTRICTIONS*

**WGI 0184**

 **WorkCare™**

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Page  2
Hitchens, Charles Sr.
Today's Date:  03/17/2003
Exam Date:  03/12/2003

I appreciate the opportunity to review your examination for Washington Group International . If you have any questions now or in the future, please feel free to call me at (800) 455-6155.

Sincerely,

Peter P. Greaney, M.D.

If you would like further information on the laboratory tests and a general explanation of test results, please visit our web site at http://www.workcare.com.  Click on "Client Support" and use the "Client / Employee Resources" link to access this information.

WGI 0185

 **WORKCARE**™

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Addendum Page 1
Hitchens, Charles Sr.
Today's Date    03/17/03
Exam Date:      03/12/03

## ADDENDUM

*The chemistry panel includes studies that screen for diabetes, kidney problems, problems with electrolytes such as potassium, liver problems, and elevation of cholesterol or triglycerides. It also includes blood proteins, calcium, phosphorus.*

Your chemistry panel revealed the following:

| | Result | Reference | | | Result | Reference | | Result | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Sodium | 142.0 | 135.0 - 145.0 | Calcium | | 9.4 | 8.5 - 10.5 | SGPT (ALT) | 43.0 | 10.0 - 60.0 |
| Alk Phos | 50.0 | 41.0 - 122.0 | Albumin | | 4.3 | 3.5 - 5.1 | GGT | 21.0 | 5.0 - 64.0 |
| BUN | 16.0 | 6.0 - 25.0 | Total Protein | | 7.9 | 6.1 - 8.2 | Triglycerides | 120.0 | 0.0 - 200.0 |
| Creatinine | 0.9 | 0.5 - 1.3 | Globulin | H | 3.6 | 1.8 - 3.2 | Cholesterol | 170 | 0.0 - 200.0 |
| BUN/Cr Ratio | 17.8 | 6.7 - 86.7 | A/G Ratio | L | 1.2 | 1.3 - 2.7 | HDL Cholesterol L | 38.0 | 40.0 - 999.0 |
| Uric Acid | 6.5 | 2.5 - 7.3 | Bilirubin | | 1.4 | 0.1 - 2.1 | Chol/HDL Ratio | 4.5 | 0.0 - 5.0 |
| Chloride | 106.0 | 100.0 - 111.0 | Glucose | | 82.0 | 70.0 - 110.0 | LDH | 129.0 | 90.0 - 180.0 |
| Potassium | 3.8 | 3.5 - 5.5 | Phosphorus | | 3.4 | 2.5 - 4.7 | SGOT (AST) | 36.0 | 10.0 - 42.0 |

Your total cholesterol was found to be 170 mg/dl.  Ideal is below 160. Your triglyceride level was 120.0 mg/dl.  Ideal is below 150.

Your HDL (good cholesterol) was 38.0 mg/dl. Ideal is above 50. Your cholesterol/HDL ratio of 4.5 can be interpreted as a coronary heart disease risk of: average

* Review of your chemistry panel did not reveal any significant abnormalities other than those noted above.

Other tests performed:

    C-Reactive Protein (CRP)     < 0.6

**WGI 0186**