# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:05-cv-379 (SLR) |
| | : | |
| v. | : | |
| | : | |
| Washington Group International, Inc., Plan | : | |
| Administrator, Washington Group | : | |
| International Short Term Disability (STD) | : | |
| Plan, Broadspire National Services, Inc. f/k/a | : | |
| Kemper National Services, Inc., Broadspire | : | |
| Services, Inc. f/k/a Kemper Services, Inc., | : | |
| Broadspire Inc., f/k/a Kemper Services, Inc., | : | |
| Plan Administrators of the STD Plan, | : | |
| | : | |
| Defendants. | : | |

## <u>APPENDIX VOLUME IV OF VI</u>
### (WGI 0187 – 0249)


# Washington

# HEALTH STATUS MEDICAL REPORT

Employer Copy

TYPE OF EXAMINATION:   Post Exposure Exam

| | | | |
|---|---|---|---|
| **EMPLOYEE:** | Hitchens, Charles Sr. | **COMPANY:** | Washington Group International |
| **SSN:** | | **POSITION:** | Safety |
| **DATE OF EXAM:** | 03/12/2003 | **LOCATION:** | Washington Group Int'l-Delaware City |
| **EXPIRATION DATE:** | 03/12/2004 | **SITE:** | Delaware City Refinery |

The following recommendations are based on a review of one or all of the following: a base history questionnaire, supporting diagnostic tests, physical examination, and the essential functions of the position applied for or occupied by the individual named above.

| | Yes | No | Undecided |
|---|---|---|---|
| Has the employee any detected medical conditions that would increase his/her risk of material health impairment from occupational exposure in accordance with 29 CFR §1910.120? | ☐ | ☑ | ☐ |
| Does the employee have any limitations in the use of respirators in accordance with 29 CFR §1910.134? | ☐ | ☑ | ☐ |

## STATUS

1. ☑ **QUALIFIED**      The examination indicates no significant medical condition. Employee can be assigned any work consistent with skills and training.

2. ☐ **QUALIFIED - WITH LIMITATIONS**      The examination indicates that a medical condition currently exists that limits work assignments on the following basis:

3. ☐ **NOT QUALIFIED**

4. ☐ **DEFERRED**   The examination indicated that additional information is necessary. The employee has been given the following instructions.

## COMMENTS:

I have reviewed the medical data of the above named employee, and informed the employee of the results of the medical examination and any medical conditions that require follow-up examination or treatment.

Name of Physician:  Peter P. Greaney, MD                                   Date: 03/17/03

Signature:

WorkCare
333 S. Anita Drive, Suite 630, Orange, CA 92868
(714) 978-7488 • (800) 455-6155 • FAX (714) 456-2154

**REDACTED**

**WGI 0187**

Certification of Health Care Provider
(Family and Medical Leave Act of 1993)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



---

*(When completed, this form goes to the employee, not to the Department of Labor.)*

OMB No.: 1215-0181
Expires:     07/31/03

| 1. Employee's Name | 2. Patient's Name (If different from employee) |
|---|---|
| *CHARLES HITCHENS* | *CHARLES HITCHENS* |

3. Page 4 describes what is meant by a **"serious health condition"** under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1) _____ (2) _____ (3) _____ (4) _____ (5) _____ (6) _____ , or None of the above _____

4. Describe the **medical facts** which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

*Pt was exposed to Sulfuric Acid Fumes during a fire rescue. Since that time he has ↓ in Lung Volumes & $D_LCO$ & ↑ in obstructive indices.*

5. a. State the approximate **date** the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present **incapacity**[2] if different):

*VOC exposure. Noted Symptoms = 9/01*

b. Will it be necessary for the employee to take work only **intermittently or to work on a less than full schedule** as a result of the condition (including for treatment described in Item 6 below)?

*He will need a physically less demanding job.*

If yes, give the probable duration:

c. If the condition is a **chronic condition** (condition #4) or **pregnancy**, state whether the patient is presently incapacitated[2] and the likely duration and frequency of **episodes of incapacity**[2].

*Will be chronic & possibly will continue to worsen*

---

[1] Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Form WH-380
Revised December 1999

**WGI 0188**

6.  a.  If additional **treatments** will be required for the condition, provide an estimate of the probable number of such treatments.

*He may require pharmacotherapy*

If the patient will be absent from work or other daily activities because of **treatment** on an **intermittent or part-time** basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

b.  If any of these treatments will be provided by **another provider of health services** (e.g., physical therapist), please state the nature of the treatments:

c.  **If a regimen of continuing treatment** by the patient is required under your supervision, provide a general description of such regimen (*e.g.*, prescription drugs, physical therapy requiring special equipment):

7.  a.  If medical leave is required for the employee's absence from **work** because of the **employee's own condition** (including absences due to pregnancy or a chronic condition), is the employee **unable to perform work** of any kind?

 *No*

b.  If able to perform some work, is the employee **unable to perform any one or more of the essential functions of the employee's job** (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is unable to perform:

1) No exposure to dusts, fumes, vapors or irritant gases
2) No climbing ladders
3) No wearing a respirator
4) No strenuous activity

c.  If neither a. nor b. applies, is it necessary for the employee to be **absent from work for treatment?**

**WGI 0189**

8.  a.  If leave is required to care for a **family member** of the employee with a **serious health condition**, **does the patient require assistance** for basic medical or personal needs or safety, or for transportation?

    b.  If no, would the employee's presence to provide **psychological comfort** be beneficial to the patient or assist in the patient's recovery?

    c.  If the patient will need care only **intermittently** or on a part-time basis, please indicate the probable **duration** of this need:

_____         _____
Signature of Health Care Provider                                  Type of Practice

PULMONARY

MARC T. ZUBROW, MD.                                                302-368-5515
Address    **PULMONARY ASSOCIATES, P.A.**                          Telephone Number
           **SUITE 105 MEDICAL ARTS PAVILION**
           **4745 OGLETOWN - STANTON ROAD**                        3/28/03
           **NEWARK, DELAWARE 19713**                              Date

**To be completed by the employee needing family leave to care for a family member:**

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_____         _____
Employee Signature                                                 Date

Page 3 of 4

WGI 0190

A "Serious Health Condition" means an illness, injury impairment, or physical or mental condition that involves one of the following:

1. **Hospital Care**

   **Inpatient care** (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity[2] or subsequent treatment in connection with or consequent to such inpatient care.

2. **Absence Plus Treatment**

   (a) A period of incapacity[2] of **more than three consecutive calendar days** (including any subsequent treatment or period of incapacity[2] relating to the same condition), that also involves:

   (1) **Treatment**[3] **two or more times** by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (*e.g.*, physical therapist) under orders of, or on referral by, a health care provider; or

   (2) **Treatment** by a health care provider on **at least one occasion** which results in a **regimen of continuing treatment**[4] under the supervision of the health care provider.

3. **Pregnancy**

   Any period of incapacity due to **pregnancy**, or for **prenatal care**.

4. **Chronic Conditions Requiring Treatments**

   A **chronic condition** which:

   (1) **Requires periodic visits** for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

   (2) Continues over an **extended period of time** (including recurring episodes of a single underlying condition); and

   (3) May cause **episodic** rather than a continuing period of incapacity[2] (*e.g.*, asthma, diabetes, epilepsy, etc.).

5. **Permanent/Long-term Conditions Requiring Supervision**

   A period of **Incapacity**[2] which is **permanent or long-term** due to a condition for which treatment may not be effective. The employee or family member must be under the **continuing supervision of, but need not be receiving active treatment by, a health care provider.** Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. **Multiple Treatments (Non-Chronic Conditions)**

   Any period of absence to receive **multiple treatments** (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for **restorative surgery** after an accident or other injury, or for a condition that **would likely result in a period of incapacity**[2] **of more than three consecutive calendar days in the absence of medical intervention or treatment**, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

This optional form may be used by employees to satisfy a mandatory requirement to furnish a medical certification (when requested) from a health care provider, including second or third opinions and recertification (29 CFR 825.306).

*Note:* Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

---

[3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

[4] A regimen of continuing treatment includes, for example, a course of prescription medication (*e.g.*, an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

### Public Burden Statement

We estimate that it will take an average of 10 minutes to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

*DO NOT SEND THE COMPLETED FORM TO THIS OFFICE; IT GOES TO THE EMPLOYEE.*

WGI 0191



# KNS General Peer Review

| | |
|---|---|
| **Referral Date:** 5/6/03 (Dictated 5/9/03) | **Claimant:** Charles Hitchens |
| **Requester:** Sonia Williams | **Age:** 60 |
| **Requester Resource #:** 1582 | **SS#/Claim#:** 1088786 |
| **Department:** IDM | **Account:** Washington Group |
| **Extension:** 2670 | **Job Title:** Safety Supervisor |
| **Peer Reviewer: Dr. Edward Klotz** | **Physical Exertion: Medium to heavy** |
| **Specialty: Pulmonary** | ☐ Sedentary  ☐ Light  ☐ xMedium<br>☐ x Heavy  ☐ Very Heavy |
| **Peer Resource #:** 6023 | **Diagnosis(es):** Shortness of Breath |
| | **First Date of Absence:** 3/13/03 |
| | **LTD date:** 9/11/03 |
| **Definition of Disability:** ☐ x Own Occupation | ☐ Any Occupation        ☐ N/A |

**Information Reviewed/Considered:**
FDA: 3/13/03
Benefits were not paid in STD for date 3/13/03. EE is appealing for STD benefits 3/13/03. The
ee was exposed to chemical sulfuric acid fumes 7/01 from refinery explosion, which resulted in
burns of his upper airway and mucosal/buccal mucosal ulcerations. EE wears respirator when out
in the field. Position requires ee to be the first responder in the event of a chemical accident and
assist other employees out of affected area. EE's restrictions are: less demanding physical
activity as well as not wearing respirator (currently). Employer has accommodated ee with
position with these restrictions as of 5/5/03 per attorney.

**Included in this review**
Copy of appeal letter dated 3/24/03 from Atty Wilson
Job Description
*Raytheon Constructors Medical Questionnaire for respiratory clearance dated 1/28/03
*Health care provider's opinion letter dated 3/12/03 Dr. Kambhamettu
*Letter dated 3/14/03 from Dr. Marc Zubrow/Pulmonary
*STD denial letter dated 3/31/03
*Letter dated 4/4/03 from Atty Wilson
*Certification of Health Care provider dated 3/28/03 from Dr. Zubrow
*Pulmonary Lab report dated 2/6/03
*Letter dated 2/25/03 from Dr. Jones
*Instrumentation Laboratory report dated 2/25/03
*Pulmonary Diagnostic Lab report dated 3/11/03
*Lab corp lab results dated 3/9/03
*Letter dated 3/17/03 from Dr. Greaney w/addendum
*Health Status medical report dated 3/17/03 from Dr. Greaney
Prior peer review dated 3/24/03
Pulmonary Lab report dated 2/6/03
Pulmonary Function Lab report dated 9/14/01
*Denotes items submitted on appeal

**WGI 0192**

Hitchens, Charles
Page 2

**Disability Status Determination:**

| | |
|---|---|
| Specific Referral Question(s): | Do the medicals provided support the employee's disability from his own occupation in a medium to heavy physical demand? |

Determination:

___ Supports disability

_x_ Fails to support disability

Rationale:

The employee is a 60-year-old male safety supervisor for Ration Constructors, Inc. who has a history of "asbestosis" and was exposed to chemical sulfuric acid fumes in July 2001. The exposure to these fumes caused burns to his upper airway as well as mucosal edema and buccal ulcerations. He wears a respiratory when out in the field; he walks a lot and climbs stairs, ladders and towers. His job classification is one of medium to heavy work.

His pulmonary physician, Mark Zubrow, M.D., states that the employee has had progressive dyspnea on exertion over the last eighteen months. He also has complained of a dry cough. His physical examination by Dr. Zubrow on 3/14/03 was completly within normal limits.

His pulmonary function studies on 2/6/03 revealed normal lung volume with a minimally reduced diffusing capacity (79%) when corrected for alveolar volume. They reveal mild airway obstruction with a greater degree of obstruction in the small airways.

Arterial blood gasses were normal. Exercise test on bicycler ergometer was conducted and the claimant's heart rate reached 159 beats per minute, which was very close to the predicted maximum. The only respiratory abnormality found was a reduced breathing reserve of 29% with normal being 20% or greater. Oxygenation during and after the test was within normal limits.

High resolution CT scan of the chest showed absolutely no abnormality, ruling out the presence of asbestosis.

Based upon the information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude the claimant from performing the essential duties of his occupation. Specifically, there is no significant reduction in oxygenation (hypoxemia) at rest or with exertion and pulmonary function parameters show mild airway obstruction. The CT scan of the lungs does not reveal the presence of any permanent lung damage and in fact was within normal limits. There is no objective reason why the claimant cannot wear a respirator or climb stairs, ladders or towers.

WGI 0193

Hitchens, Charles
Page 3

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_Edward Klotz_ _5/13/03_
Edward Klotz, M.D., F.C.C.P                              Date
Pulmonology/IM

EK/mm/lo                   **FACSIMILE SIGNATURE**

**WGI 0194**



**Kemper.**
Insurance Companies

May 14, 2003

Richard T. Wilson, Esq.
The Law offices of
Peter G. Angelos                        Case#: 1088786
1300 North Market Street, Suite 212
Wilmington, Delaware 19801


RE:     Washington Group International Short Term Disability (STD) Plan
        Claimant: Charles Hitchens
        DOB:
        1ST Level Appeal Denial

Dear Mr. Wilson:

As you are aware, Kemper National Services is the claim administrator for Washington Group International. We have completed our review of your request for an appeal of your client's 03/13/03 denial of Short Term Disability benefits. For the reasons detailed below, our original decision to deny Short Term Disability benefits effective 03/13/03, has been upheld.

Pursuant to the Washington Group International Short Term Disability plan, the definition of disability indicates that you are:

       a)      unable to perform the material and substantial duties of his own occupation because of a non-occupational illness or injury

       b)      is not working at any job for wages or profit; and

       c)      is under the regular care of a Physician

Included in our review your letter of appeal dated 3/24/03, a job description, a Raytheon Constructors Medical Questionnaire for respiratory clearance dated 01/28/03, a Health Care Providers Opinion letter dated 03/12/03 from Dr. Kambhamettu/Occupational Health, a letter dated 03/14/03 from Dr. Zubrow/Pulmonary, a letter dated 04/04/03 from Attorney Wilson, a Certification of Health Care Provider dated 03/28/03 from Dr. Zubrow, a pulmonary lab report dated 02/06/03, a letter dated 02/25/03 from Dr. Jones, an instrumentation lab report dated 02/25/03, a pulmonary diagnostic lab report dated 03/11/03, lab corp lab results dated 03/09/03, a letter dated 03/17/03 from Dr. Greaney, with an addendum, a Health Status Medical Report dated 03/17/03 from Dr. Greaney, a prior peer physician review dated 03/24/03, a pulmonary lab report dated 02/06/03, a Pulmonary Function lab report dated 09/14/01 and the STD denial letter dated 03/31/03 sent to your client. In an effort to afford Mr. Hitchens every opportunity available, a Kemper National Services Peer Review Physician specializing in Pulmonary Medicine, reviewed his entire claim file.

