# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:05-cv-379 (SLR) |
| | : | |
| v. | : | |
| | : | |
| Washington Group International, Inc., Plan | : | |
| Administrator, Washington Group | : | |
| International Short Term Disability (STD) | : | |
| Plan, Broadspire National Services, Inc. f/k/a | : | |
| Kemper National Services, Inc., Broadspire | : | |
| Services, Inc. f/k/a Kemper Services, Inc., | : | |
| Broadspire Inc., f/k/a Kemper Services, Inc., | : | |
| Plan Administrators of the STD Plan, | : | |
| | : | |
| Defendants. | : | |

## APPENDIX VOLUME V OF VI
### (WGI 0250 – 0311)

REDACTED

Personal Physician's Name & Address _____ (illegible handwriting)

## BASELINE MEDICAL QUESTIONNAIRE FOR RESPIRATORY CLEARANCE

### Section I - Part A

1. Name  CHARLES  HITCHENS

2. Social Security Number _____

3. Job Title  SAFETY

4. Address  2B EAST 6th ST

   NEW CASTLE  DL  19720

5. Telephone  322 6690

6. Date  1-28-03    7 Sex  ✓ M ___ F

8. Date of Birth _____

9. Place of Birth  DELAWARE

10. Marital Status -  ✓ Married ___ Single
    ___ Widowed ___ Divorced

11. Check the type of respirator you will use    (Check all that apply)
    ___ N, R or P disposable respirator (filter- mask, non-cartridge type only)
    ✓ Other type (for example, half or full-face piece type, powered-air purifying, supplied air, self-containing breathing apparatus).

12. Have you worn a respirator? ✓ Yes ___ No

    If yes, what types? _____

### Section 2, Part A

Do you currently smoke tobacco, or have you smoked tobacco in the last month? ___ Yes ✓ No

*(handwritten notes:)*
60 y.o.
PMHt - Asbestosis
Meds - none
All - NKDA

2. Have you ever had any of the following conditions? *(handwritten: Pulm Assoc 366-1240 Fax)*
   a. Seizures (fits) ___ Yes ✓ No
   b. Diabetes (sugar disease) ___ Yes ✓ No
   c. Allergic reactions that interfere with your breathing? ___ Yes ✓ No
   d. Claustrophobia ___ Yes ✓ No
   e. Trouble smelling odors? ___ Yes ✓ No

3. Have you ever had any of the following pulmonary or lung problems?
   a. Asbestosis ✓ Yes ___ No *(handwritten: last CXR)*
   b. Asthma ___ Yes ✓ No *(handwritten: ?? Jan)*
   c. Chronic bronchitis ✓ Yes ___ No *(handwritten: wing once in while)*
   d. Emphysema ___ Yes ___ No
   e. Pneumonia ___ Yes ___ No
   f. Tuberculosis ___ Yes ___ No
   g. Silicosis ___ Yes ___ No
   h. Pneumothorax ___ Yes ___ No
   i. Lung Cancer ___ Yes ___ No
   j. Broken ribs ___ Yes ✓ No
   k. Chest injuries or surgeries ___ Yes ✓ No
   l. Other lung problem ___ Yes ✓ No

4. Do you currently have any of the following symptoms of pulmonary or lung illness?
   a. Shortness of breath ✓ Yes ___ No
   b. Shortness of breath when:
      - walking fast ✓ Yes ___ No
      - up a slight hill ✓ Yes ___ No *(handwritten: no recent walking)*
      - walking with others on level ground ___ Yes ✓ No
   c. Have to stop for breath when walking ___ Yes ✓ No
   d. Coughing that
      - produces phlegm ___ Yes ✓ No
      - wakes you in the morning ___ Yes ✓ No
      - that occurs when lying down ✓ Yes ___ No *(handwritten: relieved by sitting up, sleeps c pillows)*
      - produces blood ___ Yes ✓ No
   e. Wheezing ___ Yes ✓ No
      - that interferes with your job ___ Yes ✓ No

*(handwritten notes at bottom:)*
Ø tobacco
Hosp/surg - obstruction gas leak
Ø edema
Ø pain
Ø CP  (+) dyspnea

List any medicines you are taking regularly: _____

WGI 0250

f. Chest pain when you breathe deeply

g. Symptoms that might be related to lung problems ___Yes __No – dyspnea

5. Have you ever had any of the following cardiovascular or heart problems?

a. Heart attack ___Yes __✓No
b. Stroke ___Yes __✓No
c. Angina ___Yes __✓No
d. Heart failure ___Yes __✓No
e. Swelling in your legs or feet (not caused by walking) ___Yes __✓No
f. Heart arrhythmia (heart beating irregularly) ___Yes __✓No
g. High blood pressure ___Yes __✓No

6. Have you ever had any of the following cardiovascular or heart symptoms?

a. Frequent pain or tightness in your chest ___Yes __✓No
b. Pain or tightness in chest during physical activity ___Yes __✓No
c. Pain or tightness in chest that interferes with your job ___Yes __✓No
d. In the past two years, have you noticed your heart skipping or missing a beat ___Yes __No
e. Heartburn or indigestion that is not related to eating ___Yes __✓No
f. Any other symptoms that you think may be related to heart or circulation problems ___Yes __✓No

7. Do you currently take medication for any of the following problems?

a. Breathing or lung problems ___Yes __✓No
b. Heart trouble ___Yes __✓No
c. Blood pressure ___Yes __✓No
d. Seizures (fits) ___Yes __✓No

8. If you have used a respirator, have you ever had any of the following problems? If you have never used a respirator, check the following space and go to question 9. ___

a. Eye irritation ___Yes __✓No
b. Skin allergies/rash ___Yes __✓No
c. Anxiety ___Yes __✓No
d. General weakness or fatigue ___Yes __✓No
e. Any other problem that interferes with your use of a respirator ___Yes __No

BP 156/85
Pulse 72
Lungs 72
Heart

Rev 2/99

MAR 24 2003 17:52      WGI 0251

employee who wears either a full-face respirator or a self-contained breathing apparatus (SCBA).

10. Have you ever lost vision in either eye (temporarily or permanently)? ___Yes __✓No

11. Do you currently have any of the following visual problems?

a. Wear contact lenses ___Yes __✓No
b. Wear glasses ___✓Yes __No
c. Color blind ___Yes __✓No
d. Any other eye or vision problem ___Yes __✓No

12. Have you ever had an injury to your ears, including a broken eardrum? ___Yes __✓No

13. Do you currently have any of the following hearing problems?

a. Difficulty hearing ___✓Yes __No
b. Wear a hearing aid ___✓Yes __No
c. Any other hearing or ear problems ___Yes __✓No

14. Have you ever had a back injury? ___Yes __✓No

15. Do you currently have any of the following musculoskeletal problems?

a. Weakness in any of your arms, hands, legs or feet ___Yes __✓No
b. Back pain ___Yes __✓No
c. Difficulty fully moving your arms and legs ___Yes __✓No
d. Pain or stiffness when you lean forward or backward at the waist ___Yes __✓No
e. Difficulty moving your head up or down ___Yes __✓No
f. Difficulty moving your head side to side ___Yes __✓No
g. Difficulty bending at your knees ___Yes __✓No
h. Difficulty squatting to the ground ___Yes __✓No
i. Climbing a flight of stairs or a ladder carrying more than 25 lbs. ___Yes __No
j. Any other muscle or skeletal problem that interferes with using a respirator ___Yes __✓No

This employee HAS/HAS NOT successfully passed physical requirements and IS/IS NOT eligible to wear a respirator.

PHYSICIAN'S SIGNATURE

13026583319      PAGE.05

**CHRISTIANA CARE**
Occupational
Health Services

[ ] 501 West 14ᵗʰ Street
Wilmington, Delaware 19801
302-428-4250 phone
302-428-4280 fax

[ ] 131 East Chestnut Hill Road
Newark, Delaware 19713
302-428-4250 phone
302-452-2790 fax

# Health Care Provider's Opinion Letter

**Date:** 03/12/2003    **Case #** 9785
Patient Name: Hitchens, Charles
Patient Address: 28 East 6th St. Newcastle, DE 19720
DOB:
Patient SS#:
Phone #: (302) 322-6014    Occupation:

**Visit Type:** Exam
Company Name: WorkCare/Washington Group Intl-DE
Company Address: Delaware City Refinery
333 South Anita Drive, Suite 630
Orange, CA 92868
Company Contact: Monica Valdovinos
Company Phone #: (800) 455-6155 x 132

**Check One**
**Type of Evaluation:** [✓] Health Evaluation    [ ] Respirator    [ ] Hazardous Waste    [ ] Asbestos
**Reason for Evaluation:** [ ] Preplacement    [✓] Periodic    [ ] Post Exposure    [ ] Termination    [ ] Other
**Substance(s) Employee Exposed to** (if post exposure):

## OPINION

_Periodic_ placement:
[✓] Medically qualified to work at stated job assignment (pending lab and/or drug test results).

**For Respirator Wearers:**

**Evaluation Components:**
[ ] Review of the Baseline Medical Questionnaire for Respiratory Clearance by a Health Care Provider.

[ ] Clinical evaluation including additional medical history and targeted physical exam indicated. Date of clinical evaluation:_____

[ ] Further diagnostic studies:    [ ] No    [ ] Yes
If yes, please list:_____    Recommended frequency of evaluation:_____ years.

_____ Medically qualified to wear any respirator.
_____ Medically qualified to wear a supplied air respirator only.
_____ Wear of respirator approved for emergency use only.
_____ Not medically qualified to wear a respirator at any time.

**For Hazardous Waste Exams**
_____ No medical conditions were found that would place examinee at increased risk of health impairment from work in hazardous waste operations or emergency response or from respirator use.
_____ There are no limitations upon the examinee's assigned work
_____ Examinee has been informed of results of the exam and any medical conditions requiring further examination or treatment.

**For Workers with Possible Exposure to Asbestos:**
_____ There are no medical conditions detected that would place examinee at risk of material health impairment from exposure to asbestos.
_____ There are no recommended limitations on the examinee or upon the use of personal protective equipment such as clothing or respirators.
_____ Examinee has been informed of results of the exam and any findings resulting from asbestos exposure requiring further examination or treatment.
_____ The increased risk of lung cancer attributable to the combined effects of smoking and exposure to asbestos has been explained to the examinee. (If a smoker.)

## Restrictions:
[ ] None
[ ] No lifting over _____ lbs.
[ ] No working alone
[✓] No exposure to dusts, fumes, vapors or irritant gases
[ ] No frequent bending
[✓] Other _no use of respirator or jobs requiring it_
_No climbing heights or strenuous activity._

Health Care Provider, NP, RN, PA: _____    Date: 3/12/03
Printed name of Health Care Provider: _KAMBHAMETTU, MD_

WGI 0252

**REDACTED**

rev. 02/02

MAR 24 2003 17:52                    13026583319        PAGE.06

# PULMONARY
# ASSOCIATES, P.A.

*John J. Chabalko, M.D.*
*Michael R. DePietro, M.D.*
*Donald L. Emery, M.D.*
*John J. Goodill, M.D.*
*Carole A. Guy, M.D.*
*Mark D. Jones, M.D.*
*Joseph F. Kestner, Jr., M.D.*
*Gerald M. O'Brien, M.D.*
*Albert A. Rizzo, M.D.*
*John Kui Wang, M.D.*
*Marc T. Zubrow, M.D.*

March 14, 2003

Gregory D. Adams, M.D.
2600 Glasgow Avenue, Suite 120
Newark, DE 19702

Re: Charles Hitchens

Dear Greg:

As you know, from our phone conversation, Charles Hitchens was reevaluated in my office after not being seen for over three years. His present problems seem to have emanated from an exposure to sulfuric acid fumes back in July 2001. Following the exposure he had significant burns of his upper airway with mucosal edema and buccal mucosal ulcerations. Approximately eighteen months ago he was noted to have mild dyspnea on exertion, which has become progressive over the ensuing time period. He has had pulmonary function testing, which confirmed a reduction in his vital capacity and a reduction in his diffusing capacity. The patient states that he has had a dry cough but no sputum production. There has been no hemoptysis. At the present time he has trouble climbing a flight of stairs without developing shortness of breath. He denies all fevers, sweats, chills, orthopnea, or paroxysmal nocturnal dyspnea. Unfortunately, Mr Hitchins has recently been laid off from his employment because of his decline in respiratory capacity. He also reports that two other members of his team with the same exposure during the fire have had similar respiratory problems.

