# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Charles C. Hitchens, Sr.,                    :
                                             :
        Plaintiff,                         :    Civil Action No. 1:05-cv-379 (SLR)
                                             :
                                             :
    v.                                       :
                                             :
                                             :
Washington Group International, Inc., Plan   :
Administrator, Washington Group             :
International Short Term Disability (STD)     :
Plan, Broadspire National Services, Inc. f/k/a  :
Kemper National Services, Inc., Broadspire   :
Services, Inc. f/k/a Kemper Services, Inc.,   :
Broadspire Inc., f/k/a Kemper Services, Inc.,  :
Plan Administrators of the STD Plan,         :
                                             :
        Defendants.                        :

## APPENDIX VOLUME VI OF VI
### (WGI 0312 – 0373)

# Washington

## HEALTH STATUS MEDICAL REPORT

Employer Copy

TYPE OF EXAMINATION:    Post Exposure Exam

EMPLOYEE:        Hitchens, Charles Sr.
SSN:
DATE OF EXAM:        03/12/2003
EXPIRATION DATE: 03/12/2004

COMPANY:    Washington Group International
POSITION:    Safety
LOCATION:    Washington Group Int'l-Delaware City
SITE:        Delaware City Refinery

The following recommendations are based on a review of one or all of the following: a base history questionnaire, supporting diagnostic tests, physical examination, and the essential functions of the position applied for or occupied by the individual named above.

|  | Yes | No | Undecided |
|---|---|---|---|
| Has the employee any detected medical conditions that would increase his/her risk of material health impairment from occupational exposure in accordance with 29 CFR §1910.120? | ☐ | ☑ | ☐ |
| Does the employee have any limitations in the use of respirators in accordance with 29 CFR §1910.134? | ☐ | ☑ | ☐ |

### STATUS

1. ☑ **QUALIFIED**    The examination indicates no significant medical condition. Employee can be assigned any work consistent with skills and training.

2. ☐ **QUALIFIED - WITH LIMITATIONS**    The examination indicates that a medical condition currently exists that limits work assignments on the following basis:

3. ☐ **NOT QUALIFIED**

4. ☐ **DEFERRED**    The examination indicated that additional information is necessary. The employee has been given the following instructions.

### COMMENTS:

I have reviewed the medical data of the above named employee, and informed the employee of the results of the medical examination and any medical conditions that require follow-up examination or treatment.

Name of Physician: Peter P. Greaney, MD                Date: 03/17/03

Signature:

WorkCare
333 S. Anita Drive, Suite 630, Orange, CA 92868.
(714) 978-7488 • (800) 455-6155 • FAX (714) 456-2154

**REDACTED**

**WGI 0312**

*Jobs description Copies*

To:
cc:
From:    kathy.andregg@wgint.com (Kathy  Andregg)

Date:    05/06/2003 09:18 AM CST
Subject:  RE: Job Description Request

Employee is a Technician, 64020.T4.  Following is the generic description of
that job, but to find out specifics of his position, you would need to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations for all
employees who are classified in this job family. This job description is not
intended to include an exhaustive list of all responsibilities, duties and
skills required. Additional responsibilities may be assigned according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and solving
specialized problems within a narrow scope. This may mean responsibility for
ongoing activities within a specific discipline, or more general tasks
common to several disciplines. Commonly provides assistance to professionals
in areas such as, safety, industrial hygiene, environmental science, and
radiation protection. May perform lab work, equipment set-up, testing and
repair, quantity take-off, data entry and/or model construction utilizing
prescribed techniques. May prepare formal reports on experiments, tests and
other projects.

The ES&H Specialist family includes the following disciplines and general
descriptions:

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the environment
to detect radioactive contamination by performing tests, inspections and
surveys. Responsible for the operation, calibration and maintenance of

**WGI 0313**

radiological support equipment. Test equipment against standards to ensure
accuracy. Instructs personnel in radiation safety procedures and demonstrates use of protective clothing and equipment. Prepares and/or
authorizes Radiation Work Permits (RWPS) for admittance to site. Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity. Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area radiation
levels approach maximum limits. Recommends work stoppage in unsafe areas,
posts warning signs, and ropes off contaminated areas. Records data and
maintains and updates all records and reports, including individual exposure
records, location and intensity of radioactivity in contaminated areas and
status of areas being decontaminated. Must meet applicable regulatory codes
and standards where needed.

Qualifications:


Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous work
experience required. High school or equivalent preferred. Under direct
supervision, performs limited and routine duties following well-defined
policies and procedures. On-the-job training is received in an area of
technical specialty.

ES&H Technician II T2 This is an intermediate level position with one+ years
related work experiences. Under general supervision, demonstrates the
ability to perform assigned duties and is knowledgeable of the significance
of these duties. Performs moderately complex technical work utilizing
instructions, drawings, sketches and results from computer systems and
schematics. May be involved in training and supervising technical personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch. May be
required to pass professional test.

ES&H Technician III T3 This is a journey level position with four+ years
work experience. Works under general supervision performing advanced

technical work utilizing a wide variety of resources, including
computers.
May be responsible for all or part of a project. May train and
supervise
workflow. May be required to pass professional test.

ES&H Technician IV T4 This is a senior level position with six+
years work
experience. Works under limited supervision performing complex
technical
work. Duties may include technical responsibility for a major
phase or
component of a project. Takes lead role in workflow coordination.
May be
required to pass professional test.

ES&H Technician V T5 This is a senior level position with eight+
years work
experience. Works under limited supervision performing complex
technical
work utilizing a wide variety of resources, including computers.
May be
responsible for all or part of a project. May train and supervise
other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles
Hitchens' claim.
Could you please forward a copy of Mr. Hitchens' job description
as a
safety supervior.  His I.D. is 14380.  This is needed for the
review of his
claim and his Attorney is requesting a copy as well.  Thank you
for your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133




DISCLAIMER:
This communication, along with any documents, files or
attachments, is
intended only for the use of the addressee and may contain
legally
privileged and confidential information. If you are not the

WGI 0315

intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information
contained in or
attached to this communication is strictly prohibited. If you
have received
this message in error, please notify the sender immediately and
destroy the
original communication
and its attachments without reading, printing or saving in any
manner. This
communication does not form any contractual obligation on behalf
of the
sender or, the sender's employer, or the employer's parent
company,
affiliates or subsidiaries.

WGI 0316

To:
cc:
From:    kathy.andregg@wgint.com (Kathy Andregg)

Date:    05/06/2003 09:18 AM CST
Subject:  RE: Job Description Request


Employee is a Technician, 64020.T4.  Following is the generic description of
that job, but to find out specifics of his position, you would need to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations for all
employees who are classified in this job family. This job description is not
intended to include an exhaustive list of all responsibilities, duties and
skills required. Additional responsibilities may be assigned according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and solving
specialized problems within a narrow scope. This may mean responsibility for
ongoing activities within a specific discipline, or more general tasks
common to several disciplines. Commonly provides assistance to professionals
in areas such as, safety, industrial hygiene, environmental science, and
radiation protection. May perform lab work, equipment set-up, testing and
repair, quantity take-off, data entry and/or model construction utilizing
prescribed techniques. May prepare formal reports on experiments, tests and
other projects.

The ES&H Specialist family includes the following disciplines and general
descriptions:

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the environment
to detect radioactive contamination by performing tests, inspections and
surveys. Responsible for the operation, calibration and maintenance of

**WGI 0317**

radiological support equipment. Test equipment against standards to ensure
accuracy. Instructs personnel in radiation safety procedures and demonstrates use of protective clothing and equipment. Prepares and/or
authorizes Radiation Work Permits (RWPS) for admittance to site. Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity. Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area radiation
levels approach maximum limits. Recommends work stoppage in unsafe areas,
posts warning signs, and ropes off contaminated areas. Records data and
maintains and updates all records and reports, including individual exposure
records, location and intensity of radioactivity in contaminated areas and
status of areas being decontaminated. Must meet applicable regulatory codes
and standards where needed.

Qualifications:

Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous work
experience required. High school or equivalent preferred. Under direct
supervision, performs limited and routine duties following well-defined
policies and procedures. On-the-job training is received in an area of
technical specialty.

ES&H Technician II T2 This is an intermediate level position with one+ years
related work experiences. Under general supervision, demonstrates the
ability to perform assigned duties and is knowledgeable of the significance
of these duties. Performs moderately complex technical work utilizing
instructions, drawings, sketches and results from computer systems and
schematics. May be involved in training and supervising technical personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch. May be
required to pass professional test.

ES&H Technician III T3 This is a journey level position with four+ years
work experience. Works under general supervision performing advanced

technical work utilizing a wide variety of resources, including computers.
May be responsible for all or part of a project. May train and supervise
workflow. May be required to pass professional test.

ES&H Technician IV T4 This is a senior level position with six+ years work
experience. Works under limited supervision performing complex technical
work. Duties may include technical responsibility for a major phase or
component of a project. Takes lead role in workflow coordination. May be
required to pass professional test.

ES&H Technician V T5 This is a senior level position with eight+ years work
experience. Works under limited supervision performing complex technical
work utilizing a wide variety of resources, including computers. May be
responsible for all or part of a project. May train and supervise other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles Hitchens' claim.
Could you please forward a copy of Mr. Hitchens' job description as a
safety supervior.  His I.D. is 14380.  This is needed for the review of his
claim and his Attorney is requesting a copy as well.  Thank you for your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133




DISCLAIMER:
This communication, along with any documents, files or attachments, is
intended only for the use of the addressee and may contain legally
privileged and confidential information. If you are not the

WGI 0319

intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information
contained in or
attached to this communication is strictly prohibited. If you
have received
this message in error, please notify the sender immediately and
destroy the
original communication
and its attachments without reading, printing or saving in any
manner. This
communication does not form any contractual obligation on behalf
of the
sender or, the sender's employer, or the employer's parent
company,
affiliates or subsidiaries.

**WGI 0320**

To:
cc:
From:    kathy.andregg@wgint.com (Kathy Andregg)

Date:    05/06/2003 09:18 AM CST
Subject:  RE: Job Description Request


Employee is a Technician, 64020.T4.  Following is the generic description of
that job, but to find out specifics of his position, you would need to
contact his supervisor directly.

Washington Group
Classification System Job Family:
ES&H Technician #64020

Description:

The following explains the job responsibilities and expectations for all
employees who are classified in this job family. This job description is not
intended to include an exhaustive list of all responsibilities, duties and
skills required. Additional responsibilities may be assigned according to
the needs of the Company, project, or contract.

The ES&H Technician job family is responsible for analyzing and solving
specialized problems within a narrow scope. This may mean responsibility for
ongoing activities within a specific discipline, or more general tasks
common to several disciplines. Commonly provides assistance to professionals
in areas such as, safety, industrial hygiene, environmental science, and
radiation protection. May perform lab work, equipment set-up, testing and
repair, quantity take-off, data entry and/or model construction utilizing
prescribed techniques. May prepare formal reports on experiments, tests and
other projects.

The ES&H Specialist family includes the following disciplines and general
descriptions:

Radiological Technicians
Responsible for monitoring personnel, plant facilities and the environment
to detect radioactive contamination by performing tests, inspections and
surveys. Responsible for the operation, calibration and maintenance of

**WGI 0321**

radiological support equipment. Test equipment against standards to ensure
accuracy. Instructs personnel in radiation safety procedures and demonstrates use of protective clothing and equipment. Prepares and/or
authorizes Radiation Work Permits (RWPS) for admittance to site. Measures
intensity and identifies type of radiation in working areas. Collects
samples to determine airborne concentration of radioactivity. Collects and
analyzes monitoring equipment worn by personnel to measure individual
exposure. Informs supervisors when individual exposures and area radiation
levels approach maximum limits. Recommends work stoppage in unsafe areas,
posts warning signs, and ropes off contaminated areas. Records data and
maintains and updates all records and reports, including individual exposure
records, location and intensity of radioactivity in contaminated areas and
status of areas being decontaminated. Must meet applicable regulatory codes
and standards where needed.

Qualifications:


Classification Grade Typical Qualifications
ES&H Technician I T1 This is an entry-level position with no previous work
experience required. High school or equivalent preferred. Under direct
supervision, performs limited and routine duties following well-defined
policies and procedures. On-the-job training is received in an area of
technical specialty.

ES&H Technician II T2 This is an intermediate level position with one+ years
related work experiences. Under general supervision, demonstrates the
ability to perform assigned duties and is knowledgeable of the significance
of these duties. Performs moderately complex technical work utilizing
instructions, drawings, sketches and results from computer systems and
schematics. May be involved in training and supervising technical personnel.
May perform some data entry, utilizing CRT terminals and/or keypunch. May be
required to pass professional test.

ES&H Technician III T3 This is a journey level position with four+ years
work experience. Works under general supervision performing advanced

WGI 0322

technical work utilizing a wide variety of resources, including
computers.
May be responsible for all or part of a project. May train and
supervise
workflow. May be required to pass professional test.

ES&H Technician IV T4 This is a senior level position with six+
years work
experience. Works under limited supervision performing complex
technical
work. Duties may include technical responsibility for a major
phase or
component of a project. Takes lead role in workflow coordination.
May be
required to pass professional test.

ES&H Technician V T5 This is a senior level position with eight+
years work
experience. Works under limited supervision performing complex
technical
work utilizing a wide variety of resources, including computers.
May be
responsible for all or part of a project. May train and supervise
other
technicians. May be required to pass professional test.


