IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:05-cv-379 (SLR) |
| | : | |
| v. | : | |
| | : | |
| Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Neal J. Levitsky, hereby certify that a true and correct copy of the foregoing Defendants' Appendix was served upon Plaintiff's counsel, via first class mail, postage prepaid, on the 2nd day of May, 2006, addressed as follows:

>Richard T. Wilson, Esquire
>Law Offices of Peter G. Angelos
>1300 N. Market Street, Suite 212
>Wilmington, DE  19801

>　　　/s/Neal J. Levitsky
>Neal J. Levitsky, Esquire (No. 2092)

Dated:  May 3, 2006