**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., Plaintiff, | : | |
| | : | Civil Action No.: 1:05-cv-379 (SLR) |
| v. | : | |
| Washington Group International, Inc., Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, Defendant. | : | |

**APPENDIX TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT VOLUME I OF VIII**
**(WGI 0374-0396)**

Your
Benefits

OCT 21 2005

# Copy of Online Handbook For Salaried Employees

Revised January 2003

# *Plan Administration*

The Company contracts with outside experts to administer your benefit plans. If you have questions about your coverage, claim, or account balance, call these organizations for answers.

Some benefit vendors' web sites have hyperlinks from our Intranet web page.

Company Intranet
Click Human Resources
Click Benefits

| Type | Plan | Company | Phone Number | Website |
|---|---|---|---|---|
| **Medical** | Aetna Comprehensive Option<br>Aetna Managed Choice<br>Aetna Preferred Provider Organization (PPO)<br>Aetna Safety Net Option<br>Aetna Puerto Rico PPO | *Member Services*<br>Aetna<br>P.O. Box 129104<br>San Diego, CA 92112-9104<br><br>Aetna<br>P.O. Box 31235<br>Tampa, FL 33631-3235 | 800-752-0513<br>International: 619-718-6200<br>(Identify as Washington)<br><br>800-847-8794<br>Precertification<br>866-488-8566 | www.aetna.com<br>Network doctors<br>Network pharmacies<br>Prescription formulary<br>Medical claim form<br>www.aetna.com<br>Puerto Rico network doctors |
| | All Aetna Options | *Mail Order Prescriptions*<br>Express Scripts<br>*Mental Health/Chem. Dependency*<br>Magellan Behavioral Health | 877-849-5521<br><br>800-424-1821<br>International: 801-578-7503 | www.express-scripts.com<br>Rx mail order form<br>www.magellanassist.com<br>wellness tips |
| | Health Maintenance Organization<br>Hawaii | Kaiser of Hawaii | 800-966-5955 | |
| | Alabama | Blue Cross Blue Shield of Alabama<br>P.O. Box 995<br>Birmingham, AL 35298-0001<br><br>*Mail Order Prescriptions*<br>Express Scripts | 800-782-1811<br><br><br><br>800-488-9800 | www.bcbsal.com<br>Network doctors<br>Network pharmacies<br>Prescription formulary |
| **EAP** | Employee Assistance Program | Magellan Behavioral Health | 800-424-1821 | www.magellanassist.com<br>wellness tips |
| **Dental** | Aetna Comprehensive Plan | Aetna<br>P.O. Box 129104<br>San Diego, CA 92112-9104 | 800-752-0513 | www.aetna.com<br>Network dentists<br>Claim form |
| | CIGNA Network Plan | CIGNA Dental Health | 800-367-1037 | www.cigna.com<br>Network dentists<br>Patient Charge Schedule |
| **Vision** | Vision Service Plan | Vision Service Plan<br>P.O. Box 997105<br>Sacramento, CA 95899-7105 | 800-877-7195<br>Hearing Impaired: 800-428-4833 | www.vsp.com |
| **FSAs** | Health Care and Dependent Care Flexible Spending Accounts | Aetna<br>P.O. Box 129104<br>San Diego, CA 92112-9104 | 800-752-0513 | www.aetna.com<br>Health care FSA claim<br>Dependent care FSA claim<br>FSA advisor worksheet |
| **STD** | Short-Term Disability and Frozen Sick Leave | Washington Group Corporate Human Resources<br>P.O. Box 73<br>Boise, ID 83729 | 208-386-5822<br><br>208-386-6895 | |
| **Life Insurance** | Group Universal Life Insurance | Aetna Life Insurance Company | 800-882-8395 | |
| **Retirement** | 401(k) Retirement Savings Plan | T. Rowe Price<br>P.O. Box 17215<br>Baltimore, MD 21297-1215 | 800-922-9945<br>Hearing Impaired: 800-521-0325<br>International: 410-783-1869 | www.troweprice.com<br>Account access |
| | Annuities from terminated Retirement Plans | GE Capital Assurance Company<br>John Hancock Mutual Life Insurance Company | 800-255-7836<br>800-624-5155<br>617-572-9510 | |

# Get Answers Quickly

For online information about policies and benefits, please refer to the Flex Handbook web page and click the chapter name of interest.

| | | |
|---|---|---|
| **Benefit Vendors** | Aetna | 800-752-0513 |
| | T. Rowe Price | 800-922-9945 |
| | Other Vendors | See Benefit Vendors web page |

If unable to get answers by intranet or benefit vendors, please call your local human resources representative. If there is no local HR representative, please call one of the following:

| | | |
|---|---|---|
| **Power** | Inez Davis | 609-720-3015 |
| **Infrastructure** | Sally Davidson | 208-386-8038 |
| **Mining** | Sally Davidson | 208-386-8038 |
| **Energy & Environment** | David Hollan | 803-502-9627 |
| **Defense** | John Daley | 703-236-2716 |
| **Industrial/Process** | Kevin Tobin | 216-523-5630 |
| **Princeton Operations Center** | Jacqueline Paglia | 609-720-3012 |
| **Denver Operations Center** | Larry Bright | 303-843-2452 |
| **Corporate Offices** | Brenda Barnard | 208-386-5467 |

For answers to **Payroll** questions ........ 208-386-5400



Washington

# Our Commitment

Washington Group International, Inc. is committed to industry-leading quality performance that adds value for our clients, sustains profitability for our shareholders, and cultivates growth for our employees.

