**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 1:05-cv-379 (SLR) |
| v. | : | |
| | : | |
| Washington Group International, Inc., | : | |
| Administrator, Washington Group | : | |
| International Short Term Disability (STD) | : | |
| Plan, Broadspire National Services, Inc. | : | |
| f/k/a Kemper National Services, Inc., | : | |
| Broadspire Services, Inc. f/k/a Kemper | : | |
| Services, Inc., Broadspire Inc., f/k/a Kemper | : | |
| Services, Inc., Plan Administrators of the | : | |
| STD Plan, | : | |
| Defendant. | : | |

**APPENDIX TO PLAINTIFF'S MEMORANDUM OF
LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGEMENT VOLUME II OF VIII
(WGI 03797-0420)**

made when and if the Company applies for a patent. You will receive an additional cash award of $1,500 if the patent is actually granted. The patent will show that you are the inventor and that the ownership of the patent has been assigned to the Company. All cash awards will be split between co-inventors. For more information, contact your human resources representative.

## Professional Publication Assistance

The Company encourages you to write articles for trade publications and to present papers before professional societies. If you are interested in writing for publication or presentation, submit a brief outline of your idea or proposal to your business unit President. The outline should include suggested illustrations and the name of the publication or society to which the work will be offered. If your outline is approved, the review committee will arrange for the technical, professional and staff support you will need. You will be expected to work on your project on free time, without neglecting normal job responsibilities.

In recognition of the personal effort required to see an idea through to publication, the Company may award you a $500 honorarium upon publication of your article or paper. The honorarium will be split between co-authors.

## *Travel and Relocation*

### Business Travel

Your work may require that you travel on business. Transportation, lodging, and meal costs will be reimbursed in accordance with the Company's policy when such travel is approved by the Company in advance. Contact your supervisor for more details about covered expenses.

### Domestic Relocation

In the Company's business, moving is a way of life. Relocating your family and personal belongings is a major undertaking, but the inconvenience and uncertainty can be lessened if you understand the Company's policies, the carrier's rules, and your obligations. Contact your human resources or business office for relocation information and refer to Administrative Bulletins 4.2-4.5 and 4.9.

## *Other Programs and Policies*

### Service Awards

A service award program is designed to recognize your loyalty and commitment to the Company. The awards presentation gives the Company the opportunity to thank you personally for your contributions.

The year following each five-year milestone, you will have a chance to select an award from an assortment of jewelry and gift items. A special one-time award is also available for both you and your spouse upon your comple-

tion of 25 years of service. Beginning with 1989, you receive a year of service credit for each year in which you accrue at least 1,000 hours of active employment. You must be an active employee at the time of award to receive it. Employees of acquired companies whose prior service is recognized will be eligible for a service award the year after their years of service reach an even multiple of five (for example, an employee with 12 years of service would become eligible for an award the year after attaining 15 years).

## Employee Referral Program

Regular full-time and part-time salaried employees (except Human Resources, hiring manager or employees grade 20 or above) may earn bonuses of up to $3,000 by referring qualified individuals who are hired for certain employment openings. Check the list of openings on the Company intranet employment site (http://workflow.corp.wgint.com/pwl.html). Complete an Employee Referral Form available from Human Resources, attach it to the candidate's current resume and send it to your Human Resources representative. Both you and your referral must be employed by the Company at the time of payment, which will be after 90 days following hire. Restrictions apply, as noted in the brochure with the Employee Referral Form and on the Company intranet site: http://intraweb.corp.wgint.com/corporate/hr/staffing/index.html.

## Credit Union

Credit union membership is available to all employees who are U.S. citizens whose principal residence is in the U.S. Membership allows you to establish a source of credit, to borrow at competitive interest rates, and to develop a systematic savings plan, all through convenient automatic payroll deduction. See your local Human Resources office for your options.

## Matching Gifts Program

The Company believes in supporting the educational institutions that academically prepare the major portion of our professional work force. After one year of continuous service, the Washington Group Foundation, Inc. will match your contributions to an educational institution that qualifies under §501(c)(3) of the tax code. Most colleges, universities, private schools, and public schools with a foundation qualify. Check with your school representative.

You are eligible if you are a regular full-time, salaried employee with at least one year of continuous service. Send the *Matching Gift* form with your gift to the educational institution, and the Foundation will match 50% of your contributions from a minimum single contribution of $25 up to a maximum cumulative annual contribution from the Foundation of $1,000 per employee. Forms are in your business or human resources office and on the intranet.

Policies

## Political Action Committee

Washington Group International sponsors a political action committee known as Washington Group International PAC. It is funded by voluntary contributions from eligible employees. These contributions help elect candidates to public office whose positions on key issues best support the activities of the Company and reflect the views of employees, their families and the stockholders of the Company. The Washington Group PAC Board, comprised of representatives from each business unit, directs PAC activities and approves all candidate contributions.

Federal law requires Political Action Committees to report the name, mailing address, occupation and name of employer of each individual whose contributions exceed $200 in a calendar year.

## No Smoking

Smoking is prohibited in all Company-owned or leased indoor offices to benefit both nonsmokers and smokers. Nonsmokers will avoid exposure to the known health risks associated with secondary smoke, and smokers are encouraged to discontinue smoking. Employees will be reimbursed upon successful completion of a company-approved smoking cessation program. Please contact your business or human resources office.

## Life Threatening, Communicable Disease Policy

The employment status (and terms of employment) of a person who contracts a life-threatening, communicable disease will not be jeopardized solely because of such illness so long as the person is able to maintain acceptable levels of performance and does not pose a safety or health threat to himself or others in the workplace.

## Safety and Occupational Health

The Company is committed to the reduction of personal injuries, occupational illnesses and damage to equipment and property in all of its operations. Safety is an integral part of quality control, cost reduction and job efficiency. However, the ultimate success of the Company's safety program depends upon your full cooperation.

The Company has an outstanding safety record and is proud of its achievements in accident prevention. To maintain that record, you must do your part to create and maintain a safe and productive working environment.

Report all on-the-job injuries or illnesses to your supervisor. Attend and participate in any safety and health training meetings. Avoid and report safety and health hazards to your supervisor. Wear prescribed personal protection equipment. Help maintain a clean workplace and watch out for your co-workers.

Safety is everyone's responsibility and it is important every day, off and on the job. No endeavor is worthwhile if it results in human suffering through disabling injury, illness, or loss of life.

## Illegal Drugs, Controlled Substances, Contraband, Stolen Property and Unauthorized Items

The Company is committed to the establishment and maintenance of a safe and efficient work environment for all employees free from the effects of alcohol, illegal drugs, other controlled substances, and prohibited items such as firearms.

The use of illegal drugs or abuse of alcohol or prescription drugs can interfere with your job performance. To prevent substance abuse, the Company has implemented a Substance Abuse Prevention Program. Except as may be limited by law, this program involves drug and alcohol testing for any or all of the following situations: preemployment, periodic, post accident, for cause, and random. It also involves an Employee Assistance Program to help you if you need counseling or treatment: call 800-424-1821.

This policy prohibits the use, possession, concealment, transportation, promotion or sale of the following items or substances on Company premises*.

- Illegal drugs, designer and synthetic drugs, prohibited drugs and drug-related paraphernalia

- Controlled substances such as medications when usage is abused

- Unauthorized alcoholic beverages

- Stolen property or contraband

* **NOTE:** Company premises refer to all property, offices, facilities, land, buildings, structures, fixtures, installations, aircraft, automobiles, vessels, trucks and all other vehicles and equipment – whether owned, leased or used.

