# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Charles C. Hitchens, Sr.,                  :
          Plaintiff,                  :
                       :       Civil Action No.: 1:05-cv-379 (SLR)
     v.                  :
                       :
Washington Group International, Inc.,       :
Administrator, Washington Group            :
International Short Term Disability (STD)   :
Plan, Broadspire National Services, Inc.   :
f/k/a Kemper National Services, Inc.,      :
Broadspire Services, Inc. f/k/a Kemper     :
Services, Inc., Broadspire Inc., f/k/a Kemper :
Services, Inc., Plan Administrators of the :
STD Plan,                                  :
             Defendant.                  :


## APPENDIX TO PLAINTIFF'S MEMORANDUM OF
## LAW IN OPPOSITION TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGEMENT VOLUME III OF VIII
## (WGI 0421-0444)

**The Preferred Provider Organization Medical Plan is administered by Aetna. Call Member Services for answers to your questions: 800-752-0513. Mail non-network claims to Aetna , P.O. Box 129104, San Diego, CA 92112-9104. In Puerto Rico, call 800-847-8794 and mail non-network claims to Aetna, P.O. Box 31235, Tampa, FL 33631-3235.**

# Preferred Provider Organization (PPO)

Preferred Provider Organization (PPO) gives you the option of receiving care from "network providers." Network providers are physicians, hospitals and pharmacies in your geographic area who have contracted with Aetna to provide their services at lower negotiated rates.

Every time you need medical care, you decide whether or not to use the network.

The table on page 38 compares network and non-network benefits.

Your selection of a personal physician or other medical provider is a personal one. In some instances, the Plan may provide higher benefits for medical care rendered by Network Providers selected by you. However, subject to the Plan's lower benefit levels for care that is not rendered by a Network Provider[1], you are free to select your own medical provider, even if that provider is not a Network Provider. The individual medical providers are independent contractors, and the Company assumes no responsibility for the quality of care rendered by any medical provider (Network or Non-Network), and makes no express or implied warranties concerning the outcome or quality of any covered services or supplies.

## Deductible

Generally, you must satisfy an annual deductible before the plan will pay benefits.

• The in-network deductible is $350 for a covered individual or $700 for a family.

• The non-network deductible is $750 for a covered individual or $1,500 for a family.

Only covered charges, excluding copayments, apply to the deductible. If only two family members are covered, each must satisfy the individual deductible. If more than two family members are covered, any combination of individual covered expenses applied to a deductible can be applied to the family deductible.

The deductible does not apply to nonsurgical office visits to network physicians or to outpatient prescriptions.

Deductibles are not carried over to the following calendar year.

## Copayments

For nonsurgical office visits to network physicians and for prescriptions, you will pay a copayment to the provider, and the annual deductible does not apply (see table on page 38). The plan pays 100% after your copayment.

## Coinsurance

The plan pays the largest percentage of the covered charges, and you pay the rest, as shown in the table on page 38.

• If you use network providers, you generally pay 15% and the plan pays 85% coinsurance for hospitalization, lab, and most other care. For network nonsurgical physician office visits and prescriptions, the plan pays 100% after your copayment described above, and you do not pay coinsurance.

If you use non-network providers, the plan generally pays 70% for most covered charges after you satisfy the annual deductible. Generally, your coinsurance will be 30% and you will be responsible for any amount exceeding recognized charges, as explained below.

## Coinsurance Limit

The coinsurance limit (formerly called the out-of-pocket maximum) is the most in coinsurance and deductible that you are required to pay toward covered medical expenses in a calendar year. Once you've reached your coinsurance limit, the plan pays 100% of your eligible medical expenses for the remainder of the calendar year. Aetna refers to this extra benefit as the "coinsurance limit benefit."

There are separate coinsurance limits as follows:

• Network care: $2,000 for each covered individual and $4,000 per family.

• Non-Network care: $4,000 for each covered individual and $8,000 per family.

Amounts accrued toward the coinsurance limits are combined. For example, if you accrue expenses through a Network Provider, they will also apply to the coinsurance limit for non-network care.

Coinsurance limits are not carried over to the following year. Copayments, charges in excess of recognized charges, and penalties for noncompliance with the precertification requirement are not used in calculating the coinsurance limit.

## Recognized Charges

For non-network care, the PPO provides coverage only for recognized medical charges. Aetna data determines

---

[1] Any treatment of alcoholism, drug abuse, or mental disorders must be approved by Magellan Behavioral Health to be covered under the Plan.

the prevailing rate charged for various types of medical care by geographic location. The information is updated periodically to incorporate any changes due to inflation or other reasons. In some circumstances, Aetna may have an agreement with a provider (either directly, or indirectly through a third party) which sets the rate that Aetna will pay for a service or supply. In these instances, the recognized charge is the rate established in such agreement.

For non-network care, you will be responsible for paying any expenses that exceed the Aetna recognized charge level. To determine if you are receiving care at costs that are considered recognized charges, you may call Aetna at 800-752-0513 to discuss your health care provider's estimate. Recognized charges for multiple surgical procedures are explained on page 53.

### Precertification for Non-Preferred Benefits

You must contact Aetna prior to hospital admissions. Precertification is also required for a convalescent facility, skilled nursing care, hospice care, and home health care. Call the precertification number on your ID card. See page 50 for more information on precertification.

### Emergency Care

You will receive preferred benefits for emergency treatment as long as you have a true emergency.

An emergency medical condition is a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in (i) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy, (ii) serious impairment to bodily functions, or (iii) serious dysfunction of any bodily organ or part.

If you have a true emergency, do not hesitate – go to the nearest emergency facility. You will receive the preferred level of benefits regardless of whether you use a network or non-network facility. (However, you will pay any amounts from non-network providers that exceed recognized charges.)

If you're hospitalized as the result of the emergency, call Aetna within 48 hours for an authorization to receive the preferred level of benefits. After your condition has stablized, you may wish to move to a network facility to receive the preferred level of benefits.

Whether you're treated or admitted due to an emergency, any follow-up treatment must be from a Network Provider to receive the network level of benefits.

If you go to an emergency room when it is not a true emergency, your benefit will be reduced as shown in the table on page 38.

## Mental Health and Chemical Dependency Treatment

The PPO covers you and eligible dependents for mental health and chemical dependency treatment. To receive Plan benefits, you must contact Magellan Behavioral Health at 800-424-1821 before you seek treatment. See page 56 for more information.

### Preventive Care

Preventive care is covered only from Network Providers. Refer to page 53 for a list of preventive care services and supplies. Preventive care from a Non-Network Provider is not covered.

### Area Issues

If you live close to but outside the network, you may still enroll in the PPO. You may travel to Network Providers to receive care or receive non-network benefits. Contact corporate human resources for more information on the network site nearest to you. The "opt-in" process requires certain system overrides that could inadvertently inhibit future changes to your record. When you make address changes or changes in status, please call attention to your opt-in election.

If a covered **family member lives outside your network**, call Aetna to ask if a network is available where your dependent lives. If no network is available, the deductible, coinsurance, and coinsurance limit shown on page 38 for the Comprehensive Option will apply. Be sure to follow precertification rules as described on page 50.

### Puerto Rico and Certain Other Locations

Aetna does not have a network of contracted providers in Puerto Rico; rather, it contracts with another organization to offer the PPO network. This arrangement may also apply to certain other locations after June 1, 2002. The following applies with respect to those non-Aetna providers:

1. Neither Aetna Life Insurance Company nor any of its affiliates ("Aetna") credentials, monitors or oversees the non-Aetna providers or any of the administrative procedures or practices of the non-Aetna provider network. It is possible that no discounts may in fact be provided or made available by any particular provider within the non-Aetna provider network. Providers in the non-Aetna provider network may not necessarily be available, accessible or convenient. Providers in the non-Aetna provider network are providers in private practice, have no agreements with Aetna or any of its affiliates, are neither agents nor employees of Aetna or its affiliated companies, and are solely responsible for the health care services that they deliver.

2. If Aetna or an affiliated company contracts with providers to provide services in the geographic area

**Medical**

being serviced by the non-Aetna providers, Aetna may terminate the arrangement with the non-Aetna provider network. Such conversion may cause disruption, including the possibility that a particular provider in the non-Aetna network may not be included in the Aetna network of contracted providers.

