## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles C. Hitchens, Sr., : | |
| Plaintiff, : | |
| : | Civil Action No.: 1:05-cv-379 (SLR) |
| v. : | |
| : | |
| Washington Group International, Inc., : | |
| Administrator, Washington Group : | |
| International Short Term Disability (STD) : | |
| Plan, Broadspire National Services, Inc. : | |
| f/k/a Kemper National Services, Inc., : | |
| Broadspire Services, Inc. f/k/a Kemper : | |
| Services, Inc., Broadspire Inc., f/k/a Kemper : | |
| Services, Inc., Plan Administrators of the : | |
| STD Plan, : | |
| Defendant. : | |

## APPENDIX TO PLAINTIFF'S MEMORANDUM OF
## LAW IN OPPOSITION TO DEFENDANTS'
## <u>MOTION FOR SUMMARY JUDGEMENT VOLUME IV OF VIII</u>
## (WGI 0445-0468)

**Dental**

WGI 0445

# Dental

The Flex Benefits Program offers dental coverage for you and your family. Depending on your home address, you may have the choice between two options: the Comprehensive Option and the CIGNA Network Option. Both plans include preventive benefits (e.g., exams, cleanings). The dental options are separate from medical coverage.

You may elect coverage for yourself or yourself and your eligible dependents when you enroll or you may also choose to waive coverage.

Please refer to these pages for provisions that apply to several plans.

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . 28
When Coverage Begins . . . . . . . . . . . . . . . . . . . . . 28
When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . 30
COBRA Continuation . . . . . . . . . . . . . . . . . . . . . . 147
Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155

For information on claim denial, ERISA rights, and administrative details, please refer to the General Benefits chapter beginning on page 145.

The Plan will pay benefits only for expenses incurred while this coverage is in force. No benefits are payable for expenses incurred before coverage began or after coverage terminated, even if the expenses were incurred as a result of an accident, injury, or disease that occurred, began, or existed while coverage was in force. An expense for a service or supply is incurred on the date the service or supply is furnished.

# How the Options Work

The Flex Benefits Program gives you two plan options for dental coverage.

You may cover yourself or yourself and your dependents. Or, you may choose to waive coverage.

## *Comparison of Plans*

The CIGNA Network Option and the Comprehensive Option are designed to meet very different needs. They reflect the fact that, in the health care industry, provider choice and cost are directly related. The greater your choice in where you receive dental care, the greater your cost, as shown in the graph below. The prices for the self-funded Comprehensive Option are higher than those of the CIGNA option to defray some of the higher cost. If CIGNA is offered in your area, you can take advantage of the discounts, but benefits are paid only for network dental care. When the networks change, you may need to change dentists to receive benefits.

You may change between the options during any annual enrollment. Remember, you could use the Health Care Flexible Spending Account to pay for your portion of the dental costs on a pre-tax basis.

## *Comprehensive Option*

### Deductible

Before the Aetna Comprehensive Option will pay benefits, you must satisfy an annual deductible. The deductible for a covered individual is $50 and $100 for the family. If only two family members are covered, each must satisfy the individual deductible, but if more than

**Comparison of Dental Plans**

| | | |
|---|---|---|
| Unlimited | | The Aetna Comprehensive Option gives you freedom to choose any dentist, but...you pay contributions that are higher than those of the CIGNA plan, plus deductibles, coinsurance, and charges in excess of "recognized charges," and there is an annual benefit limit. |
| Choice of Dentist | | |
| Limited | The CIGNA Network Option limits your choice of dentists to those in the network, but...you pay no deductibles, and there is no annual benefit limit. You generally pay nothing for preventive care; there are specified copayments for other care. The plan even provides benefits for orthodontia. | |
| | Lower          Cost          Higher | |

**Call Member Services for answers to your questions about the Comprehensive Option... 800-752-0513.**

two family members are covered, any combination of individual covered expenses applied to a deductible can be applied to the family deductible. Deductibles are not carried over to the following year.

## Coinsurance

After you pay the deductible, the Comprehensive Option pays 50% for restorative services (including inlays, fillings and crowns). The plan pays 80% for other covered expenses. You are responsible for paying the remaining 50% or 20%, called "coinsurance," plus any amount exceeding recognized charges. (Recognized charges are explained below.)

## Annual Maximum Benefit

The maximum benefit that the Comprehensive Option will pay in one year is $2,000 per person.

## Recognized Charges

The Comprehensive Option provides coverage for recognized dental charges. Data from several insurance companies determine the prevailing rate charged for various types of dental care by geographic location. The information is updated periodically to incorporate any changes due to inflation or other reasons.

You will be responsible for paying any expenses that exceed recognized charges. To determine if you are receiving care at costs that are considered recognized charges, you may call Member Services at 800-752-0513 to discuss your dental care provider's estimate.

## Network Dentists

Enrollees can save money by using **network** dentists. Benefits are also available for services provided by any licensed dentist. Aetna has contracted with dentists across the country to reduce costs. Network dentists' fees are discounted to members. Charges from network dentists will never exceed recognized charges. Here's how to find network dentists:

- Call 800-752-0513 for a list of network dentists offering discounts in your area. Request a directory for your city from a Member Services' representative.

- Use the **internet**: www.aetnaushc.com (Select DocFind then Dentists. Your Dental Plan = Dental PPO).

- Pick up a **Boise**, **Cleveland**, **Denver**, or **San Francisco** directory in the HR or business office.

## Advance Claim Review

Charges and treatment can vary substantially. Excess charges and some procedures are not covered. If dentist's charges for a course of treatment for any covered individual are expected to be $250 or more, you should apply for an Advance Claim Review by filling out a claim form (available from your business or human resources office) and submitting it to Aetna.

*If charges are expected to be at least $250, you should get an Advance Claim Review. Excess charges from non-network dentists and some procedures are not covered. Avoid surprises by finding out what the plan will pay before you have expensive dental work. Forms are available from your business or human resources office*

The Advance Claim Review will give you and your dentist an estimate of your benefits before treatment begins, so you will have a good idea of how much the plan will pay and how much you will pay.

To obtain an Advance Claim Review, you must provide the information on the following page before treatment begins:

| Plan Features | CIGNA Network Option | Comprehensive Option |
|---|---|---|
| Annual deductible | N/A | $50 per person $100 per family |
| Preventive services (e.g., exams, routine cleanings, x-rays) | $0 patient charge | 80% |
| Restorative services, including crowns Fillings | $0 – $285 patient charge (see patient charge schedule) | 50% 80% |
| Orthodontic Treatment | $1,600 copay for children – $2,200 copay for adults 24 months of interceptive and/or comprehensive treatment. Cost of orthodontic evaluation, treatment plan & records, removable/fixed appliances, and cost of retention additional. (See patient charge schedule) | Not covered |
| Fees that exceed recognized charges | Not applicable | Not covered (not applicable for network dentists) |
| Annual maximum benefit | None | $2,000 per person |

Dental

- The proposed courses of treatment (see "Glossary" for a definition of "Courses of Treatment").

- Charges.

- Necessary supportive materials (x-rays, charts, models, reports).

To confirm that the treatment is necessary, the claims administrator has the right to have an oral examination made at the Company's expense.

