# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Charles C. Hitchens, Sr.,                              :
               Plaintiff,                :
                            :    Civil Action No.: 1:05-cv-379 (SLR)
        v.                                :
                            :
Washington Group International, Inc.,                  :
Administrator, Washington Group                       :
International Short Term Disability (STD)              :
Plan, Broadspire National Services, Inc.              :
f/k/a Kemper National Services, Inc.,                 :
Broadspire Services, Inc. f/k/a Kemper                :
Services, Inc., Broadspire Inc., f/k/a Kemper         :
Services, Inc., Plan Administrators of the            :
STD Plan,                                             :
               Defendant.                :

## APPENDIX TO PLAINTIFF'S MEMORANDUM OF
## LAW IN OPPOSITION TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGEMENT VOLUME V OF VIII
### (WGI 0469-0492)

If you covered your family but, at the time of the accident, your dependent children are not eligible for the Special Education Benefit, your beneficiary will receive an additional benefit of $2,500.

## Seatbelt Benefit

If a covered person suffers loss of life as the result of a covered accident that occurs while driving or riding in a private passenger car, the insurer will pay an additional benefit of 10% of the covered person's benefit but not less than $1,000 or more than $25,000. To qualify, the car must be equipped with seatbelts, the seatbelt must have been in use and properly fastened at the time of the accident, and the position of the seatbelt must be certified in the official report of the accident or by the investigating officer. A copy of the police accident report must be submitted with the claim. If such certification is not available, and it is unclear whether the covered person was properly wearing a seatbelt, a fixed benefit of $1,000 would be paid to the designated beneficiary.

"Private passenger car" means: a validly registered four-wheel private passenger car (including policyholder-owned cars), station wagons, jeeps, pick-up trucks and van-type cars.

In the case of a child, seatbelt means a child restraint, as required by the state law and approved by the National Highway Traffic Safety Administration, properly secured and being used as recommended by its manufacturer for children of like age and weight at the time of an accident.

## Child Care Center Benefit

If you elect family coverage and you die as a result of a covered accident, a child care center benefit will be payable for your surviving dependent child. To qualify, children must be under age 13 and enrolled in a legally licensed child care center on the date of the covered accident or within 365 continuous days from the date of the accidental death.

Child care center expenses could be reimbursed for each qualified child, up to 3% of your principal sum, but not more than $5,000 per year for five years and only while the dependent child continues to be enrolled in a legally licensed child care center. If your dependent children are covered at the time of the accident but do not qualify for the child care center benefit, an additional benefit of $1,500 would be paid to your designated beneficiary. This benefit would be payable to the surviving spouse with custody of the child or to the child's legally appointed guardian.

"Child care center" means a facility that is licensed, run according to law (including laws and regulations applicable to child care facilities), and provides care and supervision for children in a group setting on a regular, daily basis. A "child care center" does not include a hospital or the child's home, or care provided during normal school hours while a child is attending grades one through twelve.

The benefit would be paid once a year for not more than five years, or until the dependent child enters the first grade, whichever happens first. At the end of each twelve-month period following your death, bills must be submitted for reimbursement. A twelve-month period starts when the dependent child enters a child care center for the first time after your death or on the first of the month following your death if the child was enrolled before your death.

## Coma Benefit

If, as a result of a covered accident, you or a covered dependent is injured and becomes comatose within 31 days of the accident and remains comatose beyond that 31-day period, an additional benefit will be payable. A person is considered "comatose" or in a coma if he or she is in a profound stupor or state of complete and total unconsciousness as a result of an accident.

The benefit will be 1% of the principal sum per month from the end of the waiting period until the earliest of insured's death, recovery from the coma, or the end of the 11th month for which this benefit is payable.

If the insured dies or remains comatose after this coma benefit is payable for 11 straight months, a lump sum will be payable equal to the principal sum payable under the policy for accidental death reduced by other amounts payable. Benefits would not be paid for accidental death.

### Insurance Company

The plans provide ACCIDENT insurance only. They pay benefits for bodily injury. They do not provide coverage for sickness.

This is only a partial description of the principal provisions and definitions of the insurance coverage. It is not a contract. Complete terms and conditions will be set forth in the Group Policy Form:

No. LM 9359 (Travel Accident Insurance)

No. LG 4219 (Personal Accident Insurance)

The group policies are subject to the laws of the states in which they are issued.

UNDERWRITTEN BY:

Life Insurance Company of North America a CIGNA company.

WGI 0469

# Short-Term Disability

## Contents

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

How The Plan Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .95

When Benefits Begin and End . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .95

Benefit Amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .95

How Other Income Affects STD Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .95

Benefit Income Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .96

Related and Unrelated Periods of Disability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .96

How Benefits Are Paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .96

Short-Term Disability

WGI 0470

Short-Term Disability

# Short-Term Disability

If you are totally or partially disabled, the self-funded Short-Term Disability (STD) Plan provides you with up to 60% of your income for up to twenty-five weeks beginning one week after you are disabled.

Please refer to these pages for provisions that apply to several plans.

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
When Coverage Begins . . . . . . . . . . . . . . . . . . . . . 28
How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . 28
When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . 30
Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155

For information on paid time off and frozen sick leave, see page 10.

For information on claim denial, ERISA rights, and administrative details, please refer to the General Benefit Information chapter beginning on page 145.

## How The Plan Works

If you become totally or partially disabled while covered, you may be eligible to receive STD benefits. You may be required to prove your disability and undergo medical examinations. If a medical examination is required, it will be paid for by the Company.

"Total disability" or "totally disabled" means you are unable to perform the material and substantial duties of your own occupation, you are not working at any job for wages or profit, and you are under the regular care of a physician.

"Partial disability" or "partially disabled" means you are unable to work your normal work schedule at your own occupation, you are employed at your own occupation or at another occupation, and you are under the regular care of a physician.

## When Benefits Begin and End

STD benefits begin on the eighth consecutive day that you are totally or partially disabled.

- Your STD benefits continue until the earliest of the following:

- The day you are no longer under the care of a physician.

- The day you are no longer totally or partially disabled.

- The day a medical examination shows you are no longer totally or partially disabled.

- The day following the date on which you have received STD benefits for 25 weeks (although you may be entitled to receive benefits for less than 25 weeks if you receive benefits under the Paid Time Off Plan, holiday policy, or frozen Sick Leave policy during the period of your disability).

- The date of your death.

## Benefit Amount

The amount of your STD benefit depends on your base salary immediately before you become totally or partially disabled. Your benefits may be reduced by other income you receive, as described in the section of this document entitled, "How Other Income Affects STD Benefits."

Your "base salary" means your U.S. base salary on your last day worked before your disability began, including any compensation deferred under the 401(k) Retirement Savings Plan and the amount paid for benefits on a pre-tax basis. Your base salary does not include overtime, bonuses, or other extra compensation. Pay allowances are paid according to compensation policy and are not reduced due to STD benefits.

