# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Charles C. Hitchens, Sr.,                          :
          Plaintiff,                     :
                                :     Civil Action No.: 1:05-cv-379 (SLR)
      v.                                         :
                                :
Washington Group International, Inc.,               :
Administrator, Washington Group                    :
International Short Term Disability (STD)           :
Plan, Broadspire National Services, Inc.           :
f/k/a Kemper National Services, Inc.,              :
Broadspire Services, Inc. f/k/a Kemper             :
Services, Inc., Broadspire Inc., f/k/a Kemper :
Services, Inc., Plan Administrators of the         :
STD Plan,                                          :
                Defendant.                   :

## APPENDIX TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT VOLUME VI OF VIII
### (WGI 0493-0516)

**Long-Term Disability**

*Regular care* means:

- you personally visit a doctor as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and

- you are receiving the most appropriate treatment and care, which conforms with generally accepted medical standards, for your disabling condition(s) by a doctor whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

*Regular occupation* means the occupation you are routinely performing when your disability occurs. Prudential will look at your occupation as it is normally performed instead of how the work tasks are performed for a specific employer or at a specific location.

*Retirement plan* means a defined contribution plan or defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions.

*Salary continuation or accumulated sick leave* means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Group Contract. This continued payment must be part of an established plan or payroll practice maintained by your Employer for the benefit of an employee covered under the Group Contract. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account as such, in calculating your monthly payment.

*Self-reported symptoms* means the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures and clinical examinations standardly accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headache, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy.

*Sickness* means any disorder of your body or mind, but not an injury; pregnancy including abortion, miscarriage or childbirth. Disability must begin while you are covered under the plan.

*We, us, and our* means The Prudential Insurance Company of America.

*You* means a person who is eligible for Prudential coverage.

83500
GDL-1001

32

(2722-2)

2722, LTD, Salaried Employees, Ed. 1-2001, 2
Released 4-27-2001

# Flexible Spending Accounts (FSAs)

## Contents

Pre-Tax Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

How the Plans Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .119

　　Tax Advantages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .119

　　　　Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .119

Health Care Flexible Spending Account (FSA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .119

　　Minimum/Maximum Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .120

　　Eligible Dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .120

　　Expenses Eligible for Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .120

　　Expenses Not Eligible for Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .120

Dependent Day Care Flexible Spending Account (FSA) . . . . . . . . . . . . . . . . . . . . . . . . . . .121

　　Minimum/Maximum Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .121

　　Eligible Dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .121

　　Expenses Eligible for Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .121

　　Expenses Not Eligible for Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .121

　　Dependent Care Tax Credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .122

Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .122

　　How You Are Reimbursed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .122

IRS Restrictions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .123

COBRA Continuation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .147

Flexible Spending Accounts

WGI 0495

# Flexible Spending Accounts (FSAs)

Flexible Spending Accounts

Please refer to these pages for provisions that apply to several plans.

Pre-Tax Contributions . . . . . . . . . . . . . . . . . . . . . . . . 25
Eligibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . 28
How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . . 28
When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . 28
When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . 30
COBRA Continuation . . . . . . . . . . . . . . . . . . . . . . . 147
Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155

For information on claim denial, ERISA rights, and administrative details, please refer to the General Benefit Information chapter beginning on page 145.

## How the Plans Work

Flexible Spending Accounts (FSAs) enable you to pay for eligible health care and/or dependent care expenses with tax-free dollars. Here are a few highlights of the FSAs:

- You may use one or both of the FSAs.

- You authorize the Company to set aside money from your paycheck before taxes are taken out.

- The Company deposits the money (up to maximum limits) in the account(s).

- You incur an eligible expense, pay for it, submit your reimbursement request and are reimbursed with the tax-free dollars that were set aside.

- Once each year, during annual enrollment, you determine the annual amount you want to contribute to your account(s). You can change your FSA contributions during the year only for changes in status consistent with the contribution change as described on page 30.

- You save money because you do not pay taxes on the amount that goes in or comes out of your account.

- You can deposit up to $5,000, tax-free, in your Health Care FSA and/or your Dependent Day Care FSA to pay for eligible expenses. (IRS limitations may apply to your Dependent Day Care FSA. See "Minimum/Maximum Contributions" for details.)

- Any money left in your FSAs at the end of the year is forfeited. (See "IRS Restrictions" for more information.)

Aetna's website offers useful resources, including an online worksheet that automatically calculates the amount you can save with pretax FSAs: www.aetna.com.

Unfortunately, Puerto Rico law does not allow FSAs.

## Tax Advantages

Before you receive each paycheck, your contributions are automatically directed to your FSA(s) before income taxes (federal, social security and most state taxes) are taken out. Through bypassing the taxes in this way, you increase your spendable income, as shown in the following examples.

## Example

Pat and Terry have a combined household income of $50,000 a year. They expect to have $2,000 in unreimbursed health care expenses and $4,400 in eligible dependent care expenses for their child in the coming year. If they contribute $6,400 to the FSAs to pay for their eligible expenses, they will increase their spendable income by $1,472. Here's how it works. (Note: This example is for illustration only. For more information on how the FSA and tax credit affect your situation, please consult a tax advisor.)

|  | With FSA | Without FSA |
| --- | --- | --- |
| Gross Income | $50,000 | $50,000 |
| FSA Contributions |  | -$0 |
| Health Care | $2,000 | $0 |
| Dependent Care | $4,400 | $0 |
| Taxable Income | $43,600 | $50,000 |
| Taxes | $10,028 | $11,500 |
| After-tax Health Care and Dependent Care Expenses | -$0 | -$6,400 |
| Spendable Income | $33,572 | $32,100 |
| Additional Spendable Income with Tax-free Contributions | $1,472 | — |

## Health Care Flexible Spending Account (FSA)

You can use the Health Care FSA to reimburse yourself with pre-tax dollars for eligible expenses that are not covered through your medical, dental, or vision coverage. You don't have to be covered under a Company-sponsored medical, dental, or vision plan to use the Health Care FSA.

Any expenses you submit for your dependents are reimbursable only if you would be able to claim their health

Flexible Spending Accounts

**The FSAs are administered by Aetna. Call Members Services for more answers to your questions 800-752-0513.**

care expenses on your federal income tax return.

## Minimum/Maximum Contributions

The minimum amount you may contribute to the Health Care FSA is $5 per pay period; the maximum is $5,000 per calendar year. The law does not allow you to change your amount due to a mistake.

## Eligible Dependents

For the Health Care FSA, your "dependents" are those you claim as dependents for federal income tax purposes. That means a relative, or anyone whose primary residence is your home and who is a member of your household (as long as you provide more than one-half of the individual's support).

