## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Charles C. Hitchens, Sr.,                            :
            Plaintiff,                  :
                          :      Civil Action No.: 1:05-cv-379 (SLR)
       v.                                    :
                          :
Washington Group International, Inc.,                 :
Administrator, Washington Group                       :
International Short Term Disability (STD)             :
Plan, Broadspire National Services, Inc.             :
f/k/a Kemper National Services, Inc.,                 :
Broadspire Services, Inc. f/k/a Kemper               :
Services, Inc., Broadspire Inc., f/k/a Kemper         :
Services, Inc., Plan Administrators of the           :
STD Plan,                                             :
                 Defendant.               :


## APPENDIX TO PLAINTIFF'S MEMORANDUM OF
## LAW IN OPPOSITION TO DEFENDANTS'
## <u>MOTION FOR SUMMARY JUDGEMENT VOLUME VII OF VIII</u>
## (WGI 0517-0540)

**Retirement Plan**

WGI 0517

# Retirement Plan

This chapter describes the Morrison Knudsen Corporation Retirement Plan. If you accrued benefits under the **Raytheon Engineers & Constructors, Inc. Retirement Plan**, please contact the Raytheon Benefits Center for information about the plan and to begin receiving benefits, change your address, and/or change your beneficiary: P.O. Box 4813, Chesapeake, VA 23327-4813, (800) 358-1231.

The **Morrison Knudsen Corporation Retirement Plan** was terminated effective October 31, 1997. **Plan assets were disbursed in 1998, and many participants received lump sum distributions**. Benefit elections made at that time are irrevocable. If you failed to make a timely election, an automatic distribution was made to you. If the present value of your benefit was $5,000 or less, a lump sum distribution was made. If the present value was more than $5,000, an annuity was purchased. Attempts were made to locate missing participants. If a lump distribution was due and the participant could not be found, the distribution was forwarded to the PBGC. If the PBCG is unable to find the participant, it will hold the assets pending future contact and a distribution request.

You may have a monthly annuity from GE Capital Assurance (formerly United Pacific Life) for benefits accrued through 1987 and/or from John Hancock for trust assets disbursed in 1998. **Contact the annuity companies directly** to begin receiving benefits or to change your address or beneficiary.

**GE Capital Assurance Company**
P.O. Box 6158
Lynchburg, VA 24504
800-255-7836

**John Hancock Mutual Life Insurance Company**
Guaranteed & Stable Products
T-26, Annuity Division
P.O. Box 111
Boston, MA 02117
617-572-9510

# Benefit Formula

Generally, the monthly amount from the 1998 annuity is a percentage of your compensation multiplied by your years of service while enrolled in the plan. If you participated in the prior (pre-1988) plan, you have a prior plan annuity from the 1987 plan termination. Because service and compensation were counted in both plans, the benefit formula for purchasing the 1998 annuity subtracted the pre-1988 annuity, including any amount representing the excess asset allocation. If you withdraw your contributions made to the pre-1988 plan, your GE Capital annuity will be adjusted.

Annuity payments will be made according to the contracts that were purchased from the companies listed above, and **will not change**, except for increases to certain rehired participants as explained on page 142.

| Benefit Formula | | | | | | Age 65 Benefit | | Early Retirement Annuity Benefit |
|---|---|---|---|---|---|---|---|---|
| Basic Benefit | .01 x | Credited Service up to 30 years ___ | x | Final average pay $___ | = | $___ | | x [1.00 – (__ months to age 65* x .005)] = $___ |
| | .005 x | Credited Service 30 to 40 years ___ | x | Final average pay $___ | = | $___ | | x [1.00 – (__ months to age 65* x .005)] = + ___ |
| Plus Excess Benefit | .005 x | Credited Service up to 30 years ___ | x | Final average pay above covered compensation $___ | = | $___ | | x [1.00 – (__ months to age 65 x .005)] = $___ |
| Subtotal | | | | | | $___ | | |
| Subtract Prior Plan (Pre-1988) Annuity and Any Withdrawal Adjustment | | | | | | – ___ | | x [1.00 – (__ months to age 65 x .005)] = $___ |
| Benefit from 1998 Annuity | | | | | | $___ | | $___ |
| | | | | | | | | *If age plus service at termination is at least 80, use months to age 62 (instead of 65) for the basic benefit only. |
| **Example: Retire at age 62** | | | | | | | | **Age plus vesting service is at least 80 at employment termination.** |
| Basic Benefit | .01 x | Credited service 10 years | x | Final average pay | $4600.00 = | 460.00 | | x [1.00 – (0 months to age 62 x .005)] | 460.00 |
| Plus Excess Benefit | .005 x | Credited service 10 years | x | Final average pay | 1100.00 = | 55.00 | | x [1.00 – (36 months to age 65 x .005)] | 445.10 |
| Subtotal | | | | | | 515.00 | | | 505.10 |
| Subtract Prior Plan (Pre-1988) Annuity and Any Withdrawal Adjustment | | | | | | –225.00 | | x [1.00 – (36 months to age 65 x .005)] | –184.50 |
| Benefit From 1998 Annuity | | | | | | 290.00 | | | 320.60 |

WGI 0518

**Credited service** was used to calculate your benefit. Generally, it is the number of years that you were enrolled in Morrison Knudsen Corporation Retirement Plans between the time that you met the eligibility criteria and December 31, 1991, when the plan was frozen. Before 1982, enrollment required employee contributions; so many employees were not enrolled until 1982 when that requirement was eliminated.

**Final average pay** was also used to calculate your benefit. It was the monthly average of your eligible salaried compensation for your five highest sequential calendar years of the last ten completed years before the plan was frozen. Eligible compensation included base salary, overtime, and bonuses, and excluded project allowances and differentials, relocation compensation, and pay in excess of annual IRS limits.

**Vesting service** was not used in the normal benefit calculation. It is used to determine whether you are eligible to begin receiving retirement annuity payments before age 65 and affects the amount of those benefits. Active employees continue to accrue vesting service after the plan termination. Beginning in 1988, you earn one year of vesting service for each payroll year that you are credited with at least 1,000 hours. Before 1988, vesting service rules were complicated, and certain service was forfeited.

# When You Can Receive Retirement Annuity Payments

Your election is irrevocable after retirement. You do not have to use the same benefit commencement date for annuities from GE Capital and John Hancock. If you meet the rule of 80, an early retirement benefit from John Hancock could be greater than a normal retirement benefit from John Hancock.

**Normal Retirement:** You are eligible to receive your full benefits when you reach age 65. Annuity payments will normally start effective as of the first day of the month coinciding with or following your 65th birthday. Payments may begin while employed by the company.

**Deferred Retirement:** If you choose to receive annuity payments after you reach age 65, the payment will be increased to the actuarial equivalent amount. To estimate a deferred retirement benefit, multiply your age 65 benefit by the factor shown below for your retirement age.

### Deferred Retirement

| Age | Factor | Age | Factor | Age | Factor |
|-----|--------|-----|--------|-----|--------|
| 66 | 1.1201 | 71 | 2.0517 | 76 | 4.0663 |
| 67 | 1.2575 | 72 | 2.3363 | 77 | 4.7166 |
| 68 | 1.4153 | 73 | 2.6691 | 78 | 5.4958 |
| 69 | 1.5971 | 74 | 3.0598 | 79 | 6.4348 |
| 70 | 1.8074 | 75 | 3.5205 | 80 | 6.6740 |

**Early Retirement:** If you complete 30 years of vesting service or you reach age 55 and complete 10 years of vesting service, you are eligible to receive annuity payments after you terminate employment. The monthly payment may be lower than it would be if you retired at age 65 because you will be receiving payments earlier and will likely receive the payments longer.

Payments are generally reduced 0.5% for each month they begin before age 65. For example, if you start receiving payments at age 64, 12 months x 0.5% = 6% reduction.

