IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 1:05-cv-379 (SLR) |
| v. | : | |
| | : | |
| Washington Group International, Inc., | : | |
| Administrator, Washington Group | : | |
| International Short Term Disability (STD) | : | |
| Plan, Broadspire National Services, Inc. | : | |
| f/k/a Kemper National Services, Inc., | : | |
| Broadspire Services, Inc. f/k/a Kemper | : | |
| Services, Inc., Broadspire Inc., f/k/a Kemper | : | |
| Services, Inc., Plan Administrators of the | : | |
| STD Plan, | : | |
| Defendant. | : | |

**APPENDIX TO PLAINTIFF'S MEMORANDUM OF
LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGEMENT VOLUME VIII OF VIII
(WGI 0541-0547)**

Drugs
    Chemical Dependency Treatment ............................ 56
    Company Policy ....................................................... 19
    Mail Order Prescriptions – Flex Rx ........................ 53
    Prescription Coverage ......................................... 52, 53

## E

EAP (Employee Assistance Program) .......................... 63
Early Retirement ................................................... 142, 143
Earnings
    401(k) ............................................................... 128, 129
    Cash Accumulation Fund ................................... 85, 86
    Long-Term Disability (LTD) ........................... 107-108
Education Benefit (Personal Accident Insurance) ........ 91
Educational Assistance ................................................. 17
Educational Contributions ............................................ 18
EEO (Equal Employment Opportunity) ......................... 6
Eligibility ................................................................. 26, 27
Elimination Period for Long-Term Disability (LTD) .. 105
Emergency Care
    CIGNA Network Dental Option .............................. 74
    Managed Choice ....................................................... 42
    Mental Health and Chemical Dependency ............... 57
    Precertification ......................................................... 50
Employee Assistance Program (EAP) ........................... 63
Employee 401(k) Contribution ................................... 128
Employee Invention/Patent Awards ............................. 18
Employee Recognition ................................................. 18
Employee Relations ....................................................... 6
Employer's Identification Number ............................. 152
Employment at Will ....................................................... 7
Enrollment
    401(k) Retirement Savings Plan ................. 26, 27, 125
    Annual Enrollment .................................................. 25
    Changing Elections ............................................ 28, 29
    First Time ................................................................ 25
    If You Don't Enroll .................................................. 25
Equal Employment Opportunity .................................... 6
Equity Income Fund ................................................... 132
Equity Index 500 Fund ............................................... 132
ERISA Rights .............................................................. 150
Ethics ............................................................................. 3
European Income Fund .............................................. 132

Evidence of Insurability (Proof of Good Health)
    Group Universal Life Insurance .............................. 85
    Long-Term Disability (LTD) ................................. 103
Exempt Employees ................................................... 8, 13
Experimental Procedures and Organ Transplants ........ 54
Express Scripts, Inc. Mail Order Drug Program ........... 53

## F

401(k) Retirement Savings Plan ................................. 125
FSAs (Flexible Spending Accounts) ........................... 117
Fair Labor Standards Act (FLSA) ............................... 8, 9
Family and Medical Leave ........................................... 15
Federal Restrictions
    401(k) Retirement Savings Plan ............................ 127
    Change in Status ...................................................... 30
    Flexible Spending Accounts .................................. 123
Fiduciary, Claims ....................................................... 151
Final Average Pay, Retirement Plan ........................... 142
Flex Benefits – How They Work ................................. 23
Flex Dollars ................................................................. 25
Flex Rx ........................................................................ 52
Flexible Spending Accounts (FSAs) ........................... 117
FLSA (Fair Labor Standards Act) ............................... 8, 9
Forfeiture, 401(k) Savings Plan .................................. 129
Formula for Retirement Plan Benefits ........................ 141
401(k) Retirement Savings Plan ................................. 125
FSAs (Flexible Spending Accounts) ........................... 117
Frames, Vision Service Plan (VSP) .............................. 79
Frozen Sick Leave ................................................... 10, 11
Full-Time Employee ...................................................... 8
Fund Manager and Trustee, 401(k) ............................ 151
Funding ............................................................... 152, 153
Funds, 401(k) Retirement Savings Plan Investments .. 129

