**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Charles C. Hitchens, Sr., | : | |
|    Plaintiff, | : | |
| | : | Civil Action No.: 1:05-cv-379 (SLR) |
| v. | : | |
| | : | |
| Washington Group International, Inc., Plan Administrator, Washington Group International Short Term Disability (STD) Plan, Broadspire National Services, Inc. f/k/a Kemper National Services, Inc., Broadspire Services, Inc. f/k/a Kemper Services, Inc., Broadspire Inc., f/k/a Kemper Services, Inc., Plan Administrators of the STD Plan, | : | |
|    Defendants. | : | |

**CERTIFICATE OF SERVICE**

  I, Richard T. Wilson, Esquire, hereby certify that a true and correct copy of the Plaintiff's opposition to Defendants' Motion for Summary Judgement and Memorandum of Law Directed to Broadspire National Services, Inc., F/K/A National Services, Inc., Broadspire Inc., F/K/A Kemper Services, Inc. was served on Defense counsel by first class mail, postage prepaid, addressed as follows on the 10th day of May, 2006:

    Neal J. Levitsky, Esquire
    Fox Rothschild, LLP
    919 N. Market Street, Suite 1300
    P.O. Box 2323
    Wilmington, DE 19899

                    Respectfully submitted,

BY: /s/ Richard T. Wilson
RICHARD T. WILSON, ESQUIRE
Delaware Bar No.: 2794
Law Offices of Peter G. Angelos, PC
1300 N. Market Street, Suite 212
Wilmington, DE 19801
(302) 658-3301; (302) 658-3319/fax

Dated: May 10, 2006            Attorney for Plaintiff