IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES C. HITCHENS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-379-SLR |
| | ) |
| WASHINGTON GROUP, INT'L. INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 29th day of March, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. The defendants' motion for summary judgment is granted. (D.I. 13)

2. The Clerk of Court is directed to enter judgment in favor of defendants, and against plaintiff.

_____
United States District Judge