IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES C. HITCHENS, SR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON GROUP, INT'L. INC., )<br>WASHINGTON GROUP INT'L. SHORT )<br>TERM DISABILITY (STD) PLAN, )<br>BROADSPIRE INC., BROADSPIRE )<br>NATIONAL SERVICES INC., and )<br>BROADSPIRE SERVICES INC., )<br>)<br>    Defendants. ) | Civ. No. 05-379-SLR |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of March 29, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Washington Group, International Inc., Washington Group International Short Term Disability (STD) Plan, Broadspire Inc., Broadspire National Services Inc., and Broadspire Services Inc. and against plaintiff Charles C. Hitchens. Sr.

                                                  _____
                                                United States District Judge

Dated: March 29, 2007

                                                _____
                                                (By) Deputy Clerk