IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILE NUMBER: Civ. No. 05-379-SLR

| | |
|---|---|
| Charles C. Hitchens, Sr., <br>     Plaintiff <br><br> v. <br><br> Washington Group <br> International, Inc. et. al. <br>     Defendants | Notice of Appeal |

Notice is hereby given that Charles C. Hitchens, Sr., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgement entered in this action on the 29th day of March, 2007.

**LAW OFFICES OF PETER G. ANGELOS**

By: /s/ Richard T. Wilson
    Del. Bar ID 2794
    1300 North Market Street, Suite 212
    Wilmington, DE 19801
    Attorney for Plaintiff