(877) 208-7196
(954) 452-4133 FAX
PO Box 189157
Plantation, FL 33318-9157

**REDACTED**

**WGI 0195**

Upon the review of the medical documentation submitted it is noted that Mr. Hitchens has a history of asbestosis and was exposed to chemical sulfuric acid fumes in July 2001. The exposure to these fumes caused burns to Mr. Hitchen's upper airway, mucosal edema and buccal ulcerations. Mr. Hitchen's pulmonary physician, Dr. Zubrow stated he has had progressive dyspnea on exertion over the last eighteen months. He also complained of a dry cough. The physical examination on 03/14/03 by Dr. Zubrow was completely within normal limits. His pulmonary function studies on 02/06/03 revealed normal lung volume with a minimally reduced diffusing capacity of 79% when corrected for alveolar volume. They revealed mild airway obstruction with a greater degree of obstruction in the small airways. Arterial Blood Gases were normal. The exercise test on the bicycler ergometer was conducted showing Mr. Hitchen's heart rate reached 159 beats per minute, which was close to the predicted maximum. Oxygenation during and after the test was within normal limits. The high resolution CT scan of Mr. Hitchen's chest, showed no abnormality, ruling out the presence of asbestosis.

Based on the aforementioned medical documentation, there was insufficient medical evidence supporting a loss of functionality that would preclude Mr. Hitchens from performing the essential duties of his own occupation as a Safety Supervisor. Specifically, there were no significant reduction in oxygenation (hypoxemia) at rest or with exertion and pulmonary function parameters showing a mild airway obstruction. The CT scan of the lungs did not reveal the presence of any permanent lung damage and was within normal limits. There is a lack of medical evidence to substantiate why Mr. Hitchens cannot wear a respirator, climb stairs, ladders and towers. Therefore, our original decision to deny benefits effective 03/13/03, has been upheld.

If you wish to have your claim reconsidered, you must submit within sixty (60) days from your receipt of this letter:

1) A written letter of appeal to Kemper National Services

2) Objective medical data to support your disability such as:
   a. Functional Capacity Evaluation
   b. Abnormal physical findings
   c. Detailed office/consultation reports

In preparing your appeal, you or your representative may request to review any pertinent plan documents. Upon request, you are entitled to receive copies of materials relevant to your claim at no cost to you.

If you choose to file a final appeal, a decision will be rendered within forty-five (45) days of our receipt thereof. If the decision is unchanged at the completion of the review process, you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act (ERISA) of 1974.

Your appeal must be addressed to:

**Kemper National Services**
**Appeal Department**
**P.O. Box 189157**
**Plantation, FL 33318-9157**

877) 208-7196
(954) 452-4133 FAX
PO Box 189157
Plantation, FL 33318-9157

**WGI 0196**

Should you have any questions regarding your claim, or this decision, please do not hesitate to contact our office at 800-269-6242, Ext. 2670, fax # 954-452-4133.

Very truly yours,

Sonia A. Williams
Appeal Coordinator
Integrated Disability Management
Kemper National Services

877) 208-7196
(954) 452-4133 FAX
PO Box 189157
Plantation, FL  33318-9157

WGI 0197

LAW OFFICES

# PETER G. ANGELOS

A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

REDACTED

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

May 21, 2003

Kemper National Services
Appeal Department
P.O. Box 189157
Plantation, FL 33318-9157

***CERTIFIED MAIL***

RE: My Client Charles Hitchens
DOB:
Case #1088786
Employer: Washington Group International

To Whom It May Concern:

Please accept this as an Appeal of the First Level Appeal Denial concerning Charles Hitchens in case #1088786 per Kemper's letter of 5/14/03.

I note in the 5/13/03 missive there is reference to a Kemper National Services Peer Review Physician. Please identify said physician by name and work address as well as providing a complete copy of any and all reports (in any form) prepared by this unidentified Peer Review Physician.

I have no additional material to provide to you. However, apparently everyone has ignored the fact that it was a Washington Group International health care provider (Dr. Kambhamettu) who indicated that Mr. Hitchens was not qualified to wear a respirator. I would note that neither Peer Review Physicians (Kemper's unidentified physician and WGI's Peer Review Physician) has personally performed any sort of respiratory tests or examinations concerning Mr. Hitchens. I believe the position taken by Kemper is unjust, unsupportable, capricious, arbitrary and just plain wrong.

I specifically request that you provide the documentation as far as the definition of "disability" under the Kemper/Washington Group International Short-Term Disability plan. Which is to say I have yet to see the actual policy/plan which provides the definition of "disabled". Further, I previously requested, and have not received, a copy of the job description upon which any decisions are being made as far as Mr. Hitchens. However, you should be aware there is no pre-existing job description and WGI is frantically trying to put one together now. I would also remind you that if I have to file suit I am fairly confident a victory and will, of course, cost the Plan additional monies in the terms of at least attorney's fees.

WGI 0198

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MD 21201-3812
410-649-2000
(800) 252-6622
FAX 410-659-1780,81,82

UNION PARK CENTER
8905 HARFORD ROAD
BALTIMORE, MD 21214-1846
410-426-3200
(800) 492-3240
FAX 410-426-1269

COURT TOWERS, SUITE 300
210 W. PENNSYLVANIA AVENUE
TOWSON, MD 21204
410-825-7300
FAX 410-296-2541

STEELWORKERS' HALL
840 DUNDALK AVENUE
BALTIMORE, MD 21224-2907
410-633-8100
FAX 410-633-0460

63 HENDERSON AVENUE
CUMBERLAND, MD 21502-2452
301-759-2700
FAX 301-759-2703

Sheila Scheuneck MAY 27 2005

LAW OFFICES
PETER G. ANGELOS

Please provide the requested documents immediately.  The last time I essentially allowed this matter to go forward without those documents in hand, and this, unfortunately, has been much to the prejudice of my client.

Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam

cc: Charles Hitchens

WGI 0199

Sheila Schedneck    MAY 2 7 2003

KNS General Peer Review
Page: 2
Hitchens, Charles

RATIONALE:

The claimant is a 61 year old gentleman who is employed as a safety inspector and who has developed dyspnea on exertion. I am being asked if there is objective supportive evidence indicating a pulmonary condition that precludes work. The review is based only on the information made available as indicated above and only from a pulmonary point of view.

The claimant had been complaining of dyspnea on exertion over an 18-month period of time according to a pulmonary evaluation by Dr. Zubrow, dated 3/14/03. The statement is made that climbing a flight of stairs causes shortness of breath.

The claimant had an occupational exposure to sulfuric acid in July 2001 that resulted in oral burns. No details or records from that event are available at the present time. I have no description of any respiratory/pulmonary compromise at the time, but it appears he had a full recovery and was able to return to his usual occupation. The symptoms appeared quite sometime later. There is no other mention of a prior significant pulmonary disease or event.

The examination at the time of the evaluation was entirely normal. Dr. Zubrow refers in his report to results of pulmonary function tests that show a decrease in the vital capacity to 3.48. The ratio of $FEV_1$ to FVC remains unchanged and falls into the mild to moderate category. The diffusion capacity is no different than in 1995 and 1991 but lower than in 2001. At any rate, it is only a mild compromise.

Dr. Zubrow refers to a pulmonary exercise stress test, which shows no significant desaturation or respiratory limitation. A significant increase in blood pressure was noted during the exercise test, which went along with his elevated blood pressure during that office visit of 3/14/03. This would be an independent event from his pulmonary system. Additionally, he refers to a high resolution CT scan of the chest, which showed absolutely no abnormalities. He concludes that this change in vital capacity could be due to the prior exposure to sulfuric acid and decided to give a trial of an inhaled medication in the form of Advair to see if there would be improvement in exercise capacity. No report of the results of this therapeutic intervention is available to me at the present time. Also, comments are made regarding hypertension which are outside the scope of this review.

The claimant also had a work care examination, dated 3/12/03, where mention is made of a chest x-ray which was normal. Blood pressure was mildly elevated at the time. Also, it is noted that his weight was recorded at 274 lbs., with a BMI of 37, a significant elevation. This is in contrast to the weight recorded on the pulmonary function test, which was about 30 lbs. lower. No mention is made of any pulmonary findings during that examination.

The report of the exercise testing is available and it shows that there is no evidence of oxygen problems. Specifically, there is improvement in the oxygenation with exercise. Except with some decrease in the breathing capacity, the test was benign. The conclusion is that the only respiratory abnormality appreciated is the reduced breathing reserve. He had a significant hypertensive response to exercise. There was no evidence of ischemic EKG changes during this test. It is to be noted that this exercise test is a very good evaluator of the presence of significant pulmonary disease in the evaluation of dyspnea. This test supports the notion that he should be able to perform the duties of his occupation.

WGI 0200

** TOTAL PAGE.07 **

KNS General Peer Review
Page: 3
Hitchens, Charles

The opinion letter, dated 3/12/03, indicated that he was not qualified for the use of a respirator and should be avoiding exposure to fumes. No particular reason was given for that decision. However, we note that a follow up health status medical report, dated 3/17/03, indicates that he qualifies for the use of respirator and was cleared to return to full duty.

In trying to answer the question whether there is enough objective support to the disability question from a pulmonary point of view, we are limited to the information that is provided. Pulmonary function tests show only a mild to moderate degree of impairment, at best. The more sensitive exercise pulmonary stress testing shows only a reduced breathing reserve with the rest of the parameters being normal. There is no evidence of any oxygenation problem. A high resolution CT scan of the chest shows no abnormality in the lungs. Likewise, a chest x-ray had been reported as normal. Additionally, no information is given indicating that the claimant required pulmonary treatment during the recent period of time and that there was a need for frequent office visits. Specifically, there are no complaints of wheezing, productive cough or changes in pulmonary status during his work hours.

In summary, the degree of abnormality present should not preclude the claimant's ability to perform his occupation as a safety inspector. There has been some decrease in vital capacity, which has not been explained, but his impairment in the pulmonary function testing is not severe enough to preclude his present occupation.

This determination is made based only on the information that is provided and only from a pulmonary point of view.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____          6/18/03
Aron Neuhaus, MD                      Date
Pulmonologist        FACSIM"

AN:ses/vn

WGI 0201

07/07/03                KEMPER  NATIONAL  SERVICES                     Page   1

### Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E2010> INITIAL EMPLOYER CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/13/2003 Comp:03/13/2003 Status (CL)   Bill:  0.00  NON:  0.00  Savings:   0.00

INTAKE: MAZON 3/13/03  10:22AM

FDA: 3/13/03               OCCUPATION:  SAFETY SUPERVISOR
SAFETY SENSITIVE (Y/N): YES
MODIFIED DUTY AVAILABLE (Y/N): NONE AVAILABLE
DOT (Y/N):

(NOTE: Contact Kathy Andregg if Unable to Reach Supervisor After 2
Attempts)

*********************FOR INTAKE PURPOSES*****************************
NAME OF PERSON CALLING IN CLAIM:     TOM KOVAL
TELEPHONE # OF PERSON CALLING IN CLAIM:   302-834-6092

Date: 3/13/03
Claim number: 1088786
Employee's name: CHARLES C HITCHENS
Employee's phone number:  302) 322-6690
Employee Identification number:  14380
Employee Supervisor: TOM KOVAL
Supervisor phone number:   302-834-6092
Date of disability: 3/13/03
Last day worked: 3/12/03
Is your work status Flex or Non Flex: NON-EXEMPT
Is this claim maternity relate : NO
Do you consider your disability work related:  NO
Have you filed a workers compensation claim:    N/A
****************************************************************
IS THE EMPLOYEE PRESENTLY WORKING?   NO
PROVIDER'S NAME ( if available):DR.L.KAMBHAMETTU        CHRISTIANA
HEALTH CARE
PROVIDER'S SPECIALTY:  UNK. BY CALLER

PROVIDER'S TELEPHONE #: 302-452-2780

IS THE EMPLOYEE CURRENTLY HOSPITALIZED?  NO
What IS THE NAME OF THE FACILITY?  N/A                     WGI 0202

DATE RTW (IF RECOVERED): N/A

HAS THE EMPLOYEE BEEN WORKING UNDER ANY WORK RESTRICTIONS?  NO

07/07/03                          KEMPER  NATIONAL  SERVICES                              Page   2

Healthcare Information for Case 1088786

Patient #: 222245615                  Diagnosis : 786-05 SHORTNESS OF BREATH        Status : STD   - STD APPEALS
Patient Name: HITCHENS, CHARLES, C    Employer: WASHINGTON GROUP INTERNATI        Carrier : SELF INSURED
Occupation: SAFETY SUPERVISOR         Location: UNDECLARED LOCATION           Claims Office : UNDECLARED
Type Claim:                           Provider #: 99-9999999-  0              KNS Date Recvd : 03/13/2003
   Injury: PULMINARY PROBLEM          Provider: UNKNOWN                       Adjustor: UNDECLARED, ADJUSTOR
Injury Date:                          Resource: KURTZ, BARBARA                Claim Number:

Service:<E2010> INITIAL EMPLOYER CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/13/2003 Comp:03/13/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

        WHAT ARE THOSE RESTRICTIONS?  N/A

        ARE THE RESTRICTIONS PERMANENT?  N/A

        WHAT WAS THE FIRST "FULL" SCHEDULED WORK DAY THAT THE EMPLOYEE WAS
        ABSENT FROM WORK?   3/13/03

        EMPLOYEES JOB TITLE: SAFETY SUPERVISOR

        DOES THE EMPLOYEE WORK FULL TIME OR PART TIME?    FULL-TIME

        COMMENTS/CONCERNS:  EE HAVING PULMONARY PROBLEM AND DOCTOR STATED
        THAT HE WOULD BE UNABLE TO WORK UNDER CURRENT WORK CONDITIONS IN OIL
        REFINERY / EE MUST AVOID DUST,FUMES AND PHYSICAL DEMANDS OF HIS JOB

Service:<A2510> INITIAL TRIAGE REVIEW
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/13/2003 Comp:03/13/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

        FDA: 03/13/03*******WASHINGTON GROUP*******JOB: SAFETY OPERATOR
        DISABILITY: PULMONARY CONDITION ADVISED BY MD THAT PT IS UNABLE TO
        WORK UNDER CURRENT WORK CONDITIONS IN OIL REFINERY HE MUST AVOID
        DUST, FUMES AND THE PHYSICAL DEMANDS OF HIS JOB.
        RTW GUIDELINES: NEED SPECIFIC DX AND TX PLAN. AS WELL AS SPECIFIC
        COPY OF JOB DESCRIPTION.
        CASE ACTION PLAN: CONTACT PROVIDER OBTAIN PFT O2 SAT ALLERGY TESTING
        AND BREATH SOUNDS AS WELL AS PHYSICIAN EXAM FINDINGS,CONFIRM DX AND
        CURRENT TX PLAN, ASSESS FUNCTIONAL CAPABILITIES AND RTW STATUS
        THANKS , LINDA
Service:<A1640> EMPLOYER FOUNDATION
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/13/2003 Comp:03/13/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

        Email notification completed 3/13/03 NJ
        Email Notification of Claim to Employer.