Physical examination today found him to be in no acute distress and quite pleasant and cooperative. Examination of HEENT was unremarkable. No nasal or oral lesions were noted. The patient's neck was supple without jugular venous distention. Auscultation over the upper airway revealed no flow limitation. There was no adenopathy. Chest examination revealed clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and he had a normal expiratory phase. Cardiac examination revealed a regular rhythm with a S4 gallop. The patient's abdomen was soft, nontender, and without organomegaly. Extremities revealed no cyanosis, clubbing, or dependent edema.

| PTFs | FVC | FEV$_1$/FVC | DL$_{co}$ |
|---|---|---|---|
| 2/6/03 | 3.48 | 64% | 75 |
| 9/14/01 | 4.45 | 63% | 91 |
| 5/24/95 | 5.02 | 67% | 60 |
| 1/19/91 | 5.63 | 69% | 79 |

WGI 0253

701 North Clayton Street, Suite 500, Wilmington, DE 19805 (302) 656-2213 Fax (302) 656-2289
4745 Ogletown-Stanton Road, Medical Arts Pavilion, Suite 105, Newark, DE 19713 (302) 368-5515 Fax (302) 366-1240
2600 Glasgow Avenue, Suite 103, Newark, DE 19702 (302) 836-4900 Fax (302) 836-8464

**Kemper.**
Insurance Companies

# KNS General Peer Review

| Referral Date: | March 24, 2003<br>Dictated 3/24/03 | Claimant: | Charles Hitchens |
| --- | --- | --- | --- |
| Requester: | Ela Cos | Age: | 60 |
| Requester Resource #: | 5493 | SS#/Claim#: | 1088786 |
| Department: | IDM | Account: | Washington Group |
| Extension: | 2703 | Job Title: | Safety Supervisor |
| Peer Reviewer: | Dennis Mazal, MD. | Physical Exertion level: | |

| Specialty: | Internal<br>Medicine/Pulmonology | ☐ Sedentary ☐ Light ☒ Medium<br>☐ Heavy ☐ Very Heavy |
| --- | --- | --- |
| Peer Resource #: 6112 | | Diagnosis(es): | Shortness of Breath |
| | | First Date of Absence: | 3/13/03 |
| | | LTD date: | 9/11/03 |

| Evaluate Functional Impairment related to: |
| --- |
| ☒ Own Occupation    ☐ Any Occupation    ☐ N/A |

**Information Reviewed/Considered:**
Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03
PFT Test dated 3/11/03, 2/6/03
Notes from Dr. Kambhamettu dated 3/12/03

**Functional Impairment Status Determination:**

Specific Referral Question(s):    Do medicals support disability?
Determination:

___ Supports functional impairment(s) that precludes work

**X** Fails to support functional impairment(s) that precludes work

**RATIONALE:**

The claimant is a 60-year-old male who developed respiratory insufficiency secondary to exposure to sulfuric acid fumes in July, 2001. Following that exposure, the claimant had significant burns of his upper airway and mucosal edema and buccal mucosal ulcerations. The claimant was noted to have mild dyspnea on exertion which has become progressive over time. Pulmonary function testing dated 2/6/03 at Christiana Care Health Systems, Pulmonary Lab, Wilmington Hospital, demonstrated a force vital capacity of 75% predicted and $FEV_1$ of 60% predicted. A peak expiratory flow rate of 65% predicted, and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume. Also, in February 2003 the claimant underwent pulmonary exercise testing on a bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximal heart rate achieved was 159 which is very close to the predicted maximum. The claimant's work capacity was reduced with a normal anaerobic threshold. Breathing frequency was normal. Measures of respiratory performance demonstrated a reduced breathing reserve. Arterial to end tidal carbon dioxide level was normal. Arterial blood gases at rest and at peak

WGI 0254

Gregory D. Adams, M D
Re: Charles Hitchins
March 14, 2003
Page 2

Pulmonary exercise stress testing was also obtained, which showed no significant desaturation or respiratory limitation. It should be noted that the patient had a significant increase in his blood pressure during the exercise test. It should also be noted that his blood pressure during the office visit today was 160/110 in his right arm with him lying flat

High-resolution CT scanning was performed, which showed absolutely no abnormalities.

**ASSESSMENT:**

Charles Hitchins appears to be having a significant reduction in his exercise capacity, which I believe is related to his sulfuric acid fume exposure. I suspect the patient has airways disease secondary to this. Even though he only has mild obstructive airways disease by pulmonary function testing, I believe this might be related to his reduction in vital capacity, which mathematically would make it look less severe. For this reason, I have recommended to the patient that he start on Advair 500/50 one puff b i d in an attempt tot see if local bronchodilators will improve his exercise capacity. He is also advised to return to your office in the near future for treatment of his hypertension, as that may also improve his cardiac function and hopefully improve some of his exercise capacity.

Unfortunately, it is impossible to know if Mr Hitchins will continue to have further decline in his respiratory status. Hopefully his degradation has leveled off and this will be the worst of his symptomatology. I did inform the patient and his wife that I felt this was work related and that he should apply for disability through his employer Mr. Hitchins will be returning to see me in four months with repeat pulmonary function testing and a chest x-ray at that time. He is certainly to call me sooner if there are any problems.

Once again, I hope this information has been helpful to you  Please do not hesitate to contact me if any questions should arise.

Sincerely,

*Marc S Zubrow* **(Dictated But Not Reviewed)**

Marc T. Zubrow, M.D.

MTZ:cie
304954

WGI 0255

exercise showed no derangement in oxygen saturation or oxygen tension. The pH fell as expected with exercise. There were no significant EKG changes appreciated during the performance of the test. Chest examination on March 14, 2003 demonstrated clear lung fields with fairly good air movement bilaterally, no wheezing could be heard and he had a normal expiratory phase. Cardiac examination was within normal limits. High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan is not in the records submitted for review.

Therefore, based upon the information reviewed and considered, there is no objective evidence in the medical records reviewed to support a loss of functionality that would preclude the claimant from performing the essential duties of his occupation, that being a safety supervisor. Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment. Although the claimant obviously sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent only damages to the lungs resulting from that exposure. Therefore, based upon the lack of objective evidence supporting a loss of functionality, there is no reason why the claimant could not return to work as a safety supervisor.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

Dennis Mazal, MD.                                        3/26/03
Internal Medicine/Pulmonologist                          Date

DM/nvk/vn

WGI 0256

3027332947

## Christiana Care Health Systems  Pulmonary Lab  Wilmington Hospital

Pulmonary Function Laboratory Report

| | | | |
|---|---|---|---|
| Patient : | Hitchens,Charles | Height : **71.0** (in) - **180.3** (cm) | Sex : **M** |
| ID Number : | | Weight: **234** (lb) - **106.4** (kg) | BSA : **2.26** |
| Date : | 2/6/2003 | Age : **60**  BP: **772**  Temp: **30.3** | ATPS : .960 |
| Physician : | Zubrow, Marc | Smoking History : Non-Smoker | |
| | | Type of Smoke : cigarettes | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : 2/6/03 | |
| Technician: | P T McCartney, RRT, CPFT | | |

GOOD UNDERSTANDING/EFFORTS  PTM  0925
2.5 MG ALBUTEROL/NSS VIA HHN
BEST SVC NOT REPRODUCIBLE

Diagnosis :  **SHORT OF BREATH**

| (BTPS) | | | Pre-BronchoDilator | | Post-BronchoDilator | | % |
|---|---|---|---|---|---|---|---|
| # Spirometry # | Predicted | Normal Limit | Actual | % Predicted | Actual | % Predicted | Change |
| FVC | 4.65 | 3.53 | 3.48 | 75 | 2.95 | 63 | -15 |
| FIVC | 4.65 | 3.53 | 2.79 | 60 | 2.52 | 54 | -10 |
| FEV-1 | 3.73 | 2.89 | 2.22 | 60 | 2.12 | 57 | -4 |
| FEV-1/FVC | 80 | 72 | 64 | 80 | 72 | 90 | 13 |
| Fev-6 | 4.65 | | 3.18 | 68 | 2.81 | 60 | -12 |
| PEFR | 8.86 | | 5.72 | 65 | 5.53 | 62 | -3 |
| FEF25-75 | 3.75 | 2.08 | 1.02 | 27 | 1.40 | 37 | 37 |
| FEF25 | 8.15 | | 3.59 | 44 | 4.41 | 54 | 23 |
| FEF50 | 4.60 | | 1.52 | 33 | 2.00 | 44 | 32 |
| FEF75 | 1.73 | | 0.31 | 18 | 0.43 | 25 | 40 |
| Exp. Time | | | 11.90 | | 9.81 | | -18 |
| MVV | 125 | | 54 | 43 | | | |

| (BTPS) | | | Pre-BronchoDilator | |
|---|---|---|---|---|
| # Lung Volumes # | Predicted | Normal Limits | Actual | % Predicted |
| TLC | 7.10 | 8.71 - 5.49 | 6.67 | 94 |
| FRC | 3.45 | 4.91 - 1.99 | 3.68 | 107 |
| RV | 2.45 | 3.21 - 1.69 | 2.74 | 112 |
| RV/TLC | 34.51 | 25.71 | 41.00 | 119 |
| SVC | 4.65 | 3.53 | 3.93 | 84 |
| IC | 3.65 | | 2.99 | 82 |
| ERV | 1.00 | | 0.94 | 94 |
| VA | | | 5.63 | |
| | | | | |
| DLCO (SB) | 35.03 | 26.83 | 26.18 | 75 |
| DLCO Corrected | 35.03 | 26.83 | 26.03 | 74 |
| DL/VA | 4.95 | 3.56 | 3.91 | 79 |
| TLC(VA) | 7.10 | 8.71 - 5.49 | 6.70 | 94 |
| Hemoglobin | | | 14.80 | |

Interpretation:

*(handwritten notes:)*
↓TLC by 2 liters?
FEV1/FVC ↓ △ } vs 9/01
DLCO = 26 (vs 24)
↑nt
↓TLC 800cc vs 8/95

REDACTED

WGI 0257

Page Number  1

Mark Jones, M.D.

MAR 20 2003 09:11

302 356 1240  PAGE.07

Christiana Care Health System - Pulmonary Lab - Wilmington Hospital

Pulmonary Function Laboratory Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient : | Hitchens, Charles | Height : | 71.0 (in) | 180.3 (cm) | Sex : | M |
| ID Number : | | Weight : | 234 (lb) | 106.4 (kg) | BSA : | 2.26 |
| Date : | 2/6/2003 | Age : | 60  BP: 772  Temp: 30.3 | | ATPS : | .960 |
| Physician : | Zubrow, Marc | Smoking History : Non-Smoker | | | | |
| | | Type of Smoke : cigarettes | | | | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : 2/6/03 | | | | |
| Technician: | P T McCartney, RRT, CPFT | | | | | |

cc: Dr. Zubrow
    Dr. Adams

Baseline spirometry was performed and shows mild reduction in the FVC and FEV-1. The FEV-1/FVC
ratio is mildly reduced.

Lung volumes show normal lung capacity and vital capacity.

Diffusion capacity is mildly reduced.

Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild to moderate obstructive ventilatory deficit with mild reduction in diffusion
capacity. No significant improvement in flow rates following administration of a bronchodilator.



REDACTED

WGI 0258

Mark Jones, M.D.

MAR 20 2003 09:11

302 366 1240    PAGE.05

Pulmonary Function Laboratory Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Patient: | HITCHENS,CHARLES C | | | Height: | 72.0 (in) - 182.9 (cm) | Sex: | M |
| ID Number: | | | | Weight: | 230 (lb) - 104.5 (kg) | BSA: | 2.26 |
| Date: | 9/14/2001 | | | Age: 59  BP: 765  Temp: 25.8 | | ATPS: | .940 |
| Physician: | ZUBROW/ADAMS | | | Smoking History: Ex-Smoker: 0 Pk/day, 25 Yrs not smoking P | | | |

Comments: EX-SOCIAL SMOKER. GOOD EFFORT AND COOPERATION. AEROSOL 2.5MG ALBUTEROL/NS JE/0910

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FVC | 4.90 | 3.78 | 4.45 | 91 | 4.62 | 94 | 4 |
| FEV-0.5 | 3.02 | 2.31 | 2.10 | 69 | 2.33 | 77 | 11 |
| FEV-1 | 3.92 | 3.08 | 2.80 | 71 | 3.03 | 77 | 8 |
| FEV-3 | 4.45 | 3.43 | 3.67 | 83 | 3.86 | 87 | 5 |
| PEFR | 9.13 | | 7.33 | 80 | 6.89 | 75 | -6 |
| Fef 200-1200 | | | 6.67 | | 6.67 | | |
| FEF25-75 | 3.93 | 2.26 | 1.37 | 35 | 1.73 | 44 | 27 |
| FEF25 | 8.41 | | 4.01 | 48 | 6.47 | 77 | 61 |
| FEF50 | 4.81 | | 2.00 | 42 | 2.47 | 51 | 23 |
| FEF75 | 1.83 | | 0.40 | 22 | 0.58 | 32 | 44 |
| FEV-1/FVC | 80 | 72 | 63 | 79 | 66 | 82 | 4 |
| FEV-3/FVC | | | 83 | | 84 | | 1 |
| Exp. Time | | | 15.53 | | 15.23 | | -2 |
| MVV | 126 | | 86 | 68 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SVC | 4.90 | | 3.78 | 4.78 | 98 |
| IC | 3.75 | | | 4.01 | 107 |
| ERV | 1.15 | | | 0.77 | 67 |
| RV | 2.50 | 3.26 - | 1.74 | 4.15 | 166 |
| TLC | 7.40 | 9.01 - | 5.79 | 8.93 | 121 |
| RV/TLC | 33.83 | | 25.03 | 46.46 | 137 |
| FRC | 3.65 | 5.11 - | 2.19 | 4.92 | 135 |
| DLCO (MG) | 27.24 | | 19.04 | 24.66 | 91 |
| DLCO Corrected | 27.24 | | 19.04 | 24.66 | 91 |
| DL/VA | | | 3.66 | 3.45 | |

Computer Impression:
cc: Dr. Zubrow
    Dr. Adams

Baseline spirometry was performed and shows normal FVC and a mild reduction in the FEV-1. The FEV-1/FVC ratio is mildly reduced. Lung volumes show hyperinflation and air trapping. Diffusion capacity is normal. Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild obstructive ventilatory deficit with hyperinflation and air trapping.

REDACTED

WGI 0259

Page Number: 1

Mark Jones, M.D.

MAR 20 2003 09:13

302 356 1240     PAGE.13

CHRISTIANA CARE HEALTH SYSTEM

Pulmonary Function Laboratory Report

| Patient : | HITCHENS,CHARLES C | Height : | 72.0 (in) - 182.9 (cm) | Sex : | M |
| ID Number : | | Weight: | 230 (lb) - 104.5 (kg) | BSA : | 2.26 |
| Date : | 9/14/2001 | Age : | 59    BP: 765   Temp: 25.8 | ATPS : | .940 |
| Physician : | ZUBROW/ADAMS | Smoking History : | Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P | | |



REDACTED

WGI 0260

Mark Jones, M.D.