-----Original Message-----
From: swilliam@kemperinsurance.com
[mailto:swilliam@kemperinsurance.com]
Sent: Tuesday, May 06, 2003 9:16 AM
To: kathy.andregg@wgint.com
Subject: Job Description Request


Hello Kathy:

I am the appeal coordinator assigned to claimant Charles
Hitchens' claim.
Could you please forward a copy of Mr. Hitchens' job description
as a
safety supervior. His I.D. is 14380.  This is needed for the
review of his
claim and his Attorney is requesting a copy as well.  Thank you
for your
help in this matter.

Sonia Williams
P: (800) 725-9441 ext 2670
F: (954) 452-4133



DISCLAIMER:
This communication, along with any documents, files or
attachments, is
intended only for the use of the addressee and may contain
legally
privileged and confidential information. If you are not the

WGI 0323

intended
recipient, you are hereby notified that any
dissemination, distribution or copying of any information
contained in or
attached to this communication is strictly prohibited. If you
have received
this message in error, please notify the sender immediately and
destroy the
original communication
and its attachments without reading, printing or saving in any
manner. This
communication does not form any contractual obligation on behalf
of the
sender or, the sender's employer, or the employer's parent
company,
affiliates or subsidiaries.

**WGI 0324**

FedEx | Ship Manager | Label 7907 7258 4642

From: Sonia Williams (954)693-2670
Kemper National Services
1601 SW 80th Terrace

Plantation, FL, 33324

REVENUE BARCODE



To: Dr. Edward Klotz (954)328-4573

7071 Dubonnet Drive

Boca Raton, FL, 33433

SHIP DATE: 06MAY03
WEIGHT: 1 LBS

Ref: 5100137643

DELIVERY ADDRESS BARCODE(FEDEX-EDR)

TRK # 7907 7258 4642 FORM
0201

FedEx   STANDARD OVERNIGHT

33433-FL-US    32 PHKA

FLL

WED
A2

Deliver by:
07MAY03

## Shipping Label: Your shipment is complete

Cancel shipment    Edit shipment information    Process another shipment

Got a

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

*ups won't work*

**WGI 0325**

https://www.fedex.com/cgi-bin/ship_it/unity/1HjZr9AbRv0AhSu1AcZz6CbTv9JgWt6BaSr7JdS    5/6/03

Refinery material     Re Atty Wilson

Works in Refinery

Should not be using Respirator

Safety Supervisor

Court Physical activity

Tom
called
7/17/01
Save some
had breathe problems

Found jobs for him

Doesn't now

One community

reduction by yesterday

Physical less demanding jobs.

Inability to wear Respirator

+ S 1st Responder

to residents in refinery

especially hurt

has to save

4 floor & S.S.

can't wear

Respirator

WGI 0326

CASE CLOSURE FORM

| STATUTORY | HCC/STD/MLOA/SADB/LTD |
|---|---|

| | 70400 REFERRED TO ONSITE CARE MGMT |
|---|---|
| **HI TBD** | 90000 CASE CANCELLED |
| 59030  HI – CASE CANCELLED | 91000 RETURN TO WORK |
| 59130  HI – RETURN TO WORK CLOSURE STATUS | 92500 TERMINATION OF BENEFITS |
| 59253  HI – TERMINATION OF BENEFITS | 93000 REFERRAL TO LTD |
| 59330  HI – REFERRAL TO LTD | 93050 REFERRAL TO STD |
| 59430  HI – NO FURTHER SERVICES REQUIRED | 96000 REFERRAL TO WC |
| | 97000 BENEFIT WAITING PERIOD NOT MET – CASE CLOSED |
| | 98200 TERMINATED NO DIAGNOSIS |
| **NJ TDB** | |
| 59010  NJ – CASE CANCELLED | T7040 T-REFERRAL TO ONSITE CARE MGMT |
| 59110  NJ – RETURN TO WORK CLOSURE STATUS | T9000 T-CASE CANCELLED |
| 59251  NJ – TERMINATION OF BENEFITS | T9100 T-RETURN TO WORK |
| 59310  NJ – REFERRAL TO LTD | T9250 T-TERMINATION OF BENEFITS |
| 59410  NJ – NO FURTHER SERVICES REQUIRED | T9300 T-REFERRAL TO LTD |
| | T9400 T-NO FURTHER SERVICES REQUIRED |
| **NY DBL** | T9600 T-REFERRAL TO WC |
| 59020  NY – CASE CANCELLED | T9700 T-LTD CLOSURE |
| 59120  NY – RETURN TO WORK CLOSURE STATUS | |
| 59252  NY – TERMINATION OF BENEFITS | |
| 59320  NY – REFERRAL TO LTD | |
| 59420  NY – NO FURTHER SERVICES REQUIRED | |

**STAT** (Utilized for California Statutory SDI claims)
59000  STAT - CASE CANCELLED
59100  STAT - RETURN TO WORK CLOSURE STATUS
59250  STAT - TERMINATION OF BENEFITS
59300  STAT - REFERRAL TO LTD
59400  STAT - NO FURTHER SERVICES REQUIRED

---

CLOSURE CHECKLIST:  Did you complete the following closure task?
DATE OF DISABILITY SHOULD NOT BE BLANK
HEADER HAS TREATING PROVIDER AND DISABLING DIAGNOSIS
RTW SCREEN HAS ALL LD/FD RELEASE DATES W/APPROPRIATE CODE
MDA ENTRY COMPLETE
ALL LEAVE WORK DATES W/APPROPRIATE CODE
TRS. CODE HAS "CC" OR APPROPRIATE
CORRECT CLOSURE CODE AND ATTACH CLOSURE FORM
CLOSE ALL SERVICE CODE LINES
INDICATE CLOSE AFTER DATE

---

**CLOSE AFTER THIS DATE**    4/7/03

Claimant's Name:    Charles Hitchens    Case #:  1088786

Claim Representative:    Ele Gs    Date:  4/7/03

Administrative Assistant: _____    Nacia John   APR 08 2003
                                              Date: _____

UPDATED 07/10/02                                      **WGI 0327**

PETER G. ANGELOS
A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

March 24, 2003

Ela Cos
Claims Manager
Kemper Insurance Co.
Kemper National Services
IDM - Washington Group
P.O. Box 189151
Plantation, FL 33318

*VIA FAX AND MAIL*

RE: My Client: Charles Hitchens
Policyholder: Washington Group International
Case #1088786

To Whom it may concern:

I have been retained to represent Charles Hitchens in connection with his application for short term disability. Please direct all correspondence/inquiries to me. Please have no further contact with my client.

It is my understanding that his claim was rejected as of 3/24/03. Please provide the specific reason for denial and provide the portions of the policy that forms the basis of the denial. Please also provide the portions of the policy that defines the term "disability". It seems wholly inconceivable to me that when Washington Group's own doctor would only temporarily clear Mr. Hitchens for pending a reevaluation/second opinion and the second opinion doctor placed the following restrictions on Mr. Campbell:
1. No use of respirator and
2. No climbing heights and
3. No strenuous activity and
4. No exposure to dusts, fumes, vapers or irritant gases;
and yet another doctor essentially agreed by indicating that Mr. Hitchens should apply for disability. I have attached the records to which I refer. As an aside, Dr. Zubrow indicates Mr. Hitchens was "laid off"; That is incorrect, the only reason Mr. Hitchens is not working is because of the lung problems.

With all due respect, have you ever been in a oil refinery? Do you understand the Mr. Hitchens is not cleared for respirator use, a clearance he must have to work? Do you understand

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MD 21201-3812
410-649-2000
(800) 252-6622
FAX 410-659-1780,81,82

UNION PARK CENTER
5905 HARFORD ROAD
BALTIMORE, MD 21214-1846
410-426-3200
(800) 497-3740
FAX 410-426-1269

COURT TOWERS, SUITE 300
210 W. PENNSYLVANIA AVENUE
TOWSON, MD 21204
410-825-7300
FAX 410-296-254l

STEELWORKERS' HALL
540 DUNDALK AVENUE
BALTIMORE, MD 21224-2997
410-633-8100
FAX 410-633-0480

63 HENDERSON AVENUE
CUMBERLAND, MD 21502-2452
301-759-2700
FAX 301-759-2703

WGI 0328

LAW OFFICES
PETER G. ANGELOS

he was exposed to sulfuric acid?

     Please consider this as any appeal/exception/challenge to your denial of benefits.  If there is a particular form that needs to be completed, please forward same.  If you claim that Mr. Hitchens' ability to pursue his remedies through a court of law is limited (such as an applicable arbitration clause) please indicate so and forward a copy of the document upon which you rely to make such an assertion.

     I look forward to hearing form you.  Thank you.

             Very truly yours,

             Richard T. Wilson

RTW/sam
Enclosures
cc: Kathy Angregg

WGI 0329

**Kemper**
Insurance Companies

March 31, 2003                                          Case # 1088786

Mr. Charles Hitchens
28 East 6th Street
New Castle DE 19720

**Employer Copy**

**RE:   Washington Group International, Inc.**

Dear Mr. Hitchens:

Washington Group International, Inc. has contracted with Kemper National Services (Kemper)
to administer the Washington Group International, Inc., Short Term Disability (STD) Plan.
Kemper will administer the Plan for all non-work related disabilities lasting longer than **seven
(7) days.**

Kemper has reviewed your claim for disability benefits in accordance with the definition of
Short-Term Disability under the STD Plan:

> *Unable to perform the material and substantial duties of employees' own occupation
> because of illness or injury:  if not working at any job for wages or profit and is under
> the regular care of a physician*

Therefore, in order to receive benefits, you must qualify as being disabled under the above
definition.  Upon review of our file it has been determined that you do not qualify for Short Term
Disability benefits as of March 13, 2003 because the information received from your treating
provider's office is not sufficient to support your disability.

The information received to date was then reviewed by our KNS physician consultant and it was
determined that there is insufficient medical data to support an ongoing disability.  Based on the
medical information reviewed and considered, there is no objective evidence in the medical
records to support a loss of functionality that would preclude you from performing the essential
duties of your occupation.  Based on the lack of objective evidence supporting a loss of
functionality, there is no reason why you could not work as a safety supervisor.  Therefore,
benefits will not be approved. Washington Group has been notified.

Upon request, you are entitled to receive copies of the information used in making our decision
at no cost to you.

If you disagree with this determination, in whole or in part, you may file a written request to
appeal this decision within 180 days of receipt of this notice.  The review on appeal will consist
of a fresh review of your claim based on information already existing in your file, along with any
additional information, records, documents, comments, or other relevant material you may
submit in support of your appeal.



In order to assist with your appeal, please provide us with current medical documentation, which includes objective data, such as, but not limited to the following:

- Diagnostic test results;
- Functional Capacity Evaluations;
- Physical therapy notes, office notes, consultation notes, progress reports;
- Current x-rays, CT Scans and EMG to support your diagnosis and claim for disability; and which provides specific functional abilities, including any and all restrictions and limitations."

We will render a written decision within 45 days after your completed appeal.  If the decision remains unchanged at the completion of the Plan's final review process, you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 ("ERISA").

Your appeal should be addressed to:

**Kemper National Services**
**Integrated Disability Management**
**Attention: WASHINGTON GROUP INTERNATIONAL,**
**APPEAL COORDINATOR**
**P.O. Box 189157**
**Plantation, FL 33318-9157**

Washington Group International, Inc. has been notified of this benefit determination. You should call your employer at 208-386-5822 if you have specific questions relating to the Family and Medical Leave Act (FMLA) and/or your employment status.

If you have any further questions or concerns regarding your benefits, please do not hesitate to contact me at the number listed below.

Sincerely,

**ELA COS**
**CLAIM MANAGER**
**866-269-6242, ext. 2703**

The following have been notified of this benefit determination.

Kathy.andegg@wgint.com, cynthia.burnett@wgint.com, jayne.hale@wgint.com, time.management@wgint.com, std.approval@wgint.com,debbie.livingston@wgint.com Joanne.hoag@wgint.com

March 31, 2003                                        Case # 1069288

03/27/2003                    KEMPER NATIONAL SERVICES                    Page   1
                              CASE# < 1088786> COMMENTS

For Service:<R1026> PHYSICIAN REVIEW/GENERAL
  Scheduled:03/28/2003 Completed:        Enter:03/24/2003 Edit:03/26/2003 Status:(PE)  Bill:   0.00  Non:   0.00  Savings:    0.0C

KNS General Peer Review

Referral Date:March 24, 2003
Dictated 3/24/03Claimant:Charles Hitchens
Requester: Ela CosAge:60
Requester Resource #:5493SS#/Claim#:1088786
Department:IDMAccount:Washington Group
Extension:2703Job Title:Safety Supervisor
Peer Reviewer:Dennis Mazal, MD.Physical Exertion level:

Specialty:Internal Medicine/PulmonologySedentaryLightXMedium

HeavyVery Heavy

Peer Resource #:6112Diagnosis(es):Shortness of Breath
First Date of Absence:3/13/03
LTD date: 9/11/03
Evaluate Functional Impairment related to:
XOwn OccupationAny OccupationN/A


Information Reviewed/Considered:
Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03
PFT Test dated 3/11/03,  2/6/03
Notes from Dr. Kambhamettu dated 3/12/03

Functional Impairment Status Determination:

Specific Referral Question(s):


                                        Do medicals support
disability?
Determination:
Supports functional impairment(s) that precludes work
XFails to support functional impairment(s) that precludes work

RATIONALE:

The claimant is a 60-year-old male who developed respiratory
insufficiency secondary to exposure to sulfuric acid fumes in July,
2001.  Following that exposure, the claimant had significant burns of
his upper airway and mucosal edema and buccal mucosal ulcerations.
The claimant was noted to have mild dyspnea on exertion which has
become progressive over time.  Pulmonary function testing dated
2/6/03 at Christiana Care Health Systems, Pulmonary Lab, Wilmington
Hospital, demonstrated a force vital capacity of 75% predicted and                    WGI 0332

For Service:<R1026> PHYSICIAN REVIEW/GENERAL
    Scheduled:03/28/2003 Completed:        Enter:03/24/2003 Edit:03/26/2003 Status:(PE)  Bill:   0.00  Non:   0.00  Savings:   0.00

FEV1 of 60% predicted.  A peak expiratory flow rate of 65% predicted,
and FEF 25%-75% of 27% predicted, total lung capacity of 94%
predicted, residual volume of 112% predicted and diffusing capacity
of 79% predicted when corrected for alveolar volume.  Also, in
February 2003 the claimant underwent pulmonary exercise testing on a
bicycle ergometer and ramped at 25 watts to a maximum of 165 watts
with 224 being predicted.  Maximal heart rate achieved was 159 which
is very close to the predicted maximum.  The claimant's work capacity
was reduced with a normal anaerobic threshold.  Breathing frequency
was normal.  Measures of respiratory performance demonstrated a
reduced breathing reserve.  Arterial to end tidal carbon dioxide
level was normal.  Arterial blood gases at rest and at peak

exercise showed no derangement in oxygen saturation or oxygen
tension.  The pH fell as expected with exercise.  There were no
significant EKG changes appreciated during the performance of the
test.  Chest examination on March 14, 2003 demonstrated clear lung
fields with fairly good air movement bilaterally, no wheezing could
be heard and he had a normal expiratory phase.  Cardiac examination
was within normal limits.  High resolution CT scanning was performed
which apparently showed no abnormalities, although the actual report
of the CT scan is not in the records submitted for review.