## *Objectives*

To provide every client with the best possible product, delivered on time and within budget with the highest level of skill, energy, and experience in our industry. We do not strive to be the biggest, but we do intend to be the very best.

To maintain rigid safety practices and strive to be an industry leader in the protection of our workforce.

To expect our employees to understand the customs and share with sincerity in the aspirations of the peoples of other lands. We deem it a privilege to work in countries throughout the world.

To provide equal opportunities for all who seek to join us, but to demand that those who do be prepared to do an excellent job and do it with pride and competence.

To cherish our reputation for honesty, integrity and fair dealing.

# Contents

Policies .....1

Flex...How It Works .....23

Medical .....35

Employee Assistance Program .....63

Dental .....67

Vision .....77

Life Insurance .....81

Accident Insurance .....87

Short-Term Disability .....93

Long-Term Disability .....97

Flexible Spending Accounts .....117

401(k) Retirement Savings Plan .....125

Retirement Plan .....139

General Benefit Information .....145

Glossary .....155

Index .....161

This handbook serves as Summary Plan Descriptions for each of the benefit plans.

Refer to the specific chapter plus Flex...How It Works and General Benefit Information.

---

This edition of the handbook supersedes previous editions. Policies and benefits described in this handbook apply to 1) salaried employees and 2) employees (whether salaried or not) assigned to Integrated Services contracts or Defense contracts that are designated as eligible to participate in the Flex Benefits program.

This material describes only certain portions of some of the Company's benefit plans. It does not supersede the actual provisions of the applicable plan documents, which in all cases are the final authority. The terms of the plans cannot be amended or modified by oral statements. Only the Plan Administrator can interpret the terms of the plans. Although the Company intends to continue the plans described in this material, they may be amended (or even terminated) by the Company at any time without prior notice to or consent by employees, former employees, and their dependents, or beneficiaries.

Information is based on current law, which could change at any time. Please check with your own person financial, tax, and legal advisors as to any issues related to the tax and other consequences of your participation in the plans in light of your particular circumstances. Nothing in this material is intended to guarantee your employment with the Company for any particular period of time. All employment is at will.

WGI 0378

February 2003

# Policies

## Contents

Professional Ethics ....... 3
Standards of Business Conduct ....... 3
Other Policies ....... 6
Intellectual Property Rights ....... 6
Confidentiality ....... 6
General Policies ....... 6
Employee/Employer Relations ....... 6
Equal Employment Opportunity, Discrimination, Harassment ....... 6
Employee Concerns or Complaints ....... 7
Employment at Will ....... 7
Family Members' Employment ....... 7
International Employment ....... 8
Categories of Employees ....... 8
Salary Administration ....... 8
Classifications, Working Titles, and Disciplines ....... 8
Salary Structure and Grades ....... 8
Salary Review Program ....... 9
Time Reporting ....... 9
Automatic Paycheck Deposit ....... 9
Payroll Deductions ....... 9
Advances ....... 9
Workweek, Overtime ....... 9
Time Not Worked ....... 10
Paid Time Off, Short-Term Disability, and Frozen Sick Leave ....... 10
Partial Day Pay for Exempt Employees ....... 14
Holidays ....... 14
Excused Absence ....... 15
Jury Duty ....... 15
Voting Time ....... 15
Absenteeism ....... 15

Leaves and Terminations ........15
Family and Medical Leave ........15
Family Member's Death ........16
Military Leave ........16
Reduction in Force or Completion of Assignment ........17
Personal and Professional Growth ........17
Performance Review and Career Development ........17
Education and Training ........17
Professional Affiliation ........18
Employee Invention/Patent Awards ........18
Professional Publication Assistance ........19
Travel and Relocation ........19
Business Travel ........19
Domestic Relocation ........19
Other Programs and Policies ........19
Service Awards ........19
Employee Referral Program ........19
Credit Union ........19
Matching Gifts Program ........19
Political Action Committee ........20
No Smoking ........20
Life Threatening, Communicable Disease Policy ........20
Safety and Occupational Health ........20
Illegal Drugs, Controlled Substances, Contraband, Stolen Property and Unauthorized Items ........20
Weapons ........21

---

This material describes only certain portions of some of the Company's benefit plans. It does not supersede the actual provisions of the applicable plan documents, which in all cases are the final authority. The terms of the plans cannot be amended or modified by oral statements. Only the Plan Administrator can interpret the terms of the plans. Although the Company intends to continue the plans described in this material, they may be amended (or even terminated) by the Company at any time without prior notice to or consent by employees, former employees, their dependents, or beneficiaries.