Compliance with this program is required as a condition of employment for qualified applicants or for your continued employment. The Company will not provide continued employment to you if your conduct is prohibited by this policy.

The Company may modify this program to meet specific requirements of a particular site or jurisdiction or to comply with the contractual obligations of certain customers or government agencies in order to perform work on their property or project.

Substance abuse awareness and control is a management responsibility. Managers and supervisors have authority and responsibility to deal with impaired personnel.

Each employee shall be responsible for notifying opera-

tions management of any criminal drug statute conviction for a violation occurring in the workplace no later than five (5) days after such conviction.

As applicable the Company shall notify the appropriate federal contracting agency within ten (10) days after receiving notice from an employee or a law enforcement agency of a criminal drug statute conviction for a violation occurring in the workplace.

> Report problems or request informational assistance by calling the Substance Abuse Hotline (208) 386-5222.

## Weapons

Within the United States, the Company prohibits all persons who enter Company owned or leased property from carrying a handgun, firearm, or prohibited weapon of any kind onto the property even if the person is licensed to carry the weapon. Prohibited weapons include any form of weapon or explosive restricted under local, state or federal law, statute, rule or regulation. Where a property owner and/or client has a more restrictive policy or interpretation, the more restrictive policy will apply. A prohibited "weapon" includes, but is not limited to the following:

- Guns of any type including all BB guns and pellet guns.

- Unlicensed explosive materials, ammunition, reloading materials, blasting caps and black powder, including illegal fireworks.

- Bows, arrows, crossbows, slingshots, blowguns, throwing stars, and spears.

- Fixed blade and folding blade knives (with blades over 4 inches) and swords.

- Brass knuckles, zip guns and any other such devices manufactured to serve as a weapon.

All Company employees are also prohibited from carrying a weapon while in the course and scope of performing their job, even if they are not on Company property and even if they are licensed to carry a handgun. Employees may not carry a weapon covered by this policy while performing any task on the Company's behalf.

### Exemptions

Not included as prohibited weapons are historical or antique swords, knives or guns that are in a display or are rendered inoperative. Also excluded are knives that are required as craftsman or labor tools or knives that are used in culinary and food preparation. Legal chemical defensive sprays are excluded from this policy but may be banned by local law, client or site restrictions, in which case the more restrictive requirement will apply.

### Persons Covered

This policy applies to all regular, casual, contract and temporary employees, to all visitors on Company property and visitors to project sites, and to all customers and contractors on Company property, regardless of whether they are licensed to carry a concealed weapon. The only exceptions to this policy will be on-duty police officers, on-duty security guards and on-duty government armed services personnel. Local client or site restrictions may limit the above personnel, in which case Company personnel, visitors, customers, and subcontractors will comply with the more restrictive policy.

**Policies**

*This page intentionally left blank.*

# How Flex Benefits Work

## Contents

Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

    If You and Your Spouse Both Work for the Company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

    If You Don't Enroll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

    Annual Enrollment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

Pre-Tax Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

Changes in Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

Qualified Medical Child Support Order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32

For information on the benefits provided under specific plans, please refer to these chapters:

    Health Care and Flexible Spending Accounts

        Medical . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35

        Employee Assistance Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .63

        Dental . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .67

        Vision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77

        Flexible Spending Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .117

    Life, Accident, and Disability

        Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81

        Accident Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .87

        Short-Term Disability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .93

        Long-Term Disability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .97

    Retirement

        401(k) Retirement Savings Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .125

        Retirement Plan (terminated) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .139

For information on COBRA continuation, conversion to individual insurance policy, claim denial, ERISA rights, and administrative details, please refer to the General Benefits chapter beginning on page 145.

WGI 0401

How Flex Benefits Work

# How Your Benefits Work

Each employee is unique, with different needs and lifestyles. The benefits program offers the following:

- Medical
- Dental
- Vision
- Group Universal Life
- Personal Accident
- Travel Accident
- Short-Term Disability
- Long-Term Disability
- Health Care Flexible Spending Account
- Buying or Selling Paid Time Off (PTO)
- 401(k) Retirement Savings Plan

Each year, you may select the benefits and level of coverage that best fit your needs. Also, you may adjust your elections to meet new or changing needs. It's always your personal choice. Here's how your benefits work:

You enroll within 31 days of becoming eligible and again each fall for the following calendar year. During enrollment, you receive materials that describe your benefit choices and their "price tags." If you enroll in medical coverage, you will receive an allowance of "Flex Dollars" to help pay the cost of the medical coverage you choose. Your Flex Dollars are determined by your base salary at the time your enrollment materials are provided, and they vary according to the number of family members covered under the medical plan.

You will only be allowed to change your elections other than the 401(k) during the year if you have a qualifying change in status as defined by the Internal Revenue Service on page 30. Your request must be consistent with the status change. You may enroll or change your 401(k) contributions anytime during the year by calling T. Rowe Price at 800-922-9945.

# Enrollment

## If You and Your Spouse Both Work for the Company

If you and your spouse both work for the Company, you can choose to be covered under the medical, dental, and vision plans as either an employee or a dependent – but not both. Either you or your spouse (but not both) may cover your dependent children.

In other words, you and your spouse could each elect "employee only" medical coverage – and you would each receive the corresponding amount of Flex Dollars. Or, one of you could elect "employee + one" or "family" coverage – and cover your spouse as a dependent. However, you could not both elect dependent coverage – and cover each other as dependents. Since medical deductibles and Flex Dollars are based on salary, keep this in mind as you decide which option best meets your needs.

If you elect Group Universal Life Insurance and/or Personal Accident Insurance, you may enroll as an employee or spouse, but not both.

## If You Don't Enroll

If you don't enroll or don't complete your enrollment on time, you will receive only "default coverage" for the entire plan year. "Default coverage" provides:

- Employee Assistance Program
- Basic Term Life Insurance,
- Basic Personal Accident Coverage,
- Travel Accident Insurance, and
- Short-Term Disability Coverage.

Default coverage does not include any other benefits.

If you terminate employment and are rehired within 31 days, all your prior elections, except 401(k), will be reinstated; and you cannot change them except within 31 days of a qualified change in status that is consistent with the change.

If you are rehired more than 31 days after your termination, your prior elections will not be automatically reinstated. You must submit an enrollment form within 31 days of your rehire date to enroll. Otherwise, you may not enroll until the next annual enrollment period or if you experience a qualified status change.

Call T. Rowe Price at 800-922-9945 to enroll in the 401(k) plan.

## Annual Enrollment

You make your personal choices for your Flex Benefits each fall during the annual enrollment period. The benefits you choose generally go into effect on January 1 of the following year.

# Pre-Tax Contributions

Your contributions to the following plans are made before

(continued on page 30)

How Flex Benefits Work

**How Flex Benefits Work**

| | | **General Provisions**<br>*(see also page 27)* |
|---|---|---|

### Eligibility

**Employees**

You are generally eligible for coverage if:

- you are a **U.S.** citizen or resident, or hold a permanent U.S. residence visa while working outside the U.S. and
- you are either a full-time or part-time* **regular salaried** employee of the Company or an adopting subsidiary or you are a regular full-time or part-time* employee assigned to an Integrated Services Division or Defense Division contract participating in the Flex Benefits program.

**Casual** and **temporary** employees are generally **not** eligible. You are not eligible to participate if you are covered by a **collective bargaining agreement** unless that agreement provides coverage under the Plan. Independent contractors and leased employees are not eligible.