## If You're Receiving Treatment When You Join

If you or an eligible dependent are under a doctor's care for a serious medical condition or are in the third trimester of pregnancy when you initially join the plan and your doctor is not in Aetna's network, contact Aetna at 800-752-0513 about transitional care. Aetna will send you the appropriate forms. Once you complete the forms and return them to Aetna, an Aetna medical director will work with you and your doctor to transfer your care to a Network Provider as soon as it is medically appropriate.

### More Information

For information applicable to several medical options, including PPO, please turn to these pages.

| | |
|---|---|
| How to File a Claim | 50 |
| Precertification | 50 |
| Lifetime Maximum | 51 |
| Covered Charges | 52 |
| Prescriptions – Flex $R_x$ | 52 |
| Preventive Care | 53 |
| Mental Health and Chemical Dependency Coverage | 56 |
| Charges Not Covered | 57 |
| If You Transfer | 59 |
| Coordination of Benefits (COB) | 59 |
| Medicare | 59 |
| Recovery of Benefits Paid | 60 |
| Recovery of Overpayment | 60 |
| Claim Denial | 147 |
| COBRA | 147 |

**Medical**

**The Safety Net Option is administered by Aetna. Call Member Services for answers to your questions: 800-752-0513. Mail claims to Aetna, P.O. Box 129104, San Diego, CA 92112-9104.**

## *Safety Net Option*

### Deductible

You must satisfy an annual deductible before you receive benefits from the Plan (except the deductible does not apply to prescriptions). The deductible is $1,500 for a covered individual or $3,000 for a family. If only two family members are covered, each must satisfy the individual deductible. If more than two family members are covered, any combination of individual covered expenses applied to a deductible can be applied to the family deductible.

Deductibles are not carried over to the following calendar year.

### Coinsurance

After you have paid the deductible, the Plan pays 80% of most covered expenses. This is called "coinsurance." You are responsible for paying the remaining 20% and any amount exceeding recognized charges (explained on this page).

Charges in excess of recognized charges and benefit reduction for noncompliance with the precertification requirement are borne entirely by you.

### Coinsurance Limit

The coinsurance limit (formerly called the out-of-pocket maximum) is the most in coinsurance and deductible that you are required to pay toward covered medical expenses in a calendar year. Once you've reached your coinsurance limit, the plan pays 100% of your eligible medical expenses for the remainder of the calendar year. Aetna refers to this extra benefit as the "coinsurance limit benefit." The coinsurance limit is $4,000 for each covered individual and $8,000 per family. Coinsurance limits are not carried over to the following calendar year.

Prescription copayments, charges in excess of recognized charges, and penalties for noncompliance with the precertification requirement are not applied when calculating the coinsurance limit.

### Recognized Charges

The Safety Net Option provides coverage for recognized medical charges. Aetna data determines the prevailing rate charged for various types of medical care by geographic location. The information is updated periodically to incorporate any changes due to inflation or other reasons. In some circumstances, Aetna may have an agreement with a provider (either directly, or indirectly through a third party) which sets the rate that Aetna will pay for a service or supply. In these instances, the recognized charge is the rate established in such agreement.

You will be responsible for paying any expenses that exceed what Aetna considers recognized charges. To determine if you are receiving care at costs that Aetna considers recognized charges, you may call Aetna

directly to discuss your health care provider's estimate. Recognized charges for multiple surgical procedures are explained on page 53.

### Precertification

You must contact Aetna prior to hospital admissions. Precertification is also required for a convalescent facility, skilled nursing care, hospice care, and home health care. See page 50 for more information on precertification.

### Mental Health and Chemical Dependency Treatment

The Safety Net Option covers you and eligible dependents for mental health and chemical dependency treatment. To receive Plan benefits, you must contact Magellan Behavioral Health before you seek treatment. See page 56 for more information.

### Emergency Care

You will receive normal benefits for emergency treatment as long as you have a true emergency.

An emergency medical condition is a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in (i) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy, (ii) serious impairment to bodily functions, or (iii) serious dysfunction of any bodily organ or part.

If you have a true emergency, do not hesitate – go to the nearest emergency facility. The Plan will pay 80% of recognized charges. You will pay the balance. If you go to

**More Information**

For information applicable to several medical options, including PPO, please turn to these pages.

How to File a Claim ............................................. 50
Precertification .................................................... 50
Lifetime Maximum .............................................. 51
Covered Charges ................................................. 52
Prescriptions – Flex $R_X$ ..................................... 52
Preventive Care .................................................. 53
Mental Health and Chemical Dependency Coverage .. 56
Charges Not Covered .......................................... 57
If You Transfer .................................................... 59
Coordination of Benefits (COB) ........................... 59
Medicare ............................................................ 59
Recovery of Benefits Paid .................................... 60
Recovery of Overpayment ................................... 60
Claim Denial .................................................... 147
COBRA ............................................................ 147

**Call Blue Cross Blue Shield of Alabama for answers to your questions: 800-782-1811. Mail claims not coordinated by your PCP to Blue Cross Blue Shield of Alabama, P.O. Box 995, Birmingham, AL 35298-0001.**

the emergency room when its not a true emergency, the Plan will pay only 50% of the recognized charges. You will pay the balance.

### Preventive Care

If you enroll in the Safety Net Option, you do not have to satisfy your annual deductible for preventive care. The plan pays 80% of covered charges for preventive care up to $500 per calendar year. Refer to page 53 for a list of preventive care services and supplies.

## Blue Cross Blue Shield of Alabama

Blue Cross Blue Shield of Alabama gives you the option of receiving care from "network providers." Network providers are physicians, hospitals, and other providers in your geographic area who have contracted with Blue Cross Blue Shield of Alabama to provide their services at lower negotiated rates.

Every time you need medical care, you decide whether or not to use the network.

- If your Primary Care Physician (PCP) provides your care or coordinates your care, you will receive network benefits – the highest level of benefits available. (Refer to "Primary Care Physician (PCP)" for more information.)

- If you don't get your PCP's approval for care (even if you use a network provider) or if you go to an out-of-network provider, you will receive out-of-network benefits.

Your selection of a personal physician or other medical provider is a personal one. In some instances, the Plan may provide higher benefits for medical care rendered by or referred by the Network Primary Care Physician selected by you. However, subject to the Plan's lower benefit levels for care that is not rendered by or referred by your Network Primary Care Physician[1], you are free to select your own medical provider, even if that provider is not a Network Provider. The individual medical providers are independent contractors, and the Company assumes no responsibility for the quality of care rendered by any medical provider (network or out-of-network), and makes no express or implied warranties concerning the outcome or quality of any covered services or supplies.

### In-Network vs. Out-of-Network

Follow these steps to receive preferred benefits:

1) Contact your PCP and make appointment, if necessary.

2) Pay your $15 copayment for an office visit.

3) Your PCP either provides care or refers you to another

network provider as appropriate.

4) The plan covers most services and expenses as shown on page 38.

5) You do not need to complete any claim forms.

Follow these steps to receive non-preferred care:

1) You visit any provider you wish.

2) If you need to be hospitalized, you must call Blue Cross Blue Shield of Alabama for precertification. (See page 50 for details.)

3) You must satisfy a deductible before out-of-network plan benefits are payable.

4) The plan covers most services and expenses at 70%.

5) You are responsible for paying any expenses that exceed recognized charges.

6) You must complete claim forms and send them to Blue Cross Blue Shield of Alabama each time you receive care. You may be required to pay for services then seek reimbursement.



The table on page 38 compares network and out-of-network benefits.

### Primary Care Physician (PCP)

When you enroll in Blue Cross Blue Shield of Alabama, you select a Primary Care Physician (PCP) for yourself and one for each covered dependent from the Provider Directory. Your PCP coordinates all of your network health care needs, including referrals to specialists and hospitals. Your personal PCP or his or her backup is available 24 hours a day.

PCPs may be family practitioners, internists or pediatricians. These doctors are in individual and group practices. They have their own staffs and offices as well as their own patients in addition to those participating in the network.

PCP referral is not required to receive preferred benefits for certain types of care:

- Covered services provided by a network obstetrician/gynecologist,

- Eye exams and hearing exams by network providers (see Preventive Care on page 53), and

- Chiropractic care, including care from non-network providers (see page 52).

However, all other health care must be provided, or

---

[1] Any treatment of alcoholism, drug abuse, or mental disorders must be approved through Expanded Psychiatric Services to be covered under the Plan.

otherwise referred, by the PCP to receive higher reimbursement from the Plan.