If an Advance Claim Review is not made, benefits will be paid just as if it were made. However, benefits may be less than would otherwise be payable if the claims administrator cannot reasonably verify a dental expense after work has been performed, because:

- The Advance Claim Review was not made, or

- Necessary supportive materials were not provided.

Although emergency treatment, oral examinations (including cleaning) and dental x-rays are considered part of a course of treatment, charges for these services may be processed for payment before an Advance Claim Review is completed.

## How to File a Claim

Claim forms are available at your business or human resources office.

**Mail Claims to:**

Aetna US Healthcare
P.O. Box 129104
San Diego, CA 92112-9104

## Covered Charges

The following charges are generally covered at 80% of the recognized charge level:

- Analgesic charges, if within prevailing fees.

- Anesthetics given in connection with oral surgery or other covered dental services.

- Charges for dental services and supplies incurred for treatment of a dental disease or injury.

- Cleaning and scaling of teeth performed by a licensed dental hygienist under supervision of a dentist.

- Dental x-rays, not to exceed one full mouth series in a 36-month period and one set of bitewings in a six-month period.

- Endodontic treatment, including root canal therapy.

- Extractions, if medically necessary.

- Fees for covered services performed by a state licensed dental hygienist under supervision of a dentist.

- Fillings

- Injections of antibiotics by the dentist.

- Oral examinations, including scaling and cleaning of the teeth, limited to two each calendar year (or more often if medically necessary).

- Oral surgery, including diagnosis and surgical treatment of oral diseases, injuries and defects of the mouth, jaws and associated structures.

- Space maintainers.

- Topical application of sodium or stannous fluoride.

- Topical sealant application for enrolled dependent children under age 15.

- Treatment of periodontal and other diseases of the gums and tissues of the mouth.

The following charges for restorative care are generally covered at 50% of the recognized charge level:

- Initial installation of partial or full removable dentures, to replace one or more natural teeth extracted while you are covered (including adjustments for six months after installation).

- Inlays, gold fillings, crowns (including precision attachments for dentures) and initial installation of fixed bridgework to replace one or more natural teeth extracted while you are covered (including inlays and crowns to form abutments).

- Night guards for treatment of bruxism.

- Occlusal equilibration (grinding of teeth), but no other orthodontic procedures.

- Relining or rebasing of dentures (but no more than once every 36 months).

- Repair or recementing of crowns, in-lays, bridgework or dentures.

- Replacement of an existing partial or full removable denture or fixed bridgework by a new denture or bridgework; or the addition of teeth to an existing partial removable denture or to bridgework to replace extracted natural teeth, but only if satisfactory evidence is provided to Aetna that the:

  – replacement or addition of teeth is required to replace one or more natural teeth extracted while the individual was covered,

  – existing denture or bridge-work was installed at least five years before its replacement and cannot be made serviceable, or

  – existing denture is a temporary denture, and a permanent replacement is required and done within 12 months from the installation of the temporary denture.

## Charges Not Covered

The following charges are not covered by the Plan. Refer to the Glossary for further details.

- Any charges for services or supplies paid for under government law, except:

  – under a plan specifically established for civilian

**Dental**

government employees and their dependents, and as prohibited by law.

• Charges for services or supplies paid for under government law because the individual was or is a member of the military, except as prohibited by law.

• Charges for services or supplies that are partially or wholly cosmetic in nature, including personalization or characterization of dentures.

• Charges not made by a dentist, or for treatment not performed by a dentist, except as specifically provided under "Covered Expenses."

• Charges that no covered individual is legally obligated to pay.

• Charges that would not have been made if no dental plan existed.

• Charges for any family member while not covered under this plan.

• Charges for benefits prohibited by law.

• Charges for occupational illness or injury.

• Charges for orthodontic treatment.

• Charges for routine extraction of wisdom teeth.

• Charges for prosthetic devices (including bridges and crowns) and their fitting ordered while the family member:

– was not covered, or

– was covered, but the devices were not installed or delivered within 90 days after termination of coverage.

• Charges for the replacement of a lost or stolen prosthetic device.

• Charges for treatment, services or supplies to the extent the expenses are in excess of the recognized charge level.

• Charges for services and supplies not necessary, as determined by Aetna, for the diagnosis, care or treatment of the physical connection involved. This applies even if they are prescribed, recommended, or approved by the attending physician or dentist.

• Charges for or in connection with services or supplies that are determined by Aetna to be experimental in nature or still under clinical investigation or that are not customarily used nationwide for treatment and are not deemed by the profession to be broadly accepted national standards of dental prac-

tice appropriate for treatment taking into account the person's oral condition.

• Charges that are covered under any other company (or subsidiary corporation's) plan.

• To the extent allowed by the law of the jurisdiction where the group contract is delivered, charges for services and supplies:

– Furnished, paid for, or for which benefits are provided or required by reason of the past or present service of any person in the armed forces of a government.

– Furnished, paid for, or for which benefits are provided or required under any law of a government. (This does not include a plan established by a government for its own employees or their dependents or Medicaid.) An example is benefits provided, to the extent required by law, under "no-fault" auto insurance law.

• Charges for plastic surgery, reconstructive surgery, cosmetic surgery or other services and supplies which improve, alter or enhance appearance, whether or not for psychological or emotional reasons; except to the extent needed to repair an injury which occurs while the person is covered under this Plan. Surgery must be performed:

– in the calendar year of the accident which causes the injury; or

– in the next calendar year.

• Charges for acupuncture therapy. Not excluded is acupuncture when it is performed by a physician as a form of anesthesia in connection with surgery that is covered under this Plan.

Any exclusion above will not apply to the extent that:

– coverage is specifically provided by name in your Booklet-Certificate; or

– coverage of the charges is required under any law that applies to the coverage.

These excluded charges will not be used when figuring benefits.

The law of the jurisdiction where a person lives when a claim occurs may prohibit some benefits. If so, they will not be paid.

## CIGNA Network Option

The CIGNA Network Option is a prepaid dental plan that works like a Health Maintenance Organization (HMO). If

**Dental**

you choose the CIGNA Network Option, you will select a network general dentist from a list of participating dentists. You will receive all of your dental care from that dentist. You may call CIGNA to select different dentists for family members. If your dependents don't live in a network area, this option may not be right for you. Networks change over time and you may need to change dentists to receive benefits.

You may change network dentists for any reason as long as you pay any outstanding bills. Transfer to a new office takes effect the first of the month following the request.

When a dental center is listed in the CIGNA directory, do not assume that all dentists who practice in the center are part of the CIGNA network. Call the center before you enroll.

Each dental office is operated by a licensed, independent dentist and a dental health team of hygienists, dental assistants and technicians. If you need specialty care, your dentist will refer you to a specialist. Specialist care will be covered as listed on the Patient Charge Schedule provided you are referred by your primary participating dentist. Your treatment by a specialist must take place no later than 90 days from the time the referral was approved for payment. If a referral is not approved by CIGNA, you or your dependent will be responsible for the specialist's usual fees.

Under the CIGNA Network Option, there are no deductibles, no annual maximum benefits and no claim forms to complete.