**To File a Claim**

*Call Corporate Human Resources at 208-386-5822 to file a Short-Term Disability Claim.*

The amount of your benefit for a total disability is 60% of your base salary. If you are partially disabled and return to work, the amount of your benefit is generally based on a formula involving your pre-disability base pay and post-disability work schedule and pay rate.

## How Other Income Affects STD Benefits

The amount of your STD benefits will be reduced by any state disability or worker's compensation payments you receive. You will not receive STD benefits if you are receiving benefits under the Paid Time Off Plan, holiday policy, or frozen Sick Leave policy, during the period of your disability. The STD plan generally provides that if you are eligible for a benefit, your total short-term disability income (including benefits from this plan and other sources) will generally equal 60% of your base salary (although benefits for a partial disability may be lower).

# Benefit Income Tax

This plan is considered to be fully-paid by the Company under Internal Revenue Service regulations. Therefore, any subsequent benefit payment you receive must be reported as taxable income in the year received. Current medical verification and tax reporting procedures can be explained by your tax advisor.

# Related and Unrelated Periods of Disability

If you suffer two or more periods of disability due to the same or related causes, the disabilities will be considered one period of disability. However, no two periods of disability will be combined as one if (a) between the periods, you have performed for wage or profit all the material and substantial duties of a job with the Company according to your normal work schedule for at least 30 days, or (b) the two periods of disability are not due to the same or related causes, and you are working at least 20 hours per week as an employee of the Company.

# How Benefits Are Paid

All benefits payable under the STD plan will be paid to you, provided you furnish acceptable proof of disability to Prudential. Your benefits will be paid to you on the regular biweekly payroll schedule, beginning as soon as practicable after you qualify for STD benefits.

Short-Term Disability

WGI 0473

# Long Term Disability

## Contents

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

How the Plan Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .99

Benefit Amounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .99

Prudential Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .100

Long-Term Disability

Long-Term Disability

WGI 0475

# Long Term Disability

Group Long-Term Disability (LTD) Insurance provides you with continuing monthly income if you are totally disabled and unable to work. When you enroll, you may elect one of two benefit amounts.

Please refer to these pages for provisions that apply to several plans:

Eligibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
Cost. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . .28
When Coverage Begins . . . . . . . . . . . . . . . . . . . . . .28
How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . .28
When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . .30
For information on claim denial, ERISA rights, and administrative details, please refer to the General Benefit Information chapter beginning on page 145.

## How the Plan Works

If you become totally disabled by injury or illness while covered, you may be eligible to receive monthly LTD benefits beginning six months after you are disabled. You must continue to pay premiums during the initial six months of disability. Your employment will be terminated at the later of exhausting your frozen sick leave and Short-Term Disability (STD) benefits or the expiration of your Family and Medical Leave.

## Benefit Amounts

LTD benefits are limited to those described in the Certificate that makes up the remainder of this chapter. If there is any discrepancy between this material and what follows, the certificate controls. The amount of your monthly LTD benefit depends on your monthly base salary immediately before you become totally disabled.

Your benefit may be reduced by social security and other income benefits you receive, as described in the following material. For part-time employees, one-half the monthly base salary is used for the calculation.

The amount of your monthly benefit also depends on the option you choose when you enroll.

• Standard option: 60% of your monthly base salary minus other income

• Premium option: 70% of your monthly base salary minus other income

The maximum monthly benefit is $17,000.

Since the Company pays a portion of the premiums, benefits are partially taxable when you receive them.

If you enroll after the initial 31-day enrollment period (during annual enrollment or due to a change in status), Prudential requires proof of good health. If proof of good health is required, coverage begins when it is approved by Prudential.

The Long-Term Disability Insurance Booklet and Certificate that follow are incorporated into this Summary Plan Description along with the chapters, How Flex Benefits Work and General Benefit Information.

## Table of Contents

BENEFIT HIGHLIGHTS–LONG TERM DISABILITY PLAN ............................................. 3

CERTIFICATE OF COVERAGE ............................................................................. 5

GENERAL PROVISIONS ................................................................................... 6
   THE CERTIFICATE
   GENERAL DEFINITIONS
   WHEN YOU ARE ELIGIBLE
   COVERAGE BEGINS
   ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN
   TEMPORARILY NOT WORKING
   CHANGES TO YOUR COVERAGE
   COVERAGE ENDS
   WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE
   PRUDENTIAL'S AGENT
   RIGHTS TO OTHER BENEFITS AND AFFECT ON YOUR EMPLOYMENT
   STATEMENTS MADE IN YOUR APPLICATION

LONG TERM DISABILITY COVERAGE–GENERAL INFORMATION ................................. 10
   COVERED CLASS(ES)
   ELIGIBILITY FOR COVERAGE
   PAYING FOR YOUR COVERAGE

LONG TERM DISABILITY COVERAGE–BENEFIT INFORMATION ................................. 11
   DEFINITION OF DISABILITY
   WHEN YOUR BENEFITS BEGIN
   ELIMINATION PERIOD
   DISABILITY PAYMENTS
   PAYMENT IF YOU ARE DISABLED AND NOT WORKING
   MONTHLY EARNINGS
   DETERMINATION OF MONTHLY EARNINGS IF YOU BECOME DISABLED DURING AN
     FMLA LEAVE OF ABSENCE
   WORK WHILE YOU ARE DISABLED
   FLUCTUATION OF DISABILITY EARNINGS
   DEDUCTIBLE SOURCES OF INCOME
   EXAMPLES OF WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME
   ZERO BENEFIT
   INCREASES FROM DEDUCTIBLE SOURCES OF INCOME
   DETERMINATION THAT YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS
   LUMP SUM PAYMENT
   HOW LONG PRUDENTIAL WILL CONTINUE TO SEND YOU PAYMENTS

(2722.2)

83500
CTC-1001          1

---

**Long-Term Disability**

# Washington Group International, Inc.

## Salaried Employees

Long Term Disability Coverage

 Prudential

## Table of Contents cont'd

LIMITED PAY PERIOD UNDER YOUR PLAN
DISABILITIES NOT COVERED UNDER YOUR PLAN
PRE-EXISTING CONDITION
AFFECT OF PRE-EXISTING CONDITION ON AN INCREASE IN BENEFITS
RULES IF YOU WERE COVERED UNDER YOUR EMPLOYER'S PRIOR PLAN
REOCCURRING DISABILITY

LONG TERM DISABILITY-OTHER BENEFITS....................................23
BENEFITS PROVIDED TO YOUR FAMILY IF YOU DIE

LONG TERM DISABILITY-CLAIM INFORMATION...........................24
NOTIFICATION OF A CLAIM
FILING A CLAIM
INFORMATION NEEDED AS PROOF OF YOUR CLAIM
WHO PRUDENTIAL WILL MAKE PAYMENTS TO
OVERPAYMENT OF YOUR CLAIM
TIME LIMITS FOR LEGAL PROCEEDINGS
INSURANCE FRAUD