## Expenses Eligible for Reimbursement

Health care expenses that are considered tax deductible by the IRS (but not taken as a tax deduction) and are **not** otherwise paid by your medical, dental, vision, or long-term care plans are reimbursable through your Health Care FSA. For example, the following expenses are generally eligible for reimbursement:

- Copayments and coinsurance for medical, dental and vision plan
- Deductibles for medical and dental plans
- Dental care
- Emergency room visits
- Hearing care (including hearing aids)
- Hospital charges
- Immunizations and well-baby care
- Lab and x-ray exam costs
- Lasix eye surgery
- Orthodontia (braces) if medically necessary
- Mental health care
- Prescription drugs
- Routine physicals or exams
- Smoking cessation programs, if recommended by a doctor for health improvement
- Surgical expenses
- Vision care (including eyeglasses, contact lenses, and contact lens disinfectant and cleaners)
- Visits to a doctor or clinic

## Charges Not Eligible for Reimbursement

There are certain types of health care expenses that are not reimbursable (even when prescribed or recommended by your doctor). For example, some ineligible expenses are:

- Elective cosmetic surgery.
- Dancing, swimming and other types of lessons, even if recommended by your doctor for the general improvement of your health.
- Drugs that are available without a prescription, even if they were formerly available only with a prescription.
- Expenses incurred after your participation in the plan has terminated.
- Expenses incurred before you are enrolled in the FSA or after the end of the plan year (December 31).
- Health club programs, including resort hotels, health clubs or gyms or steam baths for your general health.
- Health-related home improvements, such as air conditioning or swimming pools.
- Household help, even if recommended by your doctor because you or your spouse is physically unable to do housework.
- Illegal operations, treatments or drugs.
- Items such as toothpaste, cosmetics and bottled water.
- Long-term care insurance premiums and expenses.
- Marriage counseling.
- Programs for losing weight, even if recommended by your doctor for your general health.
- Travel expenses for health care, except for transportation costs directly related to and primary for receiving medical care.
- Premiums paid for health insurance.

IRS Publication 502 was written to help taxpayers determine what medical expenses can be deducted on Schedule A to Form 1040. Although it was not written for Health Care FSAs, 502 can be helpful because FSA reimbursable expenses must qualify as a type of expense that is deductible under Code §213. However, there are other federal FSA restrictions, such as excluding premiums for health and long-term care coverage, that are not addressed there. Unfortunately, there is no other IRS Publication applicable to FSAs. IRS Publication 502 is available from your local IRS office or on the internet at:

www.irs.ustreas.gov/forms_pubs/pubs/p502toc.htm.

WGI 0497

# Dependent Day Care Flexible Spending Account (FSA)

## Minimum/Maximum Contributions

The minimum amount you may contribute to the Dependent Day Care FSA is $5 per pay period. The IRS restricts the maximum amount you may set aside; the figure is based on your marital status, annual income and tax filing status, among other factors. The chart below will help you determine the maximum amount you may set aside each calendar year. It is your responsibility to ensure you do not exceed it. The law does **not** allow you to change your amount due to a mistake.

If your spouse does not work, but is either disabled or a full-time student, the IRS considers your spouses earnings to be:

* $200 a month if you have one eligible dependent, or

* $400 a month if you have more than one eligible dependent.

| If You Are: | Your Maximum Dependent Day Care FSA Contribution is: |
| --- | --- |
| Single | $5,000 |
| Married | The lessor of:<br>• Your income<br>• Your spouse's income<br><br>• **$5,000** if filing joint returns or<br>**$2,500** if filing separate returns |

## Eligible Dependents

According to IRS regulations, "eligible dependents" for the Dependent Day Care FSA include:

* A dependent child under age 13, or

* A dependent (of any age) who is physically or mentally incapable of caring for himself or herself and is claimed as a dependent for federal income tax purposes. This may include your spouse, a parent, or grandparent who is unable to care for himself or herself. For adults to qualify, they must spend at least eight hours a day in your home.

## Expenses Eligible for Reimbursement

If you are single, the IRS offers Dependent Day Care FSAs as a way to ease the financial burden of costs to care for a dependent while you are at work. If you are married, dependent care expenses are also reimbursable if your spouse works, goes to school full-time at least five months a year, or is disabled.

Dependent care expenses that are necessary for you (and your spouse) to work are reimbursable.

All dependent care expenses that are eligible for a tax credit by the IRS (but not taken as a tax credit) are reimbursable through your Dependent Day Care FSA. For example, the following expenses are generally eligible for reimbursement:

* Charges made by a qualified dependent care center that meets local regulations, provides care for more than six people and receives payment for services.

* Services of dependent care providers or companions (except if the care is provided by your child under age 19 or someone else you claim as a dependent) who receive payment for services, including social security or unemployment taxes you pay on their behalf.

* The portion of a payment to an educational facility for care beyond educational requirements.

* Wages, meals and lodging for household help such as a housekeeper, cook or maid if their services are provided at least partly for the eligible dependent.

## Expenses Not Eligible for Reimbursement

There are certain dependent care expenses that are not reimbursable. For example:

* Any expenses you plan to take as a dependent care tax credit on your income tax return.

* Care provided in full-time residential institutions, such as nursing homes and homes for the mentally disabled.

* Dependent care for periods of time when you are not at work.

* Dependent care provided by your spouse, by your other children under age 19 or by another one of your dependents.

* Dependents who could be cared for by your employed spouse whose work hours do not coincide with yours.

* Expenses incurred after your participation in the plan has terminated.

* Expenses incurred before you are enrolled in the FSA or after the end of the plan year (December 31).

* Overnight camps.

* Services paid for by another organization or provided without cost.

* Transportation to or from the dependent care location.

* Tuition, such as for kindergarden.

For a complete list of eligible and ineligible dependent care expenses according to IRS regulations, refer to IRS Publication 503 which is available from your local IRS office or on the internet at:

www.irs.ustreas.gov/forms_pubs/pubs/p503toc.htm.

WGI 0498

## *Dependent Care Tax Credit*

If you have eligible dependent care expenses, you may be eligible for a Dependent Care Tax Credit when you file your federal and state income tax returns. The tax credit ranges from 20% to 30% of expenses up to:

- $2,400 for one eligible dependent.

- $4,800 for two or more eligible dependents.

The tax credit you'll receive is based on your adjusted gross income; the higher your income the smaller the tax credit. If you decide to take the tax credit for certain dependent care expenses, you cannot use your FSA to pay for those same expenses.

Although you cannot use both to cover the *same expense*, you may find it useful to use both the Dependent Care Tax Credit and the Dependent Day Care FSA. For example, if you reimburse yourself for a certain amount from your Dependent Day Care FSA, you may take the remaining as a tax credit. In other words, the amount you direct into your spending account will be subtracted from your tax credit. But, don't forget that when combining approaches, you cannot exceed these maximum amounts:

- Dependent Day Care FSA: $5,000 (less if you are married and file separately).

- Dependent Care Tax Credit: $2,400 for one eligible dependent; $4,800 for two or more eligible children.

Generally, the Dependent Day Care FSA is more advantageous to most individuals than taking the Dependent Care Tax Credit. However, the method that provides the best tax savings for you depends on your adjusted gross income, number of eligible dependents and tax filing situation. Consult a tax advisor to determine which alternative is best for you.

Regardless of which approach you choose, IRS rules require that you provide the following information on your income tax return and FSA reimbursement form. You must provide your dependent care provider's:

- Name

- Address

- Social security number or taxpayer identification number.

*If you do not provide this information, your Dependent Day Care FSA contributions will be subject to federal, state and social security taxes.*

# Reimbursement

The rules described below apply to all reimbursements:

- You may submit claims for eligible expenses for services rendered only during the plan year, regardless of when you pay them. For example, if you visit the doctor on December 20, 2001 and you pay the bill on January 15, 2002, you will be reimbursed for the expense from your 2001 account rather than your 2002 account because the service was rendered during the 2001 plan year.

- Aetna will allow reimbursement of prepaid orthodontia and maternity expenses, in most cases, at the time of payment (if proof of payment is provided). However, prepaid reimbursement can only be made for expenses related to the member's current plan year. Aetna will return reimbursement requests related to a subsequent plan year to you for resubmission.

- You have until April 20 of the following year to submit reimbursement requests for eligible expenses for services rendered during the plan year.