If your age at your last birthday before termination plus vesting service is at least 80 when you terminate employment, the rule of 80 applies to the basic benefit portion of the John Hancock annuity. The early retirement reduction is 0.5% per month before age 62 (instead of age 65). The rule of 80 does not apply to any excess benefit or to the GE Capital annuity.

**Rehire After Early Retirement:** If you previously retired and are currently receiving monthly benefits from your GE Capital and/or your John Hancock annuities, these payments will continue to be paid even if you are rehired. You will not be allowed to suspend the benefits during your reemployment. The monthly benefits you are currently receiving cannot be reduced due to reemployment. However, the John Hancock monthly benefit may be increased upon your subsequent retirement under certain conditions.

If your benefits were reduced for early retirement and you are rehired, your John Hancock annuity may increase at your subsequent retirement to reflect your additional vesting service earned during your reemployment. GE Capital annuity payments will not change.

John Hancock will recalculate the Retirement Plan benefit effective the first of the month following your subsequent termination and offset it by 1) the GE Capital annuity and 2) the actuarial value of John Hancock payments you already received. The resulting monthly benefit from John Hancock cannot be less than the amount you are currently receiving. To calculate the actuarial monthly value of payments you already received, John Hancock will accumulate all past payments received from the Retirement Plan, the John Hancock annuity, and the GE Capital annuity, with 8% interest, then convert that value to a monthly equivalent amount in the form of a 5-year certain and life annuity using actuarial tables.

*Examples*

Assume a participant terminated employment and began receiving early retirement benefits at age 58 without meeting the rule of 80. Benefit components were multi-

Example of Rehire After Early Retirement (continued from page 142)

| | | Normal Retirement | First Retirement | Second Retirement | |
|---|---|---|---|---|---|
| | | | | Example 1 | Example 2 |
| | Age | 65 | 58 | 62 | 65 |
| | Met rule of 80 | n/a | No | Yes | n/a |
| Benefit Components | Basic benefit | $1,000.00 | 0.58* $580.00 | 1.00* $1,000.00 | $1,000.00 |
| | Excess benefit | 200.00 | 0.58* 116.00 | 0.82* 164.00 | 200.00 |
| | Gross benefit | $1,200.00 | $696.00 | $1,164.00 | $1,200.00 |
| | GE Capital annuity | -500.00 | 0.58* -290.00 | 0.58* -290.00 | 0.58* -290.00 |
| | John Hancock annuity before second retirement | $700.00 | $406.00 | | |
| Value of Payments Received | a  Gross benefit during first retirement | | | $696.00 | $696.00 |
| | b  Accumulation factor at 8% interest between 1st and 2nd retirements | | | 56.388974 | 111.65895 |
| | c  Accumulated value (a x b) | | | $39,246.73 | $77,714.63 |
| | d  Conversion factor for 5-year certain and life annuity equivalent | | | 113.2865 | 107.3383 |
| | e  Annuity equivalent value of payments received (c / d) | | | $346.44 | $724.02 |
| John Hancock Annuity Amount | Gross benefit | | | 1,164.00 | 1,200.00 |
| | Subtract GE Capital Annuity | | | -290.00 | -290.00 |
| | Subtract annuity equivalent value of payments received (e) | | | -346.44 | -724.02 |
| | Net | | | 527.56 | *cannot decrease* 185.98 |
| | John Hancock annuity after second retirement | | | $527.56 | $406.00 |
| | Plus GE Capital annuity | | | 290.00 | 290.00 |
| | Total monthly benefit after second retirement | | | $817.56 | $696.00 |

\* Early Retirement Factor 1 – (.005 x months to age 65 or 62); see worksheet on page 141 and explanation on page 142 of the handbook.

plied by the early retirement factor of 1 – (.005 x 84 months to age 65) = **0.58**. The participant was rehired at age 59. Payments from John Hancock and GE Capital continued during the reemployment.

1. In the first example, the participant subsequently terminated at age 62 and met the rule of 80. In the benefit recalculation shown above, the basic benefit was not reduced for early retirement, and the excess benefit was multiplied by 1 – (.005 x 36 months to age 65) = **0.82**. The monthly John Hancock annuity would **increase from $406.00 to $527.26**. The GE Capital annuity would not change.

2. The second example assumes the same facts as the first, except that the participant subsequently terminated at age 65. In the benefit recalculation shown above, basic and excess benefits would not be reduced. The John Hancock annuity cannot decrease to $185.98 to reflect the value of benefits received, so there is **no change**: monthly payments continue at $406. The GE Capital annuity also would not change.

# Forms of Annuity

If you have a retirement annuity, contact the annuity company to begin receiving benefits. You will receive calculations for the actuarial equivalent values for the various forms of annuity. Your election is irrevocable after retirement.

**5- or 15- Year Certain and Life:** Payments continue for as long as you live. If you die before receiving payments for at least 5 (or 15) years, your beneficiary will continue to receive benefits for the balance of the 5 (or 15) years. No benefits will be paid to your beneficiary upon your death after the 5- (or 15-) year certain period ends.

**50% (or 100%) Joint and Survivor Annuity:** Payments will continue to your joint annuitant (usually spouse) after your death. Payments to your joint annuitant will be 50% (or 100%) of the monthly amount payable during your lifetime and will continue for as long as your joint annuitant lives. If your joint annuitant dies before you, payments will cease when you die.

**Life Only:** No payments will be made to a beneficiary or joint annuitant after your death.

**Pre-Retirement Death Benefits:** If you are married and you die before receiving benefits, your surviving spouse would receive a 50% survivor annuity beginning on your earliest retirement date. If you are unmarried and die before receiving benefits, your beneficiary will not receive a death benefit.

**Lump Sum:** If the present value of your annuity is small when you begin payments, the annuity company may choose to pay it as a lump sum. If so, any amount not rolled over to an IRA or qualified employer plan would be subject to 20% federal income tax withholding. "Small" is currently defined by law as $5,000 or less, but the definition could change in the future.

Retirement Plan

WGI 0520

**Western Aircraft:** A 15-Year Certain form is available for benefits accrued under the Western Aircraft Plan before January 1, 1988. Monthly payments are made to you or your beneficiary for 15 years and are not guaranteed for life.

# Naming a Beneficiary

Contact the annuity companies directly to change your beneficiary. If you are married, your beneficiary is automatically your spouse. By law, you may name a non-spouse beneficiary only with notarized spousal consent. If no properly designated beneficiary has been named or can be found, benefits will be paid to the following people, in the following order:

- Surviving spouse
- Your estate/contingent beneficiary
- Surviving children equally
- Surviving parents equally
- Surviving brothers and sisters equally

# Social Security

In addition to your annuity payments, you may be eligible to receive social security benefits when you retire. Depending on your birthdate, full benefits begin as early as age 65 if you were born before 1938 or by age 67 if you were born after 1959. Reduced benefits may begin as early as age 62. You should apply at the nearest social security office at least three months before you want your social security benefits to begin. Take your social security card or a record of your number, your birth certificate or other evidence of age and your W-2 federal income tax statement for the previous year. If you do not have any of these documents, do not delay in applying. Contact the social security office about other documents you might use instead.

*You can request an estimate of your social security benefits. The form is available on the social security administration website: www.ssa.gov*

| | You May Not be Eligible for Full Social Security Benefits At Age 65 | |
|---|---|---|
| Birth Year | | Social Security Retirement Age |
| Before 1938 | | 65 |
| 1938 | | 65 and 2 months |
| 1939 | | 65 and 4 months |
| 1940 | | 65 and 6 months |
| 1941 | | 65 and 8 months |
| 1942 | | 65 and 10 months |
| 1943-1954 | | 66 |
| 1955 | | 66 and 2 months |
| 1956 | | 66 and 4 months |
| 1957 | | 66 and 6 months |
| 1958 | | 66 and 8 months |
| 1959 | | 66 and 10 months |
| After 1959 | | 67 |

The earliest a person can start receiving Social Security retirement benefits will remain age 62 but they will be reduced since you would be getting benefits for a longer period of time. An online chart of benefit reductions is available at www.ssa.gov.