## G

General Benefit Information ...................................... 145
Generic Prescriptions .................................................. 38
    Mail Order Prescription Program – Flex Rx ........... 52
    Managed Choice ...................................................... 40
Glossary ..................................................................... 155
Group Universal Life Insurance ................................... 84
    Cash Accumulation Fund ........................................ 85
    Conversion to Individual Policy ............................ 149
    Retiree Continuation ............................................. 148

Growth and Income Fund ............................................. 132

## H

Harassment ................................................................... 6
Hardship Withdrawal from 401(k) Savings Plan ........ 135
HCE (Highly Compensated Employee) ...................... 128
Health Care Flexible Spending Account (FSA) .......... 119
Health Maintenance Organization ............................... 38
High Yield Fund ........................................................ 132
Highly Compensated Employee (HCE) ...................... 128
HMOs (Health Maintenance Organizations) ................ 38
Holidays ....................................................................... 13
Home Health Care ....................................................... 55
Hospice Care ............................................................... 55
Hospital and Medical Services .................................... 52

## I

Illegal Drugs Policy ..................................................... 19
Illness or Injury ........................................................... 11
Income Tax
    401(k) Retirement Savings Plan ......127, 129, 134-137
    Basic Life Insurance ............................................... 83
    Cash Accumulation Fund (Group Universal Life) .... 85
    Flexible Spending Accounts (FSAs) ..................... 119
    Long-Term Disability (LTD) Benefits ..................... 99
    Short-Term Disability (STD) Benefits .................... 96
Indexing Pre-Disability Earnings ................................ 106
Injury or Illness .......................................................... 11
Interest
    401(k) Retirement Savings Plan Loan .................. 136
    Cash Accumulation Fund (Group Universal Life) .... 86
Intellectual Property Rights .......................................... 6
International Bond Fund ............................................ 132
International Employment ............................................ 8
International Paid Time Off (PTO) .............................. 10
International Stock Fund ........................................... 132
Invention/Patent Awards ............................................. 18
Investments for 401(k) Retirement Savings Plan .. 129-134
IRS Restrictions
    401(k) Retirement Savings Plan ........................... 125
    Changes in Status .................................................. 30
    Flexible Spending Accounts (FSAs) ..................... 117

## J

Job Classification .......................................................... 8

Job Title ........................................................................ 8
Joint and Survivor Annuity, Retirement Plan ............ 143
Jury Duty ..................................................................... 14

## K

Kaiser Permanente HMO ............................................. 38

## L

LTD (Long-Term Disability) Plan ................................ 97
Leaves and Terminations ............................................ 15
Lenses, Vision Service Plan (VSP) .............................. 79
Licensing, Professional ...................................... 8, 12, 17
Life Insurance ............................................................. 81
    Company-Paid Basic Coverage .............................. 83
    Group Universal Life Insurance ............................. 84
Life Threatening, Communicable Disease Policy ........ 19
Life Threatening Emergency ....................................... 39
Lifetime Maximum (Medical) ...................................... 51
Loans
    401(k) Retirement Savings Plan ........................... 136
    Cash Accumulation Fund (Group Universal Life) .... 85
Long-Term Disability (LTD) ........................................ 26
Loss
    Personal Accident Insurance ................................. 90
    Travel Accident Insurance ..................................... 90
Lump Sum Distribution
    401(k) Retirement Savings Plan ........................... 134
    Retirement Plan .................................................... 143

## M

Magellan Behavioral Health .................................. 49, 56
Mail Order Prescription Drug Program – Flex Rx ........ 53
Managed Choice Medical Option ................................ 40
    Area Issues ............................................................ 42
    Charges Not Covered ............................................ 57
    Chemical Dependency ........................................... 42
    Coinsurance .......................................................... 41
    Convalescent Facility ............................................ 54
    Copayments .......................................................... 41
    Covered Charges .................................................. 52
    Deductible ............................................................. 41
    Dental Surgery ...................................................... 56
    Drug, Prescription ................................................. 52
    Drug Treatment ..................................................... 56
    Eligibility ......................................................... 26, 27