                                                                          WGI 0203

07/07/03                      KEMPER NATIONAL SERVICES                      Page  3

Healthcare Information for Case 1088786

---

```
  Patient #: 222245615                Diagnosis : 786-05 SHORTNESS OF BREATH          Status : STD   - STD APPEALS
Patient Name: HITCHENS, CHARLES, C     Employer: WASHINGTON GROUP INTERNATI          Carrier : SELF INSURED
 Occupation: SAFETY SUPERVISOR         Location: UNDECLARED LOCATION            Claims Office : UNDECLARED
 Type Claim:                           Provider #: 99-9999999-   0             KNS Date Recvd : 03/13/2003
     Injury: PULMINARY PROBLEM         Provider: UNKNOWN                        Adjustor: UNDECLARED, ADJUSTOR
Injury Date:                           Resource: KURTZ, BARBARA               Claim Number:
```

---

```
  Service:<P2010> INITIAL PATIENT CONTACT
  Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00
```

---

          Intake Performed by:
          *********************************************************************Da
          te:
          Claim number:
          Employee's name:
          Employee's phone number:
          Employee Identification number:
          Employee Supervisor:
          Supervisor phone number:
          Date of disability:
          Last day worked:
          Is your work status Flex or Non Flex:
          Is this claim maternity relate :  Yes   No
          Do you consider your disability work related:     Yes or No
          Have you filed a workers compensation claim:      Yes or No
          *****************************************************************

          (If w/c) Please contact your supervisor immediately to file a
          Workers' Compensation claim.

          Sometimes it's necessary to discuss confidential and personal
          information and we want to make sure that we are always speaking to
          the right person.

          Can you provide us with your mother's maiden name or a 4-digit pin
          number that we can use for security?      Yes or No
          Which would you like to provide to us?
          What is the PIN?
          What is your Mother's maiden name?

          Do you have an email address where we can send your information
          regarding your claim?     Yes or No
          What is your e-mail address?

          Will you be staying home during all or part of your absence from
          work?     Yes or No
          May I please have the address where you are staying?
          What is the telephone number where you will be staying?

          Do you have a cellular phone or a secondary phone number where we may
          reach you?     Yes or No
          May I please have that number:

                                                       WGI 0204

07/07/03                   KEMPER NATIONAL SERVICES                      Page   4

                    Healthcare Information for Case 1088786

---

Patient #: 222245615          Diagnosis : 786-05 SHORTNESS OF BREATH    Status : STD    - STD APPEALS
Patient Name: HITCHENS, CHARLES, C   Employer: WASHINGTON GROUP INTERNATI   Carrier : SELF INSURED
Occupation: SAFETY SUPERVISOR        Location: UNDECLARED LOCATION      Claims Office : UNDECLARED
Type Claim:                        Provider #: 99-9999999-   0          KNS Date Recvd : 03/13/2003
     Injury: PULMINARY PROBLEM        Provider: UNKNOWN                    Adjustor: UNDECLARED, ADJUSTOR
Injury Date:                         Resource: KURTZ, BARBARA           Claim Number:

---

Service:<P2010> INITIAL PATIENT CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:    0.00 NON:   0.00 Savings:     0.00

---

What is your job title at the time of disability?
What State do you work in?

IF Work State = NY (New York) or HI (Hawaii):

Disability benefits may be payable from a state disability plan, paid
for by the Company and administered by Kemper.  You may also be
eligible for supplementary benefits from the Company's STD Plan.  If
you meet the benefit provisions of the Company's STD Plan, the plan
will pay any amount necessary to make up the difference between the
amount approved for statutory benefits and the amount approved by the
Company's STD plan.  A statutory (state) claim form will be forwarded
to you and must be returned as quickly as possible.  The Company's
STD Plan assumes that you will receive the maximum benefit available
from the state and your STD benefit will be reduced by this amount.
Please mail or fax a copy of your first check or the "explanation of
benefits" to Kemper.  The mailing address and fax number will be on
the forms that we send to you to complete. We will make any necessary
adjustments to your STD benefit once we receive this information.

        HI Max Benefit: $396          NY Max Benefit $170

IF Work State = CA (California), NJ (New Jersey), PR (Puerto Rico) or
RI (Rhode Island):

You may be eligible for state disability benefits.  You should
contact:

CA: your local Employment Development Department to obtain an
application for benefits.  The main telephone in Sacramento is
916-227-0220.


NJ: Kemper will send you the New Jersey Statutory Claim form to
complete. Please return the New Jersey form to Kathy Andregg at
Corporate Human Resources.  If you have any questions about the New
Jersey disability benefits you can contact the Division of Disability
Insurance Services at 609-292-2681.PR: the Bureau of Employment
Security, Disability Insurance Program at 787-754-2146 to apply for
state benefit.


RI: the Temporary Disability Insurance Division at 401-222-3642 to

                                                              WGI 0205

KEMPER NATIONAL SERVICES

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P2010> INITIAL PATIENT CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:    0.00  NON:   0.00  Savings:    0.00

apply for state benefits.

You may also be eligible for supplemental benefits from the Company's
STD Plan.  Please mail or fax Kemper a copy of either your first
disability check or "Explanation of Benefits" from the state
disability plan.  The Company's STD Plan will assume that you are
entitled to and receiving the maximum statutory benefit and your STD
benefit will be offset (reduced) by this amount:

CA Max Benefit: $602     PR Max Benefit: $113     NJ Max Benefit: $450
RI Max Benefit: $543

What is your medical condition that prevents you from working?
(If Pregnancy) What is your expected date of delivery?
Has your DR. indicated this may be a high-risk pregnancy? Yes or No

What are your symptoms? (do not ask this question if you suspect a
psych condition)

In order for us to accurately estimate the length of time it could
take for you to return to work, it is important to understand your
medical history. Do you have any other medical conditions we should
be aware of such as high blood pressure, diabetes etc?

What are those conditions?

In order to authorize STD benefits, it is necessary that you be seen
by a physician as noted in your STD plan.  This may effect
authorization of your STD benefits.

Are you seeing a doctor about this condition?   Yes or No
Who is your treating physician?
What is the physician's specialty?
Physician's phone number:
Physician's Fax Number:
What is the date you will be seen by a physician for this condition?
When is your next doctor's appointment?

Perhaps it would be more convenient and efficient for me to fax the
release to your doctor so you may sign it when you go for your visit
and we would be able to immediately obtain your medical information.

Has your doctor given you an expected return to work date?Yes or No

07/07/03                     KEMPER NATIONAL SERVICES                          Page    7

Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<P2010> INITIAL PATIENT CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

---

This release is mandatory for your processing.

You need to know that in order to authorize payment of benefits,
ongoing medical data will be necessary until case closure to
determine disability benefits.

Do you have any questions for me?    Yes or No

Comments:

"Kemper National takes customer service very seriously.  Would you
mind taking a one minute survey on the customer service that we
provided to you today?  Yes  or No

Service:<P8045> INTRO LETTER-FLEX
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

---

ltr sent..lgb
Service:<E2010> INITIAL EMPLOYER CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

---

3/14/03 4:28PM
CE
Service:<R2010> INITIAL PROVIDER CONTACT
Scheduled: 03/13/2003 Enter: 03/13/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

---

3/14/03 4:30PM
DR KAMBHAMETTU CALLED ME BACK AND STATED THAT EE WAS PUT OOW WITH
SHORTNESS OF BREATH. THERE WAS AN EXPLOSION ON HIS JOB ABOUT 1 YR AGO
AND PT WAS EXPOSED TO CHEMICALS. NOW HE'S HAVING SHORTNESS OF
BREATH.THERE WAS A DROP IN HIS PFT'S FROM LAST YR. PT WAS REFERRED TO
A PULMONOLOGIST DR ZUBROW.  PRTW 2-4 WKS
P: OBTAIN INFO FROM DR ZUBROW..

3/14/03 4:20PM
CE SPOKE WITH TAWANNA AT DR KAMBHAMETTU'S OFFICE. SHE TOOK MESSAGE
FOR NURSE TO CALL ME BACK

WGI 0208

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P2025> PATIENT FOLLOW UP QUESTIONS
Scheduled: 03/14/2003 Enter: 03/14/2003 Edit: 03/14/2003 Comp:03/14/2003 Status (CL)   Bill:   0.00 NON:   0.25 Savings:    0.00

**3/14/03  4:25PM**
**CE LVM FOR EE TO CONTACT ME**
Service:<R2020> PROVIDER CONTACT
Scheduled: 03/17/2003 Enter: 03/17/2003 Edit: 03/17/2003 Comp:03/17/2003 Status (CL)   Bill:   0.15 NON:   0.00 Savings:    0.00

**3/17/03  4:28PM**
**LVM FOR EE TO CONTACT ME WITH DR ZUBROW'S TEL#**
Service:<P2020> PATIENT CONTACT
Scheduled: 03/17/2003 Enter: 03/14/2003 Edit: 03/17/2003 Comp:03/17/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:    0.00

**3/17/03**
**EE LVM THAT HE RETURNED MY CALL.**
**3/17/03 4:20PM**
**CE LVM FOR EE TO CONTACT ME WITH DR ZUBROW'S TEL#**
Service:<R2020> PROVIDER CONTACT
Scheduled: 03/18/2003 Enter: 03/18/2003 Edit: 03/18/2003 Comp:03/18/2003 Status (CL)   Bill:   0.15 NON:   0.00 Savings:    0.00

**3/18/03 12;37PM**
**CE SPOKE WITH MARGIE AT DR ZUBROW'S OFFICE. SHE STATED THAT EE HAD AN**
**APPT ON 3/14 BUT THE DICTATION IS NOT BACK YET. SHE WILL FAX NOTES TO**
**ME WHEN SHE GETS DICTATION. PT'S NEXT APPT IS 7/1/03**
**DR KAMBHAMETTU IS THE ONE RELEASING PT TO RTW**

**CE SPOKE WITH PATTER AT DR KAMBHAMETTU'S OFFICE AND ASKED HER TO FAX**
**ME PT'S OFFICE NOTES  AND PFT REPORT FROM 3/13/03 TO THE PRESENT**
Service:<R2020> PROVIDER CONTACT
Scheduled: 03/19/2003 Enter: 03/18/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.15 NON:   0.00 Savings:    0.00

**3/20/03**
**RECEIVED MEDS FROM DR ZUBROW (PULMONOLOGIST) DATED 3/14/03**
**PHYSICAL EXAMINATION TODAY FOUND HIM TO BE IN NO ACUTE DISTRESS. NO**
**NASAL OR ORAL LESIONS WERE NOTED. AUSCULTATION OVER THE UPPER AIRWAY**
**REVEALED NO FLOW LIMITATION. NO ADENOPATHY. CHEST EXAM REVEALED CLEAR**
**LUNG FIELDS WITH GOOD AIR MOVEMENT BILATERALLY. NO WHEEZING COULD BE**
**HEARD AND HE HAD A NORMAL EXPIRATORY PHASE.   PT STATES THAT HE HAS A**
**DRY COUGH BUT NO SPUTUM PRODUCTION. HE HAS TROUBLE CLIMBING A FLIGHT**
**OF STAIRS WITHOUT DEVELOPING SHORTNESS OF BREATH. MR HITCHENS HAS**
**RECENTLY BEEN LAID OFF FROM HIS EMPLOYMENT BECUASE OF HIS DECLINE IN**
**RESPIRATORY CAPACITY.**
**HIS PRESENT PROBLEMS SEEM TO HAVE EMANATED FROM AN EXPOSURE TO**
**SULFURIC ACID FUMES BACK IN 7/01. FOLLOWING EXPOSURE HE HAD BURNS OF**
**HIS UPPER AIRWAY WITH MUCOSAL EDEMA AND BUCCAL MUCOSAL ULCERATIONS.**
**18 MTHS AGO HE WAS NOTED TO HAVE MILD DYSPNEA ON EXERTION WHICH HAS**

WGI 0209

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/19/2003 Enter: 03/18/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.15  NON:   0.00 Savings:     0.00

BECOME PROGRESSIVE OVER THE ENSUING TIME PERIOD. HE HAS HAD PULMONARY
FUNCTION TESTING WHICH CONFIRMED A REDUCTION IN HIS VITAL CAPACITY
AND A AREDUCTION ION HIS DIFFUSING CAPACITY.
PULMUNARY EXERCISE STRESS TESTING WAS ALSO OBTAINED WHICH SHOED NO
SIGNIFICANT DESATURATION OR RESPIRATORY LIMITATION.
HI RESOLUTION CT SCANNING WAS PERFORMED AND SHOWED NO ABNORMALITIES
ASSESSMENT: PT HAS REDUCTION IN HIS EXCERCISE CAPACITY WHICH IS
RELATED TO HIS SULFURIC ACID FUME EXPOSURE. I SUSPECT PT HAS AIRWAYS
DISEASE SECONDARY TO THIS. I RECOMMEND HE START ON ADVAIR.
IT IS IMPOSSIBLE TO KNOW IF PT WILL CONTINUE TO HAVE FURTHER DECLINE
IN RESPIRATORY STATUS. THIS IS WORK RELATED AND HE SHOULD APPLY FOR
DISABILITY THROUGH HIS EMPLOYER. PT WILL RETURN TO SEE ME IN 4 MTHS
WITH REPEAT PFT AND CXR.