Page Number: 2

**Kemper**
Insurance Companies

March 31, 2003                                      Case # 1088786

Mr. Charles Hitchens
28 East 6th Street
New Castle DE 19720

**RE:   Washington Group International, Inc.**

Dear Mr. Hitchens:

Washington Group International, Inc. has contracted with Kemper National Services (Kemper) to administer the Washington Group International, Inc., Short Term Disability (STD) Plan. Kemper will administer the Plan for all non-work related disabilities lasting longer than **seven (7) days.**

Kemper has reviewed your claim for disability benefits in accordance with the definition of Short-Term Disability under the STD Plan:

> *Unable to perform the material and substantial duties of employees' own occupation because of illness or injury: if not working at any job for wages or profit and is under the regular care of a physician*

Upon review of our file it has been determined that you do not qualify for Short Term Disability benefits as of March 13, 2003 because the information received from Dr. Kambhamettu's office and Dr. Zubrow's office is not sufficient to support your disability.

The information received to date was then reviewed by our KNS physician consultant and it was determined that there is insufficient medical data to support an ongoing disability.

Specifically, it was noted that you have mild dyspnea on exertion which has become progressive over time. A pulmonary function test dated 2/6/03 demonstrated a force vital capacity of 75% predicted and FEV1of 60% predicted. A peak expiratory flow rate of 65% predicted and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume. Breathing frequency was normal. Arterial to end tidal carbon dioxide level was normal. Arterial blood gases at rest and at peak exercise showed no derangement in oxygen saturation or oxygen tension.

There were no significant EKG changes during the performance of the test. Chest examination on 3/14/03 demonstrated clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and you had a normal expiratory phase. Cardiac examination was within normal limits. High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan was not submitted for review.

---


If you have any further questions or concerns regarding your benefits, please do not hesitate to contact me at the number listed below.


Sincerely,


**ELA COS**
**CLAIM MANAGER**
**866-269-6242, ext. 2703**


The following have been notified of this benefit determination.

Kathy.andegg@wgint.com, cynthia.burnett@wgint.com, jayne.hale@wgint.com,
time.management@wgint.com, std.approval@wgint.com,debbie.livingston@wgint.com
Joanne.hoag@wgint.com

**((Kemper.**
Insurance Companies

# KNS General Peer Review

| | | | |
|---|---|---|---|
| **Referral Date:** | 5/6/03 (Dictated 5/9/03) | **Claimant:** | Charles Hitchens |
| **Requester:** | Sonia Williams | **Age:** 60 | |
| **Requester Resource #:** | 1582 | **SS#/Claim#:** | 1088786 |
| **Department:** | IDM | **Account:** | Washington Group |
| **Extension:** | 2670 | **Job Title:** | Safety Supervisor |
| **Peer Reviewer:** | Dr. Edward Klotz | **Physical Exertion: Medium to heavy** | |

| **Specialty:** Pulmonary | ☐ Sedentary   ☐ Light   ☐x Medium<br>☐x Heavy   ☐ Very Heavy |
|---|---|
| **Peer Resource #:**  6023 | **Diagnosis(es):**   Shortness of Breath |
| | **First Date of Absence:**   3/13/03 |
| | **LTD date:**   9/11/03 |
| **Definition of Disability:**  ☐ x Own Occupation   ☐ Any Occupation   ☐ N/A | |

**Information Reviewed/Considered:**
FDA: 3/13/03
Benefits were not paid in STD for date 3/13/03.  EE is appealing for STD benefits 3/13/03. The ee was exposed to chemical sulfuric acid fumes 7/01 from refinery explosion, which resulted in burns of his upper airway and mucosal/buccal mucosal ulcerations. EE wears respirator when out in the field.  Position requires ee to be the first responder in the event of a chemical accident and assist other employees out of affected area.  EE's restrictions are: less demanding physical activity as well as not wearing respirator (currently).  Employer has accommodated ee with position with these restrictions as of 5/5/03 per attorney.

**Included in this review**
Copy of appeal letter dated 3/24/03 from Atty Wilson
Job Description
*Raytheon Constructors Medical Questionnaire for respiratory clearance dated 1/28/03
*Health care provider's opinion letter dated 3/12/03 Dr. Kambhamettu
*Letter dated 3/14/03 from Dr. Marc Zubrow/Pulmonary
*STD denial letter dated 3/31/03
*Letter dated 4/4/03 from Atty Wilson
*Certification of Health Care provider dated 3/28/03 from Dr. Zubrow
*Pulmonary Lab report dated 2/6/03
*Letter dated 2/25/03 from Dr. Jones
*Instrumentation Laboratory report dated 2/25/03
*Pulmonary Diagnostic Lab report dated 3/11/03
*Lab corp lab results dated 3/9/03
*Letter dated 3/17/03 from Dr. Greaney w/addendum
*Health Status medical report dated 3/17/03 from Dr. Greaney
Prior peer review dated 3/24/03
Pulmonary Lab report dated 2/6/03
Pulmonary Function Lab report dated 9/14/01
*Denotes items submitted on appeal

**WGI 0263**

Hitchens, Charles
Page 2

## Disability Status Determination:

Specific Referral Question(s):    Do the medicals provided support the employee's disability from his own occupation in a medium to heavy physical demand?

Determination:

___  Supports disability

_x_  Fails to support disability

Rationale:

The employee is a 60-year-old male safety supervisor for Ration Constructors, Inc. who has a history of "asbestosis" and was exposed to chemical sulfuric acid fumes in July 2001. The exposure to these fumes caused burns to his upper airway as well as mucosal edema and buccal ulcerations. He wears a respiratory when out in the field; he walks a lot and climbs stairs, ladders and towers. His job classification is one of medium to heavy work.

His pulmonary physician, Mark Zubrow, M.D., states that the employee has had progressive dyspnea on exertion over the last eighteen months. He also has complained of a dry cough. His physical examination by Dr. Zubrow on 3/14/03 was completly within normal limits.

His pulmonary function studies on 2/6/03 revealed normal lung volume with a minimally reduced diffusing capacity (79%) when corrected for alveolar volume. They reveal mild airway obstruction with a greater degree of obstruction in the small airways.

Arterial blood gasses were normal. Exercise test on bicycler ergometer was conducted and the claimant's heart rate reached 159 beats per minute, which was very close to the predicted maximum. The only respiratory abnormality found was a reduced breathing reserve of 29% with normal being 20% or greater. Oxygenation during and after the test was within normal limits.

High resolution CT scan of the chest showed absolutely no abnormality, ruling out the presence of asbestosis.

Based upon the information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude the claimant from performing the essential duties of his occupation. Specifically, there is no significant reduction in oxygenation (hypoxemia) at rest or with exertion and pulmonary function parameters show mild airway obstruction. The CT scan of the lungs does not reveal the presence of any permanent lung damage and in fact was within normal limits. There is no objective reason why the claimant cannot wear a respirator or climb stairs, ladders or towers.

**WGI 0264**

Hitchens, Charles
Page 3

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

Edward Klotz, M.D., F.C.C.P
Pulmonology/IM

5/13/03
Date

EK/mm/lo

**FACSIMILE SIGNATURE**

**WGI 0265**

 

**Kemper.**
Insurance Companies

## NOTIFICATION OF SHORT TERM DISABILITY DENIAL

May 14, 2003


Kathy Andregg
Washington Group International
720 Park Boulevard
P.O. Box 73
Boise, ID 83713

RE:    Washington Group International Short Term Disability (STD) Plan
       Claimant: Charles Hitchens
       Case#: 1088786
       DOB:
       1ST Level denial
       Benefits denied from: 03/13/03
       Determination letter sent: 5/14/03

**From: Kemper National Services, Short Term Disability Administration**

The Short Term Disability Benefits for the above named employee has been denied effective 3/13/03 on 1st level appeal. The employee will be notified of this determination.

The employee has sixty (60) days to file a second level appeal.

Our appeal file will be closed at this time.

Should you have any questions regarding our determination, please contact me at 1-800-520-4536, Ext. 2670

Sincerely,

Sonia A. Williams
Appeal Coordinator
Kemper National Services


REDACTED

WGI 0266



**Kemper.**
Insurance Companies

May 14, 2003

Richard T. Wilson, Esq.
The Law offices of
Peter G. Angelos                          Case#: 1088786
1300 North Market Street, Suite 212
Wilmington, Delaware 19801


RE:    Washington Group International Short Term Disability (STD) Plan
       Claimant: Charles Hitchens
       DOB:
       1ST Level Appeal Denial

Dear Mr. Wilson:

As you are aware, Kemper National Services is the claim administrator for Washington Group International. We have completed our review of your request for an appeal of your client's 03/13/03 denial of Short Term Disability benefits. For the reasons detailed below, our original decision to deny Short Term Disability benefits effective 03/13/03, has been upheld.

Pursuant to the Washington Group International Short Term Disability plan, the definition of disability indicates that you are:

    a)    unable to perform the material and substantial duties of his own occupation because of a non-occupational illness or injury

    b)    is not working at any job for wages or profit; and

    c)    is under the regular care of a Physician

Included in our review your letter of appeal dated 3/24/03, a job description, a Raytheon Constructors Medical Questionnaire for respiratory clearance dated 01/28/03, a Health Care Providers Opinion letter dated 03/12/03 from Dr. Kambhamettu/Occupational Health, a letter dated 03/14/03 from Dr. Zubrow/Pulmonary, a letter dated 04/04/03 from Attorney Wilson, a Certification of Health Care Provider dated 03/28/03 from Dr. Zubrow, a pulmonary lab report dated 02/06/03, a letter dated 02/25/03 from Dr. Jones, an instrumentation lab report dated 02/25/03, a pulmonary diagnostic lab report dated 03/11/03, lab corp lab results dated 03/09/03, a letter dated 03/17/03 from Dr. Greaney, with an addendum, a Health Status Medical Report dated 03/17/03 from Dr. Greaney, a prior peer physician review dated 03/24/03, a pulmonary lab report dated 02/06/03, a Pulmonary Function lab report dated 09/14/01 and the STD denial letter dated 03/31/03 sent to your client. In an effort to afford Mr. Hitchens every opportunity available, a Kemper National Services Peer Review Physician specializing in Pulmonary Medicine, reviewed his entire claim file.


(877) 208-7196
(954) 452-4133 FAX
PO Box 189157
Plantation, FL  33318-9157

**REDACTED**

**WGI 0267**

Upon the review of the medical documentation submitted it is noted that Mr. Hitchens has a history of asbestosis and was exposed to chemical sulfuric acid fumes in July 2001. The exposure to these fumes caused burns to Mr. Hitchen's upper airway, mucosal edema and buccal ulcerations. Mr. Hitchen's pulmonary physician, Dr. Zubrow stated he has had progressive dyspnea on exertion over the last eighteen months. He also complained of a dry cough. The physical examination on 03/14/03 by Dr. Zubrow was completely within normal limits. His pulmonary function studies on 02/06/03 revealed normal lung volume with a minimally reduced diffusing capacity of 79% when corrected for alveolar volume. They revealed mild airway obstruction with a greater degree of obstruction in the small airways. Arterial Blood Gases were normal. The exercise test on the bicycler ergometer was conducted showing Mr. Hitchen's heart rate reached 159 beats per minute, which was close to the predicted maximum. Oxygenation during and after the test was within normal limits. The high resolution CT scan of Mr. Hitchen's chest, showed no abnormality, ruling out the presence of asbestosis.

Based on the aforementioned medical documentation, there was insufficient medical evidence supporting a loss of functionality that would preclude Mr. Hitchens from performing the essential duties of his own occupation as a Safety Supervisor. Specifically, there were no significant reduction in oxygenation (hypoxemia) at rest or with exertion and pulmonary function parameters showing a mild airway obstruction. The CT scan of the lungs did not reveal the presence of any permanent lung damage and was within normal limits. There is a lack of medical evidence to substantiate why Mr. Hitchens cannot wear a respirator, climb stairs, ladders and towers. Therefore, our original decision to deny benefits effective 03/13/03, has been upheld.

If you wish to have your claim reconsidered, you must submit within sixty (60) days from your receipt of this letter:

    1) A written letter of appeal to Kemper National Services

    2) Objective medical data to support your disability such as:
        a. Functional Capacity Evaluation
        b. Abnormal physical findings
        c. Detailed office/consultation reports

In preparing your appeal, you or your representative may request to review any pertinent plan documents. Upon request, you are entitled to receive copies of materials relevant to your claim at no cost to you.

If you choose to file a final appeal, a decision will be rendered within forty-five (45) days of our receipt thereof. If the decision is unchanged at the completion of the review process, you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act (ERISA) of 1974.

Your appeal must be addressed to:

<div align="center">

**Kemper National Services**
**Appeal Department**
**P.O. Box 189157**
**Plantation, FL 33318-9157**

</div>

877) 208-7196
(954) 452-4133 FAX
PO Box 189157
Plantation, FL 33318-9157

WGI 0268

Should you have any questions regarding your claim, or this decision, please do not hesitate to contact our office at 800-269-6242, Ext. 2670, fax # 954-452-4133.