Therefore, based upon the information reviewed and considered, there
is no objective evidence in the medical records reviewed to support a
loss of functionality that would preclude the claimant from
performing the essential duties of his occupation, that being a
safety supervisor.  Specifically, there is no objective evidence for
significant hypoxemia at rest or with exertion and pulmonary function
parameters demonstrate a mild obstructive impairment.  Although the
claimant obviously sustained exposure to sulfuric acid fumes in 2001,
current radiographic imaging studies do not demonstrate any permanent
only damages to the lungs resulting from that exposure.  Therefore,
based upon the lack of objective evidence supporting a loss of
functionality, there is no reason why the claimant could not return
to work as a safety supervisor.

The opinions rendered above reflect reasonable clinical certainty
based upon the available information.

_____
Dennis Mazal, MD.Date
Internal Medicine/Pulmonologist

DM/nvk/vn

WGI 0333

LAW OFFICES

# PETER G. ANGELOS

A PROFESSIONAL CORPORATION

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319
(800) 283-8193

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

KATHLEEN D. HADLEY
BARBARA J GADBOIS
RICHARD T. WILSON

March 24, 2003

Ela Cos
Claims Manager
Kemper Insurance Co.
Kemper National Services
IDM - Washington Group
P.O. Box 189151
Plantation, FL 33318

*VIA FAX AND MAIL*

RE: My Client: Charles Hitchens
Policyholder: Washington Group International
<u>Case #1088786</u>

To Whom it may concern:

I have been retained to represent Charles Hitchens in connection with his application for short term disability. Please direct all correspondence/inquiries to me. Please have no further contact with my client.

It is my understanding that his claim was rejected as of 3/24/03. Please provide the specific reason for denial and provide the portions of the policy that forms the basis of the denial. Please also provide the portions of the policy that defines the term "disability". It seems wholly inconceivable to me that when Washington Group's own doctor would only temporarily clear Mr. Hitchens for pending a reevaluation/second opinion and the second opinion doctor placed the following restrictions on Mr. Campbell:

1. No use of respirator and
2. No climbing heights and
3. No strenuous activity and
4. No exposure to dusts, fumes, vapers or irritant gases;

and yet another doctor essentially agreed by indicating that Mr. Hitchens should apply for disability. I have attached the records to which I refer. As an aside, Dr. Zubrow indicates Mr. Hitchens was "laid off"; That is incorrect, the only reason Mr. Hitchens is not working is because of the lung problems.

With all due respect, have you ever been in a oil refinery? Do you understand the Mr. Hitchens is not cleared for respirator use, a clearance he must have to work? Do you understand

WGI 0334

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MD 21201-3812
410-649-2000
(800) 252-0622
FAX 410-685-1780-6162

UNION PARK CENTER
8903 HARFORD ROAD
BALTIMORE, MD 21214-1046
410-426-3200
(800) 492-3240
FAX 410-426-1269

COURT TOWERS, SUITE 300
210 W. PENNSYLVANIA AVENUE
TOWSON, MD 21204
410-825-7300
FAX 410-296-2841

STEELWORKERS' HALL
540 DUNDALK AVENUE
BALTIMORE, MD 21224-2897
410-633-8100
FAX 410-633-0480

63 HENDERSON AVENUE
CUMBERLAND, MD 21502-2452
301-759-2700
FAX 301-759-2705

LAW OFFICES
PETER G. ANGELOS

he was exposed to sulfuric acid?

Please consider this as any appeal/exception/challenge to your denial of benefits.  If there is a particular form that needs to be completed, please forward same.  If you claim that Mr. Hitchens' ability to pursue his remedies through a court of law is limited (such as an applicable arbitration clause) please indicate so and forward a copy of the document upon which you rely to make such an assertion.

I look forward to hearing form you.  Thank you.

Very truly yours,

Richard T. Wilson

RTW/sam
Enclosures
cc: Kathy Angregg

**WGI 0335**

1300 NORTH MARKET STREET
SUITE 212
WILMINGTON, DELAWARE 19801
(302) 658-3301    FAX (302) 658-3319

OTHER OFFICES

NEW YORK, NEW YORK
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
PITTSBURGH, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
KNOXVILLE, TENNESSEE

(800) 293-8193

KATHLEEN D. HADLEY
BARBARA J. GADBOIS
RICHARD T. WILSON

# FACSIMILE TRANSMITTAL

## PLEASE DELIVER IMMEDIATELY

REPLY FAX NO.:    (302) 658-3319

TO: _ELA COS_                        FAX NO.: _(954) 452-4661_

ADDRESS/FIRM NAME: _KEMPER INS CO._

FROM: _RICHARD WILSON_        DATE: _3/24/03_

NO. PAGES SENT (INCLUDING COVER SHEET): _8_

MESSAGES: _____

_____

_____

_____

CONFIDENTIALITY NOTICE

This telecopy transmission contains CONFIDENTIAL information belonging to the Law Offices of Peter G. Angelos, P.C. and is intended solely for the recipient named above. The Law Offices of Peter G. Angelos HEREBY EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not either the intended recipient or an agent or employee of the intended recipient this transmission was sent to you in error. Any review, examination, use, disclosure, reproduction, or distribution of this transmission or the information hereby stated by anyone other than the intended recipient is STRICTLY PROHIBITED. If you have received this transmission in error, please read no further than this cover sheet and immediately telephone the sender to arrange for the return of this transmission to the Law Offices of Peter G. Angelos.

**WGI 0336**



**Kemper.**
Insurance Companies

March 31, 2003                                              Case # 1088786


Mr. Charles Hitchens
28 East 6th Street
New Castle DE 19720


RE:  **Washington Group International, Inc.**


Dear Mr. Hitchens:

Washington Group International, Inc. has contracted with Kemper National Services (Kemper) to administer the Washington Group International, Inc., Short Term Disability (STD) Plan. Kemper will administer the Plan for all non-work related disabilities lasting longer than **seven (7) days.**

Kemper has reviewed your claim for disability benefits in accordance with the definition of Short-Term Disability under the STD Plan:

> *Unable to perform the material and substantial duties of employees' own occupation because of illness or injury: if not working at any job for wages or profit and is under the regular care of a physician*

Upon review of our file it has been determined that you do not qualify for Short Term Disability benefits as of March 13, 2003 because the information received from Dr. Kambhamettu's office and Dr. Zubrow's office is not sufficient to support your disability.

The information received to date was then reviewed by our KNS physician consultant and it was determined that there is insufficient medical data to support an ongoing disability.

Specifically, it was noted that you have mild dyspnea on exertion which has become progressive over time. A pulmonary function test dated 2/6/03 demonstrated a force vital capacity of 75% predicted and FEV1of 60% predicted. A peak expiratory flow rate of 65% predicted and FEF 25%-75% of 27% predicted, total lung capacity of 94% predicted, residual volume of 112% predicted and diffusing capacity of 79% predicted when corrected for alveolar volume. Breathing frequency was normal. Arterial to end tidal carbon dioxide level was normal. Arterial blood gases at rest and at peak exercise showed no derangement in oxygen saturation or oxygen tension.

There were no significant EKG changes during the performance of the test. Chest examination on 3/14/03 demonstrated clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and you had a normal expiratory phase. Cardiac examination was within normal limits. High resolution CT scanning was performed which apparently showed no abnormalities, although the actual report of the CT scan was not submitted for review.

Kemper National Services
P.O. Box 189151
Plantation, FL 33318-9146
866-269-6242

Lori Levine    APR 0 8 2003

WGI 0337

## (( Kemper.

Insurance Companies

Based on the medical information reviewed and considered, there is no objective evidence in the medical records to support a loss of functionality that would preclude you from performing the essential duties of your occupation.

Specifically, there is no objective evidence for significant hypoxemia at rest or with exertion and pulmonary function parameters demonstrate a mild obstructive impairment. Although you sustained exposure to sulfuric acid fumes in 2001, current radiographic imaging studies do not demonstrate any permanent damages to the lungs resulting from that exposure. Based on the lack of objective evidence supporting a loss of functionality, there is no reason why you could not work as a safety supervisor. Therefore, benefits will not be approved. Washington Group has been notified.

Upon request, you are entitled to receive copies of the information used in making our decision at no cost to you.

If you disagree with this determination, in whole or in part, you may file a written request to appeal this decision within 180 days of receipt of this notice. The review on appeal will consist of a fresh review of your claim based on information already existing in your file, along with any additional information, records, documents, comments, or other relevant material you may submit in support of your appeal.

In order to assist with your appeal, please provide us with current medical documentation, which includes objective data, such as, but not limited to the following:

- Diagnostic test results;
- Functional Capacity Evaluations;
- Physical therapy notes, office notes, consultation notes, progress reports;
- Current x-rays, CT Scans and EMG to support your diagnosis and claim for disability; and which provides specific functional abilities, including any and all restrictions and limitations."

We will render a written decision within 45 days after your completed appeal. If the decision remains unchanged at the completion of the Plan's final review process, you have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 ("ERISA").

Your appeal should be addressed to:

**Kemper National Services**
**Integrated Disability Management**
**Attention: WASHINGTON GROUP INTERNATIONAL,**
**APPEAL COORDINATOR**
**P.O. Box 189157**
**Plantation, FL 33318-9157**

Washington Group International, Inc. has been notified of this benefit determination. You should call your employer at 208-386-5822 if you have specific questions relating to the Family and Medical Leave Act (FMLA) and/or your employment status.

Kemper National Services
P.O. Box 189151
Plantation, FL 33318-9146
866-269-6242

Lori Levine  APR 08 200?

WGI 0338



Insurance Companies

If you have any further questions or concerns regarding your benefits, please do not hesitate to
contact me at the number listed below.


Sincerely,

**ELA COS**
**CLAIM MANAGER**
**866-269-6242, ext. 2703**

The following have been notified of this benefit determination.

Kathy.andegg@wgint.com, cynthia.burnett@wgint.com, jayne.hale@wgint.com,
time.management@wgint.com, std.approval@wgint.com,debbie.livingston@wgint.com
Joanne.hoag@wgint.com

**WGI 0339**

Kemper National Services
P.O. Box 189151
Plantation, FL 33318-9146
866-269-6242

RAYTHEON CONSTRUCTORS, INC

Personal Physician's Name & Address _____ Family D. Adams

## BASELINE MEDICAL QUESTIONNAIRE FOR RESPIRATORY CLEARANCE

Section 1 - Part A

1. Name CHARLES HITCHENS

2. Social Security Number ____

3. Job Title SAFETY

4. Address 28 EAST 6TH ST
NEW CASTLE DE 19720

5. Telephone 322 6690

6. Date 1-28-03    7. Sex ✓ M ___ F

8. Date of Birth ____

9. Place of Birth DELAWARE

10. Marital Status - ✓ Married ___ Single
___ Widowed ___ Divorced

11. Check the type of respirator you will use    (Check all that apply)
___ N, R or P disposable respirator (filter- mask, non-cartridge type only)
✓ Other type (for example, half or full-face piece type, powered-air purifying, supplied air, self-containing breathing apparatus).