Employees on **standby status** are eligible, but long-term disability coverage and buying/selling paid time off are suspended.

\* **Full-time** is at least 30 hours per week; **part-time** is 20 - 29 hours per week.

**Dependents**

Except as indicated for term life insurance, **you must enroll** for your dependents to be eligible. Generally, eligible dependents include:

- Your legal **spouse** as defined by state law (except as otherwise limited by federal law). Common law spouses are not eligible even if common law marriages are recognized by applicable state law (unless continuously covered by the Company's benefit plans since May 31, 1997).
- Your unmarried natural and adopted **children and stepchildren through age 23**, regardless of where they live (including children placed for adoption).
- Your unmarried foster children and any other children through age 23 if they live with you in a regular parent-child relationship and depend on you for support and qualify as an exemption on your federal tax return.
- Children who become physically or mentally **disabled** prior to age 24 are eligible after age 23, subject to the administrator/carrier's approval. For life and accident insurance, coverage continues only if the disability occurred while covered.

**Retirees**

see next page

### Cost

Your **personal enrollment worksheet** shows your contributions based on the option you select, dependents, salary and age. You generally pay for your share with pre-tax contributions (except in Puerto Rico). **Pre-tax contributions** are deducted before federal (and most state and local) income and social security taxes are calculated. As a result, your social security benefit may be reduced if your taxable earnings are less than the social security wage base ($84,900 in 2002).

| The **Company pays** the full cost of: | You **share the cost** for: | You **pay the full cost** of the following, but the Company pays administration fees: |
|---|---|---|
| Employee Assistance Program | Medical | Vision Service Plan |
| Short-Term Disability Coverage | Dental | Group Universal Life Insurance |
| Basic Life Insurance | Long-Term Disability | Supplemental Personal Accident Insurance |
| Basic Personal Accident Insurance | | Flexible Spending Accounts |
| Travel Accident Insurance | | |

| Here's How Specific Plans Differ from the General Provisions | | | |
|---|---|---|---|
| **Health Care and FSAs** | **Life, Accident, and Disability** | **401(k) Retirement** | **Plans** |
| If you are **not a U.S. citizen** or resident and do not hold a permanent U.S. residence visa, you may be eligible for certain plans if the terms of your overseas employment agreement provide for coverage. | | Casual and temporary employees are eligible for the **401(k) Retirement Savings Plan.** | |
| **Casual and temporary** employees are eligible for the **Employee Assistance Program.** | **Casual and temporary** employees are eligible for Travel Accident Insurance.<br><br>You are **not** eligible for **Personal Accident Insurance** while on full-time, active duty in the armed forces of any country or international authority for more than 30 days.<br><br>Except as noted for the employee assistance program and travel accident insurance, employees who generally work fewer than 20 hours per week are not eligible for benefit coverage. The Company classifies such employees as "casual," but Prudential and Aetna refer to them as "part-time" in their insurance certificates. Employees classified by the Company as **part-time** employees because they generally work 20 - 29 hours per week are eligible for coverage, including **Long-Term Disability** and **Group Universal Life** insurance.<br><br>For **Group Universal Life** and **Long-Term Disability** insurance, you must also meet the insurance carrier's active work requirements. For **Group Universal Life,** you must also be under age 95. | You are **not** eligible to participate in the **401(k) Retirement Savings Plan** if you are a field employee paid through an hourly payroll, a leased employee, or eligible to participate in the 401(k) Retirement Savings Plan for Field Operations | **Employees** |
| Eligible dependents for **Medical, Dental,** and **Vision** coverage include any individual entitled to that coverage under an order determined by the Plan Administrator to be a Qualified Medical Child Support Order.<br><br>In addition to the dependents listed in the general provisions, all **other members of your household** are eligible for the **Employee Assistance Program.** | Even if you do not enroll for **Group Universal Life Insurance,** your legal spouse is eligible, as limited by state laws. **Children** are eligible only if you or your spouse is enrolled and only if the children are at least 14 days old and meet the other eligibility criteria. Your **spouse** cannot enroll after age 65, but a spouse who enrolls before **age 65** can continue coverage beyond age 65.<br><br>Dependents are not eligible for **Personal Accident Insurance** after age 70 or while on full-time, active duty in the armed forces of any country or international authority. | N/A | **Dependents** |
| You are eligible for retiree medical/dental coverage if as an active enrolled employee you attain 30 years of service or age 55 with 10 years of service (service as defined for vesting in the 401(k) Retirement Savings Plan). Retiree coverage must immediately follow your coverage as an active employee (continuation through COBRA is not sufficient to meet this continuous coverage requirement). If you are enrolled, as a retiree, your dependents are eligible as defined above, but they may enroll only within 31 days of becoming eligible. If your eligible dependents were not enrolled when you were an active employee, they are not eligible under retiree coverage. | | | **Retirees** |
| see previous page | You pay for **Group Universal Life Insurance** and **Long-Term Disability** insurance with **after-tax** dollars. | **401(k) Retirement Savings Plan** contributions are made before federal and most state and local taxes but **after social security taxes.** The Company pays recordkeeping and trustee fees. T. Rowe Price's **investment fund management fees** are charged directly to the fund assets and are therefore borne by all fund shareholders, including plan participants. | **Cost** |

**How Flex Benefits Work**

*Eligibility*

**How Flex Benefits Work**

## General Provisions
### (see also page 29)

**Enrollment or Change**

You will receive an enrollment form when you **first become eligible**. You must enroll within 31 days of the date you first become eligible, although you may enroll in the 401(k) Retirement Savings Plan at any time. If you do not enroll or complete your enrollment on time, you will not have any benefit coverage besides company-paid employee assistance program, basic life insurance, personal accident insurance, and travel accident insurance even if rehired more than 31 days after your termination.

You may enroll, change, or discontinue coverage during an **annual enrollment**. You may designate a **beneficiary** or change your beneficiary at any time for basic and Group Universal Life insurance, basic and supplemental Personal Accident Insurance, Travel Accident Insurance, and the 401(k) Retirement Savings Plan.

If you submit a form for a **qualified change in status** in a category listed below, you will receive an enrollment form to change your benefit elections. Your request for an enrollment change must be consistent with the change in status and must be made within 31 days after the event. Please refer to Changes in Status on page 30.

- A change in your legal marital status.
- The birth, adoption, placement for adoption, or death of a child or spouse.
- The loss or gain of your spouse's benefit eligibility through an employer.
- Loss of other medical coverage after you decline Company-sponsored medical coverage.

**When Coverage Begins**

**For You**

For company-paid plans, coverage generally begins on the day you first become eligible (Employee Assistance Program, Short-Term Disability coverage, Basic Life Insurance, Basic Personal Accident Insurance, Travel Accident Insurance).

For Medical, Dental, Vision, Group Universal Life Insurance, Supplemental Personal Accident Insurance, Long-Term Disability Insurance, and Flexible Spending Accounts, subject to any proof of good health requirements:

- If you submit your enrollment form within 31 days after the day you first become eligible, coverage for you begins on the day you first become eligible (generally on your hire date).
- If you submit your enrollment within 31 days of a qualified change in status, coverage for you generally begins the date of your status change.
- If you enroll during the annual enrollment period, coverage begins the upcoming January 1.

**For Dependents**

If your dependents are enrolled when they are first eligible, coverage generally begins on the later of the following: the day your coverage begins or the day you enroll them.