## Specialist Care

If your PCP thinks you need to see a specialist, you will be given authorization to use a network physician who practices in that specific specialty area.

If you receive care from a network or non-network provider without the approval of your PCP, you will receive out-of-network benefits for that care.

## Deductible

If your care is coordinated by your PCP, there is no deductible. There is no deductible for outpatient prescriptions.

If your care is not coordinated by your PCP, you must satisfy an annual deductible before the plan will pay benefits. The deductible is $750 for a covered individual or $1,500 for a family. Only covered charges, excluding copayments, apply to the deductible. If only two family members are covered, each must satisfy the individual deductible. If more than two family members are covered, any combination of individual covered expenses applied to a deductible can be applied to the family deductible.

Deductibles are not carried over to the following calendar year.

## Copayments

For the following care, you will pay a copayment to the provider, and the annual deductible does not apply (see table on page 38):

• nonsurgical physician office visits to your PCP or referred by your PCP or that otherwise qualify for in-network benefits

• true emergency use of an emergency room

• prescriptions

The plan pays 100% after your copayment.

## Coinsurance

The plan pays the largest percentage of the overed charges, and you pay the rest, as shown in the table on page 38.

• If your PCP provides or coordinates your care, your benefits are greater, as shown in the table. For nonsurgical physician office visits and prescriptions, the plan pays 100% after your copayment described above, and you do not pay coinsurance.

If your PCP is not involved in your care, the plan generally pays 70% for most covered charges after you satisfy the annual deductible. Generally, your coinsurance will be 30%, and you will be responsible for any amount exceeding recognized charges, as explained below.

## Coinsurance Limit

The coinsurance limit is the most in coinsurance and deductible that you are required to pay toward covered medical expenses in a calendar year. Once you've reached your coinsurance limit, the plan pays 100% of your eligible medical expenses for the remainder of the calendar year.

There are separate coinsurance limits as follows:

• PCP coordinated care: $2,000 for each covered individual and $4,000 per family.

• Non-PCP coordinated care: $4,000 for each covered individual and $8,000 per family.

Amounts accrued toward the coinsurance limits are accrued separately and cannot be combined. For example, if you accrue expenses through your PCP, they will not apply to the coinsurance limit for care that is not coordinated by your PCP.

Coinsurance limits are not carried over to the following year. Copayments, charges in excess of recognized charges, and penalties for noncompliance with the precertification requirement for care that is not coordinated by your PCP are not used in calculating the coinsurance limit.

## Recognized Charges

When care is not coordinated by your PCP, the Plan provides coverage only for recognized medical charges. Blue Cross Blue Shield of Alabama data determines the prevailing rate charged for various types of medical care by geographic location. The information is updated periodically to incorporate any changes due to inflation or other reasons.

When care is not coordinated by your PCP, you will be responsible for paying any expenses that exceed the recognized charge level. To determine if you are receiving care at costs that are considered recognized charges, you may call Blue Cross Blue Shield of Alabama at 800-782-1811 to discuss your health care provider's estimate. Recognized charges for multiple surgical procedures are explained on page 53.

## Precertification for Out-of-Network Benefits

You must contact Blue Cross Blue Shield of Alabama prior to hospital admissions that are not approved by your PCP. Precertification is also required for a convalescent facility, skilled nursing care, hospice care, and home health care. Call the precertification number on your ID card. See page 50 for more information on precertification.

## Emergency Care

You will receive preferred benefits for emergency treatment as long as you have a true emergency.

Medical

An emergency medical condition is a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in (i) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman and her unborn child) in serious jeopardy, (ii) serious impairment to bodily functions, or (iii) serious dysfunction of any bodily organ or part.

If you have a true emergency, do not hesitate – go to the nearest emergency facility. You will receive the preferred level of benefits regardless of whether you use a network or non-network facility. (However, you will pay any amounts from non-network providers that exceed recognized charges.) If you're hospitalized as the result of the emergency, your PCP must be called within 48 hours for an authorization to receive the preferred level of benefits. After your condition has stabilized, you may wish to move to a network facility to receive the preferred level of benefits. Otherwise, you are responsible for calling Blue Cross Blue Shield of Alabama for certification. Even if you're not admitted to the hospital, you should call your PCP to keep your records up to date. And, whether you're treated or admitted due to an emergency, any follow-up treatment must be approved by your PCP to receive the preferred level of benefits.

If you go to an emergency room without PCP referral when it is not a true emergency, there is no coverage.

## Mental Health and Chemical Dependency Treatment

Coverage for mental health and chemical dependency treatment is available only when you use Blue Cross Blue Shield of Alabama's Expanded Psychiatric Services. You and your covered dependents will receive 100% coverage for mental health and chemical dependency (alcohol and drug abuse services) when you visit the participating psychiatric provider in your area for care and treatment. These organizations specialize in adult, adolescent, and child psychiatry. When you visit one of these providers, you will not have to meet a deductible, make a copayment, or file claims.

Examples of covered services under this program include:

• Up to 30 days of inpatient care per year for mental and nervous disorders and chemical detoxification and rehabilitation;

• Individual, group, and family therapy or counseling;

• Psychological tests;

• Professional services of staff members who are trained in the treatment of mental health and chemical dependency (psychologists, social workers and other trained professionals as well as psychiatrists).

Below is a list of **limitations and exclusions** for Expanded Psychiatric Services:

• Speech therapy;

• Diagnosis and treatment of mental retardation;

• Rehabilitative treatment associated with permanent or temporary disability;

• Rehabilitative treatment associated with hearing or vision impairment;

• Treatment for mental illness when required by order of a court of competent jurisdiction when such order is inconsistent with Alabama Psychiatric Services' assessment and recommendation for treatment.

• Treatment for chronic pain;

• Treatment solely for obesity;

• Services relating to narcotic maintenance therapy;

• Services related to nicotine addiction;

• Structured sex therapy programs and/or treatment for sex offenders, except when provided by Alabama Psychiatric Services as an adjunct to related mental health treatment;

• Prescription drugs are not dispensed by EPS providers and are covered according to contract benefits for drugs related to mental health conditions.

## Preventive Care

Preventive care is covered only if your care is coordinated by your PCP. Refer to page 53 for a list of preventive care services and supplies. If you receive preventive care that is not coordinated by your PCP, it is not covered. Biannual eye exams do not require PCP referral. Women may visit a

| More Information | |
|---|---|
| For information applicable to several medical options, including Blue Cross Blue Shield of Alabama, please turn to these pages. | |
| How to File a Claim | 50 |
| Precertification | 50 |
| Lifetime Maximum | 51 |
| Covered Charges | 52 |
| Prescriptions – Flex $R_X$ | 52 |
| Preventive Care | 53 |
| Mental Health and Chemical Dependency Coverage | 56 |
| Charges Not Covered | 57 |
| If You Transfer | 59 |
| Coordination of Benefits (COB) | 59 |
| Medicare | 59 |
| Recovery of Benefits Paid | 60 |
| Recovery of Overpayment | 60 |
| Claim Denial | 147 |
| COBRA | 147 |

Medical

WGI 0427

network gynecologist for an annual gynecological exam without a referral from their PCP.

### Out-of-Area Care

For care received outside the area served by the Blue Cross Blue Shield of Alabama network, you must satisfy an annual deductible of $350 per person or $700 per family. Covered charges are generally covered at 80% of usual and customary rate. However, the following care is covered only when provided by your Blue Cross primary care physician: routine office visit for well child physical examinations, routine immunizations, routine office visit for physical examination, and other routine lab/diagnostic testing. Transplants are covered only when referred by your Blue Cross PCP or approved by Blue Cross.

### How to File a Claim

If your PCP provides or refers your care, you do not need to file claim forms. If your PCP is not involved, you must file a claim. Forms are available in your business or human resources office, on the Company Intranet, or call 800-782-1811. In addition to the form, you must also provide an original itemized bill from the doctor, hospital, or other provider showing the name of the patient, the diagnosis, the service or care provided, and the date of the care. All claims should be reported within 90 days after the date of the care to:

Blue Cross Blue Shield of Alabama
P.O. Box 995
Birmingham, AL 35298-0001

# Most Options

The following provisions generally apply to all medical options except the Kaiser HMO in Hawaii.