Follow these steps to make an appointment:

1. Call the dental office you have selected and give your social security number to the office receptionist.

2. The receptionist will confirm your or your dependent's eligibility. (If you change your network general dental office, your personal records will be sent to your new dentist office for you upon request.)

3. Make note of the appointment time and date and show up promptly at the scheduled time. If you break an appointment with less than 24-hours' notice, you will be charged for the appointment.

## Patient Charges

Except for preventive care and most basic restorative care, you pay a patient charge each time you receive services. The amount of the copayment varies depending on the care provided. Patient charges are listed in the Patient Charge Schedule provided with your enrollment materials.

## Annual Maximum Benefit

There is no annual dollar maximum benefit with the CIGNA Network Option.

## Covered Charges

In general, these dental services are covered at no charge:

- Annual fluoride application (up to 19th birthday, limit one every six months)
- Initial and periodic oral examinations
- Most fillings
- Routine cleanings every six months
- Sealants (children up to 19th birthday)
- Space maintainers
- Most oral surgery
- Most root canal therapy
- X-rays every three years

You can save money through the **CIGNA Network Plan**, but keep in mind that networks change over time and you may need to change dentists to receive benefits. If **choice of dentist** is a high priority for you, this option may not be right for you, even though it offers orthodontia coverage. Your orthodontia expenses may be reimbursable through a pre-tax flexible spending account.

Other services such as crowns and dentures require a specific patient charge or copayment that is substantially lower than your out-of-pocket expense under other types of plans.

The specific charges for covered services are listed in the Patient Charge Schedule that you receive with your enrollment materials. Since this schedule applies to all dentists affiliated with the dental office, you can budget your expenses ahead of time. Pedodontics are only covered for children up to the 7th birthday.

The Patient Charge Schedule differs slightly in Texas and California. You will receive the appropriate Charge Schedule with your CIGNA identification card. In addition, the Patient Charge Schedule may be revised from time to time. A new schedule will be distributed if any charges change. Any ongoing treatment you may be undergoing when charges change will be covered at the charge in effect when you began treatment.

If you are required to pay a patient charge for your dental care, you may pay your dentist at the time you are treated or according to a payment schedule agreed upon by you and your dentist. Procedures not listed in the Patient Charge Schedule are not covered and are the patient's responsibility at the dentist's usual fees.

### Orthodontics

Orthodontics for adults and children are covered benefits under the CIGNA Network Option. To receive these benefits:

Dental

WGI 0450

- Consult your primary dentist.
- Consult with the orthodontic specialist referred to you by your primary dentist.
- Pay the patient charge for the specialist's development of orthodontic treatment plan and records.

For a normal 24-month banded case (excluding removable appliances), the fees are shown on the applicable Patient Charge Schedule.

To find out how much you would pay, call CIGNA Dental Health Member Services Department at 1-800-367-1037.

The period following orthodontic treatment during which the patient wears an appliance(s) to maintain and stabilize the new position of the teeth is called retention. There is an additional patient charge for this service.

### Rehabilitation

Rehabilitation is extensive reconstruction, generally involving six or more units of crown and bridge in the same treatment plan. It consists of complex procedures and should not be confused with standard crowns or bridges. The occlusion (or bite) must be established or constructed and processed splints may be made. This increases laboratory expenses and dentist's time. The patient charge for this service will be less than the dentist's normal fee-for-service, but it is not possible to list an exact amount. (Each case has individual problems and solutions.) Rehabilitation will be covered when performed by your dentist after consultation about your diagnosis, treatment plan, and patient charges.

## Charges Not Covered

The CIGNA Network Option does not cover services related to the following:

- Any injury arising out of any condition which is intentionally self-inflicted.
- Any procedure considered to be experimental in nature.
- Any procedure or service associated with the placement or prosthodontic restoration of a dental implant.
- Charges provided more frequently than limits stated on the applicable Patient Charge Schedule.
- Conditions where dental treatment (not including medical assistance) is provided by a federal or state governmental agency or is provided without cost to you or your dependents by any political subdivisions or governmental authority.
- Cosmetic dentistry or dental surgery (performed solely to improve appearances without treating functional or pathological needs).
- Fixed prosthodontic, removable prosthodontic and root canal treatment in progress which was initiated prior to your effective date of coverage.

- Declared or undeclared war or act thereof.
- Hospitalization charges.
- Implants, acting as a post for caps or bridges.
- Injuries where benefits exist under workers' compensation.
- Pedodontics for children age seven years or older (except perhaps handicapped children).
- Prescription drugs or the administration of sedation or a general anesthetic.
- Procedures, appliances or restorations whose main purpose is to:
  - change vertical dimension, or
  - diagnose or treat conditions or dysfunction of the temporomandibular joint except as specified in the applicable Patient Charge Schedule.
- Procedures or appliance for minor tooth guidance or to control harmful habits.
- Replacement of fixed prosthodontic and removable prosthodontic appliances that are rendered non-functional due to patient abuse, misuse or neglect.
- Replacement of lost or stolen appliances.
- Service in the armed forces of any country or international authority.
- Temporomandibular joint (TMJ) treatment.
- X-rays (a complete mouth series, including bitewings) provided more frequently than once every three years.

## If You're Receiving Treatment When You Join

If you or an eligible dependent are currently receiving ongoing treatment under a dentist's or orthodontist's care, and you would like to enroll in the CIGNA Network Option, contact CIGNA Member Services Department at 800-367-1037 for more information on plan benefits relating to the completion of your treatment.

## Emergency Care

You are covered for emergency dental care anywhere in the world. If you are more than 50 miles away from home and suffer acute pain or are in need of immediate care, you may see any dentist. The CIGNA Network Option will reimburse you up to $50 per incident less applicable patient charges for the treatment you receive. To get your reimbursement, you must submit a copy of your bill to CIGNA:

CIGNA Dental Health
Encino Terrace Center
15821 Ventura Blvd., Suite 670
Encino, California 91436

## Coordination of Benefits (COB)

If you and your spouse both work, you may be covered by more than one dental plan. If this is the case, your dental coverage under this plan may be coordinated with your other plans. When two plans coordinate, the secondary plan pays all or part of allowable charges that weren't covered by the primary plan. However, you will not receive coverage greater than the actual cost of treatment.

The rules for COB are fairly complicated. Here are a few basic rules to help you decide which plan is your primary plan and, therefore, which plan to file a claim with first:

- A plan without COB provision will pay benefits before one with a COB provision.

- A plan that covers you as an employee will pay benefits before one that covers you as a dependent.

- Children residing with both biological parents are covered first by the parent with the earlier birth date in a calendar year, and second by the other parent's plan ("the birthday rule").

- Children of divorced or separated parents may be covered differently depending on where the children live, the marital status of the parent and any court orders specifying the parent responsible for providing the coverage. Additional information, such as a divorce decree, may be requested.

- Generally, when the rules above do not apply, the plan that has covered the person applying for benefits longer will pay benefits first.

The dental plans set a ceiling on the total possible reimbursement from all plans. This means that the plans, as secondary payors, will limit benefits so that the total reimbursements received from all plans do not exceed the amount that the plan would have paid as a primary payor.