LONG TERM DISABILITY-OTHER SERVICES.................................27
WORKSITE MODIFICATION
REHABILITATION PROGRAM
SOCIAL SECURITY ASSISTANCE PROGRAM

GLOSSARY...........................................................................................29

83500
CTC-1001                                                    (2722-2)

2

## Benefit Highlights

### LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you have a long period of disability. The amount you receive is based on the amount you earned before your disability began. In some cases, you can receive disability payments even if you work while you are disabled. Benefits start after the elimination period.

| | |
|---|---|
| Program Date: | January 1, 2001 |
| Contract Holder: | WASHINGTON GROUP INTERNATIONAL, INC. |
| Group Contract Number: | GN-2722 |
| Covered Classes: | All eligible Employees as determined by your Employer and as described in the Summary Plan Descriptions for your Employer's Welfare benefit plans |
| Minimum Hours Requirement: | Part-time Employees must be regularly scheduled to work at least 20 hours per week. Full-time Employees must be regularly scheduled to work at least 30 hours per week. |
| Elimination Period: | The later of 26 weeks and the length of time for which you receive loss of time benefits, salary continuation or accumulated sick leave. Benefits begin the day after the Elimination Period is completed. |
| Monthly Benefit: | Your monthly benefit depends on the Option for which you are enrolled. Standard Option: 60%* of your monthly base pay, but the maximum monthly benefit is $17,000. Premium Option: 70%* of your monthly base pay, but the maximum monthly benefit is $17,000. |

*Transition Provisions for a Pre-Existing Condition Affecting An Increase in Benefits: As described below, a pre-existing condition will apply to increases in benefits for Employees enrolling in the Standard or Premium Options who are (a) hired prior to January 1, 2001; and (b) are reported to Prudential by the Employer as:

(i) Enrolled in the Raytheon EAC 40% Long Term Disability Plan and who choose the Standard Option: the Pre-existing condition provision will not apply;

(ii) Enrolled in the Raytheon EAC 40% Long Term Disability Plan and who choose the Premium Option: the Pre-existing condition provision will apply. If a condition is deemed to be Pre-existing, benefits will be limited to 60%;

(iii) Enrolled in the Raytheon EAC 60% Long Term Disability Plan and who choose the Premium Option: the Pre-existing condition provision will apply.

83500
CBH-LTD-1001                                               (2722-2)

3

Long-Term Disability

**Long-Term Disability**

(iv) Enrolled in the Morrison Knudsen 60% Long Term Disability Plan and who choose the Premium Option; the Pre-existing condition provision will apply.

(v) Enrolled in the Morrison Knudsen or Raytheon E&C 60% Long Term Disability Plan and who choose the Standard Option; the equivalent limits satisfied under the prior plan will be credited to the time limit under the Pre-existing condition provision.

(vi) Employed by either Morrison Knudsen or Raytheon E&C who had not previously enrolled in any Long Term Disability Plan and who choose the Standard or Premium Options; the Pre-existing condition and evidence of insurability provisions will apply.

All other provisions for the Pre-Existing Condition apply. See pages 21-22.

Your benefit may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may be limited under this coverage.

**Maximum Period of Benefits:**

| Your Age on Date Disability Begins | Your Maximum Benefit Duration |
|---|---|
| Under age 61 | To your normal retirement age*, but not less than 60 months |
| Age 61 | To your normal retirement age*, but not less than 48 months |
| Age 62 | To your normal retirement age*, but not less than 42 months |
| Age 63 | To your normal retirement age*, but not less than 36 months |
| Age 64 | To your normal retirement age*, but not less than 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

*Your normal retirement age is your retirement age under the Social Security Act where retirement age depends on your year of birth.

No contributions are required for your coverage while you are receiving payments under this plan.

**Cost of Coverage:** The long term disability plan is provided to you on a contributory basis. You will be informed of the amount of your contribution when you enroll.

**The above items are only highlights of your coverage. For a full description please read this entire Group Insurance Certificate.**

83500
CBH-LTD-1001

(2722-2)

4

---

# The Prudential Insurance Company of America

## Certificate of Coverage

The Prudential Insurance Company of America (referred to as Prudential) welcomes you to the plan.

This is your Certificate of Coverage as long as you are eligible for coverage and you meet the requirements for becoming insured. You will want to read this certificate and keep it in a safe place.

Prudential has written this certificate in booklet format to be understandable to you. If you should have any questions about the content or provisions, please consult Prudential's claims paying office. Prudential will assist you in any way to help you understand your benefits.

The benefits described in this Certificate of Coverage are subject in every way to the entire Group Contract which includes this Group Insurance Certificate.

**Prudential's Address**

The Prudential Insurance Company of America
290 West Mount Pleasant Avenue
Livingston, New Jersey 07039

83500
CERT-1001

(S-1)

5

---

## General Provisions

### What Is the Certificate?

This certificate is a written document prepared by Prudential which tells you:

- the coverage to which you may be entitled;
- to whom Prudential will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### General Definitions used throughout this certificate include:

*You* means a person who is eligible for Prudential coverage.

*We, us,* and *our* means The Prudential Insurance Company of America.

*Employer* means a person who is in active employment with the Employer for the minimum hours requirement.

*Insured* means any person covered under a coverage.

*Plan* means a line of coverage under the Group Contract.

### When Are You Eligible for Coverage?

If you are working for your Employer in a covered class, the date you are eligible for coverage is the plan's program date.

### When Does Your Coverage Begin?

You will be covered at 12:01 a.m. on the latest of:

- the date you are eligible for coverage, if you apply for insurance within 31 days of that date;
- the date of a status change, if you apply for insurance within 31 days of the date of the status change; or
- the date Prudential approves your application, if *evidence of insurability* is required.

Evidence of Insurability is required if you:

- are a late applicant, which means you apply for coverage more than 31 days after the date you are eligible for coverage; or
- voluntarily cancelled your coverage and are reapplying; or
- apply after any of your coverage ended because you did not pay a required contribution; or
- have not met a previous evidence requirement to become insured under any plan the Employer has with Prudential.

An evidence of insurability form can be obtained from your Employer.

83500
CGP-1001 (as modified by GRP 99927)                     (S-1) (2722-2)

6

---

*Active employment* means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be regularly scheduled to work at least 20 hours per week if you are a part-time Employee, or 30 hours per week if you are a full-time Employee.

Your worksite must be:

- your Employer's usual place of business;
- an alternate work site at the direction of your Employer other than your home unless clear specific expectations and duties are documented; or
- a location to which your job requires you to travel.

Normal vacation or paid time off is considered active employment.

Temporary and seasonal workers are excluded from coverage

Individuals whose employment status is being continued under a severance or termination agreement will not be considered in active employment.