- You will be taxed if you do not provide the following information on your income tax return and FSA reimbursement form: your dependent care provider's name, address and social security number or taxpayer identification number (for the Dependent Day Care FSA only).

To request a reimbursement from your FSA(s), you must attach the original bills to your completed <u>healthcare</u> or <u>dependent care</u> FSA reimbursement form and send them to:

> Aetna
> P.O. Box 129104
> San Diego, CA 92112-9104

To ensure proper reimbursement, your bill should include:

- Reason for the expense.

- Summary of reimbursement received from other sources (if appropriate).

- Person or facility performing the service.

- Date of the service.

- Cost of the service.

- Tax identification number or social security number (for the Dependent Day Care FSA only).

If you are enrolled in an Aetna-administered medical and/or dental plan, you can make an annual election to have your eligible expenses automatically processed for reimbursement from your FSA. You may use the *Change in Status form* to change this election anytime during the year. When your claims are processed under the medical or dental plan, you will be reimbursed for your portion under the Health Care FSA. Automatic reimbursement includes your copayment under the mail order prescription drug program as well as copayments under the Managed Choice and PPO medical options, with the exception of pharmacy copayments.

Documentation requirements for prepaid maternity and orthodontia services are:

- Completed claim form with service dates/year and dollar amount claimed,

- Proof of payment, such as a canceled check, credit card receipt, or bill from the provider indicating payment(s),

- For orthodontia, include the Explanation of Benefits from the dental insurance company or the orthodontia treatment contract, and

- For maternity, include the Explanation of Benefits from the medical insurance company indicating the patient's out-of-pocket expense amount.

If you terminate or otherwise become ineligible, you will not be reimbursed for health care or dependent care expenses incurred after your termination date or date of ineligibility. However, if you continue your Health Care FSA on an after-tax basis through COBRA (see page 147), you can receive reimbursement for eligible health care expenses incurred after your termination but during the current calendar year.

## *How You Are Reimbursed*

Reimbursements from your Health Care FSA are handled differently than your Dependent Day Care FSA:

- Health Care FSA: When you submit a claim for reimbursement from this account, you will be reimbursed up to your full annual contribution, regardless of your current account balance.

- Dependent Day Care FSA: When you submit a claim for reimbursement from this account, the amount of reimbursement will depend on the value of your account balance at the time of the claim:

  - If your claim is for less than the balance of your Dependent Day Care FSA, you will be reimbursed for the full amount.

  - If your claim is for more than the balance of your Dependent Day Care FSA, you will be reimbursed up to the amount in your account. You will be reimbursed for the remainder of your claim (up to your full annual contribution) as more money is deposited into your account.

# IRS Restrictions

Because FSAs offer significant tax advantages, the IRS requires that you also adhere to the following restrictions:

- If you don't use all of the money contributed to an FSA for eligible expenses incurred during the plan year, you must forfeit it at the end of the year. So estimate your expenses carefully.

- Your FSA elections do not carry forward to the following year – you must make new elections to participate each year.

- If you discontinue your contributions to an FSA for any reason (i.e., termination, retirement, ineligible pay status, change in status), you will be reimbursed only for expenses incurred before your contributions ceased. You forfeit the remaining balance at the end of the year.

- If you are rehired within the same calendar year and within 31 days of your termination, your prior FSA election will be reinstated.

- Your marital status and tax filing status will determine your maximum Dependent Day Care FSA contribution.

- Unless your status changes as described on page 30, you cannot increase, decrease or stop the amount you contribute until the next annual enrollment period.

- You cannot transfer money between your Health Care and Dependent Day Care FSAs. That means you cannot use money deposited in your health care account for dependent care expenses or vice versa. They will be kept completely separate.

- The IRS has established certain rules so that the FSAs do not discriminate in favor of highly compensated employees. If you are a highly compensated employee, as defined by the IRS, your contributions to the FSAs may be limited. You will be notified if these provisions affect you.

**Flexible Spending Accounts**

# 401(k) Retirement Savings Plan

## Contents

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Enrollment or Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

When Coverage Ends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

How the Plan Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .127

    Your Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .128

    Company Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .128

    Your Service with the Company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .129

    Tax Advantages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .129

    Investment Strategy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .129

    Investment Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .130

    Your Elections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .133

    When And How You Receive Your Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .134

Account Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .137

Naming a Beneficiary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .137

Loss or Reduction of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .137

Non-Insured Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .137

Top-Heavy Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .137

401(k) Retirement Savings Plan

401(k) Retirement Savings Plan

WGI 0503

# 401(k) Retirement Savings Plan

The 401(k) Retirement Savings Plan is an important part of your total retirement program*. It enables you to save for your future needs, receive a company matching contribution on your savings, and direct the investment of your account. The plan is also designed to give you tax advantages. With the plan's growth potential, flexibility and investment opportunities, the 401(k) Retirement Savings Plan should be an important part of your overall retirement planning. This plan is for **retirement** savings. There are restrictions and tax penalties on withdrawing the money before retirement.

## Why save?

Because personal savings and investments represent a significant source of retirement income for most people, few can afford not to save for retirement. A general rule of thumb is that individuals need 60% to 80% of their pre-retirement annual income to maintain their lifestyle in retirement. Social Security income typically falls short of this goal. For example, Social Security accounted for less than one-fourth of the income received by retirees with at least $33,777 in income in 1996.



**Sources of Retirement Income**
(For those age 65 or older with at least $33,777 in annual income in 1996)



Social Security 21%
Earned Income 31%
Other Income 2%
Savings and Investments 25%
Retirement Plans 21%

Source: Social Security Administration

Younger investors may be even more reliant on personal savings. As the population ages, the ratio of workers to retirees is expected to plunge, and some predict that Social Security payments may decrease. In addition, the average life expectancy continues to increase, adding to the number of years spent in retirement.

Because your investment earnings will compound over time, the earlier you begin saving for retirement, the faster your money will grow.

Please refer to these pages for provisions that apply to several plans.

Eligibility..................................26
Cost.......................................26
Enrollment or Change.......................28
When Coverage Begins.......................30
When Coverage Ends.........................30
Glossary..................................155

For information on ERISA rights, and administrative details, please refer to the General Benefit Information chapter beginning on page 145.

## How the Plan Works

Your 401(k) Retirement Savings Plan provides tax incentives to encourage you to save. Section 401(k) of the Internal Revenue Code allows you to save tax-deferred money for retirement. This means you don't pay federal or most state income taxes on your savings until you receive the money.

To begin saving through the 401(k) Retirement Savings Plan, you'll need to decide how much to contribute, select the appropriate investment funds and call T. Rowe Price at 800-922-9945. Be sure to designate your beneficiary. Your payroll deductions will begin as soon as practical after your enrollment is processed.

### *Your Contributions*

Your contributions are before tax and based on a percentage of your pay. "Pay," in this case, means base salary, overtime and certain types of bonuses. Your contribution percentage applies to pay received each paycheck.

### Before-Tax Contributions

Each pay period, you may contribute up to 35% of your pay before taxes are calculated, subject to several federal restrictions:

- Before-tax contributions are subject to federal nondiscrimination requirements, which may require that contributions by higher-paid employees be reduced. Affected employees will be notified. Contributions in excess of the amount that is allowable under the nondiscrimination requirements will generally be returned to employees within $2^{1}/_{2}$ months of the end of the year in which the contributions were made.

- A separate federal annual maximum contribution limit applies to employee contributions to 401(k) plans, tax

---

*In Puerto Rico, please refer to information describing the Retirement Savings Plan for Puerto Rico-Based Employees.