Retirement Plan

# General Benefit Information

## Contents

Benefit Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .147

    Claim Denial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .147

COBRA Continuation of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .147

Retiree Medical/Dental Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .148

Conversion to Individual Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .149

Future of the Plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .149

Collective Bargaining Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .149

Assignment of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150

Your Employment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150

Notices and Missing Persons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150

General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150

Plan Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150

ERISA Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150

Administrative Details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .151

    Plan Year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .151

    Plan Administrator For All Plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .151

    Medical and Dental Claim Fiduciary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .151

    Agent for Service of Legal Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152

    Employer's Name, Address and Identification Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152

    Funding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152

    Fund Managers and Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152

    Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .153

General Benefit Information

General Benefit Information

WGI 0523

# General Benefit Information

## Benefit Claims

File claims as shown on page 29 within 90 days after the date of the expense causing the claim. If, through no fault of your own, you are unable to meet the 90-day deadline for filing claims, your claim will be accepted if you file as soon as possible. Claims will not be paid if they are filed more than one year after the claim was incurred. A claim is incurred when the service was rendered, not when you are billed or charged for the service.

The Claims Administrator will have the right and opportunity to have a physician of its choice examine any person for whom certification or benefits have been requested. This will be done at all reasonable times while certification or a claim for benefits is pending or under review. This will be done at no cost to you.

### Claim Denial

If you do not receive benefits from the plan to which you feel you are entitled, you should discuss the matter with the Claims Administrator.

If your claim is denied (in whole or in part), you will receive – within 90 days after receipt of the claim (an additional 90 days may be required where there are special circumstances) – a written explanation from the Claims Administrator detailing:

• The specific reasons for the denial,

• The special references in the plan document to support those reasons,

• Any additional information you could provide to support your claim and the reasons why that information is necessary, and

• The procedures available for a further review of your claim.

You have the right to appeal that denial by submitting a written appeal 60 days after your claim has been denied. You or your representative may review the plan text or contract and submit written comments.

Your appeal will receive a full and fair review and you will be notified of a decision within 60 days after your appeal has been submitted (unless special circumstances require further time for processing the review, not to exceed 60 additional days). That decision will be in writing and will include the specific reasons and the plan references on which the decision is based.

You must exhaust your claims appeal procedure before filing a suit for benefits.

Any suit for benefits must be brought within one year after the date the Claims Administrator has made a final denial (or deemed denial) of your claim. Notwithstanding any other provision herein, any suit for benefits must be brought within two years after the date the service or treatment was rendered.

## COBRA Continuation

If you were participating in a plan when your coverage ended, you and your covered dependents may be eligible to continue coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA applies to the following plans:

• Medical

• Employee Assistance Program

• Dental

• Vision Service Plan

• Health Care Flexible Spending Account (only if your contributions equal or exceed the amount of benefits paid at the time coverage ended).

COBRA allows certain employees and their eligible dependents to purchase continued coverage for up to 18 or 36 months after it would otherwise end. Specific circumstances apply as shown on the following page. You pay for this extended coverage, which is generally 100% of the average cost of providing coverage plus a 2% administrative fee. You may add dependents within 31 days of the date they become eligible, such as marriage, birth, or adoption, or during annual enrollment.

Please note that continuation of coverage is not automatic. If you lose coverage, you must take specific action to ensure continuation of coverage. If you fail to notify the Company, as described in the following table, you lose your right to continue coverage.

You or your dependent's participation may continue up to another 11 months at 150% of average cost if you or your dependent is totally disabled within 60 days of the date you terminate employment. To be eligible for this extension, you or your dependent must:

• Receive a determination of disability from the Social Security Administration that you or your dependent was disabled within 60 days of the date you lost coverage, and

• Notify the Plan Administrator within 60 days of receiving the disability determination and **before** the original 18-month period ends.

If you were covered by one or more of the plans listed above on the day before a leave taken under the Family

| Responsibility | Action | Timing |
|---|---|---|
| You or your dependent | must notify the Company if you lose your coverage as a result of:<br>– Divorce<br>– Legal separation<br>– A child losing dependent status | within 60 days of the event |
| You or your dependent | must notify the Company if you lose your coverage as a result of your:<br>– Death<br>– Termination (for any reason except gross misconduct)<br>– Reduction in hours<br>– Medicare entitlement | within 30 days of the event |
| The Company | will notify you if a termination of coverage entitles you to continued coverage under COBRA* | within 14 days after receiving notice of a qualifying event |

\* Notice to your spouse constitutes notification to any beneficiary residing with your spouse. If your spouse has a different address, either you or your spouse must provide that address to Corporate Human Resources.

This chart shows the qualifying events, who is eligible for COBRA coverage, and the length of time it will be available. COBRA coverage for your Health Care FSA is available, if at all, only through the calendar year in which your qualifying event occurs.

| If you can no longer participate | These individuals may | For this length |
|---|---|---|
| Your termination of employment (for any reason except gross misconduct) or reduction in work hours even if at the time of the qualifying event you are eligible for (or even enrolled in) Medicare | You, your covered spouse and dependent children | 18 months |
| Your death* | Your covered spouse and dependent children | 36 months |
| Your divorce* or legal separation* | Your covered spouse and dependent children | 36 months |
| Your entitlement to (enrolled in) Medicare* | Your covered spouse and dependent children | 36 months |
| Your covered dependent child is no longer eligible for participation* | Your covered dependent child | 36 months |

\* If one of these reasons for continuation of coverage occurs during the 18-month period after termination of employment or reduction of hours and you have continued coverage under COBRA, the total continuation period cannot exceed 36 months.

and Medical Leave Act and you do not return to work at the end of that leave, the qualifying event is the last day of the leave. You and/or your covered dependents may continue coverage through COBRA for up to 18 months.

Once you elect to continue participation, you will have 45 days to make the first premium payment, and you will be covered retroactively to the date coverage was lost. Payments are due monthly and must be received no later than the first of each month prior to the month you wish to participate. If you or any dependent does not make the payments on time, this benefit may be withheld. A covered person's continuation of coverage under COBRA will stop before the end of the indicated time period if:

• Payments are not paid on time (the maximum grace period is 30 days after the payment is due),

• The COBRA covered person becomes covered under another group medical plan unless such plan contains applicable limitations or exclusions regarding preexisting conditions.

• The covered person becomes entitled to Medicare benefits (except for coverage provided by this plan that is not provided by Medicare), or

• The plan ends.

The covered person must notify the Company within 30 days after becoming covered by another group health plan or entitled to Medicare.

# Retiree Medical/Dental Coverage

You may purchase continued coverage if you meet the

retiree eligibility criteria in the chapter, How Flex Benefits Work.

Retiree coverage is different than that available to active employees. Be sure to request a Summary Plan Description from the Corporate Human Resources office.

# Conversion to Individual Policies

If your coverage ends because your employment or your eligibility ends for any reason other than nonpayment, you may be able to convert some coverages to individual policies without providing proof of good health. You must make written application within 31 days of termination or loss of eligibility. Coverage under a converted policy may be different from your coverage under the applicable Company-sponsored plan and will be in accordance with the policy made available by the insurance company.

When your employment ends or you become ineligible for any reason, you cannot convert Aetna medical coverage, Blue Cross Blue Shield of Alabama medical coverage, short-term disability coverage, or long-term disability insurance to personal policies. However, you may be able to purchase a personal medical policy from an insurance company without proof of good health. For more information about insurance companies that may offer such coverage, contact your state insurance commissioner.

The table below lists information for converting your coverage to an individual insurance policy under plans that offer conversion.

# Future of the Plans

The company expects to continue the Plans in the future, but reserves the right to change or terminate them at any time.