Emergency Care ........................................................42
Experimental Procedures and Organ Transplants ....54
Home Health Care ..................................................55
Hospice Care...........................................................55
Managed Choice Medical Option (continued)
    Coinsurance Limit ..............................................41
    Hospital and Medical Services ...........................52
    If You're Receiving Treatment When You Join ........42
    If Your Dependents Live Outside the Network ........42
    Lifetime Maximum .............................................51
    Mail Order Prescriptions ....................................52
    Maternity Care ...................................................53
    Mental Health and Chemical Dependency................42
    Out-of-Pocket Maximun ....................................41
    PCP (Primary Care Physician) ...........................40
    Precertification for Non-Preferred Benefits ........41, 50
    Preferred vs. Non-Preferred Benefits ..................38, 40
    Prescription Drugs .............................................52
    Preventive Care .................................................42, 153
    Primary Care Physician (PCP) ...........................40
    Recognized Charges...........................................44
    Rehabilitation ....................................................54
    Skilled Nursing Care ..........................................55
    Specialist Care ..................................................41
Marriage, Changes in Status ....................................30
Matching Contributions to 401(k) Savings Plan..........128
Matching Gifts Program...........................................19
Maternity Care.........................................................53
Maternity Leave (Family and Medical Leave) ...............15
Maximum Benefit
    401(k) Retirement Savings Plan .........................128
    Most Options (Medical).......................................51
    Comprehensive Dental Option ..........................70
    Dependent Day Care Flexible Spending Account..121
    Group Universal Life Ins. Cash Accum Fund ..........85
    Health Care Flexible Spending Account ................120
    Long-Term Disability (LTD)................................99
    Personal Accident Insurance ..............................90
    Travel Accident Insurance ..................................89
Medical Claims, How to File ....................................28, 50
Medical and Dental Claim Fiduciary .........................151
Medical and Family Leave .......................................15

Medical Options (see also specific options)
    Comparison........................................................38
    Comprehensive Plan...........................................39
    Kaiser Permanente HMO ..................................38
    Managed Choice.................................................40
    Safety Net Plan ..................................................46
Medicare, Coordination with Medical Plan ................59
Mental Health and Chemical Dependency ...................56
Military Leave .........................................................16
Missing Persons.......................................................150
Moving, Relocation..................................................18
Multiple Surgical Procedures ...................................53

## N

Network Dental Plan (CIGNA) ..................................72
Network Medical Plan (Managed Choice) ..................40
Network vs. Non-Network Benefits
    Managed Choice ..............................................38, 40
    Vision Service Plan ...........................................79
New American Growth Fund ....................................132
New Asia Fund ........................................................132
New Era Fund ..........................................................132
New Horizons Fund .................................................132
New Income Fund....................................................131
No Smoking Policy ..................................................19
Nondiscrimination
    401(k) Retirement Savings Plan .........................127
    Equal Employment Opportunity ........................6
Normal Retirement ...................................................142
Normal Retirement Benefit Worksheet .......................141
Notice Pay ...............................................................16
Nursing Care, Skilled ................................................55

## O

Occupational Health Policy ......................................19
Offsets to Benefits
    Long-Term Disability (LTD)................................107
    Retirement Plan .................................................141
Optional Forms of Annuity, Retirement Plan ..............143
Organ Transplants ...................................................54
Orthodontics (CIGNA Network Option) .......................73
Out-of-Pocket Maximum (Coinsurance Limit)
    Comprehensive Medical Option .........................39

Index

    Managed Choice..................................................41
    Safety Net Option..............................................46
Overpayment, Recovery of
    Dental ...............................................................75
    Medical .............................................................60
    Overseas Transfer.......................................32, 60
Overtime......................................................................9