Service:<P2020> PATIENT CONTACT
Scheduled: 03/19/2003 Enter: 03/19/2003 Edit: 03/19/2003 Comp:03/19/2003 Status (CL)   Bill:   0.00  NON:   0.00 Savings:     0.00

3/19/03 3:47PM
EE CALLED AND STATED THAT DR ZUBROW IS FAXING ME HIS MEDS TOMORROW

Service:<P2021> INITIAL DETERMINATION
Scheduled: 03/20/2003 Enter: 03/13/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.00  NON:   0.00 Savings:     0.00

NO DETERMINATINO MADE YET..
EE WAS LAID OFF. CE SPOKE WITH ER (KATHY ANDREGG) AND ASKED IF WE
SHOULD PROCEED WITH CLAIM...ER ADVISED OF THIS

Service:<A1210> INITIAL PAYROLL ENTRY
Scheduled: 03/20/2003 Enter: 03/13/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.00  NON:   0.00 Savings:     0.00

NO DETERMINATOIN MADE YET

Service:<E2020> EMPLOYER CONTACT
Scheduled: 03/20/2003 Enter: 03/20/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:   0.10  NON:   0.00 Savings:     0.00

To:"Kevin  Tobin"
cc:"Ela M. Cos"
From:kathy.andregg@wgint.com (Kathy  Andregg)

Date:03/20/2003 10:17 AM MST
Subject:Charles Hitchins    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


Kevin, can you help me on this one?  Kemper called this morning, and
has
been told that this employee was laid off.  He recently (3/13)
applied for

WGI 0210

## Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<E2020> EMPLOYER CONTACT
Scheduled: 03/20/2003 Enter: 03/20/2003 Edit: 03/20/2003 Comp:03/20/2003 Status (CL)   Bill:  0.10  NON:  0.00  Savings:   0.00

**STD benefits.  Pls advise what's going on with this**
**employee....thanks.**

Service:<E2020> EMPLOYER CONTACT
Scheduled: 03/21/2003 Enter: 03/20/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:  0.10  NON:  0.00  Savings:   0.00

---

**3/24/03 12:noon**
**CE SPOKE WITH ER (KATHY ANDREGG) AND ADVISED HER THAT EE STATED THAT**
**HE WAS NOT LAID OFF.  THE DR'S NOTES THAT STATE THAT IS INCORRECT**
**CE ADVISED ER THAT EE'S CASE WAS PEERED AND DOES NOT SUPPORT**
**DISABILITY**

Service:<A9996> DISABILITY DETERMINATION
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:  0.00  NON:  0.00  Savings:   0.00

---

**DATE OF DISABILITY:  3/13/03**

**KNS RECEIVED DATE:  3/13/03**

**OBJECTIVE/CLINICAL FINDINGS SUPPORT ONGOING DISABILITY?   NO**

**EMPLOYER CONTACT ADVISED OF DETERMINATION? YES**

**ANTICIPATED DURATION OF DISABILITY:   undetermined**
**(PER DURATION GUIDELINES)**

**IF OBJECTIVE DATA DOES NOT SUPPORT ONGOING DISABILITY FILE MUST BE**
**FORWARDED TO SUPERVISOR FOR REVIEW PRIOR TO NOTIFICATION OF DENIAL.**

Service:<E2050> DETERMINATION-EMPLOYER CONTACT
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:  0.00  NON:  0.25  Savings:   0.00

---

**DATE OF DISABILITY CHANGED?  YESàâàà  NOàXàâà. IF YES, NEW DATE**
**IS:àâàâàâà.**

**Date:March 24, 2003Kemper STD Case #: 1088786**

**Employee Name: Charles HitchensEmployee Identification #: 14380**

**STD Approval Dates: NoneSTD Denial Dates: effective 3/13/03**

**WGI 0211**

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E2050> DETERMINATION-EMPLOYER CONTACT
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.25 Savings:    0.00

LTD Approval Dates:LTD Denial Dates:

Normal Work Schedule (e.g. M-F 8:00 -4:30):

Flex Status:   FlexNon-Flex Status:

Status Update Reason (indicate appropriate reason):

___Status Check -

_X__Denial- The medical information received was peered with a KSN
Physician and they do not support a disability.

____Request for Job Analysis Worksheet/Job Description

____Extension of Benefits:_X_Benefits End Date:  9/11/03

____RTW Information - RTW date with doctors release information (i.e.
Full, modified)

____Modified duty instructions in detail (days/hours per day/projected
full release)

____Relapse of STD-include date

____STD to LTD referral-18 week LTD referral and packet sent to
employee, packet not received from employee

____LTD Status update-own occupation to any occupation transition
investigation

Offset Information:
____WC offset as stated by employee/carrier

____Estimated Statutory Offset: (indicate state)___Actual Statutory
Offset (indicate state & amount):
___California - $602.00___California:
___Hawaii - $396___Hawaii:
___New Jersey - $444.00___New Jersey:
___New York - $170.00___New York:
___Puerto Rica - $113.00___Puerto Rica:
___Rhode Island -- $543.00 ___Rhode Islan:
      (Rhode Island Maximum with dependents -- $743.00)

WGI 0212

07/07/03                KEMPER NATIONAL SERVICES                Page 12

Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<E2050> DETERMINATION-EMPLOYER CONTACT
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.25 Savings:    0.00

---

Projected RTW Date: unknownActual RTW Date: none yet

Name: Ela Cos
1-866-269-6242

Service:<P2050> DETERMINATION-EMPLOYEE CONTACT
Scheduled: 03/24/2003 Enter: 03/13/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.25 Savings:    0.00

---

3/24/03 12:noon
CE LVM FOR EE THAT HIS CASE WAS PEERED BY A KNS PHYSICIAN AND HIS
MEDS DO NOT SUPPORT A DISABILITY

Service:<E2017> EMPLOYER HR WORKSHEET
Scheduled: 03/24/2003 Enter: 03/24/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:    0.00

---

DATE OF DISABILITY CHANGED?   YESàâàà   NOàXàâà. IF YES, NEW DATE
IS:àâàâàà.

Date:March 24, 2003Kemper STD Case #: 1088786

Employee Name: Charles HitchensEmployee Identification #: 14380

STD Approval Dates: NoneSTD Denial Dates: effective 3/13/03

LTD Approval Dates:LTD Denial Dates:

Normal Work Schedule (e.g. M-F 8:00 -4:30):

Flex Status:   FlexNon-Flex Status:

Status Update Reason (indicate appropriate reason):

__Status Check -

_X__Denial- The medical information received was peered with a KSN
Physician and they do not support a disability.

____Request for Job Analysis Worksheet/Job Description

____Extension of Benefits:_X_Benefits End Date:  9/11/03

____RTW Information - RTW date with doctors release information (i.e.
Full, modified)

WGI 0213

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E2017> EMPLOYER HR WORKSHEET
Scheduled: 03/24/2003 Enter: 03/24/2003 Edit: 03/24/2003 Comp:03/24/2003 Status (CL)   Bill:   0.00 NON:   0.00  Savings:    0.00

___Modified duty instructions in detail (days/hours per day/projected
full release)

___Relapse of STD-include date

___STD to LTD referral-18 week LTD referral and packet sent to
employee, packet not received from employee

___LTD Status update-own occupation to any occupation transition
investigation

Offset Information:
___WC offset as stated by employee/carrier

___Estimated Statutory Offset: (indicate state)___Actual Statutory
Offset (indicate state & amount):
___California - $602.00___California:
___Hawaii - $396___Hawaii:
___New Jersey - $444.00___New Jersey:
___New York - $170.00___New York:
___Puerto Rica - $113.00___Puerto Rica:
___Rhode Island -- $543.00 ___Rhode Islan:
     (Rhode Island Maximum with dependents -- $743.00)

Projected RTW Date: unknownActual RTW Date: none yet

Name: Ela Cos
1-866-269-6242

Service:<A9999> WORKNOTES (INTERNAL)
Scheduled: 03/25/2003 Enter: 03/25/2003 Edit: 03/25/2003 Comp:03/25/2003 Status (CL)   Bill:   0.00 NON:   0.00  Savings:    0.00

3/25/03
RECEIVED LETTER FROM EE'S ATTORNEY APPEALING THE CASE.
MEDS ATTACHED..(SAME MEDS WE HAVE ON FILE)

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/25/2003 Enter: 03/25/2003 Edit: 03/25/2003 Comp:03/25/2003 Status (CL)   Bill:   0.15 NON:   0.00  Savings:    0.00

RECEIVED PFT TEST DATED 3/11/03 AND 2/6/03
MEDS FROM DR MARK JONES OFFICE DATED 2/25/03
ARTERIAL BLOOD GASES WERE OBTINED AT REST AND ARE WITHIN NORMAL
LIMITS. BREATHING FREQUENCY IS NORMAL. ARTERIAL BLOOD GASES REPEATED
AT PEAK EXERCISE SHOW IMPROVEMENT IN ARTERIAL OXYGENATION. THE PH

WGI 0214

07/07/03                    KEMPER NATIONAL SERVICES                           Page 14

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R2020> PROVIDER CONTACT
Scheduled: 03/25/2003 Enter: 03/25/2003 Edit: 03/25/2003 Comp:03/25/2003 Status (CL)   Bill:   0.15  NON:   0.00  Savings:    0.00

**FALLS AS EXPECTED. VE/VCO2 AND VE/VO2 ARE NORMAL. MEASURE OF CARDIAC
PERFORMANCE SHOWS AN OXYGEN PULSE THAT RISES WITH EXERCISE AS
EXPECTED BUT NOT TO THE PREDICTED VALUES. BLOOD PRESSURE AT REST
128/88 WHICH RISES WITH EXERCISE TO A PEAK VALUE OF 220/104.**

**RECEIVED MEDS FROM DR KAMBHAMETTU (WASHINGTON GROUP DR) DATED
3/12/03NOT MEDICALLY QUALIFIED TO WEAR A RESPIRATOR AT ANY TIME
RESTRICTIONS: NO EXPOSURE TO DUST, FUMES, VAPORS OR IRRITANTS GASES
NO USE OF RESPIRATOR OR JOBS REQUIRING IT. NO CLIMBING HEIGHTS OR
STRENOUS ACTIVITY**

Service:<A8020> SURVEY
Scheduled: 03/27/2003 Enter: 03/13/2003 Edit: 03/27/2003 Comp:03/27/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

Service:<A1000> ADMINISTRATIVE INTERACTION
Scheduled: 03/27/2003 Enter: 03/24/2003 Edit: 03/27/2003 Comp:03/27/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

**RANDYEE WENT OOW ON 3/13/03. MEDS WERE PEERED BY A KNS PHYSICIAN AND
DO NOT SUPPORT DISABILITY.
P: REQUEST A DENIAL LETTER EFFECTIVE 3/13/03
***************************
I AGREE WITH DENIAL. RRR
*****************************

Service:<R1026> PHYSICIAN REVIEW/GENERAL
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

**KNS General Peer Review**

**Referral Date:March 24, 2003
Dictated 3/24/03Claimant:Charles Hitchens
Requester: Ela CosAge:60
Requester Resource #:5493SS#/Claim#:1088786
Department:IDMAccount:Washington Group
Extension:2703Job Title:Safety Supervisor
Peer Reviewer:Dennis Mazal, MD.Physical Exertion level:**

**Specialty:Internal Medicine/PulmonologySedentaryLightXMedium**

**HeavyVery Heavy**

**Peer Resource #:6112Diagnosis(es):Shortness of Breath
First Date of Absence:3/13/03
LTD date: 9/11/03
Evaluate Functional Impairment related to:**

WGI 0215

KEMPER NATIONAL SERVICES
===================================================================

Healthcare Information for Case 1088786

====================================================================

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999- 0 | KNS Date Recvd : 03/13/2003 |
| Injury : PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

===================================================================

Service:<R1026> PHYSICIAN REVIEW/GENERAL
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:     0.00
===================================================================

XOwn OccupationAny OccupationN/A


Information Reviewed/Considered:
Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03
PFT Test dated 3/11/03,  2/6/03
Notes from Dr. Kambhamettu dated 3/12/03

Functional Impairment Status Determination:

Specific Referral Question(s):


                                            Do medicals support
disability?
Determination:
Supports functional impairment(s) that precludes work
XFails to support functional impairment(s) that precludes work

RATIONALE:

The claimant is a 60-year-old male who developed respiratory
insufficiency secondary to exposure to sulfuric acid fumes in July,
2001.  Following that exposure, the claimant had significant burns of
his upper airway and mucosal edema and buccal mucosal ulcerations.
The claimant was noted to have mild dyspnea on exertion which has
become progressive over time.  Pulmonary function testing dated
2/6/03 at Christiana Care Health Systems, Pulmonary Lab, Wilmington
Hospital, demonstrated a force vital capacity of 75% predicted and
FEV1 of 60% predicted.  A peak expiratory flow rate of 65% predicted,
and FEF 25%-75% of 27% predicted, total lung capacity of 94%
predicted, residual volume of 112% predicted and diffusing capacity
of 79% predicted when corrected for alveolar volume.  Also, in
February 2003 the claimant underwent pulmonary exercise testing on a
bicycle ergometer and ramped at 25 watts to a maximum of 165 watts
with 224 being predicted.  Maximal heart rate achieved was 159 which
is very close to the predicted maximum.  The claimant's work capacity
was reduced with a normal anaerobic threshold.  Breathing frequency
was normal.  Measures of respiratory performance demonstrated a
reduced breathing reserve.  Arterial to end tidal carbon dioxide
level was normal.  Arterial blood gases at rest and at peak

                                                    WGI 0216

07/07/03                            KEMPER NATIONAL SERVICES                            Page 16

Healthcare Information for Case 1088786

| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD    - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-    0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service: <R1026> PHYSICIAN REVIEW/GENERAL
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00

exercise showed no derangement in oxygen saturation or oxygen
tension. The pH fell as expected with exercise. There were no
significant EKG changes appreciated during the performance of the
test. Chest examination on March 14, 2003 demonstrated clear lung
fields with fairly good air movement bilaterally, no wheezing could
be heard and he had a normal expiratory phase. Cardiac examination
was within normal limits. High resolution CT scanning was performed
which apparently showed no abnormalities, although the actual report
of the CT scan is not in the records submitted for review.

Therefore, based upon the information reviewed and considered, there
is no objective evidence in the medical records reviewed to support a
loss of functionality that would preclude the claimant from
performing the essential duties of his occupation, that being a
safety supervisor. Specifically, there is no objective evidence for
significant hypoxemia at rest or with exertion and pulmonary function
parameters demonstrate a mild obstructive impairment. Although the
claimant obviously sustained exposure to sulfuric acid fumes in 2001,
current radiographic imaging studies do not demonstrate any permanent
only damages to the lungs resulting from that exposure. Therefore,
based upon the lack of objective evidence supporting a loss of
functionality, there is no reason why the claimant could not return
to work as a safety supervisor.

The opinions rendered above reflect reasonable clinical certainty
based upon the available information.

Dennis Mazal, MD.Date
Internal Medicine/Pulmonologist

DM/nvk/vn

Service:<A1300> DENIAL LETTER
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00

Ltr completed/mailed 3/31/03 NJ
Washington Group Denial

Employee copy

Upon review of our file it has been determined that you do not
qualify for Short Term Disability benefits as of March 13, 2003

WGI 0217

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A1300> DENIAL LETTER
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

because the information received from Dr. Kambhamettu's office and Dr. Zubrow's office is not sufficient to support your disability. The information received to date was then reviewed by our KNS physician consultant and it was determined that there is insufficient medical data to support an on going disability.  Specifically, it was noted that you have mild dyspnea on exertion which has become progressive over time.  A pulmonary function test dated 2/6/03 demonstrated a force vital capacity of 75% predicted and FEV1of 60% predicted.  A peak expiratory flow rate of 65% predicted and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume.  Breathing frequency was normal. Arterial to end tidal carbon dioxide level was normal.  Arterial blood gases at rest and at peak exercise showed no derangement in oxygen saturation or oxygen tension.  There were no significant EKG changes during the performance of the test.  Chest examination on 3/14/03 demonstrated clear lung fields with fairly good air movement bilaterally.  No wheezing could be heard and you had a normal expiratory phase. Cardiac examination was within normal limits.  High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan was not submitted for review.

Based on the medical information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude you from performing the essential duties of your occupation.  Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment.  Although you sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent damages to the lungs resulting from that exposure.  Based on the lack of objective evidence supporting a loss of functionality, there is no reason why you could not work as a safety supervisor. Therefore, benefits will not be approved. Washington Group has been notified.