Very truly yours,

Sonia A. Williams
Appeal Coordinator
Integrated Disability Management
Kemper National Services

877) 208-7196
(954) 452-4133 FAX
PO Box 189157
Plantation, FL  33318-9157

**WGI 0269**



# KNS General Peer Review

| | | | |
|---|---|---|---|
| **Referral Date:** 5/6/03 | | **Claimant:** Charles Hitchens | |
| **Requester:** Sonia Williams | | **Age:** 60 | |
| **Requester Resource #:** 1582 | | **SS#/Claim#:** 1088786 | |
| **Department:** IDM | | **Account:** Washington Group | |
| **Extension:** 2670 | | **Job Title:** Safety Supervisor | |
| **Peer Reviewer:** Dr. Edward Klotz | | **Physical Exertion: Medium to heavy** | |
| **Specialty:** Pulmonary | | ☐Sedentary  ☐Light  ☐xMedium  ☐x Heavy  ☐ Very Heavy | |
| **Peer Resource #:** 6023 | | **Diagnosis(es):** Shortness of Breath | |
| | | **First Date of Absence:** 3/13/03 | |
| | | **LTD date:** 9/11/03 | |
| **Definition of Disability:** ☐ x Own Occupation | | ☐ Any Occupation | ☐ N/A |

## Information Reviewed/Considered:

FDA: 3/13/03

Benefits were not paid in STD for date 3/13/03. EE is appealing for STD benefits 3/13/03. The ee was exposed to chemical sulfuric acid fumes 7/01 from refinery explosion, which resulted in burns of his upper airway and mucosal/buccal mucosal ulcerations. EE wears respirator when out in the field. Position requires ee to be the first responder in the event of a chemical accident and assist other employees out of affected area. EE's restrictions are: less demanding physical activity as well as not wearing respirator (currently). Employer has accommodated ee with position with these restrictions as of 5/5/03 per attorney.

## Included in this review

Copy of appeal letter dated 3/24/03 from Atty Wilson
Job Description
*Raytheon Constructors Medical Questionnaire for respiratory clearance dated 1/28/03
*Health care provider's opinion letter dated 3/12/03 Dr. Kambhamettu
*Letter dated 3/14/03 from Dr. Marc Zubrow/Pulmonary
*STD denial letter dated 3/31/03
*Letter dated 4/4/03 from Atty Wilson
*Certification of Health Care provider dated 3/28/03 from Dr. Zubrow
*Pulmonary Lab report dated 2/6/03
*letter dated 2/25/03 from Dr. Jones
*Instrumentation Laboratory report dated 2/25/03
*Pulmonary Diagnostic Lab report dated 3/11/03
*Lab corp lab results dated 3/9/03
*Letter dated 3/17/03 from Dr. Greaney w/addendum
*Health Status medical report dated 3/17/03 from Dr. Greaney
Prior peer review dated 3/24/03
Pulmonary Lab report dated 2/6/03
Pulmonary Function Lab report dated 9/14/01
*Denotes items submitted on appeal

WGI 0270

**Disability Status Determination:**

    Specific Referral Question(s):    Do the medicals provided support the employee's disability from his own occupation in a medium to heavy physical demand?

    Determination:

    ___ Supports disability
    ___ Fails to support disability

    Rationale:

**Appropriateness/Effectiveness of Treatment Plan:**

    Specific Referral Question(s):

    Determination:

    ___ Treatment Plan is optimal
    ___ Treatment Plan is not optimal

    Rationale:

**Causality:**

    Specific Referral Question(s):

    Determination:

    ___ Causal relationship is supported
    ___ Causal relationship is not supported
    ___ An apportionment is recommended

    Rationale:

**Need for an IME:  (If this is a Delaware case, change IME to Medical Exam)**

    Specific Referral Question(s):

    Determination:

    ___ An  IME is recommended
    ___ An IME is not recommended

    Rationale:                                                         **WGI 0271**

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____          _____
Signature                                                      Date

WGI 0272

PETER G. ANGELOS
A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

March 24, 2003

Ela Cos
Claims Manager
Kemper Insurance Co.
Kemper National Services
IDM - Washington Group
P.O. Box 189151
Plantation, FL 33318

*VIA FAX AND MAIL*

RE: My Client: Charles Hitchens
Policyholder: Washington Group International
Case #1088786

To Whom it may concern:

I have been retained to represent Charles Hitchens in connection with his application for short term disability. Please direct all correspondence/inquiries to me. Please have no further contact with my client.

It is my understanding that his claim was rejected as of 3/24/03. Please provide the specific reason for denial and provide the portions of the policy that forms the basis of the denial. Please also provide the portions of the policy that defines the term "disability". It seems wholly inconceivable to me that when Washington Group's own doctor would only temporarily clear Mr. Hitchens for pending a reevaluation/second opinion and the second opinion doctor placed the following restrictions on Mr. Campbell:

1. No use of respirator and
2. No climbing heights and
3. No strenuous activity and
4. No exposure to dusts, fumes, vapers or irritant gases;

and yet another doctor essentially agreed by indicating that Mr. Hitchens should apply for disability. I have attached the records to which I refer. As an aside, Dr. Zubrow indicates Mr. Hitchens was "laid off"; That is incorrect, the only reason Mr. Hitchens is not working is because of the lung problems.

With all due respect, have you ever been in a oil refinery? Do you understand the Mr. Hitchens is not cleared for respirator use, a clearance he must have to work? Do you understand

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MD 21201-3812
410-649-2000
(800) 282-6677
FAX 410-659-1780.81.82

UNION PARK CENTER
5905 HARFORD ROAD
BALTIMORE, MD 21214-1846
410-426-3200
(800) 492-3240
FAX 410-426-1269

COURT TOWERS, SUITE 300
210 W. PENNSYLVANIA AVENUE
TOWSON, MD 21204
410-825-7300
FAX 410-296-2541

STEELWORKERS' HALL
540 DUNDALK AVENUE
BALTIMORE, MD 21224-2997
410-633-8100
FAX 410-633-0480

63 HENDERSON AVENUE
CUMBERLAND MD 21502-2452
301-759-2700
FAX 301-759-2703

**WGI 0273**

LAW OFFICES

PETER G. ANGELOS

he was exposed to sulfuric acid?

Please consider this as any appeal/exception/challenge to your denial of benefits.  If there is a particular form that needs to be completed, please forward same.  If you claim that Mr. Hitchens' ability to pursue his remedies through a court of law is limited (such as an applicable arbitration clause) please indicate so and forward a copy of the document upon which you rely to make such an assertion.

I look forward to hearing form you.  Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosures
cc: Kathy Angregg

Tara Morris    MAR 1 - 2003

**WGI 0274**

To:
cc:
From:     kathy.andregg@wgint.com (Kathy  Andregg)

Date:     05/06/2003 09:18 AM CST
Subject:  RE: Job Description Request


Employee is a Technician, 64020.T4.  Following is the generic
description of
that job, but to find out specifics of his position, you would
need to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations
for all
employees who are classified in this job family. This job
description is not
intended to include an exhaustive list of all responsibilities,
duties and
skills required. Additional responsibilities may be assigned
according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and
solving
specialized problems within a narrow scope. This may mean
responsibility for
ongoing activities within a specific discipline, or more general
tasks
common to several disciplines. Commonly provides assistance to
professionals
in areas such as, safety, industrial hygiene, environmental
science, and
radiation protection. May perform lab work, equipment set-up,
testing and
repair, quantity take-off, data entry and/or model construction
utilizing
prescribed techniques. May prepare formal reports on experiments,
tests and
other projects.

The ES&H Specialist family includes the following disciplines and
general
descriptions:

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the
environment
to detect radioactive contamination by performing tests,
inspections and
surveys. Responsible for the operation, calibration and
maintenance of

WGI 0275

radiological support equipment. Test equipment against standards to ensure
accuracy. Instructs personnel in radiation safety procedures and demonstrates use of protective clothing and equipment. Prepares and/or
authorizes Radiation Work Permits (RWPS) for admittance to site. Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity. Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area radiation
levels approach maximum limits. Recommends work stoppage in unsafe areas,
posts warning signs, and ropes off contaminated areas. Records data and
maintains and updates all records and reports, including individual exposure
records, location and intensity of radioactivity in contaminated areas and
status of areas being decontaminated. Must meet applicable regulatory codes
and standards where needed.

Qualifications:


Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous work
experience required. High school or equivalent preferred. Under direct
supervision, performs limited and routine duties following well-defined
policies and procedures. On-the-job training is received in an area of
technical specialty.

ES&H Technician II T2 This is an intermediate level position with one+ years
related work experiences. Under general supervision, demonstrates the
ability to perform assigned duties and is knowledgeable of the significance
of these duties. Performs moderately complex technical work utilizing
instructions, drawings, sketches and results from computer systems and
schematics. May be involved in training and supervising technical personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch. May be
required to pass professional test.

ES&H Technician III T3 This is a journey level position with four+ years
work experience. Works under general supervision performing advanced

WGI 0276

technical work utilizing a wide variety of resources, including
computers.
May be responsible for all or part of a project. May train and
supervise
workflow. May be required to pass professional test.

ES&H Technician IV T4 This is a senior level position with six+
years work
experience. Works under limited supervision performing complex
technical
work. Duties may include technical responsibility for a major
phase or
component of a project. Takes lead role in workflow coordination.
May be
required to pass professional test.

ES&H Technician V T5 This is a senior level position with eight+
years work
experience. Works under limited supervision performing complex
technical
work utilizing a wide variety of resources, including computers.
May be
responsible for all or part of a project. May train and supervise
other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles
Hitchens' claim.
Could you please forward a copy of Mr. Hitchens' job description
as a
safety supervisor. His I.D. is 14380.  This is needed for the
review of his
claim and his Attorney is requesting a copy as well.  Thank you
for your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133




DISCLAIMER:
This communication, along with any documents, files or
attachments, is
intended only for the use of the addressee and may contain
legally
privileged and confidential information. If you are not the

WGI 0277

intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information
contained in or
attached to this communication is strictly prohibited. If you
have received
this message in error, please notify the sender immediately and
destroy the
original communication
and its attachments without reading, printing or saving in any
manner. This
communication does not form any contractual obligation on behalf
of the
sender or, the sender's employer, or the employer's parent
company,
affiliates or subsidiaries.

WGI 0278

Personal Physician's Name & Address _____

# BASELINE MEDICAL QUESTIONNAIRE FOR RESPIRATORY CLEARANCE

## Section 1 - Part A

1. Name  CHARLES   HITCHENS

2. Social Security Number _____   ___

3. Job Title  SAFETY

4. Address  28 EAST 6ᵗʰ ST
NEW CASTLE  DL   19720

5. Telephone  32 2  6690

6. Date  1 - 28 - 03     7. Sex  ✓ M ___ F

8. Date of Birth _____

9. Place of Birth  DELAWARE

10. Marital Status -  ✓ Married ___ Single
___ Widowed ___ Divorced

11. Check the type of respirator you will use     (Check all that apply)
___ N, R or P disposable respirator (filter- mask, non-cartridge type only)
✓ Other type (for example, half or full-face piece type, powered-air purifying, supplied air, self-containing breathing apparatus).

12. Have you worn a respirator? ✓ Yes ___ No

If yes, what types? _____
_____

## Section 2, Part A

. Do you currently smoke tobacco, or have you smoked tobacco in the last month? ___ Yes ✓ No

**REDACTED**          60 y.o.

PMH - Asbestosis
meds - none
All - NKDA

**WGI 0279**

2. Have you ever had any of the following conditions?
   a. Seizures (fits)                      ___ Yes ✓ No
   b. Diabetes (sugar disease)             ___ Yes ✓ No
   c. Allergic reactions that interfere
      with your breathing?                 ___ Yes ✓ No
   d. Claustrophobia                       ___ Yes ✓ No
   e. Trouble smelling odors?              ___ Yes ✓ No

3. Have you ever had any of the following pulmonary or lung problems?
   a. Asbestosis                ✓ Yes ___ No
   b. Asthma                    ___ Yes ✓ No
   c. Chronic bronchitis        ✓ Yes ___ No
   d. Emphysema                 ___ Yes ___ No
   e. Pneumonia                 ___ Yes ___ No
   f. Tuberculosis              ___ Yes ___ No
   g. Silicosis                 ___ Yes ___ No
   h. Pneumothorax              ___ Yes ___ No
   i. Lung Cancer               ___ Yes ___ No
   j. Broken ribs               ___ Yes ✓ No
   k. Chest injuries or surgeries  ___ Yes ✓ No
   l. Other lung problem        ___ Yes ___ No

4. Do you currently have any of the following symptoms of pulmonary or lung illness?
   a. Shortness of breath              ✓ Yes ___ No
   b. Shortness of breath when:
      -walking fast                    ✓ Yes ___ No
      -up a slight hill                ✓ Yes ___ No
      -walking with others on
       level ground                    ___ Yes ✓ No
   c. Have to stop for breath when
      walking                          ___ Yes ✓ No
   d. Coughing that
      -produces phlegm                 ___ Yes ✓ No
      -wakes you in the morning        ___ Yes ✓ No
      -that occurs when lying
       down                            ✓ Yes ___ No
      -produces blood                  ___ Yes ✓ No
   e. Wheezing                         ___ Yes ✓ No
      -that interferes with your
       job                             ___ Yes ___ No

List any medicines you are taking regularly: _____

f. Chest pain when you breathe deeply ___Yes ___No
g. Symptoms that might be related to lung problems ___Yes ✓No — dyspnea

5. Have you ever had any of the following cardiovascular or heart problems?

a. Heart attack ___Yes ✓No
b. Stroke ___Yes ✓No
c. Angina ___Yes ✓No
d. Heart failure ___Yes ✓No
e. Swelling in your legs or feet (not caused by walking) ___Yes ✓No
f. Heart arrhythmia (heart beating irregularly) ___Yes ✓No
g. High blood pressure ___Yes ✓No

6. Have you ever had any of the following cardiovascular or heart symptoms?

a. Frequent pain or tightness in your chest ___Yes ✓No
b. Pain or tightness in chest during physical activity ___Yes ✓No
c. Pain or tightness in chest that interferes with your job ___Yes ✓No
d. In the past two years, have you noticed your heart skipping or missing a beat ✓Yes ___No
e. Heartburn or indigestion that is not related to eating ___Yes ✓No
f. Any other symptoms that you think may be related to heart or circulation problems ___Yes ✓No

7. Do you currently take medication for any of the following problems?

a. Breathing or lung problems ___Yes ✓No
b. Heart trouble ___Yes ✓No
c. Blood pressure ___Yes ✓No
d. Seizures (fits) ___Yes ✓No

8. If you have used a respirator, have you ever had any of the following problems? If you have never used a respirator, check the following space and go to question 9. ___

a. Eye irritation ___Yes ✓No
b. Skin allergies/rash ___Yes ✓No
c. Anxiety ___Yes ✓No
d. General weakness or fatigue ___Yes ✓No
e. Any other problem that interferes with your use of a respirator ___Yes ✓No

BP 156/82
Pulse 72
Lungs CTA bilat
Heart RRR nl murmur
Rev 2/00   Age 60

WGI 0280

...employee who wears either a full-face respirator or a self-contained breathing apparatus (SCBA).