12. Have you worn a respirator? ✓ Yes ___ No

If yes, what types? _____

Section 2, Part A

Do you currently smoke tobacco, or have you smoked tobacco in the last month? ___ Yes ✓ No

**REDACTED**

**WGI 0340**

---

2. Have you ever had any of the following conditions?
   a. Seizures (fits)    ___ Yes ✓ No
   b. Diabetes (sugar disease)    ___ Yes ✓ No
   c. Allergic reactions that interfere with your breathing?    ___ Yes ✓ No
   d. Claustrophobia    ___ Yes ✓ No
   e. Trouble smelling odors?    ___ Yes ✓ No

Pulm A450 Fry 366 1240

3. Have you ever had any of the following pulmonary or lung problems?

   a. Asbestosis    ✓ Yes ___ No    last CXR
   b. Asthma    ___ Yes ✓ No    ?? &
   c. Chronic bronchitis    ___ Yes ✓ No    every
   d. Emphysema    ___ Yes ✓ No    once
   e. Pneumonia    ___ Yes ✓ No    in
   f. Tuberculosis    ___ Yes ✓ No    while
   g. Silicosis    ___ Yes ✓ No
   h. Pneumothorax    ___ Yes ✓ No
   i. Lung Cancer    ___ Yes ✓ No
   j. Broken ribs    ___ Yes ✓ No
   k. Chest injuries or surgeries    ___ Yes ✓ No
   l. Other lung problem    ___ Yes ✓ No

4. Do you currently have any of the following symptoms of pulmonary or lung illness?

   a. Shortness of breath    ✓ Yes ___ No    No recent working
   b. Shortness of breath when:
      -walking fast    ✓ Yes ___ No
      -up a slight hill    ✓ Yes ___ No
      -walking with others on level ground    ___ Yes ✓ No
   c. Have to stop for breath when walking    ___ Yes ✓ No
   d. Coughing that
      -produces phlegm    ___ Yes ✓ No
      -wakes you in the morning    ___ Yes ✓ No
      -that occurs when lying down    ___ Yes ✓ No    relieved by sitting up sleep c pillows
      -produces blood    ___ Yes ✓ No
   e. Wheezing
      -that interferes with your job    ___ Yes ✓ No

60 y.o.

PMH - Asbestosis
Meds - none
All - NKDA

①tobacco
Hosp/surg - ①bservation gas leak

①edema
①palp
①CP ①dyspnea

List any medicines you are taking regularly: _____

f. Chest pain when you breathe deeply ____Yes ____No

g. Symptoms that might be related to lung problems ____Yes ____No — dyspnea

5. Have you ever had any of the following cardiovascular or heart problems?

   a. Heart attack ____Yes __✓__No
   b. Stroke ____Yes __✓__No
   c. Angina ____Yes __✓__No
   d. Heart failure ____Yes __✓__No
   e. Swelling in your legs or feet (not caused by walking) ____Yes __✓__No
   f. Heart arrhythmia (heart beating irregularly) ____Yes __✓__No
   g. High blood pressure ____Yes __✓__No

6. Have you ever had any of the following cardiovascular or heart symptoms?

   a. Frequent pain or tightness in your chest ____Yes __✓__No
   b. Pain or tightness in chest during physical activity ____Yes __✓__No
   c. Pain or tightness in chest that interferes with your job ____Yes __✓__No
   d. In the past two years, have you noticed your heart skipping or missing a beat ____Yes __✓__No
   e. Heartburn or indigestion that is not related to eating ____Yes __✓__No
   f. Any other symptoms that you think may be related to heart or circulation problems ____Yes __✓__No

7. Do you currently take medication for any of the following problems?

   a. Breathing or lung problems ____Yes __✓__No
   b. Heart trouble ____Yes __✓__No
   c. Blood pressure ____Yes __✓__No
   d. Seizures (fits) ____Yes __✓__No

8. If you have used a respirator, have you ever had any of the following problems? If you have never used a respirator, check the following space and go to question 9. _____

   a. Eye irritation ____Yes __✓__No
   b. Skin allergies/rash ____Yes __✓__No
   c. Anxiety ____Yes __✓__No
   d. General weakness or fatigue ____Yes __✓__No
   e. Any other problem that interferes with your use of a respirator ____Yes __✓__No

BP 156/87
Pulse 72
Lungs CTA bilat
Heart RRR ? murmur
Rev 2/99    AGE 60

*will review this questionnaire?* ____Yes ____No

Questions 10 through 15 must be answered by every employee who wears either a full-face respirator or a self-contained breathing apparatus (SCBA).

10. Have you ever lost vision in either eye (temporarily or permanently)? ____Yes __✓__No

11. Do you currently have any of the following visual problems?

   a. Wear contact lenses ____Yes __✓__No
   b. Wear glasses __✓__Yes ____No
   c. Color blind ____Yes __✓__No
   d. Any other eye or vision problem ____Yes __✓__No

12. Have you ever had an injury to your ears, including a broken eardrum? ____Yes __✓__No

13. Do you currently have any of the following hearing problems?

   a. Difficulty hearing __✓__Yes ____No
   b. Wear a hearing aid ____Yes __✓__No
   c. Any other hearing or ear problems ____Yes __✓__No

14. Have you ever had a back injury? ____Yes __✓__No

15. Do you currently have any of the following musculoskeletal problems?

   a. Weakness in any of your arms, hands, legs or feet ____Yes __✓__No
   b. Back pain ____Yes __✓__No
   c. Difficulty fully moving your arms and legs ____Yes __✓__No
   d. Pain or stiffness when you lean forward or backward at the waist ____Yes __✓__No
   e. Difficulty moving your head up or down ____Yes __✓__No
   f. Difficulty moving your head side to side ____Yes __✓__No
   g. Difficulty bending at your knees ____Yes __✓__No
   h. Difficulty squatting to the ground ____Yes __✓__No
   i. Climbing a flight of stairs or a ladder carrying more than 25 lbs. __✓__Yes ____No — dyspnea
   j. Any other muscle or skeletal problem that interferes with using a respirator ____Yes __✓__No

*handwritten: had stress testing Catheterization 2 year ago cardiac Cath 1 yr. ago*

WGI 0341

Elevated BP, Dyspnea, Dec. PFTs

This employee HAS/HAS NOT successfully passed physical requirements and IS/IS NOT eligible to wear a respirator.

_____
PHYSICIAN'S SIGNATURE

Temporary clearance – Pending MD's work



**CHRISTIANA CARE**
Occupational
Health Services

[ ] 501 West 14th Street
Wilmington, Delaware 19801
302-428-4250 phone
302-428-4280 fax

[ ] 131 East Chestnut Hill Road
Newark, Delaware 19713
302-428-4250 phone
302-452-2790 fax

## Health Care Provider's Opinion Letter

Date: 03/12/2003          Case # 9795

Patient Name: Hitchens, Charles
Patient Address: 28 East 6th St, Newcastle, DE 19720
DOB:
Patient SS#:
Phone #: (302) 322-6014          Occupation:

Visit Type: Exam

Company Name: WorkCare/Washington Group Intl-DE
Company Address: Delaware City Refinery
333 South Anita Drive, Suite 630
Orange, CA 92868
Company Contact: Monica Valdovinos
Company Phone #: (800) 455-6155 x 132

Check One

Type of Evaluation:       [√] Health Evaluation    [ ] Respirator       [ ] Hazardous Waste    [ ] Asbestos
Reason for Evaluation:    [ ] Preplacement         [√] Periodic         [ ] Post Exposure      [ ] Termination    [ ] Other _____
Substance(s) Employee Exposed to (if post exposure): _____

### OPINION

**For Preplacement:**
_____ Medically qualified to work at stated job assignment (pending lab and/or drug test results).

**For Respirator Wearers:**

**Evaluation Components:**
[ ] Review of the Baseline Medical Questionnaire for Respiratory Clearance by a Health Care Provider.

[ ] Clinical evaluation including additional medical history and targeted physical exam indicated.  Date of clinical evaluation: _____

[ ] Further diagnostic studies:     [ ] No    [ ] Yes
    If yes, please list: _____     Recommended frequency of evaluation: _____ years.

_____ Medically qualified to wear any respirator.

_____ Medically qualified to wear a supplied air respirator only.

_____ Wear of respirator approved for emergency use only.

__√__ Not medically qualified to wear a respirator at any time.

**For Hazardous Waste Exams**
_____ No medical conditions were found that would place examinee at increased risk of health impairment from work in hazardous waste operations
    or emergency response or from respirator use.
_____ There are no limitations upon the examinee's assigned work.
_____ Examinee has been informed of results of the exam and any medical conditions requiring further examination or treatment.

**For Workers with Possible Exposure to Asbestos:**
_____ There were no medical conditions detected that would place examinee at risk of material health impairment from exposure to asbestos.
_____ There are no recommended limitations on the examinee or upon the use of personal protective equipment such as clothing or respirators.
_____ Examinee has been informed of results of the exam and any findings resulting from asbestos exposure requiring further examination or
    treatment.
_____ The increased risk of lung cancer attributable to the combined effects of smoking and exposure to asbestos has been explained to the
    examinee, (if a smoker).

### Restrictions:

[ ] None
[ ] No lifting over _____ lbs.
[ ] No working alone

[√] No exposure to dusts, fumes, vapors or irritant gases
[ ] No frequent bending
[√] Other _no use of respirator or jobs requiring it_
    _No climbing heights or strenuous activity._

Health Care Provider, NP, RN, PA: _____     Date: _3/12/03_
Printed name of Health Care Provider: _KANBHAMETTU, MD_

WGI 0342

**REDACTED**

POL 02/02

For Service:<E2010> INITIAL EMPLOYER CONTACT
  Scheduled:03/13/2003 Completed:03/13/2003 Enter:03/13/2003 Edit:03/13/2003 Status:(CL)  Bill:   0.00  Non:   0.00  Savings:   0.00

```
    INTAKE: MAZON 3/13/03  10:22AM                          61 yrs old

    FDA: 3/13/03              OCCUPATION:  SAFETY SUPERVISOR
    SAFETY SENSITIVE (Y/N): YES
    MODIFIED DUTY AVAILABLE (Y/N): NONE AVAILABLE
    DOT (Y/N):

    (NOTE: Contact Kathy Andregg if Unable to Reach Supervisor After 2
    Attempts)

    *******************FOR INTAKE PURPOSES*****************************
    NAME OF PERSON CALLING IN CLAIM:    TOM KOVAL
    TELEPHONE # OF PERSON CALLING IN CLAIM:  302-834-6092

    Date: 3/13/03
    Claim number: 1088786
    Employee's name: CHARLES C HITCHENS            explosion 1 yr ago
    Employee's phone number:  302) 322-6690        exposed to chemicals
    Employee Identification number:  14380
    Employee Supervisor: TOM KOVAL
    Supervisor phone number:   302-834-6092
    Date of disability: 3/13/03
    Last day worked: 3/12/03
    Is your work status Flex or Non Flex: NON-EXEMPT
    Is this claim maternity relate : NO
    Do you consider your disability work related:  NO
    Have you filed a workers compensation claim:    N/A
    *****************************************************************
    IS THE EMPLOYEE PRESENTLY WORKING?   NO              Internist
    PROVIDER'S NAME ( if available):DR.L.KAMBHAMETTU    CHRISTIANA
    HEALTH CARE
    PROVIDER'S SPECIALTY:  UNK. BY CALLER               Dx:

    PROVIDER'S TELEPHONE #: 302-452-2780                  SOB         PRTW
                                               a drop in PFT - since last yr.   2-4 wk.
    IS THE EMPLOYEE CURRENTLY HOSPITALIZED?  NO
    What IS THE NAME OF THE FACILITY?  N/A     Maybe   referred to pullmono Agist

    DATE RTW (IF RECOVERED):  N/A                        Dr. Zubrow

    HAS THE EMPLOYEE BEEN WORKING UNDER ANY WORK RESTRICTIONS?  NO

    WHAT ARE THOSE RESTRICTIONS?  N/A            Appt. 3/14
                                                dictation not ready yet
    ARE THE RESTRICTIONS PERMANENT?  N/A
                                                Appt 3 mths
                                                    7/1
```

                                                         WGI 0343

For Service:<E2010> INITIAL EMPLOYER CONTACT
  Scheduled:03/13/2003 Completed:03/13/2003 Enter:03/13/2003 Edit:03/13/2003 Status:(CL)  Bill:   0.00  Non:   0.00  Savings:   0.00

**WHAT WAS THE FIRST "FULL" SCHEDULED WORK DAY THAT THE EMPLOYEE WAS
ABSENT FROM WORK?    3/13/03**


**EMPLOYEES JOB TITLE: SAFETY SUPERVISOR**


**DOES THE EMPLOYEE WORK FULL TIME OR PART TIME?    FULL-TIME**


**COMMENTS/CONCERNS:  EE HAVING PULMONARY PROBLEM AND DOCTOR STATED
THAT HE WOULD BE UNABLE TO WORK UNDER CURRENT WORK CONDITIONS IN OIL
REFINERY / EE MUST AVOID DUST,FUMES AND PHYSICAL DEMANDS OF HIS JOB**


Enter:03/13/2003 (6147) Edit:03/13/2003  (6147)

**WGI 0344**



# KNS General Peer Review

| | | | |
|---|---|---|---|
| **Referral Date:** | March 24, 2003 | **Claimant:** | Charles Hitchens |
| **Requester:** | Ela Cos | **Age:** 60 | |
| **Requester Resource #:** | 5493 | **SS#/Claim#:** | 1088786 |
| **Department:** | IDM | **Account:** | Washington Group |
| **Extension:** 2703 | | **Job Title:** | Safety Supervisor |
| **Peer Reviewer:** Dr. Dennis Mazal | | **Physical Exertion level:** | |

| | | |
|---|---|---|
| **Specialty:** Internal Medicine | ☐ Sedentary  ☐ Light  ☒ Medium<br><br>☐ Heavy  ☐ Very Heavy | |
| **Peer Resource #:** 6112 | **Diagnosis(es):** Shortness of Breath | |
| | **First Date of Absence:** 3/13/03 | |
| | **LTD date:** 9/11/03 | |

**Evaluate Functional Impairment related to:**
    ☒ Own Occupation     ☐ Any Occupation     ☐ N/A

**Information Reviewed/Considered:**
Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03
PFT Test dated 3/11/03, 2/6/03
Notes from Dr. Kambhamettu dated 3/12/03

*[handwritten: mild abnormalities]*
*[handwritten: Normal testing - weaned blood gas]*
*[handwritten: normal CT Scan]*
*[handwritten: Not to be exposed to irritants, but can wear a mask]*

**Functional Impairment Status Determination:**

Specific Referral Question(s):    Do medicals support disability? *[handwritten: PFT - 2/6/03 -]*

Determination: *[handwritten: 3/14 Clear lungs]*

   ___ Supports functional impairment(s)
   _X_ Fails to support functional impairment(s)

Rationale:

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____     _____
Signature                                  Date

WGI 0345

# PULMONARY
# ASSOCIATES, P.A.

John J. Chabalko, M.D.
Michael R. DePietro, M.D.
Donald L. Emery, M.D.
John J. Goodill, M.D.
Camile A. Guy, M.D.
Mark D. Jones, M.D.
Joseph F. Kestner, Jr., M.D.
Gerald M. O'Brien, M.D.
Albert A. Rizzo, M.D.
John Kai Wang, M.D.
Marc T. Zubrow, M.D.