Coverage for a **newborn child** will be effective on his or her birthdate if you enroll the child within 31 days of birth. Coverage for an **adopted child** will be effective as of placement with you, if you enroll the child within 31 days of placement. If you enroll a dependent during the annual enrollment period, coverage generally begins the upcoming January 1, subject to any proof of good health requirements.

**How to File a Claim**

see next page

## Here's How Specific Plans Differ from the General Provisions

| Health Care and FSAs | Life, Accident, and Disability | 401(k) Retirement | Plans |
|---|---|---|---|
| Be sure to read changes in status on page 30. | For proof of good health requirements, please refer to the **Life Insurance** and **Long-Term** disability chapters.<br><br>If you and/or your spouse are enrolled in **Group Universal Life** insurance coverage, you may begin, change, or discontinue contributions to your **cash accumulation fund** at any time during the year. | You may enroll, change, discontinue contributions, and/or change investments to the **401(k) Retirement Savings Plan\*** at any time during the year.<br><br>*\*or 401(k) Retirement Savings Plan for Puerto Rico Based Employees.* | Enrollment or Change |
| For **Flexible Spending Account** enrollment due to a qualified change in status, contributions will begin as soon as practical after receipt. Reimbursements would be made for expenses incurred on or after the date of the status change. | If you are ill or injured and away from work on the day your coverage would start, your **Group Universal Life, Travel Accident, Personal Accident,** and **Long-Term Disability** coverage starts on the day you return to your regular work schedule. Please refer to the LTD insurance certificate in the Long-Term Disability chapter.<br><br>If proof of good health is required, **Group Universal Life** or **Long-Term Disability** insurance coverage will not begin until the carrier approves it. | You may enroll in the **401(k) Retirement Savings Plan\*** after the Company transmits your personal data to T. Rowe Price, generally no later than Tuesday after you receive your first paycheck following your hire date (or following the date you meet the other eligibility criteria). Participation begins as soon as practical after you enroll. Enrollment is not restricted to **annual enrollment** or qualified changes in status.<br><br>*\*or 401(k) Retirement Savings Plan for Puerto Rico Based Employees.* | When Coverage Begins For You |
| N/A | **Group Universal Life** (GUL) insurance begins only after a dependent meets the non-confinement rule (generally means not hospitalized).<br><br>If proof of good health is required, insurance will not begin until the carrier approves it. | N/A | For Dependents |
| Medical, dental, and vision network providers generally file claims for you.<br><br>File claims within 90 days of the date the expense was incurred. Include the original itemized bill from the provider showing the date of care, employee social security number, name of the patient, the diagnosis, and service or care provided.<br><br>Aetna Inc.    Vision Service Plan<br>P.O. Box 129104  P.O. Box 997105<br>San Diego, CA   Sacramento, CA<br>92112-9104    95899-7105<br><br>For other vendors and Aetna in Puerto Rico, please refer to the vendor list. | Call Corporate Human Resources at **208-386-5822 or 208-386-6895** to file a claim for:<br>Short-Term Disability (Prudential)<br>Frozen Sick Leave (Prudential)<br>Long-Term Disability (Prudential)<br><br>Call Corporate Human Resources at **208-386-5467** to file a claim for:<br>Basic Life Insurance (Prudential)<br>Group Universal Life Insurance (Aetna)<br>Personal Accident Insurance (CIGNA)<br>Travel Accident Insurance (CIGNA) | N/A | How to File a Claim |

*(Side tab: How Flex Benefits Work)*

**How Flex Benefits Work**

**When Coverage Ends**

---

### General Provisions
### *(see also page 31)*

Coverage for you and your dependents will end on the earliest of the following:

- The day the Plan is discontinued, or
- The day you and/or your dependents are no longer eligible for coverage, or
- The last day for which you have made any required contributions for coverage.
- Dependent coverage ends the day your coverage ends or your dependent becomes covered as an employee.

Other Coverage Availability

- You may be eligible to continue your medical, dental, vision, and/or health care flexible spending account through **COBRA** as described in the General Benefit Information chapter.
- Retiree **medical/dental** coverage may be available to those who meet the **retiree** eligibility criteria. You and your spouse should enroll in **Medicare** three months prior to reaching the Medicare eligibility age (currently age 65).
- You may be able to **convert** your coverage to a personal insurance policy as described in the General Benefit Information chapter for Kaiser Hawaii, CIGNA dental, basic life insurance, group universal life insurance, personal accident insurance, and travel accident insurance.
- You **cannot convert** medical administered by Aetna or Blue Cross Blue Shield of Alabama, the employee assistance program, comprehensive dental plan, vision service plan, short-term disability, or long-term disability insurance.
- Enrollees may continue **Group Universal Life** insurance directly with Aetna through portability or conversion options.
- Your **401(k)** account is eligible for rollover to an IRA or qualified employer plan.

---

social security and most income taxes are calculated (except in Puerto Rico): medical, dental, vision, personal accident insurance, vacation buy/sell, and flexible spending accounts. As a result, your social security benefit may be slightly reduced if:

- You earn less than the social security wage base ($84,900 in 2002), or
- Your tax-free contributions lower your pay below the social security wage base.

If you earn more than the social security wage base, your social security benefits are not affected. In many situations, the current value of the tax savings outweighs the potential impact on future social security benefits.

## Changes in Status

Generally, you are allowed to change your benefit enrollment only during the annual enrollment period or within 31 days of a qualified change in status, as defined by the IRS and as described in the "Enrollment or Change" section of the preceding table. However, you may change your 401(k) and Group Universal Life Cash Accumulation Fund throughout the year. You may change your beneficiaries at any time.

When you submit a Change in Status form, you will receive a personalized benefit change form. Benefit changes must be made within 31 days of the life event (marriage, birth/adoption, death, spouse employment change, legal separation/divorce, loss of medical coverage). Keep in mind that changes in benefit elections must be consistent with the reason for a change. For example, if you get married, you can add your spouse as a dependent, but you cannot add dental coverage for yourself. Any change to long-term disability or personal accident insurance that you request within 31 days of a qualifying change in status is considered to be consistent with the change in status.

*You may change your benefit elections within 31 days of a qualifying life event, and the election change must be consistent with the reason for the change. Update your beneficiary designation.*

The following information may help you understand your benefit options when you have changes in status.

**Marriage:** You may add your new spouse as your dependent. If your new spouse has children, you may wish to cover them as dependents. If you are not already enrolled in the medical plan, you must enroll to cover dependents. If you are not already enrolled in dental or vision coverage, you cannot do so until annual enrollment. If you prefer to be covered as a dependent under your spouse's plan, you may discontinue your coverage under the Company-sponsored plans. You may need to change your Health Care and/or Dependent Care Flexible Spending

| Here's How Specific Plans Differ from the General Provisions | | | |
|---|---|---|---|
| Health Care and FSAs | Life, Accident, and Disability | 401(k) Retirement | Plans |

If you are covered when you leave the Company, coverage ends as follows, but not beyond that described on the prior page.

| Health Care and FSAs | Life, Accident, and Disability | 401(k) Retirement |
|---|---|---|
| • **Medical, dental, and vision** coverage ends on the last day of the month in which you were on the active payroll and made contributions.<br>• **Employee assistance program** access ends on the last day of the month in which you were on the active payroll.<br>• **Health care** expenses incurred after your termination date are not reimbursable through the **flexible spending account** unless you continue through COBRA.<br>• **Dependent care** Flexible Spending Account expenses incurred after your termination date are not reimbursable through the flexible spending account. | • **Personal accident insurance and basic and group universal life insurance** end on the last day of the month in which you left active work.<br>• **Long-term disability insurance** is suspended during standby status and leaves of absence other than leaves under the Family and Medical Leave Act (FMLA).<br>• **Travel accident, short-term disability (STD), and long-term disability insurance** end on the last day of active work with the company. If you qualify for STD benefits and your coverage ends during a period of disability that began while you were covered, your benefits will continue according to the plan. | • You must withdraw your **401(k)** account within 90 days if your vested balance is $5,000 or less or by age 65 if your balance is more than $5,000. |

*When Coverage Ends*

**How Flex Benefits Work**

Accounts. Be sure to evaluate whether your life insurance, personal accident insurance, and long-term disability insurance are adequate for your new situation, and update your beneficiary designation.