## How to File a Claim

Many employees do not have to file claim forms, as shown below. If claim forms are required, they are available in your business or human resources office, on the Company Intranet, or through Aetna or Blue Cross Blue Shield of Alabama. In addition to the form, you must also provide an original itemized bill from the doctor, hospital, or other provider showing the name of the patient, the diagnosis, the service or care provided, and the date of the care. All claims should be reported within 90 days after the date of the care.

## Precertification



You must contact Aetna prior to hospital admissions unless you are participating in Managed Choice and your PCP is coordinating your care or unless you are participating in the PPO and using a network provider. (If you are enrolled in Blue Cross Blue Shield of Alabama, you must call 800-782-1811 for precertification unless your PCP coordinates your care. If you are enrolled in the PPO Option in Puerto Rico, call toll-free 866-488-8566.) If you don't precertify, you must pay a $500 penalty. Call the precertification number on your ID card (800-778-2244 for Comprehensive, PPO, and Safety Net options). International employees, call

## Filing Claims

| Medical Option | Claim Required | Mail Claim To |
|---|---|---|
| Comprehensive | Yes | |
| Managed Choice | | |
|    Care Coordinated by PCP | No | |
|    Care not coordinated by PCP | Yes | Aetna |
| Preferred Provider Organization (except Puerto Rico) | | P.O. Box 129104 |
|    Care from network providers | No | San Diego, CA 92112-9104 |
|    Care from non-network providers | Yes | |
| Safety Net | Yes | |
| Puerto Rico Preferred Provider Organization | | Aetna |
|    Care from network providers | No | P.O. Box 31235 |
|    Care from non-network providers | Yes | Tampa, FL 33631-3235 |
| Blue Cross Blue Shield of Alabama | | Blue Cross Blue Shield of Alabama |
|    Care coordinated by PCP | No | P.O. Box 995 |
|    Care not coordinated by PCP | Yes | Birmingham, AL 35298-0001 |

**Precertification Procedures**

| If you... | Then... |
|---|---|
| Are scheduled for a hospital (or convalescent facility) admission. | Call for precertification at least 14 days prior to the scheduled admission. |
| Wish to arrange Home Health Care, Hospice Care or Skilled Nursing Care. | Call for precertification prior to making arrangements. |
| Are pregnant and anticipating a maternity admission. | Call for precertification if your physician recommends hospitalization exceeding 48 hours (96 for cesarean section). |
| Need emergency care. | Seek medical care immediately. Notify Aetna within 48 hours after the admission (or Blue Cross Blue Shield of Alabama). |

Other than as provided above, *if you don't precertify* your hospital admissions, home health care, hospice care, or skilled nursing care, *you must pay a $500 noncompliance penalty*. Hospital room and board expenses that are deemed not medically necessary are not covered.

collect 619-718-6200 and provide the Company name. When you call, be prepared to provide the following information:

• Reason for admission.

• Type of treatment or service being provided.

• Date the treatment is scheduled.

• Name of the hospital and attending physician.

The information will be reviewed to determine if the proposed admission is medically necessary. If the admission is determined to be medically necessary, you, the hospital and the physician will each receive a Notice of Certification for a stated number of days. Any extensions must be supported by documentation of medical necessity and will also be confirmed with a written Notice of Certification.

The certification nurse may suggest alternatives to planned hospital treatment, if appropriate. The options will be discussed with both you and your physician.

If there are any questions or disagreements between the physician and Aetna concerning the hospital stay, an Aetna physician consultant will review the case. There are similar procedures for Blue Cross Blue Shield of Alabama.

Precertification is not required for maternity hospitalizations of 48 hours or less following a normal delivery and 96 hours or less following a cesarean delivery. However, precertification is required for periods of time exceeding those limits. If, in your physician's opinion, it is necessary to be confined for pregnancy for longer than 48 or 96 hours, you or the physician or the hospital may request that more days be certified by calling Aetna (or Blue Cross Blue Shield of Alabama). Generally, the additional days must be certified before the end of the covered inpatient benefit period of 48 hours for normal delivery and 96

hours for cesarean delivery. However, if the need for a longer stay arises on an emergency basis or at a time when you are unable to reach Aetna (or Blue Cross Blue Shield of Alabama), you must notify that organization within 48 hours after the time limit is exceeded. In the alternative, you may precertify the entire maternity hospitalization to cover the possibility of an extended stay.

Group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a normal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under Federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

**Remember, the purpose of this review program is to determine whether it is appropriate to pay Plan benefits. All decisions regarding your medical care, and whether a particular treatment should be rendered are up to you and your physician.** If your physician does not agree with the results of the approval process, your physician may request a review.

## Lifetime Maximum

There is a $1,000,000 maximum benefit for each covered person while enrolled in self-funded medical option. The $1,000,000 maximum benefit is reduced by benefits paid under any other Company-sponsored plan.

Each January 1st, while a family member is covered, part of his or her used lifetime maximum will be automati-

WGI 0429

cally restored to pay covered medical expenses occurring after January 1st. The process is referred to as "restoration." The amount of restored benefits will be the lesser of:

• $5,000, or

• The amount of lifetime maximum used.

Restoration will not apply to any charges incurred as a result of chemical dependency treatment.

Restoration will not increase the lifetime maximum at any given time to over $1,000,000.

## Covered Charges

The Aetna Comprehensive, Managed Choice, PPO, and Safety Net and Blue Cross Blue Shield of Alabama Options cover the following charges:

### Hospital and Medical Services

• Artificial limbs and eyes.

• Anesthesia and oxygen.

• Charges of a registered nurse, licensed vocational nurse or practical nurse, if referred by a physician.

• Cosmetic surgery necessary for prompt repair of a non-occupational injury, corrective reconstructive surgery following a medically necessary mastectomy, corrective reconstructive surgery of a non-diseased breast if it is needed for symmetry following a medically necessary mastectomy, or when medically necessary as the result of an accident, injury or congenital defect. No other charges for cosmetic surgery or drugs for cosmetic purposes.

• Diagnostic x-ray and laboratory examinations.

• Drugs, medicines and contraceptive devices obtainable only by a doctor's prescription (see more information on <u>prescription drug coverage</u> below).

• Durable medical equipment rental (such as iron lung) or the initial purchase of such equipment if: long-term care is planned, rental equipment is not available, or it is likely to cost less than to rent. The repair of such purchased equipment is also covered. The replacement of purchased equipment is covered if it is needed due to a change in the person's physical condition or it is likely to cost less than to purchase a replacement than to repair existing equipment or to rent like equipment.

---

#### Hospital Discounts
*If you need to be hospitalized, call Aetna for precertification: 800-752-0513. Also ask Member Services if a local hospital offers discounts. Ask your doctor if that hospital offers the care you need. The discounts can save you and the Plan money.*

---

• Fees of a physician or surgeon (M.D.) and other health services practitioner/provider who is duly licensed and acting within the scope of that license.

• Hospital expense for:
  – semi-private room and board
  – other necessary services

• Immunizations.

• Initial purchase (maximum of two) of Jobst stockings, support hose and surgical brassieres, if required by a physician following surgery.

• Inpatient hospital treatment of the medical complications of alcoholism (such as cirrhosis of the liver).

• Professional ambulance service to transport a person from the place where he or she is injured or stricken by disease to the first hospital where treatment is given.

• Rehabilitative occupational therapy.

• Spinal manipulation (for example, chiropractic care, or physical therapy), including office visits, adjustment and manipulations, when used to treat specific symptoms of illness or injury, but not to exceed $500 per calendar year. If you are enrolled in Managed Choice, the PPO, or Blue Cross Blue Shield of Alabama, you do not need PCP referral or even the use of network providers to receive the preferred level of benefits.

• X-ray, radium and radioactive isotope therapy.

---



*To receive the full benefit payment, you or your doctor must precertify any hospital admission. See page 50 for more information.*

---

### Prescriptions – Flex R$_X$

Prescription coverage through mail order and local network pharmacies uses a "**formulary**," which is a list of medications preferred by Aetna (or Blue Cross Blue Shield of Alabama). When prescribed appropriately by your physician, the medications listed in the formulary guide can provide quality prescription drug therapy and promote cost-effective drug use. If you want a lower copayment, you may want to ask your doctor if a suggested formulary alternative may be appropriate for you.