### How to File a Claim with Multiple Companies

1) When you are covered under two plans, file the claim with the primary plan first.

2) Once you receive their Explanation of Benefits (EOB) or claims processing report, submit the claim and a copy of the claims processing report under the secondary plan.

## Third-Party Liability

If you or another covered family member is injured by another person, benefits will only be paid if you:

- Agree to immediately reimburse the plan from any money you receive as damages or settlement.

- Provide the insurance company with a lien to cover any benefit payment.

You must agree to these provisions in writing before any benefits will be paid under the Plan.

If you or another covered family member is injured by another party, the Plan will have a right of recovery from you if damages are recovered from the responsible party. For this purpose, "responsible party" includes anyone who has an obligation to compensate you for the injury, including your own insurance company. The right of recovery works as follows:

1) When you or another covered family member is injured by a third party, the Plan will pay expenses provided you sign an agreement agreeing to repay the Plan if you recover from the responsible party. Claims will not be paid until you sign the required agreement. If payment has already been made, you are obligated to honor the Plan's right of recovery even if you have not signed the Agreement. Payments may also be discontinued if you refuse to sign the Agreement.

2) If you settle or otherwise compromise your injury claim prior to signing the Agreement, your dental expenses may be denied by the Plan.

3) You are required to cooperate with the Plan in pursuing its right of recovery. This means that you may be required to keep the Plan informed about the progress of your claim against the responsible party and, if you do not pursue a claim, you may be required to assist the Plan in pursuing a claim on your behalf.

4) The Plan's right of recovery applies to the proceeds of any amount you receive from the responsible party regardless of whether the amount is called reimbursement of dental expenses or whether you believe the amount fully compensates you for your injury. The Plan's right of recovery applies to the entire amount you receive and shall not be reduced or limited by any statutory or common law "make whole" doctrine or

5) The Plan has the right of first reimbursement out of any recovery you receive, even if you are not "made whole" by such recovery.

6) If you refuse to cooperate with the Plan in enforcing its right of recovery, or if you refuse to repay the Plan after recovering from the responsible party, the Plan will reduce payments on any future claim by the amount you owe the Plan. The Plan may also bring legal action against you to recover the amount you owe.

## Recovery of Overpayment

If a benefit is made by Aetna, to or on behalf of any person, which exceeds the benefit amount such person is

WGI 0452

entitled to receive in accordance with the terms of the group contract, this Plan has the right:

- to require the return of the overpayment on request, or

- to reduce by the amount of the overpayment, any future benefit payment made to or on behalf of that person or another person in his or her family.

Such right does not affect any other right of recovery this Plan may have with respect to such overpayment.

WGI 0453

# Vision Service Plan (VSP)

# Contents

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31

How the Plan Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .79

    Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .79

    Covered Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .79

    Charges Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80

COBRA Continuation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .147

WGI 0454

Vision

# Vision Service Plan (VSP)

The Vision Service Plan (VSP) is one of your Flex Benefits options. VSP provides benefits for routine eye exams, eyeglasses and contact lenses. If you enroll in the VSP, you'll choose among three levels of coverage: employee only, employee plus one or employee plus two or more.

Although the plan offers you greater benefits if you use a VSP network provider, benefits are also payable when you receive vision care services from any other licensed optometrist, ophthalmologist or optician.

Laser vision surgery is not covered by the plan, but you may receive a discount if you use a VSP network provider.

| Please refer to these pages for provisions that apply to several plans. | |
|---|---|
| Pre-Tax Contribution | 25 |
| Eligibility | 26 |
| Cost | 26 |
| Enrollment or Change | 28 |
| When Coverage Begins | 28 |
| When Coverage Ends | 30 |
| COBRA Continuation | 147 |
| Glossary | 155 |

For information on claim denial, ERISA rights, and administrative details, please refer to the General Benefit Information chapter beginning on page 145.

## How the Plan Works

VSP contracts with an extensive nationwide network of providers (optometrists and ophthalmologists) to provide professional vision care. VSP screens the providers to ensure that you receive quality professional care and materials at uniform costs. VSP has arranged for discounts on the cost of services and supplies from these providers which are shared with you.

Each time you need vision care, you decide whether or not to use a VSP network provider. You will receive benefits regardless of which provider (VSP or non-VSP) you see. However, you will receive a higher level of benefits if you see a VSP network provider. Non-network benefits are based on a schedule which may or may not cover the full cost of the services or materials you receive.

*To receive the higher level of benefits:*

1. Call VSP for a Provider Directory: 800-877-7195.

2. Make an appointment with a VSP provider. Your eligibility will be verified online by the VSP providers.

If you receive care from a non-network provider, file a claim after you receive care and pay the provider. To file a claim, follow the instructions on the VSP brochure available in your business or human resources office.

## Deductible

If you see a VSP network provider, you must pay a $25 deductible before plan benefits are payable. The $25 deductible is paid at the time of service.

The deductible applies to each eligible individual every year.

## Covered Expenses

After you pay the deductible (VSP provider only), the following expenses are covered every 12 months unless otherwise noted:

- One **examination** (usually a complete analysis of your visual functions).

| VSP Provider | Non-VSP Provider |
|---|---|
| 100% | Reimbursement of 100% up to maximum of $40 per exam, per person |

- One pair of spectacle **lenses** and a **frame**. Note: A frame is covered every 24 months. If you select contact lenses instead of spectacle lenses and a frame, you will not be eligible to receive a frame for 24 months (from the day you purchased contact lenses).

| VSP Provider | Non-VSP Provider |
|---|---|
| 100% for single, bifocal, trifocal or lenticular lenses | Reimbursement for lenses, up to these maximums: |
| A wide selection of frames is covered in full. | $40 a pair for single vision lenses |
| | $60 a pair for bifocal lenses |
| | $80 a pair for trifocal lenses |
| | $125 a pair for lenticular lenses |
| | Reimbursement of 100%, up to $45 for a frame. |

WGI 0456

**Vision**

**If you have questions, call VSP... 800-877-7195.**

- One pair of **medically necessary contact lenses** instead of spectacle lenses and a frame. Contacts are considered medically necessary if they are recommended for the following conditions:

  – Cataract surgery

  – Extreme visual acuity problems that cannot be corrected with eyeglasses

  – Conditions of anisometropia

  – Keratoconus

| VSP Provider | Non-VSP Provider |
|---|---|
| 100% | Reimbursement of 100%, up to $210 |

- One pair of **elective contact lenses** instead of spectacle lenses and a frame. Contact lenses that are not considered medically necessary are elective contact lenses. If you select contact lenses instead of spectacle lenses and a frame, you will not be eligible for a frame again for 24 months (from the day you purchased contact lenses).

| VSP Provider | Non-VSP Provider |
|---|---|
| 100%, up to $105 | Reimbursement of 100%, up to $105 |

- A low vision benefit is available to covered persons who have several visual problems that are not correctable with regular lenses. It is subject to prior approval by a VSP consultant. Call 800-877-7195 to apply.

- If you use a VSP provider, you will receive VSP discounts even for additional lenses and frames not covered by the plan.