*Evidence of Insurability* means a statement of your medical history which Prudential will use to determine if you are approved for coverage. Evidence of Insurability will be provided at your own expense.

### What If You Are Absent from Work on the Date Your Coverage Would Normally Begin?

If you are absent from work due to disability your coverage will begin on the date you return to active employment.

GAP 9907

### Once Your Coverage Begins, What Happens If You Are Temporarily Not Working?

You will not be covered during any *leave of absence* (except for a leave of absence under FMLA). Your coverage will end on your last day of active employment.

With respect to leave under the federal Family and Medical Leave Act of 1993 (FMLA) or similar state law, continuation of coverage under the plan during such leave will be governed by your Employer's policies regarding continuation of such coverage for non-FMLA leave purposes and any applicable law. Continuation of such coverage pursuant to this provision is contingent upon Prudential's timely receipt of premium payments and, if requested by Prudential, written confirmation of your FMLA leave by your Employer.

If you are a part-time Employee regularly scheduled to work less than 20 hours per week, or a full-time Employee regularly scheduled to work less than 30 hours per week, for reasons other than disability, coverage ends the date you are no longer eligible.

*Leave of absence* means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer, other than for reasons in connection with any severance or termination agreement. Your normal vacation time, paid time off, or any period of disability is not considered a leave of absence.

83500
CGP-1001 (as modified by GRP 99927)                     (S-1) (2722-2)

7

**Long-Term Disability**

**Long-Term Disability**

## When Will Changes to Your Coverage Take Effect?

Once your coverage begins, any increased or additional coverage will take effect immediately upon the effective date of the change, if you are in active employment or if you are on an FMLA leave of absence. For changes made during annual enrollment, the effective date is January 1; for changes made within 31 days of a qualified change in status, the effective date is the date of the marriage, birth, or other status change. If you are not in active employment due to injury or sickness, any increased or additional coverage will begin on the date you return to active employment. An increase in your long term disability coverage may be subject to a pre-existing condition limitation as described in the plan. Any decrease in coverage will take effect immediately upon the effective date of the change. Neither an increase nor a decrease in coverage will affect a *payable claim* that occurs prior to the increase or decrease.

*Payable claim* means a claim for which Prudential is liable under the terms of the Group Contract.

## When Does Your Coverage End?

Your coverage under the Group Contract or a plan ends on the earliest of:

- the date the Group Contract or a plan is canceled;
- the date you are no longer a member of the covered classes;
- the date your covered class is no longer covered;
- the last day of the period for which you made any required contributions;
- the last day you are in active employment except as provided under the temporary absence from work provisions; or
- the date you are no longer in active employment due to a disability that is not covered under the plan.

GRP 99927

## Does the Coverage under a Plan Replace or Affect Any Workers' Compensation or State Disability Insurance?

The coverage under a plan does not replace or affect the requirements for coverage by workers' compensation or state disability insurance. However, benefits from those sources are deducted from your gross disability payment under this plan.

## Does Your Employer Act as Prudential's Agent?

For purposes of the Group Contract, your Employer acts on its own behalf. Under no circumstances will your Employer be deemed the agent of Prudential.

83500
CGP-1001 (as modified by GRP 99927)          8

(S-1) (2722-2)

## Does This Certificate Address Any Rights to Other Benefits or Affect Your Employment with Your Employer?

This certificate sets forth only the terms and conditions for coverage and receipt of benefits for Long Term Disability. It does not address and does not confer any rights, or take away any rights, if any, to other benefits or employment with your Employer. Your rights, if any, to other benefits or employment are solely determined by your Employer. Prudential plays no role in determining, interpreting, or applying any such rights that may or may not exist.

## How Can Statements Made in Your Application for this Coverage be Used?

Prudential considers any statements you or your Employer make in a signed application for coverage a representation and not a warranty. If any of the statements you or your Employer make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

If a statement is used in a contest, a copy of that statement will be furnished to you or, in the event of your death or incapacity, to your eligible survivor or personal representative.

A statement will not be contested after the amount of insurance has been in force, before the contest, for at least two years during your lifetime.

We will use only statements made in a signed application as a basis for doing this.

If the Employer gives us information about you that is incorrect, we will:

- use the correct facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium based on the correct facts.

GRP 99927

83500
CGP-1001 (as modified by GRP 99927)          9

(S-1) (2722-2)

# Long Term Disability Coverage

**General Information**

**Who Is in the Covered Class(es) for the Insurance?**

The Covered Classes are:

All eligible Employees as determined by your Employer and as described in the Summary Plan Descriptions for your Employer's Welfare benefit plans.

**How Many Hours Must You Work to be Eligible for Coverage?**

You must be regularly scheduled to work at least 20 hours per week if you are a part-time Employee, or 30 hours per week if you are a a full-time Employee, as determined by your Employer.

**Who Pays for Your Coverage?**

Your coverage is paid for by you and your Employer. Your Employer will inform you of the amount of your contribution when you enroll.

83500
CGI-LTD-1001

(S-1) (2722-2)

10

---

# Long Term Disability Coverage

**BENEFIT INFORMATION**

**How Does Prudential Define Disability?**

You are disabled when Prudential determines that:

- you are unable to perform the *material and substantial duties* of your *regular occupation* due to your *sickness or injury*; and

- you have a 20% or more loss in your *indexed monthly earnings* due to that *sickness* or *injury*.

After 12 months of payments, you are disabled when Prudential determines that due to the same sickness or injury, you are unable to perform the duties of any *gainful occupation* for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by doctors, other medical practitioners or vocational experts of our choice. Prudential will pay for these examinations. We can require examinations as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Prudential Representative. Refusal to be examined or interviewed may result in denial or termination of your claim.

*Material and substantial duties* means duties that:

- are normally required for the performance of your regular occupation; and

- cannot be reasonably omitted or modified, except that if you are required to work on average in excess of 40 hours per week, Prudential will consider you able to perform that requirement if you are working or have the capacity to work 40 hours per week.

*Regular occupation* means the occupation you are routinely performing when your disability occurs. Prudential will look at your occupation as it is normally performed instead of how the work tasks are performed for a specific employer or at a specific location.

*Gainful occupation* means an occupation, including self employment, that is or can be expected to provide you with an income equal to at least 60% of your indexed monthly earnings within 12 months of your return to work. But, if you enrolled for the Premium Option, it means an occupation, including self employment, that is or can be expected to provide you with an income equal to at least 70% of your indexed monthly earnings within 12 months of your return to work.

*Sickness* means any disorder of your body or mind, but not an injury; pregnancy including abortion, miscarriage or childbirth. Disability must begin while you are covered under the plan.

83500
CGI-LTD-1049 (as modified by GRP 99928)

(2722-2)

11

---

**Long-Term Disability**

WGI 0482

**Long-Term Disability**

*Injury* means a bodily injury that is the direct result of an accident and not related to any other cause. Injury which occurs before you are covered under the plan will be treated as a sickness. Disability must begin while you are covered under the plan.