**T. Rowe Price provides recordkeeping and trustee services for the 401(k) Retirement Savings Plan.
If you have questions, call T. Rowe Price at 800-922-9945.
If you do not have your PIN number, press #0 to speak to a representative.**

**401(k) Retirement Savings Plan**

sheltered annuities (TSAs), and simplified employee pensions (SEPs). **The 2002 limit is $11,000.** Any 401(k) contributions you may have made to another employer's plan count against this limit. If you have contributed more than this limit, it is your responsibility to notify the human resources office by January 15 of the year following the excess contribution. Payroll will normally stop contributions when the maximum annual limit under the 401(k) Retirement Savings Plan is reached. Any contributions above this amount will be returned to you. Refunds will generally be made by March 15. Excess contributions are taxable in the year that the deferral is made and, in most cases, attributable earnings are taxable in the year that the refund is made. You will forfeit any employer match on excess contributions.

• Effective about July 1, 2002, the Company expects to offer a provision allowing employees over age 50 to make an additional $1,000 "catch up" contribution during 2002 after reaching the maximum $11,000 or 35% of pay (or the maximum percentage announced to highly compensated employees). The catch up amount increases in future years.

### Rollovers

Funds from a previous employer's qualified plan or a conduit IRA may be rolled over into this plan, subject to the Plan Administrator's approval and provided all applicable plan provisions and nondiscrimination requirements are met.

Documentation is required to demonstrate that the funds are eligible for a rollover. Work with your human resources office to ensure your documentation is complete. Once authorized, the assets are allocated to a plan account in your name called the rollover account and are fully vested and non-forfeitable at all times.

If you wish to roll funds over to the 401(k) Retirement Savings Plan, obtain a 401(k) rollover form from Corporate Human Resources.

### Transfers

If you have a fully vested account balance in another Washington Group or Westinghouse 401(k) plan, you may call Corporate Human Resources to request a voluntary transfer of your account balance, including any outstanding loans, into this plan.

By law, rollovers or transfers are not allowed between this plan and the Retirement Savings Plan for Puerto Rico Based Employees.

### After-Tax Contributions

You may not make contributions to the after-tax account. However, if you had an after-tax account before 1989 or if you transferred an after-tax account as part of a corporate acquisition or merger, earnings on your after-tax account balance will continue to grow on a tax-deferred basis until you receive the money. Earnings on after-tax contributions are eligible for rollover following a withdrawal but contributions are not.

## Company Contributions

Generally, the Company will match every dollar you contribute to the 401(k) Retirement Savings Plan, up to 5% of your eligible compensation. The Company does not match "catch up" contributions made by employees over age 50.

You may invest your contributions in any plan investment (see Investment Options). The Company match is calculated based on your year-to-date contributions so the match may continue even if your before-tax contributions reach the maximum contribution limit described earlier. For 2002, the law limits eligible compensation to $200,000, so the maximum match is $10,000.

Company contributions and their earnings are subject to vesting, as described below.

## Your Service with the Company

### Vesting Service

"Vesting" is your nonforfeitable right to receive a benefit when your service with the company ends for any reason. You are always 100% vested in your contributions, rollovers and transfers, as well as their earnings. In addition, you will become 100% vested in company contributions if, while employed by the company, you:

• Reach age 65

• Become totally disabled, or

• Die.

Otherwise, you will become vested in the Company's contributions according to the following schedule:

| Years of Vesting Service | Vested Percentage of Company Match |
|---|---|
| Less than 1 | 0% |
| 1 but less than 2 | 20% |
| 2 but less than 3 | 40% |
| 3 but less than 4 | 60% |
| 4 but less than 5 | 80% |
| 5 or more | 100% |

Beginning in 1988, you earn one year of vesting service for each payroll year that you are credited with at least 1,000 hours. For payroll years prior to 1988, vesting service was accumulated in years and days based on your service with the Company, and breaks in service complicated the calculations. Payroll years cover the hours **paid** in a calendar year.

If you previously worked for Raytheon Engineers & Constructors, Westinghouse, RMRS, MK Rail, or MK Gold, you may request service credit according to the rules of the Plan. Please complete the Request for Approval of Prior Service Credit form on the Company's intranet and forward to Corporate Human Resources.

## *How Your Account Can Grow*

Here is an example to show you the advantages of before-tax savings for retirement. Let's assume you earn $35,000, contribute 7% of your pay in the Plan, the company contributes 5%, and your investments earn 8%.



Years

■ Employee Contributions　□ Company Contributions　□ Investment Earnings

As the illustration above shows:

- After 10 years, your total account balance could be $63,200, of which you would have contributed $24,500.
- After 20 years, your total account balance could be $199,700, of which you would have contributed only $49,000.
- And, after 30 years, your total account balance could be $494,400, of which you would have contributed only $73,500.

Note that the account grows at a faster rate in the last ten years than the first ten years. This is because your earnings are compounding. The earlier you begin to make contributions, the sooner your earnings begin to compound, and the more you will accumulate.

This example is provided for illustration only and does not guarantee results. Consult your financial advisor with questions about your personal investment strategy.

## Forfeiture

If you terminate employment and you receive a distribution of your vested account balance, the non-vested portion of your account, if any, will be forfeited. If you are rehired before incurring five consecutive breaks-in-service and you repay the full amount of the distribution you received upon termination, the forfeited amount will be restored to your account. However, the non-vested portion of your account will be permanently forfeited after incurring five consecutive breaks-in-service. In addition, your non-vested portion will be permanently forfeited if you return to employment before five consecutive breaks in service but you do not repay the prior distribution within five years of your rehire.

If you terminate employment but do not receive a distribution of your vested account balance, the non-vested portion of your account will be permanently forfeited after five consecutive breaks-in-service. Your vested account balance will remain in the Plan until you request a distribution or until your account is automatically distributed (see section entitled "When and How you Receive Your Benefit"). If you are rehired before incurring five consecutive breaks-in-service, there is no forfeiture.

### Break-in-Service

A break-in-service occurs if you work fewer than 501 hours during a payroll year. When determining a break-in-service, you will be credited with hours of service while you are at work. You will also receive credit for each hour you are on military service, subject to reemployment rights under federal law, and for certain hours if you are on maternity/paternity leave.

## *Tax Advantages*

There are many advantages to saving money with before-tax dollars. When you make a contribution to the plan, your savings go into the plan before federal, and most state and local income taxes, are taken out. Your taxable income is reduced by the amount you save on a before-tax basis. Lower taxable income means lower taxes.

Not only do you postpone paying taxes on the money you contribute to the account, your investment earnings also grow tax-deferred. This means you are not taxed until you receive the money as a withdrawal or distribution.

Social Security taxes will be withheld from your total pay even though you make before-tax contributions to the plan. Your eventual Social Security benefits are not reduced for these contributions.

## *Investment Strategy*

As you review the investment options that follow, you should keep several things in mind. First, the fact that the plan offers the investment options described below does not constitute the endorsement or recommendation of any of these options by the Company or any of its employees. It is up to you to determine which investment

options best meet your needs. Second, no one investment mix is right for everyone. In determining what is right for you, T. Rowe Price suggests the following guidelines:

- Develop a reasonable long-term investment objective and stick to it.

- Take into account your ability to accept risk. Diversify in several types of investments to balance risk – don't put all your eggs in one basket.

- Generally, the greatest potential long-term gain may be associated with the greatest risk.

- Pick an appropriate investment mix and adjust it when your long-term goals or needs change.