# Collective Bargaining Unit

If you are or become represented by a collective bargaining unit, you will be eligible to participate in the Plans

| Conversion Coverage | | Additional Notes |
|---|---|---|
| **Health Maintenance Organizations**<br>Kaiser of Hawaii | 800-966-5955 | |
| **CIGNA Network Dental** | 800-367-1037 | |
| **Basic Life Insurance**<br><br>**The Prudential Insurance Company of America** | 800-523-5065<br><br><br>877-889-2070 | Amount purchased may be equal to or less than your benefit under the company-sponsored plan. You may have the right to purchase up to $2,000 coverage if the plan is discontinued and is not replaced by another insurance company within 31 days. The cost of the new coverage will depend on age at nearest birthday, gender, class of risk, and the customary rate. If death occurs during the conversion period, a benefit will be paid as if the group coverage had not ended. |
| **Group Universal Life Insurance**<br><br>Aetna will mail materials to you. | <br><br><br>800-826-7448 | Aetna will give you three options:<br>• Portable group universal life insurance<br>• Conversion to individual whole life insurance<br>• Single premium life option (paid up policy for which you pay the total cost in one lump sum)<br>The new policy will be effective at the end of the 31-day period after your coverage ends. If death occurs during the 31-day period, a benefit will be paid as if the group coverage had not ended.<br>The cost of the new coverage will depend on age (at nearest birthday), gender, class of risk, and customary rate. The maximum age is 95.<br>If you or your spouse have previously made contributions to the Cash Accumulation Fund, you may make withdrawals from the fund to pay the required premium. You may make contribution to the Cash Accumulation Fund directly to Aetna. You may leave your funds in the plan and may make loans and withdrawals. |
| **Personal Accident Insurance<br>Travel Accident Insurance**<br><br>Corporate Human Resources | <br><br><br>208-386-5467 | The individual policy will be effective on the later of the day Company-sponsored coverage ends or the day you apply for the individual policy. Coverage is not available to individuals age 70 or over. Other restrictions may apply. There is no coverage for loss of speech, hearing or paralysis. Coverage cannot exceed the amount purchased under the company-sponsored plan and cannot be less than $25,000 nor more than $250,000. Personal Accident Insurance for family members may also be converted. |

General Benefit Information

described in this handbook only if your collective bargaining contract permits it.

## Assignment of Benefits

Unless prohibited by state law, you (or your beneficiaries) may assign all rights, privileges and interests under the Group Personal Accident Insurance Plan and the Group Travel Accident Insurance Plan.

Unless otherwise required by a Qualified Domestic Relations Order (QDRO) or other court or administrative orders, you (or your beneficiaries) may not assign any rights, privileges and interests under the following plans:

- Medical Plan (except with your written consent to provide benefits to any party who has furnished care or treatment)
- Flexible Spending Accounts (FSAs)
- Basic Life Insurance (except with Aetna's and your written consent and then only as an absolute and irrevocable gift)
- Group Universal Life Insurance (except with your written consent and then only as an absolute and irrevocable gift)
- Long-Term Disability (LTD) Plan
- 401(k) Savings Plan

Additional requirements may be imposed by insurers. The effect or validity of assigning your benefits is not guaranteed. You should seek the advice of legal counsel if you are thinking about assigning your benefits. Obtain the required assignment form from your human resources office.

## Your Employment

Your eligibility or your right to benefits under these plans should not be interpreted as any guarantee of employment.

## Notices and Missing Persons

It is the responsibility of each Participant to keep the Plan Administrators fully advised as to any changes that may have a bearing on benefit entitlements. The Plan Administrators will not be responsible for failure to locate missing persons.

## General

The establishment of these Plans does not give Participants any right to any benefits except for those contained in these Plans. The records of the Company as to age, service or any other matter relating to employment history will be conclusive for purposes of these Plans, and the Company and Plan Administrators will have the right to require any Participants to provide certain information and to rely on the accuracy of that information.

The Claims Administrator and the Company assume no responsibility for the outcome of any covered services or supplies. The Claims Administrator and the Company make no express or implied warranties concerning the outcome of any covered services or supplies.

## Plan Documents

A summary of the benefits provided under each of these Plans is contained in the various sections throughout this handbook. Full details are contained in the official plan texts, documents, administrative agreements and insurance contracts. Those documents govern the operation of the plans and are the final authority for resolving questions.

## ERISA Rights

As a participant in the Plans, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

### Receive Information About Your Plan Benefits

- Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites, all documents governing the Plans, including insurance contracts, and copies of the latest annual reports (Form 5500 Series) filed by the Plans with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plans, including insurance contracts and copies of the latest annual report (Form 5500 Series), and updated summary plan description. The administrator may make a reasonable charge for the copies.

- Receive a summary of the Plans' annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of these summary annual reports.

- Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 65) and if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The Plan must provide the statement free of charge.

### Continue Group Health Plan Coverage

Continue health care coverage for yourself, spouse, or dependents if there is a loss of coverage under the health care plans as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

General Benefit Information

Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plans. The people who operate your plan, called "fiduciaries" of the Plans, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining welfare or pension benefits or exercising your rights under ERISA.

### Enforce Your Rights

If your claim for welfare or pension benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plans and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court.

If it should happen that the plan fiduciaries misuse the plans' money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

### Assistance With Your Questions

If you have any questions about your plans, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need help obtaining documents from the Plan Administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquires, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

# Administrative Details

## Plan Year

The plan year for each of the plans begins on January 1 and ends on December 31.

## Plan Administrator For All Plans

Washington Group International, Inc.
720 Park Blvd./P.O. Box 73
Boise, Idaho 83729
Telephone: (208) 386-5000

Other than for claim administration (see Medical and Dental Claim Fiduciary below), the Plan Administrator has the following power and discretionary authority, in addition to all other powers provided by the individual plans:

(a) To make and enforce such rules and regulations as it deems necessary or proper for the efficient administration of the plans, including the establishment of any claims procedures that may be required by applicable provisions of law;

(b) To interpret the plans, its interpretation thereof in good faith to be final and conclusive on all persons claiming benefits under the plans, and to decide all matters arising thereunder, including the right to make determinations of fact, and construe and interpret possible ambiguities, inconsistencies, or omissions in the plans;

(c) To decide all questions concerning the plans and the eligibility of any person to participate in the plans.

## Medical and Dental Claim Fiduciary

For the purposes of Section 503 of Title 1 of the Employee Retirement Income Security Act of 1974, as amended (ERISA), Aetna are fiduciaries with complete authority to review all denied claims for benefits under the respective medical (and dental option, for Aetna). This includes, but is not limited to, the denial of certification of medical necessity. Aetna and Blue Cross Blue Shield of Alabama shall have discretionary authority to:

General Benefit Information

- Determine whether and to what extent employees and beneficiaries are entitled to benefits, and
- Construe any disputed or doubtful terms of this plan, and
- Make factual determinations under the plan (including determinations impacting eligibility).

Aetna and Blue Cross Blue Shield of Alabama shall be deemed to have properly exercised such authority unless they abuse their discretion by acting arbitrarily and capriciously.

## Agent for Service of Legal Process

Vice President – Law
Washington Group International, Inc.
720 Park Blvd./P.O. Box 73
Boise, Idaho 83729

Service of legal process may also be made upon the Plan Administrator.

## Employer's Name, Address and Identification Number

Washington Group International, Inc.
720 Park Blvd./P.O. Box 73
Boise, Idaho 83729
E.I.N. 33-0565601

A complete list of the companies sponsoring the plans described in this handbook may be obtained upon written request to the above Plan Administrator.

## Funding

Refer to the "Funding Medium" column of the Summary table on the following page.