# P

PAI (Personal Accident Insurance) Plan ...............89
PCP (Primary Care Physician)..............................40
PTO (Paid Time Off)............................................10
Paid Time Off ......................................................10
Paid Vacation – Paid Time Off (PTO) .................10
Part-Time Employees ............................................8
    Life Insurance.............................................83, 84
    Long-Term Disability (LTD).............................99
Partial Day Pay for Exempt Employees ...............13
Partial Disability
    Long-Term Disability (LTD)..........................106
    Short-Term Disability (STD)............................95
Patent and Invention Awards ...............................18
Paternity Leave (Family and Medical Leave).......15
Pay Basis ................................................................8
Pay Period ............................................................10
Paycheck Deposit, Automatic.................................9
Payroll Deductions .................................................9
Payroll Year ........................................................158
PCP (Primary Care Physician)..............................40
Pension Benefit Guaranty Corporation (PBGC) ..137, 141
Performance Review ............................................16
Personal Problems................................................65
Personal Absences................................................10
Personal Accident Insurance Plan ........................89
Personal and Professional Growth........................16
Pharmacy .............................................................52
Phone Numbers ......................................................i
Pilots, Personal Accident Insurance Plan .............90
Plan Administrator .............................................151
Plan Documents .................................................150
Plan Numbers .....................................................153
Plan Year ............................................................151
Policies ..................................................................3
Political Action Committee .................................19

Precertification......................................................50
Preferred vs. Non-Preferred Benefits ..............38, 40
Preferred Provider Organization (PPO)
    Charges Not Covered.......................................57
    Chemical Dependency.....................................56
    Coinsurance ....................................................43
    Coinsurance Limit ...........................................43
    Convalescent Facility ......................................54
    Covered Charges .............................................52
    Deductible........................................................43
    Dental Surgery ................................................56
    Drugs, Prescription..........................................52
    Eligibility.........................................................26
    Experimental Procedures and Organ Transplants ....54
    Home Health Care ...........................................55
    Hospice Care....................................................55
    Hospital and Medical Services ........................52
    Lifetime Maximum .........................................51
    Mail Order Prescriptions .................................52
    Maternity Care ................................................53
    Mental Health, Chemical Dependency............44
    Out-of-Pocket Maximun .................................43
    Precertification ................................................44
    Prescription Drugs ..........................................52
    Recognized Charges........................................43
    Rehabilitation ..................................................54
    Skilled Nursing Care .......................................55
Premium Long-Term Disability (LTD) Option..............99
Premiums........................................................26, 27
Prescription Drugs................................................38
    Mail Order – Flex Rx.......................................52
Preventive Care
    Blue Cross/Blue Shield ...................................49
    Managed Choice ........................................42, 53
    Safety Net Option .....................................47, 53
Primary Care Physician (PCP), Managed Choice ........40
    Blue Cross/Blue Shield of Alabama...............47
Principal Sum for Accident Insurance.................90
Private Pilot Option (Personal Accident Insurance)......90
Professional
    Affiliation .......................................................18
    Certification ....................................................17
    Ethics ................................................................3

Growth......................................................................16
  Publication Assistance ..........................................18
Proof of Good Health
  Group Universal Life Insurance ..............................85
  Long-Term Disability (LTD) ..................................99
Psychiatric Coverage..................................................56
PTO (Paid Time Off)..................................................10
Publication Assistance................................................18

## Q

Qualified Change in Status..........................................30
Qualified Domestic Relations Order (QDRO)....136, 137, 150
Qualified Medical Support Order ................................32
Qualifying Event for COBRA ....................................148

## R

Reasonable and Customary (Recognized) Charges
  Comprehensive Dental Option ................................70
  Comprehensive Medical Option ..............................39
  Managed Choice......................................................41
  Preferred Provider Organization ..............................43
  Safety Net Option....................................................46
Recognition, Employee................................................18
Recognized Charges
  Comprehensive Dental Option ................................70
  Comprehensive Medical Option ..............................39
  Managed Choice......................................................41
  Preferred Provider Organization ..............................43
  Safety Net Option....................................................46
Recovery of Overpayment
  Dental ....................................................................75
  Medical ..................................................................60
Reductions in Benefits Due to Age
  Basic Life Insurance................................................83
  Group Universal Life Insurance ..............................85
  Personal Accident Insurance ...................................91
  Travel Accident Insurance .......................................91
Reduction in Force ....................................................16
Registration, Professional ..........................................17
Regular Employees ......................................................8
Rehabilitation
  CIGNA Network Dental Option..............................74
  Long-Term Disability (LTD) ................................113
  Medical ................................................................54