Email:   Kathy Andregg        kathy.andregg@wgint.com
         Cindy Burnett        cynthia.burnett@wgint.com
         Jayne Hale            jayne.hale@wgint.com
         Time Management      time.management@wgint.com
         Generic E-mail        std.approval@wgint.com

WGI 0218

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A1300> DENIAL LETTER
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

Debbie Livingston    debbie.Livingston@wgint.com
Joanne Hoag          Joanne.hoag@wgint.com

**Employer:**

Upon review of our file it has been determined that you do not qualify for Short Term Disability benefits as of March 13, 2003 because the information received from your treating provider's office is not sufficient to support your disability. The information received to date was then reviewed by our KNS physician consultant and it was determined that there is insufficient medical data to support an on going disability. Based on the medical information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude you from performing the essential duties of your occupation. Based on the lack of objective evidence supporting a loss of functionality, there is no reason why you could not work as a safety supervisor. Therefore, benefits will not be approved. Washington Group has been notified.

Email:  Kathy Andregg       kathy.andregg@wgint.com
        Cindy Burnett       cynthia.burnett@wgint.com
        Jayne Hale          jayne.hale@wgint.com
        Time Management     time.management@wgint.com
        Generic E-mail      std.approval@wgint.com
        Debbie Livingston   debbie.Livingston@wgint.com
        Joanne Hoag         Joanne.hoag@wgint.com

Service:<R3003> LEVEL 2
Scheduled: 03/28/2003 Enter: 03/24/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

Service:<A9999> WORKNOTES (INTERNAL)
Scheduled: 03/31/2003 Enter: 03/31/2003 Edit: 03/31/2003 Comp:03/31/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

**3/31/03**
APPEAL LETTER THAT WAS RECEIVED BY EE'S ATTORNEY WAS SENT TO APPEALS DEPT, ALONG WITH A COPY OF THE DENIAL LETTER

WGI 0219

## Healthcare Information for Case 1088786

Patient #: 222245615                  Diagnosis : 786-05 SHORTNESS OF BREATH          Status : STD  - STD APPEALS
Patient Name: HITCHENS, CHARLES, C     Employer: WASHINGTON GROUP INTERNATI           Carrier : SELF INSURED
Occupation: SAFETY SUPERVISOR          Location: UNDECLARED LOCATION            Claims Office : UNDECLARED
Type Claim:                            Provider #: 99-9999999-   0              KNS Date Recvd : 03/13/2003
      Injury: PULMINARY PROBLEM        Provider: UNKNOWN                        Adjustor: UNDECLARED, ADJUSTOR
Injury Date:                           Resource: KURTZ, BARBARA                 Claim Number:

Service:<P8100> 1ST LEVEL APPEAL RECEIVED
Scheduled: 03/31/2003 Enter: 04/10/2003 Edit: 04/10/2003 Comp:04/10/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:   0.00

**Received 1st level appeal via fax/mail 3/31/03 from claimant's
attorney  -  sbs**

Service:<A1100> BENEFITS END
Scheduled: 04/04/2003 Enter: 03/13/2003 Edit: 04/04/2003 Comp:04/04/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:   0.00

**BENEFITS END: 9/11/03**

Service:<A2515> CLOSURE SUBMITTED TO ADMIN
Scheduled: 04/07/2003 Enter: 04/04/2003 Edit: 04/09/2003 Comp:04/09/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:   0.00

Service:<R8050> 1ST LEVEL APPEAL CONFIRMATON LTR
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/10/2003 Comp:04/10/2003 Status (CL)   Bill:  0.00 NON:  0.10 Savings:   0.00

**ack ltr mailed to attorney 4-10-03**

Service:<P8030> PATIENT LETTER
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/10/2003 Comp:04/10/2003 Status (CA)   Bill:  0.00 NON:  0.10 Savings:   0.00

Service:<A2520> REQUEST FILE FROM ADMIN
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/10/2003 Comp:04/10/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:   0.00

**e-mail to request file**

Service:<A2509> SUBMITTED TO APPEALS UNIT
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/21/2003 Comp:04/21/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:   0.00

**file located/delivered to Appeals. 4/21/03 NJ**

**Received orig. file 4-21-03  sbs**

Service:<A2540> APPEAL TRIAGE REVIEW
Scheduled: 04/10/2003 Enter: 04/10/2003 Edit: 04/22/2003 Comp:04/22/2003 Status (CA)   Bill:  0.00 NON:  0.00 Savings:   0.00

Service:<A2508> ASSIGNED TO APPEAL COORD/ASST
Scheduled: 04/22/2003 Enter: 04/22/2003 Edit: 04/24/2003 Comp:04/24/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:   0.00

**ASSIGNED TO SONIA WILLIAMS 4/22/03**

Service:<P5010> APPEAL-PATIENT CONTACT
Scheduled: 04/22/2003 Enter: 04/22/2003 Edit: 04/24/2003 Comp:04/24/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:   0.00

**EE BEING REPRESENTED BY ATTY. REQUEST NO CLIENT CONTACT. WILL CALL
ATTY.**

Service:<A8105> 2ND LEVEL DECISION DUE
Scheduled: 04/22/2003 Enter: 04/22/2003 Edit: 04/24/2003 Comp:04/24/2003 Status (CA)   Bill:  0.00 NON:  0.00 Savings:   0.00

**WGI 0220**

07/07/03                     KEMPER NATIONAL SERVICES                     Page 20

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999- 0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A8110> FINAL LEVEL DECISION DUE
Scheduled: 04/22/2003 Enter: 04/22/2003 Edit: 04/22/2003 Comp:04/24/2003 Status (CA)   Bill:  0.00 NON:  0.00 Savings:  0.00

Service:<P3020> ATTORNEY CONTACT
Scheduled: 04/28/2003 Enter: 04/28/2003 Edit: 04/28/2003 Comp:04/28/2003 Status (CL)   Bill:  0.25 NON:  0.00 Savings:  0.00

  pc to atty wilson (302) 658-3301 advised of appeal case assignment,
  phone number ext for return pc, determination date.
Service:<A9020> APPEAL WORKNOTE
Scheduled: 05/02/2003 Enter: 05/02/2003 Edit: 05/02/2003 Comp:05/02/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:  0.00

  requested job decription from tcm. ee's atty is requesting this as
  well as an rule or procedures applicable to this appeal. ela cos ext
  2703 will fax job description to coord.
Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/05/2003 Enter: 05/05/2003 Edit: 05/05/2003 Comp:05/05/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:  0.00

  PC TO TOM KOVAL SUPV (302) 834-6092 RE: JOB DESCRIPTION FOR CLAIMANT.
  LVM DETAILED AS WELL AS FAX# FOR JOB DESCRITPTION.
Service:<R4330> APPEAL/KNS PEER CONSULT
Scheduled: 05/06/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:  0.00 NON:  0.25 Savings:  0.00

  CLAIM BEING PEERED W/DR. KLOTZ. OVERNIGHTED MEDICAL FILE TO PHYSICIAN



  Referral Date: 5/6/03 (Dictated 5/9/03)Claimant:Charles Hitchens
  Requester: Sonia WilliamsAge:60
  Requester Resource #:1582SS#/Claim#:1088786
  Department:IDMAccount:Washington Group
  Extension:2670Job Title:Safety Supervisor
  Peer Reviewer:Dr. Edward KlotzPhysical Exertion:  Medium to heavy
  Specialty: Pulmonary
       Sedentary              Light              xMedium

     x Heavy              Very Heavy
  Peer Resource #:6023Diagnosis(es):Shortness of Breath
  First Date of Absence:3/13/03
  LTD date: 9/11/03
  Definition of Disability:        x Own Occupation      Any Occupation
                N/A

  Information Reviewed/Considered:
  FDA: 3/13/03
  Benefits were not paid in STD for date 3/13/03.  EE is appealing for

                                                                    WGI 0221

07/07/03                   KEMPER NATIONAL SERVICES                   Page 21

                    Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/KNS PEER CONSULT
Scheduled: 05/06/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.25  Savings:   0.00

STD benefits 3/13/03. The ee was exposed to chemical sulfuric acid
fumes 7/01 from refinery explosion, which resulted in burns of his
upper airway and mucosal/buccal mucosal ulcerations.  EE wears
respirator when out in the field.  Position requires ee to be the
first responder in the event of a chemical accident and assist other
employees out of affected area.  EE's restrictions are: less
demanding physical activity as well as not wearing respirator
(currently).  Employer has accommodated ee with position with these
restrictions as of 5/5/03 per attorney.



Included in this review
Copy of appeal letter dated 3/24/03 from Atty Wilson
Job Description
*Raytheon Constructors Medical Questionnaire for respiratory
clearance dated 1/28/03
*Health care provider's opinion letter dated 3/12/03 Dr. Kambhamettu
*Letter dated 3/14/03 from Dr. Marc Zubrow/Pulmonary
*STD denial letter dated 3/31/03
*Letter dated 4/4/03 from Atty Wilson
*Certification of Health Care provider dated 3/28/03 from Dr. Zubrow
*Pulmonary Lab report dated 2/6/03
*Letter dated 2/25/03 from Dr. Jones
*Instrumentation Laboratory report dated 2/25/03
*Pulmonary Diagnostic Lab report dated 3/11/03
*Lab corp lab results dated 3/9/03
*Letter dated 3/17/03 from Dr. Greaney w/addendum
*Health Status medical report dated 3/17/03 from Dr. Greaney
Prior peer review dated 3/24/03
Pulmonary Lab report dated 2/6/03
Pulmonary Function Lab report dated 9/14/01
*Denotes items submitted on appeal


Disability Status Determination:


Specific Referral Question(s):


                              Do the medicals
provided support the employee's disability from his own occupation in
a medium to heavy physical demand?

                                                        **WGI 0222**

07/07/03                        KEMPER NATIONAL SERVICES                    Page 22

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/KNS PEER CONSULT
Scheduled: 05/06/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)    Bill:   0.00  NON:   0.25  Savings:    0.00

Determination:
Supports disability
xFails to support disability

Rationale:

The employee is a 60-year-old male safety supervisor for Ration
Constructors, Inc. who has a history of "asbestosis" and was exposed
to chemical sulfuric acid fumes in July 2001.  The exposure to these
fumes caused burns to his upper airway as well as mucosal edema and
buccal ulcerations.  He wears a respiratory when out in the field; he
walks a lot and climbs stairs, ladders and towers.  His job
classification is one of medium to heavy work.

His pulmonary physician, Mark Zubrow, M.D., states that the employee
has had progressive dyspnea on exertion over the last eighteen
months.  He also has complained of a dry cough.  His physical
examination by Dr. Zubrow on 3/14/03 was completly within normal
limits.

His pulmonary function studies on 2/6/03 revealed normal lung volume
with a minimally reduced diffusing capacity (79%) when corrected for
alveolar volume.  They reveal mild airway obstruction with a greater
degree of obstruction in the small airways.

Arterial blood gasses were normal.  Exercise test on bicycler
ergometer was conducted and the claimant's heart rate reached 159
beats per minute, which was very close to the predicted maximum.  The
only respiratory abnormality found was a reduced breathing reserve of
29% with normal being 20% or greater.  Oxygenation during and after
the test was within normal limits.

High resolution CT scan of the chest showed absolutely no
abnormality, ruling out the presence of asbestosis.

Based upon the information reviewed and considered, there is no
objective evidence in the medical records to support a loss of
functionality that would preclude the claimant from performing the
essential duties of his occupation.  Specifically, there is no
significant reduction in oxygenation (hypoxemia) at rest or with
exertion and pulmonary function parameters show mild airway

WGI 0223

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| atient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor : UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/KNS PEER CONSULT
Scheduled: 05/06/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00 NON:   0.25 Savings:   0.00

obstruction.  The CT scan of the lungs does not reveal the presence
of any permanent lung damage and in fact was within normal limits.
There is no objective reason why the claimant cannot wear a
respirator or climb stairs, ladders or towers.

The opinions rendered above reflect reasonable clinical certainty
based upon the available information.

Edward Klotz, M.D., F.C.C.P.Date
Pulmonology/IM

EK/mm/lo

Service:<A9020> APPEAL WORKNOTE
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

SPOKE W/TCM ELA 5/5/03 DIDN'T HAVE JOB DESCRIPTION AS YET. TCM STATED
CONTACTED SUPV. ADVISED COORD CONTACTED SUPV ALSO. COORD CONTACTED
KATHY ANDREGG THIS AM VIA EMAIL FOR JOB DESCRIPTION. AS JOB
DECRIPTION IS NEEDED FOR APPEAL AND EE'S ATTY IS REQUESTING COPY
ALSO. DETERMINATION DATE IS 5/14/03 CLAIM IS PENDING RE: NUMEROUS
ATTEMPTS TO OBTAIN JOB DESCRIPTION.

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

To:kathy.andregg
cc:
From:Sonia A. Williams
Client Services/Plantation
Date:05/06/2003 11:16 AM
Subject:Job Description Request

Hello Kathy:

I am the appeal coordinator assigned to claimant Charles Hitchens'
claim.  Could you please forward a copy of Mr. Hitchens' job
description as a safety supervisor.  His I.D. is 14380.  This is
needed for the review of his claim and his Attorney is requesting a
copy as well.  Thank you for your help in this matter.

WGI 0224

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999- 0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

      **Sonia Williams**
      P: (800) 725-9441 ext 2670
      F: (954) 452-4133

Service:<P3020> ATTORNEY CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)    Bill:   0.25  NON:   0.00  Savings:    0.00

PC TO ATTY WILSON (302) 658-3301, LVM DETAILED ABOUT OBTAINING JOB
DESCRIPTION PER REQUEST, DOES ATTY WANT TO HAVE JOB DECRIPTION TO
REVIEW & WILL NEED ADD'L TIME. DETERMINATION DATE IS 5/14/03. LEFT
PHONE # FOR RETURN PC.
--------------------------------------------------------------------R
EC'V RETURN PC FROM ATTY WILSON: ATTY IS REQUESTING SPD FOR
WASHINGTON GROUP & JOB DESCRIPTION. DOESN'T WANT AN EXTENSION OF
TIME. ADVISED COORD IS TRYING TO OBTAIN JOB DESCRIPTION FROM EMPLOYER
& WILL GET CONACT NAME FOR SPD. ATTY WENT ON TO DISCUSS CLAIM W/COORD
THAT EE IS NOT ONLY SAFETY SUPV AND DOESN'T JUST SIT IN AN
ADMINISTARATIVE TYPE POSITION W/O ANY PHYSICAL EXHERTION. EE IS A
SAFETY SUPV & HAS RESPONDED TO ACCIDENTS IN THE REFINERY (WHERE
EMPLOYED) WHICH ENTAILED PUTTING ON RESPERATOR AND GETTING OTHER EE'S
OUT OF REFINERY WHEN CHEMICAL ACCIDENTS OCCUR. EE'S RESTRICTION IS
UNABLE TO WEAR RESPERATOR AND A LESS PHYSICAL DEMANDING JOB.  EE WAS
GIVEN A JOB 5/5/03 AT REFINERY THAT WAS WITHIN HIS LIMITS &
RESTRICTIONS. ASKED EE ABOUT STATEMENT ON LTR DATED 4/4/03 RE: DR.
ZUBROW STATING EE WAS LAID OFF. PER ATTY THAT WAS INCORRECT. ADVISED
ATTY THAT THE RE-REVIEW OF THIS CLAIM WILL TAKE INTO CONSIDERATION
THE JOB DUTIES AS WELL AS MEDICAL EVIDENCE TO SUPPORT DISABILITY FROM
DOING HIS JOB. ASKED ATTY IF EE GAVE INFO OF HIM BEING A 1ST
RESPONDER IN REFINERY ACCIDENT & BEING THE ONE TO GET THE EMPLOYEE'S
OUT OF REFINERY. ATTY ANSWERED YES & THIS MIGHT NOT BE ON THE JOB
DESCRIPTION. ADVISED WILL PROCEED WITH REVIEW. PC TERMINATED.