10. Have you ever lost vision in either eye (temporarily or permanently)? ___Yes ✓No

11. Do you currently have any of the following visual problems?

a. Wear contact lenses ___Yes ✓No
b. Wear glasses ✓Yes ___No
c. Color blind ___Yes ✓No
d. Any other eye or vision problem ___Yes ✓No

12. Have you ever had an injury to your ears, including a broken eardrum? ___Yes ✓No

13. Do you currently have any of the following hearing problems?

a. Difficulty hearing ✓Yes ___No
b. Wear a hearing aid ___Yes ✓No
c. Any other hearing or ear problems ___Yes ✓No

14. Have you ever had a back injury? ___Yes ✓No

15. Do you currently have any of the following musculoskeletal problems?

a. Weakness in any of your arms, hands, legs or feet ___Yes ✓No
b. Back pain ___Yes ✓No
c. Difficulty fully moving your arms and legs ___Yes ✓No
d. Pain or stiffness when you lean forward or backward at the waist ___Yes ✓No
e. Difficulty moving your head up or down ___Yes ✓No
f. Difficulty moving your head side to side ___Yes ✓No
g. Difficulty bending at your knees ___Yes ✓No
h. Difficulty squatting to the ground ___Yes ✓No
i. Climbing a flight of stairs or a ladder carrying more than 25 lbs. ✓Yes ___No — dyspnea
j. Any other muscle or skeletal problem that interferes with using a respirator ___Yes ✓No

Elevated BP, Dyspnea, Dec. PFTs

This employee HAS/HAS NOT successfully passed physical requirements and IS/IS NOT eligible to wear a respirator.

_____  Betsy O.
PHYSICIAN'S SIGNATURE
Temporary clearance - Pending MD's work PFTs

CHRISTIANA CARE
Occupational
Health Services

[ ]  501 West 14ᵗʰ Street
Wilmington, Delaware 19801
302-428-4250 phone
302-428-4280 fax

[ ]  131 East Chestnut Hill Road
Newark, Delaware 19713
302-428-4250 phone
302-452-2790 fax

# Health Care Provider's Opinion Letter

**Date:** 03/12/2003          **Case #** 9785
Patient Name: Hitchens, Charles
Patient Address: 28 East 6th St, Newcastle, DE  19720
DOB: .
Patient SS#:
Phone #: (302) 322-6014          Occupation:

**Visit Type:** Exam
Company Name: WorkCare/Washington Group Intl-DE
Company Address: Delaware City Refinery
333 South Anita Drive, Suite 630
Orange, CA 92868
Company Contact: Monica Valdovinos
Company Phone #: (800) 455-6155 x 132

Check One
**Type of Evaluation:**  [✓] Health Evaluation   [ ] Respirator      [ ] Hazardous Waste   [ ] Asbestos
**Reason for Evaluation:**  [ ] Preplacement   [✓] Periodic      [ ] Post Exposure   [ ] Termination   [ ] Other
**Substance(s) Employee Exposed to (if post exposure):** _____

## OPINION

**For Preplacement:**
_____  Medically qualified to work at stated job assignment (pending lab and/or drug test results).

**For Respirator Wearers:**

**Evaluation Components:**
[ ] Review of the Baseline Medical Questionnaire for Respiratory Clearance by a Health Care Provider.

[ ] Clinical evaluation including additional medical history and targeted physical exam indicated.  Date of clinical evaluation:_____

[ ] Further diagnostic studies:      [ ] No    [ ] Yes
If yes, please list:_____      Recommended frequency of evaluation:_____ years.

_____  Medically qualified to wear any respirator.
_____  Medically qualified to wear a supplied air respirator only.
_____  Wear of respirator approved for emergency use only.
_____  Not medically qualified to wear a respirator at any time.

**For Hazardous Waste Exams:**
_____  No medical conditions were found that would place examinee at increased risk of health impairment from work in hazardous waste operations or emergency response or from respirator use.
_____  There are no limitations upon the examinee's assigned work.
_____  Examinee has been informed of results of the exam and any medical conditions requiring further examination or treatment.

**For Workers with Possible Exposure to Asbestos:**
_____  There were no medical conditions detected that would place examinee at risk of material health impairment from exposure to asbestos.
_____  There are no recommended limitations on the examinee or upon the use of personal protective equipment such as clothing or respirators.
_____  Examinee has been informed of results of the exam and any findings resulting from asbestos exposure requiring further examination or treatment.
_____  The increased risk of lung cancer attributable to the combined effects of smoking and exposure to asbestos has been explained to the examinee, (if a smoker).

## Restrictions:
[ ] None                                    [✓] No exposure to dusts, fumes, vapors or irritant gases
[ ] No lifting over _____ lbs.              [ ] No frequent bending
[ ] No working alone                        [✓] Other  no use of respirator or jobs requiring it
                                            No climbing heights or stenious activity.

Health Care Provider, NP, RN, PA: _____      Date: 3/12/03
Printed name of Health Care Provider: KANIBHAMETTY, MD

WGI 0281

REDACTED

POL 02/02

# PULMONARY
## ASSOCIATES, P.A.

John J. Chabalko, M.D.
Michael R. DePietro, M.D.
Donald L. Emery, M.D.
John J. Goodill, M.D.
Carole A. Guy, M.D.
Mark D. Jones, M.D.
Joseph F. Kestner, Jr., M.D.
Gerald M. O'Brien, M.D.
Albert A. Rizzo, M.D.
John Kai Wang, M.D.
Marc T. Zubrow, M.D.

March 14, 2003

Gregory D. Adams, M.D.
2600 Glasgow Avenue, Suite 120
Newark, DE 19702

Re: Charles Hitchens

Dear Greg:

As you know, from our phone conversation, Charles Hitchens was reevaluated in my office after not being seen for over three years. His present problems seem to have emanated from an exposure to sulfuric acid fumes back in July 2001. Following the exposure he had significant burns of his upper airway with mucosal edema and buccal mucosal ulcerations. Approximately eighteen months ago he was noted to have mild dyspnea on exertion, which has become progressive over the ensuing time period. He has had pulmonary function testing, which confirmed a reduction in his vital capacity and a reduction in his diffusing capacity. The patient states that he has had a dry cough but no sputum production. There has been no hemoptysis. At the present time he has trouble climbing a flight of stairs without developing shortness of breath. He denies all fevers, sweats, chills, orthopnea, or paroxysmal nocturnal dyspnea. Unfortunately, Mr. Hitchins has recently been laid off from his employment because of his decline in respiratory capacity. He also reports that two other members of his team with the same exposure during the fire have had similar respiratory problems.

Physical examination today found him to be in no acute distress and quite pleasant and cooperative. Examination of HEENT was unremarkable. No nasal or oral lesions were noted. The patient's neck was supple without jugular venous distention. Auscultation over the upper airway revealed no flow limitation. There was no adenopathy. Chest examination revealed clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and he had a normal expiratory phase. Cardiac examination revealed a regular rhythm with a S4 gallop. The patient's abdomen was soft, nontender, and without organomegaly. Extremities revealed no cyanosis, clubbing, or dependent edema.

| PTFs | | FVC | $FEV_1/FVC$ | $DL_{CO}$ |
|---|---|---|---|---|
| | 2/6/03 | 3.48 | 64% | 75 |
| | 9/14/01 | 4.45 | 63% | 91 |
| | 5/24/95 | 5.02 | 67% | 60 |
| | 1/19/91 | 5.63 | 69% | 79 |

**WGI 0282**

701 North Clayton Street, Suite 500, Wilmington, DE 19805 (302) 656-2213 Fax (302) 656-2289
4745 Ogletown-Stanton Road, Medical Arts Pavilion, Suite 105, Newark, DE 19713 (302) 368-5515 Fax (302) 366-1240
2600 Glasgow Avenue, Suite 103, Newark, DE 19702 (302) 836-4900 Fax (302) 836-8464

Gregory D. Adams, M D
Re: Charles Hitchins
March 14, 2003
Page 2

Pulmonary exercise stress testing was also obtained, which showed no significant desaturation or respiratory limitation. It should be noted that the patient had a significant increase in his blood pressure during the exercise test. It should also be noted that his blood pressure during the office visit today was 160/110 in his right arm with him lying flat

High-resolution CT scanning was performed, which showed absolutely no abnormalities.

**ASSESSMENT:**

Charles Hitchins appears to be having a significant reduction in his exercise capacity, which I believe is related to his sulfuric acid fume exposure. I suspect the patient has airways disease secondary to this. Even though he only has mild obstructive airways disease by pulmonary function testing, I believe this might be related to his reduction in vital capacity, which mathematically would make it look less severe. For this reason, I have recommended to the patient that he start on Advair 500/50 one puff b i d. in an attempt tot see if local bronchodilators will improve his exercise capacity. He is also advised to return to your office in the near future for treatment of his hypertension, as that may also improve his cardiac function and hopefully improve some of his exercise capacity.

Unfortunately, it is impossible to know if Mr. Hitchins will continue to have further decline in his respiratory status. Hopefully his degradation has leveled off and this will be the worst of his symptomatology. I did inform the patient and his wife that I felt this was work related and that he should apply for disability through his employer. Mr. Hitchins will be returning to see me in four months with repeat pulmonary function testing and a chest x-ray at that time. He is certainly to call me sooner if there are any problems

Once again, I hope this information has been helpful to you. Please do not hesitate to contact me if any questions should arise.

Sincerely,

*Marc S Zubrow* **(Dictated But Not Reviewed)**

Marc T. Zubrow, M D.

MTZ cie
304954

WGI 0283

# PULMONARY
## ASSOCIATES, P.A.

*John J. Chabalko, M.D.*
*Michael R. DePietro, M.D.*
*Donald L. Emery, M.D.*
*John J. Goodill, M.D.*
*Carole A. Guy, M.D.*
*Mark D. Jones, M.D.*
*Joseph F. Kestner, Jr., M.D.*
*Gerald M. O'Brien, M.D.*
*Albert A. Rizzo, M.D.*
*John Kai Wang, M.D.*
*Marc T. Zubrow, M.D.*

March 14, 2003

Gregory Adams, MD
2600 Summit Bridge Road, Suite 120
Newark DE 19702

RE: Charles Hitchens

Dear Greg:

As you know from our phone conversation, Charles Hitchens was reevaluated in my office after not being seen for over three years. His present problems seem to have emanated from an exposure to sulfuric acid fumes back in July 2001. Following the exposure, he had significant burns of his upper airway with mucosal edema and buccal mucosal ulcerations. Approximately 18 months ago he was noted to have mild dyspnea on exertion, which has become progressive over the ensuing time period. He has had pulmonary function testing, which confirmed a reduction in his vital capacity and a reduction in his diffusion capacity.

The patient that he has had a dry cough but no sputum production. There has been no hemoptysis. At the present time, he has trouble climbing a flight of stairs without developing shortness of breath. He denies all fevers, sweats, chills, orthopnea, or paroxysmal nocturnal dyspnea. Unfortunately, Mr. Hitchens has been relieved of the duties of his employment because of his decline in respiratory capacity. He also reports that two other members of his team with the same exposure during the fire have had similar respiratory problems.

Physical examination today found him to be in no acute distress and quite pleasant and cooperative. Examination of the HEENT was unremarkable. No nasal or oral lesions were noted. The neck was supple and without jugular venous distention. There was no adenopathy. Auscultation over the upper airway revealed no flow limitation. There was no adenopathy. Chest examination revealed clear lung fields with fairly good air movement bilaterally. No wheezing could be heard, and he had a normal expiratory phase. Cardiac examination revealed a regular rhythm with an S4 gallop. The patient's abdomen was soft, nontender and without organomegaly. Extremities revealed no clubbing, cyanosis, or dependent edema.

| PFTs | | FVC | FEV$_1$/FVC | DLCO |
|------|------|------|------|------|
| | 2/6/03 | 3.48 | 64% | 75 |
| | 9/14/01 | 4.45 | 63% | 91 |
| | 5/24/95 | 5.02 | 67% | 60 |
| | 1/19/91 | 5.63 | 69% | 79 |

Pulmonary exercise stress testing was also obtained, which showed no significant desaturation or respiratory limitation. It should be noted that the patient had a significant increase in his blood pressure during the exercise test. It also should be noted that his blood pressure during the office today was 160/110 in his right

701 North Clayton Street, Suite 500, Wilmington, DE 19805  (302) 656-2213  Fax (302) 656-2289
4745 Ogletown-Stanton Road, Medical Arts Pavilion, Suite 105, Newark, DE 19713  (302) 368-5515  Fax (302) 366-1240
2600 Glasgow Avenue, Suite 103, Newark, DE 19702  (302) 836-4900  Fax (302) 836-8464

WGI 0284

Gregory Adams, MD
RE: Charles Hitchens
March 14, 2003
Page 2

High-resolution CT scanning was performed, which showed absolutely no abnormalities

## ASSESSMENT:

Charles Hitchens appears to be having a significant reduction in his exercise capacity, which I believe is related to his sulfuric acid fume exposure. I suspect the patient has airways disease secondary to this. Even though he only has mild obstructive airways disease by pulmonary function testing, I believe this might be related to his reduction in vital capacity, which mathematically would make it look less severe.