March 14, 2003

Gregory D. Adams, M.D.
2600 Glasgow Avenue, Suite 120
Newark, DE 19702

Re:  Charles Hitchens

Dear Greg:

As you know, from our phone conversation, Charles Hitchens was reevaluated in my office after not being seen for over three years. His present problems seem to have emanated from an exposure to sulfuric acid fumes back in July 2001. Following the exposure he had significant burns of his upper airway with mucosal edema and buccal mucosal ulcerations. Approximately eighteen months ago he was noted to have mild dyspnea on exertion, which has become progressive over the ensuing time period. He has had pulmonary function testing, which confirmed a reduction in his vital capacity and a reduction in his diffusing capacity. The patient states that he has had a dry cough but no sputum production. There has been no hemoptysis. At the present time he has trouble climbing a flight of stairs without developing shortness of breath. He denies all fevers, sweats, chills, orthopnea, or paroxysmal nocturnal dyspnea. Unfortunately, Mr. Hitchins has recently been laid off from his employment because of his decline in respiratory capacity. He also reports that two other members of his team with the same exposure during the fire have had similar respiratory problems.

Physical examination today found him to be in no acute distress and quite pleasant and cooperative. Examination of HEENT was unremarkable. No nasal or oral lesions were noted. The patient's neck was supple without jugular venous distention. Auscultation over the upper airway revealed no flow limitation. There was no adenopathy. Chest examination revealed clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and he had a normal expiratory phase. Cardiac examination revealed a regular rhythm with a S4 gallop. The patient's abdomen was soft, nontender, and without organomegaly. Extremities revealed no cyanosis, clubbing, or dependent edema.

| PFTs    | FVC  | FEV$_1$/FVC | DL$_{CO}$ |
|---------|------|-------------|-----------|
| 2/6/03  | 3.48 | 64%         | 75        |
| 9/14/01 | 4.45 | 63%         | 91        |
| 5/24/95 | 5.02 | 67%         | 60        |
| 1/19/91 | 5.63 | 69%         | 79        |

WGI 0346

701 North Clayton Street, Suite 500, Wilmington, DE 19805 (302) 656-2213 Fax (302) 656-2289
4745 Ogletown-Stanton Road, Medical Arts Pavilion, Suite 105, Newark, DE 19713 (302) 368-5515 Fax (302) 366-1240
2600 Glasgow Avenue, Suite 103, Newark, DE 19702 (302) 836-4900 Fax (302) 836-8464

Gregory D. Adams, M.D.
Re: Charles Hitchins
March 14, 2003
Page 2

Pulmonary exercise stress testing was also obtained, which showed no significant desaturation or respiratory limitation. It should be noted that the patient had a significant increase in his blood pressure during the exercise test. It should also be noted that his blood pressure during the office visit today was 160/110 in his right arm with him lying flat.

High-resolution CT scanning was performed, which showed absolutely no abnormalities.

## ASSESSMENT:

Charles Hitchins appears to be having a significant reduction in his exercise capacity, which I believe is related to his sulfuric acid fume exposure. I suspect the patient has airways disease secondary to this. Even though he only has mild obstructive airways disease by pulmonary function testing, I believe this might be related to his reduction in vital capacity, which mathematically would make it look less severe. For this reason, I have recommended to the patient that he start on Advair 500/50 one puff b.i.d. in an attempt to see if local bronchodilators will improve his exercise capacity. He is also advised to return to your office in the near future for treatment of his hypertension, as that may also improve his cardiac function and hopefully improve some of his exercise capacity.

Unfortunately, it is impossible to know if Mr. Hitchins will continue to have further decline in his respiratory status. Hopefully his degradation has leveled off and this will be the worst of his symptomatology. I did inform the patient and his wife that I felt this was work related and that he should apply for disability through his employer. Mr. Hitchins will be returning to see me in four months with repeat pulmonary function testing and a chest x-ray at that time. He is certainly to call me sooner if there are any problems.

Once again, I hope this information has been helpful to you. Please do not hesitate to contact me if any questions should arise.

Sincerely,

*Marc E. Zubrow* **(Dictated But Not Reviewed)**

Marc T. Zubrow, M.D.

MTZ:cie
304954

WGI 0347

# Pulmonary Diagnostic Laboratory  Christiana Care Health Systems  Single Breath 2

Pulmonary Function Laboratory Report

| Patient: | Hitchens, Charles | | Height: | 71.0 (in) - 180.3 (cm) | | Sex: | M |
|---|---|---|---|---|---|---|---|
| ID Number: | | | Weight: | 234 (lb) - 106.4 (kg) | | BSA: | 2.26 |
| Date: | 3/11/2003 | | Age: | 60 | BP: 769 Temp: 20.7 | ATPS: | .910 |
| Physician: | Zabrew, Marc | | Smoking History: | Ex-Smoker:1 Pk/Yrs, 20 years not smoking. | | | |
| Predicted: | Knudson Enright Dockery | | Calibration Verified: 3/11/03 | | | | |
| Technician: | Janice Ellis, RRT, RPFT | | | | | | |
| | JE/0745 | | | | | | |

Diagnosis: **DOE**

Comments: **ATS Reproducibility and Acceptability standards met for all tests, Good effort and cooperation,**



| Pre Trial | MIP | % Pred |
|---|---|---|
| 1 | 97.15 | 121 |
| 4 | 73.94 | 92 |
| 3 | 57.77 | 72 |



| Pre Trial | MEP | % Pred |
|---|---|---|
| 1 | 52.34 | 42 |
| 3 | 68.24 | 54 |
| 5 | 62.53 | 50 |

REDACTED

WGI 0348

_____
Physician

Page Number: 1



WGI 0349

WGI 0350

# FAX COVER SHEET

**PULMONARY ASSOCIATES, P.A.**
Medical Arts Pavilion I, Suite 105
4745 Ogletown Stanton Road
Newark, DE 19713

302 366-5515
302 366-1240

| Company name | From |
|---|---|
| Kemper | Marc Zubrow MD |
| Attention | Date |
| Ella | March 19. 2003 |
| Fax number | Re: |
| 954-452-4061 | Charles C Hitchens |
| Phone number | |
| 1 866 269-6342 - 2703 | |

☑ Urgent  ☐ Reply ASAP  ☐ Please comment  ☐ Please review  ☐ For your information

Total pages, including cover: _____    Washington Group Employee

**COMMENTS**

This information is intended only for the use of the individual named. If the person who has received the fax is not the intended recipient, she/he is prohibited from using or disclosing the information in any way, and she/he should notify Pulmonary Associates that the fax was sent to the wrong person/number.

WGI 0351

REDACTED

**(( Kemper.**
Insurance Companies

March 14, 2003

### Authorization For Release Of Alcohol, Drug, Psychiatric And/Or HIV Related Information

Full Name of Patient: _CHARLES  C  HITCHENS  SR_

Social Security #:                                    Date Of Birth:

In accordance with state and federal statutes and regulations, I authorize _Pulmonary Assoc._ of _Newark, Delaware_ ("Provider") to release my complete health information, including any and all information and records in the possession of Provider, whether rendered prior to or after this authorization, pertaining to (collectively, "Information"):

1. Diagnosis, treatment and education related to drug and/or alcohol abuse;
2. Communicable diseases, including HIV test results and AIDS; and
3. Psychiatric and other mental health services.

The recipients of this Information are the employer named below, its benefit plan and/or claims administrator, Kemper National Services, its affiliated and associated companies (the "Kemper National Services Companies"), claims investigators, attorneys, service consultants and other personnel involved in the claims administration, evaluation, analysis and management of the plan and/or claim (such individuals and entities are hereinafter collectively referred to as "Kemper National Services").

I understand that the Information will be used for the purpose of evaluating, analyzing, managing and/or administering a claim for temporary disability income benefits, long term disability benefits, salary continuation, leave under the Family and Medical Leave Act and/or state and local leave laws, workers' compensation and/or any other health benefit program offered by and through the employer (hereinafter collectively referred to as "Benefits Program") and for other business purposes in connection with the claims administration of the Benefits Program.

I further authorize Kemper National Services to re-disclose any information obtained or developed in the course of evaluating, analyzing, managing and/or administering claims of the Benefits Program to the employer named below and any of the employer's health and benefit plan and/or claims administrators, claims investigators, attorneys, service consultants and any other entities, including the claimant's treating physician(s), solely for the purpose of evaluating, analyzing, managing and/or claims administering of the Benefits Program. Kemper National Services shall notify such individuals of the confidential nature of the Information.

I understand that I have the right to inspect and copy any written Information to be disclosed. This consent is subject to revocation at any time by me giving written notice that is signed (and witnessed if it applies to information concerning mental health or psychiatric services), except to the extent that action has already been taken in reliance thereon (which reliance includes re-disclosure as permitted above). I agree that a photocopy of this authorization shall be as valid and effective as the original.

This authorization shall expire one hundred and twenty (120) days after the date appearing below or one hundred and twenty (120) days after the patient's final treatment, whichever is later, unless a shorter period is mandated by applicable law.

Policyholder: Washington Group International, Inc.          Date: _3_ / _20_ / _03_

_Charles C Hitchens Sr_
Patient's or Legal Representative's Signature          Legal Representative's Name and Relationship

Mailing Address:   Kemper National Services          Physical Address:    Kemper National Services
                   IDM – Washington Group            (Overnight Delivery)  IDM – Washington Group
                   P.O. Box 189151                                         1600 SW 80 Terrace
                   Plantation, Fl 33318                                     Plantation, FL 33324

Fax Number: (954) 452 4061                    **REDACTED**              **WGI 0352**

Kemper National Services, P.O. Box 189151   Plantation, Florida 33318-9146   Phone: 1-866-269-6242

**Kemper**
Insurance Companies

March 14, 2003

### Authorization For Release Of Medical Information

To all physicians and other medical professionals, hospitals and other medical care institutions, governmental agencies, insurers, employers, prepaid health plans, group policyholders, contract holders/vendors, health and benefit plan claims administrators or their successors:

You are authorized to provide to the employer named below, its benefit plan and/or claim administrator, Kemper National Services, and its affiliated and associated companies (the "Kemper National Services Companies"), claims investigators, attorneys, and service consultants and other personnel involved in the claims administration, evaluation, analysis and management of the plan and/or claim (such individuals and entities are hereinafter collectively referred to as "Kemper National Services"), any information related to my medical condition. This includes, but is not limited to, any records, data, and information concerning medical care, history, diagnosis, prognosis, treatment, supplies, employment related information, income related information and information regarding other insurance coverage including benefits paid (hereinafter collectively referred to as "Information").

I understand that the Information will be used for the purpose of evaluating, analyzing, managing and/or administering a claim for temporary disability income benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act and/or local and state laws, state or workers' compensation and/or any other health benefit program offered by and through the employer (hereinafter collectively referred to as "Benefits Program") and for other business purposes in connection with the claim administration of the Benefits Program.

I further authorize Kemper National Services to re-disclose any Information obtained or developed in the course of managing and/or claim administering of the Benefits Program to the employer named below and any of the employer's health and benefit plan and/or claim administrators, claims investigators, attorneys, service consultants and any other entities, including the claimant's treating physician(s), solely for the purpose of evaluating, analyzing, managing and/or claims administering of the Benefits Program. Kemper National Services shall notify such individuals of the confidential nature of the Information.

I understand that the duration of this authorization is for the term of coverage of the Benefits Program under which my claim has been submitted or such shorter period as mandated by applicable law. I also understand that I have the right to upon request to receive a copy of this authorization and to inspect and copy any written information disclosed. I agree that a photocopy of this authorization shall be as valid and effective as the original.

This consent is subject to revocation at any time by me giving written notice that is signed, except to the extent that action has been taken in reliance thereon (which reliance includes re-disclosure as permitted above).

Claimant's Full Name: _Charles C Hitchens Sr._

Social Security #:
Claimant's Date of Birth: _____
Policyholder: Washington Group International, Inc.