**Birth or Adoption:** You may add your new child as your dependent, but you cannot change medical or dental options. If you and/or your spouse are not already enrolled in a medical plan, you may wish to do so at this time. New enrollment is not allowed for dental or vision care. You may need to change your Health Care and/or Dependent Care Flexible Spending Accounts. Be sure to evaluate whether your life insurance, personal accident insurance, and long-term disability insurance are adequate for your new situation, and update your beneficiary designation.

**Child Attains Age 24:** A child who reaches age 24 is no longer covered. You may change your coverage levels for medical, dental, vision, and personal accident coverage and discontinue child life coverage within 31 days.

**Change in Eligibility for Spouse's Employer Plans:** Your spouse's eligibility for benefit coverage may change with a new job, a change in pay status, or termination. For example, if your spouse is no longer eligible for coverage through his or her employer, you may add your spouse to your coverage. Or if your spouse is newly eligible for employer coverage such as life and accident insurance, you may reduce your coverage.

Changes may also be allowed for significant changes in the spouse's employer plans. The IRS does **not** allow changes to elections due to changes in the cost of the spouse's employer plans unless the spouse's employer discontinues paying for medical coverage.

**Death:** Update your covered dependents. You may need to change your Health Care and Dependent Care Flexible Spending Accounts. Be sure to evaluate whether your life insurance, personal accident insurance, and long-term disability insurance elections are still appropriate, and update your beneficiary designation.

**Legal Separation or Divorce:** If your separation from your spouse is formalized by a court action, it is a qualified change in status and you may request benefit changes that are consistent with the change in status. For example, you would be allowed to discontinue spouse coverage but you are not required to do so because your separated spouse is eligible for coverage. After a divorce, your ex-spouse is not eligible for coverage as your dependent under a Company-sponsored plan, even if a court order requires that you pay for coverage. If your legally separated spouse or ex-spouse was previously covered as your dependent, coverage may be available through COBRA. Refer to page 147. Your unmarried natural and adopted children continue to be eligible through age 23, regardless of whether they live with you.

You may need to change your Health Care and/or

WGI 0409

How Flex Benefits Work

Dependent Care Flexible Spending Accounts. Be sure to evaluate whether your life insurance, personal accident insurance, and long-term disability insurance are adequate for your new situation, and update your beneficiary designation. If you name a new 401(k) primary beneficiary before you are divorced, please note that if you die before your divorce is final, the Plan cannot pay benefits to a beneficiary other than your legal spouse without prior notarized spousal consent.

If a court issues a Qualified Domestic Relations Order, your ex-spouse may be entitled to some or all of your retirement funds. If so, the specified amount would be transferred to a separate account for your ex-spouse. This could affect your 401(k) Retirement Savings Plan account and/or retirement annuities from Retirement Plans terminated in 1987 and 1997.

**Loss of Other Medical Coverage:** If you declined enrollment in the medical plan because you have other health insurance coverage, you may be able to enroll yourself or your dependents in the Company-sponsored plan within 31 days after your other coverage ends, provided that you request enrollment within 31 days after your other coverage ends. If your other coverage is COBRA coverage through a prior employer, special enrollment is available only after the COBRA continuation period is exhausted. If your other coverage is not COBRA, you may request special enrollment only if eligibility for the other coverage is lost or if employer contributions for the other coverage cease.

**Transfer:** If you move to a new location, notify Corporate Human Resources and check to see if your medical or dental options change because they are determined by your home address. For example, if you are moving from an area where the medical or dental network options are available to an area not covered by the networks, or vice versa, you will need to enroll in the option available in the new area. You may make corresponding changes to your Health Care FSA. A change in spouse's employment may justify a change to your Dependent Care FSA.

If you transfer to an overseas assignment, call the benefits staff of corporate human resources to discuss your medical option. Ensure you have medical coverage that meets your family's needs in the U.S. or overseas. You may be eligible to change your health care FSA.

You are not allowed to change your life, accident, or disability elections when you transfer, even to an overseas assignment.

**Change in Dependent Care Providers:** If you change dependent care providers and the cost differs, you may change your dependent care FSA.

**Employment Termination:** After your termination paperwork is processed, the Company will mail a brochure to your home address that explains your options under each of the benefit plans. Those options are summarized in the "When Coverage Ends" section of the table on the preceding pages. Necessary forms will be enclosed with the brochure. If you are rehired more than 31 days after your termination, be sure to enroll if you want coverage.

# Qualified Medical Child Support Order

If you are required to enroll your dependent child in the medical/dental plan in accordance with a Qualified Medical Child Support Order (QMCSO), you must give a copy of the document to Corporate Human Resources. The Company will comply with a court or state agency order requiring that plan benefits be provided to your dependent if the document satisfies the requirements of a QMCSO under the Omnibus Budget Reconciliation Act of 1993 and if you are eligible to enroll in the plan.

The plan administrator has adopted procedures relating to QMCSOs. A copy of these procedures may be obtained, at no charge, by contacting the plan administrator at the address listed in the General Benefits Information Chapter of this handbook.

*This page intentionally left blank.*

How Flex Benefits Work

33

WGI 0411

How Flex Benefits Work

*This page intentionally left blank.*

WGI 0412

# Medical

# Contents

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
How the Plan Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
    Medical Option Comparison . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
    Comprehensive Option . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        Coinsurance Limit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        Recognized Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        Precertification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        Mental Health and Chemical Dependency Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        Emergency Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        More Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
        Preventive Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
    Managed Choice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
        Preferred vs. Non-Preferred Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
        Primary Care Physician (PCP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
        Specialist Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
        Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
        Copayments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
        Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
        Coinsurance Limit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
        Recognized Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
        Precertification for Non-Preferred Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
        Emergency Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
        Mental Health and Chemical Dependency Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
        Preventive Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
        Area Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
        If You're Receiving Treatment When You Join . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
        More Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
    Preferred Provider Organization (PPO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
        Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
        Copayments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
        Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
        Coinsurance Limit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
        Recognized Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
        Precertification for Non-Preferred Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
        Emergency Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
        Mental Health and Chemical Dependency Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
        Preventive Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
        Area Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
        Puerto Rico and Certain Other Locations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44
        If You're Receiving Treatment When You Join . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
        More Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45
    Safety Net Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46

Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Coinsurance Limit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Recognized Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Precertification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Mental Health and Chemical Dependency Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Emergency Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
More Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
Preventive Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
Blue Cross Blue Shield of Alabama . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
In-Network vs. Out-of-Network Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
Primary Care Physician (PCP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
Specialist Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Copayments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Coinsurance Limit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Recognized Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Precertification for Out-of-Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Emergency Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Mental Health and Chemical Dependency Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49
Preventive Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49
More Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .49
Out-of- Area Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
Most Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
Precertification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
Lifetime Maximum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51
Covered Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52
Hospital and Medical Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52
Prescriptions – Flex $R_X$ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .52
Multiple Surgical Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53
Maternity Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53
Preventive Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53
Rehabilitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54
Experimental Procedures and Organ Transplants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54
Convalescent Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .54
Skilled Nursing Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .55
Hospice Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .55
Home Health Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .55
Dental Surgery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
Mental Health and Chemical Dependency Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .56
Charges Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .57
All Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59
If You Transfer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59
Coordination of Benefits (COB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59
Medicare . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .59
Recovery of Benefits Paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .60
Recovery of Overpayment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .60

This material describes only certain portions of some of the Company's benefit plans. It does not supersede the actual provisions of the applicable plan documents, which in all cases are the final authority. The terms of the plans cannot be amended or modified by oral statements. Only the Plan Administrator can interpret the terms of the plans. Although the Company intends to continue the plans described in this material, they may be amended (or even terminated) by the Company at any time without prior notice to or consent by employees, former employees, their dependents, or beneficiaries.