You must use a <u>network pharmacy</u> or the mail order program. Your copayment amount will be based on whether the drug is a generic, or, in the case of a brand-name drug, whether or not it is listed on <u>the formulary</u>. If the drug costs less than the copayment, you will pay the lower amount.

Some generic drugs have another name. All generic drugs are at the lowest copayment, even if the other names are not listed in the brochure. Precertification

| Drug Type | Formulary Guide | You Pay | |
|---|---|---|---|
| | | Network Pharmacy (30-day supply) | Mail Order (90-day supply) |
| Generic | ⊕ | $15 | $20 |
| Formulary Brand | ▲ | $20 | $30 |
| Nonformulary Brand | ▦ | $35 | $60 |

and step therapy described in the brochure do not currently apply to the plan.

Generally, if a generic drug is available, Express Scripts or the local network pharmacy will substitute it unless your doctor specifies a brand "dispense as written." However, state law may prohibit certain substitutions. To be sure to get a generic drug, have the prescription written for it.

The formulary guide and a directory of network pharmacy chains are available from your business office, Aetna Member Services 800-752-0513, and Aetna's website www.aetna.com. They are available for Blue Cross Blue Shield of Alabama at 800-782-1811 and www.bcbsal.com. Take your medical ID card to the network pharmacy for online eligibility verification and copayment amount. There is no plan benefit for non-network pharmacies except in Puerto Rico and foreign countries. In that case, submit a claim form to Aetna (or Blue Cross Blue Shield of Alabama) for reimbursement of 80% of the cost of the prescription.

Maintenance prescriptions (such as medication for high blood pressure, insulin, and birth control pills) are available in a 90-day supply through **Express Scripts**. Your mail order prescriptions are mailed to your home within 10 - 14 working days.

Order your first prescription by mail. You may order refills by mail, phone, or online using Aetna Navigator up to 30 days before your supply is depleted. Pick up Express Scripts order forms in your human resources, business office or on the Company intranet.

Enclose the prescription and a check for your copayment or credit card information. Enter your social security number on the order form as your member I.D. number.

| Aetna-Administered Options | Blue Cross Blue Shield of Alabama |
|---|---|
| Express Scripts, Inc. P.O. Box 27965 Albuquerque, NM 87125-7965 | Express Scripts, Inc. P.O. Box 27226 Albuquerque, NM 87125-7226 |
| Phone: **877-849-5521** | Phone: **800-488-9800** |

To ensure you have your maintenance medication when you need it, ask for two prescriptions: one for a 30-day supply to fill at a local pharmacy and the other for a 90-

day supply to fill through mail order. If your doctor approves three refills on your mail order prescription, you shouldn't need another prescription for that medication for a year.

## Multiple Surgical Procedures

If two or more surgical procedures are performed during a single operation, Aetna (or Blue Cross Blue Shield of Alabama) will determine which procedures are primary, secondary, and tertiary, taking into account the billed amounts. Payment for each procedure will be determined based on the lesser of the billed charge or the following percentage of the recognized charge shown below.

- Primary       100%
- Secondary     50%
- All others     25%

This is standard in the insurance industry. If your doctor's office bills differently, you may wish to discuss it with your doctor.

## Maternity Care

Hospital and other medical expenses connected with a pregnancy will be covered the same as illnesses and injuries under this plan. Your maternity expenses will be covered if you are:

- An employee;
- The wife of an employee; or
- A covered female dependent, excluding charges specifically related to the newborn child.

For maternity hospitalization, benefits will be paid for inpatient care for the mother and child for at least 48 hours following a normal delivery and at least 96 hours following a cesarean delivery.



*To receive the full benefit payment, you must precertify any hospital admission exceeding the hours above. See page 50 for more information.*

## Preventive Care

The following are covered as preventive care and corresponding rules for each medical option apply, as shown in the Medical Option comparison table on page 38. Note that for most medical options, coverage for physician office visits differs from lab coverage.

- One routine, physical examination every 12 consecutive months, including x-rays, laboratory tests and other tests given in connection with the examination.
- Immunizations.
- One complete eye examination every 24 consecutive months, including refraction (if it is provided by a legally qualified ophthalmologist or optometrist). Eye

Medical

care products, including eyeglasses and contact lenses, are not covered under the Plan. However, you may be able to obtain these items at a discount through the Vision One discount program available through Aetna. For information and to find the location nearest you, call 800-793-8616.

- One hearing examination every 24 consecutive months, if performed by a certified otolaryngologist or otologist or audiologist.
- Routine mammograms as follows:
  - One baseline mammogram for a female age 35 but less than 40.
  - One mammogram each calendar year for a female age 40 or over.
- Pap smears and pelvic exams, annually.
- Well baby care, limited as described below.

The Plan will **not** cover these preventive services and supplies:

- Dental examinations.
- Examinations given to dependent children under age six, that exceed:
  - Six exams in the first year of the child's life.
  - Two exams in the second year of the child's life.
  - One exam per year during the next four years of the child's life.
- Examinations that are in any way related to employment.
- Examinations that exceed one exam every 12 consecutive months (for you, your spouse or your dependent child(ren) age six and older).
- Office visits (of a physician) in connection with immunization or testing for tuberculosis.
- Premarital exams.
- Psychiatric, psychological, personality or emotional testing or exams.
- For which benefits are provided under any workers' compensation law or any other law of similar purpose (whether benefits are payable as to all or only part of the charges).
- Not provided by a physician or under his or her direction.
- Provided while the person is confined in a hospital or other health care facility.
- Received while the person is not covered.
- That do not meet professionally accepted standards.
- Which are covered under any other part of this plan or other Company-sponsored group plan.
- Which are for diagnosis or treatment of a suspected or identified injury or disease.

## Rehabilitation

Expenses for services provided by a physician or a licensed or certified physical, occupational or speech therapist are covered provided the services are:

- Short-term physical, occupational or speech therapy;
- Expected to result in the improvement of a body function, which has been lost or impaired due to:
  - an injury,
  - a disease, or
  - congenital defect.

The following rehabilitative services will not be covered:

- Services other than those performed by a physician or under his or her direct supervision.
- Services other than those provided in accordance with a specific treatment plan.
- Services rendered for the treatment of delays in speech development, unless resulting from injury, disease or congenital defect.
- Services which are covered under any other part of this plan or other Company-sponsored group plan.
- Special education to instruct a person to function without the ability to speak.
- Services in excess of 60 days per calendar year.

## Experimental Procedures and Organ Transplants

Procedures, services, drugs and other supplies determined by Aetna (or Blue Cross Blue Shield of Alabama) to be experimental in nature or still under clinical investigation are not covered by this plan. Such procedures often involve organ tissue transplants or the replacement of body organs with artificial mechanisms. Only organ transplants approved by Aetna (or Blue Cross Blue Shield of Alabama) are covered.

Where Medicare criteria exists for organ transplants, it may be used in determining if a particular procedure is covered under this plan.



*To receive the full benefit payment, you must underline_precertify_underline any hospital admission. See page 50 for more information.*

## Convalescent Facility

The following expenses for confinement in a convalescent facility or convalescent section of a hospital are covered for up to 120 days per year:

- Drugs, biologicals, solutions, dressings and casts, but no other supplies.
- Other medical services customarily provided by convalescent facilities, except private duty or special nursing services and physician's services.

WGI 0432

**Medical**

- Oxygen and other gas therapy.

- Physical or occupational therapy.

- Room and board at the semi-private rate including charges for services in connection with room occupancy. (If private accommodations are used, the plan covers the average daily rate for semi-private accommodations for that facility or in the area.)

- Therapy to restore speech to a former functional level.

- Use of special treatment rooms.

- X-ray and laboratory examinations.

Expenses relating to the following conditions are not covered under this portion of the Plan:

- Alcoholism

- Chronic brain syndrome

- Drug addiction

- Mental retardation

- Senility

- Any other mental disorder



*To receive the full benefit payment, you must precertify your care. See page 50 for more information.*

## Skilled Nursing Care

The following services are covered if the care is provided by a registered nurse (RN) or a licensed practical nurse (LPN) and the care includes:

- Visiting nursing care (of not more than two hours a day for the purpose of performing specific skilled nursing tasks).

- Private duty nursing, if the person's condition requires skilled nursing services and visiting nursing care is not adequate.

A maximum of 70 shifts are covered for private duty nursing per calendar year (70 visits for Blue Cross Blue Shield of Alabama). Each period of private duty nursing of up to eight hours is one private duty nursing shift.