### Example

Pat purchases eyewear every year. The following charts show the benefits payable from the plan each year. The shaded portion indicates the choice made. (Pat will have the same choices with or without a VSP provider).

| 2001 Pat may receive... | | |
|---|---|---|
| An eye exam and spectacle lenses and a frame | or | An eye exam and elective contact lenses |

| 2002 Pat may receive... | | |
|---|---|---|
| An eye exam and spectacle lenses* | or | An eye exam and elective contact lenses** |

\* After purchasing a frame in 2001, Pat is not eligible for a frame again until 2003.

\*\* After purchasing contact lenses in 2002, Pat is not eligible for a frame until 2004. And, if Pat selects contact lenses again in 2003, a frame isn't an option again until 2005.

| 2003 Pat may receive... | | |
|---|---|---|
| An eye exam and spectacle lenses | or | An eye exam and elective contact lenses |

## Charges Not Covered

The following expenses are not covered under this plan:

- Orthoptics or vision training and any associate supplemental testing.

- Plano lenses (non-prescription).

- Two pair of glasses instead of bifocals.

- Lost or broken lenses and a frame furnished through VSP, unless at the normal intervals when service would be provided anyway.

- Medical or surgical treatment of the eyes.

- Any eye examination or any corrective eye wear required by an employer as a condition of employment.

- "Extra cost" items, including but not limited to:

  – Blended lenses

  – Progressive multifocal lenses

  – Photocromic lenses

  – Tinted lenses except pink #1 and pink #2

  – Coated lenses

  – Laminated lenses

  – UV protected lenses

# Life Insurance

## Contents

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Company-Paid Basic Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

    Benefit Amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

        Coverage Reductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

    Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

    How Benefits Are Paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

    Forms of Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

Group Universal Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

    Benefit Amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

        Salary Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

        Coverage Reductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

    Proof of Good Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

        Employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

        Dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

    Cash Accumulation Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

        Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

        Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

        Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

        Withdrawals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

        Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

    How Benefits Are Paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

        Accelerated Death Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

    Conversion to Individual Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149

**Life Insurance**

WGI 0458

Life Insurance

WGI 0459

# Life Insurance

The Company provides you with Basic Life Insurance to help protect your family in the case of your death. You do not have to enroll in this plan to receive benefits. However, you do need to complete and sign a beneficiary form.

Please refer to these pages for provisions that apply to several plans.

| | |
|---|---|
| Eligibility | 26 |
| Cost | 26 |
| Enrollment or Change | 28 |
| When Coverage Begins | 28 |
| How to File a Claim | 28 |
| When Coverage Ends | 30 |
| Retiree Continuation | 149 |
| Conversion to Individual Policy | 149 |
| Glossary | 155 |

For information on claim denial, ERISA rights, and administrative details, please refer to the General Benefit Information chapter beginning on page 145.

You may purchase Group Universal Life Insurance for yourself and your family, and you may participate in a cash accumulation fund.

## Company-Paid Basic Life Insurance

In the event of your death, a Basic Life Insurance benefit will be paid to your beneficiary.

To direct this benefit to a beneficiary, you must complete a beneficiary designation form (available from your business or human resources office). You may change your beneficiary at any time by completing a new beneficiary designation form and returning it to your human resources office. The change will be effective the day you sign and return the form.

Insurance certificates will be available from Corporate Human Resources.

### Benefit Amount

Your Basic Life Insurance benefit is an amount equal to your annual base salary (but no less than $10,000 and no more than $2,000,000). If you are a part-time employee, your benefit is one half your annual base salary. Your annual base salary does not include overtime, allowances, bonuses, etc.

If your annual base salary is not an even multiple of $1,000, it is rounded up to the next higher $1,000. (For example, $21,600 becomes $22,000.)

### Coverage Reductions

Your coverage will be reduced at age 65 to 65% of the amount then in effect, and at age 70 to 50%. These reduc-

tions occur on the January 1st nearest to your 65th or 70th birthday. If the reduced amount is not an even multiple of $1,000, it is recended up to the next $1,000.

## Taxes

Under IRS rules, the cost for employer-sponsored life insurance over $50,000 is considered taxable as "imputed income." The income imputed to you for Basic Life Insurance over $50,000 will automatically be included in the wages shown on your W-2 form at the end of the year. (Social security taxes for imputed income are withheld throughout the year.) Your age at the end of the calendar year, coverage amount and tax rate will determine how much this imputed income affects your taxes.

## How Benefits Are Paid

To file a claim, call Corporate Human Resources.

Your Basic Life Insurance benefits are paid to the beneficiary you name on your beneficiary designation form. Benefits of $10,000 or more are deposited into a free interest-bearing checking account.

*If you name more than one beneficiary*, the persons will share the benefits equally, unless otherwise specified.

*If any beneficiary is not living* at the time of payment or if you did not name a beneficiary, the benefits will be paid to the **first** surviving person(s) on this list:

1) The remaining beneficiaries you named, in equal shares
2) Your spouse
3) Your children, in equal shares
4) Your parents, in equal shares
5) Your brothers and sisters, in equal shares
6) Your estate

*If your beneficiary is a minor or a person who is legally incapable of receiving payments*, benefits will be paid to:

- his or her legal guardian or committee, or
- the person, or persons, who the insurance company decides are providing care and support.

## Forms of Payment

Normally, life insurance benefits are paid in one lump sum. However, your beneficiary may choose to have all or part of the benefits paid in monthly installments. This request may be made in writing to the insurance company before payments begin.

At minimum, your beneficiary must elect to receive the greater of:

- $10.00 a month, or
- $5.00 for each $1,000 payable.

Installments will continue to be paid, with interest, until the total benefit is exhausted. If your beneficiary dies before receiving the total benefit, the remainder will be paid in one sum to your beneficiary's estate (unless he or she has provided information to do otherwise).

If your beneficiary is a minor without a guardian, the form of payment may be monthly installments until a legal guardian is determined. The benefit will not exceed $100 the first month and $50 each month, thereafter.

# Group Universal Life Insurance

The Group Universal Life Insurance Plan offers you coverage for yourself, your spouse and your child(ren) in the case of death. If you or your spouse are participating in this plan, the Cash Accumulation Fund is also available as a long-term savings vehicle to help you prepare for your retirement or other goals.

A beneficiary designation form must be completed (available from your business or human resources office). You may change your beneficiary at any time by completing a new beneficiary designation form and returning it to your human resources office. The change will be effective the day the form is signed and returned.

Insurance certificates are available from Corporate Human Resources.

## Benefit Amount

Your benefit amount is based on your annual base salary, including any compensation deferred under the 401(k) Savings Plan and amounts paid for benefits. Your annual base salary does not include overtime, bonuses or other extra compensation. If your annual base salary is not an even multiple of $1,000, it is rounded up to the next higher $1,000. (For example, $21,600 becomes $22,000.)

If you are a part-time employee, your annual base salary is divided by two in determining your coverage options.