*Indexed monthly earnings* means your monthly earnings as adjusted on each July 1 provided you were disabled for all of the 12 months before that date. Your monthly earnings will be adjusted on that date by the lesser of 10% or the current annual percentage increase in the Consumer Price Index. Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-W) is published by the U.S. Department of Labor. Prudential reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-W.

Indexing is only used to determine your percentage of lost earnings while you are disabled and working.

## How Long Must You Be Disabled Before Your Benefits Begin?

You must be continuously disabled through your *elimination period*. Prudential will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is the later of 26 weeks and the length of time for which you receive loss of time benefits, salary continuation or accumulated sick leave.

*Elimination period* means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Prudential.

## Can You Satisfy Your Elimination Period If You Are Working?

Yes, provided you meet the definition of disability.

## When Will You Begin to Receive Disability Payments?

You will begin to receive payments when we approve your claim, providing the elimination period has been met. We will send you a payment each month for any period for which Prudential is liable.

## How Much Will Prudential Pay If You Are Disabled and Not Working?

We will follow this process to figure out your *monthly payment*.

1. If you are enrolled for the Standard Option, multiply your monthly base pay by 60%. If you are enrolled for the Premium Option, multiply your monthly base pay by 70%.

2. The maximum *monthly benefit* is $17,000.

3. Compare the answer in Item 1 with the maximum monthly benefit. The lesser of these two amounts is your *gross disability payment*.

4. Subtract from your gross disability payment any *deductible sources of income*.

That amount figured in Item 4 is your monthly payment.

83500
CBH-LTD-1049 (as modified by GRP 99928)    12    (2722-2)

---

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30th of your payment for each day of disability.

*Monthly payment* means your payment after any deductible sources of income have been subtracted from your gross disability payment.

*Monthly benefit* means the total benefit amount for which you are insured under this plan subject to the maximum benefit.

*Gross disability payment* means the benefit amount before Prudential subtracts deductible sources of income and disability earnings.

*Deductible sources of income* means income from deductible sources listed in the plan that you receive or are entitled to receive while you are disabled. This income will be subtracted from your gross disability payment.

## What Is Your Monthly Base Pay?

Monthly base pay means your monthly base pay (for part-time Employees as defined by your Employer, one half base pay) from your Employer in effect just prior to your date of disability, including any compensation deferred under a retirement savings plan and that amount paid for benefits on a pre-tax basis. It does not include income received from bonuses, overtime pay, allowances, area differentials, any other extra compensation, or income received from sources other than your Employer.

## What Will We Use to Determine Monthly Base Pay If You Become Disabled During an FMLA Leave of Absence?

If you become disabled while you are on an FMLA leave of absence, we will use your monthly base pay from your Employer in effect just prior to the date your absence begins.

## How Much Will Prudential Pay If You Work While You Are Disabled?

We will send you the monthly payment if you are disabled and your monthly *disability earnings*, if any, are less than 20% of your indexed monthly earnings due to the same sickness or injury.

If you are disabled and your monthly disability earnings are 20% or more of your indexed monthly earnings, due to the same sickness or injury, Prudential will figure your payment as follows:

During the first 12 months of payments, while working, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 100% of indexed monthly earnings.

83500
CBH-LTD-1049 (as modified by GRP 99928)    13    (2722-2)

1. Add your monthly disability earnings to your gross disability payment.
2. Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 100% of your indexed monthly earnings, Prudential will not further reduce your monthly payment.

If the answer from Item 1 is more than 100% of your indexed monthly earnings, Prudential will subtract the amount over 100% from your monthly payment.

After 12 months of payments, while working, you will receive payments based on the percentage of income you are losing due to your disability.

1. Subtract your monthly disability earnings from your indexed monthly earnings.
2. Divide the answer in Item 1 by your indexed monthly earnings. This is your percentage of lost earnings.
3. Multiply your monthly payment by the answer in Item 2.

This is the amount Prudential will pay you each month.

If your monthly disability earnings exceed 80% of your indexed monthly earnings, Prudential will stop sending you payments and your claim will end.

Prudential may require you to send proof of your monthly disability earnings on a monthly basis. We will adjust your payment based on your monthly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records, including copies of your IRS federal income tax return, W-2's and 1099's, which we believe are necessary to substantiate your income.

*Disability earnings* means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your greatest extent possible. This would be, based on your restrictions and limitations:

• During the first 12 months of disability payments, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.

• Beyond 12 months of disability payments, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

Salary continuance paid to supplement your disability earnings will not be considered payment for work performed.

## What Happens If Your Disability Earnings Fluctuate?

If your disability earnings are expected to fluctuate widely from month to month, Prudential may average your disability earnings over the most recent 3 months to determine if your claim should continue subject to all other terms and conditions in the plan.

If Prudential averages your disability earnings, we will terminate your claim if the average of your disability earnings from the last 3 months exceeds 80% of indexed monthly earnings.

We will not pay you for any month during which disability earnings exceed the above amount.

83500
CBN-LTD-1049 (as modified by GRP 98928)   14   (2722-2)

## What Are Deductible Sources of Income?

Prudential will deduct from your gross disability payment the following deductible sources of income:

1. The amount that you receive or are entitled to receive as loss of time benefits under:
   (a) a workers' compensation law;
   (b) an occupational disease law; or
   (c) any other *act or law* with similar intent.

2. The amount that you receive or are entitled to receive as loss of time disability income payments under any:
   (a) state compulsory benefit act or law;
   (b) automobile liability insurance policy;
   (c) other group insurance plan; or
   (d) governmental retirement system as the result of your job with your Employer.

3. The amount that you, your spouse and children receive or are entitled to receive as loss of time disability payments because of your disability under:
   (a) the United States Social Security Act;
   (b) the Railroad Retirement Act;
   (c) the Canada Pension Plan;
   (d) the Quebec Pension Plan; or
   (e) any similar *plan or act*.

Amounts paid to your former spouse or to your children living with such spouse will not be included.

4. The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving payments under:
   (a) the United States Social Security Act;
   (b) the Railroad Retirement Act;
   (c) the Canada Pension Plan;
   (d) the Quebec Pension Plan; or
   (e) any similar plan or act.

Benefits paid to your former spouse or to your children living with such spouse will not be included.

83500
CBN-LTD-1049 (as modified by GRP 98928)   15   (2722-2)

Long-Term Disability

5. The amount that you:

   (a) receive as disability payments under your Employer's *retirement plan*;

   (b) voluntarily elect to receive as retirement or early retirement payments under your Employer's retirement plan; or

   (c) receive as retirement payments when you reach normal retirement age, as defined in your Employer's retirement plan.

   Disability payments under a retirement plan will be those benefits which are paid due to disability and do not reduce the retirement benefits which would have been paid if the disability had not occurred.