Review the investment options carefully and choose an investment mix that meets your own objectives. For information on retirement plan investing in general and this plan's investment options in particular, call T. Rowe Price toll-free at 1-800-922-9945 or 1-800-521-0325 for the hearing impaired. International employees may call collect to 410-783-1869. Consult your financial advisor.

## Investment Options

As you save for retirement, you'll most likely need a variety of investments to carry you through a lifetime of changing goals.

To help you meet this challenge, the plan offers you a diversified family of no-load mutual funds. Each fund within the family of no-load mutual funds has a distinct investment strategy and is managed by professionals to achieve its objectives, although there is no guarantee that it will do so. Call T. Rowe Price for their fund prospectuses which contain more complete information, including charges and expenses. Read them carefully before you invest.

Return potential and risk go hand in hand. The chart shows where each T. Rowe Price fund fits on the continuum of share price stability and risk/return potential.

Some definitions can help you understand the chart, the fund descriptions that follow, and prospectuses so that you may choose investment funds to meet your needs.

- Return: The amount by which your account increases or decreases as a result of the fund's performance. Generally, the higher the risk of the investment, the greater the potential for higher returns.

- Risk: The possibility that your investment will lose or not gain value.

- Risk/Return Potential: Relationship between the degree of risk associated with an investment and the return that is expected from an investment with such a degree of risk. Investors typically demand higher returns for accepting higher levels of risk.

- Volatility: The tendency of a security or commodity to rise or fall in price within a given period of time.



T. Rowe Price provided this chart to give a general comparison of its funds. The T. Rowe Price funds, like all mutual funds, are not federally insured and the market value of their shares is not guaranteed by the U.S. Government.

There is no assurance regarding the performance of the Plan investments. The Company is not responsible for fund management, and all investment decisions are the sole decision and responsibility of the employee.

The company intends to administer the 401(k) Retirement Savings Plan as a plan under Section 404(c) of the Employee Retirement Income Security Act of 1974

and under 29 CFR §2550.404(c)-1. Under this authority, fiduciaries of the Plan may be relieved of liability for any losses which are the direct and necessary result of investment instructions given by participants or beneficiaries.

With the variety of funds offered in the plan, it's sometimes hard to figure out which ones are best for you. The Spectrum Funds provide you with a diversified portfolio of T. Rowe Price funds. Each of the Spectrum funds invests in other T. Rowe Price funds. If your goal is to maximize long-term capital appreciation, the Spectrum Growth Fund may be appropriate. If your goal is steady income over the long term, the Spectrum Income Fund may be appropriate. If you, like most investors, need both growth and income, you may consider investing in both.

The following descriptions of the investment funds were provided by T. Rowe Price Investment Services, Inc., distributor, T. Rowe Price mutual funds.

## Stability

**Prime Reserve Fund:** This fund seeks to preserve your principal investment while offering current income. It invests in high-quality money market securities, including U.S. Treasury bills. An investment in this fund is not insured or guaranteed by the FDIC or any other government agency. Although this fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

**Stable Value Fund:** This trust seeks to preserve your principal investment and offers competitive income consistent with the preservation of principal. It invests in investment contracts issued by high-quality insurance companies and banks as rated by T. Rowe Price Associates, Inc., the adviser to the trust's sponsor, T. Rowe Price Trust Company.

The Stable Value Fund is not a mutual fund. It is a common trust fund established by the T. Rowe Price Trust Company under Maryland banking law, and its units are exempt from registration under the Securities Act of 1933. Investments in the trust are not deposits or obligations of, or insured or guaranteed by, the U.S. government or its agencies or the T. Rowe Price Trust Company. Although the trust seeks to preserve the value of your investment at $1.00 per unit, it is possible to lose money by investing in the trust.

The Stable Value Fund imposes a 90-day equity wash on transfers to a competing fund. Transfers from the SVF can be made freely to any "eligible" investment option. However, because the SVF is interest-rate sensitive and is not liquid like a money market fund, direct transfers from the SVF to what are described as "competing" funds are not allowed. Money market funds and certain short-term bond funds are not eligible investment options and are considered to be "competing" funds. "Eligible" investment options include most common stock funds and any

fixed income fund with a duration that is equal to or greater than 3 years. Transfers from the SVF must remain invested in one or more eligible investment options for at least 90 days before such amounts can be transferred into a competing fund. This restriction on exchanges from the SVF is referred to as the "equity wash" provision.

**U.S. Treasury Money Fund:** This fund seeks to preserve your principal investment and offers current income. It invests primarily in short-term U.S. Treasury securities. An investment in this fund is not insured or guaranteed by the FDIC or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

## Income – Lower Risk/Return Potential

**Short-Term Bond Fund:** This fund seeks a higher level of income than is offered by money market funds. It invests primarily in investment-grade, short-term debt securities. Unlike money market funds, this fund will experience price fluctuation.

## Income – Moderate Risk/Return Potential

**GNMA Fund:** This fund seeks high income. It invests primarily in mortgage-backed securities that have the highest credit quality. This fund is neither insured nor guaranteed by the U.S. government.

**New Income Fund:** This fund seeks a higher level of income than is offered by money market or short-term bond funds, and its price will fluctuate more than the prices of those types of funds. It invests in income-producing, investment-grade, intermediate-term debt securities.

**Spectrum Income Fund:** This fund takes a diversified approach to high income. It may invest in five U.S. bond funds, two international bond funds, a money market fund, and an income-oriented stock fund. It may be less risky than a fund that invest in one type of security.

**U.S. Treasury Intermediate Fund:** This fund seeks high income. It invest in intermediate-term U.S. government-backed securities, primarily U.S. Treasuries. This fund is neither insured nor guaranteed by the U.S. government.

---

### Look at the difference a few years make!

Assume 8% return with $30 per month contributions made and compounded monthly through age 60.

This example is for illustrative purposes only. Figures are not intended to demonstrate past performance or future results of any specific security.

Start at age 25
Contribute $30/month
$69,275

Start at age 35
Contribute $30/mo.
$28,721

401(k) Retirement Savings Plan

## Income – Higher Risk/Return Potential

**High Yield Fund:** This fund seeks the highest level of current income and has a high level of risk. It invests in lower-quality, long-term corporate bonds (known as "junk bonds"). These bonds tend to be more volatile than higher-quality bonds.

**International Bond Fund:** This fund seeks overseas diversification and high income. It invests primarily in high-quality non-U.S. government and corporate bonds. It involves more risk than a U.S. bond fund because of the special risks inherent in international investing, including currency fluctuation.

**U.S. Treasury Long-Term Fund:** This fund seeks high income and should experience a high amount of fluctuation in share price. It invests in long-term U.S. government-backed securities, primarily U.S. Treasuries. This fund is neither insured nor guaranteed by the U.S. government.

## Growth– Lower Risk/Return Potential

**Capital Appreciation Fund:** This fund, one of our most conservative stock funds, seeks long-term growth while reducing downside risk. It invests primarily in undervalued stocks, which have the potential for capital appreciation as they are discovered by other investors. The fund's share price will fluctuate with changing market conditions.

**Equity Income Fund:** This fund seeks high income and long-term growth. It takes a relatively conservative approach by investing in stocks that pay above-average dividends. Stocks paying dividends generally experience less volatility than those that don't.

## Growth– Moderate Risk/Return Potential

**Equity Index 500 Fund:** This fund seeks long-term growth and income. It invests in the 500 stocks that make up the S&P 500® Index. This fund may be more volatile than a fund that can move in and out of the stock market in reaction to market conditions.