## Fund Manager and Trustee

401(k) Retirement Savings Plan – Fund Manager and Trustee

    T. Rowe Price Trust Company
    10090 Red Run Boulevard
    Owings Mills, Maryland 21117

401(k) Retirement Savings Plan for Puerto Rico Based Employee

Trustee:
    Banco Popular de PR
    209 Ponce de Leon Avenue
    Suite 400
    Hato Rey PR 00918

Fund Manager:
    T. Rowe Price Trust Company
    10090 Red Run Boulevard
    Owings Mills, Maryland 21117

**General Benefit Information**

*Summary*

| Plan Name | Plan No. | Plan Type | Contract Number | Funding Medium |
|---|---|---|---|---|
| Medical Plans:<br>Comprehensive Option<br>Managed Choice<br>Preferred Provider Organization<br>Safety Net Option<br>Aetna/MCS Medical and Dental Option<br>Kaiser Permanente of Hawaii<br>Blue Cross Blue Shield of Alabama | 501 | hospital, surgical and medical welfare plans | LS-ASC-372667 | Corporate general assets<br>Corporate general assets<br>Corporate general assets<br>Corporate general assets<br>Corporate general assets<br>Corporate general assets<br>insurance |
| Dental Plans<br>Aetna Comprehensive Plan<br>CIGNA Network Plan | 501 | dental welfare plans | 00363/003<br><br>LS-ASC-372667<br>2045098-01 | Corporate general assets<br>insurance: Connecticut General Life Insurance Company |
| Vision Service Plan | 501 | vision welfare plan | 07114436 | Corporate general assets |
| Employee Assistance Plan | 501 | welfare plan | MOKN 372667 | Corporate general assets |
| Basic Life Insurance | 501 | life insurance welfare plan | | insurance: The Prudential Life Insurance Company of America |
| Group Universal Life Insurance | 501 | life insurance welfare plan | GL-609908 | insurance: Aetna Life Insurance Company |
| Personal Accident Insurance | 501 | accident insurance welfare plan | OK 10376<br>ABL 63-00-12 | insurance: Life Insurance Company of North America, a CIGNA company |
| Group Travel Accident Insurance | 501 | accident insurance welfare plan | ABL 62-58-92<br>ABL 62-58-93 | insurance: Life Insurance Company of North America, a CIGNA company |
| Long-Term Disability | 502 | disability welfare plan | GN-2722 | insurance: The Prudential Insurance Company Of America |
| Flexible Spending Accounts (FSAs)<br>(Health Care FSA)<br>(Dependent Day Care FSA) | 501 | medical and dependent care welfare plan | 652270 | Corporate general assets |
| Tuition Reimbursement | 505 | | | Corporate general assets |
| Notice Pay Plan | 506 | welfare plan | | Corporate general assets |
| 401(k) Retirement Savings Plan | 001 | defined contribution pension plan | | 401(k) Retirement Savings Plan Trust |
| Retirement Savings Plan for Puerto Rico Based Employees | 006 | defined contribution pension plan | | 401(k) Retirement Savings Plan for Puerto Rico based Employees Trust |

**General Benefit Information**

WGI 0530

# Glossary

The following definitions are intended to help you understand certain terms used in the plans. To the extent the term was previously defined in this document, that prior definition will control.

**Annual Additions** – Section 415 of the Internal Revenue Code limits contributions to tax-deferred plans. The combination of your 401(k) contributions plus company 401(k) contributions cannot exceed the lesser of $30,000 or 25% of pay.

**Beneficiary** – A person (or persons) designated by the plan participant to receive plan benefits if the participant dies.

**Calendar Year** – The 12-month period beginning on January 1 of each year.

**Change in Status** – A change that includes marriage, divorce, birth or adoption of a child, death of a spouse or a child, or change in your spouse's benefit eligibility through an employer.

**Claim** – A demand to an employee benefit plan by a plan participant or beneficiary for the payment of certain benefits.

**COBRA Continuation of Coverage** – Consolidated Omnibus Budget Reconciliation Act of 1985. The provisions state that you and your eligible dependents may generally continue coverage in certain situations where coverage otherwise would end. In some circumstances, your spouse and eligible dependents may continue coverage even if you do not continue coverage.

**Coinsurance** – The relative percentages paid by you and the Company toward your benefits.

**Coinsurance Limit** – The most in coinsurance and deductible that you are required to pay toward covered medical expenses in a calendar year.

**Coinsurance Limit Benefit** – The extra benefit you receive after you meet the coinsurance limit (out-of-pocket maximum).

**Company, The** – Washington Group International, Inc., or an adopting subsidiary corporation, including Rust Constructors.

**Convalescent Facility** – A facility that provides inpatient care for persons recovering from a disease or injury.

**Coordination of Benefits (COB)** – A method of determining the amount that your medical plan coverage pays if you are also covered by another medical plan. COB is designed to ensure that covered, out-of-pocket expenses

are paid according to plan provisions, without reimbursing a covered employee for more than what the company-sponsored plan would have paid as the primary payor.

**Copayment** – The portion of an expense an individual pays at the time he or she receives care.

**Course of Treatment** – A planned program of one or more services and supplies provided for treatment of a condition. The course of treatment begins the day the condition is first treated. More than one professional may provide treatment.

**Custodial Care** – Services and supplies furnished to a person mainly to help him or her in the activities of daily life. This person does not have to be disabled.

**Deductible** – The amount an individual pays each year before the plan will pay benefits for covered expenses.

**Deferral Percentage** – The percentage employees elect to have their pay reduced by and contributed to the 401(k) Retirement Savings Plan. Also referred to as contribution percentage.

**Dependent** – Refer to pages 26 and 27.

**Durable Medical or Surgical Equipment** – Equipment that is:

- made to withstand prolonged use,
- made for and mainly used in the treatment of a disease or injury,
- suited for use in the home,
- not normally of use to persons who do not have a disease or injury,
- not for use in altering air quality or temperature,
- not for exercise or training.

Charges for rental of durable medical or surgical equipment may be included as covered medical expenses. Charges for the purchase, repair, or replacement of durable medical and surgical equipment may be included as covered medical expenses as follows:

- The initial purchase of such equipment and accessories needed to operate it; this is covered only if the Claims Administrator is shown that:
  - long-term use is planned, and
  - the equipment cannot be rented, or
  - it is likely to cost less to buy it than to rent it.

**Glossary**

WGI 0531

- Repair or replacement of such purchased equipment and accessories. Replacement may be covered only if the Claims Administrator is shown that:

  – it is needed due to a change in the person's physical condition, or

  – it is likely to cost less to buy a replacement than to repair the existing equipment or to rent like equipment.

Not included are charges for more than one item of equipment for the same or similar purpose.

**Employee Assistance Program (EAP)** – A program designed to help employees with personal or work related issues. The plan provides confidential counseling and referral services to you and your family.

**Eligible Dependent** – Refer to pages 26 and 27.

**Emergency** – An emergency medical condition is a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in (i) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman and her unborn child) in serious jeopardy, (ii) serious impairment to bodily functions, or (iii) serious dysfunction of any bodily organ or part.

**Emergency Admission** –An admission where the physician admits the person to the hospital right after the sudden and at that time, unexpected onset of a change in a person's physical or mental condition which

- requires confinement right away as a full-time hospital inpatient, and

- if immediate inpatient care was not given could, as determined by the Claims Administrator, reasonably be expected to result in loss of life or limb, or significant impairment to bodily function, or permanent dysfunction of a body part.

**ERISA** – The Employee Retirement Income Security Act of 1974 as amended from time to time by the federal government.

**Experimental or Investigational** – Coverage is not provided for charges for or in connection with services or supplies that are, as determined by the Claims Administrator to be experimental or investigational. A drug, a device, a procedure or treatment will be determined to be experimental or investigational if any of the following apply:

- there is insufficient outcomes data available from controlled clinical trials published in the peer reviewed literature to substantiate its safety and effectiveness for the disease or injury involved, or

- if required by the FDA, approval has not been granted for marketing, or

- a recognized national medical or dental society or regulatory agency has determined, in writing, that it is experimental, investigational or for research purposes, or

- the written protocol or protocols used by the treating facility or the protocol or protocols of any other facility studying substantially the same drug, device, procedure or treatment or the written informed consent used by the treating facility or by another facility studying the same drug, device, procedure or treatment states that it is experimental, investigational or for research purposes.