Rehires..........................................................13, 25, 32
Reimbursement, Flexible Spending Accounts ............122
Related Periods of Disability
  Long-Term Disability (LTD)................................111
  Short-Term Disability (STD)..................................96
Relocation, Domestic ................................................18
Restrictions, Federal
  401(k) Retirement Savings Plan ............................127
  Changes in Status ..................................................30
  Flexible Spending Accounts (FSAs)......................122
Retiree Medical/Dental Coverage ........................27, 148
401(k) Retirement Savings Plan ................................125
Retirement Plan ......................................................139
Retirement Plan Benefit Formula ..............................141
Retirement Plan Benefit Worksheet............................141
Rights, ERISA..........................................................150
Rollovers to 401(k) Savings Plan................................128
Rule of 80, Retirement Plan ......................................142

## S

STD (Short-Term Disability) Plan..............................93
Safety and Occupational Health Policy ........................19
Safety Net Medical Option..........................................47
  Charges Not Covered..............................................57
  Chemical Dependency ............................................56
  Coinsurance ..........................................................46
  Coinsurance Limit ..................................................46
  Convalescent Facility ..............................................54
  Covered Charges ....................................................52
  Deductible..............................................................46
  Dental Surgery ......................................................56
  Drugs, Prescription..................................................52
  Eligibility ........................................................26, 27
  Experimental Procedures and Organ Transplants ....54
  Home Health Care ................................................55
  Hospice Care..........................................................55
  Hospital and Medical Services ................................52
  Lifetime Maximum ................................................51
  Mail Order Prescriptions ........................................53
  Maternity Care ......................................................53
  Mental Health, Chemical Dependency ....................46
  Out-of-Pocket Maximum (Coinsurance Limit) ........46
  Precertification ......................................................46
  Prescription Drugs ..................................................52

Recognized Charges ................................................46
Rehabilitation ......................................................54
Skilled Nursing Care .............................................55
Salary Administration ..................................................8
Savings Plan, 401(k) ..................................................125
Schedule of LTD Benefits ..........................................102
Science & Technology Fund .....................................132
Seatbelt Benefit, Personal Accident Insurance ............92
Self Insurance ..............................................................37
Selling Paid Time Off ..................................................12
Separate Periods of Disability
Long-Term Disability (LTD) ................................111
Short-Term Disability (STD) .................................96
Separation, Divorce ......................................................30
Service
401(k) ...................................................................128
Awards ...................................................................18
Credited Service, Retirement Plan .......................142
Family and Medical Leave Eligibility ....................15
Retiree Medical/Dental Eligibility .........................27
Retirement Plan ...................................................141
Vesting, 401(k) Retirement Savings Plan .............142
Vesting, Definition ...............................................159
Vesting, Retirement Plan .....................................142
Short-Term Bond Fund ..............................................131
Short-Term Disability (STD) ................................11, 93
Short-Term Rehabilitation ..........................................54
Sick Leave, Frozen ................................................10, 11
Skilled Nursing Care ...................................................55
Small Cap Value Fund ...............................................132
Smoking Policy ............................................................19
Social Security
Benefits ................................................................144
Long-Term Disability (LTD) Offset .....................107
Pretax Contributions .............................................25
Special Education Benefit, Personal Accident Ins. .....91
Specialist Care, Managed Choice ................................41
Spectrum Funds ................................................131, 132
Spouse
Changes in Status ............................................28, 30
Definition .............................................................159
Working at the Company ......................................25
Stable Value Fund ......................................................131

Standard Long-Term Disability (LTD) ........................99
Standards of Business Conduct .....................................3
Standby Employees ........................................................8
State Premium Taxes, Cash Accumulation Fund ........86
Statements
401(k) Retirement Savings Plan ..........................137
Cash Accumulation Fund (Group Universal Life) ....86
Status Change .............................................................30
Stolen Property Policy .................................................19
Stress, Coping With .....................................................65
Severance Pay (Notice Pay) .........................................16
Substance Abuse
Prevention .............................................................19
Treatment .............................................................56
Supplemental Insurance
Group Universal Life Insurance ...........................84
Personal Accident Insurance ................................89
Surgical Procedures, Multiple ....................................53
Survivor Benefit
Accident Insurance ...................................89, 90, 91
Life Insurance ..................................................83, 85
Long-Term Disability (LTD) ...............................111
Retirement Plan ..................................................143