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

REC'V REQUESTED JOB DECSRIPTION VIA EMAIL FROM kATHY ANDREGG
To:
cc:
From:kathy.andregg@wgint.com (Kathy  Andregg)

Date:05/06/2003 09:18 AM CST
Subject:RE: Job Description Request


Employee is a Technician, 64020.T4.  Following is the generic

WGI 0225

Healthcare Information for Case 1088786

---

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

---

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:  0.00

description of
that job, but to find out specifics of his position, you would need to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations for all
employees who are classified in this job family. This job description is not
intended to include an exhaustive list of all responsibilities, duties and
skills required. Additional responsibilities may be assigned according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and solving
specialized problems within a narrow scope. This may mean responsibility for
ongoing activities within a specific discipline, or more general tasks
common to several disciplines. Commonly provides assistance to professionals
in areas such as, safety, industrial hygiene, environmental science, and
radiation protection. May perform lab work, equipment set-up, testing and
repair, quantity take-off, data entry and/or model construction utilizing
prescribed techniques. May prepare formal reports on experiments, tests and
other projects.

The ES&H Specialist family includes the following disciplines and general
descriptions:

WGI 0226

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:  0.00  NON:  0.00  Savings:  0.00

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the environment
to detect radioactive contamination by performing tests, inspections and
surveys. Responsible for the operation, calibration and maintenance of
radiological support equipment. Test equipment against standards to ensure
accuracy. Instructs personnel in radiation safety procedures and
demonstrates use of protective clothing and equipment. Prepares and/or
authorizes Radiation Work Permits (RWPS) for admittance to site. Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity. Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area radiation
levels approach maximum limits. Recommends work stoppage in unsafe areas,
posts warning signs, and ropes off contaminated areas. Records data and
maintains and updates all records and reports, including individual exposure
records, location and intensity of radioactivity in contaminated areas and
status of areas being decontaminated. Must meet applicable regulatory codes
and standards where needed.

Qualifications:


Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous work
experience required. High school or equivalent preferred. Under direct
supervision, performs limited and routine duties following well-defined
policies and procedures. On-the-job training is received in an area

WGI 0227

07/07/03                    KEMPER NATIONAL SERVICES                    Page 27

                    Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)    Bill:    0.00 NON:    0.00 Savings:    0.00

of
technical specialty.

ES&H Technician II T2 This is an intermediate level position with
one+ years
related work experiences. Under general supervision, demonstrates the
ability to perform assigned duties and is knowledgeable of the
significance
of these duties. Performs moderately complex technical work utilizing
instructions, drawings, sketches and results from computer systems
and
schematics. May be involved in training and supervising technical
personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch.
May be
required to pass professional test.

ES&H Technician III T3 This is a journey level position with four+
years
work experience. Works under general supervision performing advanced
technical work utilizing a wide variety of resources, including
computers.
May be responsible for all or part of a project. May train and
supervise
workflow. May be required to pass professional test.

ES&H Technician IV T4 This is a senior level position with six+ years
work
experience. Works under limited supervision performing complex
technical
work. Duties may include technical responsibility for a major phase
or
component of a project. Takes lead role in workflow coordination. May
be
required to pass professional test.

ES&H Technician V T5 This is a senior level position with eight+
years work
experience. Works under limited supervision performing complex
technical
work utilizing a wide variety of resources, including computers. May
be
responsible for all or part of a project. May train and supervise

WGI 0228

07/07/03                    KEMPER NATIONAL SERVICES                         Page 28

                    Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD    - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:    0.00

other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles Hitchens'
claim.
Could you please forward a copy of Mr. Hitchens' job description as a
safety supervor. His I.D. is 14380.  This is needed for the review
of his
claim and his Attorney is requesting a copy as well.  Thank you for
your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133




DISCLAIMER:
This communication, along with any documents, files or attachments,
is
intended only for the use of the addressee and may contain legally
privileged and confidential information. If you are not the intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information contained
in or
attached to this communication is strictly prohibited. If you have
received
this message in error, please notify the sender immediately and
destroy the

WGI 0229

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/06/2003 Enter: 05/06/2003 Edit: 05/06/2003 Comp:05/06/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:  0.00

original communication
and its attachments without reading, printing or saving in any
manner. This
communication does not form any contractual obligation on behalf of
the
sender or, the sender's employer, or the employer's parent company,
affiliates or subsidiaries.

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/07/2003 Enter: 05/07/2003 Edit: 05/07/2003 Comp:05/07/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:  0.00

REC'V RETURN PC FROM TOM KOVAL/SUPV OF EE RE: JOB DESCRIPTION. PER
SUPV IN MEETINGS ALL DAY WILL FAX JOB DESCRIPTION TO COORD, BUT WILL
GIVE VERBAL ON JOB DUTIES:
EE DOES FRESH AIR COVERAGE 50-60% OF TIME WHICH IS CHECKING JOB
SITES, WALKS A LOT, WEARS RUBBER SUIT, CLIMB STAIRS,LADDERS UP TO
20-30FT, CLIMBS TOWERS TO CHECK ON EMPLOYEES, WALKS THE JOB
SITE/PLANT WHICH IS 40% OF TIME. JOB CLASSIFICATION IS MEDIUM TO
HEAVY, WEARS RESPIRATOR AS NEEDED WHEN IN FIELD, CHECKS EQUIPMENT.

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:  0.00 NON:  0.00 Savings:  0.00

NOTIFICATION OF SHORT TERM DISABILITY DENIAL

May 14, 2003


Kathy Andregg
Washington Group International
720 Park Boulevard
P.O. Box 73
Boise, ID 83713

RE:Washington Group International Short Term Disability (STD) Plan
Claimant:  Charles Hitchens
Case#: 1088786
DOB:
1ST Level denial
Benefits denied from: 03/13/03                    **REDACTED**
Determination letter sent: 5/14/03

From: Kemper National Services, Short Term Disability Administration

                                                      **WGI 0230**

07/07/03                          KEMPER NATIONAL SERVICES                     Page 30

                        Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

> The Short Term Disability Benefits for the above named employee has
> been denied effective 3/13/03 on 1st level appeal. The employee will
> be notified of this determination.
>
> The employee has sixty (60) days to file a second level appeal.
>
> Our appeal file will be closed at this time.
>
> Should you have any questions regarding our determination, please
> contact me at 1-800-520-4536, Ext. 2670
>
> Sincerely,
>
>
> Sonia A. Williams
> Appeal Coordinator
> Kemper National Services

Service:<A9010> APPEAL/ANALYSIS & REVIEW
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

> CASE #:1088786
> NAME:CHARLES HITCHENS
> POSITION:SAFETY SUPERVISOR
> CLAIM TYPE:
> OHN:
> CWA:
> LTD CONSIDERATION:9/11/03
> DIAGNOSIS:SHORTNESS OF BREATH
> FDA:3/13/03
> KNS RECEIVED:3/13/03
> FIRST BENEFIT DAY:3/13/03
> BENEFIT PAID:NONE
> FIRST TX DAY:1/28/03
> BENEFITS TERMINATED:3/13/03
> RELAPSES:N/A

WGI 0231

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury : PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A9010> APPEAL/ANALYSIS & REVIEW
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

INITIAL DENIAL DUE TO:MEDICALS DIDN'T SUPPORT DISABILITY

ISSUES RAISED IN APPEAL:DO MEDICALS SUPPORT DISABILITY FROM OWN
OCCUPATION.

FIRST LEVEL DENIAL DUE TO:MEDICALS DO NOT SUPPORT DISABILITY FROM OWN
OCC.

FIRST LEVEL REINSTATEMENT DUE TO:N/A

PEER REVIEW/PHYSICIAN/DATE:DR. EDWARD KLOTZ/PULMONARY 5/6/03

RESULTS:FAILS TO SUPPORT FUNCTIONAL IMPAIRMENT FROM OWN OCC.

IME/PHYSICIAN/DATE:N/A

RESULTS:

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL) Bill:   0.00  NON:   0.00  Savings:   0.00

---

May 14, 2003


Richard T. Wilson, Esq.
The Law offices of
Peter G. AngelosCase#: 1088786
1300 North Market Street, Suite 212
Wilmington, Delaware 19801


RE:Washington Group International Short Term Disability (STD) Plan
Claimant: Charles Hitchens
DOB:
1ST Level Appeal Denial

Dear Mr. Wilson:                                        REDACTED

As you are aware, Kemper National Services is the claim administrator
for Washington Group International.  We have completed our review of
your request for an appeal of your client's 03/13/03 denial of Short

WGI 0232

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

Term Disability benefits. For the reasons detailed below, our
original decision to deny Short Term Disability benefits effective
03/13/03, has been upheld.

Pursuant to the Washington Group International Short Term Disability
plan, the definition of disability indicates that you are:

a)unable to perform the material and substantial duties of his own
occupation because of a non-occupational illness or injury

b)is not working at any job for wages or profit; and

c) is under the regular care of a Physician

Included in our review your letter of appeal dated 3/24/03, a job
description, a Raytheon Constructors Medical Questionnaire for
respiratory clearance dated 01/28/03, a Health Care Providers Opinion
letter dated 03/12/03 from Dr. Kambhamettu/Occupational Health, a
letter dated 03/14/03 from Dr. Zubrow/Pulmonary, a letter dated
04/04/03 from Attorney Wilson, a Certification of Health Care
Provider dated 03/28/03 from Dr. Zubrow, a pulmonary lab report dated
02/06/03, a letter dated 02/25/03 from Dr. Jones, an instrumentation
lab report dated 02/25/03, a pulmonary diagnostic lab report dated
03/11/03, lab corp lab results dated 03/09/03, a letter dated
03/17/03 from Dr. Greaney, with an addendum, a Health Status Medical
Report dated 03/17/03 from Dr. Greaney, a prior peer physician review
dated 03/24/03, a pulmonary lab report dated 02/06/03, a Pulmonary
Function lab report dated 09/14/01 and the STD denial letter dated
03/31/03 sent to your client. In an effort to afford Mr. Hitchens
every opportunity available, a Kemper National Services Peer Review
Physician specializing in Pulmonary Medicine, reviewed his entire
claim file.

Upon the review of the medical documentation submitted it is noted
that Mr. Hitchens has a history of asbestosis and was exposed to
chemical sulfuric acid fumes in July 2001. The exposure to these
fumes caused burns to Mr. Hitchen's upper airway, mucosal edema and
buccal ulcerations. Mr. Hitchen's pulmonary physician, Dr. Zubrow
stated he has had progressive dyspnea on exertion over the last
eighteen months. He also complained of a dry cough. The physical

WGI 0233

KEMPER NATIONAL SERVICES

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD    - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)   Bill:   0.00  NON:   0.00  Savings:   0.00

examination on 03/14/03 by Dr. Zubrow was completely within normal
limits. His pulmonary function studies on 02/06/03 revealed normal
lung volume with a minimally reduced diffusing capacity of 79% when
corrected for alveolar volume.  They revealed mild airway obstruction
with a greater degree of obstruction in the small airways. Arterial
Blood Gases were normal.  The exercise test on the bicycler ergometer
was conducted showing Mr. Hitchen's heart rate reached 159 beats per
minute, which was close to the predicted maximum.  Oxygenation during
and after the test was within normal limits.  The high resolution CT
scan of Mr. Hitchen's chest, showed no abnormality, ruling out the
presence of asbestosis.

Based on the aforementioned medical documentation, there was
insufficient medical evidence supporting a loss of functionality that
would preclude Mr. Hitchens from performing the essential duties of
his own occupation as a Safety Supervisor.  Specifically, there were
no significant reduction in oxygenation (hypoxemia) at rest or with
exertion and pulmonary function parameters showing a mild airway
obstruction.  The CT scan of the lungs did not reveal the presence of
any permanent lung damage and was within normal limits.  There is a
lack of medical evidence to substantiate why Mr. Hitchens cannot wear
a respirator, climb stairs, ladders and towers.  Therefore, our
original decision to deny benefits effective 03/13/03, has been
upheld.

If you wish to have your claim reconsidered, you must submit within
sixty (60) days from your receipt of this letter:

1)A written letter of appeal to Kemper National Services

2)Objective medical data to support your disability such as:
a.Functional Capacity Evaluation
b.Abnormal physical findings
c.Detailed office/consultation reports

In preparing your appeal, you or your representative may request to
review any pertinent plan documents.  Upon request, you are entitled
to receive copies of materials relevant to your claim at no cost to
you.

If you choose to file a final appeal, a decision will be rendered
within forty-five (45) days of our receipt thereof.  If the decision
is unchanged at the completion of the review process, you have the

                                                        WGI 0234

07/07/03                    KEMPER NATIONAL SERVICES                          Page 34

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 05/14/2003 Enter: 04/22/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

> right to bring a civil action under Section 502(a) of the Employee
> Retirement Income Security Act (ERISA) of 1974.
>
> Your appeal must be addressed to:
>
> Kemper National Services
> Appeal Department
> P.O. Box 189157
> Plantation, FL 33318-9157
>
>
>
> Should you have any questions regarding your claim, or this decision,
> please do not hesitate to contact our office at 800-269-6242, Ext.
> 2670, fax # 954-452-4133.
>
> Very truly yours,
>
>
> Sonia A. Williams
> Appeal Coordinator
> Integrated Disability Management
> Kemper National Services

Service:<R3003> LEVEL 2
Scheduled: 05/14/2003 Enter: 05/14/2003 Edit: 05/14/2003 Comp:05/14/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

Service:<A2515> CLOSURE SUBMITTED TO ADMIN
Scheduled: 05/15/2003 Enter: 05/15/2003 Edit: 05/15/2003 Comp:05/15/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

CASE SENT DOWN TO ADMIN TODAY SONIA WILLIAMS

Service:<P8107> FINAL LEVEL APPEAL RECEIVED
Scheduled: 05/27/2003 Enter: 06/02/2003 Edit: 06/02/2003 Comp:06/02/2003 Status (CL)    Bill:   0.00  NON:   0.00  Savings:    0.00

Received final level appeal 5/27/03 via Certified Mail - sbs

WGI 0235

07/07/03

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A0700> LATE ENTRY
Scheduled: 05/28/2003 Enter: 05/29/2003 Edit: 05/29/2003 Comp:05/29/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00

**5/28/03 10:25 a.m. Received voice mail message from Tom Covell (SP?)
@ Washington Group.  Please call to discuss appeal (302)834-6092**

**5/28/03 4:25 p.m.  Returned call, left message with gentleman who
answered telephone.  Advised he would leave the message as Mr. Covell
was gone for the day.**

**5/29/03 9:26 a.m.  Received voice mail message from Mr. Covell.**

**5/29/03 10:25 a.m.  Returned call, left message on voice mail.**

**Kim East \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Service:<A0700> LATE ENTRY
Scheduled: 05/29/2003 Enter: 05/29/2003 Edit: 05/29/2003 Comp:05/29/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00