## RECOMMENDATIONS:

I have recommended to the patient that he start on Advair 500/50 one puff b.i.d. in an attempt to see if local bronchodilators will improve his exercise capacity. He is also advised to return to your office in the near future for treatment of his hypertension, as that may also improve his cardiac function and hopefully improve some of his exercise capacity.

Unfortunately, it is impossible to know if Mr. Hitchens will continue to have further decline in his respiratory status. Hopefully, his degradation has leveled off and this will be the worst of his symptomatology. I did inform the patient and his wife that I felt this was work-related and that he should apply for disability through his employer. Mr. Hitchens will be returning to see me in four months with repeat pulmonary function testing and a chest x-ray at that time. He is certainly to call me sooner if there are any problems.

Once again, I hope this information has been helpful to you. Please do not hesitate to contact me if questions should arise.

Sincerely,

Marc T. Zubrow, M.D

MTZ:lsl
304954

WGI 0285

**Kemper**
Insurance Companies

March 31, 2003                                          Case # 1088786

Mr. Charles Hitchens
28 East 6th Street
New Castle DE 19720

**RE:    Washington Group International, Inc.**

Dear Mr. Hitchens:

Washington Group International, Inc. has contracted with Kemper National Services (Kemper) to administer the Washington Group International, Inc., Short Term Disability (STD) Plan. Kemper will administer the Plan for all non-work related disabilities lasting longer than **seven (7) days.**

Kemper has reviewed your claim for disability benefits in accordance with the definition of Short-Term Disability under the STD Plan:

> *Unable to perform the material and substantial duties of employees' own occupation because of illness or injury: if not working at any job for wages or profit and is under the regular care of a physician*

Upon review of our file it has been determined that you do not qualify for Short Term Disability benefits as of March 13, 2003 because the information received from Dr. Kambhamettu's office and Dr. Zubrow's office is not sufficient to support your disability.

The information received to date was then reviewed by our KNS physician consultant and it was determined that there is insufficient medical data to support an ongoing disability.

Specifically, it was noted that you have mild dyspnea on exertion which has become progressive over time. A pulmonary function test dated 2/6/03 demonstrated a force vital capacity of 75% predicted and FEV1of 60% predicted. A peak expiratory flow rate of 65% predicted and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume. Breathing frequency was normal. Arterial to end tidal carbon dioxide level was normal. Arterial blood gases at rest and at peak exercise showed no derangement in oxygen saturation or oxygen tension.

There were no significant EKG changes during the performance of the test. Chest examination on 3/14/03 demonstrated clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and you had a normal expiratory phase. Cardiac examination was within normal limits. High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan was not submitted for review.

---

Kemper National Services
P.O. Box 189151
Plantation, FL 33318-9146
866-269-6242

**WGI 0286**

Based on the medical information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude you from performing the essential duties of your occupation.

Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment. Although you sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent damages to the lungs resulting from that exposure. Based on the lack of objective evidence supporting a loss of functionality, there is no reason why you could not work as a safety supervisor.    Therefore, benefits will not be approved. Washington Group has been notified.

Upon request, you are entitled to receive copies of the information used in making our decision at no cost to you.

If you disagree with this determination, in whole or in part, you may file a written request to appeal this decision within 180 days of receipt of this notice. The review on appeal will consist of a fresh review of your claim based on information already existing in your file, along with any additional information, records, documents, comments, or other relevant material you may submit in support of your appeal.

In order to assist with your appeal, please provide us with current medical documentation, which includes objective data, such as, but not limited to the following:

- Diagnostic test results;
- Functional Capacity Evaluations;
- Physical therapy notes, office notes, consultation notes, progress reports;
- Current x-rays, CT Scans and EMG to support your diagnosis and claim for disability; and which provides specific functional abilities, including any and all restrictions and limitations."

We will render a written decision within 45 days after your completed appeal. If the decision remains unchanged at the completion of the Plan's final review process, you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 ("ERISA").

Your appeal should be addressed to:

**Kemper National Services**
**Integrated Disability Management**
**Attention: WASHINGTON GROUP INTERNATIONAL,**
**APPEAL COORDINATOR**
**P.O. Box 189157**
**Plantation, FL 33318-9157**

Washington Group International, Inc. has been notified of this benefit determination. You should call your employer at 208-386-5822 if you have specific questions relating to the Family and Medical Leave Act (FMLA) and/or your employment status.

If you have any further questions or concerns regarding your benefits, please do not hesitate to contact me at the number listed below.


Sincerely,


**ELA COS**
**CLAIM MANAGER**
**866-269-6242, ext. 2703**


The following have been notified of this benefit determination.

Kathy.andegg@wgint.com, cynthia.burnett@wgint.com, jayne.hale@wgint.com, time.management@wgint.com, std.approval@wgint.com,debbie.livingston@wgint.com
Joanne.hoag@wgint.com

**WGI 0288**

LAW OFFICES

## PETER G. ANGELOS

A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

April 4, 2003

Kemper National Services
Integrated Disability Management
WGI Appeal Coordinator
P.O. Box 189157
Plantation, FL 33318-9157

RE: Charles Hitchens
Case #1088786

Dear Appeal Coordinator:

Please accept this as the Notice of Appeal of the 3/31/03 decision (attached) denying Short-Term Disability benefits to my client Charles Hitchens.

Enclosed are the pertinent medical records in my possession. Please note that in the annual examination conducted under the auspices of WGI, Mr. Hitchens was only temporarily cleared for work at his request. After the follow up examination by Dr. Kambhamettu and Dr. Zubrow, Mr. Hitchens' restrictions included no respirator use, no exposure to fumes, vapors or irritant gases, no climbing heights and no strenuous activity. Only doctors who have not actually examined Mr. Hitchens have found him to be qualified to return to his job.

Please provide a copy of any "rule or procedures" applicable to this appeal. Also provide a copy of the job description you are using to evaluate this claim.

Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosure

**WGI 0289**

cc: Charles Hitchens

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MD 21201-3812
410-649-2000
(800) 252-6622
FAX 410-659-1780,81,82

UNION PARK CENTER
5905 HARFORD ROAD
BALTIMORE, MD 21214-1846
410-426-3200
(800) 492-3240
FAX 410-426-1268

COURT TOWERS, SUITE 300
210 W. PENNSYLVANIA AVENUE
TOWSON, MD 21204
410-825-7300
FAX 410-296-2541

STEELWORKERS' HALL
540 DUNDALK AVENUE
BALTIMORE, MD 21224-2997
410-633-8100
FAX 410-633-0480

63 HENDERSON AVENUE
CUMBERLAND, MD 21502-2452
301-759-2700
FAX 301-759-2703

Certification of Health Care Provider
(Family and Medical Leave Act of 1993)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



*(When completed, this form goes to the employee, __not to the Department of Labor__.)*

OMB No.  1215-0181
Expires:    07/31/03

| 1. Employee's Name | 2. Patient's Name *(If different from employee)* |
|---|---|
| *CHARLES HITCHENS* | *CHARLES HITCHENS* |

3. Page 4 describes what is meant by a **"serious health condition"** under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

(1) _____    (2) _____    (3) _____    (4) _____    (5) _____    (6) _____ , or None of the above _____

4. Describe the **medical facts** which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

*Pt was exposed to Sulfuric Acid Fumes during a fire rescue. Since that time he has ↓ in Lung Volumes & D<sub>L</sub>CO & ↑ in obstructive indices.*

5. a. State the approximate **date** the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present **incapacity**[2] if different):

*1/01 exposure.   Noted Symptoms = 9/01*

   b. Will it be necessary for the employee to take work only **intermittently or to work on a less than full** schedule as a result of the condition (including for treatment described in item 6 below)?

*He will need a physically less demanding job.*

   If yes, give the probable duration:

   c. If the condition is a **chronic condition** (condition #4) or **pregnancy**, state whether the patient is presently incapacitated[2] and the likely duration and frequency of **episodes of incapacity**[2].

*Will be chronic & possibly will continue to worsen*

[1] Here and elsewhere on this form, the information sought relates **only** to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Form WH-380
Revised December 1999

**WGI 0290**

6. a. If additional **treatments** will be required for the condition, provide an estimate of the probable number of such treatments.

*No ~~may~~ require pharmacotherapy*

If the patient will be absent from work or other daily activities because of **treatment** on an **intermittent or part-time** basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

b. If any of these treatments will be provided by **another provider of health services** (e.g., physical therapist), please state the nature of the treatments:

c. **If a regimen of continuing treatment** by the patient is required under your supervision, provide a general description of such regimen (*e.g.*, prescription drugs, physical therapy requiring special equipment):

7. a. If medical leave is required for the employee's absence from work because of the **employee's own condition** (including absences due to pregnancy or a chronic condition), is the employee **unable to perform work** of any kind?

↳ *No*

b. If able to perform some work, is the employee **unable to perform any one or more of the essential functions of the employee's job** (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is unable to perform:

1) No exposure to dusts, fumes, vapors or irritant gases
2) No climbing ladders
3) No wearing a respirator
4) No strenuous activity

c. If neither a. nor b. applies, is it necessary for the employee to be **absent from work for treatment**?

**WGI 0291**

8.  a.  If leave is required to **care for a family member** of the employee with a serious health condition, **does the patient require assistance** for basic medical or personal needs or safety, or for transportation?

b.  If no, would the employee's presence to provide **psychological comfort** be beneficial to the patient or assist in the patient's recovery?

c.  If the patient will need care only **intermittently** or on a part-time basis, please indicate the probable **duration** of this need:

_Marc E. Zubrow_ (signature)
Signature of Health Care Provider

_PULMONARY_
Type of Practice

_MARC T. ZUBROW, MD._

Address    **PULMONARY ASSOCIATES, P.A.**
**SUITE 105 MEDICAL ARTS PAVILION**
**4745 OGLETOWN - STANTON ROAD**
**NEWARK, DELAWARE 19713**

_302-368-5515_
Telephone Number

_3/28/03_
Date

**To be completed by the employee needing family leave to care for a family member:**

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

Employee Signature                                      Date

WGI 0292

A "**Serious Health Condition**" means an illness, injury impairment, or physical or mental condition that involves one of the following:

1. Hospital Care

   **Inpatient care** (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity[2] or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment

   (a) A period of incapacity[2] of **more than three consecutive calendar days** (including any subsequent treatment or period of incapacity[2] relating to the same condition), that also involves:

   (1) **Treatment**[3] **two or more times** by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (*e.g.*, physical therapist) under orders of, or on referral by, a health care provider; or

   (2) **Treatment** by a health care provider on **at least one occasion** which results in a **regimen of continuing treatment**[4] under the supervision of the health care provider.

3. Pregnancy

   Any period of incapacity due to **pregnancy**, or for **prenatal care**.

4. Chronic Conditions Requiring Treatments

   A **chronic condition** which:

   (1) Requires **periodic visits** for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

   (2) Continues over an **extended period of time** (including recurring episodes of a single underlying condition); and

   (3) May cause **episodic** rather than a continuing period of incapacity[2] (*e.g.*, asthma, diabetes, epilepsy, etc.).

5. Permanent/Long-term Conditions Requiring Supervision

   A period of **Incapacity**[2] which is **permanent or long-term** due to a condition for which treatment may not be effective. The employee or family member must be **under the continuing supervision of, but need not be receiving active treatment by, a health care provider.** Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic Conditions)

   Any period of absence to receive **multiple treatments** (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for **restorative surgery** after an accident or other injury, **or** for a condition that **would likely result in a period of Incapacity**[2] **of more than three consecutive calendar days in the absence of medical intervention or treatment**, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

This optional form may be used by employees to satisfy a mandatory requirement to furnish a medical certification (when requested) from a health care provider, including second or third opinions and recertification (29 CFR 825.306).