_Charles C H_____ Sr.                  _3_ / _20_ / _03_
Claimant's or Legal Representative's Signature        Date

_____
Legal Representative's Name and Relationship

Mailing Address: Kemper National Services          Physical Address: Kemper National Services
IDM – Washington Group                             (Overnight Delivery) IDM – Washington Group
P.O. Box 189151                                    1600 SW 80 Terrace
Plantation, Fl 33318                               Plantation, FL 33324

Fax Number: (954) 452 4061                                         **WGI 0353**

**REDACTED**



# KNS General Peer Review

| | | | |
|---|---|---|---|
| **Referral Date:** March 24, 2003 | | **Claimant:** Charles Hitchens | |
| **Requester:** Ela Cos | | **Age:** 60 | |
| **Requester Resource #:** 5493 | | **SS#/Claim#:** 1088786 | |
| **Department:** IDM | | **Account:** Washington Group | |
| **Extension:** 2703 | | **Job Title:** Safety Supervisor | |
| **Peer Reviewer: Dr. Dennis Mazal** | | **Physical Exertion level:** | |

**Specialty:** Internal Medicine

☐ Sedentary   ☐ Light   ☒ Medium

☐ Heavy   ☐ Very Heavy

| | | | |
|---|---|---|---|
| **Peer Resource #:** 6112 | | **Diagnosis(es):** Shortness of Breath | |
| | | **First Date of Absence:** 3/13/03 | |
| | | **LTD date:** 9/11/03 | |

**Evaluate Functional Impairment related to:**

☒ Own Occupation   ☐ Any Occupation   ☐ N/A

**Information Reviewed/Considered:**

Office note from Dr. Zubrow (Pulmonologist) dated 3/14/03

PFT Test dated 3/11/03, 2/6/03

Notes from Dr. Kambhamettu dated 3/12/03

**Functional Impairment Status Determination:**

Specific Referral Question(s):    Do medicals support disability?

Determination:

___  Supports functional impairment(s)

___  Fails to support functional impairment(s)

Rationale:

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____            _____

Signature                                   Date

**WGI 0354**

# PULMONARY
# ASSOCIATES, P.A.

John J. Chabalko, M.D.
Michael R. DePietro, M.D.
Donald L. Emery, M.D.
John J. Goodill, M.D.
Camile A. Gity, M.D.
Mark D. Jones, M.D.
Joseph F. Kesmer, Jr., M.D.
Gerald M. O'Brien, M.D.
Albert A. Rizzo, M.D.
John Kai Wang, M.D.
Marc T. Zubrow, M.D.

March 14, 2003

Gregory D. Adams, M D
2600 Glasgow Avenue, Suite 120
Newark, DE 19702

Re: Charles Hitchens

Dear Greg:

As you know, from our phone conversation, Charles Hitchens was reevaluated in my office after not being seen for over three years. His present problems seem to have emanated from an exposure to sulfuric acid fumes back in July 2001. Following the exposure he had significant burns of his upper airway with mucosal edema and buccal mucosal ulcerations. Approximately eighteen months ago he was noted to have mild dyspnea on exertion, which has become progressive over the ensuing time period. He has had pulmonary function testing, which confirmed a reduction in his vital capacity and a reduction in his diffusing capacity. The patient states that he has had a dry cough but no sputum production. There has been no hemoptysis. At the present time he has trouble climbing a flight of stairs without developing shortness of breath. He denies all fevers, sweats, chills, orthopnea, or paroxysmal nocturnal dyspnea. Unfortunately, Mr Hitchins has recently been laid off from his employment because of his decline in respiratory capacity. He also reports that two other members of his team with the same exposure during the fire have had similar respiratory problems.

Physical examination today found him to be in no acute distress and quite pleasant and cooperative. Examination of HEENT was unremarkable. No nasal or oral lesions were noted. The patient's neck was supple without jugular venous distention. Auscultation over the upper airway revealed no flow limitation. There was no adenopathy. Chest examination revealed clear lung fields with fairly good air movement bilaterally. No wheezing could be heard and he had a normal expiratory phase. Cardiac examination revealed a regular rhythm with a S4 gallop. The patient's abdomen was soft, nontender, and without organomegaly. Extremities revealed no cyanosis, clubbing, or dependent edema.

| PTFs | FVC | $FEV_1/FVC$ | $DL_{CO}$ |
|---|---|---|---|
| 2/6/03 | 3.48 | 64% | 75 |
| 9/14/01 | 4.45 | 63% | 91 |
| 5/24/95 | 5.02 | 67% | 60 |
| 1/19/91 | 5.63 | 69% | 79 |

WGI 0355

701 North Clayton Street, Suite 500, Wilmington, DE 19805 (302) 656-2213 Fax (302) 656-2289
4745 Ogletown-Stanton Road, Medical Arts Pavilion, Suite 105, Newark, DE 19713 (302) 368-5515 Fax (302) 366-1240
2600 Glasgow Avenue, Suite 103, Newark, DE 19702 (302) 836-4900 Fax (302) 836-8464

Gregory D. Adams, M.D.
Re: Charles Hitchins
March 14, 2003
Page 2

Pulmonary exercise stress testing was also obtained, which showed no significant desaturation or respiratory limitation. It should be noted that the patient had a significant increase in his blood pressure during the exercise test. It should also be noted that his blood pressure during the office visit today was 160/110 in his right arm with him lying flat.

High-resolution CT scanning was performed, which showed absolutely no abnormalities.

## ASSESSMENT:

Charles Hitchins appears to be having a significant reduction in his exercise capacity, which I believe is related to his sulfuric acid fume exposure. I suspect the patient has airways disease secondary to this. Even though he only has mild obstructive airways disease by pulmonary function testing, I believe this might be related to his reduction in vital capacity, which mathematically would make it look less severe. For this reason, I have recommended to the patient that he start on Advair 500/50 one puff b.i.d. in an attempt to see if local bronchodilators will improve his exercise capacity. He is also advised to return to your office in the near future for treatment of his hypertension, as that may also improve his cardiac function and hopefully improve some of his exercise capacity.

Unfortunately, it is impossible to know if Mr. Hitchins will continue to have further decline in his respiratory status. Hopefully his degradation has leveled off and this will be the worst of his symptomatology. I did inform the patient and his wife that I felt this was work related and that he should apply for disability through his employer. Mr. Hitchins will be returning to see me in four months with repeat pulmonary function testing and a chest x-ray at that time. He is certainly to call me sooner if there are any problems.

Once again, I hope this information has been helpful to you. Please do not hesitate to contact me if any questions should arise.

Sincerely,

*Marc S. Zubrow* (Dictated But Not Reviewed)

Marc T. Zubrow, M.D.

MTZ:cie
304954

WGI 0356

03/12/2003

# Pulmonary Diagnostic Laboratory  Christiana Care Health Systems  Single Breath 2

Pulmonary Function Laboratory Report

| Patient : | Hitchens, Charles | Height : | 71.0 (in) - 180.3 (cm) | Sex : | M |
|---|---|---|---|---|---|
| ID Number : | | Weight : | 234 (lb) - 106.4 (kg) | BSA : | 2.26 |
| Date : | 3/11/2003 | Age : | 60 BP: 769 Temp. 20.7 | ATPS : | .910 |
| Physician : | Zubrow, Marc | Smoking History : | Ex-Smoker:1 Pk/Yrs. 20 years not smoking. | | |
| Predicted : | Knudson Enright Dockery | Calibration Verified : 3/11/03 | | | |
| Technician : | Janice Ellis, RRT, RPFT | | | | |

JE/0745

Diagnosis :  **DOE**

Comments:  **ATS Reproducibility and Acceptability standards met for all tests, Good effort and cooperation,**



| Pre Trial | MIP | % Pred |
|---|---|---|
| 1 | 97.15 | 121 |
| 4 | 73.94 | 92 |
| 3 | 57.77 | 72 |

| Pre Trial | MEP | % Pred |
|---|---|---|
| 1 | 52.34 | 42 |
| 3 | 68.24 | 54 |
| 5 | 62.53 | 50 |

WGI 0357

REDACTED

Physician                                                           Page Number  1



WGI 0358

03/20/2003   06:33   PULMONARY ASSOCIATES → 19544524061   NO.989   D002



WGI 0359

02/19/2003   09:32   PULMONARY LAB 3027332947 → PULM ASSOC CHR   NO.877   P01

## Christiana Care Health Systems  Pulmonary Lab  Wilmington Hospital

### Pulmonary Function Laboratory Report

| Patient : | Hitchens,Charles | | | | | |
|---|---|---|---|---|---|---|
| ID Number : | | Height : | 71.0 (in) - 180.3 (cm) | | | Sex : M |
| Date : | 2/6/2003 | Weight: | 234 (lb) - 106.4 (kg) | | | BSA : 2.26 |
| Physician : | Zubrow, Marc | Age : | 60   BP : 772   Temp: 30.3 | | | ATPS : .960 |
| | | Smoking History : Non-Smoker | | | | |
| Predicted : | Knudson Enright Dockery | Type of Smoke : cigarettes | | | | |
| Technician : | P T McCartney, RRT, CPFT | Calibration Verified : 2/6/03 | | | | |

GOOD UNDERSTANDING/EFFORTS  PTM  0925

2.5 MG ALBUTEROL/NSS VIA HHN

BEST SVC NOT REPRODUCIBLE

Diagnosis :  **SHORT OF BREATH**

| (BTPS) | | | Pre-BronchoDilator | | Post-BronchoDilator | | % |
|---|---|---|---|---|---|---|---|
| # Spirometry # | Predicted | Normal Limit | Actual | % Predicted | Actual | % Predicted | Change |
| FVC | 4.65 | 3.53 | 3.48 | 75 | 2.95 | 63 | -15 |
| FIVC | 4.65 | 3.53 | 2.79 | 60 | 2.52 | 54 | -10 |
| FEV-1 | 3.73 | 2.89 | 2.22 | 60 | 2.12 | 57 | -4 |
| FEV-1/FVC | 80 | 72 | 64 | 80 | 72 | 90 | 13 |
| Fev-6 | 4.65 | | 3.18 | 68 | 2.81 | 60 | -12 |
| PEFR | 8.86 | | 5.72 | 65 | 5.53 | 62 | -3 |
| FEF25-75 | 3.75 | 2.08 | 1.02 | 27 | 1.40 | 37 | 37 |
| FEF25 | 8.15 | | 3.59 | 44 | 4.41 | 54 | 23 |
| FEF50 | 4.60 | | 1.52 | 33 | 2.00 | 44 | 32 |
| FEF75 | 1.73 | | 0.31 | 18 | 0.43 | 25 | 40 |
| Exp. Time | | | 11.90 | | 9.81 | | -18 |
| MVV | 125 | | 54 | 43 | | | |

| (BTPS) | | | Pre-BronchoDilator | | |
|---|---|---|---|---|---|
| # Lung Volumes # | Predicted | Normal Limits | Actual | % Predicted | |
| TLC | 7.10 | 8.71 - 5.49 | 6.67 | 94 | |
| FRC | 3.45 | 4.91 - 1.99 | 3.68 | 107 | |
| RV | 2.45 | 3.21 - 1.69 | 2.74 | 112 | |
| RV/TLC | 34.51 | 25.71 | 41.00 | 119 | |
| SVC | 4.65 | 3.53 | 3.93 | 84 | |
| IC | 3.65 | | 2.99 | 82 | |
| ERV | 1.00 | | 0.94 | 94 | |
| VA | | | 5.63 | | |
| DLCO (SB) | 35.03 | 26.83 | 26.18 | 75 | |
| DLCO Corrected | 35.03 | 26.83 | 26.05 | 74 | |
| DL/VA | 4.95 | 3.56 | 3.91 | 79 | |
| TLC(VA) | 7.10 | 8.71 - 5.49 | 6.70 | 94 | |
| Hemoglobin | | | 14.80 | | |

↓TLC (by 2 3 liters)
FEV1/FVC 3 Δ      } vs 9/01
DLco = 26 (vs 24)

but

↓TLC 800cc vs 8/95

Interpretation:

REDACTED

WGI 0360

Page Number : 1

Mark Jones, M.D.

MAR 20 2003 09:11

302 356 1240      PAGE.07

## Christiana Care Health Systems  Pulmonary Lab  Wilmington Hospital

Pulmonary Function Laboratory Report

| | | | | |
|---|---|---|---|---|
| Patient : | Hitchens,Charles | Height : 71.0 (in) · 180.3 (cm) | Sex : M |
| ID Number : | | Weight: 234 (lb) · 106.4 (kg) | BSA : 2.26 |
| Date : | 2/6/2003 | Age : 60   BP: 772 Temp 30.3 | ATPS : .960 |
| Physician : | Zubrow, Marc | Smoking History : Non-Smoker | |
| | | Type of Smoke : cigarettes | |
| Predicted: | Knudson Enright Dockery | Calibration Verified : 2/6/03 | |
| Technician: | P T McCartney, RRT, CPFT | | |

cc: Dr. Zubrow
    Dr. Adams

Baseline spirometry was performed and shows mild reduction in the FVC and FEV-1.  The FEV-1/FVC ratio is mildly reduced.

Lung volumes show normal lung capacity and vital capacity.

Diffusion capacity is mildly reduced.

Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION:  Mild to moderate obstructive ventilatory deficit with mild reduction in diffusion capacity.  No significant improvement in flow rates following administration of a bronchodilator.



REDACTED

WGI 0361

Page Number: 2

Mark Jones, M.D.

cc: Dr. Zubrow

Hitchens, Charles

02/25/03

Arterial blood gases were obtained at rest on room air and are within normal limits.

The patient was then exercised on the bicycle ergometer and ramped at 25 watts to a maximum of 165 watts with 224 being predicted. Maximum heart rate achieved is 159 which is very close to the predicted maximum. This was likely a maximal test for this patient. The patient discontinued exercise because of shortness of breath more so than leg fatigue.

The patient's work capacity is reduced with a normal anaerobic threshold. Measures of respiratory performance show a reduced breathing reserve. Breathing frequency is normal. Tidal volume to FVC relationship is elevated at peak exercise. Dead space to tidal volume relationship is normal. Arterial to end tidal $CO_2$ is normal. Arterial blood gases repeated at peak exercise show improvement in arterial oxygenation. There is not much change in the $pCO_2$. The pH falls as expected. VE/VCO2 and VE/VO2 are normal.