# Medical

It's important to have a medical plan that provides financial protection for you and your dependents. The Company offers you medical coverage through your Flex Benefits. This means you may choose from among these medical plan options, depending on your needs and your location:

Option 1:  Aetna Comprehensive
           Aetna Managed Choice
           Aetna Preferred Provider Organization (PPO)

Option 2:  Aetna Safety Net

Option 3:  Kaiser of Hawaii
           Blue Cross Blue Shield of Alabama

Option 4:  No Coverage

Your personalized enrollment materials indicate the options available to you.

You may elect coverage for yourself, yourself and one dependent, or yourself and two or more dependents.

Please refer to these pages for provisions that apply to several plans.

Pre-Tax Contributions . . . . . . . . . . . . . . . . . . . . . . 25
Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Enrollment or Change . . . . . . . . . . . . . . . . . . . . . 28
When Coverage Begins . . . . . . . . . . . . . . . . . . . . 28
When Coverage Ends . . . . . . . . . . . . . . . . . . . . . 30
COBRA Continuation . . . . . . . . . . . . . . . . . . . . 147
Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155

For information on claim denial, ERISA rights, and administrative details, please refer to the General Benefits Information chapter beginning on page 145.

## How the Plan Works

You will receive Flex Dollars based on your pay and the medical coverage level you choose (e.g., employee only, employee plus one, employee plus two or more).

You use these Flex Dollars to purchase the medical option that is best for you and your family. You have several choices for medical coverage, depending on where you live, or you may also waive coverage and receive no Flex Dollars.

The *Medical Option Comparison* table compares your medical plan options. Keep in mind that the plans offered depend on your home address. Your personalized enrollment materials indicate the medical plans that are available to you.

---

> ### Self-Insurance: What It Means To the Company
>
> Many companies insure their health care plans through an insurance company. The employer pays the insurance company a fixed premium each month to cover claims payments, administrative fees, risk charges, a profit margin for the insurance company, plus other expenses. The insurance company assumes the financial risk associated with health care benefits. In the event that claims exceed premiums, the insurance company funds the difference.
>
> Today, more and more companies are becoming self-insured. These companies are setting up their own fund and assuming the financial risk themselves. The insurance company still administers the claims and pays claims from the fund the company has set up. Self-funding eliminates the expense of premium taxes and risk charges. To the extent that claim costs are lower than expected, the group health plan, not the insurance company, receives the savings.
>
> The Company has been self-insured for many years. This means:
>
> - The Company has more control and flexibility over benefit plan design.
> - The Company assumes the financial risk associated with providing health care coverage.
> - Each dollar paid for claims comes from the assets of the Corporation.
>
> Being self-insured enables the Company to offer valuable benefits to employees in a cost-efficient manner. Although the Company assumes financial risk, the flexibility in benefit plan design and potential cost savings far outweigh the burden of risk. Self-insurance...another way the Company strives to provide quality benefits at affordable prices.

Each medical option is described in the following sections.

The Plan will pay benefits only for the expenses incurred while this coverage is in force. No benefits are payable for expenses incurred before coverage began or after coverage terminated, even if the expenses were incurred as a result of an accident, injury, or disease that occurred, began, or existed while coverage was in force. An expense for a service or supply is incurred on the date the service or supply is furnished.

Some contracts with certain health providers allow discounts, allowances, incentives, adjustments, and settlements. These amounts are for the sole benefit of the plan, and the plan will retain any such payments resulting therefrom. All claims submitted to the plan will have copayment, coinsurance, and deductible amounts calculated according to the provider's charge for covered expenses without regard to the plan's discounts, allowances, or incentives.

**Medical**

WGI 0415

## *Medical Option Comparison*

This table shows the benefits available under most medical options. Options 1 and 2 are administered by Aetna. In Hawaii, please refer to the Kaiser Permanente HMO materials available in your human resources office.

| Plan Provision | Option 1 | | | | | Option 2 | Option 3 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Comprehensive Option | Managed Choice | | Preferred Provider Organization (PPO) | | Safety Net | Blue Cross Blue Shield of Alabama | |
| | | Preferred Care must be coordinated by your PCP | Non-Preferred Any care not coordinated by your PCP | Network | Non-Network | | In-Network Care must be coordinated by your PCP | Out-of-Network |
| **Annual Deductible** | | | | | | | | |
| Individual | $350 | $0 | $750 | $350 | $750 | $1,500 | $0 | $750 |
| Family | $700 | $0 | $1,500 | $700 | $1,500 | $3,000 | $0 | $1,500 |
| **Coinsurance Limit (includes deductible)** | | | | | | | | |
| Individual | $2,000 | $2,000 | $4,000 | $2,000 | $4,000 | $4,000 | $2,000 | $4,000 |
| Family | $4,000 | $4,000 | $8,000 | $4,000 | $8,000 | $8,000 | $4,000 | $8,000 |
| **Copays and Coinsurance (after deductible, if any)** | | | | | | | | |
| Hospital, including prescriptions | 80% | 90% | 70% | 85% | 70% | 80% | 100% after $250 deductible | 100% after $500 deductible |
| Physician nonsurgical office visit | 80% | 100% after $15 copay | 70% | 100% after $15 copay | 70% | 80% | 100% after $15 copay | 70% |
| Lab | 80% | 90% | 70% | 85% | 70% | 80% | 100% | 70% |
| Emergency room | | | | | | | | |
| True emergency | 80% | 90% after $50 copay | 90% after $50 copay | 85% | 85% | 80% | 100% after $50 copay | 100% after $50 copay |
| Non-emergency | 50% | 90% after $50 copay | no coverage | 50% | 50% | 50% | 100% after $50 copay | not covered |
| Preventive care | | | | | | | | |
| Physician nonsurgical office visit | 80% | 100% after $15 copay | not covered | 100% after $15 copay | not covered | 80% up to $500, no deductible | 100% after $15 copay | not covered |
| Lab | 80% | 90% | 70% | 85% | 70% | 80% | 100% | 70% |
| Outpatient rehab | 80% | 90% | 70% | 85% | 70% | 80% | 80% | 70% |
| Home health care, hospice and other | 80% | 90% | 70% | 85%* | 70%* | 80% | 90% | 70% |
| Charges that exceed recognized charges | you pay | n/a | you pay | n/a | you pay | you pay | n/a | not covered |
| **Lifetime Maximum** | $1,000,000 (all options) | | | | | | | |

### Prescription Copayments for Options Shown Above

| Prescription | Network Pharmacy | Mail Order |
| --- | --- | --- |
| Generic | $15 | $20 |
| Formulary Brand | $20 | $30 |
| Nonformulary Brand | $35 | $60 |

No benefit for prescriptions purchased from non-network pharmacies.