The following Skilled Nursing Care services are not covered:

- All or part of nursing care that does not require the skills of an RN.

- Any nursing care given while the person is an inpatient in a health care facility.



*To receive the full benefit payment, you must precertify your care. See page 50 for more information.*

## Hospice Care

Expenses incurred for services rendered as part of a Hospice Care Program to a terminally ill patient are covered, provided services are:

- Furnished by or under arrangements with a recognized Hospice Care Agency.

- Provided under the direction of the physician attending the terminally ill patient.

- Established and periodically reviewed by the Hospice Care Agency and physician attending the terminally ill patient.

Covered Hospice Care expenses include:

- Medical social services for the benefit of a covered patient who is terminally ill.

- Medical supplies, drugs and medicines prescribed by a physician.

- Palliative and supportive care to the terminally ill patient.

- Part-time or periodic home health aide services for up to eight hours per day.

- Part-time or periodic nursing care by a registered nurse (RN) or licensed practical nurse (LPN) for up to eight hours per day.

- Physical and occupational therapy.

- Psychological and dietary counseling.

- Room and board and other services and supplies furnished to a full-time inpatient by a hospice facility, hospital, or convalescent facility for pain control and other acute and chronic symptom management.

The following Hospice Care services will not be covered:

- Bereavement counseling.

- Financial or legal counseling, including estate planning or the drafting of a will.

- Funeral arrangements.

- Pastoral counseling.

- Services furnished during a period of time when the person's family or usual caretaker cannot, or will not, attend to the person's needs.

- Services which are not solely related to care of the person.



*To receive the full benefit payment, you must precertify your care. See page 50 for more information.*

## Home Health Care

Expenses for services and supplies provided by a licensed Home Health Care Agency are covered, provided:

- The care is being administered in the home in lieu of otherwise required confinement in a hospital, and

- The planned home health care expenses are precertified beforehand by the Aetna Nurse.

Covered Home Health Care expenses include:

- Laboratory services, medical supplies, drugs and medicines prescribed by a physician and otherwise covered under the plan.
- Part-time or periodic care by a registered nurse (RN) or by a licensed practical nurse (LPN) if an RN is not available.
- Part-time or periodic home health aide services for patient care.
- Physical, occupational and speech therapy.

The maximum number of covered visits is 120 per calendar year. Each visit by a nurse or therapist is one visit. Each visit of up to four hours of a Home Health Aide is one visit.

The following Home Health Care services will not be covered:

- Custodial care.
- Services or supplies furnished while the patient is not under the continuing care of a recognized physician.
- Services or supplies not included in the Home Health Care plan.
- Transportation services.



*To receive the full benefit payment, you must precertify your care. See page 50 for more information.*

## Dental Surgery

The hospital and medical expenses connected with dental work or oral surgery are covered under the medical plan if they are for prompt repair of natural teeth or body tissue, when required:

- To treat a fracture, dislocation or wound.
- To cut out cysts or tumors.

## Mental Health and Chemical Dependency Coverage

Mental health and chemical dependency treatment is managed by Magellan Behavioral Health if you are enrolled in one of the following options:

- Comprehensive
- Managed Choice
- PPO
- Safety Net

To receive benefits, you must be referred by and receive care from the provider designated by Magellan Behavioral Health for all mental health and chemical dependency treatment. (If you are enrolled in Blue Cross Blue Shield of Alabama, mental health and chemical dependency treatment is available only through Expanded Psychiatric Services, as described on page 49.)



*To receive benefits, you must call the EAP.*

**Remember, the purpose of this pre-approval program is to determine whether it is appropriate to pay Plan benefits. All decisions regarding your program care, and whether a particular treatment should be rendered are up to you and your physician.**

*No benefits will be paid for care that is not referred by Magellan Behavioral Health.*

Deductibles, coinsurance, and copayments will depend on your medical option. Mental health and chemical dependency are covered the same as medical services under your Aetna-administered plans as shown in the following table. However, you are limited to two courses of inpatient chemical dependency treatment per lifetime. (Previous courses of inpatient chemical dependency treatment will apply toward this maximum.)

### Chemical Dependency

*More than 20 million Americans are addicted to alcohol or other drugs...Over 100,000 Americans die in drug- or alcohol-related incidents each year...Excessive drinking can shorten a person's life by 10 years...*

*Chemical dependency is a serious problem for many Americans. And, most people don't even realize they have a problem. Alcoholism and other drug dependencies are marked by a gradual increase in tolerance, along with a slow deterioration in overall lifestyle. Some warning signs of alcohol or drug dependency include:*

- *Inability to limit drug or alcohol consumption.*
- *A substantial increase in drug or alcohol tolerance.*
- *Trouble at home, at work, with the law, or with your health because of drinking or drugs.*
- *Blackouts.*
- *Repeatedly trying to quit drinking or using drugs.*

*The good news is that recovery is always possible. A variety of treatment options are available, including therapy, counseling and rehabilitation centers. And, there are organizations in virtually every community across the country whose sole purpose is to help people overcome their addictions. Hundreds of thousands of individuals have successfully turned to these organizations for help.*

*If you suspect that you or someone you know may have a substance abuse problem, get help now...early treatment can lead to a happier, healthier future. Call Magellan Behavioral Health at 800-424-1821, toll-free (overseas call collect 801-578-7503). Trained professionals can help you 24 hours a day, seven days a week, at home or at work.*

Medical

| Medical Plan | Plan Pays | You Pay |
|---|---|---|
| Option 1: | | |
| Comprehensive | 80% | 20% |
| Managed Choice* | 90% | 10% |
| PPO* | 85% | 15% |
| Option 2: | | |
| Safety Net | 80% | 20% |

* Managed Choice and the PPO pay 100% for outpatient visits after your $15 copay per visit.

### When to Call Magellan Behavioral Health

To receive benefits, you must call Magellan Behavioral Health before seeking any mental health or chemical dependency treatment, either inpatient or outpatient. **Otherwise, no benefits will be paid for care that is not referred by Magellan Behavioral Health.**

In the case of an emergency, you must notify Magellan Behavioral Health within 48 hours of hospital admittance, otherwise expenses will not be covered. You may be required to change hospitals to receive plan benefits.

### How to Call Magellan Behavioral Health

To contact Magellan Behavioral Health 24 hours a day, seven days a week, call:

- 800-424-1821, toll-free (throughout the United States and Canada).

- 801-578-7503, collect (outside the United States or Canada).

Mental health professionals are available seven days a week, 365 days a year to assist you.

## Charges Not Covered

The following charges are not covered by the Plan:

- Acupuncture therapy, unless it is performed by a physician and used as a form of anesthesia in connection with surgery.

- Any charges for services to a person who is not covered by this plan.

- Communication aids.

- Cosmetic surgery, except as required: for prompt repair of an accidental injury occurring while covered; or to improve the function of a part of the body (other than the teeth or structures that support the teeth) that is malformed as a result of a severe birth defect, or toes, as a direct result of a disease or surgery performed to treat disease or injury, for corrective reconstructive surgery following a medically necessary mastectomy, or for corrective reconstructive surgery of a non-diseased breast if it is needed for symmetry following a medically necessary mastectomy.

- Custodial care.

- Dental and oral surgery except as specified.

- Education, special education or job training.

- Elective abortions: Coverage is limited to abortions performed because the life of the mother would be in danger if the fetus were carried to term and those which result in medical complications.

- Expenses for benefits which any school system is required to provide under the law.

- Expenses that no covered individual is legally obligated to pay, including discounts.

- Expenses that would not have been made if no benefit plans existed.

- Eye glasses or contact lenses or vision aids.

- Hearing aids.

- Secondary procedures that the claims administrator considers clinically integral to a primary prodedure and do not warrant separate reimbursement.

- Charges in connection with an occupational injury or illness.

- Charges in connection with care for a mental or nervous disorder, alcoholism, drug addiction, chronic brain syndrome, mental retardation or senile deterioration are not included as Convalescent Facility expenses.

- Charges in connection with hospital confinement, surgical or medical treatment, services or supplies which were not recommended and approved by an attending physician.

- Charges in connection with marriage, family, child, career, social adjustment, pastoral or financial counseling.

- Charges in connection with the replacement of organs with artificial mechanisms.

- Charges in excess of what are recognized charges, according to Aetna or Blue Cross Blue Shield of Alabama or charges by a contracting provider that exceed the negotiated charge.