### Salary Changes

During the year, your insurance amount for purposes of determining your cost will be based on the amount of your annual base salary when annual enrollment materi-

## An Ounce of Prevention

*Many of us don't realize how our lifestyles and safety habits influence our chances of living long and healthy lives. We can do a lot each day to ensure we remain healthy and safe from harm.*

*First, lead a healthy life...*

*Studies show that our diets play an important role in living a long and healthy life. Individuals who eat whole grains, fruits and vegetables, and who avoid fat and cholesterol lower their risk of potentially fatal illnesses like heart disease and some cancers.*

*Exercise is also important. Even small amounts of physical activity can improve your health, help you stay slim, and reduce your risk of a heart attack.*

*The decision not to smoke is another way to prevent future illness and disease. Smokers are ten times as likely to get lung cancer and three times as likely to die of stress as non-smokers.*

*Excessive drinking or other substance abuse can shorten our life spans by as much as 10-12 years. Abusing alcohol over a long period of time can cause liver damage, heart disease, ulcers and various cancers.*

*Second, take an active role in your health care...*

*Preventive health care, including regular pap smears, mammograms, prostate exams and blood pressure tests may help prevent life-threatening diseases and cancers. Early detection is the key to curing many cancers. Take advantage of any preventive medical, dental or vision benefits you may have. And, don't forget about the EAP (Employee Assistance Program). Personal problems can affect your health in numerous ways.*

*In addition, it's important to know your family history. Almost one-third of all known diseases and conditions are linked to heredity. The more you know about your family history, the better chance you have of protecting yourself – either by changing your habits, or staying vigilant and detecting problems early.*

*It is also wise to learn CPR, the Heimlich Maneuver, and the signs of heart attack. About 100,000 lives are saved each year by people who have learned CPR. The Heimlich Maneuver can help save lives of many people who would otherwise have choked to death. And, knowing the signs of a heart attack may be critical in saving a life. Most heart attacks occur between 4 a.m. and 10 a.m. and most deaths associated with heart attacks occur within two hours of the first pain. So, identifying the symptoms of a heart attack – and getting immediate attention – can be key to saving a life.*

*Third, make safety a priority...*

*Wearing seatbelts and driving defensively should be routine. Traffic accidents are the top killer of Americans ages one to 44. More than half the people killed in car crashes could have been saved if all occupants wore their seatbelts, yet many drivers and passengers, still don't wear them.*

*Another important safety measure is the installation of smoke detectors throughout your home. Fire strikes a home somewhere in the U.S. every 47 seconds. In one recent year, 90% of all fire fatalities occurred in the homes without smoke detectors. So, be sure to install smoke detectors in every room in your home – and check them regularly to make sure they are in working order.*

*So, take stock of your lifestyle and safety habits. Think about ways you and your family can become more healthy, active and safe. An ounce of prevention...is certainly worth more than a pound of cure.*

WGI 0461

**If you have questions about Aetna Group Universal Life Insurance, call 800-826-7448.**

als are produced in the fall. However, if your annual base salary changes during the year, your death benefit amount will be based on your current salary the date of death.

## Coverage Reductions

Your coverage will be reduced at age 65 to 65% of the amount in effect, and at age 70 to 50%. Your spouse's coverage will be reduced to 25% of the amount in effect when he or she reaches age 65.

If the reduced coverage is not an even multiple of $1,000, it is rounded up to the next higher $1,000.

These reductions will occur on the January 1st nearest to your (or your spouse's) 65th or 70th birthday. If your coverage was reduced but your actual age at death is less than age 65 (or 70), your death benefit will be based on your actual age.

Coverage that is lost may be converted to an individual whole life insurance policy (see page 149).

## *Proof of Good Health*

### Employees

When you are first eligible, you may elect coverage up to these amounts without providing proof of good health:

- Employee coverage up to five times your annual base pay, up to $1,500,000,
- Spouse coverage up to $50,000, and
- Child coverage of $10,000.

During annual enrollment or within 31 days of a change in status (see handbook page 30), you may increase employee group universal life insurance by one times your annual base pay, up to $750,000, without proof of good health.

Proof of good health satisfactory to Aetna will be required to:

- Enroll yourself, your spouse, or children after initial eligibility,
- Increase spouse coverage, and to
- Increase employee coverage by 2 or more times annual

base pay (e.g., to change from two times to four times base pay).

If you or your spouse elects an amount that requires proof of good health, coverage will be for the highest option that does not require proof of good health until Aetna approves the requested coverage amount.  If proof of good health is required for enrollment, coverage begins when it is approved by Aetna.

## Dependents

When your spouse is first eligible, you may elect up to $50,000 of coverage without providing proof of good health. If you elect $100,000, your spouse's coverage will be limited to $50,000 until satisfactory proof of good health has been approved by Aetna.

In addition, proof of good health satisfactory to Aetna will be required to enroll your spouse or children after initial eligibility or to increase coverage.

## *Cash Accumulation Fund*

One of the purposes of this benefit is to allow you to set aside funds to purchase retiree life insurance. You have the option to contribute to a Cash Accumulation Fund when you and/or your spouse enroll in Group Universal Life Insurance. You can each have separate accounts. Contributions will be deposited monthly. Because these funds are life insurance funds, they provide you with a number of advantages:

- No tax on disbursement to a beneficiary at death, unless estate limits are exceeded
- No taxes on earnings unless withdrawn and then only to the extent that the total of all amounts withdrawn exceed the total of all premium deposits (including both the deduction for Group Universal Life Insurance and Cash Accumulation Fund deposits)
- Competitive interest rates
- Loans
- Withdrawals (for $10 fee).

In the event of your death, the Fund's cash balance minus any outstanding loans is payable to the same beneficiary

| Type | Coverage For | Coverage Amount | Proof of Good Health Required | | | Coverage Reductions | |
|---|---|---|---|---|---|---|---|
| | | | Initial Eligibility | Annual Enrollment and Changes in States | | Age | % of Amount in Effect |
| | | | | Enroll | Increases | | |
| Basic | Employee | 1 x annual base pay | No | N/A | N/A | 65 70 | 65% 50% |
| Group Universal Life Insurance | Employee | 1, 2, 3, 4, or 5 times your base annual pay, minimum $10,000, maximum $2,500,000 | Amounts over $1,500,000 | Yes | • Coverage over $750,000 or • 2 or more x base pay | 65 70 | 65% 50% |
| | Spouse | $10,000; $25,000; $50,000; $100,000 | $100,000 | Yes | Any increase | 65 | 50% |
| | Children | $10,000 per child | N/A | Yes | N/A | N/A | |

*Life Insurance*

named for the Group Universal Life Insurance benefit.

## Deposits

You may deposit any amount of at least $1 per pay period or make lump sum deposits of at least $25 (up to certain government specified maximums) as you wish. You may change or discontinue your contributions at any time.

Your contributions will earn interest on a tax-deferred basis so long as you don't exceed the annual premium limits set by the Internal Revenue Service (IRS). "Tax-deferred" means that the interest paid on the fund account will not be taxed until you or your spouse withdraws the money.

To comply with IRS restrictions, the fund is tested against a maximum legal limit formula, based on age. Aetna will inform you each year if you exceed this limit. If the Cash Accumulation Fund limit is reached, the excess contributions will be returned to you.

Upon your request, Aetna will provide individual funding advice to inform employees of the appropriate contribution needed to target an amount of paid-up insurance at retirement, without exceeding IRS premium limits.

Each time a contribution is made there will be a one-time administrative charge of 1% of the deposited amount plus a one-time state-required premium tax of 21/2%.