   Retirement payments will be those benefits which are paid based on your Employer's contribution to the retirement plan. Disability benefits which reduce the retirement benefits under the plan will also be considered as a retirement benefit.

   Amounts received do not include amounts rolled over or transferred to any eligible retirement plan. Prudential will use the definition of eligible retirement plan as defined in Section 402 of the Internal Revenue Code including any future amendments which affect the definition.

6. The amount you receive under the maritime doctrine of maintenance, wages and cure. This includes only the "wages" part of such benefits.

7. The amount that you receive from a partnership, proprietorship or any similar draws.

8. The amount that you receive, due to your disability, from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise.

9. The amount of lost or time benefits that you receive or are entitled to receive under any *accumulated sick leave*.

With the exception of retirement payments, or amounts that you receive from a partnership, proprietorship or any similar draws, Prudential will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security Income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

*Law, plan or act* means the original enactment of the law, plan or act and all amendments.

*Retirement plan* means a defined contribution plan or defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions.

*Salary continuation or accumulated sick leave* means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Group Contract. The continued payment must be part of an established plan or payroll practice maintained by your Employer for the benefit of an employee covered under the Group Contract. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account as such, in calculating your monthly payment.

83500
GB4-LTD-1049 (as modified by GRP 99928)    16    (2722-2)

## What Are Not Deductible Sources of Income?

Prudential will not deduct from your gross disability payment income you receive from, but not limited to, the following sources:

• 401(k) plans;

• profit sharing plans;

• thrift plans;

• tax sheltered annuities;

• stock ownership plans;

• non-qualified plans of deferred compensation;

• pension plans for partners;

• military pension and disability income plans;

• credit disability insurance;

• franchise disability income plans;

• a retirement plan from another Employer, such as the Raytheon Engineers & Constructors, Inc. Retirement Plan;

• individual retirement accounts (IRA).

## What If Subtracting Deductible Sources of Income Results in a Zero Benefit? (Minimum Benefit)

The minimum monthly payment is $100.00.

Prudential may apply this amount toward an outstanding overpayment.

## What Happens When You Receive Certain Increases from Deductible Sources of Income?

Once Prudential has subtracted any deductible source of income from your gross disability payment, Prudential will not further reduce your payment:

• due to a cost of living increase from that source; or

• by the amount of any increase in your Social Security income.

83500
GB4-LTD-1049 (as modified by GRP 99928)    17    (2722-2)

## What If Prudential Determines that You May Qualify for Deductible Income Benefits?

1. If we determine that you may qualify for benefits under item 1, 2 or 3 in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amount if such benefits have not been awarded.

However, we will NOT reduce your payment by the estimated amount under item 1, 2 or 3 in the deductible sources of income section if you:

- apply for the benefits;

- appeal any denial to all administrative levels Prudential states are necessary, and

- sign Prudential's Reimbursement Agreement form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or

- that benefits have been denied and all appeals Prudential states are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

2. If we determine that you may qualify for benefits under item 9 in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amount if such benefits have not been received.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount received; or

- that benefits have been denied. In this case, a lump sum refund of the estimated amount will be made to you.

GRP 99926

## What Happens If You Receive a Lump Sum Payment?

If you receive a lump sum payment from any deductible source of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

## How Long Will Prudential Continue to Send You Payments?

Prudential will send you a payment each month up to the maximum period of payment. Your maximum period of payment is:

| Your Age on Date Disability Begins | Your Maximum Period of Benefits |
| --- | --- |
| Under age 60 | To your normal retirement age*, but not less than 60 months |
| Age 61 | To your normal retirement age*, but not less than 48 months |
| Age 62 | To your normal retirement age*, but not less than 42 months |

83500
CBIL-TD-1048 (as modified by GRP 99928)    18    (2722-2)

| Age 63 | To your normal retirement age*, but not less than 36 months |
| --- | --- |
| Age 64 | To your normal retirement age*, but not less than 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

*Your normal retirement age is your retirement age under the Social Security Act where retirement age depends on your year of birth, as follows:

| Year of Birth | Social Security Normal Retirement Age |
| --- | --- |
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| After 1959 | 67 |

We will stop sending you payments and your claim will end on the earliest of the following:

1. During the first 12 months of payments, when you are able to work in your regular occupation on a part-time basis but you choose not to. After 12 months of payments, when you are able to work in any gainful occupation on a part-time basis but you choose not to.

2. The end of the maximum period of payment.

3. The date you are no longer disabled under the terms of the plan.

4. The date you fail to submit proof of continuing disability satisfactory to Prudential.

5. The date your disability earnings exceed the amount allowable under the plan.

6. The date you die.

7. The date you decline to participate in a rehabilitation program that Prudential considers appropriate for your situation and that is approved by your doctor.

Maximum period of payment means the longest period of time Prudential will make payments to you for any one period of disability.

Part-time basis means the ability to work and earn 20% or more of your indexed monthly earnings.

83500
CBIL-TD-1048 (as modified by GRP 99928)    19    (2722-2)

**Long-Term Disability**

**Long-Term Disability**

## What Disabilities Have a Limited Pay Period Under Your Plan?

Disabilities due to a sickness or injury which, as determined by Prudential, are primarily based on *self-reported symptoms* have a limited pay period during your lifetime.

Disabilities which, as determined by Prudential, are due in whole or part to *mental illness* also have a limited pay period during your lifetime.

The limited pay period for self-reported symptoms and mental illness combined is 24 months during your lifetime.

Prudential will continue to send you payments for disabilities due in whole or part to mental illness beyond the 24 month period if you meet one or both of these conditions:

1. If you are *confined to a hospital or institution* at the end of the 24 month period, Prudential will continue to send you payments during your *confinement.*

   If you are still disabled when you are discharged, Prudential will send you payments for a recovery period of up to 90 days.

   If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Prudential will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. In addition to item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Prudential will send payments during the length of this confinement.

Prudential will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Prudential will not apply the mental illness limitation to dementia if it is a result of:

• stroke;

• trauma;

• viral infection;

• Alzheimer's disease; or

• other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment an standardly accepted in the practice of medicine.

*Self-reported symptoms* means the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures and clinical examinations standardly accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headache, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy.

*Mental illness* means a psychiatric or psychological condition regardless of cause. Mental illness includes but is not limited to schizophrenia, depression, manic depressive or bipolar illness, anxiety, somatization, substance related disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other

(2722.2)

83500
CBI-LTD-1049 (as modified by GRP 99928)    20

---

qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment as standardly accepted in the practice of medicine.

*Confined or confinement* for this section means a hospital stay of at least 8 hours per day.

*Hospital or institution* means an accredited facility licensed to provide care and treatment for the condition causing your disability.

## What Disabilities Are Not Covered Under Your Plan?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

• intentionally self-inflicted injuries;

• active participation in a riot; or

• commission of a felony for which you have been convicted under state or federal law.