S&P 500 is a trademark of The McGraw-Hill Companies, Inc., and has been licensed for use by T. Rowe Price Index Trust, Inc. This fund is not sponsored, endorsed, sold, or promoted by Standard & Poor's, and Standard & Poor's makes no representation regarding the advisability of investing in the Equity Index 500 Fund.

**Growth & Income Fund:** This fund seeks long-term growth and income. It invests in dividend-paying stocks that have good prospects for increasing dividends. Dividend-paying stocks generally experience less volatility than growth stocks.

**Growth Stock Fund:** This fund seeks long-term growth by investing primarily in well-established growth companies. It may be more volatile than a fund that invests in undervalued stocks. Some of its investments are overseas, so it is subject to the risks of international investing, including currency fluctuation.

**International Stock Fund:** This fund seeks high long-term growth by investing in established, non-U.S. companies. This fund takes a high level of risk, but its broad diversification in developed, newly industrialized, and emerging countries may reduce its volatility.

**New Era Fund:** This fund seeks long-term growth. It invests in U.S. and foreign companies that own or develop natural resources. The stock prices of these types of companies may be irregular because they are sensitive to a slowing economy and low inflation.

**Spectrum Growth Fund:** This fund takes a diversified approach to long-term growth and income. It may invest in seven U.S. stock funds, one international stock fund, and one money market fund. This fund may involve less risk than funds that invest in one type of security.

## Growth – Higher Risk/Return Potential

**European Stock Fund:** This fund seeks high long-term growth by investing in European companies. This fund may be more volatile than other international funds because it concentrates its investments in just one area of the world.

**New America Growth Fund:** This fund seeks long-term growth. It invests in common stocks of companies operating in sectors T. Rowe Price believes will be the fastest growing in the United States. This fund may be more volatile than a growth fund that has the cushion of dividend-paying stocks.

**Small-Cap Value Fund:** This fund seeks high long-term growth. It invests in small companies that appear to be undervalued. Investing in small companies can be riskier than investing in large, well-established companies. This fund attempts to manage risk by buying stocks believed to be undervalued.

## Growth – Highest Risk/Return Potential

**New Asia Fund:** This aggressive fund seeks high long-term growth by investing in companies in Asia and the Pacific Basin, excluding Japan. This fund may be more volatile than other international funds because it invests in the emerging markets of just one area.

**New Horizons Fund:** This aggressive fund seeks high long-term growth. It invests in small-company stocks and takes a growth approach to investing. This fund is subject to the abrupt and unpredictable market movement associated with small-company stocks.

**Science & Technology Fund:** This aggressive fund seeks high long-term growth. It invests in companies expected to benefit from the development, advancement, and use of science and technology. Its share price may be more volatile than that of a fund that invests in a range of industries.

## Company Warrants and Stock

Plan investments in Company warrants and Company stock held before the Company's May 14, 2001 filing

for protection under Chapter 11 of the U.S. Bankruptcy Code are expected to be cancelled and will have no value when the Plan of Reorganization becomes effective.

## More Investment Information

The following information is available upon request by calling T. Rowe Price. It is also provided automatically as described below for those funds in which you invest:

- Semi-annual or annual reports for each of the T. Rowe Price funds include a description of the annual operating expenses which reduce the rate of return and the aggregate amount of expenses expressed as a percentage of average net assets of the investment fund. The reports also include a list of the assets comprising the portfolio of each investment fund and the value or proportion of each asset. For fixed rate investment contracts issued by banks, savings and loan associations or insurance companies, the report provides the name of the issuer of the contract, the terms of the contract, and the rate of return on the contract. For each of the funds in which you invest, T. Rowe Price automatically mails these reports to your home address.

- T. Rowe Price automatically sends a prospectus immediately after you elect to move existing balances to a new fund and immediately after you elect to have future payroll deductions deposited to a new fund. Reports for each of the funds in which you invest are mailed automatically to your home address. You may call T. Rowe Price to request reports pertaining to the underlying securities of the investment funds, and they will be provided to the extent available to the Plan.

As plan sponsor, the company votes the shares of the T. Rowe Price funds held in your account.

## Comparison of Total Return Performance

Total return is a measure of the profit or loss on an investment over a specific period of time. It includes income (dividends and interest) and price appreciation or depreciation. You need to check an investment's total return performance over many years to know its history. However, those figures do not guarantee future performance.

Call T. Rowe Price for the current share price of any investment offered under the Plan. Past and current investment performance, reported net of expenses, is provided with your quarterly statement from T. Rowe Price. The value of shares in each investment alternative in your account is shown on your quarterly statement.

Remember, when investing for the long term, you should not base your decisions on recent return figures alone. For more information about the investments, please call T. Rowe Price at 1-800-922-9945. Prospectuses with more complete information, including management fees and other expenses are available at your work location and through T. Rowe Price. Please read them carefully before you make your investment decisions.

## Your Elections

### Contribution Percentage

When you enroll, you'll decide the percentage of your pay to contribute. You may change or cancel contributions at any time by contacting T. Rowe Price at 800-922-9945 or www.troweprice.com.

### Investment Mix

Your investment allocation among the funds must total 100%*. You may change this mix of investments in your current account and/or your future investments in 1% increments. You may make these changes by calling T. Rowe Price toll-free at 1-800-922-9945 between 8:30 a.m. and 10:00 p.m. Eastern Time. The hearing impaired may call toll-free at 1-800-521-0325 between 8:30 a.m. and 7:00 p.m. Eastern Time. International employees may call collect to 410-783-1869. You may use the Internet to change investments: www.troweprice.com. Except as described below, you can change your investment elections on any business day with no limit to the frequency of changes. T. Rowe Price will mail a confirmation of your investment changes to your home address.

If the call is received before 4:00 p.m. (Eastern Time), any trade/change of T. Rowe Price funds will normally be made that day. If the call is received after 4:00 p.m. (Eastern Time), the trade will normally be made the following business day.

Please keep in mind that T. Rowe Price, like many mutual fund companies, has implemented policies to discourage excessive trading patterns used by individuals who attempt to make short term profits based on market timing or other similar trading practices. These trading practices involve multiple purchases and sales within the same fund over a short period of time. T. Rowe Price makes the determination of whether excessive trading is occurring in a T. Rowe Price mutual fund. The Plan, the Company, the plan administrator and other fiduciaries are not involved in making this determination. If T. Rowe Price determines a participant has engaged in excessive trading, T. Rowe Price may limit the participant's ability to make investment changes in a T. Rowe Price mutual fund. Such changes may include limiting or preventing additional purchases (but not sales) within the particular investment fund. If you have any questions regarding T. Rowe Price's excessive trading policy, please contact T. Rowe Price at the number listed above.

---

\* Telephone and website enrollment and changes require that you make investment elections totaling 100%. In the unlikely event that you enroll without making investment elections or that they do not total 100%, the Spectrum Income Fund may be used for the undesignated contributions. This default fund is for administrative purposes and should not be construed as an investment recommendation.

Except as identified above and as discussed in the preceding section describing each fund, there are no restrictions or penalties for moving your balance between any investment fund offered under the Plan.

## When And How You Receive Your Benefit

In general, you may receive the vested amount held in your accounts under the plan by three methods: 1) receiving a distribution, 2) making an in-service withdrawal, or 3) obtaining a loan.