However, this exclusion will not apply with respect to services or supplies (other than drugs) received in connection with a disease, if the Claims Administrator determines that:

- the disease can be expected to cause death within one year, in the absence of effective treatment, and

- the care or treatment is effective for that disease or shows promise of being effective for that disease as demonstrated by scientific data. In making this determination, the Claims Administrator will take into account the results of a review by a panel of independent medical professionals. They will be selected by the Claims Administrator. This panel will include professionals who treat the type of disease involved.

Also, this exclusion will not apply with respect to drugs that:

- have been granted treatment investigational new drug (IND) or Group treatment IND status, or

- are being studied at the Phase III level in a national clinical trial sponsored by the National Cancer Institute,

- If the Claims Administrator determines that available scientific evidence demonstrates that the drug is effective or shows promise of being effective for the disease,

**Flex Dollars** – The amount provided to you by the company so you may purchase medical coverage.

**Formulary** – List of prescription drugs preferred by Aetna or Blue Cross Blue Shield of Alabama.

**Highly Compensated Employee (HCE)** –An employee whose compensation for the prior year was above a certain IRS-established threshold or who is among the highest paid 100 employees for the current year. For 2001, the threshold is $85,000 of W-2 earnings in 2000. The IRS limits 401(k) Retirement Savings Plan contributions by HCEs.

**Home Health Care** – Skilled nursing and other therapeutic services provided by a physician or registered nurse.

**Hospice Care** – Medical, therapeutic, nursing or counseling services provided specifically to the terminally ill

**Glossary**

and family members by an agency for that specific purpose.

**Hospital** – A facility that makes charges in exchange for providing surgical and medical diagnosis, treatment and care of injured or ill persons. (It is not a place of rest for the aged, drug addicts, or alcoholics.)

**Inpatient** – A person confined in a medical facility as an overnight bed patient.

**Managed Choice** – A medical plan in which benefit levels are determined by whether care is coordinated by a Primary Care Physician (PCP).

**Medically Necessary** – A service or supply furnished by a particular provider is necessary if the Claims Administrator determines that it is appropriate for the diagnosis, the care or the treatment of the disease or injury involved. To be appropriate, the service or supply must:

• be care or treatment, as likely to produce a significant positive outcome as, and no more likely to produce a negative outcome than, any alternative service or supply both as to the disease or injury involved and the person's overall health condition,

• be a diagnostic procedure, indicated by the health status of the person and be as likely to result in information that could affect the course of treatment as, and no more likely to produce a negative outcome than, any alternative service or supply, both as to the disease or injury involved and the person's overall health condition, and

• as to diagnosis, care and treatment be no more costly (taking into account all health expenses incurred in connection with the service or supply) than any alternative service or supply to meet the above tests.

In determining if a service or supply is appropriate under the circumstances, the Claims Administrator will take into consideration:

• information provided on the affected person's health status,

• reports in peer reviewed medical literature,

• reports and guidelines published by nationally recognized health care organizations that include supporting scientific data,

• the opinion of health professionals in the generally recognized health specialty involved, and

• any other relevant information brought to the Claims Administrator's attention.

In no event will the following services or supplies be considered to be necessary:

• those that do not require the technical skills of a medical, a mental health or a dental professional, or

• those furnished mainly for the personal comfort or convenience of the person, any person who cares for

him or her, any person who is part of his or her family, and health care provider or health care facility, or

• those furnished solely because the person is an inpatient on any day on which the person's disease or injury could safely and adequately be diagnosed or treated while not confined, or

• those furnished solely because of the setting if the service or supply could safely and adequately be furnished in a physician's or a dentist's office or other less costly setting.

**Medicare** – Hospital insurance and supplementary medical insurance created by the 1965 amendments to the Social Security Act, and operated under the provisions of the Act.

**Mental Disorder** – A disease commonly understood to be a mental disorder whether or not it has a physiological or organic basis and for which treatment is generally provided by or under the direction of a mental health professional such as a psychiatrist, a psychologist or a certified psychiatric social worker. A mental or nervous disorder includes, but is not limited to:

• alcoholism and drug abuse

• schizophrenia

• bipolar disorder

• pervasive mental developmental disorder (autism)

• panic disorder

• major depressive disorder

• psychotic depression

• obsessive compulsive disorder

**Network Provider** – Doctors, hospitals, dentists, and other providers who have contracted with an insurance carrier to provide services at negotiated rates. Employees may receive higher benefits at a lower cost from network providers.

**Non-Network Provider** – Any licensed health care provider who has not contracted with the insurance company to be in a network.

**Non-Occupational Disease** – A non-occupational disease is a disease that does not:

• arise out of (or in the course of) any work for pay or profit; or

• result in any way from a disease that does.

A disease will be deemed to be non-occupational regardless of cause if proof is furnished that the person:

• is covered under any type of workers' compensation law; and

• is not covered for that disease under such law.

**Glossary**

WGI 0533

**Non-Occupational Injury** – A non-occupational injury is an accidental bodily injury that does not:

• arise out of (or in the course of) any work for pay or profit; or

• result in any way from an injury that does.

**Non-Preferred Benefits** – Reduced benefits paid under:

• the Managed Choice medical option when care is not provided or coordinated by a Primary Care Physician (PCP) or

• the Preferred Provider Organization medical option when care is not provided by a Network Provider.

**Out-of-Pocket Maximum** – *See coinsurance limit.*

**Outpatient** – A person who receives treatment in a setting other than inpatient medical facility.

**Payroll Year** – Hours **paid** in a calendar year.

**Physician** – One who is legally qualified to provide care.

**Precertification** – An administrative procedure that requires participants to receive preauthorization before they receive certain types of care. There is typically a penalty or lower benefits if precertification is not obtained.

**Preferred Benefits** – Benefits paid under the Managed Choice medical option:

• when care is provided or coordinated by a Primary Care Physician (PCP) or

• the Preferred Provider Organization medical option when care is provided by a Network Provider.

**Preventive Care** – Medical or dental services that help to preserve health or allow for early detection of illness or disease (e.g., for medical, routine examinations, immunizations; for dental, routine cleanings, x-rays).

**Primary Care Physician (PCP)** – A Managed Choice doctor who manages the patient's care. This includes administering care, specialist referrals and coordination of hospital care. PCPs are typically family practitioners, general practitioners or internists.

**Provider** – A doctor, hospital, or other medical service vendors, including pharmacies, labs and outpatient clinics, among others.

**Provider Directory** – A listing of network providers for Managed Choice, Comprehensive Dental Plan, CIGNA Network Plan, or Vision Service Plan.

**Qualified Domestic Relations Order (QDRO)** – A court order requiring that a portion of your benefit go to a former spouse or dependent children. The employee would have no right to those funds covered by the QDRO. QDROs can apply to the 401(k) Retirement Savings Plan.

**Qualified Retirement Plan** – A retirement benefit that is structured to meet specific IRS requirements and receives special tax treatment. The 401(k) Retirement Savings Plan is a qualified plan.

**Recognized Charge** – Only that part of a charge which is recognized is covered. The recognized charge for a service or supply is the lowest of:

• the provider's usual charge for furnishing it; and

• the charge Aetna determines to be appropriate, based on factors such as the cost of providing the same or a similar service or supply and the manner in which charges for the service or supply are made; and

• the charge Aetna determines to be the Recognized Charge Percentage made for that service or supply.

In determining the recognized charge for a service or supply that is:

• unusual; or

• not often provided in the area; or

• provided by only a small number of providers in the area.

Aetna may take into account factors, such as:

• the complexity;

• the degree of skill needed;

• the type of specialty of the provider;

• the range of services or supplies provided by a facility; and

• the recognized charge in other areas.

**Restoration** – The process through which a portion of an individual's used lifetime maximum is "given back." No evidence of good health is necessary and benefits are restored annually, up to a maximum limit.

**Retiree** – *Through July 1, 1993:* An individual who was previously employed by the Company and who began receiving MK Retirement Plan benefits immediately following active service.