T

TAI (Travel Accident Insurance) .................................89
Taxation
401(k) Retirement Savings Plan ....129, 134, 135, 137
Basic Life Insurance ..............................................83
Flexible Spending Accounts (FSAs) .....................119
Group Universal Life Cash Accumulation Fund .....85
Long-Term Disability (LTD) .................................99
Short-Term Disability (STD) .................................95
Temporary Employees ...................................................8
Temporomandibular Joint (TMJ) ................................74
Terminally Ill ......................................................35, 159
Termination of Coverage .....................................30, 31
Termination from Employment
Benefit Options ................................................30-32
Spouse, Changes in Status ....................................30
Vesting .................................................................128
Third Party Liability ...................................................75
Title, Job .........................................................................8
TMJ (Temporomandibular Joint) ................................74

Top-Heavy Rules, 401(k) ............................................. 137
Total Disability
    Long-Term Disability (LTD) ..................................... 99
    Short-Term Disability (STD) ..................................... 95
Transfer
    Medical ...................................................................... 59
    Overseas ................................................................ 8, 59
    Paid Time Off ............................................................ 10
    Relocation ................................................................. 18
    Rollover to 401(k) Retirement Savings Plan .......... 128
Transplants, Organ ..................................................... 54
Travel Accident Insurance Plan ................................. 89
Travel and Relocation ................................................ 18
True Emergency .................................. 39, 42, 44, 46, 48
Trustee, 401(k) .......................................................... 152

U
Universal Life Insurance ............................................. 84
Unrelated Periods of Disability
    Long-Term Disability (LTD) ................................... 111
    Short-Term Disability (STD) ..................................... 96
U.S. Treasury Funds for 401(k)
    Intermediate Fund .................................................. 131
    Long-Term Fund ..................................................... 132
    Money Fund ............................................................ 131
Use It or Lose It (FSAs) ........................................... 123

V
Vacation – Paid Time Off (PTO) ................................ 10
Vendor Phone Numbers ....Click "Get Answers Quickly"
Vesting Service
    401(k) Retirement Savings Plan ............................. 128
    Definition ................................................................ 159
    Retirement Plan ...................................................... 142
Vision Service Plan (VSP) ......................................... 77
Voluntary Life Insurance (Group Universal Life) ......... 84

Voluntary Personal Accident Insurance ...................... 90
Voting Time ................................................................ 14
VSP (Vision Service Plan) .......................................... 84

W
Washington Group Service
    401(k) Retirement Savings Plan ............................. 128
    Awards ..................................................................... 18
    Credited Service, Retirement Plan ......................... 142
    Family and Medical Leave Eligibility ....................... 15
    Recognition Plan ....................................................... 15
    Retirement Plan ...................................................... 142
    Vesting, 401(k) Retirement Savings Plan ............... 128
    Vesting, Definition .................................................. 159
    Vesting, Retirement Plan ....................................... 142
Withdrawals
    401(k) Retirement Savings Plan ............................. 134
    Cash Accumulation Fund (Group Universal Life) ... 86
    Flexible Spending Account Reimbursement ......... 122
Withholding, 401(k) Retirement Savings Plan ......... 136
Worker's Compensation ............................................ 12
Working Titles ............................................................. 8
Workweek, Overtime ................................................... 9

Y
Year, Plan ................................................................. 151
Years of Service
    401(k) Retirement Savings Plan ............................. 128
    Credited Service, Retirement Plan ......................... 142
    Family and Medical Leave Eligibility ....................... 15
    Retiree Medical/Dental Eligibility ............................ 27
    Service Awards ........................................................ 18
    Vesting Service, 401(k) Retirement Savings Plan ... 128
    Vesting Service, Definition ..................................... 159
    Vesting Service, Retirement Plan .......................... 142