**5/29/03 11:44 a.m. Received voice mail message from Tom Koval.
(302)834-6092**

**5/29/03 2:06 p.m.  Returned call left message on voice mail.
Provided e-mail address and call back number.**

**Kim East \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Service:<R8057> FINAL LEVEL APPEAL CONFIRMATION
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/02/2003 Comp:06/02/2003 Status (CL)    Bill:    0.00  NON:    0.10  Savings:    0.00

**Ack ltr sent 6/2/03; e-mail to Wash. Grp. Kathy.Andregg**

Service:<P8030> PATIENT LETTER
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/02/2003 Comp:06/02/2003 Status (CL)    Bill:    0.00  NON:    0.10  Savings:    0.00

**no meds**

Service:<A2520> REQUEST FILE FROM ADMIN
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/02/2003 Comp:06/02/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00

**e-mail to request original file**

Service:<A2509> SUBMITTED TO APPEALS UNIT
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/05/2003 Comp:06/05/2003 Status (CL)    Bill:    0.00  NON:    0.00  Savings:    0.00

**file located/delivered to CE 6/5/03 NJ**

**Received original file 6-5-03    SBS**

Service:<A2540> APPEAL TRIAGE REVIEW
Scheduled: 06/02/2003 Enter: 06/02/2003 Edit: 06/06/2003 Comp:06/06/2003 Status (CA)    Bill:    0.00  NON:    0.00  Savings:    0.00

WGI 0236

07/07/03                          KEMPER NATIONAL SERVICES                      Page 36

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999- 0 | KNS Date Recvd : 03/13/2003 |
| Injury : PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<A2508> ASSIGNED TO APPEAL COORD/ASST
Scheduled: 06/06/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CL)   Bill:   0.00 NON:   0.00 Savings:   0.00

**APPEAL ASSIGNED TO BARBARA KURTZ, APPEAL COORDINATOR, EXT. 2065.**

Service:<P5010> APPEAL-PATIENT CONTACT
Scheduled: 06/06/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CA)   Bill:   0.00 NON:   0.00 Savings:   0.00

**SEE P3020, DATED 06/10/03.**

Service:<A8100> 1ST LEVEL DECISION DUE
Scheduled: 06/06/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CA)   Bill:   0.00 NON:   0.00 Savings:   0.00

Service:<A8105> 2ND LEVEL DECISION DUE
Scheduled: 06/06/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CA)   Bill:   0.00 NON:   0.00 Savings:   0.00

Service:<P3020> ATTORNEY CONTACT
Scheduled: 06/10/2003 Enter: 06/10/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CL)   Bill:   0.25 NON:   0.00 Savings:   0.00

**10:15 AM UNSUCCESSFUL. LM ON ANSWERING MACHINE OF MR. RICHARD WILSON, ESQ, ADVISING OF NAME/NUMBER OF APPEAL COORDINATOR ASSIGNED TO FILE AND OF APPEAL PROCESS. ACKNOWLEDGED REQUEST FOR COPIES OF MEDS, PLAN, JOB DESCRIPTION, AND PEER REVIEWER NAMES AND WORK ADDRESSES. REQUESTED THAT MR. WILSON CLARIFY "WORK ADDRESSES" AS PEERS EMPLOYED BY KEMPER. WILL SEND MEDS. ACKNOWLEDGED LETTER STATING ALL MEDS SUBMITTED. WILL GO FORTH WITH APPEAL WITH DECISION MAILED NO LATER THAN 07/10/03. BK*************

**11:05 AM AFTER RECEIVING CORRESPONDENCE FROM ATTORNEY (TYPED AFTER RECEIVING ACKNOWLEDGEMENT LETTER), AC CONTACTED MR. WILSON AGAIN AND SPOKE WITH HIM. EXPLAINED PROCESS. CONFIRMED ALL MEDS RECEIVED. ADVISED WILL NEED TO REQUEST PLAN FROM EMPLOYER FOR WHICH AC WILL SUPPLY ADDRESS. HAVE ALL MEDS TO SEND AND WILL SEND AS SOON AS THAT ADDRESS RECEIVED. MR. WILSON ADVISED PATIENT IS TO NOT BE EXPOSED TO ANY DUST OR OTHER CHEMICALS BASED UPON LUNG PROBLEM. BK*************

Service:<P3020> ATTORNEY CONTACT
Scheduled: 06/10/2003 Enter: 06/10/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CL)   Bill:   0.25 NON:   0.00 Savings:   0.00

**June 10, 2003**


**Law Offices of Peter Angelos
ATTN: Mr. Richard Wilson, Esq.
1300 North Market St.
Ste. 212
Wilmington, DE  19801**

**WGI 0237**

## Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD  - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-  0 | KNS Date Recvd : 03/13/2003 |
|   Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<P3020> ATTORNEY CONTACT
Scheduled: 06/10/2003 Enter: 06/10/2003 Edit: 06/10/2003 Comp:06/10/2003 Status (CL)   Bill:  0.25 NON:   0.00 Savings:    0.00

RE:CHARLES HITCHENS
WASHINGTON GROUP SHORT TERM DISABILITY
Case #: 1088786
DOB: 04/09/42


Dear Mr. Wilson:

We are in receipt of your letter, dated 5/21/03, in which you are
requesting a copy of your Client's claim file, the names of the Peer
Review Physicians, a copy of the job description, and a copy of the
actual policy/plan.

Enclosed please find copies of the information utilized in the review
of your Client's claim.

You may request a copy of the policy/plan by sending your request to
the following address:

Washington Group International
720 Park Boulevard
P.O. Box 73
Boise, ID  83712

Please feel free to contact me if you have any further questions at
(866) 269-6242, ext 2065.

Very truly yours,


Barbara Kurtz
Appeal Coordinator
Kemper National Services
Integrated Disability Management

Service:<R4330> APPEAL/KNS PEER CONSULT
Scheduled: 06/11/2003 Enter: 06/06/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)   Bill:  0.00 NON:   0.25 Savings:    0.00

**DOCUMENTED IN SHIVA 06/18/03** BK*********

KNS General Peer Review
Addendum

**WGI 0238**

KEMPER NATIONAL SERVICES

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999- 0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/KNS PEER CONSULT
Scheduled: 06/11/2003 Enter: 06/06/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)    Bill:   0.00  NON:   0.25  Savings:    0.00

REDACTED

WGI 0239

07/07/03                    KEMPER NATIONAL SERVICES                    Page 39

Healthcare Information for Case 1088786

| | | |
|---|---|---|
| Patient #: 222245615 | Diagnosis : 786-05 SHORTNESS OF BREATH | Status : STD   - STD APPEALS |
| Patient Name: HITCHENS, CHARLES, C | Employer: WASHINGTON GROUP INTERNATI | Carrier : SELF INSURED |
| Occupation: SAFETY SUPERVISOR | Location: UNDECLARED LOCATION | Claims Office : UNDECLARED |
| Type Claim: | Provider #: 99-9999999-   0 | KNS Date Recvd : 03/13/2003 |
| Injury: PULMINARY PROBLEM | Provider: UNKNOWN | Adjustor: UNDECLARED, ADJUSTOR |
| Injury Date: | Resource: KURTZ, BARBARA | Claim Number: |

Service:<R4330> APPEAL/KNS PEER CONSULT
Scheduled: 06/11/2003 Enter: 06/06/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)   Bill:   0.00 NON:   0.25  Savings:   0.00

# REDACTED

Scheduled: 06/11/2003 Enter: 06/10/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)   Bill:   0.00 NON:   0.00  Savings:   0.00

Service:<A8110> FINAL LEVEL DECISION DUE
Scheduled: 06/25/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:        Status (OP)   Bill:   0.00 NON:   0.00  Savings:   0.00

Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 07/02/2003 Enter: 07/02/2003 Edit: 07/02/2003 Comp:07/02/2003 Status (CL)   Bill:   0.00 NON:   0.00  Savings:   0.00
   **1:30 PM RETURNED LISA BECKER'S CONTACT, HR MANAGER, AND ADVISED**
   **DECISION DUE ON CLAIM NO LATER THAN 07/10/03. BK***********
Service:<E8175> APPEAL BRIEF REVIEWED BY KNS COMMITTEE
Scheduled: 07/08/2003 Enter: 07/07/2003 Edit: 07/07/2003 Comp:        Status (PE)   Bill:   0.00 NON:   0.00  Savings:   0.00

   **APPEAL BRIEF SENT TO DR. LAZAROVIC AND ANDREW ENNIS. BK***********
Service:<E5010> APPEAL-EMPLOYER CONTACT
Scheduled: 07/10/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:        Status (OP)   Bill:   0.00 NON:   0.00  Savings:   0.00

Service:<A9010> APPEAL/ANALYSIS & REVIEW
Scheduled: 07/10/2003 Enter: 06/06/2003 Edit: 06/10/2003 Comp:        Status (OP)   Bill:   0.00 NON:   0.00  Savings:   0.00

**CASE #:**
**NAME:**
**POSITION:**
**CLAIM TYPE:**
**OHN:**
**CWA:**
**LTD CONSIDERATION:**
**DIAGNOSIS:**
**FDA:**
**KNS RECEIVED:**

**WGI 0240**

**Kemper**
Insurance Companies

# KNS General Peer Review

| | | | |
|---|---|---|---|
| **Referral Date:** | June 11, 2003 (Dictated 6/12/03) | **Claimant:** | Charles Hitchens |
| **Requester:** | Barbara Kurtz | **Age:** 61 | |
| **Requester Resource #:** | 931 | **SS#/Claim#:** | 1088786 |
| **Department:** | IDM – Appeals | **Account:** | The Washington Group |
| **Extension:** | 2065 | **Job Title:** | Safety Inspector |
| **Peer Reviewer:  Dr. Aron Neuhaus** | | **Physical Exertion level:** | |

**Specialty:**   Pulmonology

☐ Sedentary    ☐ Light    ☐ Medium
■ Heavy    ☐ Very Heavy

| | | | |
|---|---|---|---|
| **Peer Resource #:** | 4941 | **Diagnosis(es):** | Obstructive Lung Disease |
| | | **First Date of Absence:** | 03/13/03 |
| | | **LTD date:** | N/A |

**Evaluate Functional Impairment related to:**
■ Own Occupation    ☐ Any Occupation    ☐ N/A

**Information Reviewed/Considered:**  Never paid STD benefits. **Denied 03/13/03.**

MEDICALS REVIEWED:
- Attorney appeal correspondences, dated 03/24/03, 04/04/03, and 05/21/03.
- Employee job descriptions **(respirator required, is exposed to dust and fumes).**
- PFT reports, dated 09/14/01, 01/31/03, and 02/06/03, 02/25/03, and 03/11/03.
- Baseline Medical Questionnaire for Respiratory Clearance, dated 01/28/03.
- Lab work, dated 03/07/03.
- Medical examination report from Dr. Peter Greaney from WorkCare, dated 03/12/03.
- Health Care Provider's Opinion Letter from unknown provider, dated 03/12/03 **(not permitted to wear respirator at any time).**
- Dictation from Dr. Marc Zubrow, Pulmonologist, dated 03/14/03.
- Health Status Medical Report (employer copy), dated 03/17/03.
- Certification of Health Care Provider from Dr. Zubrow, dated 03/28/03.
- **Prior peer consult with Dr. Dennis Mazal, Internal Medicine/Pulmonologist, dated 03/24/03.**
- **Prior peer consult with Dr. Edward Klotz, Pulmonologist, dated 05/06/03.**

**Functional Impairment Status Determination:**

Specific Referral Question(s):   1) Is this employee disabled from his own occupation as of 03/13/03?  2) If yes, what is the projected length of his disability?

Determination:

___  Supports functional impairment(s) that precludes work
_X_  Fails to support functional impairment(s) that precludes work

**WGI 0241**

cc Dr Zubrow

Hitchens, Charles

02/25/03

Arterial blood gases were obtained at rest on room air and are within normal limits.

The patient was then exercised on the bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximum heart rate achieved is 159 which is very close to the predicted maximum. This was likely a maximal test for this patient. The patient discontinued exercise because of shortness of breath more so than leg fatigue.

The patient's work capacity is reduced with a normal anaerobic threshold. Measures of respiratory performance show a reduced breathing reserve. Breathing frequency is normal. Tidal volume to FVC relationship is elevated at peak exercise. Dead space to tidal volume relationship is normal. Arterial to end tidal $CO_2$ is normal. Arterial blood gases repeated at peak exercise show improvement in arterial oxygenation. There is not much change in the $pCO_2$. The pH falls as expected. VE/VCO2 and VE/VO2 are normal.

Measure of cardiac performance shows an oxygen pulse that rises with exercise as expected but not to the predicted values. Blood pressure at rest 128/88 which rises with exercise to a peak value of 220/104. No significant EKG changes were appreciated during performance of the test.

IN CONCLUSION: Reduced work capacity with indeterminate anaerobic threshold. The only respiratory abnormality appreciated is a reduced breathing reserve.

Oxygen pulse which is sometimes considered an indirect measure of (stroke volume) rises during performance of the test but does not reach the predicted value. It is not known if this might be related to the patient's significantly hypertensive response to exercise. Ischemic EKG changes were not appreciated during performance of the test. Clinical correlation is required.

Mark Jones, M.D.

REDACTED

WGI 0242

# INSTRUMENTATION LABORATORY
## PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

```
Status: ACCEPTED
02/25/2003  09:27:02
Sample Type: Arterial
Sample No.: 51
Operator:  JANICE ELLIS
Patient ID:           Patient Name: HITCHENS, CHARLES.
Patient Birth Date:          Patient Age: 60. Patient Sex: M.
Comment: BIKE L-RAD X1 JB/JE 0930/0933
Instrument:  Model: GEM 3000,  S/N: 14200,   14200
```

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| pH | 7.34 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 37 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 98 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 48 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| #HCO3- | 20.0 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| #BE(B) | -5.2 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 97 | % | 75 | 100 | 69 | ---- |
| ?A-aDO2 | ---- | | ---- | ---- | ---- | ---- |

```
#=Outside ref. range
?=Review
```

REDACTED

WGI 0243



Based on the medical information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude you from performing the essential duties of your occupation.

Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment. Although you sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent damages to the lungs resulting from that exposure. Based on the lack of objective evidence supporting a loss of functionality, there is no reason why you could not work as a safety supervisor. Therefore, benefits will not be approved. Washington Group has been notified.

Upon request, you are entitled to receive copies of the information used in making our decision at no cost to you.

If you disagree with this determination, in whole or in part, you may file a written request to appeal this decision within 180 days of receipt of this notice. The review on appeal will consist of a fresh review of your claim based on information already existing in your file, along with any additional information, records, documents, comments, or other relevant material you may submit in support of your appeal.

In order to assist with your appeal, please provide us with current medical documentation, which includes objective data, such as, but not limited to the following:

- Diagnostic test results;
- Functional Capacity Evaluations;
- Physical therapy notes, office notes, consultation notes, progress reports;
- Current x-rays, CT Scans and EMG to support your diagnosis and claim for disability; and which provides specific functional abilities, including any and all restrictions and limitations."