*Note:* Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

---

[3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

[4] A regimen of continuing treatment includes, for example, a course of prescription medication (*e.g.*, an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

---

**Public Burden Statement**

We estimate that it will take an average of 10 minutes to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

*DO NOT SEND THE COMPLETED FORM TO THIS OFFICE; IT GOES TO THE EMPLOYEE.*

WGI 0293

03/31/2003 09:08 PULMONARY ASSOCIATES → 6583319 NO.240 0005

02/19/2003   09:32   PULMONARY LAB 3027332947 → PULM ASSOC CHR                    NO.877   P01

# Christiana Care Health Systems  Pulmonary Lab  Wilmington Hospital

Pulmonary Function Laboratory Report

| | | | |
|---|---|---|---|
| Patient : | Hitchens,Charles | Height   71.0 (in) -  180.3 (cm) | Sex :  M |
| ID Number : | | Weight:  234 (lb) -  106.4 (kg) | BSA :  2.26 |
| Date : | 2/6/2003 | Age :   60   BP:  772  Temp:  30.3 | ATPS : .960 |
| Physician : | Zubrow, Marc | Smoking History :  Non-Smoker | |
| | | Type of Smoke :  cigarettes | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : 2/6/03 | |
| Technician : | P T McCartney, RRT, CPFT | | |

GOOD UNDERSTANDING/EFFORTS PTM 0925
  2.5 MG ALBUTEROL/NSS VIA HHN
  BEST SVC NOT REPRODUCIBLE
Diagnosis :   SHORT OF BREATH

| (BTPS) | | | Pre-BronchoDilator | | Post-BronchoDilator | | % |
|---|---|---|---|---|---|---|---|
| # Spirometry # | Predicted | Normal Limit | Actual | % Predicted | Actual | % Predicted | Change |
| FVC | 4.65 | 3.53 | 3.48 | 75 | 2.95 | 63 | -15 |
| FIVC | 4.65 | 3.53 | 2.79 | 60 | 2.52 | 54 | -10 |
| FEV-1 | 3.73 | 2.89 | 2.32 | 60 | 2.12 | 57 | -4 |
| FEV-1/FVC | 80 | 72 | 64 | 80 | 72 | 90 | 13 |
| Fev-6 | 4.65 | | 3.18 | 68 | 2.81 | 60 | -12 |
| PEFR | 8.86 | | 5.72 | 65 | 5.53 | 62 | -3 |
| FEF25-75 | 3.75 | 2.08 | 1.02 | 27 | 1.40 | 37 | 37 |
| FEF25 | 8.15 | | 3.59 | 44 | 4.41 | 54 | 23 |
| FEF50 | 4.60 | | 1.52 | 33 | 2.00 | 44 | 32 |
| FEF75 | 1.73 | | 0.31 | 18 | 0.43 | 25 | 40 |
| Exp. Time | | | 11.90 | | 9.81 | | -18 |
| MVV | 125 | | 54 | 43 | | | |

| (BTPS) | | | Pre-BronchoDilator | |
|---|---|---|---|---|
| # Lung Volumes # | Predicted | Normal Limits | Actual | % Predicted |
| TLC | 7.10 | 8.71 -  5.49 | 6.67 | 94 |
| FRC | 3.45 | 4.91 -  1.99 | 3.68 | 107 |
| RV | 2.45 | 3.21 -  1.69 | 2.74 | 112 |
| RV/TLC | 34.51 | 25.71 | 41.00 | 119 |
| SVC | 4.65 | 3.53 | 3.93 | 84 |
| IC | 3.65 | | 2.99 | 82 |
| ERV | 1.00 | | 0.94 | 94 |
| VA | | | 5.63 | |
| | | | | |
| DLCO (SB) | 35.03 | 26.83 | 26.18 | 75 |
| DLCO Corrected | 35.03 | 26.83 | 26.03 | 74 |
| DL/VA | 4.95 | 3.56 | 3.91 | 79 |
| TLC(VA) | 7.10 | 8.71 -  5.49 | 6.70 | 94 |
| Hemoglobin | | | 14.80 | |

Interpretation:

REDACTED

WGI 0294

Mark Jones, M.D.                                                      Page Number  1

02/19/2003    09:32    PULMONARY LAB 3027332947 → PULM ASSOC CHR    NO. 877    D02

# Christiana Care Health Systems   Pulmonary Lab   Wilmington Hospital

Pulmonary Function Laboratory Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient : | Hitchens, Charles | Height : | 71.0 (in) · 180.3 (cm) | | Sex : | M |
| ID Number : | | Weight : | 234 (lb) · 106.4 (kg) | | BSA : | 2.26 |
| Date : | 2/6/2003 | Age : | 60 | BP: 772  Temp: 30.3 | ATPS : | .960 |
| Physician : | Zubrow, Marc | Smoking History : | Non-Smoker | | | |
| | | Type of Smoke : | cigarettes | | | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : | 2/6/03 | | | |
| Technician: | P T McCartney, RRT, CPFT | | | | | |

cc: Dr. Zubrow
    Dr. Adams

Baseline spirometry was performed and shows mild reduction in the FVC and FEV-1. The FEV-1/FVC ratio is mildly reduced.

Lung volumes show normal lung capacity and vital capacity.

Diffusion capacity is mildly reduced.

Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild to moderate obstructive ventilatory deficit with mild reduction in diffusion capacity. No significant improvement in flow rates following administration of a bronchodilator.



REDACTED

WGI 0295

Page Number: 2

03/05/2003    08:42    PULMONARY LAB 3027332947 → PULM ASSOC CHR

cc Dr. Zubrow

Hitchens, Charles

02/25/03

Arterial blood gases were obtained at rest on room air and are within normal limits.

The patient was then exercised on the bicycle ergometer and ramped at 25 watts to a maximum of 185 watts with 224 being predicted. Maximum heart rate achieved is 159 which is very close to the predicted maximum. This was likely a maximal test for this patient. The patient discontinued exercise because of shortness of breath more so than leg fatigue.

The patient's work capacity is reduced with a normal anaerobic threshold. Measures of respiratory performance show a reduced breathing reserve. Breathing frequency is normal. Tidal volume to FVC relationship is elevated at peak exercise. Dead space to tidal volume relationship is normal. Arterial to end tidal $CO_2$ is normal. Arterial blood gases repeated at peak exercise show improvement in arterial oxygenation. There is not much change in the $pCO_2$. The pH falls as expected. VE/VCO2 and VE/VO2 are normal.

Measure of cardiac performance shows an oxygen pulse that rises with exercise as expected but not to the predicted values. Blood pressure at rest 128/88 which rises with exercise to a peak value of 220/104. No significant EKG changes were appreciated during performance of the test.

IN CONCLUSION: Reduced work capacity with indeterminate anaerobic threshold. The only respiratory abnormality appreciated is a reduced breathing reserve.

Oxygen pulse which is sometimes considered an indirect measure of (stroke volume) rises during performance of the test but does not reach the predicted value. It is not known if this might be related to the patient's significantly hypertensive response to exercise. Ischemic EKG changes were not appreciated during performance of the test. Clinical correlation is required.

Mark Jones, M.D.

REDACTED

WGI 0296

## INSTRUMENTATION LABORATORY
### PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  09:27:02
Sample Type: Arterial
Sample No.: 51
Operator:  JANICE ELLIS
Patient ID:          Patient Name: HITCHENS, CHARLES.
Patient Birth Date:          Patient Age: 60. Patient Sex: M.
Comment: BIKE L-RAD X1 JE/JE 0930/0933
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges Low | High | Critical Limits Low | High |
|---|---|---|---|---|---|---|
| pH | 7.34 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 37 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 98 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 48 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges Low | High | Critical Limits Low | High |
|---|---|---|---|---|---|---|
| #HCO3- | 20.0 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| #BE(B) | -5.2 | mmol/L | 2.0 | 3.0 | ---- | ---- |
| SO2c | 97 | % | 75 | 100 | 69 | ---- |
| ?A-aDO2 | ---- | | ---- | ---- | ---- | ---- |

#=Outside ref. range
?=Review

REDACTED

WGI 0297

INSTRUMENTATION LABORATORY
PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  07:30:09
Sample Type: Arterial
Sample No.: 46
Operator:  P T MCCARTNEY
Patient ID:              Patient Name: HITCHENS, CHARLES.
Patient Birth Date:           . Patient Age: 60. Patient Sex: M.
Comment: R RADIAL  0730/0735 JE/PTM  HGB= 14.2
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| pH | 7.42 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 36 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 82 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 43 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| HCO3- | 23.4 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| BE (B) | -0.7 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 96 | % | 75 | 100 | 69 | ---- |
| A-aDO2 | 23 | mmHg | ---- | ---- | ---- | ---- |

Operator Entered

O2 and Vent Settings:
  %FiO2    21.0    %

REDACTED

WGI 0298

| Christiana Care Health Systems | Date: 02/25/03 |
|---|---|
| Human Performance Laboratory | Name: Hitchens, Charles |
| (302) 733-1559   (302) 428-2259 | Age:  60  Sex: M |
| SSN: | Hgt:: 71°  Wgt:: 234 lbs. |
| Physician, Attending: | Physician, Referring: Dr. Zubrow |

| History | DOE |
|---|---|
| PFT's | FVC= 3.48  FEV-1 = 2.2   FEV₁/FVC= 64%  MVV= 89 |
| Exercise | bike ramped at 25 w/min to 165 watts for 9:30 |
| Reason Stopped | SOB/legs |
| Pulse Oximetry | Rest – 98%  Exercise – 98%          headband |

|  | Predicted | Measured |
|---|---|---|
| VO₂ max | 3027 | 2016 67% |
| Hr max | 160 | 159 995 RHR: 70 |
| O₂/HR | 19 | 13 67% |
| WR max | 224 | 165 75% |
| VE max | 149 | 63 42% |

|  | pH | pCO₂ | PO₂ | HCO₃ | SaO2 | "RQ" | VO₂/kg |
|---|---|---|---|---|---|---|---|
| Rest | 7.42 | 36 | 82 | 23.4 | 96 | .85 | 3.0 |
| WR max | 7.34 | 37 | 98 | 20 | 97 | 1.12 | 19.0 |

|  |  |  | Normal | Patient |
|---|---|---|---|---|
| **General** | Work Capacity | VO₂ max / pred VO₂ max | > 85 % | 2016  67% |
|  | Anaerobic Threshold | VO₂ AT/ predVO₂ max | > 40 % | 1535  76% |
| **Respiratory** | Breathing Reserve | 1-(VE max /MVV) or<br>MVV - VE max | > 30 %<br>> 15 L | 29%  26 L |
|  | f_b | Rest → WR max | 8 → 50 /min | 12      21 |
|  | V_t/FVC | Rest → WR max | 0.15 → 0.60 | .25   .87 |
| **V/Q** | P(A-a)O₂ | Rest → WR max | < 20 | 28   21 |
|  | V_d / V_t | Rest → WR max | .35 → < .25 | .37   0.15 |
|  | P(a- ET)CO₂ | Rest → WR max | + 2 → < 0 | 4   -4 |
| **Cardiac** | HR Reserve | 1-(HR max / HR pred max ) | ≤15% | .01 |
|  | O₂ / Pulse | Rest → WR max | | 4      13 |
|  | BP | Rest → WR max | 128/88 resting | 220/104 ex |
|  | HR @ AT | | | 127 |
|  | VO₂ @ AT | | | 1535 |
| Meds: | | Observations: | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | Stress Test Technician: DRC | | |

16776 (0675) (0590)C   Copyright 1985 D.C. Zavala M.D., U. Of Iowa, with permission

WGI 0299

# Pulmonary Diagnostic Laboratory  Christiana Care Health Systems  Single Breath 2

Pulmonary Function Laboratory Report

| Patient : | Hitchens, Charles | Height : | 71.0 (in) - | 180.3 (cm) | Sex : | M |
| ID Number : | | Weight : | 234 (lb) - | 106.4 (kg) | BSA : | 2.26 |
| Date : | 3/11/2003 | Age : | 60 | BP : 769  Temp : 20.7 | ATPS : | .910 |
| Physician : | Zubrow, Marc | Smoking History : | Ex-Smoker:1 Pk/Yrs, 20 years not smoking. | | | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : 3/11/03 | | | | |
| Technician | Janice Ellis, RRT, RPFT | | | | | |

JE/0745

Diagnosis    **DOF**

Comments:    **ATS Reproducibility and Acceptability standards met for all tests, Good effort and cooperation,**



| Pre Trial | MIP | % Pred |
|---|---|---|
| 1 | 97.15 | 121 |
| | | |
| 4 | 73.94 | 92 |
| | | |
| 3 | 57.77 | 72 |

80.72        101

70.94 —     86



| Pre Trial | MEP | % Pred |
|---|---|---|
| 1 | 52.34 | 42 |
| | | |
| 3 | 68.24 | 54 |
| | | |
| 5 | 62.53 | 50 |

59.81        48

56.98        41

**REDACTED**

**WGI 0300**

_____
Physician



WGI 0301

Instruct patient to expire to RV, close valve and perform MIP effort

WGI 0302



REDACTED

WGI 0303

12Mar 2003 11:49 FROM:LABCORP          TO:3023661240          LABCORP          PAGE 001
To: DR                                                          GLASGOW FAMILY PRACTICE



| Specimen #<br>066-306-1111-0 | Type<br>R | Primary Lab<br>RN | Report Status<br>Final | Pg 1 | | **LabCorp** |
|---|---|---|---|---|---|---|

Time 0644                                          Clinical Information                    Fasting: Y
3 ORDERS
CC:07887592 ZUBROW                        Physician ID            Patient ID
1 FR/1 RU  CD- 92038861348
Patient Name      302-322-6014    Sex    Age Certified      GLASGOW FAMILY PRACTICE          07385282
HITCHENS, CHARLES C        M    060/10
Pat Addr 28 E 6TH ST                              2600 GLASGOW AVE STE 120
  NEW CASTLE, DE 19720                            NEWARK, DE 19702
| Date Collected | Date Entered | Date Reported | | 302-836-8200 |
| 03/07/03 | 03/07/03 | 03/09/03 | 4173 | UPIN: D01172        SSN: |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | | |
| Glucose, Serum | 93 | | mg/dL | 65 - 109 | RN |
| BUN | 15 | | mg/dL | 5 - 26 | RN |
| Creatinine, Serum | 0.9 | | mg/dL | 0.5 - 1.5 | RN |
| BUN/Creatinine Ratio | 16 | | | 12 - 20 | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | RN |
| Potassium, Serum | 4.1 | | mmol/L | 3.5 - 5.5 | RN |
| Chloride, Serum | 104 | | mmol/L | 96 - 109 | RN |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 32 | RN |
| Calcium, Serum | 9.3 | | mg/dL | 8.5 - 10.6 | RN |
| Protein, Total, Serum | 7.9 | | g/dL | 6.0 - 8.5 | RN |
| Albumin, Serum | 4.2 | | g/dL | 3.6 - 4.8 | RN |
| Globulin, Total | 3.7 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.7 | | mg/dL | 0.1 - 1.2 | RN |
| Alkaline Phosphatase, Serum | 65 | | IU/L | 25 - 160 | RN |
| AST (SGOT) | 38 | | IU/L | 0 - 40 | RN |
| **ALT (SGPT)** | **47** | **H** | **IU/L** | **0 - 40** | **RN** |
| URINALYSIS, ROUTINE | | | | | |
| URINALYSIS GROSS EXAM | | | | | RN |
| Specific Gravity | 1.020 | | | 1.005 - 1.030 | RN |
| pH | 5.0 | | | 5.0 - 7.5 | RN |
| Urine-Color | Yellow | | | Yellow | RN |
| Appearance | Clear | | | Clear | RN |
| WBC Esterase | NEGATIVE | | | Negative | RN |
| Protein | NEGATIVE | | | Negative/Trace | RN |
| Glucose | NEGATIVE | | | Negative | RN |
| Ketones | NEGATIVE | | | Negative | RN |
| Occult Blood | NEGATIVE | | | Negative | RN |
| Bilirubin | NEGATIVE | | | Negative | RN |
| Urobilinogen,Semi-Qn | NORMAL | | | 0.0 - 1.9 | RN |
| Nitrite, Urine | NEGATIVE | | | Negative | RN |
| Microscopic Examination | | | | | RN |
|   Microscopic follows if indicated. | | | | | |
| CBC, PLATELET; NO DIFFERENTIAL | | | | | |
| White Blood Cell (WBC) Count | 8.3 | | X 10-3/uL | 4.0 - 10.5 | RN |
| Red Blood Cell (RBC) Count | 4.48 | | X 10-6/uL | 4.10 - 5.60 | RN |
| Hemoglobin | 14.4 | | g/dL | 12.5 - 17.0 | RN |
| Hematocrit | 42.8 | | % | 36.0 - 50.0 | RN |
| MCV | 96 | | fL | 80 - 98 | RN |
| MCH | 32.1 | | pg | 27.0 - 34.0 | RN |
| MCHC | 33.5 | | g/dL | 32.0 - 36.0 | RN |
| RDW | 13.3 | | % | 11.7 - 15.0 | RN |
| Platelets | 233 | | X 10-3/uL | 140 - 415 | RN |

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received that document in error, please call 1-877-735-3776.