Measure of cardiac performance shows an oxygen pulse that rises with exercise as expected but not to the predicted values. Blood pressure at rest 128/88 which rises with exercise to a peak value of 220/104. No significant EKG changes were appreciated during performance of the test.

IN CONCLUSION: Reduced work capacity with indeterminate anaerobic threshold. The only respiratory abnormality appreciated is a reduced breathing reserve.

Oxygen pulse which is sometimes considered an indirect measure of (stroke volume) rises during performance of the test but does not reach the predicted value. It is not known if this might be related to the patient's significantly hypertensive response to exercise. Ischemic EKG changes were not appreciated during performance of the test. Clinical correlation is required.

Mark Jones, M.D.

REDACTED

WGI 0362

## INSTRUMENTATION LABORATORY
## PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  09:27:02
Sample Type: Arterial
Sample No.: 51
Operator: JANICE ELLIS
Patient ID:          Patient Name: HITCHENS, CHARLES.
Patient Birth Date:          Patient Age: 60. Patient Sex: M.
Comment: BIKE L-RAD X1 JE/JE 0930/0933
Instrument: Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges | | Critical Limits | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Low | High | Low | High |
| pH | 7.34 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 37 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 98 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 48 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges | | Critical Limits | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Low | High | Low | High |
| #HCO3- | 20.0 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| #BE(B) | -5.2 | mmol/L | -5.0 | 3.0 | ---- | ---- |
| SO2c | 97 | % | 75 | 100 | 69 | ---- |
| ?A-aDO2 | ---- | | ---- | ---- | ---- | ---- |

#=Outside ref. range
?=Review

REDACTED

WGI 0363

MAR 20 2003 09:12                    302 366 1240     PAGE.10

## INSTRUMENTATION LABORATORY
## PATIENT SAMPLE REPORT

CHRISTIANA CARE
HEALTH SERVICES
PULMONARY FUNCTION LAB
CHRISTIANA HOSPITAL

Status: ACCEPTED
02/25/2003  07:30:09
Sample Type: Arterial
Sample No.: 46
Operator:  P T MCCARTNEY
Patient ID:           Patient Name: HITCHENS, CHARLES.
Patient Birth Date:           . Patient Age: 60. Patient Sex: M.
Comment: R RADIAL  0730/0735 JE/PTM  HGB= 14.2
Instrument:  Model: GEM 3000,  S/N: 14200,   14200

| Measured (37.0C) | | | Reference Ranges Low | High | Critical Limits Low | High |
|---|---|---|---|---|---|---|
| pH | 7.42 | | 7.34 | 7.45 | 7.19 | 7.61 |
| pCO2 | 36 | mmHg | 35 | 45 | 20 | 70 |
| pO2 | 82 | mmHg | 75 | 100 | 55 | ---- |
| Hct | 43 | % | ---- | ---- | ---- | ---- |

| Derived Parameters | | | Reference Ranges Low | High | Critical Limits Low | High |
|---|---|---|---|---|---|---|
| HCO3- | 23.4 | mmol/L | 22.0 | 26.0 | 10.0 | ---- |
| BE(B) | -0.7 | mmol/L | -2.0 | 3.0 | ---- | ---- |
| SO2c | 96 | % | 75 | 100 | 69 | ---- |
| A-aDO2 | 23 | mmHg | ---- | ---- | ---- | ---- |

Operator Entered

O2 and Vent Settings:
 %FiO2   21.0   %

REDACTED

WGI 0364

MAR 20 2003 09:12                           302 366 1240      PAGE.11

| Christiana Care Health Systems | Date: 02/25/03 |
|---|---|
| Human Performance Laboratory | Name: Hitchens, Charles |
| (302) 733-1559   (302) 428-2259 | Age: 60 Sex: M |
| SSN: | Hgt:: 71"  Wgt:: 234 lbs. |
| Physician, Attending: | Physician, Referring: Dr. Zubrow |

| History | DOE | | |
|---|---|---|---|
| PFT's | FVC = 3.48  FEV-1 = 2.2   FEV-1/FVC= 64%  MVV= 89 | | |
| Exercise | bike ramped at 25 w/min to 165 watts for 9:30 | | |
| Reason Stopped | SOB/legs | | |
| Pulse Oximetry | Rest = 98%  Exercise = 98% | headband | |

| | Predicted | Measured |
|---|---|---|
| $VO_{2\ max}$ | 3027 | 2016  67% |
| $Hr\ max$ | 160 | 159  995  RHR:  70 |
| $O_2/HR$ | 19 | 13  67% |
| $WR\ max$ | 224 | 165  75% |
| $V_{E\ max}$ | 149 | 63  42% |

| | pH | $pCO_2$ | $PO_2$ | $HCO_3$ | $SaO2$ | "RQ" | $VO_2/kg$ |
|---|---|---|---|---|---|---|---|
| Rest | 7.42 | 36 | 82 | 23.4 | 96 | .85 | 3.0 |
| $WR\ max$ | 7.34 | 37 | 98 | 20 | 97 | 1.12 | 19.0 |

| | | | Normal | Patient |
|---|---|---|---|---|
| **General** | Work Capacity | $VO_{2\ max}$ / pred $VO_{2\ max}$ | > 85 % | 2016  67% |
| | Anaerobic Threshold | $VO_2$ AT/ pred $VO_{2\ max}$ | > 40 % | 1535  76% |
| **Respiratory** | Breathing Reserve | $1-(V_{E\ max}/MVV)$ or | > 30 % | 29%  26 L |
| | | $MVV - V_{E\ max}$ | > 15 L | |
| | $f_b$ | Rest → $WR\ max$ | 8 → 50 /min | 12  21 |
| | $V_t/FVC$ | Rest → $WR\ max$ | 0.15 → 0.60 | .25  .37 |
| **V/Q** | $P(A-a)O_2$ | Rest → $WR\ max$ | < 20 | 28  21 |
| | $V_d/V_t$ | Rest → $WR\ max$ | 35 → < .25 | 37  0.15 |
| | $P(a- ET)CO_2$ | Rest → $WR\ max$ | + 2 → < 0 | 4  -4 |
| **Cardiac** | HR Reserve | $1-(HR\ max / HR\ pred\ max)$ | ≤ 15% | .01 |
| | $O_2$ / Pulse | Rest → $WR\ max$ | | 4  13 |
| | BP | Rest → $WR\ max$ | 128/88 resting | 220/104 ex |
| | HR @ AT | | | 127 |
| | $VO_2$ @ AT | | | 1535 |
| Meds: | Observations: | | | |
| | | | | |
| | | | | |
| | | | | |
| | Stress Test Technician: DRC | | | |

16776 (0675) (0590)C    Copyright 1985  D.C. Zavala M.D., U. Of Iowa, with permission

WGI 0365

## CHRISTIANA CARE HEALTH SYSTEM-CHRISTIANA HOSPITAL KEYSTONE II

Pulmonary Function Laboratory Report

| Patient : | HITCHENS,CHARLES C | Height : | 72.0 (in) - | 182.9 (cm) | Sex : | M |
| ID Number : | | Weight : | 230 (lb) - | 104.5 (kg) | BSA : | 2.26 |
| Date : | 9/14/2001 | Age : | 59 BP: 765 Temp: 25.8 | | ATPS : | .940 |
| Physician : | ZUBROW/ADAMS | Smoking History : Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P | | | | |
| Comments: | EX-SOCIAL SMOKER. GOOD EFFORT AND COOPERATION  AEROSOL 2.5MG ALBUTEROL/NS JE/0910 | | | | | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| FVC | 4.90 | 3.78 | 4.45 | 91 | 4.62 | 94 | 4 |
| FEV-0.5 | 3.02 | 2.31 | 2.10 | 69 | 2.33 | 77 | 11 |
| FEV-1 | 3.92 | 3.08 | 2.80 | 71 | 3.03 | 77 | 8 |
| FEV-3 | 4.45 | 3.43 | 3.67 | 83 | 3.86 | 87 | 5 |
| PEFR | 9.13 | | 7.33 | 80 | 6.89 | 75 | -6 |
| Fef 200-1200 | | | 6.67 | | 6.67 | | |
| FEF25-75 | 3.93 | 2.26 | 1.37 | 35 | 1.73 | 44 | 27 |
| FEF25 | 8.41 | | 4.01 | 48 | 6.47 | 77 | 61 |
| FEF50 | 4.81 | | 2.00 | 42 | 2.47 | 51 | 23 |
| FEF75 | 1.83 | | 0.40 | 22 | 0.58 | 32 | 44 |
| FEV-1/FVC | 80 | 72 | 63 | 79 | 66 | 82 | 4 |
| FEV-3/FVC | | | 83 | | 84 | | 1 |
| Exp. Time | | | 15.53 | | 15.23 | | -2 |
| MVV | 126 | | 86 | 68 | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| SVC | 4.90 | 3.78 | 4.78 | 98 | |
| IC | 3.75 | | 4.01 | 107 | |
| ERV | 1.15 | | 0.77 | 67 | |
| RV | 2.50 | 3.26 - 1.74 | 4.15 | 166 | |
| TLC | 7.40 | 9.01 - 5.79 | 8.93 | 121 | |
| RV/TLC | 33.83 | 25.03 | 46.46 | 137 | |
| FRC | 3.65 | 5.11 - 2.19 | 4.92 | 135 | |
| DLCO (MG) | 27.24 | 19.04 | 24.66 | 91 | |
| DLCO Corrected | 27.24 | 19.04 | 24.66 | 91 | |
| DL/VA | | 3.66 | 3.45 | | |

Computer Impression:
cc: Dr. Zubrow
     Dr. Adams

Baseline spirometry was performed and shows normal FVC and a mild reduction in the FEV-1. The
FEV-1/FVC ratio is mildly reduced. Lung volumes show hyperinflation and air trapping. Diffusion
capacity is normal. Flow volume loop suggests an obstructive ventilatory deficit.

IN CONCLUSION: Mild obstructive ventilatory deficit with hyperinflation and air trapping.

REDACTED

WGI 0366

Mark Jones, M.D.

MAR 20 2003 09:13

Page Number: 1

302 366 1240    PAGE.13

# CHRISTIANA CARE HEALTH SYSTEM-CHRISTIANA HOSPITAL KEYSTONE II

## Pulmonary Function Laboratory Report

| | | | |
|---|---|---|---|
| Client : | HITCHENS,CHARLES C | Height : 72.0 (in) - 182.9 (cm) | Sex : M |
| ID Number : | | Weight : 230 (lb) - 104.5 (kg) | BSA : 2.26 |
| Date : | 9/14/2001 | Age : 59   BP: 765  Temp: 25.8 | ATPS : .940 |
| Physician : | ZUBROW/ADAMS | Smoking History : Ex-Smoker: 0 Pk/day , 25 Yrs not smoking P | |

REDACTED

WGI 0367

Mark Jones, M.D.

Page Number: 2

PAGE.15    302 366 1240

03/12/2003    13:15    OCCUPATIONAL HEALTH → 98366685

MAR 20 2003 09:13

# CHRISTIANA CARE
Occupational
Health Services

[ ] 501 West 14th Street
Wilmington, Delaware 19801
302-428-4250 phone
302-428-4280 fax

[ ] 131 East Chestnut Hill Road
Newark, Delaware 19713
302-428-4250 phone
302-452-2790 fax

## Health Care Provider's Opinion Letter

Date: 03/12/2003    Case # 9795
Patient Name: Hitchens, Charles
Patient Address: 28 East 6th St, Newcastle, DE 19720
DOB:
Patient SS#:
Phone #: (302) 322-6014    Occupation:

Visit Type: Exam
Company Name: WorkCare/Washington Group Intl-DE
Company Address: Delaware City Refinery
333 South Anita Drive, Suite 630
Orange, CA 92868
Company Contact: Monica Valdovinos
Company Phone #: (800) 455-6155 x 132

Check One
Type of Evaluation: [✓] Health Evaluation    [ ] Respirator    [ ] Hazardous Waste    [ ] Asbestos
Reason for Evaluation: [ ] Preplacement    [✓] Periodic    [ ] Post Exposure    [ ] Termination    [ ] Other _____
Substance(s) Employee Exposed to (if post exposure): _____

## OPINION

For Preplacement:
_____ Medically qualified to work at stated job assignment (pending lab and/or drug test results).

For Respirator Wearers:

Evaluation Components:
[ ] Review of the Baseline Medical Questionnaire for Respiratory Clearance by a Health Care Provider.

[ ] Clinical evaluation including additional medical history and targeted physical exam indicated. Date of clinical evaluation: _____

[ ] Further diagnostic studies:    [ ] No    [ ] Yes
If yes, please list: _____    Recommended frequency of evaluation: _____ years.

_____ Medically qualified to wear any respirator.
_____ Medically qualified to wear a supplied air respirator only.
_____ Wear of respirator approved for emergency use only.
_____ Not medically qualified to wear a respirator at any time.

For Hazardous Waste Exams
_____ No medical conditions were found that would place examinee at increased risk of health impairment from work in hazardous waste operations or emergency response or from respirator use.
_____ There are no limitations upon the examinee's assigned work.
_____ Examinee has been informed of results of the exam and any medical conditions requiring further examination or treatment.

For Workers with Possible Exposure to Asbestos:
_____ There were no medical conditions detected that would place examinee at risk of material health impairment from exposure to asbestos.
_____ There are no recommended limitations on the examinee or upon the use of personal protective equipment such as clothing or respirators.
_____ Examinee has been informed of results of the exam and any findings resulting from asbestos exposure requiring further examination or treatment.
_____ The increased risk of lung cancer attributable to the combined effects of smoking and exposure to asbestos has been explained to the examinee, (if a smoker).