You can use the Health Care Flexible Spending Account, as described on page 119, to pay for your portion of the medical costs.

*If you enroll in the PPO, your network may include providers of convalescent care, home health care, hospice care, and durable medical equipment. If so, benefits are payable as shown above for network and non-network care. If network providers for that type of care are not available in your network, benefits are paid at 80%.

WGI 0416

**The Comprehensive Option is administered by Aetna. Call Member Services for answers to your questions: 800-752-0513. Mail claims to Aetna, P.O. Box 129104, San Diego, CA 92112-9104.**

# *Comprehensive Option*

## Deductible

You must satisfy an annual deductible before you receive benefits from the Plan. There is no deductible for outpatient prescriptions. The deductible is $350 for a covered individual or $700 for a family. If only two family members are covered, each must satisfy the individual deductible. If more than two family members are covered, any combination of individual covered expenses applied to a deductible can be applied to the family deductible.

Deductibles are not carried over to the following calendar year.

## Coinsurance

After you have paid the deductible, the Plan pays 80% of most covered expenses. This is called "coinsurance." You are responsible for paying the remaining 20% plus any amount exceeding recognized charges (explained on this page).Charges in excess of recognized charges and benefit reduction for noncompliance with the precertification requirement are borne entirely by you.

## Coinsurance Limit

The coinsurance limit (formerly called the out-of-pocket maximum) is the most in coinsurance and deductible that you are required to pay toward covered medical expenses in a calendar year. Once you've reached your coinsurance limit, the plan pays 100% of your eligible medical expenses for the remainder of the calendar year. Aetna refers to this extra benefit as the "coinsurance limit benefit." The coinsurance limit is $2,000 for each covered individual and $4,000 per family. Coinsurance limits are not carried over to the following year.

Prescription copayments, charges in excess of recognized charges, and penalties for noncompliance with the precertification requirement are not applied when calculating the coinsurance limit.

## Recognized Charges

The Comprehensive Option provides coverage for recognized medical charges. Aetna data determines the prevailing rate charged for various types of medical care by geographic location. The information is updated periodically to incorporate any changes due to inflation or other reasons. In some circumstances, Aetna may have an agreement with a provider (either directly, or indirectly through a third party) which sets the rate that Aetna will pay for a service or supply. In these instances, the recognized charge is the rate established in such agreement.

You will be responsible for paying any expenses that exceed what Aetna considers recognized charges. To determine if you are receiving care at costs that are considered recognized charges, you may call Aetna at 800-752-0513 to discuss your health care provider's estimate. Recognized charges for multiple surgical procedures are explained on page 53.

## Precertification

You must contact Aetna prior to hospital admissions. Precertification is also required for a convalescent facility, skilled nursing care, hospice care, and home health care. Call toll-free 800-778-2244. Refer to page 50 for more information on precertification.

## Mental Health and Chemical Dependency Treatment

The Comprehensive Option covers you and eligible dependents for mental health and chemical dependency treatment. To receive Plan benefits, you must contact Magellan Behavioral Health at 800-424-1821 before you seek treatment. See page 56 for more information.

## Emergency Care

You will receive normal benefits for emergency treatment as long as you have a true emergency.

An emergency medical condition is a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in (i) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy, (ii) serious impairment to bodily functions, or (iii) serious dysfunction of any bodily organ or part.

| More Information | |
|---|---|
| For information applicable to several medical options, including the Comprehensive Option, please turn to these pages. | |
| How to File a Claim | 50 |
| Precertification | 50 |
| Lifetime Maximum | 51 |
| Covered Charges | 52 |
| Prescriptions – Flex R$_X$ | 52 |
| Preventive Care | 53 |
| Mental Health and Chemical Dependency Coverage | 56 |
| Charges Not Covered | 57 |
| If You Transfer | 59 |
| Coordination of Benefits (COB) | 59 |
| Medicare | 59 |
| Recovery of Benefits Paid | 60 |
| Recovery of Overpayment | 60 |
| Claim Denial | 147 |
| COBRA | 147 |

Medical

**Managed Choice is administered by Aetna. Call Member Services for answers to your questions: 800-752-0513. Mail claims not coordinated by your PCP to Aetna, P.O. Box 129104, San Diego, CA 92112-9104.**

If you have a true emergency, do not hesitate – go to the nearest emergency facility. The Plan will pay 80% of recognized charges. You will pay the balance. If you go to the emergency room when its not a true emergency, the Plan will pay only 50% of the recognized charges. You will pay the balance.

## Preventive Care

Preventive care is described on page 53. there are no special rules for preventive care under the Comprehensive option.

# Managed Choice

Managed Choice gives you the option of receiving care from "network providers." Network providers are physicians, hospitals, and other providers in your geographic area who have contracted with Aetna to provide their services at lower negotiated rates.

Every time you need medical care, you decide whether or not to use the network.

- If your Primary Care Physician (PCP) provides your care or coordinates your care, you will receive preferred benefits – the highest level of benefits available under Managed Choice. (Refer to "Primary Care Physician (PCP)" for more information.)

- If you don't get your PCP's approval for care (even if you use a network provider) or if you go to a non-network provider, you will receive non-preferred benefits.

Your selection of a personal physician or other medical provider is a personal one. In some instances, the Plan may provide higher benefits for medical care rendered by or referred by the Network Primary Care Physician selected by you. However, subject to the Plan's lower benefit levels for care that is not rendered by or referred by your Network Primary Care Physician[1], you are free to select your own medical provider, even if that provider is not a Network Provider. The individual medical providers are independent contractors, and the Company assumes no responsibility for the quality of care rendered by any medical provider (Network or Non-Network), and makes no express or implied warranties concerning the outcome or quality of any covered services or supplies.

## Preferred vs. Non-Preferred Benefits

Follow these steps to receive preferred benefits:

1) Contact your PCP and make appointment, if necessary.

2) Pay your $15 copayment for an office visit.

3) Your PCP either provides care or refers you to another network provider as appropriate.

4) The plan covers most services and expenses at 90% or 100%.

5) You do not need to complete any claim forms.

Follow these steps to receive non-preferred care:

1) You visit any provider you wish.

2) If you need to be hospitalized, you must call Aetna for precertification. (See page 50 for details.)

3) You must satisfy a deductible before non-preferred plan benefits are payable.

4) The plan covers most services and expenses at 70%.

5) You are responsible for paying any expenses that exceed recognized charges.

6) You must complete claim forms and send them to Aetna each time you receive care. You may be required to pay for services then seek reimbursement.

The table on page 38 compares preferred and non-preferred benefits.

## Primary Care Physician (PCP)

When you enroll in Managed Choice, you select a Primary Care Physician (PCP) for yourself and one for each covered dependent from the Provider Directory or Aetna's website. You may change your PCP at any time by calling Aetna at 800-752-0513. Your PCP coordinates all of your network health care needs, including referrals to specialists and hospitals. Your personal PCP or his or her backup is available 24 hours a day.



PCPs may be family practitioners, internists or pediatricians. These doctors are in individual and group practices. They have their own staffs and offices as well as their own patients in addition to those participating in the network.

PCP referral is not required to receive preferred benefits for certain types of care:

- Covered services provided by a network obstetrician/gynecologist,

- Eye exams and hearing exams by network providers (see Preventive Care on page 49), and

- Chiropractic care, including care from non-network providers (see page 52).