- Charges not necessary, as determined by Aetna.

- Nurses who are members of your family or who live in your home.

- Charges of a resident physician or intern.

- Personal comfort items such as telephone, radio, television, barber and beauty services.

- Procedures, services, drugs or other supplies that are determined by Aetna (or Blue Cross Blue Shield of Alabama) to be experimental in nature or still under clinical investigation.

- Radial keratotomy or other eye surgery for the correction of myopia (nearsightedness), hyperopia (farsightedness), or astigmatism (blurring).

- Charges related to artificial insemination, in vitro fertil-

**Medical**

ization, embryo transfer procedures or the reversal of sterilization procedures.

- Charges related to counseling of sexual dysfunctions, sex change surgery or any treatment of gender identity disorders.
- Services or supplies furnished by a Health Maintenance Organization (HMO).
- Services or supplies in connection with organ tissue transplants or any temporary residential costs, except as specifically listed under "Experimental Procedures and Organ Transplants" or otherwise approved by Aetna or Blue Cross Blue Shield of Alabama.
- To the extent allowed by the law of the jurisdiction where the group contract is delivered, charges for services and supplies:
  - Furnished, paid for, or for which benefits are provided or required by reason of the past or present service of any person in the armed forces of a government.
  - Furnished, paid for, or for which benefits are provided or required under any law of a government. (This does not include a plan established by a government for its own employees or their dependents or Medicaid.) An example is benefits provided, to the extent required by law, under "no-fault" auto insurance law.
- Services, supplies and therapeutic treatments not generally accepted by the medical profession as effective and appropriate procedures.
- Speech therapy, unless performed at the direction of a physician following speech loss due to illness or injury or where the covered individual suffers a congenital birth defect causing correctable speech problems.
- Orthopedic shoes, foot orthotics, or other devices to support the feet.
- Therapy, counseling, or supplies for sexual dysfunctions or inadequacies that do not have a physiological or organic basis.
- Charges for or related to the following types of treatment: primal therapy, rolfing, psychodrama, megavitamin therapy, bioenergetic therapy, vision perception training or carbon dioxide therapy.
- Treatment of covered health care providers who specialize in the mental health care field and who receive treatment as part of their training in that field.
- Services, treatment, education testing, or training related to learning disabilities or developmental delays.
- Care furnished mainly to provide a surrounding free from exposure that can worsen the person's disease or injury.

Any exclusion above will not apply to the extent that:

- coverage is specifically provided by name under covered charges.

- coverage of the charges is required under any law that applies to the coverage.

These excluded charges will not be used when figuring benefits.

The law of the jurisdiction where a person lives when a claim occurs may prohibit some benefits. If so, they will not be paid.

## Mental Health and Chemical Dependency

The following mental health and chemical dependency expenses will not be covered under your medical plan.

- Court ordered treatment unless assessed and certified in accordance with medical necessity standards.
- Services and treatments which are:
  - Educational or vocational in nature.
  - Required under law to be provided by the school system for a child.
  - For personal growth and development.
  - For adjudication of marital, child support and custody cases.
- Services and treatment which are experimental, investigational, mainly for research or not in keeping with national standards of practice, including but not limited to:
  - Treatment of sexual addiction, codependency, or any other behavior that does not have a DSM diagnosis.
  - Regressive therapy.
  - Megavitamin therapy.
- Treatment in connection with any of the following diagnoses: mental retardation (except initial diagnosis), pervasive developmental disorders, chronic organic brain syndrome, learning disability or transsexualism.
- Psychological testing, unless precertified.
- Electroconvulsive therapy (ECT), unless precertified.
- The following types of chemical dependency treatment:
  - Nutritionally-based therapies
  - Non-abstinence based treatment
  - Aversion therapy
  - Individual therapy in the absence of structured outpatient program (unless precertified)
- Treatment for:
  - Smoking cessation
  - Obesity
  - Weight reduction
  - Maintaining employment or insurance
  - Stammering or stuttering

- Treatment for chronic pain except for psychotherapy, biofeedback or hypnotherapy rendered in connection with a DSM disorder.

- Custodial care, including, but not limited to, treatment not expected to reduce the disability to the extent necessary to enable the patient to function outside a protected, monitored or controlled environment.

# All Options

The following information applies to all Company-sponsored medical options.

## If You Transfer

If you are participating in a Company-sponsored medical plan and you move to a new location, you will need to notify corporate human resources and check to see if your medical options change, too. Medical options are based on home address. If you transfer to an overseas assignment, call the benefits staff of corporate human resources to discuss your medical option. Ensure you have coverage that meets your family's needs in the U.S. or overseas.

## Coordination of Benefits (COB)

If you and your spouse both work, or if you are covered by Medicare or another plan, your medical coverage under this plan may be coordinated with your other plan. When two plans coordinate, the secondary plan may pay all or part of allowable charges that weren't covered by the primary plan. However, you will not receive coverage greater than the actual cost of treatment.

The rules for COB are fairly complicated. Here are a few basic rules to help you decide which plan is your primary plan, and therefore, which plan to file a claim with first:

- A plan without COB provision will pay benefits before one with a COB provision. The Company's self-funded options have a COB provision.

- A plan that covers you as an employee will pay benefits before one that covers you as a dependent.

- Children residing with both biological parents are covered first by the parent with the earlier birth date in a calendar year and second by the other parent's plan ("the birthday rule").

- Children of divorced or separated parents may be covered differently depending on where the children live, the marital status of the parent and any court orders specifying the parent responsible for providing the coverage. Additional information, such as a divorce decree, may be requested.

- Generally, when the rules above do not apply, the plan that has covered the person applying for benefits longer will pay benefits first.

An example of how the Company's Medical Plan coordinates the payment of benefits with other plans, including Medicare is shown in the shaded box below.

The Company's Medical Plan sets a ceiling on the total possible reimbursement from all plans. This means that this plan, as secondary payor, will limit benefits so that the total reimbursements received from all plans do not exceed the amount that this plan would have paid as a primary payor.

Here's how to file a claim with multiple companies.

1) When you are covered under two plans, file the claim with the primary plan first.

2) Once you receive their Explanation of Benefits (EOB) or claims processing report, submit the claim and a copy of the claims processing report under the secondary plan.

> ### Example: Coordination with Other Plans
> **Assumptions:**
> - The other plan is primary.
> - You have met all applicable deductibles under both plans.
> - You have not met the out-of-pocket maximum under Washington's Plan.
> - You incur $100 in covered medical expenses.
> - The primary plan would pay $80.
>
> **Calculation:**
>
> | | |
> |---|---|
> | 1. Calculate the amount that the Company-sponsored Plan would have paid if you were not covered by the other Plan: 80% of $100 | $80 |
> | 2. Minus the amount the primary plan paid | -80 |
> | 3. Difference between #1 and #2 will be paid by the Company-sponsored Plan. | $ 0 |
>
> In this example, you would not receive any payment under Washington's Plan after medical benefits were coordinated with your primary plan.

## Medicare

You may be eligible for Medicare coverage at age 65 (or earlier if disabled). To apply for Medicare coverage, contact the Social Security Office nearest you and complete an application. There is no charge for Medicare Part A (hospital coverage). There is a monthly charge for Medicare Part B (physician's services).

You may enroll in Medicare coverage during a seven-month period, beginning three months before your 65th birthday. If you do not enroll during this period and later would like to, you should know that:

- You may only enroll for Medicare during the first three months of any calendar year.

- Your coverage will not start until July 1 of that year.

- You will be charged an additional 10% for each year of late enrollment for Medicare Part B.

**Medical**

However, if you continue working beyond the age for Medicare eligibility, you may postpone enrollment in Part B of Medicare, without penalty, until you retire. In this case, there will be a seven-month enrollment period beginning the day you retire.

For active employees and their dependents, the Company plan is primary over Medicare. For retirees and their dependents, Medicare is primary over the Company plan. For retirees and dependents who are eligible for Medicare, the Company plan benefits are calculated as though you are enrolled in both Medicare Part A & B even if you are not actually enrolled in Medicare (see Coordination of Benefits).

### Recovery of Benefits Paid

As a condition to payment of benefits under this Plan for expenses incurred by a covered person due to injury or illness for which a third party may be liable:

- The Plan shall, to the extent of benefits it has paid, be subrogated to (has the right to pursue) all rights of recovery of covered persons against:

  such third party; or

  a person's insurance carrier in the event of a claim under the uninsured or underinsured auto coverage provision of an auto insurance policy.