## Interest

There will be two interest rates applied to your contributions – the New Money Rate and the Portfolio Rate. The New Money Rate will be credited to the money deposited

| Cash Accumulation Fund 2001 Interest Rates Tax Deferred Earnings | |
|---|---|
| New Money | 6.60% |
| Portfolio | 5.62% |
| Loans | 8.05% |
| Call 800-826-7448 for rates after 2001 | |

during the current policy year. The Portfolio Rate is applied to the fund balance from prior years. Under current tax law, you pay no taxes on the money you earn in your Cash Accumulation Fund until you withdraw it.

## Loans

You may take out a loan against your account balance. The minimum amount is $200 and the maximum amount is 85% of the fund's balance. The money you borrow is advanced by Aetna, not withdrawn from your fund, so your full fund balance continues to earn interest for the duration of your loan.

To repay your loan, you will pay Aetna directly. Although there is no set period for repayment of the loan, the loan will become due immediately if the loan balance equals or exceeds the balance of the account. The loan will be repaid using the Cash Accumulation Fund unless other payment is made within 31 days. Repayment through payroll deductions is not available. Contributions made through payroll deductions or lump sum employee contributions can be continued while a loan is outstanding.

There will be no administration charge for handling the loan. The interest rate will change each year for both new and existing loans.

## Withdrawals

Withdrawals in any amount up to the full account balance can be made at any time without having to be repaid. The cash value of your account will be reduced by the amount withdrawn. If the full account balance is withdrawn, participation in the Group Universal Life Insurance Plan may still continue. There will be a $10 transaction fee applied to each withdrawal.

## Statements

You will receive a statement showing the balance of your Cash Accumulation Fund within 90 days of the end of each calendar year. If you have questions about your Cash Accumulation Fund, call Aetna at 800-826-7448.

## *How Benefits Are Paid*

The Group Universal Life Insurance benefits (and the Cash Accumulation Fund balance, if you or your spouse are participating) are paid to the beneficiary named on your beneficiary designation form. Benefits of $10,000 or more are deposited into a free interest-bearing checking account.

If you name more than one beneficiary, the persons will share the benefits equally, unless otherwise specified.

If any beneficiary is not living at the time of payment or if you did not name a beneficiary, the benefits will be paid to the estate (unless benefits were assigned, in which case they would be paid to the owner).

*If your beneficiary is a minor or a person who is legally incapable of receiving payments*, benefits will be paid to:

• Their legal guardian or committee, or

• The person, or persons, who the insurance company decides are providing care and support.

*If an insured dependent child dies* while life insurance is in force on his or her life, Aetna will pay, to the owner, the amount of death benefits in force for him or her at the date of death.

## Accelerated Death Benefit

If the covered individual has a prognosis of less than twelve months to live, that individual will be able to access between 10% and 50% of the life benefit to use for personal and living expenses up to $300,000. The payment to the beneficiary, upon the death of the covered individual, will be reduced by the amount paid out under the Accelerated Death Benefit. This benefit does not apply to child life insurance.

# Accident Insurance

# Contents

Eligibility .................................................................................................. 26

Cost ......................................................................................................... 26

Enrollment or Change .................................................................................. 28

When Coverage Begins ................................................................................. 28

How to File a Claim ..................................................................................... 29

When Coverage Ends .................................................................................... 30

Travel Accident Insurance ............................................................................. 89

    Coverage ............................................................................................. 89

    Limit Per Accident ............................................................................... 89

    Amount ............................................................................................... 89

    More Information .................................................................................. 89

Personal Accident Insurance .......................................................................... 89

    Coverage ............................................................................................. 89

    Amount ............................................................................................... 90

    Pilot Option ......................................................................................... 90

    More Information .................................................................................. 90

Provisions Applicable to All Accident Insurance ............................................... 90

    Fraction Of Principal Sum Payable By Type Of Loss ................................. 90

    Losses Not Covered .............................................................................. 90

    How Benefits Are Paid .......................................................................... 91

    Benefits Reduced After Age 69 .............................................................. 91

Other Personal Accident Insurance Benefits ..................................................... 91

    Special Education Benefit ...................................................................... 91

    Seatbelt Benefit ................................................................................... 92

    Child Care Benefit ............................................................................... 92

    Coma Benefit ...................................................................................... 92

Conversion to Individual Policy ..................................................................... 149

Accident Insurance

Accident Insurance

WGI 0465

# Accident Insurance

The Company automatically provides at no cost to eligible employees:

- Travel Accident Insurance
- Basic Personal Accident Insurance

You may purchase for yourself and your dependents:

- Supplemental Personal Accident Insurance

These benefits help protect you against losses due to accidents.

This chapter is organized to:

1) First, describe the coverage that differs among the three types of coverage.

2) Then, it describes the provisions that apply to all three types.

Please refer to these pages for provisions that apply to several plans.

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Enrollment or Change . . . . . . . . . . . . . . . . . . . . . 28
When Coverage Begins . . . . . . . . . . . . . . . . . . . . . 28
How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . 28
When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . 30
Conversion to Individual Policy . . . . . . . . . . . . . 149
Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155

For information on claim denial, ERISA rights, and administrative details, please refer to the General Benefit Information chapter beginning on page 145.

# Travel Accident Insurance

## Coverage

You are covered for injuries from accidents that occur while you are traveling on Company business, provided such travel is to a point or points located away from your premises in your city of permanent assignment.

*Be sure to complete a beneficiary designation form available from your human resources office.*

Coverage applies from the time the trip starts until it is completed, and thus includes not only the hazards of business travel but also those encountered on a 24-hour basis for the duration of the trip.

Air travel is included while you are a passenger in and getting on or out of any validly certified civil aircraft flown by an appropriately licensed pilot that is not being used for (a) crop dusting, spraying or seeding; fire fighting; sky diving or hang gliding; parachuting, except for self preservation; pipeline or powerline inspection; aerial photography or exploration; racing, endurance tests, stunt, acrobatic flying or experiments; or (b) any operation requiring a special permit from the FAA.

Commutation travel to and from work and personal deviations are excluded for grades 15 and below and included for grades 16 and above. *Personal deviation* referred to above is personal travel not related to your employer's business.

## Limit Per Accident

There is a $3,000,000 limit to benefits payable for all employees killed or injured in the same accident. (If the accident occurs when flying in company-owned aircraft, the limit is $2,000,000.) If the total benefits otherwise payable for one accident exceed the maximum limit, your benefits will be prorated.

## Amount

The principal sum of your coverage depends on your salary grade.

| Salary Grade | Full Benefit Amount |
|---|---|
| 15 and below | $50,000 |
| 16 – 20 | $100,000* |
| 21 and above | $350,000* |

* Includes coverage for business and pleasure 24 hours a day, 365 days a year.

## More Information

Please refer to Provisions Applicable to All Accident Insurance (page 90) for: fraction of maximum benefit payable by type of loss, losses not covered, how benefits are paid, benefits reduced after age 69, and insurance company. Please refer to page 149 for conversion to an individual policy.

# Personal Accident Insurance

## Coverage

Your Personal Accident Insurance Plan helps protect you against losses due to accidents.