Your plan does not cover a disability which:

• begins within 12 months of the date your coverage under the plan becomes effective, and

• is due to a pre-existing condition.

Your plan does not cover a disability due to war, declared or undeclared, or any act of war.

Prudential will not make a payment for any period of disability during which you are incarcerated as a result of a conviction.

04R 9918

## What Is a Pre-Existing Condition?

You have a pre-existing condition if:

1. You received medical treatment, consultation, care or services including diagnostic measures, took prescribed drugs or medicines, or followed treatment recommendation in the 3 months just prior to your effective date of coverage or the date an increase in benefits would otherwise be available, or

2. You had symptoms for which an ordinarily prudent person would have consulted a health care provider in the 3 months just prior to your effective date of coverage or the date an increase in benefits would otherwise be available.

## How Does a Pre-Existing Condition Affect an Increase in Your Benefits?

If there is an increase in your benefits due to an amendment of the plan, or your enrollment in another plan option, a benefit limit will apply if your disability is due to a pre-existing condition.

You will be limited to the benefits you had on the day before the increase if your disability begins during the 12 month period starting with the date the increase in benefits would have been effective. The increase will not take effect until your disability ends.

(2722.2)

83500
CBI-LTD-1049 (as modified by GRP 99928)    21

## Long Term Disability Coverage

**Other Benefit Features**

**What Benefits Will be Provided to Your Family If You Die?**
**(Survivor Benefit)**

When Prudential receives proof that you have died, we will pay your *eligible survivor* a lump sum benefit equal to 6 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

*Eligible survivor* means your spouse, if living; otherwise, your children under age 25.

83500
COTB–LTD-1001

23

(S-11/2722-2)

---

### How Does the Pre-Existing Condition Work If You Were Covered Under Your Employer's Prior Plan?

Special rules apply to pre-existing conditions, if this long term disability plan replaces your Employer's prior plan and:

- you were covered by that plan on the day before this plan became effective, and
- you became covered under this plan within thirty-one days of the effective date.

The special rules are:

1. If the Employer's prior plan did not have a pre-existing condition exclusion or limitation, then a pre-existing condition will not be excluded or limited under this plan.

2. If the Employer's prior plan did have a pre-existing condition exclusion or limitation, then the limited time does not end after the first 12 months of coverage. Instead it will end on the date any equivalent limit would have ended under the Employer's prior plan.

3. If the change from your Employer's prior plan to this plan of coverage would result in an increase in your amount of benefits, the benefits for your disability that is due to a pre-existing sickness or injury will be paid as described on pages 1-2, under Monthly Benefit.

### What Happens If You Return to Work Full-time and Your Disability Occurs Again?

If you have a *recurrent disability*, as determined by Prudential, we will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under this plan for the period between your prior claim and your current disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of the plan as your prior claim. Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all of the plan provisions.

If you become covered under any other group long term disability plan, you will not be eligible for payments under the Prudential plan.

*Recurrent disability* means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Prudential made a Long Term Disability payment.

83500
CBHL-TD-1049 (as modified by GRP 99928)

22

(2722-2)

**Long-Term Disability**

# Long-Term Disability Coverage

## CLAIM INFORMATION

### When Do You Notify Prudential of a Claim?

We encourage you to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner. Written notice of a claim should be sent within 30 days after the date your disability begins. However, you must send Prudential written proof of your claim no later than 90 days after your elimination period ends. If it is not possible to give proof within 90 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity. If you have submitted a short term disability claim to Prudential, and your disability has been continuous, you do not need to notify us again.

The claim form is available from your Employer, or you can request a claim form from us. If you do not receive the form from Prudential within 15 days of your request, send Prudential written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

GRP 99829

### How Do You File a Claim?

You and your Employer must fill out your own section of the claim form and then give it to your attending doctor. Your doctor should fill out his or her section of the form and send it directly to Prudential.

### What Information is Needed as Proof of Your Claim?

Your proof of claim, provided at your expense, must show:

(1) That you are under the *regular care* of a *doctor*.

(2) The appropriate documentation of your monthly earnings.

(3) The date your disability began.

(4) Appropriate documentation of the disabling disorder.

(5) The extent of your disability, including restrictions and limitations preventing you from performing your regular occupation or gainful occupation.

(6) The name and address of any hospital or institution where you received treatment, including all attending doctors.

(7) The name and address of any doctor you have seen.

We may request that you send proof of continuing disability, satisfactory to Prudential, indicating that you are under the regular care of a doctor. This proof, provided at your expense, must be received within 30 days of a request by us.

In some cases, you will be required to give Prudential authorization to obtain additional medical information, and to provide non-medical information as part of your proof of claim, or proof of

83500
CCLM-LTD-1001 (as modified by GRP 99829)                                                (S-1)

24

---

continuing disability. Prudential will deny your claim or stop sending you payments if the appropriate information is not submitted.

*Regular care* means:

• you personally visit a doctor as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and

• you are receiving the most appropriate treatment and care, which conforms with generally accepted medical standards, for your disabling condition(s) by a doctor whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

*Doctor* means:

a person who is performing tasks that are within the limits of his or her medical license, and

• is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or

• has a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or

• is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Prudential will not recognize any relative including, but not limited to, you, your spouse, or a child, brother, sister, or parent of you or your spouse as a doctor for a claim that you send to us.

### Who Will Prudential Make Payments To?

Prudential will make payments to you.

### What Happens If Prudential Overpays Your Claim?

Prudential has the right to recover any overpayments due to:

• fraud;

• any error Prudential makes in processing a claim; and

• your receipt of deductible sources of income.

You must reimburse us in full. We will determine the method by which the repayment is to be made.

Prudential will not recover more money than the amount we paid you.

### What Are the Time Limits for Legal Proceedings?

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

83500
CCLM-LTD-1001 (as modified by GRP 99829)                                                (S-1)

25

# Long Term Disability Coverage

## OTHER SERVICES

### How Can Prudential Help Your Employer Identify and Provide Worksite Modification?

A worksite modification might be what is needed to allow you to perform the material and substantial duties of your regular occupation with your Employer. One of our designated professionals will assist you and your Employer to identify a modification we agree is likely to help you remain at work or return to work. This agreement will be in writing and must be signed by you, your Employer and Prudential.

When this occurs, Prudential will reimburse your Employer for the cost of the modification up to the greater of:

- $1,000; or
- the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

### How Can Prudential's Rehabilitation Program Help You Return to Work?

Prudential has a rehabilitation program available. A rehabilitation program means a program designed to assist you to return to work.

As your file is reviewed, medical and vocational information will be analyzed to determine if rehabilitation services might help you return to work.

Once this initial review is completed by our rehabilitation program specialists working along with your doctor and other appropriate specialists, Prudential may elect to offer you and pay for a return to work program. If the return to work program is not developed by Prudential's rehabilitation program specialists, you must receive written approval from Prudential for the program before it begins.