### Distributions

**Lump Sum Distribution.** You are eligible to receive a distribution equal to the vested balance in all your accounts under the plan if you retire, separate from service, become totally and permanently disabled, or die. The IRS does not allow a lump sum distribution due to a change to an ineligible employment status. The IRS also does not allow a distribution to employees transferred to or hired by another company in the "controlled group" (in which the Company has at least an 80% ownership interest, for example Westinghouse Government Services Co.), but you may request a voluntary transfer of your account from this Plan into the new plan for which you become eligible if that plan accepts transfers. However, transfers are not allowed between this plan and the Retirement Savings Plan for Puerto Rico Based Employees.

All distributions will be made in cash.

The IRS imposes federal tax withholding of 20% on most distributions that are not directly transferred to another qualified retirement plan or traditional Individual Retirement Account (IRA). You have the following options for receiving your distribution:

• Receive the entire amount payable to you as a lump sum,

• Directly roll the distribution over to another qualified plan or IRA, or

• Directly roll a portion of the distribution over (as long as the amount is at least $500) and receive the remainder in a check payable to you.

To avoid the 20% withholding, you must directly roll your distribution over to a traditional conduit IRA or another qualified plan. You cannot roll your account over to a Roth IRA, a SIMPLE IRA, or an education IRA. If you do not roll your distribution over, your distribution will be subject to ordinary income taxes plus, if under age 55, a 10% penalty tax in most instances.

When your termination paperwork is processed, you will receive more information about distributions. Review it and complete the *401(k) Retirement Savings Plan Distribution* form that will be provided.

Federal law requires that distributions be made only between 30 days and 90 days after the notification of the

20% withholding requirement described below. You may waive the federal 30-day minimum requirement. The timing of your distribution depends on your distribution elections, T. Rowe Price's processing schedule, and mail time.

**Be Careful Not to Lose Money!**

The tax advantages of the 401(k) plan are designed to encourage **retirement** savings. If you take a withdrawal or distribution from this plan and don't roll it over to an IRA or qualified employer plan, **you could lose money.** In addition to ordinary income taxes, the IRS imposes a 10% penalty on a premature distribution. For example:

| | |
|---|---|
| Account balance | $1,000 |
| Sample federal and state income taxes | – 250 |
| 10% penalty | – 100 |
| Net after taxes and penalty | $ 650 |

Defaulting on a loan is a taxable distribution subject to the penalty.

*If your vested account balance exceeds $5,000,* you may defer your distribution until you reach age 65 if you are no longer an employee.

*If your vested account balance is $5,000 or less at any time that you are eligible to receive a distribution,* your vested account balance will be distributed in a lump sum without your consent if you have not made a distribution election within 90 days of your termination date.

For more information on the tax implications of your distribution, please consult your tax advisor.

### Withdrawals by Active Employees

If you are eligible to receive a withdrawal, call T. Rowe Price at 800-922-9945 to verify the amount you are able to withdraw.

#### Before-Tax Account

Because the government grants tax advantages to retirement savings, it allows you to withdraw your funds from your before-tax account only in very limited circumstances and possibly with penalties. No more than one withdrawal is permitted during any 12-month period.

For information on the tax consequences of withdrawals, consult your tax advisor.

In-service withdrawals are permitted in the following circumstances only:

• **Age 59¹/₂:** You may withdraw your money without tax penalties from your before-tax account and rollover account after age 59¹/₂. However, your withdrawals are subject to ordinary income taxes unless rolled over to a traditional conduit Individual Retirement Account (IRA) or a qualified retirement plan. Active employees

401(k) Retirement Savings Plan

wishing to make a withdrawal should call Corporate Human Resources at 208-386-5237.

The IRS imposes income tax withholding of 20% on most withdrawals that are not directly transferred to another qualified retirement plan or traditional Individual Retirement Account (IRA). You have the following options for receiving your withdrawal:

– Receive the entire amount, payable to you, as a lump sum

– Directly roll the withdrawal over to another qualified plan or IRA, or

– Directly roll a portion of the withdrawal over (as long as the amount is at least $500) and receive the remainder in a check payable to you.

- **Hardship Withdrawal:** Hardship withdrawals are limited to your rollover account and your pre-tax contributions only. By law, earnings credited to your before-tax account after December 31, 1988, cannot be withdrawn for hardship reasons. In addition to ordinary income taxes, your hardship withdrawal may be subject to a 10% penalty tax.

To qualify for a hardship withdrawal, documentation is required to prove an immediate and heavy financial need in one of these four categories:

– Medical expenses not reimbursed under a health plan

– Tuition and related educational fees for post-secondary education of participant or immediate family member for the next 12 months

– Purchase of a principal residence

– To prevent principal residence eviction or foreclosure.

Employees making hardship withdrawals must comply with the following federal requirements:

– All available withdrawals or distributions and non-taxable loans from all Company plans have been obtained,

– Withdrawal is not in excess of the amount needed, and

– The employee's contributions to this plan and all other Company qualified retirement plans are suspended for six months after the hardship withdrawal.

Note that the last restriction limits future participation in the plan. This could have an impact on Company contributions to the 401(k) since you must make contributions to receive the match. Work with Corporate Human Resources to request a hardship withdrawal.

In addition to income taxes, hardship withdrawals for reasons other than medical expenses are generally subject to a 10% tax penalty. A hardship withdrawal is not eligible for rollover. Tax withholding is not required.

### After-Tax Account

If you previously participated in the plan when after-tax

contributions were allowed and you have maintained your account, you may withdraw your after-tax money once per calendar quarter for any reason. Since you have already paid taxes on your after-tax contributions, they are not subject to any additional taxes or penalties.

The law treats **earnings** differently depending on whether the contribution being withdrawn was made before 1987 or after 1986.

- Contributions made prior to 1987 may be withdrawn without withdrawing earnings, if desired. This includes voluntary contributions made to the pre-1988 MK Retirement Plan that were transferred to the 401(k) Retirement Savings Plan. If you do not withdraw any earnings, you will not be subject to the mandatory 20% withholding rules (see Before-Tax Account).

- Withdrawals of post-1986 contributions include prorated earnings. For example, if the post-1986 after-tax account balance consists of 90% contributions and 10% earnings, any withdrawal will be considered to be 90% from contributions and 10% from earnings.

Any **earnings withdrawal** will be subject to the 20% withholding (see Before-Tax Account). To avoid the 20% withholding, you may roll over the earnings into another qualified plan or IRA; in which case you will receive a check for the amount of the withdrawal, minus the amount you rolled over. You may elect to rollover only a portion of your earnings if the amount rolled over is at least $500.



| Inflation erodes buying power | | |
|---|---|---|
| **1965** | **1995** | **2025** (4% Inflation) |
| $0.32 | $0.65 | $2.10 |
| **1965** | **1995** | **2025** (4% Inflation) |
| $0.22 | $1.39 | 4.50 |
| **1965** | **1995** | **2025** (4% Inflation) |
| $92.99 | $199.00 | $645.00 |
| **1965** | **1995** | **2025** (4% Inflation) |
| $0.64 | $4.39 | $14.00 |

Whether you want to travel, spend more time with family and friends, pursue hobbies, or relax and enjoy life more, you'll probably need more money than you think. See how the actual prices of everyday goods have increased and what an annual inflation rate of 4% would do to them in the future. Because people are living longer, your retirement savings may need to last a long time – maybe 20 years after age 65.

401(k) Retirement Savings Plan

WGI 0512

401(k) Retirement Savings Plan

Withdrawals of earnings will also be subject to ordinary income taxes unless they are rolled over to an Individual Retirement Account (IRA) or another qualified plan. If you are under age 59$\frac{1}{2}$ (or age 55 if you terminate employment) and do not roll a withdrawal of earnings over, you will likely pay a 10% penalty tax in addition to ordinary income taxes.