– *Beginning July 2, 1993:* An individual who was previously employed by the Company and who leaves employment at or after age 55 with at least 10 years of vesting service or any age with at least 30 years of vesting service.

**Routine Physical Examination** – A medical examination given by a physician for a reason other than to diagnose or treat a suspected or identified injury or disease.

**Rust Constructors** — A Delaware corporation that is wholly owned by Washington Group International, a Delaware corporation.

**Skilled Nursing Services** — Charges made by an R.N. or L.P.N. for a nursing agency for skilled nursing services.

Glossary

As used here, "skilled nursing services" means these services:

- Nursing care visit by an R.N. or L.P.N. of not more than 4 hours for the purpose of performing specific skilled nursing tasks.

- Private duty nursing by an R.N. or L.P.N. if the person's condition requires skilled nursing services and visiting nursing care is not adequate.

Not included as "skilled nursing services" is:

- that part or all of any nursing care that does not require the education, training and technical skills of an R.N. or L.P.N., such as transportation, meal preparation, charting of vital signs and companionship activities, or

- any private duty nursing care, given while the person is an inpatient in a hospital or other health care facility, or

- care provided to help a person in the activities of daily life, such as bathing, feeding, personal grooming, dressing, getting in and out of bed or a chair, or toileting, or

- care provided solely for skilled observation except for no more than one 4-hour period per day for a period of no more than 10 consecutive dates following the occurrence of:

  – change in patient medication,

  – need for urgent or emergency medical services provided by a physician, or the onset of symptoms indicating the likely need for such services,

  – surgery, or

  – release from inpatient confinement, or

- any service provided solely to administer oral medicines, except where applicable law requires that such medicines be administered by an R.N. or L.P.N.

**Spouse** – The person who is married to an employee in a civil or religious ceremony recognized under the laws of the state in which the marriage was contracted (except as otherwise limited by federal law). An individual is not considered married to another person as a result of any common-law marriage whether or not such common-law marriage is recognized by applicable state law. However, a common-law spouse, as recognized under applicable state law, who was covered under the Company's benefit plans as an Eligible Dependent on May 31, 1997, shall not lose eligibility.

**Terminally Ill** – A medical prognosis of six months or less to live.

**Vested** – A participant's nonforfeitable right to the stipulated benefits of a qualified retirement plan.

**Vesting Service** – Beginning in 1988, you earn one year of vesting service for each calendar year that you are paid for at least 1,000 hours. For calendar years prior to 1988, vesting service was accumulated in years and days based on your service with the Company, and breaks in service complicated the calculation.

**Washington Group International, Inc.** – Washington Group International, Inc., a Delaware corporation, and its subsidiaries that have adopted the plans described in this handbook. Washington Group International, Inc., as defined herein, is sometimes referred to as "Washington Group" or the "Company" throughout the handbook.

Glossary

Glossary

WGI 0536

# Index

401(k) Retirement Savings Plan ...............................125

## A

Absences, Personal ..........................................10
Absenteeism.......................................................14
Accidental Death & Dismemberment
    Personal Accident Insurance ..........................89
    Travel Accident Insurance ............................89
Account
    401(k) Retirement Savings Plan ................125
    Cash Accumulation Fund, Group Universal Life ....85
    Dependent Care Flexible Spending Acct ................121
    Health Care Flexible Spending Acct ......................119
Active Work Requirement for LTD ...............103
Adjustments to Long-Term Disability Benefits ..........107
Administrative Details for Plans ...................151
Adoption, Change in Family Status.................31
Advance Claim Review (Dental) ....................70
Advance of Salary ..............................................9
Aetna Comprehensive Plan (Dental)
    Advance Claim Review .................................70
    Annual Maximum Benefit.............................70
    Charges Not Covered ....................................71
    Coinsurance ..................................................70
    Covered Charges ...........................................71
    Deductible.....................................................69
    Eligibility......................................................26
    Recognized Charges......................................39
Aetna Medical (see also specific option)
    All Aetna-Administered Options ..................38
    Comprehensive Option .................................39
    Managed Choice............................................40
    Safety Net Option..........................................43
After-Tax Contributions
    401(k) Retirement Savings Plan ................128
    Group Universal Life Cash Accumulation Fund ......85
Age 59½ withdrawal from 401(k) .................134
Age Reductions in Benefits
    Basic Life Insurance ....................................83

Group Universal Life Insurance ...............................84
Personal Accident Insurance .......................89
Travel Accident Insurance ...........................89
Alcohol (Chemical Dependency) Treatment ...............56
Annual Enrollment .........................................25
Annual Maximum
    401(k) Retirement Savings Plan ...............128
    Comprehensive Dental Option ....................70
    Dependent Day Care Flexible Spending Acct........121
    Health Care Flexible Spending Account (FSA) ....119
Annuity, Retirement Plan ..............................141
Appeal of Claim Denial .................................147
Assignment of Benefits .................................150
    Long-Term Disability (LTD) .....................109
Award, Service .................................................18

## B

Basic Life Insurance ......................................83
Basic Personal Accident Insurance ................89
Basic (Standard) Long-Term Disability (LTD) ............99
Before-Tax Contributions................................25
    401(k) Retirement Savings Plan ...............127
    Flexible Spending Accounts (FSAs) ..........119
Beneficiary
    401(k) Retirement Savings Plan ...............137
    Basic Life Insurance Plan ............................83
    Definition ...................................................155
    Group Universal Life Insurance ..................85
    Personal Accident Insurance .......................91
    Retirement Plan ..........................................144
    Travel Accident Insurance ...........................89
Benefit Adjustment to Long-Term Disability (LTD) ..107
Benefit Amount
    Basic Life Insurance ....................................83
    Group Universal Life Insurance ..................84
    Long-Term Disability (LTD)........................99
    Personal Accident Insurance .......................90
    Short-Term Disability (STD) .......................95
    Travel Accident Insurance ...........................89

WGI 0537

Benefit Reductions Due to Age
  Basic Life Insurance ...............................83
  Group Universal Life Insurance ..................85
  Personal Accident Insurance ......................91
  Travel Accident Insurance ........................91
Birth, Change in Family Status .......................31
Blue Cross Blue Shield of Alabama
  Charges Not Covered ............................57
  Chemical Dependency .............................56
  Coinsurance ....................................48
  Coinsurance Limit ..............................48
  Convalescent Facility ..........................54
  Covered Charges ................................52
  Deductible......................................48
  Dental Surgery .................................56
  Drugs, Prescription ............................52
  Eligibility ....................................26
  Experimental Procedures and Organ Transplants ....54
  Home Health Care ...............................55
  Hospice Care ...................................55
  Hospital and Medical Services ..................52
  Lifetime Maximum ...............................51
  Mail Order Prescriptions .......................52
  Maternity Care .................................53
  Mental Health, Chemical Dependency .............49
  Out-of-Pocket Maximum (Coinsurance Limit)........48
  Precertification ...............................48
  Prescription Drugs .............................52
  Recognized Charges .............................48
  Rehabilitation .................................54
  Skilled Nursing Care ...........................55
Brand-Name Prescriptions
  Mail Order Prescription Program – Flex Rx ......52
Break in Service, 401(k) Retirement Savings Plan ....129
Business Conduct Standards ............................3
Business Travel ......................................18
Buying Paid Time Off .................................12

C

Capital Appreciation Fund ...........................132
Career Development ...................................16
Cash Accumulation Fund (Group Universal Life Ins.)....85
  Interest Rates .................................86
Casual Employees .....................................8