We will render a written decision within 45 days after your completed appeal. If the decision remains unchanged at the completion of the Plan's final review process, you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 ("ERISA").

Your appeal should be addressed to:

**Kemper National Services**
**Integrated Disability Management**
**Attention: WASHINGTON GROUP INTERNATIONAL,**
**APPEAL COORDINATOR**
**P.O. Box 189157**
**Plantation, FL 33318-9157**

Washington Group International, Inc. has been notified of this benefit determination. You should call your employer at 208-386-5822 if you have specific questions relating to the Family and Medical Leave Act (FMLA) and/or your employment status.

## INSTRUMENTATION LABORATORY
## PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  07:30:09
Sample Type: Arterial
Sample No.: 46
Operator:  P T MCCARTNEY
Patient ID:              Patient Name: HITCHENS, CHARLES.
Patient Birth Date:            Patient Age: 60. Patient Sex: M.
Comment: R RADIAL  0730/0735 JE/PTM  HGB= 14.2
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| pH | 7.42 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 36 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 82 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 43 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| HCO3- | 23.4 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| BE(B) | -0.7 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 96 | % | 75 | 100 | 69 | ---- |
| A-aDO2 | 23 | mmHg | ---- | ---- | ---- | ---- |

Operator Entered

O2 and Vent Settings:
 %FiO2    21.0   %

REDACTED

WGI 0245

05/05/2003   09:42   PULMONARY LAB 302 7332947 → PGE

| Christiana Care Health Systems | Date: 02/25/03 |
|---|---|
| Human Performance Laboratory | Name: Hitchens, Charles |
| (302) 733-1559   (302) 428-2259 | Age: 60 Sex: M |
| SSN: | Hgt:: 71" Wgt:: 234 lbs. |
| Physician Attending: | Physician, Referring: Dr. Zubrow |

| History | DOE |
|---|---|
| PFT's | FVC= 3.48  FEV-1 = 2.2   FEV$_1$/FVC= 64%  MVV= 89 |
| Exercise | bike ramped at 25 w/min to 165 watts for 9:30 |
| | |
| Reason Stopped | SOB/legs |
| Pulse Oximetry | Rest = 98%  Exercise = 98%   headband |

| | Predicted | Measured |
|---|---|---|
| VO$_2$ max | 3027 | 2016 67% |
| Hr max | 160 | 159 99% RHR: 70 |
| O$_2$/HR | 19 | 13 67% |
| WR max | 224 | 165 75% |
| V$_E$ max | 149 | 63 42% |

| | pH | pCO$_2$ | PO$_2$ | HCO$_3$ | SaQ2 | "RQ" | VO$_2$/kg |
|---|---|---|---|---|---|---|---|
| Rest | 7.42 | 36 | 82 | 23.4 | 96 | .85 | 3.0 |
| WR max | 7.34 | 37 | 98 | 20 | 97 | 1.12 | 19.0 |

| | | | | Normal | Patient |
|---|---|---|---|---|---|
| **General** | Work Capacity | VO$_2$ max / pred VO$_2$ max | | > 85 % | 2016 67% |
| | Anaerobic Threshold | VO$_2$ AT/ predVO$_2$ max | | > 40 % | 1535 76% |
| | | | | | |
| **Respiratory** | Breathing Reserve | 1-(V$_E$ max /MVV) or MVV - V$_E$ max | | > 30 % > 15 L | 29% 26 L |
| | f$_b$ | Rest → WR max | | 8 → 50 /min | 12    21 |
| | V$_t$/FVC | Rest → WR max | | 0.15 → 0.60 | .25   .87 |
| | | | | | |
| **V/Q** | P(A-a)O$_2$ | Rest → WR max | | < 20 | 28   21 |
| | V$_d$ / V$_t$ | Rest → WR max | | .35 → < .25 | .37   0.15 |
| | P(a- ET)CO$_2$ | Rest → WR max | | + 2 → < 0 | 4   -4 |
| | | | | | |
| **Cardiac** | HR Reserve | 1-(HR max / HR pred max) | | ≤ 15% | .01 |
| | O$_2$ / Pulse | Rest → WR max | | | 4   13 |
| | BP | Rest → WR max | | 128/88 resting | 220/104 ex |
| | HR @ AT | | | | 127 |
| | VO$_2$ @ AT | | | | 1535 |
| Meds: | Observations: | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Stress Test Technician: DRC | | | | |

16776 (0675) (0590)C   Copyright 1985 D.C. Zavala M.D., U. Of Iowa, with permission

WGI 0246

MAR 22 2003 05:12                    302 356 1240       PAGE.12

302 366 1240    PAGE.15

03/12/2003    13:15    OCCUPATIONAL HEALTH → 98366685



CHRISTIANA CARE
Occupational
Health Services

[ ] 501 West 14th Street                                              [ ] 131 East Chestnut Hill Road
Wilmington, Delaware 19801                                          Newark, Delaware 19713
302-428-4250 phone                                                302-428-4250 phone
302-428-4280 fax                                                  302-452-2790 fax

## Health Care Provider's Opinion Letter

Date: 03/12/2003              Case # 9785            Visit Type: Exam
Patient Name: Hitchens, Charles                      Company Name: Workcare/Washington Group Int'l-PP
Patient Address: 28 East 6th St, Newcastle, DE 19720 Company Address: Delaware City Refinery
DOB:                                                              333 South Anita Drive, Suite 630
Patient SS#:                                                      Orange, CA 92868
Phone #: (302) 322-6014       Occupation:            Company Contact: Monika Valdovinos
                                                     Company Phone #: (800) 455-6155 x 152

Check One

Type of Evaluation:     [ ] Health Evaluation    [ ] Respirator    [ ] Hazardous Waste    [ ] Asbestos
Reason for Evaluation:  [ ] Preplacement         [ ] Periodic      [ ] Post Exposure      [ ] Termination    [ ] Other _____
Substance(s) Employee Exposed to (if post exposure): _____

## OPINION

For Preplacement:
____ Medically qualified to work at stated job assignment (pending lab and/or drug test results).

For Respirator Wearers:

Evaluation Components:
[ ] Review of the Baseline Medical Questionnaire for Respiratory Clearance by a Health Care Provider.

[ ] Clinical evaluation including additional medical history and targeted physical exam indicated.  Date of clinical evaluation: _____

[ ] Further diagnostic studies:    [ ] No    [ ] Yes
    If yes, please list                                          Recommended frequency of evaluation: _____ years.

____ Medically qualified to wear any respirator.
____ Medically qualified to wear a supplied air respirator only.
____ Wear of respirator approved for emergency use only.
____ Not medically qualified to wear a respirator at any time.

For Hazardous Waste Exams
____ No medical conditions were found that would place examinee at increased risk of health impairment from work in hazardous waste operations or emergency response or from respirator use.
____ There are no limitations upon the examinee's assigned work.
____ Examinee has been informed of results of the exam and any medical conditions requiring further examination or treatment.

For Workers with Possible Exposure to Asbestos:
____ There were no medical conditions detected that would place examinee at risk of material health impairment from exposure to asbestos.
____ There are no recommended limitations on the examinee or upon the use of personal protective equipment such as clothing or respirators.
____ Examinee has been informed of results of the exam and any findings resulting from asbestos exposure requiring further examination or treatment.
____ The increased risk of lung cancer attributable to the combined effects of smoking and exposure to asbestos has been explained to the examinee, (if a smoker).

## Restrictions:
[ ] None                                    [ ] No exposure to dusts, fumes, vapors or irritant gases
[ ] No lifting over _____ lbs.             [ ] No frequent bending
[ ] No working alone                        [ ] Other _no use of respirator or jobs requiring it_
                                            _No climbing heights or strenous activity._

Health Care Provider, NP, RN, PA: _____    Date: 3/12/03
Printed name of Health Care Provider: _KAMBHAMETTV, MD_

REDACTED

WGI 0247

NO.969    0015    PULMONARY ASSOCIATES → 19544524061    08:33    03/12/2003

Personal Physician's Name & Address _____  *Family Dr.*

## BASELINE MEDICAL QUESTIONNAIRE FOR RESPIRATORY CLEARANCE

*Pulm Assoc*
*322 3600-*
*1240*

Section I - Part A

1. Name  CHARLES  HITCHENS

2. Social Security Number _____

3. Job Title  SAFETY

4. Address  28 EAST 6th ST
   NEW CASTLE  DE  19720

5. Telephone  322 6690

6. Date  1-28-03     7. Sex  ✓ M ___ F

8. Date of Birth _____

9. Place of Birth  DELAWARE

10. Marital Status - ✓ Married ___ Single
    ___ Widowed ___ Divorced

11. Check the type of respirator you will use  (Check all that apply)
    ___ N, R or P disposable respirator (filter- mask, non-cartridge type only)
    ✓ Other type (for example, half or full-face piece type, powered-air purifying, supplied air, self-containing breathing apparatus).

12. Have you worn a respirator? ✓ Yes ___ No

    If yes, what types? _____
    _____

Section 2, Part A

1. Do you currently smoke tobacco, or have you smoked tobacco in the last month? ___ Yes ✓ No

*60 y.o.*
*PMH - Asbestosis*
*meds - none*
*All - NKDA*

**REDACTED**

2. Have you ever had any of the following conditions?
   a. Seizures (fits)  ___ Yes ✓ No
   b. Diabetes (sugar disease)  ___ Yes ✓ No
   c. Allergic reactions that interfere with your breathing?  ___ Yes ✓ No
   d. Claustrophobia  ___ Yes ✓ No
   e. Trouble smelling odors?  ___ Yes ✓ No

3. Have you ever had any of the following pulmonary or lung problems?
   a. Asbestosis  ✓ Yes ___ No → *last CXR*
   b. Asthma  ___ Yes ✓ No    *22 year ago =*
   c. Chronic bronchitis  ✓ Yes ___ No   *every*
   d. Emphysema  ___ Yes ___ No   *once*
   e. Pneumonia  ___ Yes ___ No   *awhile*
   f. Tuberculosis  ___ Yes ___ No
   g. Silicosis  ___ Yes ___ No
   h. Pneumothorax  ___ Yes ___ No
   i. Lung Cancer  ___ Yes ___ No
   j. Broken ribs  ___ Yes ___ No
   k. Chest injuries or surgeries  ___ Yes ✓ No
   l. Other lung problem  ___ Yes ___ No

4. Do you currently have any of the following symptoms of pulmonary or lung illness?
   a. Shortness of breath  ✓ Yes ___ No
   b. Shortness of breath when-
      -walking fast  ✓ Yes ___ No
      -up a slight hill  ✓ Yes ___ No
      -walking with others on level ground  ___ Yes ✓ No
      } *no recent working*
   c. Have to stop for breath when walking  ___ Yes ✓ No
   d. Coughing that
      -produces phlegm  ___ Yes ✓ No
      -wakes you in the morning  ___ Yes ✓ No
      -that occurs when lying down  ✓ Yes ___ No  *relieved by up sitting*
      -produces blood  ___ Yes ✓ No
   e. Wheezing  ___ Yes ✓ No  *slept = pillows*
      -that interferes with your job  ___ Yes ✓ No

*tobacco*
*Hosp/Surg - obstruction gas leak*

List any medicines you are taking regularly: _____

WGI 0248

Mar 19 2003 10:33AM

f. Cough up blood or cough
deeply                              Yes ___ No
g. Symptoms that might be
related to lung problems      ___ Yes ___ No — dyspnea

Questions 10 through 15 must be answered by every
employee who wears either a full-face respirator or a self-
contained breathing apparatus (SCBA).

5. Have you ever had any of the following cardiovascular or
heart problems?

a. Heart attack                    ___ Yes ___ No
b. Stroke                          ___ Yes ___ No
c. Angina                          ___ Yes ___ No
d. Heart failure                   ___ Yes ___ No
e. Swelling in your legs or feet
(not caused by walking)     ___ Yes ___ No
f. Heart arrhythmia (heart
beating irregularly)        ___ Yes ___ No
g. High blood pressure             ___ Yes ___ No

6. Have you ever had any of the following cardiovascular or
heart symptoms?

a. Frequent pain or tightness in your
chest                           ___ Yes ___ No
b. Pain or tightness in chest during
physical activity               ___ Yes ___ No
c. Pain or tightness in chest that interferes
with your job                   ___ Yes ___ No
d. In the past two years, have you noticed
your heart skipping or missing
a beat                          ___ Yes ___ No
e. Heartburn or indigestion that is
not related to eating           ___ Yes ___ No
f. Any other symptoms that you think
may be related to heart or circulation
problems                        ___ Yes ___ No

7. Do you currently take medication for any of the following
problems?

a. Breathing or lung problems      ___ Yes ___ No
b. Heart trouble                   ___ Yes ___ No
c. Blood pressure                  ___ Yes ___ No
d. Seizures (fits)                 ___ Yes ___ No

8. If you have used a respirator, have you ever had any of the
following problems? If you have never used a respirator,
check the following space and go to question 9.  ___

a. Eye irritation                  ___ Yes ___ No
b. Skin allergies/rash             ___ Yes ___ No
c. Anxiety                         ___ Yes ___ No
d. General weakness or fatigue     ___ Yes ___ No
e. Any other problem that interferes with
your use of a respirator        ___ Yes ___ No

10. Have you ever lost vision in either eye (temporarily
or permanently)?              ___ Yes ___ No

11. Do you currently have any of the following visual
problems?

a. Wear contact lenses             ___ Yes ___ No
b. Wear glasses                    ___ Yes ___ No
c. Color blind                     ___ Yes ___ No
d. Any other eye or vision
problem                      ___ Yes ___ No

12. Have you ever had an injury to your ears, including a
broken eardrum?               ___ Yes ___ No

13. Do you currently have any of the following hearing
problems?

a. Difficulty hearing              ___ Yes ___ No
b. Wear a hearing aid              ___ Yes ___ No
c. Any other hearing or ear
problems                     ___ Yes ___ No

14. Have you ever had a back
injury?                           ___ Yes ___ No

15. Do you currently have any of the following
musculoskeletal problems?

a. Weakness in any of your arms, hands,
legs or feet                    ___ Yes ___ No
b. Back pain                       ___ Yes ___ No
c. Difficulty fully moving your arms
and legs                        ___ Yes ___ No
d. Pain or stiffness when you lean forward
or backward at the waist        ___ Yes ___ No
e. Difficulty moving your head up
or down                         ___ Yes ___ No
f. Difficulty moving your head side
to side                         ___ Yes ___ No
g. Difficulty bending at your
knees                           ___ Yes ___ No
h. Difficulty squatting to the
ground                          ___ Yes ___ No
i. Climbing a flight of stairs or a ladder
carrying more than 25 lbs.      ___ Yes ___ No — dyspnea
j. Any other muscle or skeletal problem that
interferes with using a respirator  ___ Yes ___ No

Elevated BP, Dyspnea, Dec. PFTs

BP 156/85
Pulse 72
Lungs 234
Heart

This employee HAS/HAS NOT successfully passed physical
requirements and IS/IS NOT eligible to wear a respirator.

_____  Betsy D...

PHYSICIAN'S SIGNATURE

Temporary clearance — Pending MDs work up.

Rev 2/99     AGE 60

WGI 0249