REPORT                      © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C        Report Date: 03-12-03   Report Time: 11:47   All Rights Reserved

REDACTED

WG1 0304



| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|----|

------------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
Last Page of Report

**REDACTED**

**WGI 0305**

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-706-3776.

REPORT                                © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C            Report Date: 03-12-03   Report Time: 11:47   All Rights Reserved

Case 1:05-cv-00379-SLR    Document 145    Filed 05/03/2006    Page 58 of 63



REDACTED

WGI 0306

---

**Specimen #** 066-306-1111-0 | **Type** R | **Primary Lab** RN | **Report Status** Final | **Pg** 2

**LabCorp**

Time 0644
3 ORDERS
CC:07887592 ZUBROW
1 FR/1 RU  CD- 92038861348

Fasting: Y

Physician ID | Patient ID

ADAMS

GLASGOW FAMILY PRACTICE          07885282

**Patient Name** HITCHENS, CHARLES C | **Sex** M | **Age (DOB)** 060/10

2600 GLASGOW AVE STE 120

302-322-6014

28 E 6TH ST
NEW CASTLE, DE 19720

NEWARK, DE 19702
302-836-8200

**Date Collected** 03/07/03 | **Date Entered** 03/07/03 | **Date Reported** 03/09/03 | 4173

UPIN: D01172          SSN:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | | RN |
| LIPID PANEL | | | | | |
| Cholesterol, Total | 186 | | mg/dL | 100 - 199 | RN |
| Triglycerides | 196 | H | mg/dL | 0 - 149 | RN |
| HDL Cholesterol | 42 | | mg/dL | 40 - 59 | RN |
| VLDL Cholesterol Cal | 39 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 104 | H | mg/dL | 0 - 99 | |
| Comment | | | | | RN |

        If initial LDL-cholesterol result is >100 mg/dL, assess for
        risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |
| 2+ Risk Factors | <130 | >or=130 | >or=130 |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 |

| PSA TOTAL | | | | | |
|---|---|---|---|---|---|
| PSA, TOTAL | 0.5 | | ng/mL | 0.0 - 4.0 | BN |
| | | | | | BN |

        The percent free PSA is performed on a reflex basis only when the
        total PSA is between 4.0 and 10.0 ng/mL.

| TSH | 1.812 | | uIU/mL | 0.350 - 5.500 | RN |
|---|---|---|---|---|---|
| Magnesium, Serum | 1.9 | | mg/dL | 1.6 - 2.6 | RN |
| Lyme Ab/Total Immunoglobulins | NEGATIVE | | | 0.00 - 0.90 | RN |

                        ***Reference Interval***
        Note: The CDC currently advises        Negative   <or=0.90
        that Western blot testing be           Equivocal  0.91 -1.09
        performed following all equiv-         Positive   >or=1.10
        ocal or positive EIA results.
        Final diagnosis should include
        appropriate clinical findings
        and a positive EIA which is
        also positive by Western blot.

--------------------------------------------------------------
Lab: RN LABCORP RARITAN            Director: IRENE ISAAC, MD
        69 FIRST AVE RARITAN, NJ 08869-0000
--------------------------------------------------------------
Lab: BN LABCORP BURLINGTON         Director: FRANK HANCOCK, MD
        1447 YORK COURT BURLINGTON, NC 27215-2230

This document contains private and confidential health information protected by State and Federal law.  If you are not the intended recipient and have received this document in error, please call 1-800-738-3778

REPORT                            © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C        Report Date: 03-12-03  Report Time: 11:47    All Rights Reserved

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | | |
|---|---|---|---|---|---|
| 066-306-0073-0 | S | RN | Final Pg. 1 | | |

| Time 0640 | Clinical Information | Fasting: Y |
|---|---|---|
| CC ADAMS 07885282 | | |

CD- 92038861322

| Physician ID | | Patient ID | |
|---|---|---|---|
| | ZUBROW | | |

| Patient Name | | Sex | Age (Yr/Mo) |
|---|---|---|---|
| 302-322-6014 | | M | 060/10 |

HITCHENS, CHARLES C

| Pat. Addr. | |
|---|---|
| 28 E 6TH ST | |
| NEW CASTLE, DE 19720 | |

PULMONARY ASSOCIATES, P.A.    07887592
MAP  SUITE 105
4745 STANTON-OGLETOWN RD
NEWARK, DE 19713
302-368-5515
UPIN: B66606        SSN:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/08/03 | 1782 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| RHEUMATOID ARTHRITIS FACTOR | | | | | |
| RA Latex Turbid. | 6.2 | | IU/mL | 0.0 - 13.9 | RN |
| Sedimentation Rate-Westergren | 14 | | mm/hr | 0 - 20 | RN |
| Antinuclear Antibodies (ANA) | | | | NEG <=1:40 | RN |

NEGATIVE

Negative for all staining      Negative   <=1:40
patterns including Anti-       Borderline  =1:80
Centromere. ANA patterns       Positive  >=1:160
routinely detected include:
Smooth (homogenous or diffuse),
Nucleolar, Speckled, Centromere,
Peripheral, and Spindle. Hep-2
substrate used.

--------------------------------------------------------------------
Lab: RN LABCORP RARITAN              Director: IRENE ISAAC, MD
     69 FIRST AVE RARITAN, NJ 08869-0000
--------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
                    Last Page of Report

**REDACTED**

**WGI 0307**

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-300-2776.

REPORT                          © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C        Report Date: 03-08-03  Report Time: 15:05      All Rights Reserved

| Specimen # | Type | Primary Lab | Report Status | | | |
|---|---|---|---|---|---|---|
| 066-306-0081-0 | S | RN | Final   Pg  1 | | | |

**LabCorp**

Time 0643
CC ADAMS 07885282

CD- 92038861330

Clinical Information:                                    Fasting: N

| | | | | |
|---|---|---|---|---|
| | | | Physician ID | Patient ID |

ZUBROW

| Patient Name | | Sex | Age Yr/Mos | Account |
|---|---|---|---|---|
| HITCHENS, CHARLES C | 302-322-6014 | M | 060/10 | PULMONARY ASSOCIATES, P.A.   07887592 |

Pat Addr: 28 E 6TH ST
   NEW CASTLE, DE 19720

MAP  SUITE 105
4745 STANTON-OGLETOWN RD
NEWARK, DE 19713
302-368-5515
UPIN: B66606          SSN:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 03/07/03 | 03/07/03 | 03/08/03 | 1781 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | 2.088 | | uIU/mL | 0.350 - 5.500 | RN |

--------------------------------------------------------------------
  Lab: RN LABCORP RARITAN            Director: IRENE ISAAC, MD
       69 FIRST AVE RARITAN, NJ 08869-0000
--------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-633-5221 Lab: 908-526-2400
                       Last Page of Report

**REDACTED**

**WGI 0308**

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-530-3778

                                    REPORT          © 2002 Laboratory Corporation of America® Holdings
HITCHENS, CHARLES C          Report Date: 03-08-03  Report Time: 12:05      All Rights Reserved

**WORKCARE**™

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Page  1
Hitchens, Charles Sr.
Today's Date:  03/17/2003
Exam Date:  03/12/2003

PERSONAL AND CONFIDENTIAL

Hitchens, Charles Sr.
28 East 6Th Street
New Castle, DE 19720-

Dear Mr. Hitchens :

I am writing with regards to your recent examination. The examination was performed only to assess whether you have any medical problems that could interfere with your ability to perform work. It is not meant to be a substitute for regular medical care or a complete medical examination.

*The history and physical should have been discussed with you at the time of the exam. If you have any questions that were not addressed by the examining physician or have any further questions, please contact your personal physician or call WorkCare at the number listed above.*

Your vital signs revealed the following:

Vitals:    Height: 72.0 inches          Weight: 274.0 lbs.          Blood Pressure: 148 / 80
                  * Your blood pressure was found to be increased.
                  * Your systolic blood pressure was found to be above the normal reference range.  I would recommend that you
                     follow up with your personal physician for further evaluation.

Body Mass Index:   37
                  Body Mass Index (BMI) is used to determine healthy weights for people.  The formula correlates highly
                  with body fat and is expressed as weight in kilograms divided by height in meters squared.  Cutoff points
                  for desirable BMI ranges can be identified based on the relationship between BMI and health outcome.
                  * A BMI greater than 26 is considered to be overweight.  There is a high increase in mortality for a BMI
                  greater than or equal to 35 but not greater than 40.  See your physician regarding weight control program.

Your chest xray revealed the following:
                  CXR result for 03/12/2003 :  No Active Disease
                  Comments:
                  Your Chest X-Ray revealed no significant abnormalities.

In addition to the results, the following are additional comments regarding your medical examination. You should share this information with your personal physician: *NO ADDITIONAL COMMENTS*
As a result of the above medical conditions, the following work status and restrictions are being recommended to your employer: *NO WORK RESTRICTIONS*

**WGI 0309**

 **WorkCare**™

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155  Fax: (714) 456 2154

Page  2
Hitchens, Charles Sr.
Today's Date:  03/17/2003
Exam Date:  03/12/2003

I appreciate the opportunity to review your examination for Washington Group International . If you have any questions now or in the future, please feel free to call me at (800) 455-6155.

Sincerely,

Peter P. Greaney, M.D.

If you would like further information on the laboratory tests and a general explanation of test results, please visit our web site at http://www.workcare.com.  Click on "Client Support" and use the "Client / Employee Resources" link to access this information.

**WGI 0310**

 **WorkCare™**

333 S. Anita Dr., Suite 630, Orange, CA 92868
Ph: (800) 455-6155 Fax: (714) 456 2154

Addendum Page 1
Hitchens, Charles Sr.
Today's Date    03/17/03
Exam Date:    03/12/03

## ADDENDUM

*The chemistry panel includes studies that screen for diabetes, kidney problems, problems with electrolytes such as potassium, liver problems, and elevation of cholesterol or triglycerides. It also includes blood proteins, calcium, phosphorus.*

Your chemistry panel revealed the following:

|  | Result | Reference |  | Result | Reference |  | Result | Reference |
|---|---|---|---|---|---|---|---|---|
| Sodium | 142.0 | 135.0 - 145.0 | Calcium | 9.4 | 8.5 - 10.5 | SGPT (ALT) | 43.0 | 10.0 - 60.0 |
| Alk Phos | 50.0 | 41.0 - 122.0 | Albumin | 4.3 | 3.5 - 5.1 | GGT | 21.0 | 5.0 - 64.0 |
| BUN | 16.0 | 6.0 - 25.0 | Total Protein | 7.9 | 6.1 - 8.2 | Triglycerides | 120.0 | 0.0 - 200.0 |
| Creatinine | 0.9 | 0.5 - 1.3 | Globulin H | 3.6 | 1.8 - 3.2 | Cholesterol | 170 | 0.0 - 200.0 |
| BUN/Cr Ratio | 17.8 | 6.7 - 86.7 | A/G Ratio L | 1.2 | 1.3 - 2.7 | HDL Cholesterol L | 38.0 | 40.0 - 999.0 |
| Uric Acid | 5.5 | 2.5 - 7.3 | Bilirubin | 1.4 | 0.1 - 2.1 | Chol/HDL Ratio | 4.5 | 0.0 - 5.0 |
| Chloride | 106.0 | 100.0 - 111.0 | Glucose | 82.0 | 70.0 - 110.0 | LDH | 129.0 | 90.0 - 180.0 |
| Potassium | 3.8 | 3.5 - 5.5 | Phosphorus | 3.4 | 2.5 - 4.7 | SGOT (AST) | 36.0 | 10 0 - 42.0 |

Your total cholesterol was found to be 170 mg/dl. Ideal is below 160. Your triglyceride level was 120.0 mg/dl. Ideal is below 150.

Your HDL (good cholesterol) was 38.0 mg/dl. Ideal is above 50. Your cholesterol/HDL ratio of 4.5 can be interpreted as a coronary heart disease risk of: average

* Review of your chemistry panel did not reveal any significant abnormalities other than those noted above

Other tests performed:

C-Reactive Protein (CRP)       < 0.6

**WGI 0311**