## Restrictions:
REDACTED

[ ] None
[ ] No lifting over _____ lbs.
[ ] No working alone
[✓] No exposure to dusts, fumes, vapors or irritant gases
[ ] No frequent bending
[✓] Other  no use of respirator or jobs requiring it
No climbing heights or strenuous activity.

Health Care Provider, NP, RN, PA: _____    Date: 3/12/03
Printed name of Health Care Provider: KANBHAMETTY, MD

STO0    NO.969    WGI 0368

PULMONARY ASSOCIATES → 19544524061    08:33    03/20/2003

RAYTHEON CONSTRUCTORS, INC.   *Emily Adams 100?*   ✓

Personal Physician's Name & Address _____

## BASELINE MEDICAL QUESTIONNAIRE FOR RESPIRATORY CLEARANCE

*Pulm Assoc*
*fax 3106*
*1240*

### Section 1 - Part A

1. Name CHARLES HITCHENS

2. Social Security Number _____

3. Job Title SAFETY

4. Address 28 EAST 6th ST
NEW CASTLE DL 19720

5. Telephone 322 6690

6. Date 1-28-03   7. Sex ✓M ___F

8. Date of Birth _____

9. Place of Birth DELAWARE

10. Marital Status – ✓ Married ___ Single
___ Widowed ___ Divorced

11. Check the type of respirator you will use   (Check all that apply)
___ N, R or P disposable respirator (filter- mask, non-cartridge type only)
✓ Other type (for example, half or full-face piece type, powered-air purifying, supplied air, self-containing breathing apparatus).

12. Have you worn a respirator? ✓ Yes ___ No

If yes, what types? _____

### Section 2, Part A

1. Do you currently smoke tobacco, or have you smoked tobacco in the last month? ___ Yes ✓ No

**REDACTED**

*60 y.o.*

*PMH - Asbestosis*
*Meds - none*
*All - NKDA*

**WGI 0369**

2. Have you ever had any of the following conditions?
   a. Seizures (fits) ___Yes ✓No
   b. Diabetes (sugar disease) ___Yes ✓No
   c. Allergic reactions that interfere with your breathing? ___Yes ✓No
   d. Claustrophobia ___Yes ✓No
   e. Trouble smelling odors? ___Yes ✓No

3. Have you ever had any of the following pulmonary or lung problems?
   a. Asbestosis ✓Yes ___No → *last CXR*
   b. Asthma ___Yes ✓No   *22 years*
   c. Chronic bronchitis ✓Yes ___No
   d. Emphysema ___Yes ✓No → *every one*
   e. Pneumonia ___Yes ✓No
   f. Tuberculosis ___Yes ✓No   *while*
   g. Silicosis ___Yes ✓No
   h. Pneumothorax ___Yes ✓No
   i. Lung Cancer ___Yes ✓No
   j. Broken ribs ___Yes ✓No
   k. Chest injuries or surgeries ___Yes ✓No
   l. Other lung problem ___Yes ✓No

4. Do you currently have any of the following symptoms of pulmonary or lung illness?
   a. Shortness of breath ✓Yes ___No
   b. Shortness of breath when:
      -walking fast ✓Yes ___No   *no recent working*
      -up a slight hill ✓Yes ___No
      -walking with others on level ground ___Yes ✓No
   c. Have to stop for breath when walking ___Yes ✓No
   d. Coughing that:
      -produces phlegm ___Yes ✓No
      -wakes you in the morning ___Yes ✓No
      -that occurs when lying down ✓Yes ___No   *relieved by sitting up slept c pillows*
      -produces blood ___Yes ✓No
   e. Wheezing ___Yes ✓No
      -that interferes with your job ___Yes ✓No

*⊘tobacco*
*Hosp/Surg - observation gas leak*

*⊘edema*
*⊘palp*
*⊘CP  ⊕dyspnea*

List any medicines you are taking regularly: _____

f.   Chest pain when you breathe
     deeply                              ___Yes  ___No
g.   Symptoms that might be
     related to lung problems            _✓_Yes  ___No — dyspnea

**5.  Have you ever had any of the following cardiovascular or heart problems?**

a.  Heart attack                        ___Yes  _✓_No
b.  Stroke                              ___Yes  _✓_No
c.  Angina                              ___Yes  _✓_No
d.  Heart failure                       ___Yes  _✓_No
e.  Swelling in your legs or feet
    (not caused by walking)             ___Yes  _✓_No
f.  Heart arrhythmia (heart
    beating irregularly)                ___Yes  _✓_No
g.  High blood pressure                 ___Yes  _✓_No

**6.  Have you ever had any of the following cardiovascular or heart symptoms?**

a.  Frequent pain or tightness in your
    chest                               ___Yes  _✓_No
b.  Pain or tightness in chest during
    physical activity                   ___Yes  _✓_No
c.  Pain or tightness in chest that interferes
    with your job                       ___Yes  _✓_No
d.  In the past two years, have you noticed
    your heart skipping or missing
    a beat                              ___Yes  _✓_No
e.  Heartburn or indigestion that is
    not related to eating               ___Yes  _✓_No
f.  Any other symptoms that you think
    may be related to heart or circulation
    problems                            ___Yes  _✓_No

*had Stress + Katan Cathterization 2 years ago*

**7.  Do you currently take medication for any of the following problems?**

a.  Breathing or lung problems          ___Yes  _✓_No
b.  Heart trouble                       ___Yes  _✓_No
c.  Blood pressure                      ___Yes  _✓_No
d.  Seizures (fits)                     ___Yes  _✓_No

*cardiac Cath 1 yr ago*

**8.  If you have used a respirator, have you ever had any of the following problems? If you have never used a respirator, check the following space and go to question 9. ___**

a.  Eye irritation                      ___Yes  _✓_No
b.  Skin allergies/rash                 ___Yes  _✓_No
c.  Anxiety                             ___Yes  _✓_No
d.  General weakness or fatigue         ___Yes  _✓_No
e.  Any other problem that interferes with
    your use of a respirator            ___Yes  _✓_No

BP 156/8__
Pulse ___        72
Lungs __ bilat    2-34
Heart RRR __ mur

Rev 2/99      AGE  60

---

Questions 10 through 15 must be answered by every employee who wears either a full-face respirator or a self-contained breathing apparatus (SCBA).

**10  Have you ever lost vision in either eye (temporarily or permanently)?**        ___Yes  _✓_No

**11.  Do you currently have any of the following visual problems?**

a.  Wear contact lenses                 ___Yes  _✓_No
b.  Wear glasses                        _✓_Yes  ___No
c.  Color blind                         ___Yes  _✓_No
d.  Any other eye or vision
    problem                             ___Yes  _✓_No

**12.  Have you ever had an injury to your ears, including a broken eardrum?**      ___Yes  _✓_No

**13.  Do you currently have any of the following hearing problems?**

a.  Difficulty hearing                  _✓_Yes  ___No
b.  Wear a hearing aid                  ___Yes  _✓_No
c.  Any other hearing or ear
    problems                            ___Yes  _✓_No

**14.  Have you ever had a back injury?**        ___Yes  _✓_No

**15.  Do you currently have any of the following musculoskeletal problems?**

a.  Weakness in any of your arms, hands,
    legs or feet                        ___Yes  _✓_No
b.  Back pain                           ___Yes  _✓_No
c.  Difficulty fully moving your arms
    and legs                            ___Yes  _✓_No
d.  Pain or stiffness when you lean forward
    or backward at the waist            ___Yes  _✓_No
e.  Difficulty moving your head up
    or down                             ___Yes  _✓_No
f.  Difficulty moving your head side
    to side                             ___Yes  _✓_No
g.  Difficulty bending at your
    knees                               ___Yes  _✓_No
h.  Difficulty squatting to the
    ground                              ___Yes  _✓_No
i.  Climbing a flight of stairs or a ladder
    carrying more than 25 lbs.          _✓_Yes  ___No — dyspnea
j.  Any other muscle or skeletal problem that
    interferes with using a respirator  ___Yes  _✓_No

*Elevated BP, Dyspnea, Dec. PFTs*

This employee (HAS)/HAS NOT successfully passed physical requirements and IS/IS NOT eligible to wear a respirator.

_____
PHYSICIAN'S SIGNATURE

*Temporary clearance - Pending MD work-up*

WGI 0370

## STD DENIAL LETTER REQUEST FORM

Patient Name _Charles Hitchens_    Case _1088786_

Case Manager's Name _Ela Cos_

Date Submitted _3/27/03_

ECI          ____    Fax: Lisa DellOrto Fax # 973-237-3545    *Statutory New Jersey*          (ECI)

**Reckitt** ____    HR Contact and Fax # _____          (RECK)

Initial Denial, Termination of Benefits, Benefits waiting period    _____    (same shell is used for these)

FMLA Denial_____(use FMLA shell)

_Erisa Plans      = 180 Day Appeal Letter_          _____
_Reckitt Benckiser and Non-Erisa Plans 45 days*_          _____

**Washington Group**    Email:  kathy.andregg@wgint.com
                                 Cynthia.burnett@wgint.com
                                 Jayne.hale@wgint.com
                                 Stacie.jones@wgint.com
                                 Terry.sower@wgint.com
                                 Time.management@wgint.com
                                 Std.approval@wgint.com
                                 Debbie.Livingston@wgint.com

**WGI 0371**

KEMPER NATIONAL SERVICES                    Page   2
                                CASE# < 1088786> COMMENTS

For Service:<A1300> DENIAL LETTER
  Scheduled:03/28/2003 Completed:          Enter:03/24/2003 Edit:03/27/2003 Status:(OP)  Bill:   0.00  Non:   0.00  Savings:   0.00

                Time Management     time.management@wgint.com
                Generic E-mail        std.approval@wgint.com
                 Debbie Livingston   debbie.Livingston@wgint.com
                 Joanne Hoag           Joanne.hoag@wgint.com


        Employer:

        Upon review of our file it has been determined that you do not
        qualify for Short Term Disability benefits as of March 13, 2003
        because the information received from your treating provider's office
        is not sufficient to support your disability. The information
        received to date was then reviewed by our KNS physician consultant
        and it was determined that there is insufficient medical data to
        support an on going disability.  Based on the medical information
        reviewed and considered, there is no objective evidence in the
        medical records to support a loss of functionality that would
        preclude you from performing the essential duties of your occupation.
         Based on the lack of objective evidence supporting a loss of
        functionality, there is no reason why you could not work as a safety
        supervisor.     Therefore, benefits will not be approved. Washington
        Group has been notified.


        Email:  Kathy Andregg       kathy.andregg@wgint.com
                Cindy Burnett         cynthia.burnett@wgint.com
                Jayne Hale             jayne.hale@wgint.com
                Time Management     time.management@wgint.com
                Generic E-mail        std.approval@wgint.com
                 Debbie Livingston   debbie.Livingston@wgint.com
                 Joanne Hoag           Joanne.hoag@wgint.com




                   Enter:03/27/2003 (5493) Edit:03/27/2003  (5493)




WGI 0372

03/27/2003                    KEMPER NATIONAL SERVICES                    Page    1
                              CASE# < 1088786> COMMENTS

For Service:<A1300> DENIAL LETTER
  Scheduled:03/28/2003 Completed:          Enter:03/24/2003 Edit:03/27/2003 Status:(OP)  Bill:   0.00  Non:   0.00  Savings:   0.00

        Washington Group Denial

        Employee copy

        Upon review of our file it has been determined that you do not
        qualify for Short Term Disability benefits as of March 13, 2003
        because the information received from Dr. Kambhamettu's office and
        Dr. Zubrow's office is not sufficient to support your disability. The
        information received to date was then reviewed by our KNS physician
        consultant and it was determined that there is insufficient medical
        data to support an on going disability. Specifically, it was noted
        that you have mild dyspnea on exertion which has become progressive
        over time. A pulmonary function test dated 2/6/03 demonstrated a
        force vital capacity of 75% predicted and FEV1of 60% predicted. A
        peak expiratory flow rate of 65% predicted and FEF 25%-75% of 27%
        predicted, total lung capacity of 94% predicted, residual volume of
        112% predicted and diffusing capacity of 79% predicted when corrected
        for alveolar volume. Breathing frequency was normal. Arterial to end
        tidal carbon dioxide level was normal. Arterial blood gases at rest
        and at peak exercise showed no derangement in oxygen saturation or
        oxygen tension. There were no significant EKG changes during the
        performance of the test. Chest examination on 3/14/03 demonstrated
        clear lung fields with fairly good air movement bilaterally. No
        wheezing could be heard and you had a normal expiratory phase.
        Cardiac examination was within normal limits. High resolution CT
        scanning was performed which apparently showed no abnormalities,
        although the actual report of the CT scan was not submitted for
        review.

        Based on the medical information reviewed and considered, there is no
        objective evidence in the medical records to support a loss of
        functionality that would preclude you from performing the essential
        duties of your occupation. Specifically, there is no objective
        evidence for significant hypoxemia at rest or with exertion and
        pulmonary function parameters demonstrate a mild obstructive
        impairment. Although you sustained exposure to sulfuric acid fumes
        in 2001, current radiographic imaging studies do not demonstrate any
        permanent damages to the lungs resulting from that exposure. Based
        on the lack of objective evidence supporting a loss of functionality,
        there is no reason why you could not work as a safety supervisor.
        Therefore, benefits will not be approved. Washington Group has been
        notified.

        Email:  Kathy Andregg        kathy.andregg@wgint.com
                Cindy Burnett        cynthia.burnett@wgint.com
                Jayne Hale           jayne.hale@wgint.com              **WGI 0373**