However, all other health care must be provided, or otherwise referred, by the PCP to receive higher reimbursement from the Plan.

---

[1] Any treatment of alcoholism, drug abuse, or mental disorders must be approved by Magellan Behavioral Health to be covered under the Plan.

## Specialist Care

If your PCP thinks you need to see a specialist, you will be given authorization to use a network physician who practices in that specific specialty area. If your condition requires services that are not available through the network, your PCP can, with Aetna approval, refer you to a non-network provider, and you will receive the preferred level of benefits.

If you receive care from a network or non-network provider without the approval of your PCP, you will receive non-preferred benefits for that care.

## Deductible

If your care is coordinated by your PCP, there is no deductible. There is no deductible for outpatient prescriptions.

If your care is not coordinated by your PCP, you must satisfy an annual deductible before the plan will pay benefits. The deductible is $750 for a covered individual or $1,500 for a family. Only covered charges, excluding copayments, apply the deductible. If only two family members are covered, each must satisfy the individual deductible. If more than two family members are covered, any combination of individual covered expenses applied to a deductible can be applied to the family deductible.

Deductibles are not carried over to the following calendar year.

## Copayments

For the following care, you will pay a copayment to the provider, and the annual deductible does not apply (see table on page 38):

- nonsurgical physician office visits to your PCP or referred by your PCP or that otherwise qualify for preferred benefits

- true emergency use of an emergency room

- prescriptions

The plan generally pays 100% after your copayment, except as shown in the table.

## Coinsurance

The plan pays the largest percentage of the covered charges, and you pay the rest, as shown in the table on page 38.

- If your PCP provides or coordinates your care, you generally pay 10% and the plan pays 90% coinsurance for hospitalization, lab, and most other care. For nonsurgical physician office visits and prescriptions, the plan pays 100% after your copayment described above, and you do not pay coinsurance.

If your PCP is not involved in your care, the plan gener-ally pays 70% for most covered charges after you satisfy the annual deductible. Generally, your coinsurance will be 30%, and you will be responsible for any amount exceeding recognized charges, as explained below.

## Coinsurance Limit

The coinsurance limit (formerly called the out-of-pocket maximum) is the most in coinsurance and deductible that you are required to pay toward covered medical expenses in a calendar year. Once you've reached your coinsurance limit, the plan pays 100% of your eligible medical expenses for the remainder of the calendar year. Aetna refers to this extra benefit as the "coinsurance limit benefit."

There are separate coinsurance limits as follows:

- PCP coordinated care: $2,000 for each covered individual and $4,000 per family.

- Non-PCP coordinated care: $4,000 for each covered individual and $8,000 per family.

Amounts accrued toward the coinsurance limits are accrued separately and cannot be combined. For example, if you accrue expenses through your PCP, they will not apply to the coinsurance limit for care that is not coordinated by your PCP.

Coinsurance limits are not carried over to the following year. Copayments, charges in excess of recognized charges, and penalties for noncompliance with the precertification requirement for care that is not coordinated by your PCP are not used in calculating the coinsurance limit.

## Recognized Charges

When care is not coordinated by your PCP, Managed Choice provides coverage only for recognized medical charges. Aetna data determines the prevailing rate charged for various types of medical care by geographic location. The information is updated periodically to incorporate any changes due to inflation or other reasons. In some circumstances, Aetna may have an agreement with a provider (either directly, or indirectly through a third party) which sets the rate that Aetna will pay for a service or supply. In these instances, the recognized charge is the rate established in such agreement.

When care is not coordinated by your PCP, you will be responsible for paying any expenses that exceed the Aetna recognized charge level. To determine if you are receiving care at costs that are considered recognized charges, you may call Aetna 800-752-0513 to discuss your health care provider's estimate. Recognized charges for multiple surgical procedures are explained on page 53.

## Precertification for Non-Preferred Benefits

You must contact Aetna prior to hospital admissions that are not approved by your PCP. Precertification is also required for a convalescent facility, skilled nursing care, hospice care, and home health care. Call the precertifica-

**Medical**

tion number on your ID card. See page 50 for more information on precertification.

## Emergency Care

You will receive preferred benefits for emergency treatment as long as you have a true emergency.

An emergency medical condition is a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in (i) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy, (ii) serious impairment to bodily functions, or (iii) serious dysfunction of any bodily organ or part.

If you have a true emergency, do not hesitate – go to the nearest emergency facility. You will receive the preferred level of benefits regardless of whether you use a network or non-network facility. (However, you will pay any amounts from non-network providers that exceed recognized charges.)

If you're hospitalized as the result of the emergency, your PCP must be called within 48 hours for an authorization to receive the preferred level of benefits. Otherwise, you are responsible for calling Aetna for certification of the hospital admission. After your condition has stablized, you may wish to move to a network facility to continue receiving the preferred level of benefits.

Even if you're not admitted to the hospital, you should call your PCP to keep your records up to date. And, whether you're treated or admitted due to an emergency, any follow-up treatment must be approved by your PCP to receive the preferred level of benefits.

If you go to an emergency room without PCP referral when it is not a true emergency, there is no coverage.

## Mental Health and Chemical Dependency Treatment

Managed Choice covers you and eligible dependents for mental health and chemical dependency treatment. To receive Plan benefits, you must contact Magellan Behavioral Health at 800-424-1821 before you seek treatment. See page 56 for more information.

## Preventive Care

Preventive care is covered only if your care is coordinated by your PCP. Refer to page 53 for a list of preventive care services and supplies. If you receive preventive care that is not coordinated by your PCP, it is not covered. Biannual eye exams do not require PCP referral. Women may visit a network gynecologist for an annual gynecological exam without a referral from their PCP.

## Area Issues

If you live close to but outside the network, you may still enroll in Managed Choice. You may travel to your PCP to receive care or receive non-preferred benefits. Contact corporate human resources for more information on the network site nearest to you. The "opt-in" process requires certain system overrides that could inadvertently inhibit future changes to your record. When you make address changes or changes in status, please call attention to your opt-in election.

If a covered **family member lives in a different network**, that person can select a PCP in the other network and receive the preferred level of benefits for care received by or referred by that network PCP.

If a covered **family member lives outside the network**, contact corporate human resources for out-of-area coverage. The deductible, coinsurance, and coinsurance limit maximum shown on page 38 for the Comprehensive Option will apply. Be sure to follow precertification rules as described on page 50.

## If You're Receiving Treatment When You Join

If you or an eligible dependent are under a doctor's care for a serious medical condition or are in the third trimester of pregnancy when you initially join the plan and your doctor is not in Aetna's network, contact Aetna at 800-752-0513 about transitional care. Aetna will send you the appropriate forms. Once you complete the forms and return them to Aetna, an Aetna medical director will work with you and your doctor to transfer your care to your PCP as soon as it is medically appropriate.

| More Information |
| --- |

For information applicable to several medical options, including PPO, please turn to these pages:

| | |
| --- | --- |
| How to File a Claim | 50 |
| Precertification | 50 |
| Lifetime Maximum | 51 |
| Covered Charges | 52 |
| Prescriptions – Flex R$_X$ | 52 |
| Preventive Care | 53 |
| Mental Health and Chemical Dependency Coverage | 56 |
| Charges Not Covered | 57 |
| If You Transfer | 59 |
| Coordination of Benefits (COB) | 59 |
| Medicare | 59 |
| Recovery of Benefits Paid | 60 |
| Recovery of Overpayment | 60 |
| Claim Denial | 147 |
| COBRA | 147 |