- The Plan shall have the right to recover from the covered person amounts received by judgement, settlement, or otherwise from:

  such third party or his or her insurance carrier; or

  any other person or entity, which includes the auto insurance carrier which provides the covered person's uninsured or underinsured auto insurance coverage.

- The Plan shall have the right to be reimbursed or repaid first from any money the covered person recovers from any source, even if the covered person is not paid for all of his or her claim for damages and isn't made whole for the loss. As a condition to payment of benefits under this Plan, the covered person promises to repay the plan first even if the money recovered is for (or said to be for) a loss besides plan benefits, such as pain and suffering, if another person or company has paid for part of the loss and/or if the person who recovers the money is a minor.

- The covered person (or person authorized by law to represent the covered person if he or she is not legally capable) shall:

  execute and deliver any documents that are required; and

  do whatever else is necessary to secure such rights.

### Recovery of Overpayment

If a benefit is paid to or on behalf of any person, which exceeds the benefit amount such person is entitled to receive in accordance with the terms of the group contract, this Plan has the right:

- to require the return of the overpayment on request, or

- to reduce by the amount of the overpayment, any future benefit payment made to or on behalf of that person or another person in his or her family.

Such right does not affect any other right of recovery this Plan may have with respect to such overpayment.

Medical

*This page intentionally left blank.*

Medical

# Employee Assistance Program (EAP)

## Contents

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31

How the Program Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65

    Program Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65

    How to Contact the EAP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65

    Services Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66

Coordination With Other Mental Health and Chemical Dependency Coverage . . . . . . . . . . . . . . . . . . . . . . . . .66

Your Feedback . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66

COBRA Continuation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .147

Employee Assistance
Program

**Employee Assistance Program**

# Employee Assistance Program (EAP)

Today's lifestyle is often hurried and fast-paced. Sometimes it's difficult to juggle priorities and respond to demands, whether at home or at work. Occasionally, you may need help with a problem – like a conflict with a coworker. Or, perhaps a family member is involved with drugs, and you don't know where to turn.

For help with any personal or job-related difficulty, you or your eligible dependents may contact trained professionals through the EAP. You do not need to enroll to receive program benefits.

The EAP will also provide telephone and online education and referral services through Magellan and LifeCare.com to help you balance your work with your personal life. Resource and referral topics include adoption, child care, adult care, prenatal care, temporary/backup care, parenting, summer care, at risk/high risk adolescents, special needs, academic services, welfare to work services, disaster relief, and grandparents as parents. Call 800-424-1821 or use the website at www.lifecare.com.

> *Call the EAP whenever you need help sorting through what's happening in your life. Call when you need a new perspective on things. Call when you need help identifying options and making an informed choice about what to do next. The Employee Assistance Program is always there for you even if it's in the middle of the night or on a holiday.*
>
> **800-424-1821**

## How the Program Works

Your EAP provides confidential assessment and counseling of personal problems, and will make referrals to other professionals as necessary. Your discussions with an EAP counselor will not be revealed to anyone without your written permission.

After you discuss your problem with an EAP professional, either in person or initially over the telephone, they will determine if counseling or treatment is necessary. If your situation calls for brief counseling, the EAP will provide you with up to 5 sessions. EAP services are provided at no cost to you. You or your family member(s)

may be seen alone or with members of the family, depending on the nature of the problem. The EAP counselor will work with you to determine the appropriate number of sessions.

If the EAP counselor determines that specialized or longer-term counseling would be necessary given your situation, you may be referred to a health provider or facility and you will be responsible for the costs of that treatment. You can file claims for any expenses through your medical plan. **It is necessary for you to use the provider recommended by the EAP to receive coverage for mental health or chemical dependency treatment under an Aetna-administered medical plan.** Referrals will be based on your medical plan coverage, work schedule and needs. The EAP counselor may follow up with you to ensure your treatment plan is appropriate.

## Program Benefits

The EAP can assist you with problems such as family conflict, drug or alcohol abuse, stress, marital discord, and other personal or work-related problems. The EAP provides **up to five counseling sessions** for problem assessment, supportive professional consultation, information, and/or referral.

Experienced, trained professionals are available to:

- Answer questions.
- Clarify problems.
- Discuss various issues.
- Identify possible choices and solutions.
- Help you create an action plan.
- Provide counseling or treatment.
- Refer you to another qualified provider or facility for special or additional treatment.
- Assist you in locating community resources.

## How to Contact the EAP

To use EAP services 24 hours a day, seven days a week:

- Call Magellan Behavioral Health at 800-424-1821, toll-free (throughout the United States and Canada) or

Please refer to these pages for provisions that apply to several plans.

| | |
|---|---|
| Eligibility | 26 |
| Cost | 26 |
| When Coverage Begins | 28 |
| When Coverage Ends | 30 |
| COBRA Continuation | 147 |
| Glossary | 155 |

For information on ERISA rights, and administrative details, please refer to the General Benefit Information chapter beginning on page 145.

WGI 0442

Employee Assistance Program

**Call Magellan Behavioral Health to use the Employee Assistance Program... 800-424-1821.**

801-578-7503, collect (outside the United States or Canada).

• Explain why you are calling. A staff member will gather the appropriate information from you and explain the EAP process.

• Additional resources are available online at www.magellanassist.com.

## Services Not Covered

The following services/items are not covered under this program:

• Expenses for any person not covered by this program.

• Counseling sessions provided by a person who is not an EAP counselor.

• Counseling, referral or case management services received from any provider other than the provider referred by the EAP.

• Counseling required by any state and federal judicial officer or other governmental official or agency.

• Evaluations or recommendations to be used in child custody proceedings, child abuse proceedings, criminal proceedings, workers' compensation proceedings or legal actions of any kind.

---

### When should you use the Employee Assistance Program?

You can turn to the Employee Assistance Program for help with anything that interferes with your job or personal life. Among other things, your EAP can help you with:

• Job or work stress

• Parenting issues

• Alcohol, drugs, and other substance misuse or abuse

• Burnout

• Marital/relationship problems

• Anxiety or depression

• Anger

• Legal concerns

• Financial issues

• Coping with change

• Self-esteem

• Grief or bereavement

---

• Any professional assessments for fitness for work or excuses for leaves of absence or time off.

# Coordination With Other Mental Health and Chemical Dependency Coverage

The EAP and medical plan are coordinated to help ensure they work together effectively. You must contact the EAP for referral before you obtain treatment for any mental health or chemical dependency condition covered by an Aetna-administered medical plan. No benefit will be paid for non-emergency treatment obtained without referral by the EAP. For more information on using the EAP to access the mental health and chemical dependency benefits, refer to the Medical chapter of this handbook.

If you are enrolled in medical coverage through a vendor other than Aetna, please contact that vendor for requirements for mental health & chemical dependency coverage.

# Your Feedback

You are encouraged to complete and mail the customer satisfaction form provided to you when you see an EAP counselor. Feedback from you is important to the Company and the EAP, and it helps ensure that the program meets your needs.

If you are dissatisfied with the service you receive, you are encouraged to discuss your concerns with your EAP counselor. If you wish to file a complaint about the EAP, write or call:

In California
Magellan Behavioral Health
300 Continental Blvd., Suite 320
El Segundo, CA 90245
800-424-1821

Outside California
Magellan Behavioral Health
Attn: Evaluation and Outcomes
13736 Riverport Drive #300
Maryland Heights, MO 63043-9790
800-424-1821

The EAP will solicit details of the complaint and conduct an investigation. When appropriate, the EAP will provide you with feedback.

Employee Assistance Program

WGI 0443

# Dental

# Contents

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

How the Options Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69

   Comparison of Plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69

   Comprehensive Option . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69

      Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .69

      Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

      Annual Maximum Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

      Recognized Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

      Network Dentists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

      Advance Claim Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

      How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

      Covered Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

      Charges Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .70

   CIGNA Network Option . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .72

   Patient Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .73

      Annual Maximum Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .73

      Covered Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .73

      Charges Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74

      If You're Receiving Treatment When You Join . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74

      Emergency Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74

   Coordination of Benefits (COB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .75

   Third-Party Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .75

   Recovery of Overpayment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .75

   COBRA Continuation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .147

Dental

WGI 0444