This plan has two parts: Basic and Supplemental. The Basic Plan provides an employer-paid benefit for the

employee only. All eligible employees are automatically enrolled in the Basic Plan. Through the Supplemental Plan, you may buy additional coverage for yourself, yourself and your spouse, or yourself and your family. To receive benefits from the Supplemental Plan, you must enroll for that coverage.

> **To File a Claim**
>
> *Call Corporate Human Resources at 208-386-5467 to file a Travel Accident or Personal Accident Insurance Claim*

## Amount

Company-paid **basic** personal accident insurance covers you only, for a principal sum of **$10,000**.

You may purchase **supplemental** personal accident insurance in the following principal sums for yourself, yourself and your spouse, or yourself and your family:

$50,000
$100,000
$200,000
$300,000

- If you elect coverage for **yourself**, you are covered for the principal sum you choose.

- If you elect coverage for **yourself and your spouse**, you are both covered for the principal sum you choose. Coverage for you and your spouse is more expensive than family coverage.

- If you elect coverage for **your family**, coverage varies depending on whether you have a spouse and/or children, as shown below:

| Percentage of Principal Sum | | | | |
|---|---|---|---|---|
| | Spouse Coverage | Family Coverage — If your dependents include… | | |
| | | Spouse and Children | Spouse Only | Children Only |
| You | 100% | 100% | 100% | 100% |
| Spouse | 100% | 50% | 60% | N/A |
| Children | N/A | 15%[1] | N/A | 20%[2] |

[1] No more than $20,000 per covered child
[2] No more than $25,000 per covered child

If you elect family coverage, your dependent children may qualify for additional child care center and post-secondary education benefits if you die as a result of a covered accident. See page 79.

## Pilot Option

If you are a qualified pilot and wish to apply for coverage under this plan, you must submit a completed pilot history form (available at the corporate human resources office). This form must be returned to Corporate Human Resources and be approved by the insurance company. If you are accepted, you will be notified of the principal sum approved, the effective date and the additional monthly premium.

## More Information

Please refer to Provisions Applicable to All Accident Insurance for: fraction of maximum benefit payable by type of loss, losses not covered, how benefits are paid, benefits reduced after age 69, and insurance company (see page 91 for additional benefits). Please refer to page 149 for conversion to an individual policy.

# Provisions Applicable to All Accident Insurance

The following provisions apply to Travel Accident Insurance, Basic Personal Accident Insurance, and Supplemental Personal Accident Insurance.

## Fraction Of Principal Sum Payable By Type Of Loss

If you or a covered dependent suffer any of the following losses within one year of a covered accident, benefits are paid as follows (reduced as applicable after age 69):

- Full principal sum for loss of life, loss of two or more members, or quadriplegia (total paralysis of both upper and lower limbs).

- One-half principal sum for loss of one member or for paraplegia (total paralysis of both lower limbs) or for hemiplegia (total paralysis of upper and lower limbs on one side of the body).

- One-fourth principal sum for loss of thumb and index finger of same hand or loss of hearing in one ear.

"Member" means hand, foot, sight in one eye, or hearing in both ears. "Loss" means:

- Death

- Actual severance through or above the wrist, ankle, or metacarpophalangeal joints.

- Entire and irrecoverable loss of sight.

- Irrecoverable loss of speech which does not allow audible communication in any degree.

- "Paralysis" means loss of use, without severance, of a limb. This loss must be determined by a physician to be complete and not reversible.

See page 91 for additional Personal Accident Insurance benefits.

## Losses Not Covered

Benefits will not be payable for losses caused by or resulting from:

*Accident Insurance* (sidebar)

- Intentionally self-inflicted injury, suicide or attempted suicide, while sane or insane (in Missouri, while sane).

- Accidents occurring while serving on full-time active duty in the Armed Forces of any country or international authority (**except** while on temporary National Guard or Reserve duty for less than 30 days). Note: Premiums you paid for any period of full-time active duty will be returned to you pro-rated.

- Sickness, disease, bodily or mental infirmity, or medical or surgical treatment thereof, or bacterial or viral infection, regardless of how contracted. This does not include bacterial infection that is the natural and foreseeable result of an accidental cut or wound, or accidental food poisoning.

- Travel or flight on (including boarding or alighting from) any vehicle or device for aerial navigation, including while being used for any test or experimental purpose, while learning to fly, flying as a pilot or member of the crew, or while being operated by or for or under the direction of any military authority, unless specifically covered.

- Hang gliding or parachuting (except for self preservation).

- War or any act of war, declared or undeclared, in the United States or any nation where the covered person is a citizen.

- Taking part in a felony

## How Benefits Are Paid

Benefits for paralysis, dismemberment, loss of sight, hearing or speech will be paid to the covered individual.

Death benefits are paid to the beneficiary named on the beneficiary designation form. Normally, these benefits are payable in the form of a lump sum. However, the covered individual or the beneficiary may elect **in writing** to have the benefits paid in accordance with one of the available settlement options being offered.

*If you name more than one beneficiary*, the persons will share the benefits equally, unless otherwise specified.

If any beneficiary is not living at the time of payment or if you did not name a beneficiary, benefits will be paid to the first surviving person(s) on this list:

1) The remaining beneficiaries you named, in equal shares
2) Your spouse
3) Your children, in equal shares
4) Your parents, in equal shares
5) Your brothers and sisters, in equal shares
6) Your estate.

If your beneficiary is a minor or a person who is legally incapable of receiving payments, benefits will be paid to:

- Their legal guardian or committee, or

- The person, or persons, who the insurance company decides are providing care and support.

## Benefits Reduced After Age 69

When you reach age 70 and if your employment continues, your Accident Insurance benefit will be reduced as follows:

| Age | Percentage of pre-age 70 benefit you will receive |
|---|---|
| 69 and under | 100% |
| 70 – 74 | 70% |
| 75 – 79 | 45% |
| 80 – 84 | 30% |
| 85+ | 15% |

If you elect family coverage, Personal Accident Insurance benefits for your insured dependents will be based on your selected benefit amount. Other plan benefits based on your selected benefit amount will be determined by this reduction schedule. Coverage for your spouse ends when he or she reaches age 70.

# Other Personal Accident Insurance Benefits

Additional benefits may be payable under the Personal Accident Insurance policy if you die as a result of a covered accident: special education, proper seatbelt use, or child care center. Benefits may be payable if you or a covered dependent becomes comatose as a result of a covered accident.

## Special Education Benefit

If you cover your family under the Supplemental Personal Accident Insurance plan, a Special Education Benefit will be available to help your children continue their education. If you die as a result of a covered accident, your dependent is eligible for a Special Education Benefit if, on the date of the accident, he or she was:

- Enrolled as a full-time student in an institution of higher learning beyond the twelfth grade level, or

- At the twelfth grade level and subsequently enrolls as a full-time student in an institution of higher learning within one year following the date of the accident.

The amount of the Special Education Benefit will be equal to 5% of your maximum benefit amount, not to exceed $7,500. This benefit is payable annually for a maximum of four consecutive annual payments if the dependent continues his or her education as a full-time student in an institution of higher learning.

**Accident Insurance**