The return to work program may include, but is not limited to, the following services:

- coordination with your Employer to assist you to return to work;
- evaluation of adaptive equipment to allow you to work;
- child care during your return-to-work program;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training;
- retraining for a new occupation; or
- assistance with relocation that may be part of an approved return to work program.

83500
COTS-LTD-1001                                                                27                                        (S-1)

---

### How Will Prudential Handle Insurance Fraud?

Prudential wants to ensure you and your Employer do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Prudential promises to focus on all means necessary to support fraud detection, investigation and prosecution.

In some jurisdictions, if you knowingly and with intent to defraud Prudential, file an application or a statement of claim containing any materially false information or conceal for the purpose of misleading, information concerning any fact material thereto, you commit a fraudulent insurance act, which is a crime and subjects you to criminal and civil penalties. These actions will result in denial or termination of your claim, and, where such laws apply, are subject to prosecution and punishment to the full extent under any applicable law. Prudential will pursue all appropriate legal remedies in the event of insurance fraud.

83500
CCLM-LTD-1001 (as modified by GRP 98929)                28                                        (S-1)

Long-Term Disability

**Long-Term Disability**

If at any time, you decline to take part in or cooperate in a rehabilitation evaluation/assessment or program that Prudential feels is appropriate for your disability and that has been approved by your Doctor, we will cease paying your monthly benefit.

### How Can Prudential's Social Security Claimant Assistance Program Help You With Obtaining Social Security Disability Benefits?

Prudential can arrange for expert advice regarding your Social Security disability benefits claim and assist you with your application or appeal, if you are disabled under the plan.

Receiving Social Security disability benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

83500
COTS-LTD-1001

28

(S-1)

---

## Glossary

**Active employment** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be regularly scheduled to work at least 20 hours per week if you are a part-time Employee, or 30 hours per week if you are a full-time Employee.

Your worksite must be:

- your Employer's usual place of business;
- an alternate work site at the direction of your Employer other than your home unless clear specific expectations and duties are documented; or
- a location to which your job requires you to travel.

Normal vacation is considered active employment.

Temporary and seasonal workers are excluded from coverage.

Individuals whose employment status is being continued under a severance or termination agreement will not be considered in active employment.

**Confined or confinement** for this section means a hospital stay of at least 8 hours per day.

**Contract holder** means the Company to whom the Group Contract is issued.

**Deductible sources of income** means income from deductible sources listed in the plan that you receive or are entitled to receive while you are disabled. This income will be subtracted from your gross disability payment.

**Disability earnings** means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your greatest extent possible. This would be, based on your restrictions and limitations.

During the first 12 months of disability payments, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.

Beyond 12 months of disability payments, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

Salary continuance paid to supplement your disability earnings will not be considered payment for work performed.

**Doctor** means:

- a person who is performing tasks that are within the limits of his or her medical license, and
- is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- has a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

83500
CGL-1001

29

(2722-2)

Prudential will not recognize any relative including but not limited to you, your spouse, or a child, brother, sister, or parent of you or your spouse as a doctor for a claim that you send to us.

**Eligible survivor** means your spouse, if living, otherwise, your children under age 25.

**Elimination period** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Prudential.

**Employee** means a person who is in active employment with the Employer for the minimum hours requirement.

**Employer** means the contract holder, and includes any division, subsidiary or affiliate.

**Employment waiting period** means the continuous period of time that you must be in a covered class before you are eligible for coverage under a plan. The period must be agreed upon by the Employer and Prudential.

**Evidence of Insurability** means a statement of your medical history which Prudential will use to determine if you are approved for coverage. Evidence of Insurability will be provided at your own expense.

**Gainful occupation** means an occupation, including self employment, that is or can be expected to provide you with an income equal to at least 60% of your indexed monthly earnings within 12 months of your return to work. But, if you are enrolled for the Premium Option, it means an occupation, including self employment, that is or can be expected to provide you with an income equal to at least 70% of your indexed monthly earnings within 12 months of your return to work.

**Gross disability payment** means the benefit amount before Prudential subtracts deductible sources of income and disability earnings.

**Hospital or Institution** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**Indexed monthly earnings** means your monthly earnings as adjusted on each July 1 provided you were disabled for all of the 12 months before that date. Your monthly earnings will be adjusted on that date by the lesser of 10% or the current annual percentage increase in the Consumer Price Index. Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-W) is published by the U.S. Department of Labor. Prudential reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-W.

Indexing is only used to determine your current earnings of lost earnings while you are disabled and working.

**Injury** means a bodily injury that is the direct result of an accident and not related to any other cause. Injury which occurs before you are covered under the plan will be treated as a sickness. Disability must begin while you are covered under the plan.

**Insured** means any person covered under a coverage.

**Law, plan or act** means the original enactment of the law, plan or act and all amendments.

83500
CGL-1001
30
(2722-2)

**Leave of absence** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer, other than for reasons in connection with any severance or termination agreement. Your normal vacation time, paid time off, or any period of disability is not considered a leave of absence.

**Material and substantial duties** means duties that:

* are normally required for the performance of your regular occupation; and

* cannot be reasonably omitted or modified, except that if you are required to work on average in excess of 40 hours per week, Prudential will consider you able to perform that requirement if you are working or have the capacity to work 40 hours per week.

**Maximum period of payment** means the longest period of time Prudential will make payments to you for any one period of disability.

**Mental Illness** means a psychiatric or psychological condition regardless of cause. Mental Illness includes but is not limited to schizophrenia, depression, manic depressive, or bipolar illness, anxiety, somatization, substance related disorders, and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment as standardly accepted in the practice of medicine.

**Monthly base pay** means your monthly base pay (for part-time Employees as defined by your Employer, one half base pay) from your Employer in effect just prior to your date of disability, including any compensation deferred under a retirement savings plan and that amount paid for benefits on a pre-tax basis, if applicable. It does not include income received from bonuses, overtime pay, allowances, area differentials, any other extra compensation, or income received from sources other than your Employer.

**Monthly benefit** means the total benefit amount for which you are insured under this plan subject to the maximum benefit.

**Monthly payment** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**Part-time basis (LTD)** means the ability to work and earn 20% or more of your indexed monthly earnings.

**Payable claim** means a claim for which Prudential is liable under the terms of the Group Contract.

**Plan** means a line of coverage under the Group Contract.

**Pre-existing condition** means:

* a condition for which you received medical treatment, consultation, care or services including diagnostic measures, took prescribed drugs or medicines or followed treatment recommendation for your condition during the given period of time as stated in the plan; or

* you had symptoms for which an ordinarily prudent person would have consulted a health care provider during the given period of time as stated in the plan.

**Recurrent disability** means a disability which is:

* caused by a worsening in your condition, and

* due to the same cause(s) as your prior disability for which Prudential made a Long Term Disability payment.

83500
CGL-1001
31
(2722-2)

Long-Term Disability

WGI 0492