To request a withdrawal, complete the 401(k) In-Service Account Withdrawal form if you are an active employee. Former employees complete a distribution form.

## Loans

The Plan permits active employees to borrow from before-tax and rollover account balances (excluding the Company match) for any reason. You do not pay taxes on the money you borrow. You repay all interest and principal to your own plan account through payroll deductions. General purpose loans have a maximum term of five years, and loans to acquire your primary residence have a maximum term of 10 years. You may only have one loan outstanding at a time. You can pay off your loan at any time without a penalty.

> **Beware:** When you borrow from your account, you borrow from your future.
> • Money borrowed misses out on the power of tax-deferred compounding.
> • The interest may be lower than the potential investment return if the money remained invested.

To model or initiate a loan, contact T. Rowe Price, toll-free at 1-800-922-9945 or 1-800-521-0325 for the hearing impaired or via the Internet at www.troweprice.com. International employees may call collect to 410-783-1869. T. Rowe Price will send you the necessary paperwork to sign and return. Checks are normally mailed within two days after T. Rowe Price receives the application.

Since loan payments are made by payroll deduction, do not request a loan for which payments exceed your income or if you work intermittent hours with insufficient income in some pay periods to cover your loan payment.

### Amounts

In general, the maximum amount of your loan is 50% of your before-tax and rollover account balances, up to $50,000 in a 12-month period, as determined by IRS limits. You cannot borrow against your company contributions. The minimum loan is $1,000.

### Interest

The interest rate payable on loans is similar to a rate that would be charged by a commercial lender for a similar loan. The interest rate is fixed for the term of the loan. Interest is not tax deductible, even for residence loans.

### Repayments or Default

Repayments with interest are made back to your account

through after-tax payroll deductions every pay period. You can continue making before-tax contributions – and receive the 401(k) match – while repaying your loan. The minimum repayment amount is $10/biweekly pay period.

If you transfer to a company covered by a different 401(k) plan, you cannot continue your loan under this plan. You may request a voluntary transfer of your account, including your loan, to your new 401(k) plan as described under Rollovers or Transfers.

If you terminate from the company or change to an ineligible status and you have an outstanding loan from the plan, you have 90 days in which to repay the loan. If you request a distribution or the loan is not repaid within 90 days, it will automatically be considered a default, and it will be considered a taxable distribution (see Taxation). There is no provision for making regular loan payments following employment termination or change to an ineligible status.

If you file for bankruptcy, your loan will default 90 days from your last payment.

> **Questions about your 401(k) Retirement Savings Plan?**
> Call T. Rowe Price regarding investments and your account balance:
>
> Toll-free . . . . . . . . . . . . . . . . . . . . . . .800-922-9945
> Toll-free for hearing impaired . . . . . . .800-521-0325
> Collect for international calls . . . . . . .410-783-1869
> Internet address . . . . . . . . . . . .www.troweprice.com
> Contact your group human resources office if you have other questions. However, remember that only the Plan Administrator can interpret the terms of the 401(k) Retirement Savings Plan.

### Florida Tax

In compliance with Florida state law, a "documentary stamp tax" will be deducted when a plan loan is processed for any participant whose address of record is in Florida. The current tax rate is 35 cents per $100 or fraction thereof.

### Qualified Domestic Relations Order

If a participant's account is subject to the terms of a qualified domestic relations order (QDRO), there would be no need to accelerate the loan as long as the loan remains in the participant's account and the participant remains an active employee. However, if the parties wanted to transfer all of the participant's account including the amount of the loan balance to the alternate payee, the loan would need to be repaid before the transfer could occur.

## Taxation

The 401(k) Retirement Savings Plan is regulated extensively by federal income tax laws. The Company emphasizes that you should consult your own tax advisor before

401(k) Retirement Savings Plan

receiving a distribution, withdrawal, or loan from the plan.

Since the 401(k) Retirement Savings Plan is a qualified plan under Section 401(a) of the Internal Revenue Code, the federal government adds an extra 10% tax to early distributions, withdrawals and defaulted loans. If applicable, you will pay ordinary income tax plus the additional 10% tax. However, the additional 10% tax does not apply if you:

- Are age 55 or older and then terminate employment (including retirement) with the company,

- Are age 59½ or older,

- Roll the money over into a qualified plan or an Individual Retirement Account (IRA),

- Become totally and permanently disabled,

- Use the money to pay for certain deductible medical expenses,

- Make the withdrawal because of a Qualified Domestic Relations Order (QDRO), or

- Die.

## Account Information

You will receive a quarterly statement from T. Rowe Price, which shows your account balance and a record of transactions. For more up-to-date information, you can call T. Rowe Price toll-free at 1-800-922-9945, 24 hours a day. To speak to a representative, call Monday through Friday, 8:30 a.m. – 10:00 p.m. Eastern Time. International employees may call collect to 410-783-1869 and the hearing impaired can call 1-800-521-0325, 8:30 a.m. – 8:30 p.m. Eastern time. Call 800-541-3022 (international 410-783-1869) to activate Internet access to your account on the website at www.troweprice.com. Many education materials are also available on that website.



When you leave the company, keep T. Rowe Price informed of your current address so that you will continue to receive your statements and plan updates.

## Naming a Beneficiary

When you enroll, you must designate one or more beneficiaries. You may designate both primary and secondary beneficiaries. Secondary beneficiaries receive the balance of your account upon your death if your primary beneficiaries do not survive you.

You may change this designation at any time by using the beneficiary designation form. Complete and return the form to Corporate Human Resources.

By law, if you are married and name someone other than, or in addition to, your spouse as your primary beneficiary, your spouse must give his or her consent by signing the appropriate space on the form in the presence of a notary public.

If you name a minor or incapacitated person as your beneficiary, benefits may be paid to the beneficiary, to the beneficiary's legal representative, or to pay bills on behalf of the beneficiary.

## Loss or Reduction of Benefits

Except as described below, no person has or may create a lien on any funds, securities, or other property held under the Plan.

There are certain situations in which your benefits from the plan could be reduced or lost.

- If you are very highly paid, your contributions could be limited by law. If this applies to you, you will be notified.

- A Qualified Domestic Relations Order (QDRO) could require that a portion of your benefit go to your former spouse or dependent children. You would have no right to those funds in that event.

- If you terminate employment and you receive a distribution of your vested account balance, the non-vested portion of your account, if any, will be forfeited. (See "Forfeiture" for details.)

## Non-Insured Plan

A governmental agency known as the Pension Benefit Guaranty Corporation (PBGC) insures the benefits payable under certain plans that provide for a fixed and determinable retirement benefit. Because this plan does not provide a fixed and determinable retirement benefit, the PBGC does not include this plan within its insurance program.

## Top-Heavy Rules

Although unlikely, the plan may fail to pass "top-heavy" federal regulations governing the allocation of benefits between "key" employees and other participants. A "top-heavy" plan means that a plan provides more than 60% of its benefits for certain "key employees." In this unlikely event, benefits may be modified to provide special minimum vesting and limits on contributions. If the plan does become "top-heavy," a more detailed explanation of these provisions will be provided.

WGI 0514

401(k) Retirement Savings Plan

# Retirement Plan

## Contents

Benefit Formula . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .141

When You Can Receive Retirement Annuity Payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .142

Forms of Annuity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .143

Naming a Beneficiary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .144

Social Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .144

**Retirement Plan**

WGI 0516