Categories of Employees ...............................8
Certification, Professional ..........................17
Changes to Enrollment ................................28
  401(k) Retirement Savings Plan .................28
Changes in Status ....................................30
Charges Not Covered
  Aetna Medical Plans ............................57
  CIGNA Network Dental Option.....................74
  Comprehensive Dental Option ....................70
  Dependent Day Care Flexible Spending Acct.......121
  Employee Assistance Program ....................65
  Health Care Flexible Spending Account (FSA) ....119
Chemical Dependency Treatment ........................56
Child Care Benefit, Personal Accident Insurance ......92
Children, Dependent
  Change in Status ...............................31
  Eligibility ....................................26
CIGNA Network Option (Dental)
  Annual Maximum Benefit .........................73
  Charges Not Covered ............................74
  Copayment ......................................73
  Covered Charges ................................73
  Eligibility ....................................26
  Emergency Care .................................74
  If You're Receiving Treatment When You Join ....74
  Orthodontics ...................................70
Claim Denial ........................................147
Claim, Fiduciary ....................................151
Claim, How to File ...................................28
Claim Review, Advance (Dental) .......................70
Classification, Working Titles, Disciplines ...........8
COBRA/Continuation of Coverage ......................147
Coinsurance
  Comprehensive Dental Option ....................69
  Comprehensive Medical Option ...................39
  Definition .....................................155
  Managed Choice .................................41
  Safety Net .....................................46
Coinsurance Limit
  Comprehensive Medical Option ...................39
  Managed Choice..................................41
  Safety Net Option...............................46
Collective Bargaining Unit...........................149

WGI 0538

Index

Coma Benefit, Personal Accident Insurance...............92
Completion of Assignment.........................................16
Communicable Disease Policy ..................................19
Company, Definition.................................................155
Company Contributions to 401(k) Savings Plan ........128
Company-Paid Basic Life Insurance...........................83
Company-Paid Basic Personal Accident Insurance ......90
Comparison of Plans
    Dental Options ..............................................69, 70
    Medical Options...................................................38
Compensation
    401(k) Retirement Savings Plan...........................127
    Salary Administration ...........................................8
Comprehensive Dental Option....................................69
    Advance Claim Review .......................................70
    Annual Maximum Benefit ..................................70
    Charges Not Covered...........................................71
    Coinsurance ......................................................70
    Covered Expenses ..............................................71
    Deductible..........................................................69
    Eligibility .........................................................26
    Recognized Charges ..........................................70
Comprehensive Medical Option .................................39
    Charges Not Covered...........................................57
    Chemical Dependency ........................................56
    Coinsurance ......................................................39
    Coinsurance Limit ..............................................39
    Convalescent Facility .........................................54
    Covered Charges ................................................52
    Deductible..........................................................39
    Dental Surgery ..................................................56
    Drugs, Prescription ............................................52
    Eligibility .........................................................26
    Experimental Procedures and Organ Transplants ....54
    Home Health Care ..............................................55
    Hospice Care ....................................................55
    Hospital and Medical Services .............................52
    Lifetime Maximum .............................................51
    Mail Order Prescriptions .....................................52
    Maternity Care ..................................................53
    Mental Health, Chemical Dependency ..................39
    Out-of-Pocket Maximum (Coinsurance Limit)........39

Precertification ......................................................50
Prescription Drugs .................................................52
Recognized Charges ..............................................39
Rehabilitation ......................................................54
Skilled Nursing Care .............................................55
Conduct, Standards of Business...................................3
Confidentiality..........................................................5
Conflict of Interest ...................................................3
Continuation of Coverage
    COBRA (Medical, Dental, Vision, FSA) ..............147
    Retiree.............................................................148
    Conversion to Individual Polices ..........................149
Contraband Policy ...................................................19
Contact Lenses .......................................................79
Contact Phone Numbers ............................................i
Contract Numbers..................................................153
Controlled Substance Policy .....................................19
Contributions
    401(k) Retirement Savings Plan...........................128
        Changes to ................................................133
    Dependent Day Care Flexible Spending Account ..121
        Changes to ....................................26, 27, 30
    Educational Institutions ......................................19
    Health Care Flexible Spending Account (FSA) ....102
        Changes to ....................................26, 27, 30
Convalescent Facility ..............................................54
Conversion of Insurance Coverage ...........................149
Coordination of Benefits (COB)
    Definition ........................................................155
    Dental Plans ......................................................75
    Medical Plans ....................................................59
Copayments
    CIGNA Network Dental Option ............................70
    Definition ........................................................155
    Mail Order Prescription Program – Flex Rx ......38, 53
    Managed Choice ...........................................38, 41
Cost .................................................................26, 27
Counseling
    Employee Assistance Program (EAP) ....................63
    Employee Relations .............................................6
Course of Treatment ...............................................155
Covered Compensation for 401(k)
    401(k) Retirement Savings Plan...........................127

**Index**

Coverage Amount
  Basic Life Insurance...................................................83
  Group Universal Life Insurance ................................84
  Long-Term Disability (LTD) ...........................99, 100
  Personal Accident Insurance ......................................89
  Travel Accident Insurance ..........................................89
Coverage Reductions Due to Age
  Basic Life Insurance...................................................83
  Group Universal Life Insurance ................................85
  Personal Accident Insurance ......................................91
  Travel Accident Insurance ..........................................91
Covered Charges
  CIGNA Network Dental Option .................................73
  Comprehensive Dental Option ...................................71
  Dependent Day Care Flexible Spending Acct .........121
  Health Care Flexible Spending Account ..................120
  Medical .......................................................................52
  Vision Service Plan (VSP)..........................................79
Credit Union ...................................................................19
Credited Service (see Vesting Service)
Credo .................................................................................ii
Custodial Care, Definition ............................................155

**D**

Death
  401(k) Retirement Savings Plan ......................128, 137
  Basic Life Insurance Benefit Amount........................83
  Changes in Status .......................................................30
  COBRA Eligibility.....................................................147
  Group Universal Life Insurance Benefit Amount ....86
  Long-Term Disability (LTD).....................................111
  Personal Accident Insurance ......................................91
  Retirement Plan .........................................................144
  Travel Accident Insurance ..........................................90
Deductible
  Comprehensive Dental Option ...................................69
  Comprehensive Medical Option .................................39
  Definition ...................................................................155
  Managed Choice...........................................................41
  Safety Net Plan ...........................................................46
  Vision Service Plan .....................................................79
Deductible Sources of Income (LTD) ..........................107
Deduction, Payroll ...........................................................9
Deferral Percentage to 401(k) Savings Plan........127, 133

Deferred Retirement ....................................................142
Definitions (Glossary)..................................................155
Definitions, Long-Term Disability (LTD) Insurance ..114
Delay of LTD Effective Date .......................................103
Denial, Claim.................................................................147
Dental Claims, How to File .........................................71
Dental Options
  Changing During Annual Enrollment........................69
  Comprehensive Option ...............................................69
  Comparisons.........................................................69, 70
  CIGNA Network Option .............................................72
Dental Surgery
  Comprehensive Dental Option ...................................69
  CIGNA Network Option .............................................72
  Medical Plan ...............................................................56
Dependent Care Flexible Spending Account ..............121
Dependent Care Tax Credit ..........................................122
Dependent Day Care Flexible Spending Account .......121
Dependents ............................................................26, 27
  COBRA Eligibility.....................................................147
Deposits
  401(k) Retirement Savings Plan ..............................127
  Cash Accumulation Fund (Group Universal Life)....85
  Flexible Spending Accounts .....................................119
  Paycheck .......................................................................9
Disability
  COBRA Medical, Dental, Vision, EAP, FSA ........147
  Long-Term Disability (LTD).......................................99
  Short-Term Disability (STD)......................................95
  Vesting for 401(k) ....................................................128
Disciplines, Classifications ............................................8
Discrimination
  401(k) Retirement Savings Plan ..............................127
  Equal Employment Opportunity .................................6
Disease, Communicable .................................................19
Dispute Resolution ..........................................................6
Distributions from 401(k) Retirement Savings Plan ..134
Divorce
  Change in Status........................................................30
  COBRA Eligibility.....................................................148
  Qualified Domestic Relations Order .......136, 137, 150
  Qualified Medical Support Order .............................27
Domestic Relocation .....................................................18